# Exhibit D

US007471691B2

## (12) United States Patent
### Black et al.

(10) **Patent No.:** US 7,471,691 B2
(45) **Date of Patent:** *Dec. 30, 2008

(54) **FIBRE CHANNEL ARBITRATED LOOP BUFFERLESS SWITCH CIRCUITRY TO INCREASE BANDWIDTH WITHOUT SIGNIFICANT INCREASE IN COST**

(75) Inventors: **Alistair D. Black**, Los Gatos, CA (US); **Kurt Chan**, Roseville, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1082 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/348,687**

(22) Filed: **Jan. 21, 2003**

(65) **Prior Publication Data**

US 2003/0198251 A1    Oct. 23, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/195,846, filed on Nov. 19, 1998, now Pat. No. 6,614,796.

(51) **Int. Cl.**
*H04L 12/56*    (2006.01)

(52) **U.S. Cl.** ...................... **370/403**; 370/230; 370/411; 370/462; 370/535

(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,519,695 A * 5/1996 Purohit et al. ............... 370/352
5,619,497 A * 4/1997 Gallagher et al. ........... 370/394

5,831,985 A * 11/1998 Sandorfi
5,848,251 A * 12/1998 Lomilino et al.
6,118,776 A * 9/2000 Berman
6,324,181 B1 * 11/2001 Wong et al.
6,396,832 B1 * 5/2002 Kranzler ..................... 370/360

FOREIGN PATENT DOCUMENTS

EP    0 719 011 A2 *  6/1996

OTHER PUBLICATIONS

Rickard, W., "Fibre Channel as a Network Backbone," Weston '94, Western Electronic Show and Convention, Anaheim; Sep. 27-29, 1994; pp. 653-659.*

(Continued)

*Primary Examiner*—Chi H. Pham
*Assistant Examiner*—Phuc Tran
(74) *Attorney, Agent, or Firm*—Squire, Sanders & Dempsey L.L.P.

(57) **ABSTRACT**

A switch, switched architecture and process for transferring data through an FCAL switch is disclosed. The switch uses multiple switch control circuits each coupled to one FCAL network and all connected to a crossbar switch. The switch control circuits are coupled together by a protocol bus for coordination purposes. Local conversations can occur on each FCAL loop and crossing conversations through the switch can occur concurrently. The OPN primitive is used to establish the connection before any data is transferred thereby eliminating the need for buffer memory in the switch control circuits. The destination address of each OPN is used to address a lookup table in each switch control circuit to determine if the destination node is local. If not, the destination is looked up and a connection request made on the protocol bus. If the remote port is not busy, it sends a reply which causes both ports to establish a data path through the backplane crossbar switch.

**11 Claims, 75 Drawing Sheets**



**US 7,471,691 B2**

Page 2

OTHER PUBLICATIONS

Ravindran, G., et al., "A Comparison of Blocking and Non-Blocking Packet Switching Techniques in Hierarchical Ring Networks," IEICE Transactions on Information and Systems, vol. E79-D, No. 8; Aug. 1996; pp. 1130-1138.*

* cited by examiner

Case 8:09-cv-01058-JVS-AN    Document 1-3    Filed 09/14/09    Page 4 of 50    Page ID #:108



# FIG.1



FIG.2



FIG.3



FIG.4



PREFERRED EMBODIMENT

FIG.5



ROUTING ALGORITHM

FIG.6A

TO FIG. 6B          TO FIG. 6B



FIG. 6B



FIG.6C



FIG.7



FIG.8



FIG.9



**FIG.10**

| VALUE | STATE | DESCRIPTION |
|---|---|---|
| 0x00 | LPSM_MON | MONITORING STATE DATA FROM THE LOCAL RECEIVE PORT IS BYPASSED ONTO THE LOCAL LOOP. |
| 0x01 | LPSM_BSY | LOCAL CONVERSATION HAS BEEN DETECTED BY EITHER RECEIVING A LOCALLY ADDRESSED OPN OR AN RDRY PRIMITIVE. |
| 0x02 | LPSM_ARB | ARBITRATION STATE REMOTE REQUEST HAS INITIATED UNFAIR ARBITRATION OF THE LOCAL LOOP. |
| 0x03 | LPSM_RELOPN | GRANT HAS BEEN RECEIVED FROM REMOTE DESTINATION AND OPN IS BEING RELEASED ONTO THE TRANSMIT DATA BUS. |
| 0x04 | LPSM_OPN | LOCALLY TRAPPED OPN. WAITING FOR STATUS FROM THE PORTMUX INDICATING EITHER LOCAL AL_PD OR REMOTE GRANT/DENY. |
| 0x05 | LPSM_CON | CONNECTED STATE EITHER CONNECTED AS TARGET (FROM ARB) OR INITIATOR FROM (OPN/RELOPN). |
| 0x06 | LPSM_CLSING | RECEIVED CLS FROM LOCAL NL-PORT. WAITING FOR REMOTE CLS. |
| 0x07 | LPSM_CLSED | RECEIVED CLS FROM REMOTE NL-PORT. WAITING FOR LOCAL CLS. |
| 0x08 | LPSM_LIP | RECIEVED LIP. WAITING FOR BACKPLANE HUB TOKEN IN ORDER TO SAFELY COLLAPSE INTO HUB MODE. |

| VALUE | STATE | DESCRIPTION |
|---|---|---|
| 0x09 | LPSM_HUB | HUB MODE PORT 0 BACKPLANE RECEIVE PORT NAILED TO HUB CHANNEL. PORT 1 DAISY CHAINED BETWEEN PORT 0 AND PORT 2. PORT 2 TRANSMIT CHANNEL IS NAILED TO HUB CHANNEL. |
| 0x0a | LPSM_LOCKED | INTERMEDIATE STATE BETWEEN HUB MODE AND SWITCH MODE. LOCAL LOOP IS LOCKED WITH ARB(0). |
| 0x0b | LPSM_BRDCST | BROADCAST DETECTED WAITING FOR BROADCAST DATA FROM BROADCAST SERVER. |
| 0x0c | LPSM_WAIT | WAIT STATE USED FOR CLS SEQUENCE IN DUAL-SIMPLEX. |
| 0x0d | LPSM_GENCLS | SYNTHESIZE CLS PRIMITIVE. |
| 0x0e | LPSM_RCVCLS | WAIT FOR CLS FROM LOCAL NL-PORT DURING ARTIFICIALLY GENERATED CLOSE SEQUENCE. |
| 0x0f | LPSM_BSYOPN | RELEASE TRAPPED OPN WHEN IT HAS BEEN DETERMINED THAT AL-PD IS LOCAL. |

PREFERRED LPSM STATE MACHINE STATES

FIG. 11

| INPUT WORD | PRESENT STATE | | |
|---|---|---|---|
| | **ARB(F7)** | **ARB(F0)** | **IDLE** |
| ARB(F7) | ARB(F7) | ARB(F0) | ARB(F7) |
| ARB(F0) | ARB(F0) | ARB(F0) | ARB(F0) |
| ARB(x) | ARB(F7) | ARB(F7) | ARB(F7) |
| IDLE | IDLE | IDLE | IDLE |

SOURCE LOOP FILL WORD GENERATION

# FIG.12

| INPUT WORD | PRESENT STATE | |
|---|---|---|
| | **ARB(F0)** | **IDLE** |
| ARB(F7) | ARB(F0) | IDLE |
| ARB(F0) | IDLE | IDLE |
| ARB(x) | ARB(F0) | ARB(F0) |
| IDLE | IDLE | IDLE |

DESTINATION LOOP FILL WORD GENERATION

# FIG.13

EXHIBIT D



CONNECT REQUEST

FIG.14A

CONNECT RESPONSE

FIG.14B

RESPONDER CHANNEL IDLE

FIG.14C

NO-OP

FIG.14D

CAM UPDATE (HUB MODE)

FIG.14E



START

ESTABLISH A FRONT CHANNEL HALF DUPLEX DATA PATH BETWEEN SOURCE NODE AND DESTINATION NODE  ～ 350

STRIPPING AND STORING OR COUNTING ALL BUFFER CREDIT RRDY PRIMITIVES OUTPUT BY THE SOURCE NODE AND TRANSMITTING THEM TO THE DESTINATION NODE  ～ 352

ESTABLISHING A BACK CHANNEL DATA PATH BETWEEN A THIRD NODE AND THE SOURCE NODE BUT BLOCKING TRANSMISSION OF AN OPN EMITTED BY SAID THIRD NODE SO THAT IT DOES NOT GET TO SAID SOURCE NODE  ～ 354

TRANSMITTING TO THE THIRD NODE A NUMBER OF RRDYS EITHER EQUAL TO THE NUMBER OF RRDYS OUTPUT BY THE SOURCE NODE OR THE NUMBER NEEDED TO SEND ALL THE DATA FRAMES THE THIRD NODE HAS TO SEND, ONE RRDY AT A TIME  ～ 356

RECEIVING ANY RRDYS TRANSMITTED BY SAID DESTINATION NODE AND ALL FRAMES TRANSMITTED BY SAID THIRD NODE IN RESPONSE TO RECEIPT OF RRDYS, MIXING THEM TOGETHER AND TRANSMITTING THEM ON THE BACKCHANNEL DATA PATH TO THE SOURCE NODE  ～ 358

DUAL SIMPLEX OPERATION

FIG.15

END

EXHIBIT D
101



FIG.16A



FROM FIG. 16A

384

THIRD PORT RECEIVES OPN, STORES IT (AND CONVERTS IT TO HALF DUPLEX IN SOME EMBODIMENTS) AND USES THE DESTINATION ADDRESS TO SEARCH ITS ROUTING TABLE

386

THIRD PORT USES ID DESTINATION PORT TO SEARCH ITS SCOREBOARD AND LEARNS THAT SOURCE PORT COUPLED TO DESTINATION NODE OF OPN FROM THIRD NODE IS BUSY BUT DUAL SIMPLEX CAPABLE

388

THIRD PORT POSTS A CONNECTION REQUESTION ON PROTOCOL BUS REQUESTING A CONNECTION TO SOURCE PORT

390

SOURCE PORT POSTS A CONNECT RESPONSE AND NAMES BACKPLANE CHANNEL TO USE FOR BACK CHANNEL CONNECTION

392

BOTH THIRD PORT AND SOURCE PORT ISSUE COMMANDS TO THEIR PORT MULTIPLEXERS TO CONNECT TO BACKPLANE CHANNEL NAMED IN CONNECT RESPONSE MESSAGE FROM SOURCE PORT

394

THIRD PORT SENDS ITS OPN TO SOURCE PORT VIA BACK CHANNEL CONNECTION

396

SOURCE PORT COMPARES DESTINATION NODE ADDRESS IN OPN RECEIVED FROM THIRD PORT TO ADDRESS OF SOURCE NODE FROM ORIGINAL OPN

398

MATCH?

YES          NO

400

DUAL SIMPLEX CONNECTION IS GOOD: QUASH THE OPN FROM THIRD PORT AND REGENERATE AND SEND ONE RRDY TO THIRD NODE VIA BACK CHANNEL CONNECTION

CLOSE BACK CHANNEL PATH THROUGH BACKPLANE

END. WAIT FOR NEXT DUAL SIMPLEX CONNECTION REQUEST

402

CONTINUE TRAPPING RRDYS FROM SOURCE NODE AND DIVERTING THEM TO THIRD NODE TILL THIRD NODE HAS NO MORE DATA TO SEND AND THIRD NODE OR SOURCE NODE ISSUES CLS-IF ANY RRDYS REMAIN AFTER BACK CHANNEL CLOSES, SAVE THEM FOR USE BY ANOTHER THIRD NODE IN SUBSEQUENT DUAL SIMPLEX CONNECTION

404

SOURCE PORT RECEIVES ONE DATA FRAME FROM THIRD NODE FOR EVERY SOURCE NODE RRDY DIVERTED TO THIRD NODE AND MIXES THEM WITH RRDYS RECEIVED FROM DESTINATION NODE AND SENDS THE COMBINED DATA STREAM TO SOURCE NODE VIA BACK CHANNEL DATA PATH ON FCAL NET COUPLED TO SOURCE PORT

TO FIG. 16C

**FIG. 16B**

EXHIBIT D

Case 8:09-cv-01058-JVS-AN   Document 1-3   Filed 09/14/09   Page 20 of 50   Page ID #:124



FROM FIG. 16B

406
CLS RECEIVED FROM SOURCE NODE?

YES → 408
SOURCE PORT DUPLICATES CLS AND TRANSMITS IT TO BOTH DESTINATION NODE AND THIRD NODE

410
THIRD NODE REPLIES WITH ITS OWN CLS AND SENDS BACK TO SOURCE PORT WHICH BLOCKS IT FROM TRANSMISSION TO SOURCE NODE BUT NOTES ITS ARRIVAL. SOURCE PORT AND THIRD PORT BOTH DROP BACK CHANNEL CONNECTION

412
DESTINATION NODE RECEIVES ITS COPY OF CLS AND REPLIES WITH A CLS. SOURCE PORT RECEIVES CLS FROM DEST. NODE AND BOTH SOURCE PORT AND DESTINATION PORT RELINQUISH FRONT CHANNEL CONNECTION THROUGH BACKPLANE

END, RETURN TO START

NO

414
CLS RECEIVED FROM THIRD NODE?

YES → 416
SOURCE PORT RECEIVES CLS ON BACK CHANNEL FROM THIRD NODE AND QUASHES IT SO THAT IT DOES NOT REACH THE SOURCE NODE

NO

418
SOURCE PORT AND THIRD PORT EACH RELINQUISH THEIR BACK CHANNEL CONNECTION THROUGH BACKPLANE. ANY UNUSED BUFFER CREDIT IS PRESERVED FOR A NEW THIRD NODE DUAL SIMPLEX CONNECTION.

420
CLS RECEIVED FROM DESTINATION NODE?

YES

NO

END, RETURN TO START

TO FIG. 16D      TO FIG. 16D

**FIG.16C**

EXHIBIT D
104



FIG.16D

EXHIBIT D
105



FIG.17A



FIG.17B

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| issue | OUT | | | COMB |
| reclaim | OUT | | | COMB |
| bkchnlconn | INT | | | COMB |
| credit_avail | INT | | | COMB |
| creditmgr_d | INT | | | COMB |
| frame | INT | | | COMB |

Declarations

wire   [1:0] creditmgr_d;
wire   credit_avail;
wire   frame;
wire   bkchnlconn;

Concurrent Statements


assign bkbroiler = bkchnlconn;
assign credit_avail = rxrdy_avail;
assign frame = swrx_sof;


//
// Assign output values.
//
assign #outdly issue = creditmgr_q ==CRDT_ISSUE;
assign #outdly reclaim= creditmgr_q == CRDT_RECLAIM;


Process Declarations

Global Actions

# FIG.17C

EXHIBIT D
108



**FIG.18A**



# FIG.18B

EXHIBIT D
110

Concurrent Statements

```
always @(posedge lclk) begin
  enable_q <= enable_d;
  live_q <= live_d;
end


always @(posedge lclk)
  req_adr_q <= req_adr_d;          // finished discovery process


assign enable_d = ~rst & (nwrdclk ? enable : enable_q);
assign live_j = (enable_d & ~enable_q) & lockmaster;
assign live_k = rst | done | lip;
assign live_d = (live_q | live_j) & ~live_k;
assign done = (opnsm_q == OSM_GETADR) & (last | ~enable);


assign req_adr_d = ~rst & nwrdclk &
        (((opnsm_q == OSM_IDLE) & live_j) |
         ((opnsm_q == OSM_WAIT) & cls) |
         ((opnsm_q == OSM_RCVCLS) & cls));


//
//   Output decodes.
//
assign #outdly busy   = opnsm_q != OSM_IDLE;
assign #outdly gapwait = opnsm_d == OSM_WAIT;
assign #outdly cmd_opn = opnsm_q == OSM_OPN;
assign #outdly clr_adr = (opnsm_q == OSM_IDLE) & live_j;
assign #outdly req_adr = reg_adr_q;


assign start = live_j;
```

# FIG.18C

EXHIBIT D
111

Case 8:09-cv-01058-JVS-AN   Document 1-3   Filed 09/14/09   Page 28 of 50   Page ID #:132

Declarations

wire  [2:0]  opnsm_i ;
wire  live_j;
reg   enable_q;
reg   live_q;
wire  enable_d;
wire  live_k;
wire  live_d;
wire  done;
reg   req_adr_q;
wire  req_adr_d;
wire  opnsm_d;
wire  start;

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| busy | OUT | | | COMB |
| clr_adr | OUT | | | COMB |
| cmd_opn | OUT | | | COMB |
| gapwait | OUT | | | COMB |
| req_adr | OUT | | | COMB |
| done | INT | | | COMB |
| enable_d | INT | | | COMB |
| enable_q | INT | enable_d | | COMB |
| live_d | INT | | | COMB |
| live_j | INT | | | COMB |
| live_k | INT | | | COMB |
| live_q | INT | live_d | | COMB |
| opnsm_d | INT | | | COMB |
| opnsm_i | INT | | | COMB |
| req_adr_d | INT | | | COMB |
| req_adr_q | INT | req_adr_d | | COMB |
| start | INT | | | COMB |

# FIG.18D



FIG.19A

TO FIG.19B



**FIG.19B**

Declarations

```
reg   select_q;
wire  select_d;
wire  select_ev;
reg   start_q;
wire  start_d;
reg   window_q;
wire  window_d;
wire  window_ev;
wire  [2:0]  state_d;
wire  [2.0]  state_i;
wire  start;
wire  clocktick;
```

Concurrent Statements

```
always @(posedge lclk)
   select_q <= select_d;

always @(posedge lclk)
   start_q <= start_d;

always @(posedge lclk)
   window_q  <= window_d;

assign select_d = select;
assign select_ev = select & ~select_q & enable & ~cascade & ~bypass;

assign start_d = ~rst & (select_ev | start_q) & ~nwrdclk;

assign window_d = rst ? l'b0 : nwrdclk ? window : window_q;
assign window_ev = window & ~window_q;

assign start = start_q | select_ev;
assign clocktick = window_ev;

//
//  Assign output variable.
```

# FIG.19C

EXHIBIT D
115

//
assign hold = ( state_q ! = TKNSM_IDLE);

## Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| hold | OUT | | | COMB |
| clocktick | INT | | | COMB |
| select_d | INT | | | COMB |
| select_ev | INT | | | COMB |
| select_q | INT | select_d | | COMB |
| start | INT | | | COMB |
| start_d | INT | | | COMB |
| start_q | INT | start_d | | COMB |
| state_d | INT | | | COMB |
| state_i | INT | | | COMB |
| window_d | INT | | | COMB |
| window_ev | INT | | | COMB |
| window_q | INT | window_d | | COMB |

## Process Declarations

## Global Actions

# FIG.19D



# FIG.20A

Case 8:09-cv-01058-JVS-AN   Document 1-3   Filed 09/14/09   Page 34 of 50   Page ID #:138



FIG.20B



# FIG.20C

EXHIBIT D
119

Declarations

```
wire  [2:0]  rxconsm_d;
wire  rxdcls;
wire  opn;
wire  localcls;
```

Concurrent Statements

```
//
// Assign outputs.
//
assign #outdly rxcon_idle = rxconsm_q == RXCL_IDLE;
assign #outdly rxcon_opn = rxconsm_q == RXCL_OPN;
assign #outdly rxcon_conn = rxconsm_q == RXCL_CONN;
assign #outdly rxcon_gencls = rxconsm_q == RXCL_GENCLS;
assign #outdly rxcon_fwdcls = rxconsm_q == RXCL_FWDCLS;
assign #outdly rxcon_rcvcls = rxconsm_q == RXCL_RCVCLS;

assign #outdly rxcon_nxt_idle = rxconsm_d == RXCL_IDLE;


assign rxdcls = dsrxdcls;
assign opn = swrx_opn;
assign localcls = lpsm_clsing;
```

Signal Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| rxcon_conn | OUT | | | COMB |
| rxcon_fwdcls | OUT | | | COMB |
| rxcon_gencls | OUT | | | COMB |
| rxcon_idle | OUT | | | COMB |
| rxcon_nxt_idle | OUT | | | COMB |
| rxcon_opn | OUT | | | COMB |
| rxcon_rcvcls | OUT | | | COMB |
| localcls | INT | | | COMB |
| opn | INT | | | COMB |
| rxconsm_d | INT | | | COMB |
| rxdcls | INT | | | COMB |

# FIG.20D

EXHIBIT D
120

# FIG.21A





FIG.21B



FIG.21C



# FIG.21D

EXHIBIT D
124



FIG.21E



FROM FIG. 21C

2

FROM
FIG.
21E

FIG.21F

Concurrent Statements


```
// wire  [3:0]  txconsm_d;

/*
   assign txconsm_d = txconsm_f(txconsm_q, rst, nwrdclk, en_bkchnl,
                        rxcncted, localcls, txdnycls, txpcls,
                        lpclsed, rxdone, nrxidle);




   always @(posedge lclk)
     txconsm_q <= txconsm_d;
*/

//
//   Assign outputs.
//

assign #outdly txcon_idle   = txconsm_q == TXCL_IDLE;
assign #outdly txcon_conn   = txconsm_q == TXCL_CONN;
assign #outdly txcon_waitboth = txconsm_q == TXCL_WAITBOTH;
assign #outdly txcon_txdone  = txconsm_q == TXCL_TXDONE;
assign #outdly txcon_rxdone = txconsm_q == TXCL_RXDONE;
assign #outdly txcon_genclsing = txconsm_q == TXCL_GENCLSING;
assign #outdly txcon_waitbkdny = txconsm_q == TXCL_WAITBKDNY;
assign #outdly txcon_genclsed = txconsm_q == TXCL_GENCLSED;
assign #outdly txcon_waitbkcls = txconsm_q == TXCL_WAITBKCLS;
assign #outdly txcon_fwdcls = txconsm_q == TXCL_FWDCLS;
assign #outdly txcon_waitlcl = txconsm_q == TXCL_WAITLCL;
assign #outdly txcon_done  = txconsm_q == TXCL_DONE;
assign #outdly txcon_frchkill = txconsm_q == TXCL_FRCHKILL;
```


# FIG.21G

EXHIBIT D
127

Case 8:09-cv-01058-JVS-AN   Document 1-3   Filed 09/14/09   Page 44 of 50   Page ID #:148

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| txcon_conn | OUT | | | COMB |
| txcon_done | OUT | | | COMB |
| txcon_frchkill | OUT | | | COMB |
| tcxon_fwdcls | OUT | | | COMB |
| txcon_genclsed | OUT | | | COMB |
| txcon_genclsing | OUT | | | COMB |
| txcon_idle | OUT | | | COMB |
| txcon_rxdone | OUT | | | COMB |
| txcon_txdone | OUT | | | COMB |
| txcon_waitbkcls | OUT | | | COMB |
| txcon_waitbkdny | OUT | | | COMB |
| txcon_waitboth | OUT | | | COMB |
| txcon_waitlcl | OUT | | | COMB |

# FIG.21H

# FIG.22A





FIG. 22B

# FIG.22C





FROM FIG. 22A

ARBX

TO
FIG.
22E

FIG.22D



FIG. 22E



**FIG. 22F**