**Exhibit E**

US007450500B2

(12) **United States Patent**
    Black et al.

(10) Patent No.: **US 7,450,500 B2**
(45) Date of Patent: **Nov. 11, 2008**

(54) **FIBRE CHANNEL ARBITRATED LOOP BUFFERLESS SWITCH CIRCUITRY TO INCREASE BANDWIDTH WITHOUT SIGNIFICANT INCREASE IN COST**

(75) Inventors: **Alistair D. Black**, Los Gatos, CA (US); **Kurt Chan**, Roseville, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1123 days.

(21) Appl. No.: **10/348,997**

(22) Filed: **Jan. 21, 2003**

(65) **Prior Publication Data**

US 2003/0108058 A1    Jun. 12, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/195,846, filed on Nov. 19, 1998, now Pat. No. 6,614,796.

(51) **Int. Cl.**
    H04L 12/26    (2006.01)
    H04L 12/56    (2006.01)
    H04J 3/04    (2006.01)

(52) **U.S. Cl.** ...................... **370/230**; 370/403; 370/411; 370/462; 370/535

(58) **Field of Classification Search** ...................... None
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,821,034 A * 4/1989 Anderson et al. .......... 340/2.22
5,502,719 A * 3/1996 Grant et al. ................. 370/412
5,619,497 A * 4/1997 Gallagher et al. ........... 370/394
5,689,644 A * 11/1997 Chou et al. ................. 370/392
5,754,549 A * 5/1998 DeFoster et al. ............ 370/405

(Continued)

FOREIGN PATENT DOCUMENTS

EP       0 719 011 A2    6/1996

OTHER PUBLICATIONS

Rickard, W., "Fibre Channel as a Network Backbone," Weston '94, Western Electronic Show and Convention, Anaheim; Sep. 27-29, 1994; pp. 653-659.

(Continued)

*Primary Examiner*—Chi H. Pham
*Assistant Examiner*—Soon D. Hyun
(74) *Attorney, Agent, or Firm*—Squire, Sanders & Dempsey L.L.P.

(57)    **ABSTRACT**

A switch, switched architecture and process for transferring data through an FCAL switch is disclosed. The switch uses multiple switch control circuits each coupled to one FCAL network and all connected to a crossbar switch. The switch control circuits are coupled together by a protocol bus for coordination purposes. Local conversations can occur on each FCAL loop and crossing conversations through the switch can occur concurrently. The OPN primitive is used to establish the connection before any data is transferred thereby eliminating the need for buffer memory in the switch control circuits. The destination address of each OPN is used to address a lookup table in each switch control circuit to determine if the destination node is local. If not, the destination is looked up and a connection request made on the protocol bus. If the remote port is not busy, it sends a reply which causes both ports to establish a data path through the backplane crossbar switch.

**6 Claims, 75 Drawing Sheets**



PREFERRED EMBODIMENT

**US 7,450,500 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,831,985 A | | 11/1998 | Sandorfi |
| 5,848,251 A | | 12/1998 | Lomilino et al. |
| 5,887,146 A | * | 3/1999 | Baxter et al. ................ 710/104 |
| 6,118,776 A | | 9/2000 | Berman |
| 6,324,181 B1 | | 11/2001 | Wong et al. |
| 6,396,832 B1 | * | 5/2002 | Kranzler .................... 370/360 |

OTHER PUBLICATIONS

Ravindran, G., et al., "A Comparison of Blocking and Non-Blocking Packet Switching Techniques in Hierarchical Ring Networks," IEICE Transactions on Information and Systems, vol. E79-D, No. 8; Aug. 1996, pp. 1130-1138.

* cited by examiner



FIG.1

EXHIBIT E
190



FIG.2



FIG.3



FIG.4



FIG.5

EXHIBIT E
193



ROUTING ALGORITHM

# FIG.6A

TO FIG. 6B          TO FIG. 6B

EXHIBIT E
194



FIG. 6B



FIG.6C



FIG.7



FIG.8



FIG.9

Case 8:09-cv-01058-JVS-AN   Document 1-5   Filed 09/14/09   Page 13 of 50   Page ID #:220



**FIG.10**

| VALUE | STATE | DESCRIPTION |
|-------|-------|-------------|
| 0x00 | LPSM_MON | MONITORING STATE DATA FROM THE LOCAL RECEIVE PORT IS BYPASSED ONTO THE LOCAL LOOP. |
| 0x01 | LPSM_BSY | LOCAL CONVERSATION HAS BEEN DETECTED BY EITHER RECEIVING A LOCALLY ADDRESSED OPN OR AN RRDY PRIMITIVE. |
| 0x02 | LPSM_ARB | ARBITRATION STATE REMOTE REQUEST HAS INITIATED UNFAIR ARBITRATION OF THE LOCAL LOOP. |
| 0x03 | LPSM_RELOPN | GRANT HAS BEEN RECEIVED FROM REMOTE DESTINATION AND OPN IS BEING RELEASED ONTO THE TRANSMIT DATA BUS. |
| 0x04 | LPSM_OPN | LOCALLY TRAPPED OPN. WAITING FOR STATUS FROM THE PORTMUX INDICATING EITHER LOCAL AL_PD OR REMOTE GRANT/DENY. |
| 0x05 | LPSM_CON | CONNECTED STATE EITHER CONNECTED AS TARGET (FROM ARB) OR INITIATOR FROM (OPN/RELOPN). |
| 0x06 | LPSM_CLSING | RECEIVED CLS FROM LOCAL NL-PORT. WAITING FOR REMOTE CLS. |
| 0x07 | LPSM_CLSED | RECEIVED CLS FROM REMOTE NL-PORT. WAITING FOR LOCAL CLS. |
| 0x08 | LPSM_LIP | RECIEVED LIP. WAITING FOR BACKPLANE HUB TOKEN IN ORDER TO SAFELY COLLAPSE INTO HUB MODE. |

| VALUE | STATE | DESCRIPTION |
|-------|-------|-------------|
| 0x09 | LPSM_HUB | HUB MODE PORT 0 BACKPLANE RECEIVE PORT NAILED TO HUB CHANNEL PORT 1 DAISY CHAINED BETWEEN PORT 0 AND PORT 2. PORT 2 TRANSMIT CHANNEL IS NAILED TO HUB CHANNEL. |
| 0x0a | LPSM_LOCKED | INTERMEDIATE STATE BETWEEN HUB MODE AND SWITCH MODE. LOCAL LOOP IS LOCKED WITH ARB(0). |
| 0x0b | LPSM_BRDCST | BROADCAST DETECTED. WAITING FOR BROADCAST DATA FROM BROADCAST SERVER. |
| 0x0c | LPSM_WAIT | WAIT STATE USED FOR CLS SEQUENCE IN DUAL-SIMPLEX. |
| 0x0d | LPSM_GENCLS | SYNTHESIZE CLS PRIMITIVE. |
| 0x0e | LPSM_RCVCLS | WAIT FOR CLS FROM LOCAL NL-PORT DURING ARTIFICIALLY GENERATED CLOSE SEQUENCE. |
| 0x0f | LPSM_BSYOPN | RELEASE TRAPPED OPN WHEN IT HAS BEEN DETERMINED THAT AL-PD IS LOCAL. |

PREFERRED LPSM STATE MACHINE STATES

FIG. 11

EXHIBIT E
200

| INPUT WORD | PRESENT STATE | | |
|---|---|---|---|
| | ARB(F7) | ARB(F0) | IDLE |
| ARB(F7) | ARB(F7) | ARB(F0) | ARB(F7) |
| ARB(F0) | ARB(F0) | ARB(F0) | ARB(F0) |
| ARB(x) | ARB(F7) | ARB(F7) | ARB(F7) |
| IDLE | IDLE | IDLE | IDLE |

SOURCE LOOP FILL WORD GENERATION

# FIG.12

| INPUT WORD | PRESENT STATE | |
|---|---|---|
| | ARB(F0) | IDLE |
| ARB(F7) | ARB(F0) | IDLE |
| ARB(F0) | IDLE | IDLE |
| ARB(x) | ARB(F0) | ARB(F0) |
| IDLE | IDLE | IDLE |

DESTINATION LOOP FILL WORD GENERATION

# FIG.13

EXHIBIT E
201



CONNECT
REQUEST

| 17 | 11 | 5 | 3 | 1 |
|---|---|---|---|---|
| REQUESTOR ID | RESPONDER ID | LCL | PRI | 00 |

— 300

**FIG.14A**

CONNECT
RESPONSE

| 17 | 11 | 5 | 1 |
|---|---|---|---|
| REQUESTOR ID | RESPONDER ID | BP CHNL | 00 |

— 304    — 302

**FIG.14B**

RESPONDER
CHANNEL IDLE

| 17 | 11 | 5 | 1 |
|---|---|---|---|
| RESPONDER ID | RESPONDER ID | BP CHNL | 10 |

**FIG.14C**

NO-OP

| 17 | 11 | 5 | 1 |
|---|---|---|---|
| RESPONDER ID | RESPONDER ID | 0000 | 11 |

**FIG.14D**

CAM UPDATE
(HUB MODE)

| 17 | 7 | 1 |
|---|---|---|
| AL_PD | DEST PID | 11 |

— 306    — 308

**FIG.14E**



DUAL SIMPLEX
OPERATION

FIG.15



FIG.16A



FIG. 16B

EXHIBIT E
205



FIG.16C

EXHIBIT E
206



FIG.16D

EXHIBIT E
207



FIG.17A



# FIG.17B

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| issue | OUT | | | COMB |
| reclaim | OUT | | | COMB |
| bkchnlconn | INT | | | COMB |
| credit_avail | INT | | | COMB |
| creditmgr_d | INT | | | COMB |
| frame | INT | | | COMB |

Declarations

wire  [1:0]  creditmgr_d;
wire    credit_avail;
wire    frame;
wire    bkchnlconn;

Concurrent Statements


assign bkbroiler = bkchnlconn;
assign credit_avail = rxrdy_avail;
assign frame = swrx_sof;


//
// Assign output values.
//
assign #outdly issue = creditmgr_q ==CRDT_ISSUE;
assign #outdly reclaim= creditmgr_q == CRDT_RECLAIM;


Process Declarations


Global Actions


# FIG.17C

EXHIBIT E
210



FIG.18A



# FIG.18B

Concurrent Statements

```
always @(posedge lclk) begin
  enable_q <= enable_d;
  live_q <= live_d;
end


always @(posedge lclk)
  req_adr_q <= req_adr_d;            // finished discovery process


assign enable_d = ~rst & (nwrdclk ? enable : enable_q);
assign live_j = (enable_d & ~enable_q) & lockmaster;
assign live_k = rst | done | lip;
assign live_d = (live_q | live_j) & ~live_k;
assign done = (opnsm_q == OSM_GETADR) & (last | ~enable);


assign req_adr_d = ~rst & nwrdclk &
      (((opnsm_q == OSM_IDLE) & live_j) |
       ((opnsm_q == OSM_WAIT) & cls) |
       ((opnsm_q == OSM_RCVCLS) & cls));



//
//   Output decodes.
//
assign #outdly busy   = opnsm_q != OSM_IDLE;
assign #outdly gapwait = opnsm_d == OSM_WAIT;
assign #outdly cmd_opn = opnsm_q == OSM_OPN;
assign #outdly clr_adr = (opnsm_q == OSM_IDLE) & live_j;
assign #outdly req_adr = reg_adr_q;


assign start = live_j;
```

# FIG.18C

Declarations

wire  [2:0]  opnsm_i ;
wire  live_j;
reg   enable_q;
reg   live_q;
wire  enable_d;
wire  live_k;
wire  live_d;
wire  done;
reg   req_adr_q;
wire  req_adr_d;
wire  opnsm_d;
wire  start;

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| busy | OUT | | | COMB |
| clr_adr | OUT | | | COMB |
| cmd_opn | OUT | | | COMB |
| gapwait | OUT | | | COMB |
| req_adr | OUT | | | COMB |
| done | INT | | | COMB |
| enable_d | INT | | | COMB |
| enable_q | INT | enable_d | | COMB |
| live_d | INT | | | COMB |
| live_j | INT | | | COMB |
| live_k | INT | | | COMB |
| live_q | INT | live_d | | COMB |
| opnsm_d | INT | | | COMB |
| opnsm_i | INT | | | COMB |
| req_adr_d | INT | | | COMB |
| req_adr_q | INT | req_adr_d | | COMB |
| start | INT | | | COMB |

# FIG.18D

Case 8:09-cv-01058-JVS-AN   Document 1-5   Filed 09/14/09   Page 29 of 50   Page ID #:236



FIG.19A

TO FIG.19B



**FIG.19B**

Declarations

```
reg   select_q;
wire  select_d;
wire  select_ev;
reg   start_q;
wire  start_d;
reg   window_q;
wire  window_d;
wire  window_ev;
wire  [2:0]  state_d;
wire  [2.0]  state_i;
wire  start;
wire  clocktick;
```

Concurrent Statements

```
   always @(posedge lclk)
      select_q <= select_d;

   always @(posedge lclk)
      start_q <= start_d;

   always @(posedge lclk)
      window_q  <= window_d;

   assign select_d = select;
   assign select_ev = select & ~select_q & enable & ~cascade & ~bypass;

   assign start_d = ~rst & (select_ev | start_q) & ~nwrdclk;

   assign window_d = rst ? 1'b0 : nwrdclk ? window : window_q;
   assign window_ev = window & ~window_q;

   assign start = start_q | select_ev;
   assign clocktick = window_ev;

   //
   //  Assign output variable.
```

# FIG.19C

//
assign hold = ( state_q ! = TKNSM_IDLE);

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| hold | OUT | | | COMB |
| clocktick | INT | | | COMB |
| select_d | INT | | | COMB |
| select_ev | INT | | | COMB |
| select_q | INT | select_d | | COMB |
| start | INT | | | COMB |
| start_d | INT | | | COMB |
| start_q | INT | start_d | | COMB |
| state_d | INT | | | COMB |
| state_i | INT | | | COMB |
| window_d | INT | | | COMB |
| window_ev | INT | | | COMB |
| window_q | INT | window_d | | COMB |

Process Declarations


Global Actions


# FIG.19D

RXDCLS

~NWRDCLK

RXCL_GENCLS

TO
FIG.
20B

1

2

3

**FIG.20A**

EXHIBIT E
219



FIG.20B



FIG.20C

Declarations
```
wire  [2:0]  rxconsm_d;
wire  rxdcls;
wire  opn;
wire  localcls;
```

Concurrent Statements

```
//
//  Assign outputs.
//
assign #outdly rxcon_idle = rxconsm_q == RXCL_IDLE;
assign #outdly rxcon_opn = rxconsm_q == RXCL_OPN;
assign #outdly rxcon_conn = rxconsm_q == RXCL_CONN;
assign #outdly rxcon_gencls = rxconsm_q == RXCL_GENCLS;
assign #outdly rxcon_fwdcls = rxconsm_q == RXCL_FWDCLS;
assign #outdly rxcon_rcvcls = rxconsm_q == RXCL_RCVCLS;

assign #outdly rxcon_nxt_idle = rxconsm_d == RXCL_IDLE;


assign rxdcls = dsrxdcls;
assign opn = swrx_opn;
assign localcls = lpsm_clsing;
```

Signal Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| rxcon_conn | OUT | | | COMB |
| rxcon_fwdcls | OUT | | | COMB |
| rxcon_gencls | OUT | | | COMB |
| rxcon_idle | OUT | | | COMB |
| rxcon_nxt_idle | OUT | | | COMB |
| rxcon_opn | OUT | | | COMB |
| rxcon_rcvcls | OUT | | | COMB |
| localcls | INT | | | COMB |
| opn | INT | | | COMB |
| rxconsm_d | INT | | | COMB |
| rxdcls | INT | | | COMB |

# FIG.20D

EXHIBIT E
222

## FIG.21A





FIG.21B



FIG.21C



FROM FIG. 21A

~RXCNCTED

TXPCLS

TXCL_GENCLSING

2 — TO FIG. 21E

1

~NWRDCLK

# FIG.21D

Case 8:09-cv-01058-JVS-AN   Document 1-5   Filed 09/14/09   Page 41 of 50   Page ID #:248



**FIG.21E**

EXHIBIT E
227



FROM FIG. 21C

2

FROM
FIG.
21E

# FIG.21F

Concurrent Statements

```
// wire  [3:0]  txconsm_d;

/*
    assign txconsm_d = txconsm_f(txconsm_q, rst, nwrdclk, en_bkchnl,
                       rxcncted, localcls, txdnycls, txpcls,
                       lpclsed, rxdone, nrxidle);




    always @(posedge lclk)
      txconsm_q <= txconsm_d;
*/

//
//  Assign outputs.
//

assign #outdly txcon_idle    = txconsm_q == TXCL_IDLE;
assign #outdly txcon_conn     = txconsm_q == TXCL_CONN;
assign #outdly txcon_waitboth = txconsm_q == TXCL_WAITBOTH;
assign #outdly txcon_txdone   = txconsm_q == TXCL_TXDONE;
assign #outdly txcon_rxdone   = txconsm_q == TXCL_RXDONE;
assign #outdly txcon_genclsing = txconsm_q == TXCL_GENCLSING;
assign #outdly txcon_waitbkdny = txconsm_q == TXCL_WAITBKDNY;
assign #outdly txcon_genclsed = txconsm_q == TXCL_GENCLSED;
assign #outdly txcon_waitbkcls = txconsm_q == TXCL_WAITBKCLS;
assign #outdly txcon_fwdcls   = txconsm_q == TXCL_FWDCLS;
assign #outdly txcon_waitlcl  = txconsm_q == TXCL_WAITLCL;
assign #outdly txcon_done     = txconsm_q == TXCL_DONE;
assign #outdly txcon_frchkill = txconsm_q == TXCL_FRCHKILL;
```

# FIG.21G

EXHIBIT E
229

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| txcon_conn | OUT | | | COMB |
| txcon_done | OUT | | | COMB |
| txcon_frchkill | OUT | | | COMB |
| tcxon_fwdcls | OUT | | | COMB |
| txcon_genclsed | OUT | | | COMB |
| txcon_genclsing | OUT | | | COMB |
| txcon_idle | OUT | | | COMB |
| txcon_rxdone | OUT | | | COMB |
| txcon_txdone | OUT | | | COMB |
| txcon_waitbkcls | OUT | | | COMB |
| txcon_waitbkdny | OUT | | | COMB |
| txcon_waitboth | OUT | | | COMB |
| txcon_waitlcl | OUT | | | COMB |

# FIG.21H

EXHIBIT E
230

## FIG.22A



FIG. 22B

Case 8:09-cv-01058-JVS-AN   Document 1-5   Filed 09/14/09   Page 47 of 50   Page ID #:254

# FIG.22C





FROM FIG. 22A

ARBX

TO
FIG.
22E

**FIG.22D**

Case 8:09-cv-01058-JVS-AN   Document 1-5   Filed 09/14/09   Page 49 of 50   Page ID #:256



**FIG. 22E**



FROM FIG. 22C

ARBFO

FROM
FIG. 22E

TXG_ARBFO

**FIG. 22F**