# Exhibit I

US007215169B2

(12) **United States Patent**

Hairapetian

(10) **Patent No.:** US 7,215,169 B2

(45) **Date of Patent:** *May 8, 2007

(54) **CURRENT-CONTROLLED CMOS LOGIC FAMILY**

(75) Inventor: **Armond Hairapetian**, Newport Coast, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/385,632**

(22) Filed: **Mar. 21, 2006**

(65) **Prior Publication Data**

US 2006/0176094 A1      Aug. 10, 2006

**Related U.S. Application Data**

(63) Continuation of application No. 11/114,969, filed on Apr. 26, 2005, now Pat. No. 7,038,516, which is a continuation of application No. 10/143,087, filed on May 9, 2002, now Pat. No. 6,900,670, which is a continuation of application No. 09/484,856, filed on Jan. 18, 2000, now Pat. No. 6,424,194.

(60) Provisional application No. 60/141,355, filed on Jun. 28, 1999.

(51) Int. Cl.
*H03K 3/356* (2006.01)

(52) U.S. Cl. ...................... **327/210**; 327/219; 327/117; 327/119

(58) **Field of Classification Search** ............... 327/100, 327/210, 407, 415, 437; 326/62, 81
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,177,378 A | * | 1/1993 | Nagasawa | 326/83 |
| 5,216,295 A | * | 6/1993 | Hoang | 326/115 |
| 5,488,319 A | * | 1/1996 | Lo | 326/115 |
| 5,798,658 A | * | 8/1998 | Werking | 326/83 |
| 6,111,425 A | | 8/2000 | Bertin et al. | 326/21 |
| 6,424,194 B1 | | 7/2002 | Hairapetian | 327/210 |
| 6,900,670 B2 | * | 5/2005 | Hairapetian | 327/100 |
| 7,038,516 B2 | * | 5/2006 | Hairapetian | 327/210 |

FOREIGN PATENT DOCUMENTS

WO      WO 81/01780      6/1981

OTHER PUBLICATIONS

Masakazu Yamashina, Masayuki Mizuno, Koichiro Furuta, Hiroyuki Igura, Masahiro Nomura, Hiroshi Abiko, Kazuhiro Okabe, Atsuki Ono and Hachiro Yamada, "A Low-Supply Voltage GHz MOS Integrated Circuit for Mobile Computing Systems," IEEE Symposium On Low Power Electronics, XP002386133, Oct. 1994, pp. 80-81.

* cited by examiner

*Primary Examiner*—Timothy P. Callahan
*Assistant Examiner*—Hai L. Nguyen
(74) *Attorney, Agent, or Firm*—Garlick Harrison & Markison; Shayne X. Short

(57) **ABSTRACT**

Various circuit techniques for implementing ultra high speed circuits use current-controlled CMOS (C³MOS) logic fabricated in conventional CMOS process technology. An entire family of logic elements including inverter/buffers, level shifters, NAND, NOR, XOR gates, latches, flip-flops and the like are implemented using C³MOS techniques. Optimum balance between power consumption and speed for each circuit application is achieve by combining high speed C³MOS logic with low power conventional CMOS logic. The combined C³MOS/CMOS logic allows greater integration of circuits such as high speed transceivers used in fiber optic communication systems.

**20 Claims, 9 Drawing Sheets**



EXHIBIT I
335



Fig. 1
(prior art)

Fig. 2

Fig. 3

EXHIBIT I
336



Fig. 4B

Fig. 4A

EXHIBIT I
337



**Fig. 5**

EXHIBIT I
338



**Fig. 6**

EXHIBIT I
339



**Fig. 7**

EXHIBIT I
340



**Fig. 8**

EXHIBIT I
341

**U.S. Patent**      May 8, 2007      **Sheet 7 of 9**      US 7,215,169 B2



Fig. 9

EXHIBIT I
342



Fig. 10

Fig. 11

EXHIBIT I
343

Fig. 12

EXHIBIT I
344

US 7,215,169 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# CURRENT-CONTROLLED CMOS LOGIC FAMILY

## CROSS REFERENCE TO RELATED PATENTS/PATENT APPLICATIONS

The present U.S. Utility Patent Application claims priority pursuant to 35 U.S.C. § 120, as a continuation, to the following U.S. Utility Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

1. U.S. Utility application Ser. No. 11/114,969, entitled "Current-controlled CMOS logic family," filed Apr. 26, 2005, now U.S. Pat. No. 7,038,516 B2, issued on May 2, 2006, which claims priority pursuant to 35 U.S.C. § 120, as a continuation, to the following U.S. Utility Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility Patent Application for all purposes:

2. U.S. Utility application Ser. No. 10/143,087, entitled "Current-controlled CMOS logic family," filed May 9, 2002, now U.S. Pat. No. 6,900,670 B2, issued on May 31, 2005, which claims priority pursuant to 35 U.S.C. § 120, as a continuation, to the following U.S. Utility Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility Patent Application for all purposes:

3. U.S. Utility application Ser. No. 09/484,856, entitled "Current-controlled CMOS logic family," filed Jan. 18, 2000, now U.S. Pat. No. 6,424,194 B1, issued on Jun. 23, 2002, which claims priority pursuant to 35 U.S.C. § 119(e) to the following U.S. Provisional Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

1. U.S. Provisional Application Ser. No. 60/141,321, entitled "Current-controlled CMOS logic family," filed Jun. 28, 1999.

## BACKGROUND OF THE INVENTION

The present invention relates in general to integrated circuitry, and in particular to complementary metal-oxide-semiconductor (CMOS) logic and circuits with enhanced speed characteristics.

For a number of reasons CMOS is the logic family of choice in today's VLSI devices. Due to the complementary nature of its operation, CMOS logic consumes near zero static power. CMOS also readily scales with technology. These two features are highly desirable given the drastic growth in demand for low power and portable electronic devices. Further, with the computer aided design (CAD) industry's focus on developing automated design tools for CMOS based technologies, the cost and the development time of CMOS VLSI devices has reduced significantly.

The one drawback of the CMOS logic family, however, remains its limited speed. That is, conventional CMOS logic has not achieved the highest attainable switching speeds made possible by sub-micron CMOS technologies. This is due to a number of reasons. Referring to FIG. 1, there is shown a conventional CMOS inverter **100**—the most basic building block of CMOS logic. A p-channel transistor **102** switches between the output and the positive power supply Vcc, and an n-channel transistor **104** switches between the output and the negative power supply (or ground). The switching speed in CMOS logic is inversely proportional to the average on resistance (Ron) of the MOS transistor, and the load capacitance CL on a given node ($\tau = Ron \times C_L$). The on resistance Ron is proportional to the transistor channel length L divided by the power supply voltage (i.e., $Ron \propto L/Vcc$), while the load capacitance is given by the gate capacitance of the transistor being driven (i.e., $W \times L \times Cox$, where Cox is the gate oxide capacitance), plus the interconnect parasitic capacitance $C_{int}$. Therefore, with reduced transistor channel lengths L, the switching speed is generally increased. However, this relationship no longer holds in sub-micron technologies. As the channel length L in CMOS technology shrinks into the sub-micron range, the power supply voltage must be reduced to prevent potential damage to the transistors caused by effects such as oxide breakdown and hot-electrons. The reduction of the power supply voltage prevents the proportional lowering of Ron with the channel length L. Moreover, the load capacitance which in the past was dominated by the capacitances associated with the MOS device, is dominated by the routing or interconnect capacitance ($C_{int}$) modern sub 0.5 micron technologies. This means that the load capacitance will not be reduced in proportion with the channel length L. Thus, the RC loading which is the main source of delaying the circuit remains relatively the same as CMOS technology moves in the sub-micron range.

As a result of the speed limitations of conventional CMOS logic, integrated circuit applications in the Giga Hertz frequency range have had to look to alternative technologies such as ultra high speed bipolar circuits and Gallium Arsenide (GaAs). These alternative technologies, however, have drawbacks of their own that have made them more of a specialized field with limited applications as compared to silicon MOSFET that has had widespread use and support by the industry. In particular, compound semiconductors such as GaAs are more susceptible to defects that degrade device performance, and suffer from increased gate leakage current and reduced noise margins. Furthermore, attempts to reliably fabricate a high quality oxide layer using GaAs have not thus far met with success. This has made it difficult to fabricate GaAs FETs, limiting the GaAs technology to junction field-effect transistors (JFETs) or Schottky barrier metal semiconductor field-effect transistors (MES-FETs). A major drawback of the bipolar technology, among others, is its higher current dissipation even for circuits that operate at lower frequencies.

It is therefore highly desirable to develop integrated circuit design techniques that are based on conventional silicon CMOS technology, but overcome the speed limitations of CMOS logic.

## BRIEF SUMMARY OF THE INVENTION

The present invention is directed to apparatus and methods of operation that are further described in the following Brief Description of the Several Views of the Drawings, the Detailed Description of the Invention, and the claims. Other features and advantages of the present invention will become apparent from the following detailed description of the invention made with reference to the accompanying drawings.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 shows a conventional CMOS inverter;

FIG. 2 is an inverter/buffer implemented in C³MOS according to an exemplary embodiment of the present invention;

EXHIBIT I

345

US 7,215,169 B2

3

FIG. 3 shows an exemplary C$^3$MOS level shift buffer according to the present invention;

FIGS. 4A and 4B show exemplary C$^3$MOS implementations for an AND/NAND gate and an OR/NOR gate, respectively;

FIG. 5 shows an exemplary C$^3$MOS implementation for a 2:1 multiplexer;

FIG. 6 shows an exemplary C$^3$MOS implementation for a two-input exclusive OR/NOR gate;

FIG. 7 is a circuit schematic showing an exemplary C$^3$MOS clocked latch according to the present invention;

FIG. 8 is a circuit schematic for an alternate embodiment for a C$^3$MOS flip-flop according to the present invention;

FIG. 9 shows an exemplary C$^3$MOS implementation for a flip-flop using the C$^3$MOS latch of FIG. 7;

FIG. 10 shows a block diagram for a circuit that combines C$^3$MOS and conventional CMOS logic on a single silicon substrate to achieve optimum tradeoff between speed and power consumption;

FIG. 11 shows an exemplary circuit application of the C$^3$MOS/CMOS combined logic wherein C$^3$MOS logic is used to deserialize and serialize the signal stream while CMOS logic is used as the core signal processing logic circuitry;

FIG. 12 is a simplified block diagram of a transceiver system that utilizes the C$^3$MOS/CMOS combined logic according to the present invention to facilitate interconnecting high speed fiber optic communication channels.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides ultra high-speed logic circuitry implemented in silicon complementary metal-oxide-semiconductor (CMOS) process technology. A distinction is made herein between the terminology "CMOS process technology" and "CMOS logic." CMOS process technology as used herein refers generally to a variety of well established CMOS fabrication processes that form a field-effect transistor over a silicon substrate with a gate terminal typically made of polysilicon material disposed on top of an insulating material such as silicon dioxide. CMOS logic, on the other hand, refers to the use of complementary CMOS transistors (n-channel and p-channel) to form various logic gates and more complex logic circuitry, wherein zero static current is dissipated. The present invention uses current-controlled mechanisms to develop a family of very fast current-controlled CMOS (or C$^3$MOS™) logic that can be fabricated using a variety of conventional CMOS process technologies, but that unlike conventional CMOS logic does dissipate static current. C$^3$MOS logic or current-controlled metal-oxide-semiconductor field-effect transistor (MOSFET) logic are used herein interchangeably.

In a preferred embodiment, the basic building block of this logic family is an NMOS differential pair with resistive loads. Referring to FIG. 2, there is shown one embodiment for the basic C$^3$MOS inverter/buffer 200 according to the present invention. Inverter/buffer 200 includes a pair of n-channel MOSFETs 202 and 204 that receive differential logic signals D and D# at their gate terminals, respectively. Resistive loads 206 and 208 connect the drain terminals of MOSFETs 202 and 204, respectively, to the power supply Vcc. Drain terminals of MOSFETs 202 and 204 form the outputs OUT# and OUT of the inverter/buffer, respectively. Resistive loads 206 and 208 may be made up of either p-channel MOSFETs operating in their linear region, or resistors made up of, for example, polysilicon material. In a

4

preferred embodiment, polysilicon resistors are used to implement resistive loads 206 and 208, which maximize the speed of inverter/buffer 200. The source terminals of n-channel MOSFETs 202 and 204 connect together at node 210. A current-source n-channel MOSFET 212 connects node 210 to ground (or negative power supply). A bias voltage VB drives the gate terminal of current-source MOSFET 212 and sets up the amount of current I that flows through inverter/buffer 200. In response to the differential signal at D and D#, one of the two input n-channel MOSFETs 202 and 204 switches on while the other switches off. All of current I, thus flows in one leg of the differential pair pulling the drain terminal (OUT or OUT#) of the on transistor down to logic low, while the drain of the other (off) transistor is pulled up by its resistive load toward logic high. At the OUT output this circuit is a buffer, while at the OUT# output the circuit acts as an inverter.

Significant speed advantages are obtained by this type of current steering logic. Unlike the conventional CMOS inverter of FIG. 1, when either one of the input MOSFETs 202 or 204 is switching on, there is no p-channel pull-up transistor that fights the n-channel. Further, circuit 200 requires a relatively small differential signal to switch its transistors. This circuit also exhibits improved noise performance as compared to the CMOS inverter of FIG. 1, since in the C3MOS inverter/buffer, transistors do not switch between the power supply and the substrate. Logic circuitry based on current-steering techniques have been known in other technologies such as bipolar, where it is called emitter-coupled logic (ECL), and GaAs where it is called source-coupled FET logic (SCFL). This technology, however, has not been seen in silicon CMOS technology for a number of reasons, among which is the fact that CMOS logic has always been viewed as one that dissipates zero static current. The C$^3$MOS logic as proposed by the present invention, on the other hand, does dissipate static current.

The design of each C$^3$MOS logic cell according to the present invention is optimized based on several considerations including speed, current dissipation, and voltage swing. The speed of the logic gate is determined by the resistive load and the capacitance being driven. As discussed above, the preferred embodiment according to the present invention uses polysilicon resistors to implement the load devices. P-channel MOSFETs can alternatively be used, however, they require special biasing to ensure they remain in linear region. Further, the junction capacitances of the p-channel load MOSFETs introduce undesirable parasitics. Speed requirements place a maximum limit on the value of the resistive loads. On the other hand, the various C$^3$MOS logic cells are designed to preferably maintain a constant voltage swing (IxR). Accordingly, the values for R and I are adjusted based on the capacitive load being driven to strike the optimum trade-off between switching speed and power consumption.

The C$^3$MOS logic family, according to the present invention, contains all the building blocks of other logic families. Examples of such building blocks include inverters, buffers, level shift buffers, N-input NOR and NAND gates, exclusive OR (XOR) gates, flip flops and latches, and the like. FIG. 3 shows an exemplary C$^3$MOS level shift circuit 300 according to the present invention. Level shift circuit 300 includes essentially the same circuit elements as inverter/buffer 200 shown in FIG. 2, with an additional resistor Rs 302 inserted between the power supply Vcc and the load resistors. Circuit 300 operates in the same fashion as inverter/buffer 200 except that it has its power supply voltage shifted by a value equal to (IxRs). The C$^3$MOS logic circuitry according to the

EXHIBIT I
346

US 7,215,169 B2

5                                                                                          6

present invention employs this type of level shifter to make the necessary adjustments in the signal level depending on the circuit requirements. Examples of C³MOS circuits utilizing this type of level shifting will be described below in connection with other types of C³MOS logic elements.

FIGS. 4A and 4B show exemplary C³MOS implementations for an exemplary 2-input AND/NAND gate 400 and an exemplary 2-input OR/NOR gate 402, respectively. These gates operate based on the same current steering principal as discussed above. A logic low signal at input B of AND/NAND gate 400 brings OUT to ground via Q4 while OUT# is pulled high by its load resistor. A logic low at the A input also pulls OUT to ground via Q2 and Q3 (B=high). OUT is pulled high only when both A and B are high disconnecting any path to ground. OUT# provides the inverse of OUT. OR/NOR gate 402 operates similarly to generate OR/NOR logic at its outputs. When another set of transistors are inserted in each leg of the differential pair as is the case for gates 400 and 402, the signals driving the inserted transistors (Q3, Q4) need level shifting to ensure proper switching operation of the circuit. Thus, high speed C³MOS level shifters such as those presented in FIG. 3 can be employed to drive signals B and B#. In a preferred embodiment, since node OUT in both gates 400 and 402 must drive the additional parasitics associated transistors Q4, dummy load transistors DQL1 and DQL2 connect to node OUT# to match the loading conditions at both outputs.

FIG. 5 shows an exemplary C³MOS implementation for a 2:1 multiplexer 500. Similar to the other C³MOS logic gates, multiplexer 500 includes a differential pair for each input, but multiplexer 500 further includes select transistors 502 and 504 inserted between the common source terminals of the differential pairs and the current source transistor in a cascade structure. By asserting one of the select input signals SELA or SELB, the bias current is steered to the differential pair associated with that select transistor. Thus, signal SELA steers the bias current to the differential pair with A and A# inputs, and signal SELB steers the bias current to the differential pair with B and B# inputs. Similar to gates 400 and 402, the signals SELA and SELB driving 15 inserted transistors 502 and 504 need level shifting to ensure proper switching operation of the circuit.

FIG. 6 shows an exemplary C³MOS implementation for a two-input exclusive OR (XOR) gate 600. This implementation includes two differential pairs 602 and 606 that share the same resistive load, receive differential signals A and A# at their inputs as shown, and have their drain terminals cross-coupled at the outputs. The other differential input signals B and B# are first level shifted by circuit 606 and then applied to cascade transistors 608 and 610 that are inserted between the differential pairs and the current source transistor. The circuit as thus constructed performs the XOR function on the two input signals A and B.

FIG. 7 is a circuit schematic showing an exemplary C³MOS clocked latch 700 according to the present invention. Latch 700 includes a first differential pair 702 that receives differential inputs D and D# at the gate terminals, and a second differential pair 704 that has its gate and drain terminals cross-coupled to the outputs of OUT and OUT# first differential pair 702. Clocked transistors 706 and 708 respectively connect common-source nodes of differential pairs 702 and 704 to the current-source transistor. Complementary clock signals CK and CKB drive the gate terminals of clocked transistors 706 and 708. Similar to the other C³MOS gates that have additional transistors inserted between the differential pair and the current-source transis-

tor, clock signals CK and CKB are level shifted by level shift circuits such as that of FIG. 3.

A C³MOS master-slave flip-flop 800 according to the present invention can be made by combining two latches 700 as shown in FIG. 8. A first latch 802 receives differential input signals D and D# and generates differential output signals QI and QI#. The differential output signals QI and QI# are then applied to the differential inputs of a second latch 804. The differential outputs Q and Q# of second latch 804 provide the outputs of flip-flop 800.

Every one of the logic gates described thus far may be implemented using p channel transistors. The use of p-channel transistors provides for various alternative embodiments for C³MOS logic gates. FIG. 9 shows one example of an alternative implementation for a C³MOS clocked latch 900 that uses p-channel transistors. In this embodiment, instead of inserting the n-channel clocked transistors between the common-source nodes of the differential pairs and the current-source transistor, p channel clocked transistors 902 and 904 connect between the common-source nodes and the power supply Vcc. This implementation also requires that each differential pair have a separate current-source transistor as shown. Clocked latch 900 operates essentially the same as latch 700 shown in FIG. 7, except the implementation is not as efficient both in terms of size and speed.

As illustrated by the various C³MOS logic elements described above, all of the building blocks of any logic circuitry can be constructed using the C³MOS technique of the present invention. More complex logic circuits such as shift registers, counters, frequency dividers, etc., can be constructed in C³MOS using the basic elements described above. As mentioned above, however, C³MOS logic does consume static power. The static current dissipation of C³MOS may become a limiting factor in certain large scale circuit applications. In one embodiment, the present invention combines C³MOS logic with conventional CMOS logic to achieve an optimum balance between speed and power consumption. According to this embodiment of the present invention, an integrated circuit utilizes C³MOS logic for the ultra high speed (e.g., GHz) portions of the circuitry, and conventional CMOS logic for the relatively lower speed sections. For example, to enable an integrated circuit to be used in ultra high speed applications, the input and output circuitry that interfaces with and processes the high speed signals is implemented using C³MOS. The circuit also employs C³MOS to divide down the frequency of the signals being processed to a low enough frequency where conventional CMOS logic can be used. The core of the circuit, according to this embodiment, is therefore implemented by conventional CMOS logic that consumes zero static current. FIG. 10 shows a simplified block diagram illustrating this exemplary embodiment of the invention. A C³MOS input circuit 1000 receives a high frequency input signal IN and outputs a divided down version of the signal IN/n. The lower frequency signal IN/n is then processes by core circuitry 1002 that is implemented in conventional CMOS logic. A C³MOS output circuit 1004 then converts the processed IN/n signal back to the original frequency (or any other desired frequency) before driving it onto the output node OUT.

An example of a circuit implemented using combined CMOS/C³MOS logic according to the present invention is shown in FIG. 11. C³MOS input circuitry 1100 is a deserializer that receives a serial bit stream at a high frequency of, for example, 2 GHz. A 2 GHz input clock signal CLK is divided down to 1 GHz using a C³MOS flip-flop 1102, such as the one shown in FIG. 8, that is connected in a ÷2

EXHIBIT I
347

US 7,215,169 B2

7                                                                          8

feedback configuration. The 1 GHz output of flip-flop **1102** is then supplied to clock inputs of a pair of C³MOS latches **1104** and **1106**. Latches **1104** and **1106**, which may be of the type shown in FIG. **6**, receive the 2 GHz input bit stream at their inputs and respectively sample the rising and falling edges of the input bit stream in response to the 1 GHz clock signal CLKI2. The signal CLKI2 which is applied to the B/B# inputs of each latch (the level shifted input; see FIG. **6**), samples the input data preferably at its center. It is to be noted that the rise and fall times of the signal in CMOS logic is often very dependent on process variations and device matching. C³MOS logic, on the other hand, is differential in nature and therefore provides much improved margins for sampling.

Referring back to FIG. **11**, block **11** thus deserializes the input bit stream with its frequency halved to allow for the use of conventional CMOS logic to process the signals. The signals at the outputs of latches **1104** and **1106** are applied to parallel processing circuitry **1108** that are implemented in conventional CMOS logic operating at 1 GHz. The reverse is performed at the output where a serializer **1110** receives the output signals from processing circuitry **1108** and serializes them using C³MOS logic. The final output signal is a bit stream with the original 2 GHz frequency. Circuit applications wherein this technique can be advantageously employed include high speed single or multi-channel serial links in communication systems.

As apparent from the circuit shown in FIG. **11**, this technique doubles the amount of the core signal processing circuitry. However, since this part of the circuit is implemented in conventional CMOS logic, current dissipation is not increased by the doubling of the circuitry. Those skilled in the art appreciate that there can be more than one level of deserializing if further reduction in operating frequency is desired. That is, the frequency of the input signal can be divided down further by 4 or 8 or more if desired. As each resulting bit stream will require its own signal processing circuitry, the amount and size of the overall circuitry increases in direct proportion to the number by which the input signal frequency is divided. For each application, therefore, there is an optimum number depending on the speed, power and area requirements.

According to one embodiment of the present invention the combined C³MOS/CMOS circuit technique as shown in FIG. **11** is employed in a transceiver of the type illustrated in FIG. **12**. The exemplary transceiver of FIG. **12** is typically found along fiber optic channels in high speed telecommunication networks. The transceiver includes at its input a photo detect and driver circuit **1200** that receives the input signal from the fiber optic channel. Circuit **1200** converts fiber-optic signal to packets of data and supplies it to a clock data recovery (CDR) circuit **1202**. CDR circuit **1202** recovers the clock and data signals that may be in the frequency range of about 2.5 GHz, or higher. Established telecommunication standards require the transceiver to perform various functions, including data monitoring and error correction. These functions are performed at a lower frequency. Thus, the transceiver uses a demultiplexer **1204** which deserializes the 2.5 GHz data stream into, for example, 16 parallel signals having a frequency of about 155 MHz. An application specific integrated circuit (ASIC) **1206** then performs the monitoring and error correction functions at the lower (155 MHz) frequency. A multiplexer and clock multiplication unit (CMU) **1208** converts the parallel signals back into a single bit stream at 2.5 GHz. This signal is then retransmitted back onto the fiber optic channel by a laser drive **1212**. The combined C³MOS/CMOS technique of the

present invention allows fabrication of demultiplexer **1204**, ASIC **1206** and multiplexer and CMU **1208** on a single silicon die, as indicated by reference numeral **1210**, in a similar fashion as described in connection with the circuit of FIGS. **10** and **11**. That is, demultiplexer **1204** and multiplexer and CMU **1208** are implemented in C³MOS with ASIC **1206** implemented in conventional CMOS.

In conclusion, the present invention provides various circuit techniques for implementing ultra high speed circuits using current-controlled CMOS (C³MOS) logic fabricated in conventional CMOS process technology. An entire family of logic elements including inverter/buffers, level shifters, NAND, NOR, XOR gates, latches, flip-flops and the like have been developed using C³MOS according to the present invention. In one embodiment, the present invention advantageously combines high speed C³MOS logic with low power conventional CMOS logic. According to this embodiment circuits such as transceivers along fiber optic channels can be fabricated on a single chip where the ultra-high speed portions of the circuit utilize C³MOS and the relatively lower speed parts of the circuit use conventional CMOS logic. In another embodiment, the C³MOS logic circuitry receives a first power supply voltage that is higher than the power supply voltage used by the conventional CMOS logic circuitry. While the above is a complete description of the preferred embodiment of the present invention, it is possible to use various alternatives, modifications and equivalents. Therefore, the scope of the present invention should be determined not with reference to the above description but should, instead, be determined with reference to the appended claims, along with their full scope of equivalents.

What is claimed is:

1. An apparatus, comprising:

a first circuit block, implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to receive and process a first signal thereby generating a second signal there from, wherein the first signal is a differential signal;

a second circuit block, implemented using conventional CMOS logic wherein substantially zero static current is dissipated, that is operable to receive and process a third signal thereby generating a fourth signal there from, wherein the second signal is a differential signal; and

a third circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to:

receive the second signal;

receive the fourth signal; and

process the second signal and the fourth signal thereby generating a fifth signal there from.

2. The apparatus of claim **1**, wherein:

the fifth signal is a serialized signal that includes information contained within the second signal and the fourth signal.

3. The apparatus of claim **1**, wherein:

the first signal has a first frequency;

the second signal has the first frequency; and

the fifth signal has a second frequency.

4. The apparatus of claim **1**, wherein:

the first signal has a first frequency;

the second signal has the first frequency;

the fifth signal has a second frequency; and

the second frequency is greater than the first frequency.

EXHIBIT I

US 7,215,169 B2

9

**5.** The apparatus of claim 1, wherein:
the first signal has a first frequency;
the second signal has the first frequency;
the fifth signal has a second frequency; and
the second frequency is an integer multiple of the first frequency.

**6.** The apparatus of claim 1, further comprising:
a fourth circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to receive and process a sixth signal thereby generating the first signal and the third signal there from.

**7.** The apparatus of claim 6, wherein:
the first signal has a first frequency;
the second signal has the first frequency; and
the fifth signal has a second frequency; and
the sixth signal has the second frequency.

**8.** The apparatus of claim 1, wherein:
the first circuit block, the second circuit block, and the third circuit block are all implemented on a single silicon die.

**9.** An apparatus, comprising:
a first circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to receive and process a first signal thereby generating a second signal and a third signal there from;
a second circuit block, implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to receive and process the second signal thereby generating a fourth signal there from; and
a third circuit block, implemented using conventional CMOS logic wherein substantially zero static current is dissipated, that is operable to receive and process the third signal thereby generating a fifth signal there from.

**10.** The apparatus of claim 9, wherein:
the first circuit block deserializes the first signal thereby generating the second signal and the third signal there from such that the second signal includes first information contained within the first signal and the third signal includes second information contained within the first signal.

**11.** The apparatus of claim 9, wherein:
the first signal has a first frequency;
the second signal has a second frequency; and
the third signal has the second frequency.

**12.** The apparatus of claim 9, wherein:
the first signal has a first frequency;
the second signal has a second frequency;
the third signal has the second frequency; and
the first frequency is greater than the second frequency.

**13.** The apparatus of claim 9, wherein:
the first signal has a first frequency;
the second signal has a second frequency;
the third signal has the second frequency;
the fourth signal has the second frequency;

10

the fifth signal has the second frequency; and
the first frequency is greater than the second frequency.

**14.** The apparatus of claim 9, wherein:
the first circuit block, the second circuit block, and the third circuit block are all implemented on a single silicon die.

**15.** An apparatus, comprising:
a first circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to receive and process a first signal thereby generating a second signal and a third signal there from;
a second circuit block, implemented using conventional complementary metal-oxide semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to receive and process the second signal thereby generating a fourth signal there from;
a third circuit block, implemented using conventional CMOS logic wherein substantially zero static current is dissipated, that is operable to receive and process the third signal thereby generating a fifth signal there from.
a fourth circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to:
receive the fifth signal;
receive the fifth signal; and
process the fourth signal and the fifth signal thereby generating a sixth signal there from.

**16.** The apparatus of claim 15 wherein:
the first circuit block deserializes the first signal thereby generating the second signal and the third signal there from such that the second signal includes first information contained within the first signal and the third signal includes second information contained within the first signal.

**17.** The apparatus of claim 15, wherein:
the fourth circuit block serializes the fourth signal and the fifth signal thereby generating the sixth signal such that the sixth signal includes information contained within the fourth signal and the fifth signal.

**18.** The apparatus of claim 15, wherein:
the first signal has a first frequency;
the second signal has a second frequency;
the fourth signal has the second frequency; and
the sixth signal has the first frequency.

**19.** The apparatus of claim 15, wherein:
the first signal has a first frequency;
the second signal has a second frequency;
the third signal has the second frequency;
the fourth signal has the second frequency;
the fifth signal has the second frequency; and
the sixth signal has the first frequency.

**20.** The apparatus of claim 15, wherein:
the first circuit block, the second circuit block, the third circuit block, and the fourth circuit block are all implemented on a single silicon die.

* * * * *

EXHIBIT I
349

# Exhibit J

US007313623B2

(12) **United States Patent**
Elzur et al.

(10) Patent No.:     **US 7,313,623 B2**
(45) Date of Patent:          **Dec. 25, 2007**

(54) **SYSTEM AND METHOD FOR TCP/IP OFFLOAD INDEPENDENT OF BANDWIDTH DELAY PRODUCT**

(75) Inventors: **Uri Elzur**, Irvine, CA (US); **Frankie Fan**, Diamond Bar, CA (US); **Steven B Lindsay**, Mission Viejo, CA (US); **Scott S. McDaniel**, Villa Park, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 483 days.

(21) Appl. No.: **10/652,183**

(22) Filed:     **Aug. 29, 2003**

(65)               **Prior Publication Data**
        US 2004/0042464 A1     Mar. 4, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/408,617, filed on Sep. 6, 2002, provisional application No. 60/407,165, filed on Aug. 30, 2002.

(51) **Int. Cl.**
     *G06F 15/16*        (2006.01)

(52) **U.S. Cl.** .................... **709/227**; 709/228; 709/223; 709/242; 709/250; 370/235; 370/395.52

(58) **Field of Classification Search** ........ 709/227–228, 709/230, 223–224, 250, 232, 242; 370/395.52, 370/235
     See application file for complete search history.

(56)               **References Cited**
             U.S. PATENT DOCUMENTS
     5,805,927 A     9/1998   Bowes et al.

| | | | |
|---|---|---|---|
| 5,937,169 A | * | 8/1999 | Connery et al. ............ 709/250 |
| 5,978,849 A | * | 11/1999 | Khanna ...................... 709/227 |
| 6,427,171 B1 | * | 7/2002 | Craft et al. ................ 709/250 |
| 6,434,620 B1 | * | 8/2002 | Boucher et al. ........... 709/230 |
| 6,757,746 B2 | * | 6/2004 | Boucher et al. ........... 709/250 |
| 6,788,704 B1 | * | 9/2004 | Lindsay ..................... 370/465 |
| 6,874,054 B2 | | 3/2005 | Clayton et al. |
| 6,938,092 B2 | * | 8/2005 | Burns ........................ 709/230 |
| 2002/0095519 A1 | * | 7/2002 | Philbrick et al. .......... 709/250 |
| 2003/0046330 A1 | * | 3/2003 | Hayes ....................... 709/201 |

(Continued)

OTHER PUBLICATIONS

Yeh et al Introduction to TCP/IP Offload Engine (TOE), Apr. 2002.*

(Continued)

*Primary Examiner*—Philip Tran
(74) *Attorney, Agent, or Firm*—McAndrews, Held & Malloy, Ltd.

(57)                 **ABSTRACT**

Aspects of the invention may provide TCP offload, which may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and at least some of the updated TCP connection variables may be transferred back to the host. In an aspect of the invention, the TCP connection variables may be variables that are independent of bandwidth delay product. At least a portion of the updated TCP connection variables may be utilized by the host to process the TCP connection or another TCP connection. The host may push the variables onto the stack and the TOE may pull the variables from the stack. Also, updated TCP connection variables may be pushed on the stack by the TOE and pulled from the stack by the host.

**50 Claims, 4 Drawing Sheets**



EXHIBIT J
350

## US 7,313,623 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2003/0046418 A1* | 3/2003 | Raval et al. ................ 709/250 |
| 2003/0061505 A1* | 3/2003 | Sperry et al. .............. 713/200 |
| 2003/0079033 A1 | 4/2003 | Craft et al. |
| 2003/0105977 A1* | 6/2003 | Brabson et al. ............. 713/201 |
| 2003/0140124 A1* | 7/2003 | Burns ........................ 709/220 |
| 2003/0204631 A1* | 10/2003 | Pinkerton et al. ........... 709/249 |
| 2003/0204634 A1* | 10/2003 | Pinkerton et al. .......... 709/250 |
| 2004/0019652 A1* | 1/2004 | Freimuth et al. .......... 709/213 |
| 2004/0042483 A1 | 3/2004 | Etzur et al. |
| 2004/0042487 A1* | 3/2004 | Ossman ...................... 370/466 |
| 2004/0062245 A1 | 4/2004 | Sharp et al. |
| 2004/0062275 A1 | 4/2004 | Siddabathuni |
| 2005/0165980 A1 | 7/2005 | Clayton et al. |
| 2005/0216597 A1 | 9/2005 | Shah et al. |

### OTHER PUBLICATIONS

Earls, "Integrating TCP Offload Engines (TOEs): A look at vendors and trends", May 2002.*

* cited by examiner

**U.S. Patent**        Dec. 25, 2007        Sheet 1 of 4        US 7,313,623 B2



**FIG. 1**



**FIG. 2**

EXHIBIT J
353



**FIG. 3**



**FIG. 4**

US 7,313,623 B2

**1**

# SYSTEM AND METHOD FOR TCP/IP OFFLOAD INDEPENDENT OF BANDWIDTH DELAY PRODUCT

## CROSS-REFERENCE TO RELATED APPLICATIONS/INCORPORATION BY REFERENCE

This application makes reference to, claims priority to and claims benefit from:

U.S. Provisional Patent Application Ser. No. 60/408,617, entitled "System and Method for TCP/IP Offload" filed on Sep. 6, 2002; and

U.S. Provisional Patent Application Ser. No. 60/407,165, filed on Aug. 30, 2002.

The above stated application is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

Certain embodiments of the present invention relate to processing of TCP data and related TCP information. More specifically, certain embodiments relate to a method and system for TCP/IP offload independent of bandwidth delay product.

## BACKGROUND OF THE INVENTION

The initial development of transmission control protocol (TCP) was based on networking and processing capabilities that were then currently available. As a result, various fundamental assumptions regarding its operation were prefaced on networking and processor technologies that existed at that time. Among the assumptions on which TCP was prefaced includes the scarcity and high cost of bandwidth and the partially limitless processing resources available by a host processor. With the advent of technologies such as Gigabit Ethernet (GbE), these fundamental assumptions have radically changed to the point where bandwidth is no longer as scarce and expensive and the host processing resources are now regarded a being limited rather than virtually infinite. In this regard, the bottleneck has shifted from the network bandwidth to the host processing bandwidth. Since host processing systems do more than merely providing faster network connections, shifting network resources to provide much faster network connections will do little to address the fundamental change in assumptions. Notably, shifting network resources to provide much faster network connections would occur at the expense of executing system applications, thereby resulting in degradation of system performance.

Although new networking architectures and protocols could be created to address the fundamental shift in assumptions, the new architectures and protocols would still have to provide support for current and legacy systems. Accordingly, solutions are required to address the shift in assumptions and to alleviate any bottlenecks that may result with host processing systems. A transmission control protocol offload engine (TOE) may be utilized to redistribute TCP processing from the host system onto specialized processors which may have suitable software for handling TCP processing. The TCP offload engines may be configured to implement various TCP algorithms for handling faster network connections, thereby allowing host system processing resources to be allocated or reallocated to application processing.

**2**

In order to alleviate the consumption of host resources, a TCP connection can be offloaded from a host to a dedicated TCP/IP offload engine (TOE). Some of these host resources may include CPU cycles and subsystem memory bandwidth. During the offload process, TCP connection state information is offloaded from the host, for example from a host software stack, to the TOE. A TCP connection can be in any one of a plurality of states at a given time. To process the TCP connection, TCP software may be adapted to manage various TCP defined states. Being able to manage the various TCP defined states may require a high level of architectural complexity in the TOE.

Offloading state information utilized for processing a TCP connection to the TOE may not necessarily be the best solution because many of the states such as CLOSING, LAST_ACK and FIN_WAIT_2 may not be performance sensitive. Furthermore, many of these non-performance sensitive states may consume substantial processing resources to handle, for example, error conditions and potentially malicious attacks. These are but some of the factors that substantially increase the cost of building and designing the TOE. In addition, a TOE that has control, transferred from the host, of all the state variables of a TCP connection may be quite complex, can use considerable processing power and may require and consume a lot of TOE on-board-memory. Moreover, the TCP connection offloaded to the TOE that has control, transferred from the host, of all the state variables of the TCP connection can be inflexible and susceptible to connection loss.

TCP segmentation is a technology that may permit a very small portion of TCP processing to be offloaded to a network interface card (NIC). In this regard, a NIC that supports TCP segmentation does not truly incorporate a full transmission control processing offload engine. Rather, a NIC that supports TCP segmentation only has the capability to segment outbound TCP blocks into packets having a size equivalent to that which the physical medium supports. Each of the outbound TCP blocks are smaller than a permissible TCP window size. For example, an Ethernet network interface card that supports TCP Segmentation, may segment a 4 KB block of TCP data into 3 Ethernet packets. The maximum size of an Ethernet packet is 1518 bytes inclusive of header and a trailing CRC.

A device that supports TCP segmentation does track certain TCP state information such as the TCP sequence number that is related to the data that the offload NIC is segmenting. However, the device that supports TCP segmentation does not track any state information that is related to inbound traffic, or any state information that is required to support TCP acknowledgements or flow control. A NIC that supports full TCP offload in the established state is responsible for handling TCP flow control, and responsible for handling incoming TCP acknowledgements, and generating outbound TCP acknowledgements for incoming data.

TCP segmentation may be viewed as a subset of TCP offload. TCP segmentation allows the protocol stack or operating system to pass information in the form of blocks of TCP data that has not been segmented into individual TCP packets to a device driver. The block of data may be greater than the size of an Ethernet packet. For instance, the block of data to be segmented could 4 Kbytes or 16 Kbytes. A network adapter associated with the device driver may acquire the blocks of TCP data, packetize the acquired blocks of TCP data into 1518-byte Ethernet packets and update certain fields in each incrementally created packet. For example, the network adapter may update a corresponding TCP sequence number for each of the TCP packets by

US 7,313,623 B2

3

incrementing the TCP sequence number for each of the packets. In another example, an IP identification (IP ID) field and flag field would also have to be updated for each packet. One limitation with TCP segmentation is that TCP segmentation may only be done on a block of data that is less than a TCP window size. This is due to the fact that a device implementing TCP segmentation has no influence over TCP flow control. Accordingly, the device implementing TCP flow control only segment outbound TCP packets.

A TCP segmentation device does not examine incoming packets and as such, has no influence over flow control. Any received acknowledgement packet is passed up to the host for processing. In this regard, acknowledgement packets that are utilized for flow control are not processed by the TCP segmentation device. Moreover, a TCP segmentation device does not perform congestion control or "slow-start" and does not calculate or modify any variables that are passed back to the operating system and/or host system processor.

Another limitation with TCP segmentation is that information tracked by TCP segmentation is only information that is pertinent for the lifetime of the TCP data. In this regard, for example, the TCP segmentation device may track TCP segmentation numbers but not TCP acknowledgement (ACK) numbers. Accordingly, the TCP segmentation device tracks only a minimal subset of information related to corresponding TCP data. This limits the capability and/or functionality of the TCP segmentation device. A further limitation with TCP segmentation is that a TCP segmentation device does not pass TCP processed information back to an operating system and/or host processor. This lack of feedback limits the TCP processing that otherwise may be achieved by an operating system and/or host system processor.

Further limitations and disadvantages of conventional and traditional approaches will become apparent to one of skill in the art, through comparison of such systems with some aspects of the present invention as set forth in the remainder of the present application with reference to the drawings.

BRIEF SUMMARY OF THE INVENTION

Aspects of the invention may be found in, for example, systems and methods that provide TCP/IP offload. In one embodiment of the invention, a system for TCP/IP offload may include, for example, a host and a TCP/IP offload engine (TOE). The host may be coupled to the TOE. The host may transfer control of at least a portion of TCP connection variables associated with the TCP connection to the TOE. The TOE may update at least a portion of the TCP connection variables and transfer or feedback the updated TCP connection variables back to the host.

In accordance with another embodiment of the invention, a system is provided for TCP connection offload. The system may include, for example, a host and a network interface card (NIC) that may be coupled to the host. For a particular connection offloaded to the NIC, control of state information is split between the host and the NIC. Accordingly, information may be transferred to the NIC and the NIC may update at least a portion of the transferred information. Subsequently, the NIC may transfer at least a portion of the updated information back to the host where the host may utilize this information to manage this and/or another connection.

In another embodiment, the invention may provide a method for TCP/IP offload. The method may include, for example, one or more of the following: deciding to offload a particular TCP connection from a host to a TOE; trans-

4

ferring control of at least a portion of connection variables associated with the particular TCP connection from the host to the TOE; sending a snapshot of remaining connection variables whose control was not transferred to the TOE; and managing the particular TCP connection via the TOE using the connection variables transferred to the TOE and/or using the snapshot. At least a portion of updated connection variables and/or snapshot variables associated with the TCP connection may be transferred back to the host for processing by the host.

Another embodiment of TCP/IP offload method may include, for example, one or more of the following: deciding to offload an established TCP connection from a host to a TOE; transferring control of segment-variant variables to the TOE from the host; sending a snapshot of segment-invariant variables and connection-invariant variables to the TOE; and independently processing incoming TCP packets via the TOE based upon the segment-variant variables and the snapshot. The TOE may update at least a portion of the segment-variant variables and snapshot and transfer at least portions of the segment-variant variables and the snapshot back to the host. In an embodiment of the invention, the host may handle all TCP states except possibly for the ESTABLISHED state which may be offloaded to the TOE.

The invention may also include a method that processes a TCP connection, which may include, for example, one or more of the following: establishing the TCP connection; sharing a control plane for the TCP connection between a host and a TOE; and communicating updated TCP connection variables from the TOE back to the host. Accordingly, at least a portion of the updated TCP connection variables may be utilized to control the TCP connection and/or another TCP connection.

In another embodiment of the invention, a method for TCP offload may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and at least some of the updated TCP connection variables may be transferred back to the host. The TCP connection variables may be independent of bandwidth delay product. At least a portion of the updated TCP connection variables may be utilized by the host to process the TCP connection or another TCP connection. A stack may be utilized to transfer the TCP connection variables between at least the host and a TOE. In this regard, the TOE may pull the TCP connection variables from the stack and the host may push the TCP connection variables onto the stack. Also, the updated TCP connection variables may be placed on the stack by the TOE and the host may subsequently pull the updated TCP connection variables from the stack.

The invention may also provide a machine-readable storage, having stored thereon, a computer program having at least one code section for providing TCP offload. The at least one code section may be executable by a machine for causing the machine to perform steps which may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and transferred back to the host. The TCP connection variables may be independent of bandwidth delay product. The machine-readable storage may further include code for utilizing at least a portion of the updated TCP connection variables to process the TCP connection or another TCP connection. In another aspect of the invention, the machine-readable storage may include code for pulling the TCP connection variables from a stack, code

EXHIBIT J

US 7,313,623 B2

**5**

for pushing updated TCP connection variables onto the stack, and code for pulling connection variables from the stack.

These and other advantages, aspects and novel features of the present invention, as well as details of an illustrated embodiment thereof, will be more fully understood from the following description and drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a system that provides TCP/IP offload in accordance with an embodiment of the invention.

FIG. 2 is a flow chart illustrating exemplary steps for TCP/IP offloading in accordance with an embodiment of the invention.

FIG. 3 is a flow chart illustrating exemplary steps for providing TCP/IP offload in accordance with an embodiment of the invention.

FIG. 4 is a flow chart illustrating exemplary steps that may be utilized for TCP offload in accordance with an embodiment of the invention.

DETAILED DESCRIPTION OF THE INVENTION

Certain aspects of the invention may provide a method for TCP offload, which may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and at least some of the updated TCP connection variables may be transferred back to the host. In accordance with an aspect of the invention, the TCP connection variables may be variables that are independent of bandwidth delay product. At least a portion of the updated TCP connection variables may be utilized by the host to process the TCP connection or another TCP connection. A stack may be utilized to transfer the TCP connection variables between at least the host and a TOE. In this regard, the host may push the TCP connection variables onto the stack and the TOE may pull the TCP connection variables from the stack. Also, the updated TCP connection variables may be placed on the stack by the TOE and the host may subsequently pull the updated TCP connection variables from the stack.

With regard to TCP segmentation, each of the outbound TCP blocks are smaller than a permissible TCP window size utilized for TCP segmentation. However, the invention is not limited in this regard. Accordingly, in an aspect of the invention, a TOE device may have the capability to provide much further TCP processing and offload than a device that simply supports TCP segmentation. Various aspects of the invention may overcome the TCP segmentation limitation in which TCP segmentation may only be done on a block of data that is less than a TCP window size. In this regard, in order to overcome this limitation, in accordance with an aspect of the invention, since the TOE supports management of TCP flow control, the TOE may be adapted to segment large blocks of data down to the individual packets. The TOE may ensure that transmissions where scheduled such that the sender never sent data beyond the TCP window. Additionally, packetization in accordance with an embodiment of the invention may be done beyond the TCP window size. The TOE takes incoming received packets that are acknowledgement packets for the outbound TCP data stream and acknowledges those outbound packets. If the acknowledgement packet causes the window size to increase, then

**6**

more packets may be sent out by the TOE device in accordance with an aspect of the invention.

Although TCP segmentation is a transmit-only related technology that does limited TCP processing of transmitted packets, the TOE in accordance with various embodiments of the invention is not so limited. In this regard, the TOE in accordance with an embodiment of the invention may process and manage both transmitted and received packets. Furthermore, a much broader range of TCP processing and management may be done by the TOE in accordance with the invention than with a TCP segmentation device. For example, with TOE, TCP information may be passed to a NIC from an operating system and/or host system processor in such a manner that the NIC maybe viewed as the owner of the TCP connection. The NIC may then manage and update the TCP state information, which may include but is not limited to, TCP segment numbers and acknowledgment numbers. Subsequent to the processing and/or updating of the TCP state information, the processed and/or updated information may be passed back to an operating system and/or host system processor. The host or system processor may then utilize the information passed back to it from the NIC. Notably, TCP segmentation does not provide this feedback of information to the host system processor and/or operating system.

Certain embodiments of the invention may also provide a robust and efficient transmission control protocol/internet protocol (TCP/IP) offload scheme that may be adapted, for example, to allow the partition of TCP processing between a TCP/IP offload engine (TOE) and a host TCP/IP implementation. The host TCP/IP implementation may include one or more host TCP/IP applications and one or more host processors. For example, in one aspect of the invention, the TCP/IP offload scheme may offload the connections that are in an ESTABLISHED state to the TOE. In other words, aspects of the invention may include the offloading of corresponding TCP state variables that may be utilized, for example, during the ESTSABLISHED state. Accordingly, the TCP/IP offload scheme may split a TCP control plane between the host software and the TOE. The TOE may be designed for example, to implement a subset or a minimum subset of the TCP control plane which may be less complex to implement and may utilize less memory. The TOE, which may be adapted to such an offload scheme, may be implemented in a cost effective manner. The more complicated aspects of TCP connection management may be handled, for example, by the host software and may provide greater reliability and flexibility.

FIG. 1 is a block diagram of a system that provides TCP/IP offload in accordance with an embodiment of the invention. Referring to FIG. 1, the system may include, for example, a host 10, host application software 12 and a TOE 20. The host 10 may include, for example, a host CPU 30 and a host memory 40. The host memory 40 may be adapted to include, for example, an application buffer 50. The application buffer 50 may be adapted to include, for example, a transmission application buffer (TxBuf) 60 and a receive application buffer (RxBuf) 70. The TOE 20 may include, for example, a direct memory access (DMA) engine 25 and a FIFO buffer 70.

The host 10 may be coupled to the TOE 20 via a host interface 80. The host interface may include, but is not limited to a peripheral component interconnect (PCI) bus, PCI-X bus, ISA, SCSI or any other suitable bus. The TOE 20 may be coupled to a physical communications medium 90. The physical communication medium 90 may be a wired medium, wireless medium or a combination thereof. The

EXHIBIT J
358

US 7,313,623 B2

13

14

during operation, said TCP/IP Offload Engine updates said particular Transmission Control Protocol connection variable.

**16.** The system according to claim **1**, wherein said Transmission Control Protocol connection is an ESTABLISHED state.

**17.** The system according to claim **1**, wherein said Transmission Control Protocol connection variables are Transmission Control Protocol connection variables that are independent of bandwidth delay product.

**18.** The system according to claim **1**, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said TCP/IP Offload Engine receives connection setups from said host.

**19.** The system according to claim **18**, wherein when said TCP/IP Offload Engine and said host are operatively coupled, the system provides resistance to DoS attacks by allowing said host to handle said connection setups.

**20.** The system according to claim **1**, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host handles all TCP states exclusive of an ESTABLISHED state which may be offloaded to said TCP/IP Offload Engine.

**21.** The system according to claim **1**, wherein during operation, said TCP/IP Offload Engine handles only connections that are in performance sensitive states.

**22.** The system according to claim **1**, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host processes resource utilization statistics in helping to determine which connections to offload and which connections to upload.

**23.** The system according to claim **1**, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host determines which connections to offload and which connections to upload.

**24.** The system according to claim **1**, wherein during operation, at least one of: said TCP/IP Offload Engine and a device driver software for said TCP/IP Offload Engine determines at least one of: Transmission Control Protocol connections to offload and Transmission Control Protocol connections to upload.

**25.** A system for providing connection offload, comprising:

a network interface card (NIC) for operatively coupling to a host, wherein when said NIC and said host are operatively coupled, for a particular connection offloaded to said NIC, control of state information is split between said host and said NIC, said NIC updates at least a portion of updated connection variables for said particular connection, and said NIC unloads said at least a portion of said updated connection variables for said particular connection to said host.

**26.** The system according to claim **25**, wherein during operation, said particular connection employs a connection-oriented transport layer protocol (TLP).

**27.** The system according to claim **26**, wherein during operation, said connection-oriented TLP comprises a Transmission Control Protocol.

**28.** The system according to claim **25**, wherein when said NIC and said host are operatively coupled, said host transfers control of segment variant variables corresponding to said particular connection to said NIC.

**29.** A method for providing TCP/IP offload, comprising:

receiving by a TCP/IP Offload Engine transfer of control of connection variables of a particular TCP connection from a host and a snapshot of remaining connection variables whose control was not transferred to said TCP/IP Offload Engine from said host;

managing said particular Transmission Control Protocol connection via said TCP/IP Offload Engine using said at least a portion of said connection variables transferred to said TCP/IP Offload Engine and at least a portion of said snapshot; and

updating at least a portion of said connection variables and a portion of said snapshot and transferring said updated at least said portion of said connection variables and said portion of said snapshot back to said host.

**30.** The method according to claim **29**, wherein said one or more connection variables of said particular Transmission Control Protocol connection transferred to said TCP/IP Offload Engine comprise at least one segment-variant variables of said particular Transmission Control Protocol connection.

**31.** The method according to claim **29**, wherein said connection variables of said particular Transmission Control Protocol connection transferred to said TCP/IP Offload Engine lacks segment-invariant variables of said particular Transmission Control Protocol connection.

**32.** The method according to claim **29**, wherein said connection variables of said particular Transmission Control Protocol connection transferred to the TCP/IP Offload Engine lacks segment-invariant variables and connection-invariant variables of said particular Transmission Control Protocol connection.

**33.** The method according to claim **29**, comprising:

determining if at least one of said connection variables controlled by said host have changed;

notifying said TCP/IP Offload Engine of changes in said at least one connection variables controlled by said host that has changed; and

updating said connection variables in said TCP/IP Offload Engine in accordance with said notified changes.

**34.** A method for providing TCP/IP offload, comprising:

receiving transfer of control of segment-variant variables by a TCP/IP Offload Engine from a host;

receiving a snapshot of segment-invariant variables and connection-invariant variables by said TCP/IP Offload Engine;

independently processing incoming Transmission Control Protocol packets via said TCP/IP Offload Engine based upon said segment-variant variables and said snapshot; and

updating at least a portion of said snapshot and at least a portion of said segment-variant variables and transferring at least a portion of said updated at least said portion of said snapshot and at least said portion of said updated segment-variant variables back to said host.

**35.** A method for processing a Transmission Control Protocol connection, comprising:

establishing a Transmission Control Protocol connection between a TCP/IP Offload Engine and a host;

sharing a control plane for said Transmission Control Protocol connection by said TCP/IP Offload Engine with said host;

updating Transmission Control Protocol connection variables by said TCP/IP Offload Engine; and

communicating said updated Transmission Control Protocol connection variables from said TCP/IP Offload Engine to said host.

**36.** The method according to claim **35**, wherein said sharing of said control plane comprises receiving control of

EXHIBIT J
362

US 7,313,623 B2

15                                                           16

segment-variant variables corresponding to said Transmission Control Protocol connection by said TCP/IP Offload Engine.

37. The method according to claim 35, comprising uploading said Transmission Control Protocol connection to said host from said TCP/IP Offload Engine.

38. The method according to claim 37, wherein uploading said Transmission Control Protocol connection comprises transferring control of segment-variant variables corresponding to said Transmission Control Protocol connection to said host.

39. The method according to claim 37, comprising off-loading said uploaded Transmission Control Protocol connection to said TCP/IP Offload Engine from said host.

40. The method according to claim 37, wherein offloading said uploaded Transmission Control Protocol connection comprises transferring said control of said segment-variant variables corresponding to said uploaded Transmission Control Protocol connection to said TCP/IP Offload Engine.

41. A method for Transmission Control Protocol offload, the method comprising:

acquiring Transmission Control Protocol connection variables from a host;

managing at least one Transmission Control Protocol connection using said acquired Transmission Control Protocol connection variables;

updating at least a portion of said acquired Transmission Control Protocol connection variables; and

transferring said updated at least a portion of said acquired Transmission Control Protocol connection variables to said host.

42. The method according to claim 41, wherein said Transmission Control Protocol connection variables are independent of bandwidth delay product.

43. The method according to claim 41, comprising utilizing at least a portion of said updated at least said portion of said acquired TCP connection variables to process said at least said at least one Transmission Control Protocol connection by said host.

44. The method according to claim 41, comprising pulling said Transmission Control Protocol connection variables from a stack.

45. The method according to claim 41, comprising pushing said updated at least a portion of said acquired Transmission Control Protocol connection variables onto a stack.

46. A machine-readable storage, having stored thereon, a computer program having at least one code section for providing Transmission Control Protocol offload, the at least one code section being executable by a machine for causing the machine to perform steps comprising:

acquiring TCP connection variables from a host;

managing at least one Transmission Control Protocol connection using said acquired Transmission Control Protocol connection variables;

updating at least a portion of said acquired Transmission Control Protocol connection variables; and

transferring said updated at least a portion of said acquired Transmission Control Protocol connection variables to said host.

47. The machine-readable storage according to claim 46, wherein said Transmission Control Protocol connection variables are independent of bandwidth delay product.

48. The machine-readable storage according to claim 46, comprising code for utilizing at least a portion of said updated at least said portion of said acquired Transmission Control Protocol connection variables to process said at least said at least one Transmission Control Protocol connection by said host.

49. The machine-readable storage according to claim 46, comprising code for pulling said Transmission Control Protocol connection variables from a stack.

50. The machine-readable storage according to claim 46, comprising code for pushing said updated at least a portion of said acquired Transmission Control Protocol connection variables onto a stack.

*     *     *     *     *

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) | **DEFENDANTS** |
|---|---|
| BROADCOM CORPORATION | EMULEX CORPORATION |

| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| LATHAM & WATKINS LLP<br>355 South Grand Avenue, Los Angeles, CA 90071<br>Telephone: (213) 485-1234; Facsimile: (714) 755-8290 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☒ No      ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be determined at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Action for patent infringement pursuant to 35 U.S.C. §§ 1 et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

**SACV09 -1058 JVS (ANx)**

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                                    CIVIL COVER SHEET                                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

\* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _~~Scot Stensberg~~_      Date September 14, 2009

Notice to Counsel/Parties:   The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV09- 1058 JVS (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [_] Western Division | [X] Southern Division | [_] Eastern Division |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Bob Steinberg (SBN 126407)
Neil Rubin (SBN 250761)
LATHAM & WATKINS LLP
355 South Grand Avenue, Los Angeles, CA 90071
Tel: (213) 485-1234    Fax: (213) 891-8763

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BROADCOM CORPORATION,

PLAINTIFF(S)

v.

EMULEX CORPORATION,

DEFENDANT(S)

CASE NUMBER

**SACV09 -1058 JVS (ANx)**

**SUMMONS**

TO:    DEFENDANT(S): EMULEX CORPORATION

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Bob Steinberg_____, whose address is _LATHAM & WATKINS LLP, 355 South Grand Avenue, Los Angeles, CA 90071_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:    SEP 1 4 2009

By:    DODJIE GARGANTOS

Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*