GIBSON, DUNN & CRUTCHER, LLP
Robert E. Cooper, SBN 35888
 rcooper@gibsondunn.com
Wayne M. Barsky, SBN 116731
 wbarsky@gibsondunn.com
H. Mark Lyon, SBN 162061
 mlyon@gibsondunn.com
Y. Ernest Hsin, SBN 201668
 ehsin@gibsondunn.com
2029 Century Park East
Los Angeles, California 90067-4276
Telephone: (310) 552-8500
Facsimile: (310) 557-8741

GIBSON, DUNN & CRUTCHER, LLP
Josh A. Krevitt, SBN 208552
 jkrevitt@gibsondunn.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3500
Facsimile: (212) 351-6390

GIBSON, DUNN & CRUTCHER, LLP
David A. Segal, SBN 166635
 dsegal@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 351-3800
Facsimile: (949) 351-4220

Attorneys for Defendant and Counterclaim
Plaintiff Emulex Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>            Plaintiff,<br><br>     vs.<br><br>EMULEX CORPORATION,<br><br>            Defendant. | Case No. SACV 09-1058-JVS (ANx)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1-1; FEDERAL RULES OF CIVL PROCEDURE; CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |
| And Related Counterclaims. | |

1

Pursuant to Federal Rule 7.1, the undersigned states that Emulex Corporation ("Emulex") is a nongovernmental corporate party in the above-captioned action, and no publicly held corporation has reported to the Securities and Exchange Commission that it owns ten percent (10%) or more of the shares of Emulex.

Pursuant to Central District Local Rule 7.1-1, the undersigned counsel of record for Emulex certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Marvell Semiconductor, Inc.
- Marcell Asia Pte Ltd.
- ServerEngines Corporation
- Cisco Systems, Inc.
- Nuova Systems, Inc.
- Intel Corporation
- Adaptec, Inc.

The foregoing non-parties are direct or indirect suppliers of products to Emulex's subsidiaries, and may have certain indemnification or defense obligations to

///
///
///
///
///
///
///
///
///

2

CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1-1; FEDERAL RULES OF CIVL PROCEDURE; CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1

1 | Emulex's subsidiaries or the suppliers of those subsidiaries in connection with the
2 | claims asserted herein.
3 | Dated: November 4, 2009

GIBSON, DUNN & CRUTCHER, LLP
Robert E. Cooper, SBN 35888
   *rcooper@gibsondunn.com*
Wayne M. Barsky, SBN 116731
   *wbarsky@gibsondunn.com*
H. Mark Lyon, SBN 162061
   *mlyon@gibsondunn.com*
Y. Ernest Hsin, SBN 201668
   *ehsin@gibsondunn.com*
2029 Century Park East
Los Angeles, California 90067-4276
Telephone: (310) 552-8500
Facsimile: (310) 557-8741

GIBSON, DUNN & CRUTCHER, LLP
Josh A. Krevitt, SBN 208552
   *jkrevitt@gibsondunn.com*
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3500
Facsimile: (212) 351-6390

GIBSON, DUNN & CRUTCHER, LLP
David A. Segal, SBN 166635
   *dsegal@gibsondunn.com*
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 351-3800
Facsimile: (949) 351-4220

EMULEX CORPORATION
Randall Wick, SBN 95584
   *Randall.wick@emulex.com*
3333 Susan Street
Costa Mesa, California 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

By: _____
        Wayne M. Barsky

Attorneys for Defendant and Counterclaim Plaintiff Emulex Corporation

100751199_1.DOC

CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1-1; FEDERAL RULES OF CIVL PROCEDURE;
CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1

# CERTIFICATE OF SERVICE

I, Geri D. Hollins, declare as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 2029 Century Park East, Los Angeles, California 90067, in said County and State. On November 4, 2009, I served the following document(s):

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1-1; FEDERAL RULES OF CIVL PROCEDURE; CERTIFICATION OF INTERESTED PARTIES PURSUANT TO RULE 7.1-1**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| | |
|---|---|
| **Bob Steinberg**<br>**Neil Rubin**<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Fascimile: (213) 891-8763<br>Email: bob.steinberg@lw.com<br>Email: neil.rubin@law.com | **William F. Lee**<br>**Dominic E. Massa**<br>**Joseph J. Mueller**<br>WILMER CUTLER PICKERING HALE & DORR LLP<br>60 State Street<br>Boston, MA 02129<br>Telephone: (617) 526-6000<br>Fascimile: ((617) 526-5000<br>Email: william.lee@wilmerhale.com<br>Email: dominic.massa@wilmerhale.com<br>Email: joseph.mueller@wilmerhale.com |
| **Michael W. DeVries**<br>**Joseph K. Liu**<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626<br>Telephone: (714) 540-1235<br>Fascimile: ((714) 755-8290<br>Email: mike.devries@lw.com<br>Email: joseph.liu@law.com | |

☐ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY PDF FORMAT**: I caused each such document to be transmitted by PDF Format, to the parties and e-mail addresses indicated above

4

CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1-1; FEDERAL RULES OF CIVL PROCEDURE; CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1

☐ **BY OVERNIGHT MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by overnight mail. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to the overnight mail service with a fully completed airbill, under which all delivery charges are paid by Gibson, Dunn & Crutcher LLP, that same day in the ordinary course of business.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **SERVICE BY FAX:** From facsimile machine telephone number (310) 551-8741, on the above-mentioned date, I served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated above and that the transmission was reported as completed and without error.

☐ **BY ELECTRONIC SERVICE:** Pursuant to Court Order dated _____, I have caused service on the parties indicated above by posting each such document on **LexisNexis File & Serve** and its litigation system, which automatically transmits to the parties indicated above, who are registered users.

☑ **BY CM/ECF FILE & SERVE:** on November 4, 2009, I served a true and correct copy of the above listed document(s) electronically through CM/ECF by uploading the electronic files for each of the above listed document(s). CM/ECF notifies all registered parties via e-mail.

☐ **(STATE)**   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2009.

*/s/ Geri D. Hollins*
Geri D. Hollins

CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1-1; FEDERAL RULES OF CIVL PROCEDURE; CERTIFICATION OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1