1  BOB STEINBERG (SBN 126407)
   (bob.steinberg@lw.com)
2  NEIL RUBIN (SBN 250761)
   (neil.rubin@lw.com)
3  LATHAM & WATKINS LLP
   355 South Grand Avenue
4  Los Angeles, CA  90071
   Telephone:  (213) 485-1234
5  Facsimile:   (213) 891-8763

6  MICHAEL W. DE VRIES (SBN 211001)
   (mike.devries@lw.com)
7  JOSEPH K. LIU (SBN 216227)
   (joseph.liu@lw.com)
8  LATHAM & WATKINS LLP
   650 Town Center Drive, 20th  Floor
9  Costa Mesa, CA  92626
   Telephone:  (714) 540-1235
10 Facsimile:   (714) 755-8290

11 WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
12 DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
13 JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
14 WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
15 Boston, MA  02129
   Telephone:  (617) 526-6000
16 Facsimile:   (617) 526-5000

17 Attorneys for Plaintiff
   BROADCOM CORPORATION
18

19              UNITED STATES DISTRICT COURT

20              CENTRAL DISTRICT OF CALIFORNIA

21 BROADCOM CORPORATION,              CASE No.  SACV 09-1058-JVS (ANx)

22                 Plaintiff,

23                                    **PLAINTIFF BROADCOM
24    v.                             CORPORATION'S REPLY TO
                                      EMULEX'S COUNTERCLAIMS**
25 EMULEX CORPORATION,
                                      **JURY TRIAL DEMANDED**
26                 Defendant.
                                      Judge:    Hon. James V. Selna
27
28 **And Related Counterclaims.**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US1DOCS 7358653v2

**PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS**

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, plaintiff Broadcom Corporation ("Broadcom") hereby responds to the allegations contained in the counterclaims of defendant Emulex Corporation ("Emulex"), and in doing so denies the allegations of the amended counterclaims except as specifically stated below. The paragraph numbers below correspond to those in Emulex's pleading.

## JURISDICTION AND VENUE

1.      Admitted.

2.      Admitted.

3.      Admitted.

## THE PARTIES

4.      Admitted.

5.      Admitted.

## SUMMARY

Broadcom admits that Broadcom offered to acquire Emulex. Broadcom admits that Broadcom has sued Emulex for infringement of Broadcom's patents. Broadcom denies the remaining allegations of the unnumbered summary paragraph of Emulex's counterclaims.

## FIRST COUNTERCLAIM

### (Declaratory Judgment of Invalidity and Non-Infringement

### of U.S. Patent No. 7,239,636)

6.      Broadcom incorporates by reference, as if fully set forth herein, its responses to paragraphs 1 through 5 of its Reply.

7.      Admitted.

8.      Admitted.

9.      Broadcom admits that Emulex purports to deny that it has infringed or is infringing the '636 patent, directly or indirectly, and either literally or by application of the doctrine of equivalents. Broadcom denies that Emulex has not infringed and is not infringing.

LATHAM&WATKINS\u2122
ATTORNEYS AT LAW
ORANGE COUNTY

2

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

US1DOCS 7358653v2

10.     Admitted.

11.     Broadcom admits that Emulex purports to request a declaration from the Court that it has not infringed, and is not infringing, any valid claim of the '636 patent, directly or indirectly, and either literally or by application of the doctrine of equivalents.  Broadcom denies that Emulex has not infringed and is not infringing the '636 patent, and further denies that Emulex is entitled to a declaratory judgment of noninfringement with respect to any claim of the '636 patent.

12.     Broadcom admits that Emulex purports to request a declaration from the Court that each claim of the '636 patent is invalid for failure to comply with one or more of the requirements and conditions for patentability set forth in the patent laws.  Broadcom denies that any claim of the '636 patent is invalid, and further denies that Emulex is entitled to a declaratory judgment of invalidity with respect to any claim of the '636 patent.

Broadcom admits that on April 18, 2007, the European Patent Office issued a summons to Broadcom to attend oral proceedings concerning an opposition seeking revocation of European Patent EP 1 280 302 B.  Broadcom admits that summons included a three-page description of the "matters to be discussed." Broadcom admits that, prior to issuance of the '636 patent on July 3, 2007, Broadcom did not provide copies to the U.S. Patent and Trademark Office ("Patent Office") of the opposition, the subpoena, or the three pages of "matters to be discussed" in this European Patent Office proceeding; however, Broadcom had previously submitted to the Patent Office all of the nine documents, D1-D9, referred to in the "matters to be discussed," in Information Disclosure Statements mailed December 15, 2003 and May 10, 2006.  Broadcom admits that the European patent identified above was revoked by the EPO in a Decision dated November 21, 2007.  Broadcom denies that any or all of the recited events in the European Patent Office constitute grounds for invalidating the '636 patent in the United States.  Broadcom denies the remainder of the allegations of paragraph 12.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US1DOCS 7358653v2

3

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

## SECOND COUNTERCLAIM

### (Declaratory Judgment of Invalidity and Non-Infringement

### of U.S. Patent No. 7,295,555)

13.     Broadcom incorporates by reference, as if fully set forth herein, its responses to paragraphs 1 through 5 of its Reply.

14.     Admitted.

15.     Admitted.

16.     Broadcom admits that Emulex purports to deny that it has infringed or is infringing the '555 patent, directly or indirectly, and either literally or by application of the doctrine of equivalents.  Broadcom denies that Emulex has not infringed and is not infringing.

17.     Admitted.

18.     Broadcom admits that Emulex purports to request a declaration from the Court that it has not infringed, and is not infringing, any valid claim of the '555 patent, directly or indirectly, and either literally or by application of the doctrine of equivalents.  Broadcom denies that Emulex has not infringed and is not infringing the '555 patent, and further denies that Emulex is entitled to a declaratory judgment of noninfringement with respect to any claim of the '555 patent.

19.     Broadcom admits that Emulex purports to request a declaration from the Court that each claim of the '555 patent is invalid for failure to comply with one or more of the requirements and conditions for patentability set forth in the patent laws.  Broadcom denies that any claim of the '555 patent is invalid, and further denies that Emulex is entitled to a declaratory judgment of invalidity with respect to any claim of the '555 patent.

## THIRD COUNTERCLAIM

### (Declaratory Judgment of Invalidity and Non-Infringement

### of U.S. Patent No. 6,766,389)

20.     Broadcom incorporates by reference, as if fully set forth herein, its

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US1DOCS 7358653v2

4

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

1   responses to paragraphs 1 through 5 of its Reply.

2        21.    Admitted.

3        22.    Admitted.

4        23.    Broadcom admits that Emulex purports to deny that it has infringed or

5   is infringing the '389 patent, directly or indirectly, and either literally or by

6   application of the doctrine of equivalents.  Broadcom denies that Emulex has not

7   infringed and is not infringing.

8        24.    Admitted.

9        25.    Broadcom admits that Emulex purports to request a declaration from

10  the Court that it has not infringed, and is not infringing, any valid claim of the '389

11  patent, directly or indirectly, and either literally or by application of the doctrine of

12  equivalents.  Broadcom denies that Emulex has not infringed and is not infringing

13  the '389 patent, and further denies that Emulex is entitled to a declaratory

14  judgment of noninfringement with respect to any claim of the '389 patent.

15       26.    Broadcom admits that Emulex purports to request a declaration from

16  the Court that each claim of the '389 patent is invalid for failure to comply with

17  one or more of the requirements and conditions for patentability set forth in the

18  patent laws.  Broadcom denies that any claim of the '389 patent is invalid, and

19  further denies that Emulex is entitled to a declaratory judgment of invalidity with

20  respect to any claim of the '389 patent.

21                      **FOURTH COUNTERCLAIM**

22        **(Declaratory Judgment of Invalidity and Non-Infringement**

23                    **of U.S. Patent No. 7,471,691)**

24       27.    Broadcom incorporates by reference, as if fully set forth herein, its

25  responses to paragraphs 1 through 5 of its Reply.

26       28.    Admitted.

27       29.    Admitted.

28       30.    Broadcom admits that Emulex purports to deny that it has infringed or

1    is infringing the '691 patent, directly or indirectly, and either literally or by

2    application of the doctrine of equivalents.  Broadcom denies that Emulex has not

3    infringed and is not infringing.

4         31.   Admitted.

5         32.   Broadcom admits that Emulex purports to request a declaration from

6    the Court that it has not infringed, and is not infringing, any valid claim of the '691

7    patent, directly or indirectly, and either literally or by application of the doctrine of

8    equivalents.  Broadcom denies that Emulex has not infringed and is not infringing

9    the '691 patent, and further denies that Emulex is entitled to a declaratory

10   judgment of noninfringement with respect to any claim of the '691 patent.

11        33.   Broadcom admits that Emulex purports to request a declaration from

12   the Court that each claim of the '691 patent is invalid for failure to comply with

13   one or more of the requirements and conditions for patentability set forth in the

14   patent laws.  Broadcom denies that any claim of the '691 patent is invalid, and

15   further denies that Emulex is entitled to a declaratory judgment of invalidity with

16   respect to any claim of the '691 patent.

### FIFTH COUNTERCLAIM

### (Declaratory Judgment of Invalidity and Non-Infringement

### of U.S. Patent No. 7,450,500)

20        34.   Broadcom incorporates by reference, as if fully set forth herein, its

21   responses to paragraphs 1 through 5 of its Reply.

22        35.   Admitted.

23        36.   Admitted.

24        37.   Broadcom admits that Emulex purports to deny that it has infringed or

25   is infringing the '500 patent, directly or indirectly, and either literally or by

26   application of the doctrine of equivalents.  Broadcom denies that Emulex has not

27   infringed and is not infringing.

28        38.   Admitted.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

6

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

US1DOCS 7358653v2

39.     Broadcom admits that Emulex purports to request a declaration from the Court that it has not infringed, and is not infringing, any valid claim of the '500 patent, directly or indirectly, and either literally or by application of the doctrine of equivalents.  Broadcom denies that Emulex has not infringed and is not infringing the '500 patent, and further denies that Emulex is entitled to a declaratory judgment of noninfringement with respect to any claim of the '500 patent.

40.     Broadcom admits that Emulex purports to request a declaration from the Court that each claim of the '500 patent is invalid for failure to comply with one or more of the requirements and conditions for patentability set forth in the patent laws.  Broadcom denies that any claim of the '500 patent is invalid, and further denies that Emulex is entitled to a declaratory judgment of invalidity with respect to any claim of the '500 patent.

## SIXTH COUNTERCLAIM

### (Declaratory Judgment of Invalidity and Non-Infringement
### of U.S. Patent No. 6,424,194)

41.     Broadcom incorporates by reference, as if fully set forth herein, its responses to paragraphs 1 through 5 of its Reply.

42.     Admitted.

43.     Admitted.

44.     Broadcom admits that Emulex purports to deny that it has infringed or is infringing the '194 patent, directly or indirectly, and either literally or by application of the doctrine of equivalents.  Broadcom denies that Emulex has not infringed and is not infringing.

45.     Admitted.

46.     Broadcom admits that Emulex purports to request a declaration from the Court that it has not infringed, and is not infringing, any valid claim of the '194 patent, directly or indirectly, and either literally or by application of the doctrine of equivalents.  Broadcom denies that Emulex has not infringed and is not infringing

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

7

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

US1DOCS 7358683v2

1  the '194 patent, and further denies that Emulex is entitled to a declaratory
2  judgment of noninfringement with respect to any claim of the '194 patent.

3       47.    Broadcom admits that Emulex purports to request a declaration from
4  the Court that each claim of the '194 patent is invalid for failure to comply with
5  one or more of the requirements and conditions for patentability set forth in the
6  patent laws.  Broadcom denies that any claim of the '194 patent is invalid, and
7  further denies that Emulex is entitled to a declaratory judgment of invalidity with
8  respect to any claim of the '194 patent.  Broadcom denies that the '194 patent is
9  invalid in view of any or all of the references identified in the bullet pointed
10 paragraphs that follow paragraph 47 of Emulex's counterclaims.  Broadcom is
11 without knowledge or information sufficient to know what meaning Emulex
12 ascribes to the terms "publications," "known to," and "long before," and therefore
13 denies the remainder of the allegations of paragraph 47.

14                       **SEVENTH COUNTERCLAIM**

15          **(Declaratory Judgment of Invalidity and Non-Infringement**

16                   **of U.S. Patent No. 7,038,516)**

17      48.    Broadcom incorporates by reference, as if fully set forth herein, its
18 responses to paragraphs 1 through 5 of its Reply.

19      49.    Admitted.

20      50.    Admitted.

21      51.    Broadcom admits that Emulex purports to deny that it has infringed or
22 is infringing the '516 patent, directly or indirectly, and either literally or by
23 application of the doctrine of equivalents.  Broadcom denies that Emulex has not
24 infringed and is not infringing.

25      52.    Admitted.

26      53.    Broadcom admits that Emulex purports to request a declaration from
27 the Court that it has not infringed, and is not infringing, any valid claim of the '516
28 patent, directly or indirectly, and either literally or by application of the doctrine of

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US1DOCS 7358683v2

8

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

1    equivalents.  Broadcom denies that Emulex has not infringed and is not infringing
2    the '516 patent, and further denies that Emulex is entitled to a declaratory
3    judgment of noninfringement with respect to any claim of the '516 patent.

4    54.    Broadcom admits that Emulex purports to request a declaration from
5    the Court that each claim of the '516 patent is invalid for failure to comply with
6    one or more of the requirements and conditions for patentability set forth in the
7    patent laws.  Broadcom denies that any claim of the '516 patent is invalid, and
8    further denies that Emulex is entitled to a declaratory judgment of invalidity with
9    respect to any claim of the '516 patent.

10    **EIGHTH COUNTERCLAIM**

11    **(Declaratory Judgment of Invalidity and Non-Infringement**

12    **of U.S. Patent No. 7,486,124)**

13    55.    Broadcom incorporates by reference, as if fully set forth herein, its
14    responses to paragraphs 1 through 5 of its Reply.

15    56.    Admitted.

16    57.    Admitted.

17    58.    Broadcom admits that Emulex purports to deny that it has infringed or
18    is infringing the '124 patent, directly or indirectly, and either literally or by
19    application of the doctrine of equivalents.  Broadcom denies that Emulex has not
20    infringed and is not infringing.

21    59.    Admitted.

22    60.    Broadcom admits that Emulex purports to request a declaration from
23    the Court that it has not infringed, and is not infringing, any valid claim of the '124
24    patent, directly or indirectly, and either literally or by application of the doctrine of
25    equivalents.  Broadcom denies that Emulex has not infringed and is not infringing
26    the '124 patent, and further denies that Emulex is entitled to a declaratory
27    judgment of noninfringement with respect to any claim of the '124 patent.

28    61.    Broadcom admits that Emulex purports to request a declaration from

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US1DOCS 7358653v2

9

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

1    the Court that each claim of the '124 patent is invalid for failure to comply with

2    one or more of the requirements and conditions for patentability set forth in the

3    patent laws.  Broadcom denies that any claim of the '124 patent is invalid, and

4    further denies that Emulex is entitled to a declaratory judgment of invalidity with

5    respect to any claim of the '124 patent.

6                              **NINTH COUNTERCLAIM**

7                  **(Declaratory Judgment of Invalidity and Non-Infringement**

8                       **of U.S. Patent No. 7,215,169)**

9         62.    Broadcom incorporates by reference, as if fully set forth herein, its

10   responses to paragraphs 1 through 5 of its Reply.

11        63.    Admitted.

12        64.    Admitted.

13        65.    Broadcom admits that Emulex purports to deny that it has infringed or

14   is infringing the '169 patent, directly or indirectly, and either literally or by

15   application of the doctrine of equivalents.  Broadcom denies that Emulex has not

16   infringed and is not infringing.

17        66.    Admitted.

18        67.    Broadcom admits that Emulex purports to request a declaration from

19   the Court that it has not infringed, and is not infringing, any valid claim of the '169

20   patent, directly or indirectly, and either literally or by application of the doctrine of

21   equivalents.  Broadcom denies that Emulex has not infringed and is not infringing

22   the '169 patent, and further denies that Emulex is entitled to a declaratory

23   judgment of noninfringement with respect to any claim of the '169 patent.

24        68.    Broadcom admits that Emulex purports to request a declaration from

25   the Court that each claim of the '169 patent is invalid for failure to comply with

26   one or more of the requirements and conditions for patentability set forth in the

27   patent laws.  Broadcom denies that any claim of the '169 patent is invalid, and

28   further denies that Emulex is entitled to a declaratory judgment of invalidity with

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US1DOCS 7358653v2

10

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

1    respect to any claim of the '169 patent.

2                    **TENTH COUNTERCLAIM**

3    **(Declaratory Judgment of Invalidity and Non-Infringement**

4            **of U.S. Patent No. 7,313,623)**

5        69.    Broadcom incorporates by reference, as if fully set forth herein, its

6    responses to paragraphs 1 through 5 of its Reply.

7        70.    Admitted.

8        71.    Admitted.

9        72.    Broadcom admits that Emulex purports to deny that it has infringed or

10   is infringing the '623 patent, directly or indirectly, and either literally or by

11   application of the doctrine of equivalents.  Broadcom denies that Emulex has not

12   infringed and is not infringing.

13       73.    Admitted.

14       74.    Broadcom admits that Emulex purports to request a declaration from

15   the Court that it has not infringed, and is not infringing, any valid claim of the '623

16   patent, directly or indirectly, and either literally or by application of the doctrine of

17   equivalents.  Broadcom denies that Emulex has not infringed and is not infringing

18   the '623 patent, and further denies that Emulex is entitled to a declaratory

19   judgment of noninfringement with respect to any claim of the '623 patent.

20       75.    Broadcom admits that Emulex purports to request a declaration from

21   the Court that each claim of the '623 patent is invalid for failure to comply with

22   one or more of the requirements and conditions for patentability set forth in the

23   patent laws.  Broadcom denies that any claim of the '623 patent is invalid, and

24   further denies that Emulex is entitled to a declaratory judgment of invalidity with

25   respect to any claim of the '623 patent.  Broadcom denies that the '623 patent is

26   invalid in light of any or all of the patents identified in the bullet pointed

27   paragraphs that follow paragraph 75 of Emulex's counterclaims.  Broadcom admits

28   that each of the patents identified in the bullet pointed paragraphs that follow

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

US1DOCS 7358653v2

11

PLAINTIFF BROADCOM CORPORATION'S
REPLY TO EMULEX'S COUNTERCLAIMS

1  paragraph 75 lists Uri Elzur as an inventor, and that each was issued prior to the

2  date on which the '623 patent was issued.  Broadcom is without knowledge or

3  information sufficient to form a belief as to the truth of the remaining allegations

4  contained in paragraph 75, and therefore denies them.

5  **PRAYER FOR RELIEF**

6        Broadcom denies that Emulex is entitled to any of the relief that it has

7  requested.

8

9  Dated:  November 30, 2009        By:___/s/ Bob Steinberg_____

10                                         BOB STEINBERG (SBN 126407)
                                           (bob.steinberg@lw.com)
11                                         NEIL RUBIN (SBN 250761)
                                           (neil.rubin@lw.com)
12                                         LATHAM & WATKINS LLP
                                           355 South Grand Avenue
13                                         Los Angeles, CA  90071
                                           Telephone:  (213) 485-1234
14                                         Facsimile:   (213) 891-8763

15                                         MICHAEL W. DE VRIES (SBN 211001)
                                           (mike.devries@lw.com)
16                                         JOSEPH K. LIU (SBN 216227)
                                           (joseph.liu@lw.com)
17                                         LATHAM & WATKINS LLP
                                           650 Town Center Drive, 20th  Floor
18                                         Costa Mesa, CA  92626
                                           Telephone:  (714) 540-1235
19                                         Facsimile:   (714) 755-8290

20                                         WILLIAM F. LEE (admitted *pro hac vice*)
                                           (william.lee@wilmerhale.com)
21                                         DOMINIC E. MASSA (admitted *pro hac vice*)
                                           (dominic.massa@wilmerhale.com)
22                                         JOSEPH J. MUELLER (admitted *pro hac vice*)
                                           (joseph.mueller@wilmerhale.com)
23                                         WILMER CUTLER PICKERING HALE AND
                                           DORR LLP
24                                         60 State Street
                                           Boston, MA  02109
25                                         Telephone:  (617) 526-6000
                                           Facsimile:   (617) 526-5000
26
27                                         *Attorneys for Plaintiff*
                                           BROADCOM CORPORATION
28