BOB STEINBERG (SBN 126407)
(bob.steinberg@lw.com)
NEIL RUBIN (SBN 250761)
(neil.rubin@lw.com)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02129
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION

ROBERT E. COOPER (SBN 35888)
(rcooper@gibsondunn.com)
WAYNE M. BARSKY (SBN 116731)
(wbarsky@gibsondunn.com)
DAVID A. BATTAGLIA (SBN 130474)(dbattaglia@gibsondunn.com)
H. MARK LYON (SBN 162061)
(mlyon@gibsondunn.com)
Y. ERNEST HSIN (SBN 201668)
(ehsin@gibsondunn.com)
GIBSON, DUNN & CRUTCHER, LLP
2029 Century Park East
Los Angeles, CA 90067-4267
Telephone: (310) 552-8500
Facsimile: (310) 557-8741

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br><br>**ORDER REGARDING PRETRIAL AND TRIAL DATES**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

1   Pursuant to Local Rule 7-1 and the Court's Minute Order Dated December 21, 2009 (Dkt. No. 37), Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") stipulated as follows:

1.   WHEREAS the Court has directed that Broadcom and Emulex agree on certain pretrial dates in the above-captioned litigation; and

2.   WHEREAS, after good-faith negotiations, Broadcom and Emulex have agreed on the pretrial dates as shown on the attached Exhibit A;

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the above-captioned case will proceed in accordance with the pretrial and trial dates as scheduled on the attached Exhibit A.

Dated: January 11, 2010

_____
Hon. James V. Selna
United States District Judge

# EXHIBIT A

*Broadcom Corporation v. Emulex Corporation*
**Case No. SACV 09-1058 JVS (ANx)**

| EVENT: | DATE: |
|---|---|
| Deadline for Filing Designation of a Settlement Procedure | February 26, 2010 |
| Broadcom Identification of Asserted Claims | March 1, 2010 |
| Disclosure of Infringement Contentions (N.D. Cal. Local Patent Rule 3-1) | April 2, 2010 |
| Interim Status Conference | April 26, 2010, 4:00 p.m. |
| Disclosure of Invalidity Contentions (N.D. Cal. Local Patent Rule 3-3) | May 28, 2010 |
| Exchange of Proposed Terms for Construction (N.D. Cal. Local Patent Rule 4-1) | June 4, 2010 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (N.D. Cal. Local Patent Rule 4-2) | June 18, 2010 |
| Exchange Identification of Claim Construction Experts | June 18, 2010 |
| Filing of Joint Claim Construction and Prehearing Statement (N.D. Cal. Local Patent Rules 4-3) | July 16, 2010 |
| Exchange Expert Reports on Claim Construction | July 16, 2010 |
| All Discovery Regarding Claim Construction, Including Depositions with Respect to Claim Construction of Any Witnesses, Including Experts, Identified in the Joint Claim Construction and Prehearing Statement, Completed | August 6, 2010 |
| Technology Tutorial | August 21, 2010, 9:00 a.m. |
| Parties File Concurrent Opening Claim Construction Briefs | August 23, 2010 |

| EVENT: | DATE: |
|---|---|
| Parties File Concurrent Reply Claim Construction Briefs | September 13, 2010 |
| *Markman*/Claim Construction Hearing | September 27, 2010, 3:00 p.m. |
| Disclose Intent to Reply on Opinion of Counsel | October 18, 2010 |
| Exchange Identification of Experts on Topics Other Than Claim Construction | December 17, 2010 |
| Last day to submit final infringement and invalidity contentions, as necessary due to the Court's claim construction rulings or other good cause (including previously unavailable information produced during discovery) | January 14, 2011 |
| Non-expert Discovery Cut-off (i.e. last day responses to discovery can be due) | February 25, 2011 |
| Last Day for Hand-Serving Motions to Compel Non-expert Discovery | March 2, 2011 |
| Exchange Remaining Expert Reports (for topics upon which the parties have the burden of proof) | March 11, 2011 |
| Exchange Rebuttal Expert Reports | April 8, 2011 |
| Expert Discovery Cut-off | April 29, 2011 |
| Last day for Hand-Serving Motions and Filing (other than Motions in Limine) | May 13, 2011 |
| Oppositions to Motions | June 3, 2011 |
| Replies to Motions | June 13, 2011 |
| Last day for Hearing Motions  1:30 p.m. (Mondays) | June 27, 2011, 1:30 p.m. |
| Exchange Exhibit Lists and Witness Lists | July 15, 2011 |
| Last Day for Hand-Serving Motions in Limine | July 15, 2011 |

| EVENT: | DATE: |
|---|---|
| Exchange Proposed Jury Instructions and Verdict Forms and Draft Agreed-to Statement of Case | July 15, 2011 |
| Exchange Objections to Exhibit Lists | July 22, 2011 |
| Oppositions to Motions in Limine Due | July 22, 2011 |
| Exchange Affirmative Deposition Designations | July 22, 2011 |
| Replies to Motions in Limine Due | July 29, 2011 |
| Exchange Rebuttal Deposition Designations and Objections to Affirmative Deposition Designations | July 29, 2011 |
| Exchange Objections to Rebuttal Deposition Designations, including Completeness Objections. | August 5, 2011 |
| Lodge Pretrial Conference Order; and File Memorandum on Contentions of Fact and Law; Exhibit List; Witness List; and Status Report Regarding Settlement. | August 8, 2011 |
| Final Pre-Trial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement Regarding Disputed Instructions and Verdict Forms; and File Proposed *Voir Dire* Questions and Agreed-to Statement of Case. | August 15, 2011, 11:00 am. |
| Jury Trial [Broadcom's Trial Estimate: 10-15 days; Emulex's Trial Estimate: as much as 30 days] | September 20, 2011, 8:30 a.m. |