

FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8

U.S. Patent      Nov. 13, 2007      Sheet 9 of 18      US 7,295,555 B2



**FIG. 9A**



**FIG. 9B**



**FIG. 10A**



**FIG. 10B**



**FIG. 10C**

Case 8:09-cv-01058-JVS-AN   Document 60-1   Filed 02/23/10   Page 11 of 50   Page ID #:1237



**FIG. 10D**



FIG. 11

U.S. Patent      Nov. 13, 2007      Sheet 16 of 18      US 7,295,555 B2



FIG. 12A



FIG. 12B

EXHIBIT B - 61



**FIG. 12C**



**FIG. 12D**

EXHIBIT B - 62



**M-BSD DETECTS RE-SEGMENTATION IN ALL CASES**
- NO DEPENDENCY ON DDP HEADER LOCATION IN SEGMENT

A.   MARKER IS SPLIT BETWEEN 2 SEGMENTS

B.   SEGMENT 1: MARKER POINTS TO DDP, SEGMENT 2: SHORT SEGMENT

C.   SEGMENT 1: SHORT SEGMENT, SEGMENT 2: CONTAINS MARKER,
     SEGMENT 3: ALL SEGMENTS CAN BE EXTRACTED FROM REASSEMBLY BUFFER

FIG. 13

US 7,295,555 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## SYSTEM AND METHOD FOR IDENTIFYING UPPER LAYER PROTOCOL MESSAGE BOUNDARIES

### RELATED APPLICATIONS

This application makes reference to, claims priority to and claims benefit from U.S. Provisional Patent Application Ser. No. 60/363,381, entitled "Method of Identifying ULP Header in TCP Stream," filed on Mar. 8, 2002; U.S. Provisional Patent Application Ser. No. 60/363,356, entitled "Method of Identifying ULP Header in TCP Stream," filed on Mar. 11, 2002; U.S. Provisional Patent Application Ser. No. 60/372,852, entitled "Method for Marker Based Re-Segmentation Detection," filed on Apr. 16, 2002; and U.S. Provisional Patent Application Ser. No. 60/372,851, entitled "Method for Marker Based Re-Segmentation Detection," filed on Apr. 16, 2002.

### INCORPORATION BY REFERENCE

The above-referenced United States patent applications are hereby incorporated herein by reference in their entirety.

### BACKGROUND OF THE INVENTION

The transmission control protocol/internet protocol (TCP/IP) is a protocol that has become widely used for communications. However, receiving, buffering, processing and storing die data communicated in TCP segments can consume a substantial amount of host processing power and memory bandwidth at the receiver. In a typical system, reception includes processing in multiple communications layers before the data is finally copied to its final destination in an Application buffer. A typical network interface card (NIC) processes the Layer 2 headers (e.g., ethernet headers) and then copies the remaining headers (e.g., Layer 3 and higher headers) and/or the Upper Layer Protocol (ULP) payload to a transport buffer (e.g., a TCP buffer) for networking and transport layer processing. The transport and networking processing (e.g.) TCP/IP where TCP is the transport layer protocol) removes the Layer 3 and Layer 4 headers and copies the remaining headers and ULP payload to another buffer. This process repeats in the next level until the last header is removed and the ULP payload is copied to the buffer assigned by the application. Most of the bytes in the frames are payload (e.g., data), but it is copied again and again as the control portion of the frames (e.g., the headers) is processed in a layered fashion. The host CPU, which incurs high overhead of processing and copying including, for example, handling many interrupts and context switching, does this. Thus, very few cycles are available for application processing, which is the desired use of a server machine. For high-speed networking (e.g., 10 Gigabits per second), the additional copying stains the memory subsystem of the computer. For an average of three data copies, the memory subsystem of most commercially available server computers becomes a bottleneck, thereby preventing the system from supporting 10 Gigabit network traffic. Since TCP/IP is the dominant transport protocol used by most applications today, it would therefore be useful to ease the burden of this processing to achieve, for example, scalable low CPU utilization when communicating with a peer machine.

What is needed to reduce the overhead is to ensure data is copied once from the wire to the application buffer. A problem is that the NIC has no idea what portion of a received frame is, for example, ULP data and what portion is ULP control. What is needed is to have the sender build the frames in a way that makes it easy for the receiver NIC to make this distinction. However, each ULP protocol may have its own way of mixing data and control, thereby making it very difficult to build a NIC that supports them all.

Another problem is that TCP offers a byte stream service to the ULP. It is not always possible to tell the beginning of a ULP message (e.g., the protocol data unit (PDU)) inside that endless stream of bytes (e.g., the TCP data). Assuming that the frames arrive without resegmentation at the receiver (e.g., a server), the receiver may unpack the frame using TCP and might be able to locate the ULP header. The ULP header may include, for example, control information that may identify a location in the application buffer where the ULPDU may be directly placed. However, even if a sender could somehow be adapted to employ, in every TCP segment, a TCP layer adapted to place ULP control information starting in the first payload byte of the TCP segment, it might not be enough. This is because resegmentation is not uncommon in TCP/IP communications. There is no guarantee the TCP segments will arrive on the other end of the wire, the way the sender has built them because, for example, there may be network architectural structures between the sender and the receiver. For example, an intermediate box or middle box (e.g., a firewall) may terminate the TCP connection with the sender and, without the sender or the receiver being aware, may initiate another TCP connection with the receiver. The intermediate box may resegment the incoming frames (e.g., use a smaller TCP payload). Thus, a single frame may enter the intermediate box, but a plurality of smaller frames, each with its own TCP header may exit the intermediate box. This behavior by the middle box may disrupt the nicely placed control and data portions.

In the case of resegmentation, the receiver may face a number of challenges. For example, the receiver may not be aware that there are any intermediate boxes between the sender and the receiver. In addition, the initial segmenting scheme used by the sender may not be the segmenting scheme received by the receiver. Thus, although the receiver may be able to order the smaller frames, the receive may be unable to locate, for example, the ULP header and the ULPDU. Accordingly, the receiver may not be able to ascertain the control and boundary information that may be necessary to correctly place the ULPDU in the proper location of, for example, the application buffer of the receiver.

Another problem is that TCP/IP networks may deliver segments out of order. The ULP may have a PDU larger than one TCP segment, which may be limited to 1460 bytes when used on top of the ethernet, and the ULPDU may be split among a plurality of TCP segments. Therefore, some TCP segments may contain, for example, only data and no control information that may instruct the receiving NIC as to where to place the data. The receiver is faced with a choice of dropping the out-of-order segments and requesting a retransmission, which is costly in terms of delay and performance loss, or buffering the out-of-order segments until all the missing segments have been received. Some implementations may choose to accumulate all the out-of-order segments, to wait for the missing TCP segments to be received and then to place them in order. The receiving NIC may then process the whole set of TCP segments, as it uses the control portion to obtain data placement information. This process adds the cost for the temporary buffer and uses high power CPU and wider data path than otherwise. The receiving NIC processes all the accumulated TCP segments in parallel to

US 7,295,555 B2

**3**

process other TCP segments at wire speed since traffic on the link continues all the time. The out-of-order segments may create a "processing bubble" for the receiver.

A proposed solution for locating the ULP header is to use the TCP ULP framing (TUF) protocol. According to the TUF protocol, a sender places a special value (i.e., a key) within the TCP segment as the first byte following the TCP header as illustrated in FIG. 1. The key may be a unique value (e.g., a particular 48-bit value) for which the receiver may search. Accordingly, when the receiver finds the key, the receiver has also found, for example, the ULP header or the beginning of the control information (e.g., the first byte of the DDP/RDMA header). However, the TUF protocol has a probabilistic nature. For example, the unique value may occur by accident within the ULPDU. Furthermore, in the face of, for example, resegmentation or TCP retransmission (e.g., from an improper TCP sender) the receiver may misidentify the beginning of the control information, resulting in the silent corruption of the data due to placement in the wrong host memory location. Although the unique value can be increased in length to reduce such a misidentification event, the probability always exists. The key may also present a security risk if an unauthorized receiver is able to obtain the unique value allowing the unauthorized receiver to access the ULP payload.

Another solution to locating a particular header is to use a fixed interval markers (FIM) protocol. The FIM protocol uses only forward-pointing markers and has been limited to internet small computer system interface (iSCSI) applications. In the FIM protocol, a forward-pointing marker is placed in a known location inside the TCP byte stream. This enables the receiver to possibly locate it in the endless TCP byte stream. The FIM marker points forward to the beginning of the iSCSI header as shown in FIG. 2. The marker is placed, by default, every 8192 bytes, although this is negotiable. However, the FIM protocol may have a disadvantage, because the marker is placed only sparingly, every 8192 bytes. Accordingly, a lot of frames may need to be buffered before or if the iSCSI header is to be identified. Other iSCSI headers may have no FIM marker pointing to them such that the receiver has to process the TCP segments in order to be able to place the iSCSI data. The FIM protocol also does not provide a guarantee that the iSCSI header is located following the TCP header or that the iSCSI header is even placed in its entirety in one TCP segment. To use the FIM protocol, the receiver has to store locally the TCP sequence location pointed to by that FIM. It uses this when the TCP segment with that location is received (i.e., additional state information for every FIM received is stored until the corresponding TCP segment with the iSCSI header is received). The FIM protocol does not provide any suggestion or teaching as to the processing of out-of-order TCP segments if the received out-of-order TCP segments are less than the FIM distance (e.g., 8192 bytes in the default). The FIM protocol is also limited to iSCSI applications and may not provide a generic solution for the framing problem that may be needed by all applications using high speed TCP/IP protocol.

Further limitations and disadvantages of conventional and traditional approaches will become apparent to one of ordinary skill in the art through comparison of such systems with some aspects of the present invention as set forth in the remainder of the present application with reference to the drawings.

**4**

## BRIEF SUMMARY OF THE INVENTION

Aspects of the present invention may be found in, for example, systems and methods that identify an Upper Layer Protocol (ULP) message boundaries. In one embodiment, the present invention may provide a method that identifies ULP message boundaries. The method may include one or more of the following steps: attaching a framing header of a frame to a data payload to form a packet, the framing header being placed immediately after the byte stream transport protocol header, the framing header comprising a length field comprising a length of a framing PDU; and inserting a marker in the packet, the marker pointing backwards to the framing header and being inserted at a preset interval.

In another embodiment, the present invention may provide a method that locates a marker header in a received TCP frame. The method may include one or more of the following steps: locating a backwards-pointing marker; and using information stored in the backwards-pointing marker to locate the framing header.

In another embodiment, the present invention may provide a method that detects resegmentation of a TCP segment. The method may include one or more of the following steps: locating a backwards-pointing marker in the TCP segment; determining a location of a framing header using information stored in the backwards-pointing marker; and determining that resegmentation of the TCP segment has occurred if the framing header is not at the front of the TCP segment after a TCP header of the TCP segment.

In another embodiment, the present invention may provide a method that detects resegmentation of a TCP segment. The method may include one or more of the following steps: locating a backwards-pointing marker in the TCP segment; determining a location of a framing header using information stored in the backwards-pointing marker; and determining that resegmentation of the TCP segment has occurred if the backwards-pointing marker points to a location outside of the TCP segment.

In another embodiment, the present invention may provide a method that detects resegmentation of a TCP segment. The method may include one or more of the following steps: locating a backwards-pointing marker in the TCP segment; determining a location of a framing header using information stored in the backwards-pointing marker; and determining that resegmentation of the TCP frame has occurred if a number of payload bytes in the TCP segment is not equal to a number indicated by a framing header length field plus a pad and a CRC field.

In another embodiment, the present invention may provide a method that detects resegmentation of a TCP segment. The method may include one or more of the following steps: locating a backwards-pointing marker in the TCP segment; determining a location of a framing header using information stored in the backwards-pointing marker; and determining that resegmentation of the TCP frame has occurred if a number of payload bytes in the TCP segment is not equal to a sum of all values of a framing header length fields plus pads and CRC fields for multiple framing PDUs placed in a TCP segment.

In yet another embodiment, the present invention may provide a method that detects a potential error in a byte stream transport protocol segment by comparing a received error detection code with a computed error detection code over a framing PDU. The method may include one or more of the following steps: if the comparing occurs before byte stream transport protocol processing, then discarding

US 7,295,555 B2

**5**

received segment and relying on the byte stream transport recovery protocol without need for specific framing layer recovery; if the comparing occurs after the byte stream transport protocol processing, then tearing down connection; and allowing for additional protection beyond the byte stream transport checksum protocol.

In yet another embodiment, the present invention may provide a method in which no information is stored from one TCP segment to allow the processing of another TCP segment.

In yet another embodiment, the present invention may provide a method that provides additional protection of a marker by attaching, to the marker, 16 bits of error detecting code such as a cyclical redundancy checking (CRC), for example, CRC 16.

In yet another embodiment, the present invention may provide a method that allows additional information to be carried in the reserved bits (e.g., 16 reserved bits) of the Marker. For example, this can be another marker for a ULP specific purpose or any other useful data that can be carried in a sequence of these 16 bit entities. For example, the reserved field can be used for signaling between 2 ULPs.

In some embodiments, the present invention may define a framing protocol that enables the receiver to identify the beginning of ULP control and data portions embedded in the TCP/IP byte stream. Every TCP segment may be self-describing to allow data placement when received in order or out of order. Layered on top of the framing protocol may be, for example, a direct data placement/remote direct memory access (DDP/RDMA) protocol header. The DDP/RDMA header may carry the information as to the buffer to be used and offset into that buffer. Once the receiver finds the DDP/RDMA field, it may tell the control and data portions apart and place the ULP data without processing the protocol specific control information. The upper layer (UL) may form a ULP packet by placing ULP control information or a ULP data unit (ULPDU) as a payload for the Lower Layer Protocol (e.g., RDMA/DDP). This ULP may be placed into a framing PDU. The TCP layer may form a TCP segment by attaching a TCP header to the ULP/RDMA/DDP/framing packet. The packets may pass through other layers of the protocol stack (e.g., the ethernet layer) before being placed on a data link (e.g., a wire) as frames by the sender (e.g., a client).

These and other features and advantages of the present invention may be appreciated from a review of the following detailed description of the present invention, along with the accompanying figures in which like reference numerals refer to like parts throughout.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an example of the TUF protocol.

FIG. 2 shows an example of the FIM protocol for use with iSCSI.

FIG. 3 shows an embodiment of a system that may provide frame marking according to the present invention.

FIG. 4 shows an embodiment of a TCP frame according to the present invention.

FIG. 5 shows an embodiment of a TCP frame according to the present invention.

FIG. 6 shows an embodiment of a TCP frame according to the present invention.

FIG. 7 shows an embodiment of a marker header and trailer format according to the present invention

FIG. 8 shows an embodiment of a marker format according to the present invention.

**6**

FIGS. 9A-B show a flowchart of an embodiment of a process for marking frames according to the present invention.

FIGS. 10A-D show a flowchart of an embodiment of a process for receiving TCP frames according to the present invention.

FIG. 11 shows an embodiment of the resegmentation of a TCP frame according to the present invention.

FIGS. 12A-D show embodiments of special marker locations according to the present invention.

FIG. 13 shows an embodiment of a process that detects resegmented TCP segments according to the present invention.

DETAILED DESCRIPTION OF THE
INVENTION

FIG. 3 shows an embodiment of a system that may provide a method for identifying Upper Layer Protocol (ULP) message boundaries. For example, the method may identify ULP message boundaries in a byte stream transport protocol (e.g., a framing protocol). A transmitter 10 (e.g., a client) may be coupled to a receiver 30 (e.g., a server) via a network 20 such as, for example, the internet. The network 20 may optionally include an intermediate box 40. A TCP connection may be initiated between the transmitter 10 and the receiver 30. The intermediate box 40 (e.g., a firewall) may terminate the TCP connection of the transmitter 10 and may initiate another TCP connection with the receiver 30. The intermediate box 40 may receive a first set of TCP frames from the transmitter 10 and resegment the first set of TCP frames into a second set of TCP frames. The resegmentation of the first set of TCP frames may, for example, result in smaller TCP frames. In such a case, the TCP frame scheme sent by the transmitter 10 may not be the TCP frame scheme received by receiver 30.

FIGS. 4 and 5 show embodiments of TCP frames according to the present invention. The TCP frame 50 may include, for example, a TCP header 60; a framing header 70; one or more markers 80; a framing trailer 90 possibly including, for example, a pad or a cyclical redundancy checking (CRC); and a payload 100 that may include, for example, ULP data. FIG. 4 shows an embodiment in which one marker 80 is inside the TCP frame 50 and FIG. 5 shows an embodiment in which two markers 80 are inside the TCP frame 50. Although shown with one or two markers 80 inside the TCP frame 50, zero, three or more markers may be present inside the TCP frame 50. The TCP header 60 may be a conventional TCP header 60 and may provide, for example, location information within the TCP sequence number space. The CRC 90 may optionally be employed for error detection. The CRC 90 may cover, for example, the framing header 70, the one or more markers 80, the payload 100 and the pad, if present. Other types of error detection or error correction may also be used instead of or in addition to the CRC 90. For example, the CRC may use CRC-32c.

The framing header 70 (e.g., a marker header) may be disposed after the TCP header 60. In one embodiment, the framing header 70 generally must follow immediately after the last byte of TCP header 60, which may include any potential TCP options, in the TCP frame 50. The sender 10 may guarantee that all TCP segments (including retransmissions) have the framing header 70 as the first byte immediately following the TCP header (plus options if used). The framing header 70 may include information such as, for example, data information or control information (e.g., ULP control information). The framing header 70 may also

EXHIBIT B - 66

US 7,295,555 B2

7                                                            8

provide information relating to boundaries of the payload 100 corresponding to the framing header 70. In addition, the ULP header 110 may include specific information as to which memory (e.g., an application buffer) and, specifically, where in the memory of the receiver 10 the payload 100 should be placed (e.g., stored). The ULP header 110 may include, for example, a DDP/RDMA header/trailer or other types of ULP headers/trailers. FIG. 6 shows an embodiment of a TCP frame 50 that includes the framing header 70 and a separate DDP/RDMA header 110.

FIG. 7 shows an embodiment of a marker header format according to the present invention. A payload length may indicate the length in bytes of the ULPDU contained in the TCP segment. It might not include the length of the framing header itself, the pad, the CRC or any markers that may be present in the framing PDU. The ULPDU may be, for example, the ULP data (or the ULP control). The pad may provide, for example, up to three bytes to make the frame a modulo 4 byte in length. The CRC may be, for example, a CRC-32c. In one example, the total length in bytes of the ULPDU and framing headers and trailer placed inside the TCP packet may be payload length plus the length of the CRC (e.g., 4 bytes for CRC-32c) plus the number of pad bytes.

There may be multiple framing PDUs inside one TCP segment. Each of them may be processed independently by the receiver 30.

The marker 80 is generally a backward pointing marker. The marker 80 may point backwards to the beginning of the framing header 70, thereby identifying the framing header 70. If more than one marker 80 is present in the TCP frame 50, then one or more markers may point backwards to the same framing header 70 as shown in FIG. 5. In one embodiment, all of the markers 80 in the TCP frame 50 point to the framing header 70. Thus unlike the TUF protocol, the identification of the ULP message boundary (e.g., beginning of the framing header) is fully deterministic and is not subject to any probabilistic failure. Thus, unlike the FIM protocol, buffering may be minimized since every TCP segment that carries a marker 80 is self descriptive and allows the receiver 30 to locate the buffer placement information carried inside that segment, for example, in the ULP header 110. The marker 80 can be used to derive the buffer placement information placed, for example, in the ULP header, whether the TCP segment has been received in order or out of order. A TCP segment may be received in order, for example, if all the previous TCP segments with lower TCP sequence numbers that can be legally received are within the TCP "window". Even a TCP segment that has been received out of order, but carries a marker 80, can be processed for placing the ULP data it contains since the marker 80 points to the framing header 70. From the framing header 70, the receiver 30 may detect the ULP header 110 that may contain the buffer information. The TCP header may be processed separately according to the TCP protocol.

The marker 80 may be placed in the TCP stream at a preset interval by the transmitter 10. For example, the marker 80 may be placed every 512 bytes in the TCP stream. If the preset interval is small enough (e.g., smaller than smallest transport segment), then a marker may be present in almost every TCP segment 50 or in every TCP segment 50. If the TCP segment is shorter than the preset interval, then there is no guarantee a marker will be present in the TCP segment. If a marker 80 is still present in the short TCP frame 50 (e.g., a TCP segment shorter than the preset interval), then the framing header 70 may be located and the TCP segment 50 may be processed as described above (e.g.,

the payload 100 may be directly placed in the proper location within the application buffer). If, on the other hand, a marker 80, is not present the receiver 30 may still place the payload 100 inside the TCP segment according to information that may be in the ULP header 110, if the TCP segment has been received in order (e.g., all previous TCP segments with lower TCP sequence numbers that can be legally received, for example, are within the TCP window, have been received). In this case, even if an intermediate box is present and it has resegmented the TCP byte stream, this segment can still be processed. This is due to the fact that the previous segments were processed and, if there was no error, then it is known that the next byte placed by the sender in the TCP byte stream is the first byte of the framing header 70. Another case occurs when the TCP segment is received out of order with no marker. In this case, the receiver places the TCP segment it has received in a temporary buffer (or drops the TCP segment and processes only in order), thereby eliminating any need for a buffer with a slight performance degradation. The buffer size may be small and may be calculated approximately as, for example, the preset interval multiplied by the number of TCP holes the receiver wants to support per every TCP connection. In contrast, the FIM protocol requires a buffer size of the FIM interval plus a maximum transmission unit (MTU) multiplied by the number of TCP holes and the data contained in the marker for every marker, multiplied by the number of TCP connections. The receiver may statistically set aside fewer resources since not all connections may experience out of order TCP segments at the same time, if the receiver runs out of buffer for out-of-order TCP segments, the receiver may drop all subsequent TCP segments received out of order, until some of the buffer has been freed due to, for example, the plugging of holes in the TCP stream.

The TCP frames 50 may be self-descriptive. In addition, unlike the FIM protocol, the receiver 30 does not necessarily have to carry state information from one frame to another frame. Since most every TCP frame 50 may include a marker 80, then most every TCP frame 50 may be processed independently. Independent processing of the TCP frames 50 may substantially reduce buffering needs, especially in a TCP environment in which TCP frames 50 may be out of order upon reaching the receiver 30.

Placing the marker 80 at a preset interval may also provide the receiver 30 with known locations in the TCP stream in which to find the marker 80. Thus, the relative location of the marker 80 with respect to the TCP header 60 may vary from TCP frame 50 to TCP frame 50. The receiver 30 may determine location information within the TCP sequence number space from the TCP headers 60. In one example in which the marker 80 is placed every 512 bytes in the TCP stream, the receiver 30 may perform a modulo 512 operation to locate the marker 80. As the TCP sequence space may start from a non-zero value, which may vary from one TCP connection to another TCP connection, the preset interval may be calculated by subtracting the initial non-zero value from the TCP sequence number carried inside the TCP header and performing a modulo 512 on the result. Unlike the FIM protocol, the ability to start using the framing protocol without negotiation eliminates any additional latencies in getting the two machines to communicate with the benefits of a framing protocol. It may also save on the additional code that may need to be written and stored on the NIC to perform the negotiation.

The present invention also contemplates that, instead of the preset interval, the transmitter 10 and the receiver 30 may negotiate an interval. Furthermore, out-of-band com-

US 7,295,555 B2

9

munications may be used to adjust the marker interval. The value of the marker interval may be adjusted by the ULP at some time after initialization. This may allow a balance between wire protocol overhead and receiver side resegmentation buffer size per connection.

FIG. 8 shows an embodiment of a marker format according to the present invention. In one embodiment, the marker is 32 bits in length. The first 16 bits (MSB) may indicate the offset to the beginning of the framing header 70. The 16-bit marker may be interpreted as a 16-bit unsigned integer that carries the number of bytes in the TCP sequence space from the first byte of the framing header 70 to the marker 80. For example, if the initial TCP sequence space starts at byte 12 and the current TCP segment has the first payload byte located at byte 112 in the TCP sequence space. The next marker may be located at the 32-bit field located in byte 524, assuming a marker interval of 512 bytes, in the TCP sequence space. The marker may have the value of 412 (i.e., subtract 112 from 524). In one embodiment, since the fields of the TCP segment formatted for framing are 4-byte aligned, the last 2 bits of the marker are zeroes. The next 16 bits (LSB) may be reserved for another framing (e.g., NFS) or other another signaling function. In one embodiment, the next 16 bits (LSB) may be a repeat of the first 16 bits. In another embodiment, the next 16 bits (LSB) may carry error correction or error detection code (e.g., CRC-16) to protect the contents of the marker. In yet another embodiment, the next 16 bits (LSB) may carry ULP specific information and serve a communication channel between the ULPs or be used to point to some ULP specific field (e.g., a second marker pointing to an NFS header for example). In another embodiment, the 16-bit fields may be swapped. Unlike the FIM protocol, the overhead of the marker may be only 32 bits. The FIM protocol has 2 copies of the same marker each occupying 32 bits as the interval between markers may be 35 long and a middle box may resegment in the middle of one marker. One embodiment of the present invention may, for example, require only one copy of the marker.

In operation, the transmitter 10 may employ a protocol stack that includes upper layers (ULs) as well as, for example, TCP/IP layers in forming the TCP frames 50. FIGS. 9A-B show a flowchart of an embodiment of a process for marking frames according to the present invention. In step 120, a TCP connection may be formed, for example, between the transmitter 10 and the receiver 30. In step 130, the transmitter 10 may place the framing header 70 inside the TCP segment immediately following the TCP header. In step 140, a DDP/RDMA header may be placed in the TCP segment immediately following the framing header 70. In one example, the transmitter 10 may attach a DDP/RDMA header/trailer 110 before attaching the framing header 70. In step 150, the sender 10 may get the ULPDU length and segment it to fit inside one TCP segment. Next the sender 10 may compute the location and content of the one or more markers. In step 160, the sender 10 may compute the location of the next marker, for example, by adding the preset interval to the location of last marker. In step 170, the sender 10 may check to see whether the next marker 80 falls inside the boundaries of the TCP segment. This step may consider, for example, the maximum transmission unit for the TCP segment and the amount of ULPDU data to be transmitted. If the next marker falls outside the boundaries of the TCP segment, then, in step 210, the sender 10 may place the ULPDU data starting immediately after the framing header 70 and the DDP/RDMA header 110, if present (while skipping the one or more markers). If the next marker falls inside the TCP segment, then, in step 180, the sender

10

10 may check if the next marker falls immediately after the TCP header. If the next marker immediately falls after the TCP header, then it is placed immediately after the TCP header and before the framing header 70. In step 190, the marker value is set to 0 (i.e., the framing header immediately follows this marker). Then, in step 160, the sender 10 may see whether more markers are to be placed. In query 180, if the next marker is not immediately after the TCP header, then, in query 200, The sender 10 may determine whether the next marker falls in the next byte after the location of the CRC field. If the next marker falls in the next byte after the location of the CRC field, then, in step 220, the marker is not placed. In step 210, since the last marker has been placed, the ULPDU may be computed and placed. The CRC may be computed and placed. If the marker 80 does not immediately fall after the CRC field, then it falls inside the TCP segment. In step 230, the marker 80 is computed and placed and the process loops back to step 160 to find the location of the next marker 80 in the TCP segment. After all the markers 80 have been placed by the sender 10, then query 170 may proceed to step 210. In step 210, since the last marker has been placed, the ULPDU may be placed around The markers and the CRC may be computed and placed. The CRC may cover the complete framing PDU from the first byte immediately following the TCP header to the last byte of the pad, if present, or the ULPDU data. The CRC computation may be attached at the end of the frame to form the TCP frame 50. Although described in a particular order, the steps may be arranged in a different order and some steps may occur concurrently or may be left out. For example, the marker 80 may be inserted before or concurrently with the attaching of the TCP header 60. Unlike the FIM protocol, the CRC covers the markers enabling, for example, a very simple receiver in which the whole TCP payload except for the last 4 bytes (assumed to be the CRC) is subject to CRC computation. The FIM protocol mechanism requires locating the markers and excluding them from CRC computation, which is a more cumbersome and expensive operation.

The sender 10 may be aware of the path maximum transmission unit (PMTU) and how it may change. The TCP layer variable maximum segment size may be affected by the PMTU. When retransmitting, per the TCP requirements, the sender 10 may segment the byte stream in the same way the original framing PDU has been segmented (e.g., first byte of the framing header to follow the TCP header, the length of the TCP segment may include one complete framing PDU or several complete framing PDUs). The PMTU may change between the first transmission and the retransmission. The sender 10 may still create the TCP segment that it did the first time. If the PMTU has shrunk, then the original segment size may exceed the allowed PMTU. A lower layer mechanism such as, for example, IP fragmentation, may be employed.

In a network in which the PMTU is too small to allow proper operation, the sender 10 may follow an "emergency mode" as outlined in the TUF protocol. The TUF protocol is described, for example, in "TCP ULP Framing Protocol (TUF): draft-ietf-tsvwg-tcp-ulp-frame-01" by Bailey et al. The above-referenced document is hereby incorporated herein by reference in its entirety.

The transmitter 10 may then send the TCP frame 50. FIGS. 10A-D show a flowchart of an embodiment of a process for receiving the TCP frames 50 according to the present invention. In step 240, the TCP frame 50 may be received by the receiver 30. The TCP segment may be in order (e.g., the next expected segment in the TCP sequence number space) or out of order (e.g., a TCP segment that is

US 7,295,555 B2

11                                                                          12

to the right of the left edge of the TCP Window). In step 250, the receiver 30 may then locate the marker 80 in the TCP frame 50. The receiver 30 may obtain TCP sequence number information from the TCP header for the TCP frame 50. In addition, to locate the marker 80, the receiver 30 may subtract the initial non-zero value of the TCP sequence number for the first TCP payload byte in that particular TCP stream. The receiver 30 may then perform a modulo operation on the TCP sequence numbers using the preset interval at which the marker 80 is located. The receiver 30 need not locate all markers, if more than one is present, since using the one marker may be sufficient. In query 260, the receiver 30 may determine whether a marker is present inside the TCP segment 50. If present, then in step 270, the receiver 30 may locate the framing header 70 using the information stored in the marker 80. In one example, the marker 80 may be a backward pointer in which a delta value is stored in the marker 80. The delta value may indicate the location of the framing header 70 by indicating the number of bytes back-wards from the TCP sequence number of the marker 80 to the TCP sequence number of the beginning of the ULP header 70. In step 280, the receiver 30 may obtain the framing PDU length from the length field inside the framing header 70. In step 290, the receiver 30 may compute the CRC over the whole framing PDU and compare it to the value received in the CRC field of that framing PDU. In query 300, the receiver 30 may determine whether the CRC is valid. If CRC matches, then, in step 310, the receiver 30 may obtain control information and/or data information from the framing header 70 and/or DDP/RDMA header 110. In step 320, the receiver 30 may perform the operation requested in accordance with the control information and/or data information. For example, the DDP/RDMA header 110 may include ULP control information. In another example, the DDP/RDMA header 110 may include boundary information about the ULP payload. In yet another example, the DDP/RDMA header 110 may indicate in which memory (e.g., a particular application buffer) and in which location within the memory the ULPDU data should be directly placed. The receiver 30 may use the framing header length field to see, for example, if a pad is present (i.e., if the length is not an integer multiple of 4 bytes). The receiver 30 may place the ULPDU data in that memory location with out placing the pad bytes (e.g., 0-3 bytes). In query 300, if the CRC does not match per the check done by the receiver 30, then, in query 360, the receiver 30 may determine whether the TCP layer processing has been done for the particular segment, which may be the case for layered implementation with no change to the TCP. If the TCP processing is done for that TCP segment 50, then, in step 370, the receiver 30 may tear down the TCP connection. There may be no way to recover from this error that has been detected by the stronger CRC employed by the framing layer, but that may have slipped through the less rigorous test of the TCP checksum. In query 360, if the framing layer CRC check takes place before the TCP layer processing is done (e.g., a NIC implementing ethernet and IP and TCP and framing where local optimization can be made without breaking conform-ance to IETF RFCs), then, in step 380, the receiver 30 may silently drop the TCP segment and allow the TCP layer recovery mechanisms to retransmit it. This may reduce or eliminate the need to add error recovery mechanisms in the framing layer (unlike the complex error recovery mecha-nisms employed by iSCSI), while allowing the framing layer to enjoy the increased integrity of payload protected by CRC.

If the TCP frames 50 are shorter than the preset marker interval of, for example, 512 bytes, then it is possible that the TCP frame 50 may not contain the marker 80. In query 260, the receiver may determine whether the marker is present in the TCP segment. If a marker is not present, then, in query 330, the receiver 30 may determine whether that TCP segment 50 is received in order. If the TCP segments are received in order, then there is no need for buffering and it may be processed right away. In step 340, the receiver 30 may assume, for example, that the framing header begins in the first byte immediately following the TCP header. The process may then loop back to step 280, In query 330, if the TCP segments are received out of order, then, in step 350, the receiver may use limited buffering of approximately 512 bytes since, for example, there may be no more than 512 bytes worth of TCP segments that carry no marker for every hole in the TCP sequence. Once the TCP "hale" is plugged and all previous TCP segments have been processed and found to be error free, the receiver may continue in step 340. If the TCP frames 50 are not received in order and if the receiver 30 may desire to support more than one "hole" in the TCP sequence number space, then additional buffering may be employed (e.g., 512 bytes for every "hole").

The marker 80 may also be used to detect resegmentation of the TCP frames 50. FIG. 11 shows an example of the resegmentation of the TCP frame 50 into two TCP frames 50A, 50B according to the present invention. In this example, the framing header 70 may be in the first TCP frame 50A and the marker 80 may be in the second TCP frame 80. When the receiver 30 locates the marker 80, it may determine the location of the framing header 70. However, if the location of the framing header 70 is not in the TCP frame 50B, then the receiver 30 may determine that reseg-mentation has occurred. An intermediate box 40, for example, may have resegmented the TCP frames 50 from the transmitter 10. If the location of the framing header 70 is in the TCP frame 50B, but is not at the beginning of the TCP frame 50B (i.e., the framing header 70 was not right after the TCP header 60), then the receiver 30 may determine that resegmentation has occurred. In one embodiment, if reseg-mentation has occurred, then the receiver 30 may not offer the expedited accelerated services such as, for example, direct data placement. In another embodiment, the receiver 30 may use the marker 80 to reconstruct the TCP segments as transmitted initially by the sender 10 (i.e., to find the framing header and use the information embedded in it and in the DDP/RDMA to find the information placed by the ULP) and to perform all the services as for normal reception. As shown by FIG. 13, another method the receiver 30 may use to detect resegmentation is that marker 80, is not present in its entirety in the received TCP segment. As shown by FIG. 13, the length field of the framing header 70, may also be used by the receiver 30, to detect that the TCP segment contains one (or more) complete framing PDUs. The receiver 30 may identify a resegmentation by finding the framing header 70, not immediately following the TCP header 60, or in case the TCP segment contains more or less bytes than indicated by the length field of the framing header (see e.g., FIG. 7). If more bytes are found, the receiver 30 may treat the bytes immediately following the CRC as the framing header of the next framing PDU (i.e., more than one framing PDU has been packed into one TCP segment). If the last byte of the last framing PDU (e.g., its CRC field) is not the last byte of the TCP segment payload, then a resegmen-tation has occurred.

FIGS. 12A-D show embodiments of special maker loca-tions according to the present invention. FIG. 12A shows an

US 7,295,555 B2

13

example of a TCP frame 50 in which the marker 80, if placed at its preset interval, would be located immediately after the CRC 90. In one embodiment, the marker 80 may be part of the current frame and may point backwards to the framing header 70 of the current frame. FIG. 12B shows another solution to the problem of the marker 80 being placed immediately after the CRC 90 as shown in FIG. 12A. In this example, the marker 80 may be moved to the front of the next TCP frame between the TCP header 60 and the framing header 70. The marker 80 may then point forwards to the framing header 70 (and have a value of 0). FIG. 12C shows an example in which the marker 80 is placed in the middle of the framing header 70. This case may pose no special problems since the marker may still effectively point to the beginning of the framing header 70. FIG. 12D shows an example in which the marker 80 is placed in the middle of the CRC 90. Since both the marker 80 and the CRC 90 may include, for example, four aligned bytes, this example may not be allowed.

While the present invention has been described with reference to certain embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted without departing from the scope of the present invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the present invention without departing from its scope. Therefore, it is intended that the present invention not be limited to the particular embodiment disclosed, but that the present invention will include all embodiments falling within the scope of the appended claims.

What is claimed is:

1. A method for locating a framing header in a received Transmission Control Protocol (TCP) frame, the method comprising:

locating a backwards-pointing marker; and

using information stored in the backwards-pointing marker to locate the framing header,

wherein locating a backwards-pointing marker comprises subtracting an initial value and performing a modulo operation on a TCP sequence number with respect to a preset interval.

2. The method according to claim 1 wherein the initial value represents a TCP sequence location of a first TCP payload byte.

3. The method according to claim 1, wherein the information stored in the backwards-pointing marker comprises a delta value indicating a number of bytes before a location of the backwards-pointing marker at which the framing header is located.

4. The method according to claim 1, wherein the marker is protected by at least one of an error detection code and an error correction code carried in a marker field.

5. A method according to claim 1 for locating a framing header in a received Transmission Control Protocol (TCP) frame, the method comprising:

locating a backward-pointing marker;

using information stored in the backwards-pointing marker to locating the framing header;

locating a forwards-pointing marker; and

using information stored in the forwards-pointing marker to locate a second framing header.

14

6. The method according to claim 5, wherein the information stored in the backwards-pointing marker comprises a delta value indicating a number of bytes before a location of the backwards-pointing marker at which the framing header is located.

7. The method according to claim 5, wherein the marker is protected by at least one of an error detection code and an error correction code carried in a marker field.

8. A method for detecting resegmentation of a Transmission Control Protocol (TCP) segment, the method comprising:

locating a backwards-pointing marker in the TCP segment;

determining a location of a framing header using information stored in the backwards-pointing marker; and

determining that resegmentation of the TCP segment has occurred if the framing header is not at the front of the TCP segment after a TCP header of the TCP segment.

9. A method for detecting resegmentation of a Transmission Control Protocol (TCP) segment, the method comprising:

locating a backwards-pointing marker in the TCP segment;

determining a location of a framing header using information stored in the backwards-pointing marker; and

determining that resegmentation of the TCP segment has occurred if the backwards-pointing marker points to a location outside of the TCP segment.

10. The method according to claim 9, further comprising:

determining that resegmentation of the TCP segment has occurred if the backwards-pointing marker is not fully present in the TCP segment.

11. A method for detecting resegmentation of a Transmission Control Protocol (TCP) segment, the method comprising:

locating a backwards-pointing marker in the TCP segment;

determining a location of a framing header using information stored in the backwards-pointing marker; and

determining that resegmentation of the TCP segment has occurred if a number of payload bytes in the TCP segment is not equal a number indicated by a framing header length field plus a pad and a Cyclic Redundancy Check (CRC) field.

12. A method for detecting resegmentation of a (Transmission Control Protocol TCP segment, the method comprising:

locating a backwards-pointing marker in the TCP segment;

determining a location of a framing header using information stored in the backwards-pointing marker; and

determining that resegmentation of the TCP segment has occurred if a number of payload bytes in the TCP segment is not equal to a sum of all values of a framing header length fields plus pads and Cyclic Redundancy Check (CRC) fields for multiple framing Protocol Data Units (PDUs) placed in a TCP segment.

* * * * *

# EXHIBIT C



US006766389B2

(12) **United States Patent** (10) Patent No.: **US 6,766,389 B2**
Hayter et al. (45) Date of Patent: **Jul. 20, 2004**

(54) **SYSTEM ON A CHIP FOR NETWORKING**

(75) Inventors: **Mark D. Hayter**, Menlo Park, CA
(US); **Joseph B. Rowlands**, Santa
Clara, CA (US); **James Y. Cho**, Los
Gatos, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 412 days.

(21) Appl. No.: **09/861,191**

(22) Filed: **May 18, 2001**

(65) **Prior Publication Data**
US 2002/0174253 A1 Nov. 21, 2002

(51) Int. Cl.[7] ............................................ **G06F 13/00**
(52) U.S. Cl. ............................ **710/62**; 710/20; 710/52;
710/267; 710/311; 710/314; 710/305; 709/219;
709/228
(58) Field of Search ............................ 710/20, 52, 267,
710/311, 314, 305; 709/228, 219

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,433,378 A | 2/1984 | Leger |
| 4,463,424 A | 7/1984 | Mattson et al. |
| 4,760,571 A | 7/1988 | Schwarz |
| 5,640,399 A | 6/1997 | Rostoker et al. |
| 5,668,809 A | 9/1997 | Rostoker et al. |
| 5,778,414 A | 7/1998 | Winter et al. |
| 5,802,287 A | 9/1998 | Rostoker et al. |
| 5,829,025 A | 10/1998 | Mittal |
| 5,887,187 A | 3/1999 | Rostoker et al. |
| 5,893,150 A | 4/1999 | Hagersten et al. |
| 5,908,468 A | 6/1999 | Hartmann |
| 5,914,955 A | 6/1999 | Rostoker et al. |
| 5,974,508 A | 10/1999 | Maheshwari |
| 6,098,064 A | 8/2000 | Pirolli et al. |
| 6,111,859 A | 8/2000 | Godfrey et al. |
| 6,122,667 A * | 9/2000 | Chung ........................ 709/228 |
| 6,151,662 A | 11/2000 | Christie et al. |
| 6,157,623 A | 12/2000 | Kerstein |
| 6,202,125 B1 | 3/2001 | Patterson et al. |
| 6,202,129 B1 | 3/2001 | Palanca et al. |
| 6,209,020 B1 | 3/2001 | Angle et al. |
| 6,215,497 B1 | 4/2001 | Leung |
| 6,266,797 B1 | 7/2001 | Godfrey et al. |
| 6,269,427 B1 | 7/2001 | Kuttanna et al. |
| 6,332,179 B1 | 12/2001 | Okpisz et al. |
| 6,349,365 B1 | 2/2002 | McBride |
| 6,366,583 B2 | 4/2002 | Rowett et al. |
| 6,373,846 B1 | 4/2002 | Daniel et al. |
| 6,438,651 B1 | 8/2002 | Slane |
| 6,484,224 B1 * | 11/2002 | Robins et al. .............. 710/305 |
| 2001/0021949 A1 * | 9/2001 | Blightman et al. ......... 709/219 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 00/30322 | 5/2000 |
| WO | 00/52879 | 9/2000 |

OTHER PUBLICATIONS

"PowerPC 601," RISC Microprocessor User's Manual,
Revision 1, Motorola, Inc. 1993, p. 8–14.
Intel, "Pentium Processor Family User's Manual," vol. 1:
Pentium Processor Family Data Book, 1994, pp. 5–23 and
5–50.
*Pentium® Pro Family Developer's Manual, vol. 1: Speci-
fications*, Chapter 4, pp. 1–18, 1996.
"Atlas I: A Single–Chip, Gigabit ATM Switch with HIC/HS
Links and Multi–Lane Back–Pressure," Katevenis, et al.,
IPC Business Press Ltd., Long, GB, vol. 21, No. 7–8, Mar.
30, 1998, XP004123981, 5 pages.
"An Introductory VHDL Tutorial: Chapter 1—An Introduc-
tion and Background," 1995, Green Mountain Computing
Systems, XP002212233, 2 pages.

* cited by examiner

*Primary Examiner*—Jeffrey Gaffin
*Assistant Examiner*—Mohammad O. Farooq
(74) *Attorney, Agent, or Firm*—Lawrence J. Merkel

(57) **ABSTRACT**

A system on a chip for network devices. In one
implementation, the system on a chip may include
(integrated onto a single integrated circuit), a processor and
one or more I/O devices for networking applications. For
example, the I/O devices may include one or more network
interface circuits for coupling to a network interface. In one
embodiment, coherency may be enforced within the bound-
aries of the system on a chip but not enforced outside of the
boundaries.

**19 Claims, 7 Drawing Sheets**



EXHIBIT C - 71

**U.S. Patent**     **Jul. 20, 2004**     **Sheet 1 of 7**     **US 6,766,389 B2**



Fig. 1

EXHIBIT C - 72



Fig. 2

EXHIBIT C - 73



Fig. 3

EXHIBIT C - 74



Fig. 4



Fig. 5

EXHIBIT C - 75



Fig. 6

EXHIBIT C - 76



_Fig. 7_

EXHIBIT C - 77



Carrier Medium
<u>300</u>

System <u>10</u>

Fig. 8

EXHIBIT C - 78

US 6,766,389 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**SYSTEM ON A CHIP FOR NETWORKING**

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention is related to network devices and, more particularly, to integrated circuits used in network devices.

2. Description of the Related Art

Networking of computer systems and other electronic devices has become more and more prevalent, at all levels of the network. Computer systems in offices, and sometimes even homes, are networked in local area networks (LANs). Geographically distant computer systems can be network in wide area networks (WANs). The Internet can be considered an example of a WAN.

Various network devices may be involved in transmitting network data (communications between the networked systems) from one computer system to another. For example, firewalls are typically used between a local area network and a wider area network (e.g. the Internet) to protect the local area network from invasion from the wide area network. Routers receive network data (e.g. packets), analyze the data, and route the data on to another router or the receiving computer system. The routers may include circuitry to examine packets to provide such features as quality of service (QoS), caching of information, etc.

## SUMMARY OF THE INVENTION

A system on a chip for network devices is described. In one implementation, the system on a chip may include (integrated onto a single integrated circuit), a processor and one or more I/O devices for networking applications. For example, the I/O devices may include one or more network interface circuits for coupling to a network interface. In one embodiment, coherency may be enforced within the boundaries of the system on a chip but not enforced outside of the boundaries.

Broadly speaking, an integrated circuit for a networking device is contemplated. The integrated circuit includes at least one processor and one or more network interface circuits configured to communicate on one or more network interfaces. The processor and the network interfaces are integrated on the integrated circuit.

Additionally, an integrated circuit for a network device is contemplated. The integrated circuit includes at least one processor coupled to an interconnect; a cache coupled to the interconnect; a memory controller coupled to the interconnect; and one or more input/output (I/O) devices for networking applications. The at least one processor, the cache, the memory controller, the interconnect, and the one or more I/O devices are integrated onto the integrated circuit.

Moreover, an integrated circuit for a network device is contemplated, including at least one processor and an input/output (I/O) device capable of caching data. The processor and the I/O device are integrated onto the integrated circuit. Coherency is enforced between the processor and the I/O device.

## BRIEF DESCRIPTION OF THE DRAWINGS

The following detailed description makes reference to the accompanying drawings, which are now briefly described.

FIG. 1 is a block diagram of one embodiment of a system.

FIG. 2 is a block diagram of one embodiment of a network device employing the system shown in FIG. 1.

FIG. 3 is a timing diagram illustrating one embodiment of coherent transactions for the system shown in FIG. 1.

FIG. 4 is a block diagram of one embodiment of an I/O bridge shown in FIG. 1.

FIG. 5 is a state machine which may be employed by one embodiment of the I/O bridge shown in FIG. 4 for a read-modify-write operation.

FIG. 6 is a timing diagram illustrating operation of a read-modify-write operation.

FIG. 7 is a timing diagram illustrating operation of a portion of a read-modify-write operation and a read transaction.

FIG. 8 is a block diagram of one embodiment of a carrier medium.

While the invention is susceptible to various modifications and alternative forms, specific embodiments thereof are shown by way of example in the drawings and will herein be described in detail. It should be understood, however, that the drawings and detailed description thereto are not intended to limit the invention to the particular form disclosed, but on the contrary, the intention is to cover all modifications, equivalents and alternatives falling within the spirit and scope of the present invention as defined by the appended claims.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

System Overview

Turning now to FIG. 1, a block diagram of one embodiment of a system 10 is shown. Other embodiments are possible and contemplated. In the embodiment of FIG. 1, the system 10 includes processors 12A–12B, an L2 cache 14, a memory controller 16, a pair of input/output (I/O) bridges 20A–20B, and various I/O interface circuits 22A–22I. The system 10 may include a bus 24 for interconnecting the various components of the system 10. As illustrated in FIG. 1, each of the processors 12A–12B, the L2 cache 14, the memory controller 16, and the I/O bridges 20A–20B are coupled to the bus 24. Thus, each of the processors 12A–12B, the L2 cache 14, the memory controller 16, and the I/O bridges 20A–20B may be an agent on the bus 24 for the illustrated embodiment. The I/O bridge 20A is coupled to the I/O interface circuits 22A–22B (specifically, in the illustrated embodiment, a Peripheral Component Interconnect (PCI) interface circuit 22A and a Lightning Data Transport (LDT) interface circuit 22B, where the LDT interface is now also being referred to as the HyperTransport interface), and the I/O bridge 20B is coupled to the I/O interface circuits 22C–22I (specifically, in the illustrated embodiment, three network interface circuits 22C–22E, two serial interface circuits 22F–22G, a system management bus (SMBus) Interface circuit 22H, and a Personal Computer Memory Card International Association (PCMCIA) Interface circuit 22I). The L2 cache 14 is coupled to the memory controller 16, which is further coupled to a memory 26. Also illustrated in FIG. 1 is a PCI device 28 coupled to the PCI bus from the PCI interface circuit 22A.

The processors 12A–12B may be designed to any instruction set architecture, and may execute programs written to that instruction set architecture. Exemplary instruction set architectures may include the MIPS instruction set architecture (including the MIPS-3D and MIPS MDMX application specific extensions), the IA-32 or IA-64 instruction set architectures developed by Intel Corp., the PowerPC instruction set architecture, the Alpha instruction set architecture, the ARM instruction set architecture, or any other instruc-

EXHIBIT C - 79

US 6,766,389 B2

3

tion set architecture. In one implementation, the processors 12A–12B may implement a general purpose instruction set (and instruction set useful for general purpose computing). Specifically, the implementation may include no additional instructions optimized for network applications (routers, switches, firewalls, etc.). While the system 10 as shown in FIG. 1 includes two processors, other embodiments may include one processor or more than two processors, as desired.

The L2 cache 14 is a high speed cache memory. The L2 cache 14 is referred to as "L2" since the processors 12A–12B may employ internal level 1 ("L1") caches. If L1 caches are not included in the processors 12A–12B, the L2 cache 14 may be an L1 cache. Furthermore, if multiple levels of caching are included in the processors 12A–12B, the L2 cache 14 may be an outer level cache than L2.

While the L2 cache 14 is labeled L2 with respect to it position in the processor cache hierarchy, the L2 cache 14 may actually service cacheable transactions from any device on the bus 24. Thus, the L2 cache 14 may be viewed as part of a memory subsystem including the memory controller 16 (and the memory 26 coupled thereto). If a cacheable read transaction hits in the L2 cache 14, even if the source of the read transaction is an I/O interface circuit 22A–22I, the L2 cache 14 supplies the data for the read transaction. If a cacheable write transaction hits in the L2 cache 14, even if the source of the read transaction is an I/O interface circuit 22A–22I, the L2 cache 14 updates with the data for the read transaction.

The L2 cache 14 may employ any organization, including direct mapped, set associative, and fully associative organizations. In one particular implementation, the L2 cache 14 may be a set associative cache (in general N way, N being an integer, although a specific 4 way embodiments is illustrated below) having 32 byte cache blocks. A set associative cache is a cache arranged into multiple sets, each set comprising two or more entries. A portion of the address (the "index") is used to select one of the sets (i.e. each encoding of the index selects a different set). The cache block storage locations in the selected set are eligible to store the cache block accessed by the address. Each of the cache block storage locations within the set is referred to as a "way" of the set. The portion of the address remaining after removing the index (and the offset within the cache block) is referred to as the "tag", and is stored in each cache block storage location to identify the cache block in that entry. The stored tags are compared to the corresponding tag portion of the address of a memory transaction to determine if the memory transaction hits or misses in the cache, and is used to select the way in which the hit is detected (if a hit is detected).

The memory controller 16 is configured to access the memory 26 in response to memory transactions received on bus 24. The memory controller 16 receives a hit signal from the L2 cache 14, and if a hit is detected in the L2 cache 14 for a memory transaction, memory controller 16 does not respond to that memory transaction. Other embodiments may not include the L2 cache 14 and the memory controller 16 may respond to each memory transaction. If a miss is detected by the L2 cache 14, or the memory transaction is non-cacheable, the memory controller 16 may access the memory 26 to perform the read or write operation. The memory controller 16 may be designed to access any of a variety of types of memory. For example, the memory controller 16 may be designed for synchronous dynamic random access memory (SDRAM), and more particularly double data rate (DDR) SDRAM. Alternatively, the memory controller 16 may be designed for DRAM, Rambus DRAM (RDRAM), SRAM, or any other suitable memory device.

4

The I/O bridges 20A–20B link one or more I/O interface circuits (e.g. the I/O interface circuits 22A–22B for the I/O bridge 20A and the I/O interface circuits 22C–22I for I/O bridge 20B) to the bus 24. While I/O interface circuits are shown in FIG. 1, generally an I/O bridge 20A–20B may link one or more I/O interface circuits or I/O devices. The I/O bridges 20A–20B may serve to reduce the electrical loading on the bus 24 if more than one I/O interface circuit 22A–22I is bridged by that I/O bridge. Generally, the I/O bridge 20A performs transactions on the bus 24 on behalf of the I/O interface circuits 22A–22B and relays transactions targeted at the I/O interface circuit 22A–22B from the bus 24 to that I/O interface circuit 22A–22B. Similarly, the I/O bridge 20B generally performs transactions on the bus 24 on behalf of the I/O interface circuits 22C–22I and relays transactions targeted at an I/O interface circuit 22C–22I from the bus 24 to that I/O interface circuit 22C–22I.

The PCI interface circuit 22A may be a circuit for interfacing to the PCI bus. In one embodiment, the PCI interface circuit 22A may the 66 MHz PCI specification version 2.2. The PCI interface circuit 22A may be configurable to be the host bridge on the PCI bus.

The PCI device 28 shown coupled to the PCI bus may be illustrative of any device capable of communicating on the PCI bus. Any type of peripheral component (e.g. modems, network interface devices, video accelerators, audio cards, hard or floppy disk drives or drive controllers, SCSI (Small Computer Systems Interface) adapters and telephony cards, etc.

The LDT interface circuit 22B may be a circuit for interfacing to the LDT fabric. As mentioned above, the LDT interface is now also being referred to as the HyperTransport interface, developed by Advanced Micro Devices, Inc. The interface will be referred to herein as LDT, but is intended to refer to the HyperTransport interface as well. The LDT interface circuit 22B may be the host bridge on the LDT fabric. Generally, the LDT interface is a point to point, packet based interface.

The network interface circuits 22C–22E may each include Ethernet Media Access Controllers (MACs), in one embodiment. Thus, the network interface circuits 22C–22E may interface externally to the Media Independent Interface (MII) or the Gigabit MII (GMII) interface. Alternatively, the external interface may be a generic packet interface in which either the start or end of packets is flagged using control signals on the interface. In yet another alternative, the three network interface circuits 22C–22E may be operable as two wider packet interfaces (e.g. 16 bit interfaces, if the individual MII/GMII interfaces are 8 bits). The network interface circuits 22C–22E may be configurable (e.g. during reset) to operate the interface in any of the above modes. The network interface circuits 22C–22E may alternatively include the physical portion of the Ethernet interface and interface directly to an Ethernet physical medium (e.g. twisted pair, fiber optic, etc.). Still further, other embodiments may support any network interface (e.g. X.25, Frame Relay, Asynchronous Transfer Mode (ATM), Token Ring, etc.). Generally, a network interface circuit is a circuit for interfacing to any network interface. A network interface is an interface designed for networking multiple computer systems.

The serial interface circuits 22F–22G may support dual serial interfaces. The serial interfaces may be operated synchronously, and may also include a dual universal asynchronous receiver/transmitter (DUART) for dual asynchronous operation. The SMBus Interface circuit 22H supports the SMBus interface, and the PCMCIA interface circuit 22I

EXHIBIT C - 80

US 6,766,389 B2

5

supports the PCMCIA interface. Additionally, a generic bus and general purpose I/O may be supported (not shown).

While a specific set of I/O interface circuits 22A–22I are shown, other embodiments may use any subsets or supersets of the set shown. Furthermore, other embodiments may include any set of I/O interface circuits/devices, as desired.

The bus 24 may be a split transaction bus, in one embodiment. The bus 24 may employ a distributed arbitration scheme, in one embodiment. In one embodiment, the bus 24 may be pipelined. The bus 24 may employ any suitable signalling technique. For example, in one embodiment, differential signalling may be used for high speed signal transmission. Other embodiments may employ any other signalling technique (e.g. TTL, CMOS, GTL, HSTL, etc.). In one implementation, the bus 24 may be defined to transfer data during one phase of the bus clock and precharge (e.g. for differential signalling) during the other phase. Thus, an agent may drive the bus responsive to one edge of the clock signal (rising or falling), and the receiving agent(s) may sampled the bus responsive to the other edge. Other embodiments may drive and sample responsive to the same edge (such as many external buses, in which a bus driver drives during the entire period of the clock and the receiving agent receives responsive to the next edge of the clock) or transfers may occur on both edges of the clock (e.g. source synchronous clocking schemes).

It is noted that the system 10 (and more particularly the processors 12A–12B, the L2 cache 14, the memory controller 16, the I/O interface circuits 22A–22I, the I/O bridges 20A–20B and the bus 24) may be integrated onto a single integrated circuit as a system on a chip configuration. In another configuration, the memory 26 may be integrated as well. Alternatively, one or more of the components may be implemented as separate integrated circuits, or all components may be separate integrated circuits, as desired. Any level of integration may be used.

It is noted that, while the illustrated embodiment employs a split transaction bus with separate arbitration for the address and data buses, other embodiments may employ non-split transaction buses arbitrated with a single arbitration for address and data and/or a split transaction bus in which the data bus is not explicitly arbitrated. Either a central arbitration scheme or a distributed arbitration scheme may be used, according to design choice. Furthermore, bus 24 may not be pipelined, if desired.

It is noted that, while FIG. 1 illustrates the I/O interface circuits 22A–22I coupled through the I/O bridges 20A–20B to the bus 24, other embodiments may include one or more I/O interface circuits directly coupled to the bus 24, if desired.

As used herein, the term transaction refers to a communication between two or more agents on an interconnect (e.g. the bus 24). An agent initiating the transaction may be the requesting agent or source, and an agent responding to the transaction is a responding agent or target. The term "memory transaction" refers to a communication between a device and the memory system. The memory transaction includes an address identifying a storage location in the memory. In the illustrated embodiment, the memory transaction is transmitted on the bus 24 to the memory controller 16 (and may be serviced by the L2 cache 14 instead of the memory controller 16). Memory transactions may include read transactions (a transfer of data from memory to the device) and write transactions (a transfer of data from the device to memory). More generally, a read transaction may be a transfer of data from a target of the transaction to the source (or initiator) of the transaction and a write transaction

6

may be a transfer of data from a source of the transaction to the target of the transaction.

While a shared bus is used in the present embodiment, any sort of interconnect may be used in other embodiments (e.g. crossbar connections, point to point connections in a ring, star, or any other topology, meshes, cubes, etc.). Generally, an interconnect is any sort of communication medium.

Network Device

The system 10 (and specifically the system 10 integrated onto a single integrated circuit) may be optimized for use in networking devices. Specifically, the system 10 may integrate one or more processors and one or more I/O devices which are used for networking applications (e.g. routers, switches, firewalls, repeaters, concentrators, hubs, etc.). The I/O devices may include network interface circuits, and may include standard interface circuits (e.g. the PCI interface circuit 22A or the LDT interface circuit 22B). In this manner, a network device may be constructed using the system 10 and zero or more other integrated circuits. The total number of integrated circuits may be low, allowing for lower cost implementations. Furthermore, the integration of devices in system 10 may allow for lower power operation and higher performance (since the communication between the devices may occur at the higher internal clock speeds).

As used herein, the term "I/O device" refers to one or more of the following, either singly or in combination: an I/O bridge (e.g. the I/O bridges 20A–20B), an I/O interface circuit (e.g. the I/O interface circuits 22A–22I), or a peripheral component (e.g. the PCI device 28).

FIG. 2 is a block diagram of an exemplary network device 30. Other embodiments are possible and contemplated. In the embodiment of FIG. 2, the network device 30 includes the system 10 and may optionally include one or more other integrated circuits 32. The system 10 is coupled to the other integrated circuits 32 using either network interfaces or standard interfaces (e.g. PCI, LDT, serial, PCMCIA, etc.) depending on the type of integrated circuit 32.

Generally, the system 10 may provide one or more network interfaces and/or one or more standard interfaces for the network device 30, as well as providing programmability of the network device 30 through the processors 12A–12B. The other integrated circuits (if included) may provide network and/or standard interfaces for the network device 30, or may provide specific functionality for the network device 30, or both.

For example, the network device 30 may be a router. In such an embodiment, a concentrator integrated circuit may comprise the integrated circuits 32. The concentrator may be coupled to, e.g., 10 100 Mb/s Ethernet ports of the router. The concentrator may further be coupled to one of the network interface circuits 22A–22C operating at 1 Gb/s. The system 10 may process the packet, determining if the packet received on one of the Ethernet ports is to be routed to one of the other ports or one of the other network interface circuits 22A–22C (which may be operating as an uplink to a service provider or may be coupled to another router similar to the network device 30) and may transmit the packet appropriately.

As another example, the network device 30 may be a firewall. The system 10 may supply the uplink network interface and the interface to the network protected by the firewall via network interfaces 22A–22C, and may execute software to provide the firewall protection. Optionally, an encryption/decryption engine may be included as integrated circuit 30 (e.g. coupled to the PCI bus or the LDT interface).

Any type of network device 30 may be designed using one or more integrated system 10 chips and zero or more integrated circuits 32.

EXHIBIT C - 81

US 6,766,389 B2

7

## Coherency within the System

Generally, coherency refers to the property that a read by a device of a given memory location results in the device receiving the most recent modification of the memory location, regardless of whether that modification is stored in the memory or is cached, and regardless of where that modification is cached. Without coherency, the software executing on the various network devices generally must ensure that data written by one agent is read by another agent in a manner that leads to error-free execution. Unfortunately, such software mechanisms may be complex and error-prone (especially if weak memory ordering is used). Additionally, the transfer of data from one agent to another may be slow (usually involving some sore of software handoff mechanism, e.g. a semaphore), and thus the performance of the network device may be limited.

Generally, coherency is provided for a given transaction by checking any cache locations that may be storing the data operated on by the transaction. This checking is often referred to as snooping. Typically, coherency is maintained on a cache block granularity, and thus the remaining discussion will refer to cache blocks. However, coherency may be maintained on any granularity.

In some systems, such as the embodiment of the system 10 shown in FIG. 1, the address of the transaction may be captured by coherent agents from the interconnect as the transaction is generated. In other systems, the transaction may be transmitted to a coherency controller, which generates probes and transmits them to the other coherent agents in the system. Either method may be used. In either case, the coherent agents may provide coherency responses which, when taken together, result in a coherent outcome of the transaction. If the transaction is a read, the most recent modification of the cache block is provided to the requesting agent. If the transaction is a write (or an invalidate so that the request agent may write the cache block), non-modified copies of the cache block are no longer used (e.g. they may be invalidated). In some systems, the coherency responses may include a retry response in which the transaction is cancelled and reattempted later. In the interim, the coherent agent which provided the retry response may take corrective action (e.g. storing a modified cache block to memory). Other systems, such as the embodiment shown in FIG. 1, may implement a protocol in which the modified cache block is provided by the coherent agent storing the modified cache block to the requesting agent. In one specific implementation, the coherent agent provides any cache block to which it has exclusive access, regardless of whether or not the block is modified.

In addition to the response provided on the interconnect for the transaction, the coherent agents may modify a coherency state maintained for the cache block to ensure that subsequent accesses to the cache block remain coherent. For example, the Modified, Exclusive, Shared, Invalid (MESI) and similar MOESI (which includes an Owned state) coherency protocols are popular. In the MESI protocol, if a read transaction has occurred, the coherent agent which was caching the cache block before the transaction occurred may change the state of the cache block to shared, thus noting that another cached copy of the cache block may exist. A subsequent read by the agent may use the cached copy, but a subsequent write by the agent may perform a transaction to invalidate the other cached copies. If a write transaction has occurred, and copies are invalidated with the MESI protocol. Based on the responses provided by the coherent agents, the requesting agent may determine the correct coherency state for caching the cache block.

8

The response to a transaction may be delayed from the beginning of the transaction (referred to as the response latency) to allow time for the coherent agents to perform the appropriate checks/state changes (referred to as snooping). Thus, during the response latency for a given transaction, the state of the cache block affected by the transaction is uncertain. Complications in the coherency mechanism may arise due to the uncertainty during the response latency time period.

FIG. 3 is a timing diagram which illustrates the above mentioned uncertainty. Clock cycles are shown in FIG. 3 delimited by vertical dashed lines and labeled at the top (CLK0, CLK1, etc.). Transactions are labeled on the left side of the timing diagram (T1, T2, and T3).

An agent initiates the transaction T1 (to an address "A") by driving the address phase during the clock cycle CLK0 (reference numeral 40). In this example, the response phase of the transaction (when the coherency response is provided) is two clock cycles after the address phase, at clock cycle CLK2 (reference numeral 42). Thus, the coherency state of the cache block addressed by address "A" is uncertain from clock cycle CLK0 to clock cycle CLK2 (illustrated by the brace 44). Accordingly, if a transaction T2 is initiated during clock cycle CLK1 (reference numeral 46), the coherent agents may check not only their caches to determine the coherency response, but also any change to the coherency state of the cache block which may be pending from the transaction T1. On the other hand, for a transaction initiated after the uncertainty period (e.g. the transaction T3, initiated in clock cycle CLK3, reference numeral 48), the coherent agents need only check their caches since no coherency state changes are pending.

If the response latency is lengthened, the number of potentially pending state changes and thus the complexity of the coherency mechanism increases. On the other hand, if the response latency is shortened, the complexity of the coherency mechanism decreases. For example, in one embodiment, agents in the system 10 may not initiate transactions during the uncertainty period to the same cache block. If the response latency were long, such a mechanism may itself be complex and may also create performance issues. Even in embodiments in which transactions are initiated during the uncertainty period to the same cache block (e.g. T2 in FIG. 3), the complexity may be manageable if the response latency is minimized.

The system 10 implements coherency, but limits the coherency to the boundaries of the integrated circuit comprising system 10. Since system 10 is integrated, the circuitry within system 10 may be checked for cached data rapidly, such as within a couple of clock cycles of the clock signal clocking the system 10 (thus allowing a low response latency of, e.g., two bus clock cycles). Particularly, I/O devices which may cache data within the system 10 are checked and coherency is maintained with respect to those cached copies. However, coherency is not maintained for devices external to the system 10 integrated circuit. For example, the PCI device 28 shown in FIG. 1 is not maintained coherently. If the PCI device 28 caches data, the coherency of that data may be the responsibility of software. Limiting the coherency to the system 10 may eliminate the delay of accessing external devices (which may be operating slower and/or the external interfaces themselves may be higher latency interfaces than that available within the system 10). In this manner, a short response latency may be realized.

The response phase of the transaction may be defined to include any set of signals.

EXHIBIT C - 82

US 6,766,389 B2

9

In one implementation, each coherent agent provides a shared signal and an exclusive signal (and each agents signal's are separate from the signals of the other agents). If the agent has a shared copy of the cache block addressed by the transaction, the agent asserts the shared signal. If the agent has exclusive access to the cache block addressed by the transaction, the agent asserts the exclusive signal. "Exclusive access" includes the modified state, in which the agent has modified the cache block and thus there are no other cached copies in the system, as well as exclusive states in which the cache block is not modified but no other cached copies exist in the system. The agent, if exclusive is signalled, provides the data for the transaction. Otherwise, the memory system (the L2 cache 14 or the memory controller 16) provides the data. If the agent provides the data, it also indicates, with a signal during the data phase of the transaction, whether or not the data is modified. The requesting agent may combine the individual shared and exclusive responses to determine the response for the transaction. While separate signals are provided in the present embodiment, other embodiments may employ shared signals driven by all of the agents. Furthermore, any set of response signals may be used.

Generally speaking, the response phase of the transaction is the point at which coherency changes are defined to have been made and thus, if ownership of the cache block changes (e.g. in response to a read exclusive command or an invalidate transaction), the point at which ownership transfers. Thus, the new owner becomes responsible for the cache block (i.e. responsible for ensuring coherent transfer of the data to the next requester, if such a request occurs, or responsible for ensuring any modification are written to memory, if no such request occurs and the owner discards the cache block).

The coherent agents in the system 10 may include the processors 12A–12B (which may include L1 caches), the L2 cache 14, and the memory controller 16. Additionally, in one implementation described below, the I/O bridges 20A–20B may be coherent agents. Still further, any of the interface circuits 22A–22I may be coherent agents, in other implementations. Any integrated peripheral devices may be coherent agents, in other implementations.

FIGS. 4–7 illustrate an I/O device which caches data in one embodiment of the system 10. Specifically, each of the I/O bridges 20A–20B may cache data temporarily if an I/O interface 22A–22I coupled to that I/O bridge 20A–20B performs a write to a cache block but only updates a portion of the cache block with the write (i.e. at least one byte within the cache block is not updated). The I/O bridge 20A–20B may perform a read of the cache block, update the cache block with the write data, and write cache block back to memory (referred to as a read-modify-write operation). Thus, the I/O bridge 20A–20B caches data between the read transaction and the write transaction of the read-modify-write operation.

Turning now to FIG. 4, a block diagram of one embodiment of the I/O bridge 20A is shown. The I/O bridge 20B may be configured similarly. Other embodiments are possible and contemplated. In the embodiment of FIG. 4, the I/O bridge 20A includes a request queue 50, a read-modify-write queue 52, a request data queue 54, a read-modify-write data queue 56, a merge buffer 58, a control circuit 60, and a set of muxes 62A–62C. The request queue 50 and the read-modify-write queue 52 are coupled to the mux 62A, which is coupled to provide address phase information on the bus 24. The request data queue 54 and the merge buffer 58 are coupled to the mux 62B, which is coupled to provide

10

data phase information on the bus 24. The merge buffer is further coupled to the mux 62C, which is coupled to receive data from the bus 24 and data from the read-modify-write data queue 56. The control circuit 60 is coupled to provide selection controls to the muxes 62A–62C and is coupled to each of the queues 50, 52, 54, and 56. Additionally, the control circuit 60 may be coupled to the bus 24. There may generally be buffers coupled between the muxes 62A–62C and the bus 24 and between the control circuit 60 and the bus 24 for receiving/driving information on the bus 24 (not shown).

The I/O bridge 20A queues transaction requests from the I/O interface circuits/peripherals coupled thereto for cache blocks (either reads or writes) in the request queue 50 (and the data for writes in the request data queue 54). The I/O bridge 20A may treat any read transaction as a cache block read, and write transactions which update the entire cache block may be queued in the request queue 50 (and the data in the request data queue 54). The reads may be performed as coherent reads on the bus 24 (causing cached copies in the other coherent agents to change to shared state and receiving the most up to date copy of the cache block addressed by the read). The writes may be performed as coherent write invalidates on the bus 24 (causing cached copies in the other coherent agents to change to invalid state and thus subsequent reads by the coherent agent read the updated data from the memory). Thus, the block reads and writes may be performed coherently.

Generally, entries in the request queue 50 may include a valid bit (V) indicating whether or not a request is queued and the address of the transaction. Additional information may be queued as desired, such as the type (read/write). Additionally, other information transmitted during the address phase may be queued, such as cacheability attributes, a tag for implementations in which the address and data phases are tagged, the command to be performed, etc. Alternatively, other address phase information may be generated when the request is selected for transmission on the bus 24. Entries in the request data queue 54 similarly include the data and a data valid bit (DV). Other information transmitted during the data phase may be queued, such as a data tag for tag implementations, an error code, etc. Alternatively, other data phase information may be generated when the request is selected for transmission on the bus 24.

On the other hand, a write request which updates only a portion of a cache block is queued in the read-modify-write queue 52 and the read-modify-write data queue 56. In response to such requests, the I/O bridge 20A performs a read transaction on the bus 24 to read the cache block in an exclusive state (a read exclusive transaction), modifies the cache block with the write data corresponding to the write transaction, and writes the modified cache block back to memory. Thus, during the time between the read and the write of the read-modify-write operation, the I/O bridge 20A is caching the cache block (in a modified state). The I/O bridge 20A enforces coherency for the cache block during this time period.

Generally, the control circuit 60 may include arbitration logic to arbitrate for the address bus and data bus included in bus 24 (or the arbitration logic may be a separate circuit, as desired). If one or more transaction requests are queued in the request queue 50 and the read-modify-write queue 54, the control circuit 60 may arbitrate for the address bus. The control circuit 60 may select a transaction request from one of the queues 50 and 52 for transmission as a transaction. The oldest outstanding transaction request may be selected,

EXHIBIT C - 83

US 6,766,389 B2

**11**

or transactions may be prioritized by type, source, etc. The control circuit 60 provides a selection control to the mux 62A dependent on which of the request queues 50 and 52 is storing the transaction selected for transmission.

If one or more data transfers (for writes) are pending in the request data queue 54 or the merge buffer 58, the control circuit 60 may arbitrate for the data bus. A data transfer is pending if the address phase of the corresponding transaction has been performed successfully on the address bus or, as will be described in more detail below, a snoop hit on the cache block stored in the merge buffer 58 is detected. The control circuit 60 may select data for transfer from one of the request data queue 54 and the merge buffer 58 for transmission on the data bus. The oldest outstanding (by order on the address bus) transaction may be selected, or transactions may be prioritized by type, source, etc. The control circuit 60 provides a selection control to the mux 62B dependent on which of the request data queue 54 and the merge buffer 58 is storing the selected data.

The read-modify-write operation will now be described in more detail. The read-modify-write queue 52 may store a valid bit (V) and the address of the transaction, similar to the request queue 50. Additionally, the read-modify-write queue 52 may include a state field ("State" in the read-modify-write queue 52 in FIG. 4). The state field may be used to track the progress of the read-modify-write operation (including a snoop hit that may occur on the cache block between the read and the write transaction). A diagram of one embodiment of the states which may occur and the operation thereof is shown below as FIG. 5. The read-modify-write data queue 56 may include a data valid bit (DV), a data field, and a mask field ("Mask" in the read-modify-write data queue 56 in FIG. 4). The mask field may store a mask which indicates which bytes within the data field are valid (e.g. which bytes within the cache block are modified by the write which caused the read-modify-write operation).

The control circuit 60 selects the read-modify-write operation and, in response to winning arbitration for the address bus on the bus 24, drives the address phase of a read exclusive transaction. Once the response phase of the read exclusive transaction completes, the I/O bridge 20A has exclusive access to the cache block. Specifically, the I/O bridge 20A may treat the cache block as modified.

Subsequent to the address phase of the read transaction, the data phase may occur. The initiation of the data phase may be under control of the agent which provides the data for the read. When the data phase occurs, the control circuit 60 may cause the data to be merged with the data from the read-modify-write data queue 56 into the merge buffer 58 by controlling mux 62C. Specifically, the control circuit 60 may use the mask to select which bytes are read from the data field in the read-modify-write data queue 56 into the merge buffer 58. The remaining bytes of the merge buffer 58 may be updated within the bytes provided in response to the read transaction on the bus 24. The mux 62C may thus be controllable, on a byte by byte basis, to select either data from the read-modify-write data queue 56 or the data provided from the bus. For example, the mux 62C may comprise a set of byte muxes, each receiving respective bytes within the cache block from the read-modify-write data queue 56 and the bus 24 and controlled by a respective bit from the mask. In this manner, the merge buffer 58 may store the updated cache block corresponding to the read-modify-write operation.

The control circuit 60 may arbitrate for the address bus to perform the write transaction at any time after the response

**12**

phase of the read transaction occurs. In some embodiments, the control circuit 60 may delay until the read data is provided in response to the read transaction (and thus the data for the write transaction is available in the merge buffer 58). Other embodiments may arbitrate immediately to reduce the time between the read and write (and thus the time in which a snoop hit may occur on the cache block). Coherency state changes are controlled by the response phases of transactions, and thus, once the write transaction has reached the response phase, the I/O bridge 20A may no longer be responsible for the data (instead, the memory controller 16/L2 cache 14 may be responsible). In either case, however, it is possible that a snoop hit on the cache block may occur prior to the performance of the write transaction on the bus 24.

The control circuit 60 may compare the address of the read-modify-write operation to addresses of transactions snooped from the bus 24. If a match is detected (a snoop hit) during the time period between the read transaction and the write transaction, the control circuit 60 responds exclusive during the response phase of the snooped transaction. Subsequently, the control circuit 60 may supply the modified cache block from the merge buffer 58 as the data phase of the snooped transaction, if the transaction is a read. If the transaction is an invalidate, the control circuit 60 may invalidate the read-modify-write operation (e.g. reset the valid bit in the read-modify-write queue 52). If a snoop hit occurs before the write transaction of the read-modify-write operation, the I/O bridge 20A may not perform the write transaction since the cache block with the modification has been coherently passed to the requesting agent of the snooped transaction.

It is noted that, while the read-modify-write operation is queued in a separate queue from cache block sized requests, other embodiments may used a combined queue. In such embodiments, the muxes 62A–62B may be eliminated. Still further, other embodiments may have multiple request queues for different priority transaction requests, different sources of transaction requests, etc. Furthermore, while data is merged into the merge buffer 58 in the illustrated embodiment, other embodiments may merge the data in the read-modify-write queue 56, thus eliminating the merge buffer 58. In such an embodiment, the read-modify-write queue 56 may be coupled as an input to the mux 62B (or in a combined embodiment, no muxes may be present).

It is noted that any number of queue entries may be provided in either the request queue 50 and the read-modify-write queue 52. In one embodiment, the request queue 50 may comprise 2 entries (and corresponding entries in the request data queue 54) and the read-modify-write queue 52 may comprise one entry (and a corresponding entry in the read-modify-write data queue 56). If more than one read-modify-write queue entry is supplied, the read and write transactions for each entry may be intermingled, if desired, or may be performed one entry at a time.

While the I/O bridges 20A–20B are illustrated as performing read-modify-write operations in the illustrated embodiment, other embodiments may perform read-modify-write operations in the interface circuits/peripherals 22A–22I, if desired. In such embodiments, the I/O bridges may pass addresses of transactions to the interface circuits/peripherals which cache data, and may receive indications of the coherency state for response purposes. Furthermore, embodiments in which caching of one or more cache blocks is performed in an I/O bridge/interface circuit/peripheral for other purposes than a partial block write are contemplated. Coherency may be maintained for such cache blocks as well.

EXHIBIT C - 84

US 6,766,389 B2

13                                                          14

Turning now to FIG. 5, a block diagram of a state machine which may represents the states of the state field in the read-modify-write queue 52 according to one embodiment of the I/O bridge 20A is shown. Other embodiments are possible and contemplated.

When the request is queued in the read-modify-write queue 52, the state is initialized to invalid (reference numeral 70). The valid bit (V) in the entry indicates that the entry is valid, while the state is used to determine the coherency response if a snoop hit is detected. In the invalid state 70, the control circuit 60 does not detect a snoop hit on the cache block affected by the read-modify-write operation.

The state transitions from the invalid state 70 to a modified state 72 in response to reaching the response phase of the read exclusive transaction generated by the I/O bridge 20A as the read portion of the read-modify-write operation. The response phase is the time at which ownership changes are defined to occur. Thus, the I/O bridge 20A becomes the owner of the cache block. Viewed in another way, the I/O bridge 20A becomes responsible for ensuring the coherency of the cache block with respect to the next transaction to the cache block. The I/O bridge 20A will modify the cache block supplied in response to the read exclusive transaction and will either write the modified cache block to memory using a write transaction, supply the modified cache block as the data of a read transaction to the cache block, or invalidate the cache block in response to an invalidate transaction to the cache block.

While the state is in the modified state 72, the I/O bridge 20A may arbitrate for the address bus of the bus 24 to perform the address phase of the write transaction to write the modified cache block to memory. Once the address phase has been completed, the I/O bridge 20A may arbitrate for the data bus to perform the data phase of the transaction. Alternatively, the I/O bridge 20A may arbitrate for the address bus of bus 24 while the state is in the modified state 72 and subsequent to receiving the data (and updating the merge buffer 58 with the modified data).

The state transitions from the modified state 72 to the invalid state 70 when the response phase of the write transaction of the read-modify-write operation is performed, or at the response phase of an invalidate transaction to the cache block. In the case of the write transaction being performed, ownership of the cache block is returned to the memory controller 16/L2 cache 14 at the response phase of the write transaction. The coherency of a subsequent transaction to the cache block is handled by the memory controller 16/L2 cache 14. While the state is transitioned back to invalid, the read-modify-write operation may not be deleted from the read-modify-write queue 52 until the modified cache block is transferred as data. Alternatively, the read-modify-write operation may be deleted and the merge buffer 58 may store the modified cache block until it is provided by the I/O bridge 20A on the data bus.

On the other hand, if an invalidate transaction occurs, the cache block modification is invalidated and thus the write transaction for the read-modify-write operation is not needed. The invalidate transaction may be a write-invalidate if the entire cache block is being modified by another agent, and thus no bytes from previous updates to the cache block are needed. The read-modify-write operation may be deleted from the read-modify-write queue 52 in response to the invalidate transaction.

The state transitions from the modified state 72 to a provide data state 74 in response to a read transaction to the cache block which is snooped by the I/O bridge 20A from the bus 24. The I/O bridge 20A responds to the snooped read

transaction with the exclusive response, and thus is to supply the data for the read transaction. In embodiments in which a tag is used on the address bus and the data bus to link the address phase and data phase of a transaction, the I/O bridge 20A may capture the tag of the read transaction to supply the data. The captured tag may be stored in the merge buffer 58, the read-modify-write queue 52, or another storage element.

While the state is in the provide data state 74 and subsequent to receiving the cache block in response to the read transaction previously performed by the I/O bridge 20A, the I/O bridge 20A may arbitrate for the data bus to supply the data for the snooped read transaction. In this manner, the modified cache block is coherently supplied to the requesting agent of the read transaction.

The I/O bridge 20A may not respond to any transactions which snoop hit the cache block while the state is in the provide data state 74. The ownership of the cache block has been passed to the requesting agent of the read transaction, and the I/O bridge 20A does not cache the data after it has been provided to the requesting agent of the read transaction. Thus, the provide data state 74 is used to supply the data to the requesting agent and, once the data has been transmitted on the data bus, the state transitions from the provide data state to the invalid state 70. The read-modify-write operation may also be deleted from the read-modify-write queue 52 in response to transmitting the data.

It is noted that, while the present description has referred to ownership transitions occurring in the responsive phase, in some implementations a given coherent agent may actually make a state change prior to the response phase, if desired.

Turning now to FIG. 6, a timing diagram illustrating one embodiment of the address and response phases for a read-modify-write transaction is shown. Other embodiments are possible and contemplated. Clock cycles of the bus clock corresponding to the bus 24 are illustrated by vertical dashed lines and are labeled at the top (CLK0, CLK1 etc.). Transactions initiated by the I/O bridge are illustrated horizontally across from the label "I/O bridge" in FIG. 6.

During clock cycle CLK0, the address phase of the read portion of the read-modify-write operation is performed (reference numeral 80). Specifically, the read transaction is a read exclusive transaction to the address "A" (the cache block including the bytes updated by the partial cache block write which cause the read-modify-write operation). The response phase of the transaction occurs in clock cycle CLK2 (reference numeral 82). While the response phase is illustrated as two clocks after the corresponding address phase, other embodiments may have a shorter or longer delay between the address phase and the corresponding response phase.

Beginning in clock cycle CLK3, the I/O bridge 20A is responsible for ensuring the coherency of the cache block addressed by address "A" (brace 84). Viewed in another way, the I/O bridge 20A owns the cache block beginning in clock cycle CLK3. The I/O bridge 20A remains responsible for the coherency of the cache block until the response phase of the write transaction corresponding to the read-modify-write operation (reference numeral 88, in clock cycle CLKN+2, two clock cycles after the address phase of the write transaction, reference numeral 86, in clock cycle CLKN). The number of clock cycles between the read transaction and the write transaction may generally vary (hence the ellipses between clock cycle CLK5 and clock cycle CLKN). The number may also be less than the number shown, in some embodiments.

While FIG. 6 shows the read-modify-write operation completing with the write transaction, FIG. 7 is a timing

EXHIBIT C - 85

US 6,766,389 B2

15

diagram illustrating a read-modify-write operation which completes by transmitting the modified cache block to an agent which reads the cache block prior to the write transaction. Other embodiments are possible and contemplated. Clock cycles of the bus clock corresponding to the bus 24 are illustrated by vertical dashed lines and are labeled at the top (CLK0, CLK1 etc.). Transactions initiated by the I/O bridge are illustrated horizontally across from the label "I/O bridge" in FIG. 7, and transactions initiated by the agent are illustrated horizontally across from the label "Agent" in FIG. 7.

Similar to FIG. 6, the address phase of the read portion of the read-modify-write operation is performed (reference numeral 80) and the response phase of the transaction occurs in clock cycle CLK2 (reference numeral 82). Thus, the I/O bridge becomes responsible for the coherency of the cache block addressed by address "A" in clock cycle CLK3 (brace 90). However, in the example of FIG. 7, another agent initiates a read transaction to address "A". The address phase of the read transaction is illustrated in FIG. 7 in clock cycle CLK4, reference numeral 92, and the response phase is illustrated in clock cycle CLK6, reference numeral 94.

Since the I/O bridge has exclusive access to the cache block addressed by address "A", the I/O bridge responds exclusive during the response phase 94. Since the I/O bridge will not retain the modified cache block after the completion of the read transaction by the agent, the I/O bridge ceases enforcing coherency at the response stage 94. Furthermore, the I/O bridge may not perform the write transaction of the read-modify-write operation since the modified cache block has been coherently passed to another agent. In one embodiment, the memory controller 16/L2 cache 14 updates with a cache block which is transferred from one agent to another in the modified state (which is transmitted during the data phase), and thus the update is recorded in memory. Alternatively, the requesting agent may receive the data in the modified state, and thus become responsible for the coherency of the modified cache block. In yet another alternative, the I/O bridge may continue enforcing coherency for the data and may perform the write transaction to update the memory.

For the illustrated embodiment, the I/O bridge provides the data during the data phase of the read transaction generated by the agent (reference numeral 96).

Turning next to FIG. 8, a block diagram of a carrier medium 300 including a database representative of the system 10 is shown. Generally speaking, a carrier medium may include storage media such as magnetic or optical media, e.g., disk or CD-ROM, volatile or non-volatile memory media such as RAM (e.g. SDRAM, RDRAM, SRAM, etc.), ROM, etc., as well as transmission media or signals such as electrical, electromagnetic, or digital signals, conveyed via a communication medium such as a network and/or a wireless link.

Generally, the database of the system 10 carried on the carrier medium 300 may be a database which can be read by a program and used, directly or indirectly, to fabricate the hardware comprising the system 10. For example, the database may be a behavioral-level description or register-transfer level (RTL) description of the hardware function-ality in a high level design language (HDL) such as Verilog or VHDL. The description may be read by a synthesis tool which may synthesize the description to produce a netlist comprising a list of gates from a synthesis library. The netlist comprises a set of gates which also represent the function-ality of the hardware comprising the system 10. The netlist may then be placed and routed to produce a data set

16

describing geometric shapes to be applied to masks. The masks may then be used in various semiconductor fabrica-tion steps to produce a semiconductor circuit or circuits corresponding to the system 10. Alternatively, the database on the carrier medium 300 may be the netlist (with or without the synthesis library) or the data set, as desired.

While the carrier medium 300 carries a representation of the system 10, other embodiments may carry a representa-tion of any portion of the system 10, as desired, including any set of agents (e.g. the processors 12A–12B, the L2 cache 14, the memory controller 16, and/or the I/O bridges 20A–20B), portions of an agent, e.g. request queues, read-modify-write queues, control circuits, etc. in the I/O bridges, I/O interface circuits 22A–22I, or portions thereof, the bus 24, etc.

Numerous variations and modifications will become apparent to those skilled in the art once the above disclosure is fully appreciated. It is intended that the following claims be interpreted to embrace all such variations and modifica-tions.

What is claimed is:

1. An integrated circuit comprising:
   at least one processor coupled to a bus;
   a cache memory coupled to the bus to cache data for the integrated circuit;
   a memory controller coupled to the bus;
   a bridge circuit coupled to the bus: and
   at least one interface circuit to couple to a network external to the integrated circuit, the at least one interface circuit also coupled to the bridge circuit to allow the bridge circuit to initiate transactions onto the bus for data transfer between the bus and the at least one interface circuit.

2. The integrated circuit as recited in claim 1 wherein the memory controller to control transfer of data between the bus and an external memory when the external memory is coupled to the integrated circuit, in order to store data received from the at least one interface circuit.

3. The integrated circuit as recited in claim 2 wherein the cache memory is a Level 2 cache.

4. The integrated circuit as recited in claim 2 wherein the bridge circuit to operate to maintain cache coherency for the integrated circuit.

5. The integrated circuit as recited in claim 4 further including multiple interface circuits coupled to the bridge circuit, the multiple interface circuits to couple to more than one network.

6. The integrated circuit as recited in claim 5 wherein the multiple interface circuits comprise at least three network interface circuits to couple to separate networks.

7. In a network device, an integrated circuit containing a system thereon, comprising:
   at least one processor coupled to a bus;
   a cache memory coupled to the bus to cache data for the integrated circuit;
   a memory controller coupled to the bus;
   a plurality of interface circuits to couple to different networks to allow the network device to operate in more than one type of network; and
   at least one bridge circuit coupled to the bus to operate as a bridge between the bus and the plurality of interface circuits to initiate transactions between the plurality of interface circuits and the bus.

8. The integrated circuit as recited in claim 7 wherein one of the interface circuits is a Lightning Data Transport interface.

EXHIBIT C - 86

US 6,766,389 B2

17

9. The integrated circuit as recited in claim 7 wherein cache coherency is maintained within components of the integrated circuit.

10. The integrated circuit as recited in claim 9 wherein cache coherency is not maintained external to the integrated circuit.

11. The integrated circuit as recited in claim 10 wherein one of the interface circuits is a peripheral component interconnect interface.

12. The integrated circuit as recited in claim 10 wherein one of the interface circuits is a point to point packet interface.

13. The integrated circuit as recited in claim 9 wherein the at least one bridge circuit to operate to maintain cache coherency for the integrated circuit.

14. The integrated circuit as recited in claim 13 wherein at least one bridge circuit is coupled to receive a write which updates a portion of a cache block, and wherein the at least one bridge circuit to coherently read the cache block from the cache memory and to modify the cache block within the at least one bridge circuit for writing back the modified cache block to the cache memory.

18

15. The integrated circuit as recited in claim 14 wherein, if the at least one bridge circuit receives a transaction to the cache block subsequent to the read and prior to writing back the modified cache block, the at least one bridge circuit to respond coherently to the transaction.

16. The integrated circuit as recited in claim 15 wherein the at least one bridge circuit to supply the modified cache block in response to the transaction.

17. The integrated circuit as recited in claim 16 wherein the at least one bridge circuit to inhibit performing a write transaction to write the modified cache block back to the cache memory.

18. The integrated circuit as recited in claim 14 wherein the at least one bridge circuit to perform a write transaction to write the modified cache block back to the cache memory if no transaction to the cache block is received between the coherent read by the at least one bridge circuit and the write transaction.

19. The integrated circuit as recited in claim 14 wherein one of the interface circuits is a Lightning Data Transport interface.

* * * * *

EXHIBIT C - 87

# EXHIBIT D

US007471691B2

## (12) United States Patent
### Black et al.

(10) Patent No.: **US 7,471,691 B2**
(45) Date of Patent: **\*Dec. 30, 2008**

(54) **FIBRE CHANNEL ARBITRATED LOOP BUFFERLESS SWITCH CIRCUITRY TO INCREASE BANDWIDTH WITHOUT SIGNIFICANT INCREASE IN COST**

(75) Inventors: **Alistair D. Black**, Los Gatos, CA (US); **Kurt Chan**, Roseville, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1082 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/348,687**

(22) Filed: **Jan. 21, 2003**

(65) **Prior Publication Data**

US 2003/0198251 A1    Oct. 23, 2003

**Related U.S. Application Data**

(62) Division of application No. 09/195,846, filed on Nov. 19, 1998, now Pat. No. 6,614,796.

(51) **Int. Cl.**
*H04L 12/56* (2006.01)

(52) **U.S. Cl.** ...................... 370/403; 370/230; 370/411; 370/462; 370/535

(58) **Field of Classification Search** ...................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,519,695 | A | * | 5/1996 | Purohit et al. ............... 370/352 |
| 5,619,497 | A | * | 4/1997 | Gallagher et al. ........... 370/394 |
| 5,831,985 | A | * | 11/1998 | Sandorfi |
| 5,848,251 | A | * | 12/1998 | Lomilino et al. |
| 6,118,776 | A | * | 9/2000 | Berman |
| 6,324,181 | B1 | * | 11/2001 | Wong et al. |
| 6,396,832 | B1 | * | 5/2002 | Kranzler ...................... 370/360 |

FOREIGN PATENT DOCUMENTS

EP    0 719 011 A2 *    6/1996

OTHER PUBLICATIONS

Rickard, W., "Fibre Channel as a Network Backbone," Weston '94, Western Electronic Show and Convention, Anaheim; Sep. 27-29, 1994; pp. 653-659.*

(Continued)

*Primary Examiner*—Chi H. Pham
*Assistant Examiner*—Phuc Tran
(74) *Attorney, Agent, or Firm*—Squire, Sanders & Dempsey L.L.P.

(57)    **ABSTRACT**

A switch, switched architecture and process for transferring data through an FCAL switch is disclosed. The switch uses multiple switch control circuits each coupled to one FCAL network and all connected to a crossbar switch. The switch control circuits are coupled together by a protocol bus for coordination purposes. Local conversations can occur on each FCAL loop and crossing conversations through the switch can occur concurrently. The OPN primitive is used to establish the connection before any data is transferred thereby eliminating the need for buffer memory in the switch control circuits. The destination address of each OPN is used to address a lookup table in each switch control circuit to determine if the destination node is local. If not, the destination is looked up and a connection request made on the protocol bus. If the remote port is not busy, it sends a reply which causes both ports to establish a data path through the backplane crossbar switch.

**11 Claims, 75 Drawing Sheets**



**US 7,471,691 B2**

Page 2

OTHER PUBLICATIONS

Ravindran, G., et al., "A Comparison of Blocking and Non-Blocking Packet Switching Techniques in Hierarchical Ring Networks," IEICE Transactions on Information and Systems, vol. E79-D, No. 8; Aug. 1996; pp. 1130-1138.*

* cited by examiner



FIG.1



FIG.2



FIG.3



FIG.4



FIG.5



ROUTING ALGORITHM

# FIG.6A

TO FIG. 6B          TO FIG. 6B



FIG. 6B



FROM FIG.6B

SOURCE NODE          CLS INITIATED BY SOURCE NODE OR DESTINATION NODE          DEST. NODE

— 183

SOURCE NODE SENDS A CLS. SOURCE PORT FORWARDS THE CLS OVER THE BACKPLANE TO DESTINATION PORT AND THEN (OPTIONALLY) SENDS AN ARB (F7) FILL WORD TO THE BACKPLANE

— 195

DESTINATION NODE SENDS A CLS. DESTINATION PORT RECEIVES CLS AND FORWARDS IT TO THE SOURCE PORT FOLLOWED BY A SWITCH CONTROL CHARACTER

— 185

DESTINATION PORT RECEIVES CLS AND FORWARDS CLS ONTO LOCAL LOOP SO THAT IT WILL BE RECEIVED BY THE DESTINATION NODE. DESTINATION NODE RESPONDS WITH ITS OWN CLS

— 197

SOURCE PORT RECEIVES CLS AND SWITCH CONTROL CHARACTER AND FORWARDS CLS ONTO LOCAL LOOP. SOURCE NODE RESPONDS WITH ITS OWN CLS WHICH IS FORWARDED BY SOURCE PORT THROUGH BACKPLANE CHANNEL TO THE DESTINATION PORT. SOURCE PORT THEN FORWARDS THE SWITCH CONTROL CHARACTER TO DESTINATION PORT THROUGH BACKPLANE AND THEN CLOSES ITS BACKPLANE CONNECTION

— 187

DESTINATION PORT RECEIVES CLS FROM DESTINATION NODE IN RESPONSE TO CLS TRANSMITTED BY SOURCE NODE AND FORWARDS IT TO SOURCE PORT ACROSS THE BACKPLANE FOLLOWED BY A SWITCH CONTROL CHARACTER

— 189

SOURCE PORT RECEIVES THE CLS TRANSMITTED BY THE DESTINATION NODE AND THE SWITCH CONTROL CHARACTER AND FORWARDS CLS ONTO LOCAL LOOP TO SOURCE NODE AND RETURNS SWITCH CONTROL CHARACTER TO DESTINATION PORT OVER THE BACKPLANE CONNECTION AFTER THE CLS IS FORWARDED

— 199

DESTINATION PORT RECEIVES THE CLS AND SWITCH CONTROL CHARACTER AND FORWARDS SWITCH CONTROL CHARACTER ONTO LOCAL LOOP. DESTINATION NODE RECEIVES CLS AND CLOSES. DESTINATION NODE THEN CLOSES ITS BACKPLANE CONNECTION

— 191

DESTINATION PORT RECEIVES THE SWITCH CONTROL CHARACTER FROM THE SOURCE PORT AND KNOWS THE BACKPLANE CHANNEL IS CLEAR AND RELEASES THE BACKPLANE CONNECTION. DESTINATION PORT TRANSMITS A RELEASE FRAME ON THE PROTOCOL BUS. EVERY OTHER PORT RECEIVES THE RELEASE FRAME AND RECORDS THE AVAILABILITY OF THAT BACKPLANE CHANNEL IN ITS SCOREBOARD.

— 193

READY FOR NEW TRANSACTION. RETURN TO START 148

FIG.6C