

FIG. 6B



FIG.6C



FIG.7



FIG.8



FIG.9



FIG.10

| VALUE | STATE | DESCRIPTION |
|---|---|---|
| 0x00 | LPSM_MON | MONITORING STATE DATA FROM THE LOCAL RECEIVE PORT IS BYPASSED ONTO THE LOCAL LOOP. |
| 0x01 | LPSM_BSY | LOCAL CONVERSATION HAS BEEN DETECTED BY EITHER RECEIVING A LOCALLY ADDRESSED OPN OR AN RRDY PRIMITIVE. |
| 0x02 | LPSM_ARB | ARBITRATION STATE REMOTE REQUEST HAS INITIATED UNFAIR ARBITRATION OF THE LOCAL LOOP. |
| 0x03 | LPSM_RELOPN | GRANT HAS BEEN RECEIVED FROM REMOTE DESTINATION AND OPN IS BEING RELEASED ONTO THE TRANSMIT DATA BUS. |
| 0x04 | LPSM_OPN | LOCALLY TRAPPED OPN. WAITING FOR STATUS FROM THE PORTMUX INDICATING EITHER LOCAL AL_PD OR REMOTE GRANT/DENY. |
| 0x05 | LPSM_CON | CONNECTED STATE EITHER CONNECTED AS TARGET (FROM ARB) OR INITIATOR FROM (OPN/RELOPN). |
| 0x06 | LPSM_CLSING | RECEIVED CLS FROM LOCAL NL-PORT. WAITING FOR REMOTE CLS. |
| 0x07 | LPSM_CLSED | RECEIVED CLS FROM REMOTE NL-PORT. WAITING FOR LOCAL CLS. |
| 0x08 | LPSM_LIP | RECIEVED LIP. WAITING FOR BACKPLANE HUB TOKEN IN ORDER TO SAFELY COLLAPSE INTO HUB MODE. |

| VALUE | STATE | DESCRIPTION |
|---|---|---|
| 0x09 | LPSM_HUB | HUB MODE PORT 0 BACKPLANE RECEIVE PORT NAILED TO HUB CHANNEL PORT 1 DAISY CHAINED BETWEEN PORT 0 AND PORT 2. PORT 2 TRANSMIT CHANNEL IS NAILED TO HUB CHANNEL. |
| 0x0a | LPSM_LOCKED | INTERMEDIATE STATE BETWEEN HUB MODE AND SWITCH MODE. LOCAL LOOP IS LOCKED WITH ARB(0). |
| 0x0b | LPSM_BRDCST | BROADCAST DETECTED. WAITING FOR BROADCAST DATA FROM BROADCAST SERVER. |
| 0x0c | LPSM_WAIT | WAIT STATE USED FOR CLS SEQUENCE IN DUAL-SIMPLEX. |
| 0x0d | LPSM_GENCLS | SYNTHESIZE CLS PRIMITIVE. |
| 0x0e | LPSM_RCVCLS | WAIT FOR CLS FROM LOCAL NL-PORT DURING ARTIFICIALLY GENERATED CLOSE SEQUENCE. |
| 0x0f | LPSM_BSYOPN | RELEASE TRAPPED OPN WHEN IT HAS BEEN DETERMINED THAT AL-PD IS LOCAL. |

PREFERRED LPSM STATE MACHINE STATES

FIG. 11

| INPUT WORD | PRESENT STATE | | |
|---|---|---|---|
| | **ARB(F7)** | **ARB(F0)** | **IDLE** |
| ARB(F7) | ARB(F7) | ARB(F0) | ARB(F7) |
| ARB(F0) | ARB(F0) | ARB(F0) | ARB(F0) |
| ARB(x) | ARB(F7) | ARB(F7) | ARB(F7) |
| IDLE | IDLE | IDLE | IDLE |

SOURCE LOOP FILL WORD GENERATION

FIG.12

| INPUT WORD | PRESENT STATE | |
|---|---|---|
| | **ARB(F0)** | **IDLE** |
| ARB(F7) | ARB(F0) | IDLE |
| ARB(F0) | IDLE | IDLE |
| ARB(x) | ARB(F0) | ARB(F0) |
| IDLE | IDLE | IDLE |

DESTINATION LOOP FILL WORD GENERATION

FIG.13

EXHIBIT E - 203



CONNECT
REQUEST

| 17 | 11 | 5 | 3 | 1 |
|---|---|---|---|---|
| REQUESTOR ID | RESPONDER ID | LCL | PRI | 00 |

300

**FIG.14A**

CONNECT
RESPONSE

| 17 | 11 | 5 | 1 |
|---|---|---|---|
| REQUESTOR ID | RESPONDER ID | BP CHNL | 00 |

304                                                        302

**FIG.14B**

RESPONDER
CHANNEL IDLE

| 17 | 11 | 5 | 1 |
|---|---|---|---|
| RESPONDER ID | RESPONDER ID | BP CHNL | 10 |

**FIG.14C**

NO-OP

| 17 | 11 | 5 | 1 |
|---|---|---|---|
| RESPONDER ID | RESPONDER ID | 0000 | 11 |

**FIG.14D**

CAM UPDATE
(HUB MODE)

| 17 | 7 | 1 |
|---|---|---|
| AL_PD | DEST PID | 11 |

306                                              308

**FIG.14E**



START

ESTABLISH A FRONT CHANNEL HALF DUPLEX DATA PATH BETWEEN SOURCE NODE AND DESTINATION NODE — 350

STRIPPING AND STORING OR COUNTING ALL BUFFER CREDIT RRDY PRIMITIVES OUTPUT BY THE SOURCE NODE AND TRANSMITTING THEM TO THE DESTINATION NODE — 352

ESTABLISHING A BACK CHANNEL DATA PATH BETWEEN A THIRD NODE AND THE SOURCE NODE BUT BLOCKING TRANSMISSION OF AN OPN EMITTED BY SAID THIRD NODE SO THAT IT DOES NOT GET TO SAID SOURCE NODE — 354

TRANSMITTING TO THE THIRD NODE A NUMBER OF RRDYS EITHER EQUAL TO THE NUMBER OF RRDYS OUTPUT BY THE SOURCE NODE OR THE NUMBER NEEDED TO SEND ALL THE DATA FRAMES THE THIRD NODE HAS TO SEND, ONE RRDY AT A TIME — 356

RECEIVING ANY RRDYS TRANSMITTED BY SAID DESTINATION NODE AND ALL FRAMES TRANSMITTED BY SAID THIRD NODE IN RESPONSE TO RECEIPT OF RRDYS, MIXING THEM TOGETHER AND TRANSMITTING THEM ON THE BACKCHANNEL DATA PATH TO THE SOURCE NODE — 358

DUAL SIMPLEX OPERATION

FIG.15

END



DUAL SIMPLEX OPERATION

**START DUAL SIMPLEX CONNECTION PROCESS**

360
SOURCE NODE ARBITRATES FOR AND WINS CONTROL OF ITS FCAL NET AND OUTPUTS OPN(DEST, SRC) AND POSSIBLE ONE OR MORE BUFFER CREDIT RRDYS

362
SOURCE PORT STORES THE ORIGINAL OPN INCLUDING THE SOURCE NODE ADDRESS AND CONVERTS FULL DUPLEX OPN(DEST,SRC) TO SIMPLEX OPN(DEST,DEST)

364
SOURCE PORT STORES OR COUNTS THE RRDYS OUTPUT BY THE SOURCE NODE SO AS TO BE ABLE TO SUPPLY A LIKE NUMBER OF RRDYS TO A THIRD PORT

366
SOURCE PORT USES THE DESTINATION NODE ADDRESS OF STORED OPN AS A SEARCH KEY TO SEARCH THE ROUTING TABLE DETERMINE THE PORT ID OF THE DESTINATION PORT COUPLED TO THE DESTINATION NODE

368
SOURCE PORT USES THE PORT ID TO SEARCH A SCOREBOARD TABLE TO DETERMINE THE STATUS OF THE DESTINATION PORT, AND, IF IT IS NOT BUSY, POSTS A CONNECTION REQUEST MESSAGE ON THE PROTOCOL BUS

370
DESTINATION PORT UNFAIRLY ARBITRATES FOR CONTROL OF ITS LOCAL FCAL NET, AND, AFTER WINNING CONTROL, POSTS A CONNECT RESPONSE MESSAGE ON THE PROTOCOL BUS NAMING A BACK PLANE CHANNEL TO USE FOR THE FRONT CHANNEL CONNECTION

372
SOURCE AND DESTINATION PORTS EACH SEND COMMANDS TO THEIR PORT MULTIPLEXERS TO ESTABLISH CONNECTIONS TO BACKPLANE DATA PATH NAMED IN CONNECT RESPONSE MESSAGE

374
SOURCE PORT FORWARDS HALF DUPLEX OPN TO DESTINATION PORT WHICH PASSES IT THROUGH TO DESTINATION NODE; RRDYS EMITTED BY SOURCE NODE ARE NOT SENT TO DESTINATION NODE

376
DESTINATION NODE REPLIES WITH ONE OR MORE RRDYS WHICH ARE TRANSMITTED BACK TO SOURCE NODE BY FRONT CHANNEL PATH THROUGH BACKPLANE

378
SOURCE PORT POSTS A MESSAGE ON PROTOCOL BUS THAT IT IS BUSY BUT THAT IT IS AVAILABLE FOR DUAL SIMPLEX CONNECTIONS BASED UPON THE STATE OF A CONFIGURATION BIT

380
ALL SCOREBOARDS ARE UPDATED FROM THIS MESSAGE TO INDICATE THE SOURCE AND DESTINATION PORTS ARE BUSY BUT AT LEAST THE SOURCE PORT IS DUAL SIMPLEX CAPABLE

382
THIRD NODE ARBITRATES FOR AND WINS ITS FCAL NET AND GENERATES AN OPN DIRECTED TO SOURCE NODE

TO FIG. 16B          FIG.16A



FROM FIG. 16A

384 — THIRD PORT RECEIVES OPN, STORES IT (AND CONVERTS IT TO HALF DUPLEX IN SOME EMBODIMENTS) AND USES THE DESTINATION ADDRESS TO SEARCH ITS ROUTING TABLE

386 — THIRD PORT USES ID DESTINATION PORT TO SEARCH ITS SCOREBOARD AND LEARNS THAT SOURCE PORT COUPLED TO DESTINATION NODE OF OPN FROM THIRD NODE IS BUSY BUT DUAL SIMPLEX CAPABLE

388 — THIRD PORT POSTS A CONNECTION REQUESTION ON PROTOCOL BUS REQUESTING A CONNECTION TO SOURCE PORT

390 — SOURCE PORT POSTS A CONNECT RESPONSE AND NAMES BACKPLANE CHANNEL TO USE FOR BACK CHANNEL CONNECTION

392 — BOTH THIRD PORT AND SOURCE PORT ISSUE COMMANDS TO THEIR PORT MULTIPLEXERS TO CONNECT TO BACKPLANE CHANNEL NAMED IN CONNECT RESPONSE MESSAGE FROM SOURCE PORT

394 — THIRD PORT SENDS ITS OPN TO SOURCE PORT VIA BACK CHANNEL CONNECTION

396 — SOURCE PORT COMPARES DESTINATION NODE ADDRESS IN OPN RECEIVED FROM THIRD PORT TO ADDRESS OF SOURCE NODE FROM ORIGINAL OPN

398 — MATCH?

NO → CLOSE BACK CHANNEL PATH THROUGH BACKPLANE

END. WAIT FOR NEXT DUAL SIMPLEX CONNECTION REQUEST

YES

400 — DUAL SIMPLEX CONNECTION IS GOOD: QUASH THE OPN FROM THIRD PORT AND REGENERATE AND SEND ONE RRDY TO THIRD NODE VIA BACK CHANNEL CONNECTION

402 — CONTINUE TRAPPING RRDYS FROM SOURCE NODE AND DIVERTING THEM TO THIRD NODE TILL THIRD NODE HAS NO MORE DATA TO SEND AND THIRD NODE OR SOURCE NODE ISSUES CLS-IF ANY RRDYS REMAIN AFTER BACK CHANNEL CLOSES, SAVE THEM FOR USE BY ANOTHER THIRD NODE IN SUBSEQUENT DUAL SIMPLEX CONNECTION

404 — SOURCE PORT RECEIVES ONE DATA FRAME FROM THIRD NODE FOR EVERY SOURCE NODE RRDY DIVERTED TO THIRD NODE AND MIXES THEM WITH RRDYS RECEIVED FROM DESTINATION NODE AND SENDS THE COMBINED DATA STREAM TO SOURCE NODE VIA BACK CHANNEL DATA PATH ON FCAL NET COUPLED TO SOURCE PORT

TO FIG. 16C

FIG. 16B



FROM FIG. 16B

406
CLS RECEIVED FROM SOURCE NODE?

YES → 408
SOURCE PORT DUPLICATES CLS AND TRANSMITS IT TO BOTH DESTINATION NODE AND THIRD NODE

410
THIRD NODE REPLIES WITH ITS OWN CLS AND SENDS BACK TO SOURCE PORT WHICH BLOCKS IT FROM TRANSMISSION TO SOURCE NODE BUT NOTES ITS ARRIVAL. SOURCE PORT AND THIRD PORT BOTH DROP BACK CHANNEL CONNECTION

412
DESTINATION NODE RECEIVES ITS COPY OF CLS AND REPLIES WITH A CLS. SOURCE PORT RECEIVES CLS FROM DEST. NODE AND BOTH SOURCE PORT AND DESTINATION PORT RELINQUISH FRONT CHANNEL CONNECTION THROUGH BACKPLANE

END, RETURN TO START

NO

414
CLS RECEIVED FROM THIRD NODE?

YES → 416
SOURCE PORT RECEIVES CLS ON BACK CHANNEL FROM THIRD NODE AND QUASHES IT SO THAT IT DOES NOT REACH THE SOURCE NODE

418
SOURCE PORT AND THIRD PORT EACH RELINQUISH THEIR BACK CHANNEL CONNECTION THROUGH BACKPLANE. ANY UNUSED BUFFER CREDIT IS PRESERVED FOR A NEW THIRD NODE DUAL SIMPLEX CONNECTION.

NO

420
CLS RECEIVED FROM DESTINATION NODE?

NO                    YES

TO FIG. 16D        TO FIG. 16D

END, RETURN TO START

FIG.16C



FROM FIG. 16C     FROM FIG. 16C

END, RETURN TO START

~ 422
SOURCE PORT RECEIVES CLS AND HOLDS IT AND DOES NOT TRANSMIT IT TO SOURCE NODE

~ 424
SOURCE PORT COPIES CLS AND SENDS TO THIRD PORT. THIRD PORT FORWARDS TO THIRD NODE WHICH REPLIES WITH ITS OWN CLS. SOURCE PORT RECEIVES CLS FROM THIRD NODE AND FORWARDS TO SOURCE NODE

~ 426
SOURCE NODE REPLIES WITH ITS OWN CLS WHICH IS TRANSMITTED TO DESTINATION NODE OVER FRONT CHANNEL CONNECTION

~ 428
SOURCE PORT AND THIRD PORT DROP THEIR BACK CHANNEL CONNECTION. SOURCE PORT AND DESTINATION PORT DROP THEIR FRONT CHANNEL CONNECTION

END, RETURN TO START

FIG.16D

**U.S. Patent**     Nov. 11, 2008     Sheet 19 of 75     US 7,450,500 B2



FIG.17A



FIG.17B

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| issue | OUT | | | COMB |
| reclaim | OUT | | | COMB |
| bkchnlconn | INT | | | COMB |
| credit_avail | INT | | | COMB |
| creditmgr_d | INT | | | COMB |
| frame | INT | | | COMB |

Declarations

wire  [1:0]  creditmgr_d;
wire   credit_avail;
wire   frame;
wire   bkchnlconn;

Concurrent Statements


assign bkbroiler = bkchnlconn;
assign credit_avail = rxrdy_avail;
assign frame = swrx_sof;


//
// Assign output values.
//
assign #outdly issue = creditmgr_q ==CRDT_ISSUE;
assign #outdly reclaim= creditmgr_q == CRDT_RECLAIM;


Process Declarations

Global Actions


# FIG.17C


EXHIBIT E - 212



FIG.18A



FIG.18B

Concurrent Statements

```
always @(posedge lclk) begin
  enable_q <= enable_d;
  live_q <= live_d;
end


always @(posedge lclk)
  req_adr_q <= req_adr_d;          // finished discovery process


assign enable_d = ~rst & (nwrdclk ? enable : enable_q);
assign live_j = (enable_d & ~enable_q) & lockmaster;
assign live_k = rst | done | lip;
assign live_d = (live_q | live_j) & ~live_k;
assign done = (opnsm_q == OSM_GETADR) & (last | ~enable);


assign req_adr_d = ~rst & nwrdclk &
      (((opnsm_q == OSM_IDLE) & live_j) |
       ((opnsm_q == OSM_WAIT) & cls) |
       ((opnsm_q == OSM_RCVCLS) & cls));



//
//  Output decodes.
//
assign #outdly busy   = opnsm_q != OSM_IDLE;
assign #outdly gapwait = opnsm_d == OSM_WAIT;
assign #outdly cmd_opn = opnsm_q == OSM_OPN;
assign #outdly clr_adr = (opnsm_q == OSM_IDLE) & live_j;
assign #outdly req_adr = reg_adr_q;


assign start = live_j;
```

# FIG.18C

Declarations

```
wire  [2:0] opnsm_i ;
wire  live_j;
reg  enable_q;
reg  live_q;
wire  enable_d;
wire  live_k;
wire  live_d;
wire  done;
reg  req_adr_q;
wire  req_adr_d;
wire  opnsm_d;
wire  start;
```

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| busy | OUT | | | COMB |
| clr_adr | OUT | | | COMB |
| cmd_opn | OUT | | | COMB |
| gapwait | OUT | | | COMB |
| req_adr | OUT | | | COMB |
| done | INT | | | COMB |
| enable_d | INT | | | COMB |
| enable_q | INT | enable_d | | COMB |
| live_d | INT | | | COMB |
| live_j | INT | | | COMB |
| live_k | INT | | | COMB |
| live_q | INT | live_d | | COMB |
| opnsm_d | INT | | | COMB |
| opnsm_i | INT | | | COMB |
| req_adr_d | INT | | | COMB |
| req_adr_q | INT | req_adr_d | | COMB |
| start | INT | | | COMB |

# FIG.18D



FIG.19A

TO FIG.19B



FIG.19B

Declarations

```
reg   select_q;
wire  select_d;
wire  select_ev;
reg   start_q;
wire  start_d;
reg   window_q;
wire  window_d;
wire  window_ev;
wire  [2:0]  state_d;
wire  [2:0]  state_i;
wire  start;
wire  clocktick;
```

Concurrent Statements

```
always @(posedge lclk)
  select_q <= select_d;

always @(posedge lclk)
  start_q <= start_d;

always @(posedge lclk)
  window_q  <= window_d;

assign select_d = select;
assign select_ev = select & ~select_q & enable & ~cascade & ~bypass;

assign start_d = ~rst & (select_ev | start_q) & ~nwrdclk;

assign window_d = rst ? 1'b0 : nwrdclk ? window : window_q;
assign window_ev = window & ~window_q;

assign start = start_q | select_ev;
assign clocktick = window_ev;

//
//  Assign output variable.
```

# FIG.19C

//
assign hold = ( state_q ! = TKNSM_IDLE);

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| hold | OUT | | | COMB |
| clocktick | INT | | | COMB |
| select_d | INT | | | COMB |
| select_ev | INT | | | COMB |
| select_q | INT | select_d | | COMB |
| start | INT | | | COMB |
| start_d | INT | | | COMB |
| start_q | INT | start_d | | COMB |
| state_d | INT | | | COMB |
| state_i | INT | | | COMB |
| window_d | INT | | | COMB |
| window_ev | INT | | | COMB |
| window_q | INT | window_d | | COMB |

Process Declarations


Global Actions


# FIG.19D

FIG.20A



FIG.20B



## FIG.20C

Declarations
```
wire  [2:0]  rxconsm_d;
wire  rxdcls;
wire  opn;
wire  localcls;
```

Concurrent Statements

```
//
//  Assign outputs.
//
assign #outdly rxcon_idle = rxconsm_q == RXCL_IDLE;
assign #outdly rxcon_opn = rxconsm_q == RXCL_OPN;
assign #outdly rxcon_conn = rxconsm_q == RXCL_CONN;
assign #outdly rxcon_gencls = rxconsm_q == RXCL_GENCLS;
assign #outdly rxcon_fwdcls = rxconsm_q == RXCL_FWDCLS;
assign #outdly rxcon_rcvcls = rxconsm_q == RXCL_RCVCLS;

assign #outdly rxcon_nxt_idle = rxconsm_d == RXCL_IDLE;


assign rxdcls = dsrxdcls;
assign opn = swrx_opn;
assign localcls = lpsm_clsing;
```

Signal Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| rxcon_conn | OUT | | | COMB |
| rxcon_fwdcls | OUT | | | COMB |
| rxcon_gencls | OUT | | | COMB |
| rxcon_idle | OUT | | | COMB |
| rxcon_nxt_idle | OUT | | | COMB |
| rxcon_opn | OUT | | | COMB |
| rxcon_rcvcls | OUT | | | COMB |
| localcls | INT | | | COMB |
| opn | INT | | | COMB |
| rxconsm_d | INT | | | COMB |
| rxdcls | INT | | | COMB |

# FIG.20D

EXHIBIT E - 224

## FIG.21A





FIG.21B



FIG.21C



FROM FIG. 21A

~RXCNCTED

TXPCLS

TXCL_GENCLSING

②

TO FIG. 21E

①

~NWRDCLK

FIG.21D



## FIG.21E



FROM FIG. 21C

②

FROM
FIG.
21E

# FIG.21F

Concurrent Statements

```
// wire  [3:0]  txconsm_d;

/*
   assign txconsm_d = txconsm_f(txconsm_q, rst, nwrdclk, en_bkchnl,
                   rxcncted, localcls, txdnycls, txpcls,
                   lpclsed, rxdone, nrxidle);




always @(posedge lclk)
   txconsm_q <= txconsm_d;
*/

//
//  Assign outputs.
//

assign #outdly txcon_idle   = txconsm_q == TXCL_IDLE;
assign #outdly txcon_conn   = txconsm_q == TXCL_CONN;
assign #outdly txcon_waitboth = txconsm_q == TXCL_WAITBOTH;
assign #outdly txcon_txdone  = txconsm_q == TXCL_TXDONE;
assign #outdly txcon_rxdone  = txconsm_q == TXCL_RXDONE;
assign #outdly txcon_genclsing = txconsm_q == TXCL_GENCLSING;
assign #outdly txcon_waitbkdny = txconsm_q == TXCL_WAITBKDNY;
assign #outdly txcon_genclsed = txconsm_q == TXCL_GENCLSED;
assign #outdly txcon_waitbkcls = txconsm_q == TXCL_WAITBKCLS;
assign #outdly txcon_fwdcls  = txconsm_q == TXCL_FWDCLS;
assign #outdly txcon_waitlcl = txconsm_q == TXCL_WAITLCL;
assign #outdly txcon_done   = txconsm_q == TXCL_DONE;
assign #outdly txcon_frchkill = txconsm_q == TXCL_FRCHKILL;
```

# FIG.21G

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| txcon_conn | OUT | | | COMB |
| txcon_done | OUT | | | COMB |
| txcon_frchkill | OUT | | | COMB |
| tcxon_fwdcls | OUT | | | COMB |
| txcon_genclsed | OUT | | | COMB |
| txcon_genclsing | OUT | | | COMB |
| txcon_idle | OUT | | | COMB |
| txcon_rxdone | OUT | | | COMB |
| txcon_txdone | OUT | | | COMB |
| txcon_waitbkcls | OUT | | | COMB |
| txcon_waitbkdny | OUT | | | COMB |
| txcon_waitboth | OUT | | | COMB |
| txcon_waitlcl | OUT | | | COMB |

# FIG.21H

# FIG.22A





FIG. 22B

## FIG.22C





FIG.22D



FIG. 22E

Case 8:09-cv-01058-JVS-AN   Document 60-4   Filed 02/23/10   Page 42 of 50   Page ID #:1418



FROM FIG. 22C

ARBFO

FROM FIG. 22E

TXG_ARBFO

## FIG. 22F

EXHIBIT E - 238

Concurrent Statements

```
//
 // Assign outputs.
 //
 assign #outdly txcfw_arblo = txinstate_q == TXG_ARBLO;
 assign #outdly txcfw_arbhi = txinstate_q == TXG_ARBHI;
 assign #outdly txcfw_arbf0 = txinstate_q == TXG_ARBF0;
 assign #outdly txcfw_idle = txinstate_q == TXG_IDLE;
```

Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|---|---|---|---|---|
| txcfw_arbf0 | OUT | | | COMB |
| txcfw_arbhi | OUT | | | COMB |
| txcfw_arblo | OUT | | | COMB |
| txcfw_idle | OUT | | | COMB |

# FIG.22G



FIG.23

Declarations

   wire step;
   wire hold;

Concurrent Statements

assign step = tokeno_in;
assign hold = token_hold;


  //
  // Output variables.
  //
  assign #outdly inc = token_state == INCR;
  assign #outdly tokeno_out = token_state ! = HOLD;


Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| inc | OUT | | | COMB |
| tokeno_out | OUT | | | COMB |
| hold | INT | | | COMB |
| step | INT | | | COMB |


Process Declarations

Global Actions


# FIG. 23A



FIG.24A



FROM FIG. 24A

CHAR_IN=='D17_4P

SWTX_D17_4_AD

SWTX_D17_4_AS

## FIG.24B

## Concurrent Statements

assign hack_char = hack_rrdy_char;

assign #outdly rrdy = state_q == SWTX_D10_2;
assign #outdly cls = state_q == SWTX_D21_5;
assign #outdly opn = state_q == SWTX_D17_4_AS;
assign #outdly opn_ad = state_q == SWTX_D17_4_AD;

## Signals Status

| SIGNAL | SCOPE | DEFAULT | RESET | STATUS |
|--------|-------|---------|-------|--------|
| cls | OUT | | | COMB |
| opn | OUT | | | COMB |
| opn_ad | OUT | | | COMB |
| rrdy | OUT | | | COMB |
| hack_char | INT | | | COMB |

## Declarations

wire hack_char;

## Global Actions

## Process Declarations

# FIG.24C

Case 8:09-cv-01058-JVS-AN   Document 60-4   Filed 02/23/10   Page 49 of 50   Page ID #:1425



FIG.25A



FIG.25B