

Fig. 8

EXHIBIT I - 343



Fig. 9

EXHIBIT I - 344



Fig. 10

Fig. 11

EXHIBIT I - 345



Fig. 12

EXHIBIT I - 346

US 7,215,169 B2

<table>
<tr><td>

**1**

**CURRENT-CONTROLLED CMOS LOGIC FAMILY**

CROSS REFERENCE TO RELATED
PATENTS/PATENT APPLICATIONS

The present U.S. Utility Patent Application claims priority pursuant to 35 U.S.C. § 120, as a continuation, to the following U.S. Utility Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

1. U.S. Utility application Ser. No. 11/114,969, entitled "Current-controlled CMOS logic family," filed Apr. 26, 2005, now U.S. Pat. No. 7,038,516 B2, issued on May 2, 2006, which claims priority pursuant to 35 U.S.C. § 120, as a continuation, to the following U.S. Utility Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility Patent Application for all purposes:

2. U.S. Utility application Ser. No. 10/143,087, entitled "Current-controlled CMOS logic family," filed May 9, 2002, now U.S. Pat. No. 6,900,670 B2, issued on May 31, 2005, which claims priority pursuant to 35 U.S.C. § 120, as a continuation, to the following U.S. Utility Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility Patent Application for all purposes:

3. U.S. Utility application Ser. No. 09/484,856, entitled "Current-controlled CMOS logic family," filed Jan. 18, 2000, now U.S. Pat. No. 6,424,194 B1, issued on Jun. 23, 2002, which claims priority pursuant to 35 U.S.C. § 119(e) to the following U.S. Provisional Patent Application which is hereby incorporated herein by reference in its entirety and made part of the present U.S. Utility patent application for all purposes:

1. U.S. Provisional Application Ser. No. 60/141,355, entitled "Current-controlled CMOS logic family," filed Jun. 28, 1999.

BACKGROUND OF THE INVENTION

The present invention relates in general to integrated circuitry, and in particular to complementary metal-oxide-semiconductor (CMOS) logic and circuits with enhanced speed characteristics.

For a number of reasons CMOS is the logic family of choice in today's VLSI devices. Due to the complementary nature of its operation, CMOS logic consumes near zero static power. CMOS also readily scales with technology. These two features are highly desirable given the drastic growth in demand for low power and portable electronic devices. Further, with the computer aided design (CAD) industry's focus on developing automated design tools for CMOS based technologies, the cost and the development time of CMOS VLSI devices has reduced significantly.

The one drawback of the CMOS logic family, however, remains its limited speed. That is, conventional CMOS logic has not achieved the highest attainable switching speeds made possible by modern sub-micron CMOS technologies. This is due to a number of reasons. Referring to FIG. 1, there is shown a conventional CMOS inverter 100—the most basic building block of CMOS logic. A p-channel transistor 102 switches between the output and the positive power supply Vcc, and an n-channel transistor 104 switches between the output and the negative power supply (or ground). The switching speed in CMOS logic is inversely

</td><td>

**2**

proportional to the average on resistance (Ron) of the MOS transistor, and the load capacitance CL on a given node ($\tau = Ron \times C_L$). The on resistance Ron is proportional to the transistor channel length L divided by the power supply voltage (i.e., $Ron \propto L/Vcc$), while the load capacitance is given by the gate capacitance of the transistor being driven (i.e., $W \times L \times Cox$, where Cox is the gate oxide capacitance), plus the interconnect parasitic capacitance $C_{int}$. Therefore, with reduced transistor channel lengths L, the switching speed is generally increased. However, this relationship no longer holds in sub-micron technologies. As the channel length L in CMOS technology shrinks into the sub-micron range, the power supply voltage must be reduced to prevent potential damage to the transistors caused by effects such as oxide breakdown and hot-electrons. The reduction of the power supply voltage prevents the proportional lowering of Ron with the channel length L. Moreover, the load capacitance which in the past was dominated by the capacitances associated with the MOS device, is dominated by the routing or interconnect capacitance ($C_{int}$) modern sub 0.5 micron technologies. This means that the load capacitance will not be reduced in proportion with the channel length L. Thus, the RC loading which is the main source of delaying the circuit remains relatively the same as CMOS technology moves in the sub-micron range.

As a result of the speed limitations of conventional CMOS logic, integrated circuit applications in the Giga Hertz frequency range have had to look to alternative technologies such as ultra high speed bipolar circuits and Gallium Arsenide (GaAs). These alternative technologies, however, have drawbacks of their own that have made them more of a specialized field with limited applications as compared to silicon MOSFET that has had widespread use and support by the industry. In particular, compound semiconductors such as GaAs are more susceptible to defects that degrade device performance, and suffer from increased gate leakage current and reduced noise margins. Furthermore, attempts to reliably fabricate a high quality oxide layer using GaAs have not thus far met with success. This has made it difficult to fabricate GaAs FETs, limiting the GaAs technology to junction field-effect transistors (JFETs) or Schottky barrier metal semiconductor field-effect transistors (MES-FETs). A major drawback of the bipolar technology, among others, is its higher current dissipation even for circuits that operate at lower frequencies.

It is therefore highly desirable to develop integrated circuit design techniques that are based on conventional silicon CMOS technology, but overcome the speed limitations of CMOS logic.

BRIEF SUMMARY OF THE INVENTION

The present invention is directed to apparatus and methods of operation that are further described in the following Brief Description of the Several Views of the Drawings, the Detailed Description of the Invention, and the claims. Other features and advantages of the present invention will become apparent from the following detailed description of the invention made with reference to the accompanying drawings.

BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

FIG. 1 shows a conventional CMOS inverter;

FIG. 2 is an inverter/buffer implemented in C³MOS according to an exemplary embodiment of the present invention;

</td></tr>
</table>

EXHIBIT I - 347

US 7,215,169 B2

3

FIG. 3 shows an exemplary $C^3MOS$ level shift buffer according to the present invention;

FIGS. 4A and 4B show exemplary $C^3MOS$ implementations for an AND/NAND gate and an OR/NOR gate, respectively;

FIG. 5 shows an exemplary $C^3MOS$ implementation for a 2:1 multiplexer;

FIG. 6 shows an exemplary $C^3MOS$ implementation for a two-input exclusive OR/NOR gate;

FIG. 7 is a circuit schematic showing an exemplary $C^3MOS$ clocked latch according to the present invention;

FIG. 8 is a circuit schematic for an alternate embodiment for a $C^3MOS$ flip-flop according to the present invention;

FIG. 9 shows an exemplary $C^3MOS$ implementation for a flip-flop using the $C^3MOS$ latch of FIG. 7;

FIG. 10 shows a block diagram for a circuit that combines $C^3MOS$ and conventional CMOS logic on a single silicon substrate to achieve optimum tradeoff between speed and power consumption;

FIG. 11 shows an exemplary circuit application of the $C^3MOS/CMOS$ combined logic wherein $C^3MOS$ logic is used to deserialize and serialize the signal stream while CMOS logic is used as the core signal processing logic circuitry;

FIG. 12 is a simplified block diagram of a transceiver system that utilizes the $C^3MOS/CMOS$ combined logic according to the present invention to facilitate interconnecting high speed fiber optic communication channels.

DETAILED DESCRIPTION OF THE INVENTION

The present invention provides ultra high-speed logic circuitry implemented in silicon complementary metal-oxide-semiconductor (CMOS) process technology. A distinction is made herein between the terminology "CMOS process technology" and "CMOS logic." CMOS process technology as used herein refers generally to a variety of well established CMOS fabrication processes that form a field-effect transistor over a silicon substrate with a gate terminal typically made of polysilicon material disposed on top of an insulating material such as silicon dioxide. CMOS logic, on the other hand, refers to the use of complementary CMOS transistors (n-channel and p-channel) to form various logic gates and more complex logic circuitry, wherein zero static current is dissipated. The present invention uses current-controlled mechanisms to develop a family of very fast current-controlled CMOS (or $C^3MOS$™) logic that can be fabricated using a variety of conventional CMOS process technologies, but that unlike conventional CMOS logic does dissipate static current. $C^3MOS$ logic or current-controlled metal-oxide-semiconductor field-effect transistor (MOSFET) logic are used herein interchangeably.

In a preferred embodiment, the basic building block of this logic family is an NMOS differential pair with resistive loads. Referring to FIG. 2, there is shown one embodiment for the basic $C^3MOS$ inverter/buffer 200 according to the present invention. Inverter/buffer 200 includes a pair of n-channel MOSFETs 202 and 204 that receive differential logic signals D and D# at their gate terminals, respectively. Resistive loads 206 and 208 connect the drain terminals of MOSFETs 202 and 204, respectively, to the power supply Vcc. Drain terminals of MOSFETs 202 and 204 form the outputs OUT# and OUT of the inverter/buffer, respectively. Resistive loads 206 and 208 may be made up of either p-channel MOSFETs operating in their linear region, or resistors made up of, for example, polysilicon material. In a

4

preferred embodiment, polysilicon resistors are used to implement resistive loads 206 and 208, which maximize the speed of inverter/buffer 200. The source terminals of n-channel MOSFETs 202 and 204 connect together at node 210. A current-source n-channel MOSFET 212 connects node 210 to ground (or negative power supply). A bias voltage VB drives the gate terminal of current-source MOSFET 212 and sets up the amount of current I that flows through inverter/buffer 200. In response to the differential signal at D and D#, one of the two input n-channel MOSFETs 202 and 204 switches on while the other switches off. All of current I, thus flows in one leg of the differential pair pulling the drain terminal (OUT or OUT#) of the on transistor down to logic low, while the drain of the other (off) transistor is pulled up by its resistive load toward logic high. At the OUT output this circuit is a buffer, while at the OUT# output the circuit acts as an inverter.

Significant speed advantages are obtained by this type of current steering logic. Unlike the conventional CMOS inverter of FIG. 1, when either one of the input MOSFETs 202 or 204 is switching on, there is no p-channel pull-up transistor that fights the n-channel. Further, circuit 200 requires a relatively small differential signal to switch its transistors. This circuit also exhibits improved noise performance as compared to the CMOS inverter of FIG. 1, since in the C3MOS inverter/buffer, transistors do not switch between the power supply and the substrate. Logic circuitry based on current-steering techniques have been known in other technologies such as bipolar, where it is called emitter-coupled logic (ECL), and GaAs where it is called source-coupled FET logic (SCFL). This technique, however, has not been seen in silicon CMOS technology for a number of reasons, among which is the fact that CMOS logic has always been viewed as one that dissipates zero static current. The $C^3MOS$ logic as proposed by the present invention, on the other hand, does dissipate static current.

The design of each $C^3MOS$ logic cell according to the present invention is optimized based on several considerations including speed, current dissipation, and voltage swing. The speed of the logic gate is determined by the resistive load and the capacitance being driven. As discussed above, the preferred embodiment according to the present invention uses polysilicon resistors to implement the load devices. P-channel MOSFETs can alternatively be used, however, they require special biasing to ensure they remain in linear region. Further, the junction capacitances of the p-channel load MOSFETs introduce undesirable parasitics. Speed requirements place a maximum limit on the value of the resistive loads. On the other hand, the various $C^3MOS$ logic cells are designed to preferably maintain a constant voltage swing (I×R). Accordingly, the values for R and I are adjusted based on the capacitive load being driven to strike the optimum trade-off between switching speed and power consumption.

The $C^3MOS$ logic family, according to the present invention, contains all the building blocks of other logic families. Examples of such building blocks include inverters, buffers, level shift buffers, N-input NOR and NAND gates, exclusive OR (XOR) gates, flip flops and latches, and the like. FIG. 3 shows an exemplary $C^3MOS$ level shift circuit 300 according to the present invention. Level shift circuit 300 includes essentially the same circuit elements as inverter/buffer 200 shown in FIG. 2, with an additional resistor Rs 302 inserted between the power supply Vcc and the load resistors. Circuit 300 operates in the same fashion as inverter/buffer 200 except that it has its power supply voltage shifted by a value equal to (I×Rs). The $C^3MOS$ logic circuitry according to the

EXHIBIT I - 348

US 7,215,169 B2

5

present invention employs this type of level shifter to make the necessary adjustments in the signal level depending on the circuit requirements. Examples of C³MOS circuits utilizing this type of level shifting will be described below in connection with other types of C³MOS logic elements.

FIGS. 4A and 4B show exemplary C³MOS implementations for an exemplary 2-input AND/NAND gate 400 and an exemplary 2-input OR/NOR gate 402, respectively. These gates operate based on the same current steering principal as discussed above. A logic low signal at input B of AND/NAND gate 400 brings OUT to ground via Q4 while OUT# is pulled high by its load resistor. A logic low at the A input also pulls OUT to ground via Q2 and Q3 (B=high). OUT is pulled high only when both A and B are high disconnecting any path to ground. OUT# provides the inverse of OUT. OR/NOR gate 402 operates similarly to generate OR/NOR logic at its outputs. When another set of transistors are inserted in each leg of the differential pair as is the case for gates 400 and 402, the signals driving the inserted transistors (Q3, Q4) need level shifting to ensure proper switching operation of the circuit. Thus, high speed C³MOS level shifters such as those presented in FIG. 3 can be employed to drive signals B and B#. In a preferred embodiment, since node OUT in both gates 400 and 402 must drive the additional parasitics associated transistors Q4, dummy load transistors DQL1 and DQL2 connect to node OUT# to match the loading conditions at both outputs.

FIG. 5 shows an exemplary C³MOS implementation for a 2:1 multiplexer 500. Similar to the other C³MOS logic gates, multiplexer 500 includes a differential pair for each input, but multiplexer 500 further includes select transistors 502 and 504 inserted between the common source terminals of the differential pairs and the current source transistor in a cascade structure. By asserting one of the select input signals SELA or SELB, the bias current is steered to the differential pair associated with that select transistor. Thus, signal SELA steers the bias current to the differential pair with A and A# inputs, and signal SELB steers the bias current to the differential pair with B and B# inputs. Similar to gates 400 and 402, the signals SELA and SELB driving 15 inserted transistors 502 and 504 need level shifting to ensure proper switching operation of the circuit.

FIG. 6 shows an exemplary C³MOS implementation for a two-input exclusive OR (XOR) gate 600. This implementation includes two differential pairs 602 and 606 that share the same resistive load, receive differential signals A and A# at their inputs as shown, and have their drain terminals cross-coupled at the outputs. The other differential input signals B and B# are first level shifted by circuit 604 and then applied to cascade transistors 608 and 610 that are inserted between the differential pairs and the current source transistor. The circuit as thus constructed performs the XOR function on the two input signals A and B.

FIG. 7 is a circuit schematic showing an exemplary C³MOS clocked latch 700 according to the present invention. Latch 700 includes a first differential pair 702 that receives differential inputs D and D# at the gate terminals, and a second differential pair 704 that has its gate and drain terminals cross-coupled to the outputs of OUT and OUT# first differential pair 702. Clocked transistors 706 and 708 respectively connect common-source nodes of differential pairs 702 and 704 to the current-source transistor. Complementary clock signals CK and CKB drive the gate terminals of clocked transistors 706 and 708. Similar to the other C³MOS gates that have additional transistors inserted between the differential pair and the current-source transis-

6

tor, clock signals CK and CKB are level shifted by level shift circuits such as that of FIG. 3.

A C³MOS master-slave flip-flop 800 according to the present invention can be made by combining two latches 700 as shown in FIG. 8. A first latch 802 receives differential input signals D and D# and generates differential output signals QI and QI#. The differential output signals QI and QI# are then applied to the differential inputs of a second latch 804. The differential outputs Q and Q# of second latch 804 provide the outputs of flip-flop 800.

Every one of the logic gates described thus far may be implemented using p channel transistors. The use of p-channel transistors provides for various alternative embodiments for C³MOS logic gates. FIG. 9 shows one example of an alternative implementation for a C³MOS clocked latch 900 that uses p-channel transistors. In this embodiment, instead of inserting the n-channel clocked transistors between the common-source nodes of the differential pairs and the current-source transistor, p channel clocked transistors 902 and 904 connect between the common-source nodes and the power supply Vcc. This implementation also requires that each differential pair have a separate current-source transistor as shown. Clocked latch 900 operates essentially the same as latch 700 shown in FIG. 7, except the implementation is not as efficient both in terms of size and speed.

As illustrated by the various C³MOS logic elements described above, all of the building blocks of any logic circuitry can be constructed using the C³MOS technique of the present invention. More complex logic circuits such as shift registers, counters, frequency dividers, etc., can be constructed in C³MOS using the basic elements described above. As mentioned above, however, C³MOS logic does consume static power. The static current dissipation of C³MOS may become a limiting factor in certain large scale circuit applications. In one embodiment, the present invention combines C³MOS logic with conventional CMOS logic to achieve an optimum balance between speed and power consumption. According to this embodiment of the present invention, an integrated circuit utilizes C³MOS logic for the ultra high speed (e.g., GHz) portions of the circuitry, and conventional CMOS logic for the relatively lower speed sections. For example, to enable an integrated circuit to be used in ultra high speed applications, the input and output circuitry that interfaces with and processes the high speed signals is implemented using C³MOS. The circuit also employs C³MOS to divide down the frequency of the signals being processed to a low enough frequency where conventional CMOS logic can be used. The core of the circuit, according to this embodiment, is therefore implemented by conventional CMOS logic that consumes zero static current. FIG. 10 shows a simplified block diagram illustrating this exemplary embodiment of the invention. A C³MOS input circuit 1000 receives a high frequency input signal IN and outputs a divided down version of the signal IN/n. The lower frequency signal IN/n is then processes by core circuitry 1002 that is implemented in conventional CMOS logic. A C³MOS output circuit 1004 then converts the processed IN/n signal back to the original frequency (or any other desired frequency) before driving it onto the output node OUT.

An example of a circuit implemented using combined CMOS/C³MOS logic according to the present invention is shown in FIG. 11. C³MOS input circuitry 1100 is a deserializer that receives a serial bit stream at a high frequency of, for example, 2 GHz. A 2 GHz input clock signal CLK is divided down to 1 GHz using a C³MOS flip-flop 1102, such as the one shown in FIG. 8, that is connected in a ÷2

EXHIBIT I - 349

US 7,215,169 B2

7

feedback configuration. The 1 GHz output of flip-flop **1102** is then supplied to clock inputs of a pair of C³MOS latches **1104** and **1106**. Latches **1104** and **1106**, which may be of the type shown in FIG. **6**, receive the 2 GHz input bit stream at their inputs and respectively sample the rising and falling edges of the input bit stream in response to the 1 GHz clock signal CLKI2. The signal CLKI2 which is applied to the B/B# inputs of each latch (the level shifted input; see FIG. **6**), samples the input data preferably at its center. It is to be noted that the rise and fall times of the signal in CMOS logic is often very dependent on process variations and device matching. C³MOS logic, on the other hand, is differential in nature and therefore provides much improved margins for sampling.

Referring back to FIG. **11**, block **11** thus deserializes the input bit stream with its frequency halved to allow for the use of conventional CMOS logic to process the signals. The signals at the outputs of latches **1104** and **1106** are applied to parallel processing circuitry **1108** that are implemented in conventional CMOS logic operating at 1 GHz. The reverse is performed at the output where a serializer **1110** receives the output signals from processing circuitry **1108** and serializes them using C³MOS logic. The final output signal is a bit stream with the original 2 GHz frequency. Circuit applications wherein this technique can be advantageously employed include high speed single or multi-channel serial links in communication systems.

As apparent from the circuit shown in FIG. **11**, this technique doubles the amount of the core signal processing circuitry. However, since this part of the circuit is implemented in conventional CMOS logic, current dissipation is not increased by the doubling of the circuitry. Those skilled in the art appreciate that there can be more than one level of deserializing if further reduction in operating frequency is desired. That is, the frequency of the input signal can be divided down further by 4 or 8 or more if desired. As each resulting bit stream will require its own signal processing circuitry, the amount and size of the overall circuitry increases in direct proportion to the number by which the input signal frequency is divided. For each application, therefore, there is an optimum number depending on the speed, power and area requirements.

According to one embodiment of the present invention the combined C³MOS/CMOS circuit technique as shown in FIG. **11** is employed in a transceiver of the type illustrated in FIG. **12**. The exemplary transceiver of FIG. **12** is typically found along fiber optic channels in high speed telecommunication networks. The transceiver includes at its input a photo detect and driver circuit **1200** that receives the input signal from the fiber optic channel. Circuit **1200** converts fiber-optic signal to packets of data and supplies it to a clock data recovery (CDR) circuit **1202**. CDR circuit **1202** recovers the clock and data signals that may be in the frequency range of about 2.5 GHz, or higher. Established telecommunication standards require the transceiver to perform various functions, including data monitoring and error correction. These functions are performed at a lower frequency. Thus, the transceiver uses a demultiplexer **1204** which deserializes the 2.5 GHz data stream into, for example, 16 parallel signals having a frequency of about 155 MHz. An application specific integrated circuit (ASIC) **1206** then performs the monitoring and error correction functions at the lower (155 MHz) frequency. A multiplexer and clock multiplication unit (CMU) **1208** converts the parallel signals back into a single bit stream at 2.5 GHz. This signal is then retransmitted back onto the fiber optic channel by a laser drive **1212**. The combined C³MOS/CMOS technique of the

8

present invention allows fabrication of demultiplexer **1204**, ASIC **1206** and multiplexer and CMU **1208** on a single silicon die, as indicated by reference numeral **1210**, in a similar fashion as described in connection with the circuit of FIGS. **10** and **11**. That is, demultiplexer **1204** and multiplexer and CMU **1208** are implemented in C³MOS with ASIC **1206** implemented in conventional CMOS.

In conclusion, the present invention provides various circuit techniques for implementing ultra high speed circuits using current-controlled CMOS (C³MOS) logic fabricated in conventional CMOS process technology. An entire family of logic elements including inverter/buffers, level shifters, NAND, NOR, XOR gates, latches, flip-flops and the like have been developed using C³MOS according to the present invention. In one embodiment, the present invention advantageously combines high speed C³MOS logic with low power conventional CMOS logic. According to this embodiment circuits such as transceivers along fiber optic channels can be fabricated on a single chip where the ultra-high speed portions of the circuit utilize C³MOS and the relatively lower speed parts of the circuit use conventional CMOS logic. In another embodiment, the C³MOS logic circuitry receives a first power supply voltage that is higher than the power supply voltage used by the conventional CMOS logic circuitry. While the above is a complete description of the preferred embodiment of the present invention, it is possible to use various alternatives, modifications and equivalents. Therefore, the scope of the present invention should be determined not with reference to the above description but should, instead, be determined with reference to the appended claims, along with their full scope of equivalents.

What is claimed is:

1. An apparatus, comprising:
   a first circuit block, implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to receive and process a first signal thereby generating a second signal there from, wherein the first signal is a differential signal;
   a second circuit block, implemented using conventional CMOS logic wherein substantially zero static current is dissipated, that is operable to receive and process a third signal thereby generating a fourth signal there from, wherein the second signal is a differential signal; and
   a third circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to:
      receive the second signal;
      receive the fourth signal; and
      process the second signal and the fourth signal thereby generating a fifth signal there from.

2. The apparatus of claim **1**, wherein:
   the fifth signal is a serialized signal that includes information contained within the second signal and the fourth signal.

3. The apparatus of claim **1**, wherein:
   the first signal has a first frequency;
   the second signal has the first frequency; and
   the fifth signal has a second frequency.

4. The apparatus of claim **1**, wherein:
   the first signal has a first frequency;
   the second signal has the first frequency;
   the fifth signal has a second frequency; and
   the second frequency is greater than the first frequency.

EXHIBIT I - 350

US 7,215,169 B2

9

5. The apparatus of claim 1, wherein:

the first signal has a first frequency;

the second signal has the first frequency;

the fifth signal has a second frequency; and

the second frequency is an integer multiple of the first frequency.

6. The apparatus of claim 1, further comprising:

a fourth circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to receive and process a sixth signal thereby generating the first signal and the third signal there from.

7. The apparatus of claim 6, wherein:

the first signal has a first frequency;

the second signal has the first frequency; and

the fifth signal has a second frequency; and

the sixth signal has the second frequency.

8. The apparatus of claim 1, wherein:

the first circuit block, the second circuit block, and the third circuit block are all implemented on a single silicon die.

9. An apparatus, comprising:

a first circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to receive and process a first signal thereby generating a second signal and a third signal there from;

a second circuit block, implemented using conventional complementary metal-oxide-semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to receive and process the second signal thereby generating a fourth signal there from; and

a third circuit block, implemented using conventional CMOS logic wherein substantially zero static current is dissipated, that is operable to receive and process the third signal thereby generating a fifth signal there from.

10. The apparatus of claim 9, wherein:

the first circuit block deserializes the first signal thereby generating the second signal and the third signal there from such that the second signal includes first information contained within the first signal and the third signal includes second information contained within the first signal.

11. The apparatus of claim 9, wherein:

the first signal has a first frequency;

the second signal has a second frequency; and

the third signal has the second frequency.

12. The apparatus of claim 9, wherein:

the first signal has a first frequency;

the second signal has a second frequency;

the third signal has the second frequency; and

the first frequency is greater than the second frequency.

13. The apparatus of claim 9, wherein:

the first signal has a first frequency;

the second signal has a second frequency;

the third signal has the second frequency;

the fourth signal has the second frequency;

10

the fifth signal has the second frequency; and

the first frequency is greater than the second frequency.

14. The apparatus of claim 9, wherein:

the first circuit block, the second circuit block, and the third circuit block are all implemented on a single silicon die.

15. An apparatus, comprising:

a first circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to receive and process a first signal thereby generating a second signal and a third signal there from;

a second circuit block, implemented using conventional complementary metal-oxide semiconductor (CMOS) logic wherein substantially zero static current is dissipated, that is operable to receive and process the second signal thereby generating a fourth signal there from;

a third circuit block, implemented using conventional CMOS logic wherein substantially zero static current is dissipated, that is operable to receive and process the third signal thereby generating a fifth signal there from.

a fourth circuit block, implemented using current-controlled complementary metal-oxide semiconductor (C³MOS) logic wherein logic levels are signaled by current steering in one of two or more branches in response to differential input signals, that is operable to:

receive the fourth signal;

receive the fifth signal; and

process the fourth signal and the fifth signal thereby generating a sixth signal there from.

16. The apparatus of claim 15 wherein:

the first circuit block deserializes the first signal thereby generating the second signal and the third signal there from such that the second signal includes first information contained within the first signal and the third signal includes second information contained within the first signal.

17. The apparatus of claim 15, wherein:

the fourth circuit block serializes the fourth signal and the fifth signal thereby generating the sixth signal such that the sixth signal includes information contained within the fourth signal and the fifth signal.

18. The apparatus of claim 15, wherein:

the first signal has a first frequency;

the second signal has a second frequency;

the fourth signal has the second frequency; and

the sixth signal has the first frequency.

19. The apparatus of claim 15, wherein:

the first signal has a first frequency;

the second signal has a second frequency;

the third signal has the second frequency;

the fourth signal has the second frequency;

the fifth signal has the second frequency; and

the sixth signal has the first frequency.

20. The apparatus of claim 15, wherein:

the first circuit block, the second circuit block, the third circuit block, and the fourth circuit block are all implemented on a single silicon die.

* * * * *

EXHIBIT I - 351

# EXHIBIT J

US007313623B2

(12) **United States Patent**
Elzur et al.

(10) Patent No.: **US 7,313,623 B2**
(45) Date of Patent: **Dec. 25, 2007**

(54) **SYSTEM AND METHOD FOR TCP/IP OFFLOAD INDEPENDENT OF BANDWIDTH DELAY PRODUCT**

(75) Inventors: **Uri Elzur**, Irvine, CA (US); **Frankie Fan**, Diamond Bar, CA (US); **Steven B Lindsay**, Mission Viejo, CA (US); **Scott S. McDaniel**, Villa Park, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 483 days.

(21) Appl. No.: **10/652,183**

(22) Filed: **Aug. 29, 2003**

(65) **Prior Publication Data**

US 2004/0042464 A1     Mar. 4, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/408,617, filed on Sep. 6, 2002, provisional application No. 60/407,165, filed on Aug. 30, 2002.

(51) Int. Cl.
*G06F 15/16*     (2006.01)
(52) U.S. Cl. ..................... **709/227**; 709/228; 709/223; 709/242; 709/250; 370/235; 370/395.52
(58) Field of Classification Search ........ 709/227–228, 709/230, 223–224, 250, 232, 242; 370/395.52, 370/235
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,805,927 A     9/1998  Bowes et al.

| | | | |
|---|---|---|---|
| 5,937,169 A * | 8/1999 | Connery et al. | 709/250 |
| 5,978,849 A * | 11/1999 | Khanna | 709/227 |
| 6,427,171 B1 * | 7/2002 | Craft et al. | 709/250 |
| 6,434,620 B1 * | 8/2002 | Boucher et al. | 709/230 |
| 6,757,746 B2 * | 6/2004 | Boucher et al. | 709/250 |
| 6,788,704 B1 * | 9/2004 | Lindsay | 370/465 |
| 6,874,054 B2 | 3/2005 | Clayton et al. | |
| 6,938,092 B2 * | 8/2005 | Burns | 709/230 |
| 2002/0095519 A1 * | 7/2002 | Philbrick et al. | 709/250 |
| 2003/0046330 A1 * | 3/2003 | Hayes | 709/201 |

(Continued)

OTHER PUBLICATIONS

Yeh et al Introduction to TCP/IP Offload Engine (TOE), Apr. 2002.*

(Continued)

*Primary Examiner*—Philip Tran
(74) *Attorney, Agent, or Firm* McAndrews, Held & Malloy, Ltd.

(57) **ABSTRACT**

Aspects of the invention may provide TCP offload, which may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and at least some of the updated TCP connection variables may be transferred back to the host. In an aspect of the invention, the TCP connection variables may be variables that are independent of bandwidth delay product. At least a portion of the updated TCP connection variables may be utilized by the host to process the TCP connection or another TCP connection. The host may push the variables onto the stack and the TOE may pull the variables from the stack. Also, updated TCP connection variables may be pushed on the stack by the TOE and pulled from the stack by the host.

**50 Claims, 4 Drawing Sheets**



**US 7,313,623 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2003/0046418 A1* | 3/2003 | Raval et al. | 709/250 |
| 2003/0061505 A1* | 3/2003 | Sperry et al. | 713/200 |
| 2003/0079033 A1 | 4/2003 | Craft et al. | |
| 2003/0105977 A1* | 6/2003 | Brabson et al. | 713/201 |
| 2003/0140124 A1* | 7/2003 | Burns | 709/220 |
| 2003/0204631 A1* | 10/2003 | Pinkerton et al. | 709/249 |
| 2003/0204634 A1* | 10/2003 | Pinkerton et al. | 709/250 |
| 2004/0019652 A1* | 1/2004 | Freimuth et al. | 709/213 |
| 2004/0042483 A1 | 3/2004 | Etzur et al. | |
| 2004/0042487 A1* | 3/2004 | Ossman | 370/466 |
| 2004/0062245 A1 | 4/2004 | Sharp et al. | |
| 2004/0062275 A1 | 4/2004 | Siddabathuni | |
| 2005/0165980 A1 | 7/2005 | Clayton et al. | |
| 2005/0216597 A1 | 9/2005 | Shah et al. | |

### OTHER PUBLICATIONS

Earls, "Integrating TCP Offload Engines (TOEs): A look at vendors and trends", May 2002.*

* cited by examiner



**FIG. 1**

EXHIBIT J - 354



**FIG. 2**



**FIG. 3**



**FIG. 4**

EXHIBIT J - 357

US 7,313,623 B2

1

# SYSTEM AND METHOD FOR TCP/IP OFFLOAD INDEPENDENT OF BANDWIDTH DELAY PRODUCT

## CROSS-REFERENCE TO RELATED APPLICATIONS/INCORPORATION BY REFERENCE

This application makes reference to, claims priority to and claims benefit from:

U.S. Provisional Patent Application Ser. No. 60/408,617, entitled "System and Method for TCP/IP Offload" filed on Sep. 6, 2002; and

U.S. Provisional Patent Application Ser. No. 60/407,165, filed on Aug. 30, 2002.

The above stated application is incorporated herein by reference in its entirety.

## FIELD OF THE INVENTION

Certain embodiments of the present invention relate to processing of TCP data and related TCP information. More specifically, certain embodiments relate to a method and system for TCP/IP offload independent of bandwidth delay product.

## BACKGROUND OF THE INVENTION

The initial development of transmission control protocol (TCP) was based on networking and processing capabilities that were then currently available. As a result, various fundamental assumptions regarding its operation were prefaced on networking and processor technologies that existed at that time. Among the assumptions on which TCP was prefaced includes the scarcity and high cost of bandwidth and the partially limitless processing resources available by a host processor. With the advent of technologies such as Gigabit Ethernet (GbE), these fundamental assumptions have radically changed to the point where bandwidth is no longer as scarce and expensive and the host processing resources are now regarded a being limited rather than virtually infinite. In this regard, the bottleneck has shifted from the network bandwidth to the host processing bandwidth. Since host processing systems do more than merely providing faster network connections, shifting network resources to provide much faster network connections will do little to address the fundamental change in assumptions. Notably, shifting network resources to provide much faster network connections would occur at the expense of executing system applications, thereby resulting in degradation of system performance.

Although new networking architectures and protocols could be created to address the fundamental shift in assumptions, the new architectures and protocols would still have to provide support for current and legacy systems. Accordingly, solutions are required to address the shift in assumptions and to alleviate any bottlenecks that may result with host processing systems. A transmission control protocol offload engine (TOE) may be utilized to redistribute TCP processing from the host system onto specialized processors which may have suitable software for handling TCP processing. The TCP offload engines may be configured to implement various TCP algorithms for handling faster network connections, thereby allowing host system processing resources to be allocated or reallocated to application processing.

2

In order to alleviate the consumption of host resources, a TCP connection can be offloaded from a host to a dedicated TCP/IP offload engine (TOE). Some of these host resources may include CPU cycles and subsystem memory bandwidth. During the offload process, TCP connection state information is offloaded from the host, for example from a host software stack, to the TOE. A TCP connection can be in any one of a plurality of states at a given time. To process the TCP connection, TCP software may be adapted to manage various TCP defined states. Being able to manage the various TCP defined states may require a high level of architectural complexity in the TOE.

Offloading state information utilized for processing a TCP connection to the TOE may not necessarily be the best solution because many of the states such as CLOSING, LAST_ACK and FIN_WAIT_2 may not be performance sensitive. Furthermore, many of these non-performance sensitive states may consume substantial processing resources to handle, for example, error conditions and potentially malicious attacks. These are but some of the factors that substantially increase the cost of building and designing the TOE. In addition, a TOE that has control, transferred from the host, of all the state variables of a TCP connection may be quite complex, can use considerable processing power and may require and consume a lot of TOE on-board-memory. Moreover, the TCP connection offloaded to the TOE that has control, transferred from the host, of all the state variables of the TCP connection can be inflexible and susceptible to connection loss.

TCP segmentation is a technology that may permit a very small portion of TCP processing to be offloaded to a network interface card (NIC). In this regard, a NIC that supports TCP segmentation does not truly incorporate a full transmission control processing offload engine. Rather, a NIC that supports TCP segmentation only has the capability to segment outbound TCP blocks into packets having a size equivalent to that which the physical medium supports. Each of the outbound TCP blocks are smaller than a permissible TCP window size. For example, an Ethernet network interface card that supports TCP Segmentation, may segment a 4 KB block of TCP data into 3 Ethernet packets. The maximum size of an Ethernet packet is 1518 bytes inclusive of header and a trailing CRC.

A device that supports TCP segmentation does track certain TCP state information such as the TCP sequence number that is related to the data that the offload NIC is segmenting. However, the device that supports TCP segmentation does not track any state information that is related to inbound traffic, or any state information that is required to support TCP acknowledgements or flow control. A NIC that supports full TCP offload in the established state is responsible for handling TCP flow control, and responsible for handling incoming TCP acknowledgements, and generating outbound TCP acknowledgements for incoming data.

TCP segmentation may be viewed as a subset of TCP offload. TCP segmentation allows the protocol stack or operating system to pass information in the form of blocks of TCP data that has not been segmented into individual TCP packets to a device driver. The block of data may be greater than the size of an Ethernet packet. For instance, the block of data to be segmented could 4 Kbytes or 16 Kbytes. A network adapter associated with the device driver may acquire the blocks of TCP data, packetize the acquired blocks of TCP data into 1518-byte Ethernet packets and update certain fields in each incrementally created packet. For example, the network adapter may update a corresponding TCP sequence number for each of the TCP packets by

EXHIBIT J - 358

US 7,313,623 B2

3

incrementing the TCP sequence number for each of the packets. In another example, an IP identification (IP ID) field and flag field would also have to be updated for each packet. One limitation with TCP segmentation is that TCP segmentation may only be done on a block of data that is less than a TCP window size. This is due to the fact that a device implementing TCP segmentation has no influence over TCP flow control. Accordingly, the device implementing TCP flow control only segment outbound TCP packets.

A TCP segmentation device does not examine incoming packets and as such, has no influence over flow control. Any received acknowledgement packet is passed up to the host for processing. In this regard, acknowledgement packets that are utilized for flow control are not processed by the TCP segmentation device. Moreover, a TCP segmentation device does not perform congestion control or "slow-start" and does not calculate or modify any variables that are passed back to the operating system and/or host system processor.

Another limitation with TCP segmentation is that information tracked by TCP segmentation is only information that is pertinent for the lifetime of the TCP data. In this regard, for example, the TCP segmentation device may track TCP segmentation numbers but not TCP acknowledgement (ACK) numbers. Accordingly, the TCP segmentation device tracks only a minimal subset of information related to corresponding TCP data. This limits the capability and/or functionality of the TCP segmentation device. A further limitation with TCP segmentation is that a TCP segmentation device does not pass TCP processed information back to an operating system and/or host processor. This lack of feedback limits the TCP processing that otherwise may be achieved by an operating system and/or host system processor.

Further limitations and disadvantages of conventional and traditional approaches will become apparent to one of skill in the art, through comparison of such systems with some aspects of the present invention as set forth in the remainder of the present application with reference to the drawings.

BRIEF SUMMARY OF THE INVENTION

Aspects of the invention may be found in, for example, systems and methods that provide TCP/IP offload. In one embodiment of the invention, a system for TCP/IP offload may include, for example, a host and a TCP/IP offload engine (TOE). The host may be coupled to the TOE. The host may transfer control of at least a portion of TCP connection variables associated with the TCP connection to the TOE. The TOE may update at least a portion of the TCP connection variables and transfer or feedback the updated TCP connection variables back to the host.

In accordance with another embodiment of the invention, a system is provided for TCP connection offload. The system may include, for example, a host and a network interface card (NIC) that may be coupled to the host. For a particular connection offloaded to the NIC, control of state information is split between the host and the NIC. Accordingly, information may be transferred to the NIC and the NIC may update at least a portion of the transferred information. Subsequently, the NIC may transfer at least a portion of the updated information back to the host where the host may utilize this information to manage this and/or another connection.

In another embodiment, the invention may provide a method for TCP/IP offload. The method may include, for example, one or more of the following: deciding to offload a particular TCP connection from a host to a TOE; trans-

4

ferring control of at least a portion of connection variables associated with the particular TCP connection from the host to the TOE; sending a snapshot of remaining connection variables whose control was not transferred to the TOE; and managing the particular TCP connection via the TOE using the connection variables transferred to the TOE and/or using the snapshot. At least a portion of updated connection variables and/or snapshot variables associated with the TCP connection may be transferred back to the host for processing by the host.

Another embodiment of TCP/IP offload method may include, for example, one or more of the following: deciding to offload an established TCP connection from a host to a TOE; transferring control of segment-variant variables to the TOE from the host; sending a snapshot of segment-invariant variables and connection-invariant variables to the TOE; and independently processing incoming TCP packets via the TOE based upon the segment-variant variables and the snapshot. The TOE may update at least a portion of the segment-variant variables and snapshot and transfer at least portions of the segment-variant variables and the snapshot back to the host. In an embodiment of the invention, the host may handle all TCP states except possibly for the ESTAB-LISHED state which may be offloaded to the TOE.

The invention may also include a method that processes a TCP connection, which may include, for example, one or more of the following: establishing the TCP connection; sharing a control plane for the TCP connection between a host and a TOE; and communicating updated TCP connection variables from the TOE back to the host. Accordingly, at least a portion of the updated TCP connection variables may be utilized to control the TCP connection and/or another TCP connection.

In another embodiment of the invention, a method for TCP offload may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and at least some of the updated TCP connection variables may be transferred back to the host. The TCP connection variables may be independent of bandwidth delay product. At least a portion of the updated TCP connection variables may be utilized by the host to process the TCP connection or another TCP connection. A stack may be utilized to transfer the TCP connection variables between at least the host and a TOE. In this regard, the TOE may pull the TCP connection variables from the stack and the host may push the TCP connection variables onto the stack. Also, the updated TCP connection variables may be placed on the stack by the TOE and the host may subsequently pull the updated TCP connection variables from the stack.

The invention may also provide a machine-readable storage, having stored thereon, a computer program having at least one code section for providing TCP offload. The at least one code section may be executable by a machine for causing the machine to perform steps which may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and transferred back to the host. The TCP connection variables may be independent of bandwidth delay product. The machine-readable storage may further include code for utilizing at least a portion of the updated TCP connection variables to process the TCP connection or another TCP connection. In another aspect of the invention, the machine-readable storage may include code for pulling the TCP connection variables from a stack, code

US 7,313,623 B2

5

for pushing updated TCP connection variables onto the stack, and code for pulling connection variables from the stack.

These and other advantages, aspects and novel features of the present invention, as well as details of an illustrated embodiment thereof, will be more fully understood from the following description and drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a block diagram of a system that provides TCP/IP offload in accordance with an embodiment of the invention.

FIG. 2 is a flow chart illustrating exemplary steps for TCP offloading in accordance with an embodiment of the invention.

FIG. 3 is a flow chart illustrating exemplary steps for providing TCP/IP offload in accordance with an embodiment of the invention.

FIG. 4 is a flow chart illustrating exemplary steps that may be utilized for TCP offload in accordance with an embodiment of the invention.

### DETAILED DESCRIPTION OF THE INVENTION

Certain aspects of the invention may provide a method for TCP offload, which may include acquiring TCP connection variables from a host and managing at least one TCP connection using the acquired TCP connection variables. At least a portion of the acquired TCP connection variables may be updated and at least some of the updated TCP connection variables may be transferred back to the host. In accordance with an aspect of the invention, the TCP connection variables may be variables that are independent of bandwidth delay product. At least a portion of the updated TCP connection variables may be utilized by the host to process the TCP connection or another TCP connection. A stack may be utilized to transfer the TCP connection variables between at least the host and a TOE. In this regard, the host may push the TCP connection variables onto the stack and the TOE may pull the TCP connection variables from the stack. Also, the updated TCP connection variables may be placed on the stack by the TOE and the host may subsequently pull the updated TCP connection variables from the stack.

With regard to TCP segmentation, each of the outbound TCP blocks are smaller than a permissible TCP window size utilized for TCP segmentation. However, the invention is not limited in this regard. Accordingly, in an aspect of the invention, a TOE device may have the capability to provide much further TCP processing and offload than a device that simply supports TCP segmentation. Various aspects of the invention may overcome the TCP segmentation limitation in which TCP segmentation may only be done on a block of data that is less than a TCP window size. In this regard, in order to overcome this limitation, in accordance with an aspect of the invention, since the TOE supports management of TCP flow control, the TOE may be adapted to segment large blocks of data down to the individual packets. The TOE may ensure that transmissions where scheduled such that the sender never sent data beyond the TCP window. Additionally, packetization in accordance with an embodiment of the invention may be done beyond the TCP window size. The TOE takes incoming received packets that are acknowledgement packets for the outbound TCP data stream and acknowledges those outbound packets. If the acknowledgement packet causes the window size to increase, then

6

more packets may be sent out by the TOE device in accordance with an aspect of the invention.

Although TCP segmentation is a transmit-only related technology that does limited TCP processing of transmitted packets, the TOE in accordance with various embodiments of the invention is not so limited. In this regard, the TOE in accordance with an embodiment of the invention may process and manage both transmitted and received packets. Furthermore, a much broader range of TCP processing and management may be done by the TOE in accordance with the invention than with a TCP segmentation device. For example, with TOE, TCP information may be passed to a NIC from an operating system and/or host system processor in such a manner that the NIC maybe viewed as the owner of the TCP connection. The NIC may then manage and update the TCP state information, which may include but is not limited to, TCP segment numbers and acknowledgment numbers. Subsequent to the processing and/or updating of the TCP state information, the processed and/or updated information may be passed back to an operating system and/or host system processor. The host or system processor may then utilize the information passed back to it from the NIC. Notably, TCP segmentation does not provide this feedback of information to the host system processor and/or operating system.

Certain embodiments of the invention may also provide a robust and efficient transmission control protocol/internet protocol (TCP/IP) offload scheme that may be adapted, for example, to allow the partition of TCP processing between a TCP/IP offload engine (TOE) and a host TCP/IP implementation. The host TCP/IP implementation may include one or more host TCP/IP applications and one or more host processors. For example, in one aspect of the invention, the TCP offload scheme may offload the connections that are in an ESTABLISHED state to the TOE. In other words, aspects of the invention may include the offloading of corresponding TCP state variables that may be utilized, for example, during the ESTSABLISHED state. Accordingly, the TCP/IP offload scheme may split a TCP control plane between the host software and the TOE. The TOE may be designed for example, to implement a subset or a minimum subset of the TCP control plane which may be less complex to implement and may utilize less memory. The TOE, which may be adapted to such an offload scheme, may be implemented in a cost effective manner. The more complicated aspects of TCP connection management may be handled, for example, by the host software and may provide greater reliability and flexibility.

FIG. 1 is a block diagram of a system that provides TCP/IP offload in accordance with an embodiment of the invention. Referring to FIG. 1, the system may include, for example, a host 10, host application software 12 and a TOE 20. The host 10 may include, for example, a host CPU 30 and a host memory 40. The host memory 40 may be adapted to include, for example, an application buffer 50. The application buffer 50 may be adapted to include, for example, a transmission application buffer (TxBuf) 60 and a receive application buffer (RxBuf) 70. The TOE 20 may include, for example, a direct memory access (DMA) engine 25 and a FIFO buffer 70.

The host 10 may be coupled to the TOE 20 via a host interface 80. The host interface may include, but is not limited to a peripheral component interconnect (PCI) bus, PCI-X bus, ISA, SCSI or any other suitable bus. The TOE 20 may be coupled to a physical communications medium 90. The physical communication medium 90 may be a wired medium, wireless medium or a combination thereof. The

US 7,313,623 B2

7

physical communication medium 90 may include, but is not limited to, Ethernet and fibre channel. Although illustrated on opposite sides of the host interface 80, the host 10 may be, at least in part, disposed on a network interface card (NIC) that includes the TOE 20. Accordingly, in an aspect of the invention, the TCP state plane may be split between the host 10 and the TOE 20.

In one embodiment, a TCP connection may be completely described, for example, by three different sets of variables. The three sets of variables may be, for example, connection-invariant variables, segment-invariant variables and segment-variant variables. The connection-invariant variables may be constant during the lifetime of the TCP connection. The segment-invariant variables may not change from TCP segment to TCP segment, but may change from time to time during the lifetime of the TCP connection. The segment-variant variables may change from TCP segment to TCP segment.

Connection-invariant variables may include, for example, source IP address, destination IP address, IP time-to-live (TTL), IP type-of-service (TOS), source TCP port number, destination TCP port number, initial send sequence number, initial receive sequence number, send window scaling factor and receive window scaling factor.

Segment-invariant variables may include, but are not limited to, source MAC address, next hop's MAC address, MAC layer encapsulation, effective maximum segment size, keep-alive intervals and maximum allowance and flags such as, for example, nagle algorithm enable and keep-alive enable.

Segment-variant variables may include, but are not limited to, IP packet identifier; send and receive sequence variables such as, for example, sequence number for first un-acked data (SND_UNA), sequence number for next send (SND_NXT), maximum sequence number ever sent (SND_MAX), maximum send window (MAX_WIN), sequence number for next receive (RCV_NXT) and receive window size (RCV_WND). Additional exemplary segment-variant variables may include congestion window variables such as congestion window (SND_CWIN) and slow start threshold (SSTHRESH) round trip time variables which may include, but are not limited to, smoothed round trip time (RTT) and smoothed delta (DELTA). Other exemplary segment-variant variables may include time remaining for retransmission, time remaining for delay acknowledgement, time remaining for keep alive, time remaining for PUSH and TCP state and timestamp.

During operation, if a TCP connection is not offloaded, then at least some of the three sets of variables including the connection-invariant variables, the segment-invariant variables and the segment-variant variables may be owned by the host software of the host 10. If the TCP connection is not offloaded, then the TOE 20 may not have access to these variables. However, once the variables are offloaded, the TOE 20 may be configured to update the variables which may be associated with both transmission and reception and pass the updated transmission and reception variables back to the host 10. In this regard, the TOE may update variables that are independent of TCP delay bandwidth product and pass these updated variables back to the host 10 for processing.

FIG. 2 is a flow chart illustrating exemplary steps for TCP/IP offloading in accordance with an embodiment of the invention. Referring to FIG. 2, if a connection is offloaded to the TOE 20, then in step 202, the host software may transfer control of the segment-variant variables to the TOE 20. In one example, a portion of the host software protocol

8

control block or TCP control block may be transferred to the TOE 20. In step 204, the host software may take a snapshot of the remaining variables such as the connection-invariant variables and/or the segment invariant variables and send the snapshot to the TOE 20. In one example, the snapshot may be used over and over again by the TOE 20. In step 206, the host software may post a buffer in the host memory 40. For example, the host software may post the application buffer 50 in the host memory 40 and may set up the transmit application buffer (TxBuf) 60 and the receive application buffer (RxBuf) 70 in the application buffer 50. In step 208, the TOE 20 may be responsible for managing the complete TCP connection, including, for example, segmentation, acknowledgement processing, windowing and congestion avoidance. In step 210, at least a portion of the variables that have been updated may be transferred back to the host for processing.

For example, by controlling the segment-variant variables and using the snapshot of the remaining variables, the TOE 20 may process or independently process, incoming TCP segments from the physical communications medium 90 and may place at least a portion such as a payload, of the incoming TCP segments into the host memory 40 via the DMA engine 25. In this regard the incoming TCP segment payload may be placed in the RX application buffer 70 portion of the application buffer 50 via the DMA engine 25.

In one embodiment of the invention, while the TOE 20 may be adapted to manage the complete TCP connection, the TOE 20 may have exclusive read-write access to offloaded segment-variant variables and may exclusively update the offloaded segment-variant variables. The host software or host application software 12 may have read-write access to the segment-invariant variables. The TOE 20 may have read-only access to the segment-invariant variables. If the host application software 12 changes the variables such as the next hop's MAC address, the host application software 12 may notify the TOE 20 by, for example, sending a message to the TOE 20. The TOE 20 may then update the variables. The updated variables may be fed back to the host application software 12 where they may be utilized for TCP processing, for example. Accordingly, the connection-invariant variables may exist in both the host software and the TOE 20.

FIG. 3 is a flow chart illustrating exemplary steps for providing TCP/IP offload in accordance with an embodiment of the invention. Referring to FIG. 3, in step 302, the host 10 may determine whether one or more of the connection variables such as the segment-invariant variables controlled by the host 10 have changed. For example, the host software may change one or more variables such as a next hop MAC address. If one or more of the connection variables controlled by the host 10 are not changed, then the process may be complete. If one or more of the connection variables controlled by the host 10 are changed, then in step 304, the host software may notify the TOE 20 of the change in the one or more connection variables controlled by the host 10. In step 306, the TOE 20 may accordingly update one or more of the variables. In step 308, the TOE may pass the updated variables back to the host 10.

Some embodiments according to the present invention may include one or more of the following advantages. Some embodiments may be more reliable and may provide for the uploading of connection from the TOE to the host and offloading of connections from the host to the TOE at any time. Since less state information may be kept by the TOE hardware, uploading and offloading, for example, selected connections can be accelerated. An offloaded connection

US 7,313,623 B2

9

may be uploaded by returning control of, for example, the segment-variant variables corresponding to the offloaded connection back to the host **10**. The uploaded connection may subsequently be offloaded by transferring, for example, the control of the segment-variant variables corresponding to the uploaded connection to the TOE **20**.

FIG. 4 is a flow chart illustrating exemplary steps that may be utilized for TCP offload in accordance with an embodiment of the invention. Referring to FIG. 4, in step **402**, a TOE may acquire or receive variables that are independent of the bandwidth delay product from a host system. In step **404**, the TOE may manage the connection utilizing the acquired or received variables that are independent of the bandwidth delay product. In step **406**, the TOE may update at least a portion of the acquired variables that are independent of the bandwidth delay product. In step **408**, at least a portion of the updated variables that are independent of the bandwidth may be transferred back to the host. In step **410**, the host may utilize the updated variables that are independent of the bandwidth delay product that have been transferred to it for TCP processing.

In accordance with an aspect of the invention, a stack **14** may be utilized to facilitate the transfer of the variables that are independent of the bandwidth delay product. The stack **14** may be implemented in hardware, software or a combination thereof. Notwithstanding, the TOE may be adapted to pull information from the stack **14** and to push updated information onto the stack **14**. The host may also be adapted to push TCP information onto the stack **14** and to pull the updated information from the stack **14**. Accordingly, with reference to step **402**, the TOE may pull the variables that are independent of the bandwidth delay product from the stack **14**. With reference to step **406**, after the TOE updates the acquired variables that are independent of the bandwidth delay product, the updated variables that are independent of the bandwidth delay product may be pushed onto the stack **14**. In this regard, with reference to step **408**, the host may then pull the updated variables that are independent of the bandwidth delay product from the stack **14**.

The TOE may provide a more flexible approach to TCP processing compared to a TCP Segmentation offload device, since the TOE device may facilitate TCP processing on both the received side and the transmit side. Additionally, since the TOE may be adapted to handle receive and transmit variables, the TOE provides a more flexible and efficient methodology for supporting the efficient setup and tear down of network connections.

Certain embodiments of the invention may offer better resistance against denial-of-service (DoS) attacks or other attacks as connection setup may be handled by a host that is more flexible and more powerful than the TOE NIC. In a DoS attack, an attacker attempts to consume as many resources on the targeted or attacked system, thereby preventing the targeted system from providing services to other network devices. The frequent introduction of new attacks may make a flexible host with sufficient memory and CPU power a better choice for running connection setup. The flexible host may be a better choice than, for example, a particular hardware TOE that may have limited code space, computer power, system knowledge and flexibility. In addition, the decision to honor a connection request may, at times, be based upon, for example, sophisticated and dynamic heuristics.

Aspects of the invention may also provide better overall system performance and efficiency. The TOE NIC may be more efficient in handling, for example, connections that are in performance sensitive states of the TCP state machine. In

10

particular, when the TOE NIC handles only connections that are in performance sensitive states of the TCP state machine, additional limited hardware resources may become available. Accordingly, the TOE NIC may be adapted to upload connections that are no longer in performance sensitive states and to offload connections that are in performance sensitive states. Such actions may positively impact such figures of merit such as, for example, hardware TOE efficiency. Other aspects of the invention may be more efficient and may provide better over all system performance because, for example, the host may use flexible, changing, easy-to-update, easy-to-upgrade and more sophisticated algorithms to decide which connections to offload or to upload.

Some embodiments according to the present invention may provide statistics to the host relating to resource utilization. The statistics may include, for example, one or more of the following: available resources; utilization of bandwidth per offloaded connection; number of frames per offloaded connection; errors per offloaded connection; change of state of a transport layer protocol (TLP) such as, for example, TCP, or an upper layer protocol (ULP); trend of utilization such as uptake in rate, slow down, for example; and resource consumption per offloaded connection. The host may use the statistical information at its own discretion to help drive the upload or offload decision process. For example, the host may utilize the statistical information to upload some connections while offloading others. The host may also contemplate other criteria such as modes of operation, computation or network load profiles, presently executed applications and roles In the network, for example. Some of these criteria may be dynamic criteria.

Certain embodiments of the invention may also provide fail-over support from a failed TOE NIC to an operating TOE NIC. Fail-over may include, for example, designating a NIC as having failed when the network cable is unplugged from the network or any other failure of an existing network link. Thus, even though the hardware of one TOE NIC may fail, the connection may still be maintained by transferring state information associated with the failed TOE NIC to another functional TOE NIC. The robustness of the transfer may be further enhanced by part of the connection state information being maintained by the host and part of the connection state information being maintained by the TOE NIC.

Accordingly, the present invention may be realized in hardware, software, or a combination of hardware and software. The present invention may be realized in a centralized fashion in one computer system or in a distributed fashion where different elements are spread across several interconnected computer systems. Any kind of computer system or other apparatus adapted for carrying out the methods described herein is suited. A typical combination of hardware and software may be a general-purpose computer system with a computer program that, when being loaded and executed, controls the computer system such that it carries out the methods described herein.

The present invention also may be embedded in a computer program product, which comprises all the features enabling the implementation of the methods described herein, and which when loaded in a computer system is able to carry out these methods. Computer program in the present context means any expression, in any language, code or notation, of a set of instructions intended to cause a system having an information processing capability to perform a particular function either directly or after either or both of

US 7,313,623 B2

11

the following: a) conversion to another language, code or notation; b) reproduction in a different material form.

While the present invention has been described with reference to certain embodiments, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted without departing from the scope of the present invention. In addition, many modifications may be made to adapt a particular situation or material to the teachings of the present invention without departing from its scope. Therefore, it is intended that the present invention not be limited to the particular embodiment disclosed, but that the present invention will include all embodiments falling within the scope of the appended claims.

What is claimed is:

1. A system for providing TCP/IP offload, comprising:
a Transmission Control Protocol/Internet Protocol (TCP/IP) offload engine (TOE) for operatively coupling to a host, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host transfers control of at least a portion of Transmission Control Protocol (TCP) connection variables to said TCP/IP Offload Engine, said TCP/IP Offload Engine updates said at least a portion of said TCP/IP Offload Engine connection variables, and said TCP/IP Offload Engine provides said at least a portion of said undated TCP connection variables to said host.

2. The system according to claim 1, wherein when said TCP/IP Offload Engine and host are operatively coupled, said host transfers control of segment-variant TCP connection variables to said TCP/IP Offload Engine and said TCP/IP Offload Engine provides updated TOP segment-variant TCP connection variables to said host.

3. The method according to claim 2, wherein said Transmission Control Protocol segment-variant Transmission Control Protocol connection variables comprise at least one of the following:
IP packet identifier;
time remaining for retransmission;
time remaining for delay acknowledgement;
time remaining for keep alive;
congestion window variables comprising:
congestion window (SND_CWIN); and
slow start threshold (SSTHRESH);
round trip time variables comprising:
smoothed round trip time (RTT);
smoothed delta (DELTA); and
time remaining for PUSH; and
Transmission Control Protocol state and timestamp send and receive sequence variables comprising:
sequence number for first un-ACK'd data (SND_UNA);
sequence number for next send (SND_NXT);
maximum sequence number ever sent (SND_MAX);
maximum send window (MAX_WIN);
sequence number for next receive (RCV_NXT); and
receive window size (RCV_WND).

4. The system according to claim 1,
wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host receives from said host a snapshot of at least one of: connection-invariant Transmission Control Protocol connection variables and segment-invariant Transmission Control Protocol connection variables, said TCP/IP Offload Engine transferring updated at least one of: connection-invariant Transmission Control Protocol

12

connection variables and segment-invariant Transmission Control Protocol connection variables to said host; and

wherein during operation, said TCP/IP Offload Engine utilizes transferred segment-variant Transmission Control Protocol connection variables and said snapshot of said at least one of said connection-invariant Transmission Control Protocol connection variables and said segment-invariant Transmission Control Protocol connection variables to process at least one of the following: incoming and outgoing Transmission Control Protocol segments.

5. The system according to claim 4, wherein during operation, said TCP/IP Offload Engine utilizes said transferred segment-variant Transmission Control Protocol connection variables and a snapshot of at least one of: connection-invariant Transmission Control Protocol connection variables and segment-invariant Transmission Control Protocol connection variables to independently process incoming Transmission Control Protocol segments.

6. The system according to claim 1, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said TCP/IP Offload Engine receives from said host a snapshot of connection-invariant Transmission Control Protocol connection variables and segment-invariant Transmission Control Protocol connection variables.

7. The system according to claim 1, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said TCP/IP Offload Engine receives from said host a snapshot of Transmission Control Protocol connection variables that are not segment-variant Transmission Control Protocol connection variables.

8. The system according to claim 1, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host posts at least one of the following: a buffer that is utilized by any Transmission Control Protocol connection, a buffer that is dedicated to one or more Transmission Control Protocol connections, and an application buffer.

9. The system according to claim 1, wherein during operation, said TCP/IP Offload Engine manages said Transmission Control Protocol connection.

10. The system according to claim 1, wherein during operation, said TCP/IP Offload Engine manages at least one of the following: segmentation, acknowledgement processing, windowing and congestion avoidance.

11. The system according to claim 1, wherein during operation, said TCP/IP Offload Engine maintains exclusive read-write access to offloaded segment-variant variables.

12. The system according to claim 1, wherein during operation, said TCP/IP Offload Engine exclusively updates offloaded segment-variant variables.

13. The system according to claim 1, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host maintains read-write access to segment-invariant variables.

14. The system according to claim 1, wherein during operation, said TCP/IP Offload Engine has read-only access to segment-invariant variables.

15. The system according to claim 1, wherein:
when said TCP/IP Offload Engine and said host are operatively coupled, said TCP/IP Offload Engine receives from said host a message concerning a change in a particular Transmission Control Protocol connection variable whose control was not transferred to said TCP/IP Offload Engine, and

US 7,313,623 B2

13

during operation, said TCP/IP Offload Engine updates said particular Transmission Control Protocol connection variable.

**16.** The system according to claim 1, wherein said Transmission Control Protocol connection is an ESTABLISHED state.

**17.** The system according to claim 1, wherein said Transmission Control Protocol connection variables are Transmission Control Protocol connection variables that are independent of bandwidth delay product.

**18.** The system according to claim 1, wherein said TCP/IP Offload Engine and said host are operatively coupled, said TCP/IP Offload Engine receives connection setups from said host.

**19.** The system according to claim 18, wherein when said TCP/IP Offload Engine and said host are operatively coupled, the system provides resistance to DoS attacks by allowing said host to handle said connection setups.

**20.** The system according to claim 1, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host handles all TCP states exclusive of an ESTABLISHED state which may be offloaded to said TCP/IP Offload Engine.

**21.** The system according to claim 1, wherein during operation, said TCP/IP Offload Engine handles only connections that are in performance sensitive states.

**22.** The system according to claim 1, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host processes resource utilization statistics in helping to determine which connections to offload and which connections to upload.

**23.** The system according to claim 1, wherein when said TCP/IP Offload Engine and said host are operatively coupled, said host determines which connections to offload and which connections to upload.

**24.** The system according to claim 1, wherein during operation, at least one of: said TCP/IP Offload Engine and a device driver software for said TCP/IP Offload Engine determines at least one of: Transmission Control Protocol connections to offload and Transmission Control Protocol connections to upload.

**25.** A system for providing connection offload, comprising:

a network interface card (NIC) for operatively coupling to a host, wherein when said NIC and said host are operatively coupled, for a particular connection offloaded to said NIC, control of state information is split between said host and said NIC, said NIC updates at least a portion of updated connection variables for said particular connection, and said NIC unloads said at least a portion of said updated connection variables for said particular connection to said host.

**26.** The system according to claim 25, wherein during operation, said particular connection employs a connection-oriented transport layer protocol (TLP).

**27.** The system according to claim 26, wherein during operation, said connection-oriented TLP comprises a Transmission Control Protocol.

**28.** The system according to claim 25, wherein when said NIC and said host are operatively coupled, said host transfers control of segment variant variables corresponding to said particular connection to said NIC.

**29.** A method for providing TCP/IP offload, comprising:

receiving by a TCP/IP Offload Engine transfer of control of connection variables of a particular TCP connection from a host and a snapshot of remaining connection

14

variables whose control was not transferred to said TCP/IP Offload Engine from said host;

managing said particular Transmission Control Protocol connection via said TCP/IP Offload Engine using said at least a portion of said connection variables transferred to said TCP/IP Offload Engine and at least a portion of said snapshot; and

updating at least a portion of said connection variables and a portion of said snapshot and transferring said updated at least said portion of said connection variables and said portion of said snapshot back to said host.

**30.** The method according to claim 29, wherein said one or more connection variables of said particular Transmission Control Protocol connection transferred to said TCP/IP Offload Engine comprise at least one segment-variant variables of said particular Transmission Control Protocol connection.

**31.** The method according to claim 29, wherein said connection variables of said particular Transmission Control Protocol connection transferred to said TCP/IP Offload Engine lacks segment-invariant variables of said particular Transmission Control Protocol connection.

**32.** The method according to claim 29, wherein said connection variables of said particular Transmission Control Protocol connection transferred to the TCP/IP Offload Engine lacks segment-invariant variables and connection-invariant variables of said particular Transmission Control Protocol connection.

**33.** The method according to claim 29, comprising:

determining if at least one of said connection variables controlled by said host have changed;

notifying said TCP/IP Offload Engine of changes in said at least one connection variables controlled by said host that has changed; and

updating said connection variables in said TCP/IP Offload Engine in accordance with said notified changes.

**34.** A method for providing TCP/IP offload, comprising:

receiving transfer of control of segment-variant variables by a TCP/IP Offload Engine from a host;

receiving a snapshot of segment-invariant variables and connection-invariant variables by said TCP/IP Offload Engine;

independently processing incoming Transmission Control Protocol packets via said TCP/IP Offload Engine based upon said segment-variant variables and said snapshot; and

updating at least a portion of said snapshot and at least a portion of said segment-variant variables and transferring at least a portion of said updated at least said portion of said snapshot and at least said portion of said updated segment-variant variables back to said host.

**35.** A method for processing a Transmission Control Protocol connection, comprising:

establishing a Transmission Control Protocol connection between a TCP/IP Offload Engine and a host;

sharing a control plane for said Transmission Control Protocol connection by said TCP/IP Offload Engine with said host;

updating Transmission Control Protocol connection variables by said TCP/IP Offload Engine; and

communicating said updated Transmission Control Protocol connection variables from said TCP/IP Offload Engine to said host.

**36.** The method according to claim 35, wherein said sharing of said control plane comprises receiving control of

US 7,313,623 B2

15

segment-variant variables corresponding to said Transmission Control Protocol connection by said TCP/IP Offload Engine.

37. The method according to claim 35, comprising uploading said Transmission Control Protocol connection to said host from said TCP/IP Offload Engine.

38. The method according to claim 37, wherein uploading said Transmission Control Protocol connection comprises transferring control of segment-variant variables corresponding to said Transmission Control Protocol connection to said host.

39. The method according to claim 37, comprising off-loading said uploaded Transmission Control Protocol connection to said TCP/IP Offload Engine from said host.

40. The method according to claim 37, wherein offloading said uploaded Transmission Control Protocol connection comprises transferring said control of said segment-variant variables corresponding to said uploaded Transmission Control Protocol connection to said TCP/IP Offload Engine.

41. A method for Transmission Control Protocol offload, the method comprising:

acquiring Transmission Control Protocol connection variables from a host;

managing at least one Transmission Control Protocol connection using said acquired Transmission Control Protocol connection variables;

updating at least a portion of said acquired Transmission Control Protocol connection variables; and

transferring said updated at least a portion of said acquired Transmission Control Protocol connection variables to said host.

42. The method according to claim 41, wherein said Transmission Control Protocol connection variables are independent of bandwidth delay product.

43. The method according to claim 41, comprising utilizing at least a portion of said updated at least said portion of said acquired TCP connection variables to process said at least said at least one Transmission Control Protocol connection by said host.

16

44. The method according to claim 41, comprising pulling said Transmission Control Protocol connection variables from a stack.

45. The method according to claim 41, comprising pushing said updated at least a portion of said acquired Transmission Control Protocol connection variables onto a stack.

46. A machine-readable storage, having stored thereon, a computer program having at least one code section for providing Transmission Control Protocol offload, the at least one code section being executable by a machine for causing the machine to perform steps comprising:

acquiring TCP connection variables from a host;

managing at least one Transmission Control Protocol connection using said acquired Transmission Control Protocol connection variables;

updating at least a portion of said acquired Transmission Control Protocol connection variables; and

transferring said updated at least a portion of said acquired Transmission Control Protocol connection variables to said host.

47. The machine-readable storage according to claim 46, wherein said Transmission Control Protocol connection variables are independent of bandwidth delay product.

48. The machine-readable storage according to claim 46, comprising code for utilizing at least a portion of said updated at least said portion of said acquired Transmission Control Protocol connection variables to process said at least said at least one Transmission Control Protocol connection by said host.

49. The machine-readable storage according to claim 46, comprising code for pulling said Transmission Control Protocol connection variables from a stack.

50. The machine-readable storage according to claim 46, comprising code for pushing said updated at least a portion of said acquired Transmission Control Protocol connection variables onto a stack.

* * * * *

# EXHIBIT K

US007058150B2

## (12) United States Patent
### Buchwald et al.

(10) Patent No.: **US 7,058,150 B2**

(45) Date of Patent: **\*Jun. 6, 2006**

(54) **HIGH-SPEED SERIAL DATA TRANSCEIVER AND RELATED METHODS**

(75) Inventors: **Aaron W. Buchwald**, Newport Coast, CA (US); **Michael Le**, Irvine, CA (US); **Jurgen Van Engelen**, Aliso Viejo, CA (US); **Xicheng Jiang**, Irvine, CA (US); **Hui Wang**, Irvine, CA (US); **Howard A. Baumer**, Laguna Hills, CA (US); **Avanindra Madisetti**, Coto De Caza, CA (US)

(73) Assignee: **Broadcom Corporation**, Irvine, CA (US)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 859 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/844,441**

(22) Filed: **Apr. 30, 2001**

(65) **Prior Publication Data**

US 2002/0044618 A1      Apr. 18, 2002

**Related U.S. Application Data**

(60) Provisional application No. 60/200,813, filed on Apr. 28, 2000.

(51) Int. Cl.
*H04L 7/00*      (2006.01)

(52) **U.S. Cl.** ...................... 375/355; 375/346; 375/260; 375/279; 375/229; 370/330; 370/307; 439/108; 439/680

(58) **Field of Classification Search** ............... 375/355, 375/279, 229, 335, 362, 346, 260, 379; 370/330, 370/307; 439/108, 680
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,396,224 A \* 3/1995 Dukes et al. .......... 340/825.49

(Continued)

FOREIGN PATENT DOCUMENTS

EP          1 006 697      6/2000

(Continued)

OTHER PUBLICATIONS

Yongsam Moon; a 1 Gbps Transceiver with Receiver-End Deskewing Capability using Non-Uniform Tracked Oversampling and a 250-750 MHZ Four-phase DLL; 1999 Symposium on VLSI Circuit Digest of Technical Papers; 47-48.\*

(Continued)

*Primary Examiner*—Stephen Chin
*Assistant Examiner*—Eva Zheng
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox, P.L.L.C.

(57)          **ABSTRACT**

A high-speed serial data transceiver includes multiple receivers and transmitters for receiving and transmitting multiple analog, serial data signals at multi-gigabit-per-second data rates. Each receiver includes a timing recovery system for tracking a phase and a frequency of the serial data signal associated with the receiver. The timing recovery system includes a phase interpolator responsive to phase control signals and a set of reference signals having different predetermined phases. The phase interpolator derives a sampling signal, having an interpolated phase, to sample the serial data signal. The timing recovery system in each receiver independently phase-aligns and frequency synchronizes the sampling signal to the serial data signal associated with the receiver. A receiver can include multiple paths for sampling a received, serial data signal in accordance with multiple time-staggered sampling signals, each having an interpolated phase.

**33 Claims, 38 Drawing Sheets**



## US 7,058,150 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,485,490 | A | | 1/1996 | Leung et al. ............... 375/371 |
| 5,550,546 | A | * | 8/1996 | Noneman et al. ............. 342/13 |
| 5,554,945 | A | | 9/1996 | Lee et al. |
| 5,614,855 | A | | 3/1997 | Lee et al. |
| 5,650,954 | A | | 7/1997 | Minuhin ..................... 364/825 |
| 5,703,905 | A | | 12/1997 | Langberg |
| 5,757,857 | A | | 5/1998 | Buchwald |
| 5,768,268 | A | * | 6/1998 | Kline et al. ................. 370/330 |
| 5,822,143 | A | | 10/1998 | Cloke et al. |
| 5,881,107 | A | * | 3/1999 | Termerinac et al. ........ 375/279 |
| 5,881,108 | A | | 3/1999 | Herzberg et al. ........... 375/296 |
| 5,945,862 | A | | 8/1999 | Donnelly et al. |
| 5,949,820 | A | | 9/1999 | Shih et al. |
| 5,966,415 | A | | 10/1999 | Bliss et al. ................. 375/350 |
| 6,002,279 | A | | 12/1999 | Evans et al. ................. 327/144 |
| 6,005,445 | A | | 12/1999 | Katakura |
| 6,009,534 | A | | 12/1999 | Chiu et al. |
| 6,038,269 | A | | 3/2000 | Raghavan |
| 6,122,336 | A | | 9/2000 | Anderson |
| 6,134,268 | A | * | 10/2000 | McCoy ....................... 375/229 |
| 6,329,859 | B1 | | 12/2001 | Wu |
| 6,359,486 | B1 | | 3/2002 | Chen |
| 6,397,048 | B1 | * | 5/2002 | Toda ........................... 455/131 |
| 6,404,525 | B1 | | 6/2002 | Shimomura et al. |
| 6,498,694 | B1 | | 12/2002 | Shah |
| 6,509,773 | B1 | | 1/2003 | Buchwald et al. |
| 6,621,862 | B1 | | 9/2003 | Dabell |
| 6,678,842 | B1 | * | 1/2004 | Shaffer et al. ............. 714/700 |
| 6,791,388 | B1 | | 9/2004 | Buchwald et al. |
| 2002/0012152 | A1 | | 1/2002 | Agazzi et al. |
| 2002/0034222 | A1 | | 3/2002 | Buchwald et al. |
| 2002/0039395 | A1 | * | 4/2002 | Buchwald et al. |
| 2002/0044617 | A1 | | 4/2002 | Buchwald et al. |
| 2002/0080898 | A1 | | 6/2002 | Agazzi et al. |
| 2003/0086515 | A1 | | 5/2003 | Trans et al. |
| 2004/0212416 | A1 | | 10/2004 | Buchwald et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1 139 619 | 10/2001 |
| WO | 0 483 439 | 5/1992 |
| WO | 0 515 074 | 11/1992 |
| WO | 0 805 447 A2 | 11/1997 |
| WO | 0 909 035 | 4/1999 |
| WO | WO 01/29991 | 4/2001 |
| WO | WO 01/54317 | 7/2001 |
| WO | WO 01/65788 | 9/2001 |
| WO | WO 01/84702 | 11/2001 |
| WO | WO 01/84724 | 11/2001 |
| WO | WO02/13424 | 2/2002 |
| WO | WO 02/071616 | 9/2002 |

### OTHER PUBLICATIONS

Buchwald, A. and Martin, K., "Integrated Fiber-Optic Receivers," Kluwer Academic Publishers, 1994 (entire book submitted).

Sidiropoulos, S. and Horowitz, M., "A Semidigital Dual Delay-Locked Loop," IEEE Journal of Solid-State Circuits, IEEE, vol. 32, No. 11, Nov. 1997, pp. 1683-1692.

Copy of International Search Report issued Jan. 24, 2002, for Appln. No. PCT/US01/13613, 7 pages.

Copy of International Search Report issued Apr. 11, 2002, for Appln. No. PCT/US01/13637, 2 pages.

Black, Jr., W. and Hodges, D., "Time Interleaved Converter Arrays," IEEE Journal of Solid-State Circuits, IEEE, vol. SC-15, No. 6, Dec. 1980, pp. 1022-1029.

Conroy, C. et al., "An 8-b 85-MS/s Parallel Pipeline A/D Converter in 1-µm CMOS," IEEE Journal of Solid-State Circuits, IEEE, vol. 28, No. 4, Apr. 1993, pp. 447-454.

Dally, W. and Poulton, J., "Transmitter Equalization for 4GB/s Signalling," Proceedings of Hot Interconnects IV, Palo Alto, CA, 1996, 10 pages.

Ellersick, W. et al., "A Serial-Link Transceiver Based on 8GSample/s A/D and D/A Converters in 0.25µm CMOS," IEEE International Solid-State Circuits Conference, IEEE, 2001, p. 58-59 and 430.

Ellersick, W. et al., "GAD: A 12-GS/s CMOS 4-bit A/D Converter for an Equalized Multi-Level Link," Symposium on VLSI Circuits Digest of Technical Papers, 1999, pp. 49-52.

Eklund, J-E. and Gustafsson, F., "Digital Offset Compensation of Time-Interleaved ADC Using Random Chopper Sampling," IEEE International Symposium on Circuits and Systems, IEEE, May 28-31, 2000, pp. III-447 thru III-450.

Fu, D. et al., "A Digital Background Calibration Techique for Time-Interleaved Analog-to Digital Converters," IEEE Journal of Solid-State Circuits, IEEE, vol. 33, No. 12, Dec. 1998, pp. 1904-1911.

Guizani, M. and Al-Ali, A., "PC-Compatible Optical Data Acquisition Unit," Instrumentation and Measurement Technology Conference, IEEE, May 10-12, 1994, pp. 1099-1102.

Jenq, Y.-C., "Digital Spectra of Nonuniformly Sampled Signals: A Robust Sampling Time Offset Estimation Algorithm for Ultra High-Speed Waveform Digitizers Using Interleaving" Transactions on Instrumentation and Measurement, IEEE, vol. 39, No. 1, Feb. 1990, pp. 71-75.

Mason, R. and Taylor, J. T., "High-Speed Electro-Optic Analogue to Digital Converters," IEEE International Symposium in Circuits and Systems, IEEE, 1993, pp. 1081-1084.

Niewczas, P. et al., "Error Analysis of an Optical Current Transducer Operating with Digital Signal Processing System," IEEE Transactions on Instrumentation and Measurement, IEEE, vol. 49, No. 6, Dec. 2000, pp. 1254-1259.

Petraglia, A. and Mitra, S., "Analysis of Mismatch Effects Among A/D Converters in a Time-Interleaved Waveform Digitizer," IEEE Transactions on Instrumentation and Measurement, IEEE, vol. 40, No. 5, Oct. 1991, pp. 831-835.

Sauer-Greff, W. et al., Maximum-Likelihood Sequence Estimation of Nonlinear Channels in High-Speed Optical Fiber Systems, Apr. 6, 2001, Retreived from the Internet at http://www.ftw.at/Dokumente/010406a.pdf, 29 pages.

Williamson, R.C. et al., "Effects of Crosstalk in Demultiplexers for Photonic Analog-to-Digital Converters," Journal of Lightwave Technology, IEEE, vol. 19, No. 2, Feb. 2001, pp. 230-236.

Yang, C-K., Design Techniques for High-Speed Chip-to-Chip Links, Retrieved from the Internet at http://web.doe.carleton.ca/courses/97578/topic5/Tutorial_SerialLink.pdf, 31 pages.

Yang, C-K.et al., "A Serial-Link Transceiver Based on 8-Gsamples/s A/D and D/A Converters in 0.25-µm CMOS," IEEE Journal of Solid-State Circuits, IEEE, vol. 36, No. 11, Nov. 2001, pp. 1684-1692.

Zuoxi, T., "Implementation of Digital Multibeam Receiver Based on TMS320C80 for Laser Otoacoustic Remote Sensing," Proceedings of ICSP2000, IEEE, 2000, pp. 2082-2084.

Agazzi, O. and Lenosky, T., Algorithm to Postprocess Measured Data, IEEE 802.3ae Equalization Ad Hoc Group, Jan. 10, 2001, 11 pages.

Agazzi, O., A Link Model for Equalized Optical Receivers, IEEE 80233ac Equalization Ad Hoc Group, Mar. 11, 2001, 30 pages.

**US 7,058,150 B2**

Page 3

Agazzi, O. et al., *DSP-Based Equalization for Optical Channels: Feasibility of a VLSI Implementation*, IEEE 802.3ae, New Orleans, Sep. 12-14, 2004, 39 pages.

Agazzi, O. et al., *Interim Observations on Multimode Optical Channels*, IEEE 802.3ae—Equalization Ad Hoc, Tampa, Nov. 5, 2000, 29 pages.

Agazzi, O. et al., *Measurements of DMD-Challenged Fibers at 3.125 Gb/s*, IEEE 802.3ae Equalization Ad Hoc, Jan. 10, 2001, 33 pages.

Agazzi, O. and Lenosky, T., "Measurement of Non-Stationarity of Gb/s Multimode Fiber Links," Nov. 24, 2000, 5 pages.

Agazzi, O., *10 Gb PMD Using PAM-5 Modulation*, IEEE, 802.3 Dallas, Jan. 18-20, 2000, 19 pages.

Agazzi, O. et al., *10 Gb/s PMD Using PAM-5 Trellis Coded Modulation*IEEE 802.3, Alburquerque, Mar. 6-10, 2000, 38 pages.

Bhatt, V., *Equalization Ad Hoc Concluding Report*, IEEE P802.3ae Plenary, Mar. 2001, 12 pages.

Bingham, J.A.C., "Multicarrier Modulation for Data Transmission: An Idea Whose Time Has Come," *IEEE Communications Magazine*, IEEE, vol. 28, No. 5, pp. 5-8 and 11-14.

Chiddix, J. et al., "AM Video on Fiber in CATV Systems: Need and Implementation," *IEEE Journal on Selected Areas in Communications*, IEEE, vol. 8, No. 7, Sep. 1990, pp. 1229-1239.

Darcie, T., "Subcarrier Multiplexing for Lightwave Networks and Video Distribution Systems," *IEEE Journal on Selected Areas in Communications*, IEEE, vol. 8, No. 7, Sep. 1990, pp. 1240-1248.

Fettweis, G., "High-Rate Viterbi Processor: A Systolic Array Solution," *IEEE Journal on Selected Areas in Communications*, IEEE, vol. 8, No. 8, Oct. 1990, pp. 1520-1534.

Fettweis, G., "Parallel Viterbi Algorithm Implementation: Breaking the ACS-Bottleneck," *IEEE Transactions on Communications*, IEEE, vol. 37, No. 8, Aug. 1989, pp. 785-790.

Forney, Jr., G.D., "The Viterbi Algorithm," *Proceedings of the IEEE*, IEEE, vol. 61, No. 3, Mar. 1973, pp. 268-278.

Frazier, H., *IEEE 802.3 Higher Speed Study Group*, 802.3 HSSG, Kauai, Hawaii, Nov. 9, 1999, 24 pages.

Giaretta, G. and Lenosky, T., *Adaptive Equalization of DMD Challenged Multimode Fiber at 1300 mm*, IEEE P802.3ae Plenary, Mar. 11, 2001, 10 pages.

Hatamian, M. et al., "Design Considerations for Gigabit Ethernet 1000Base-T Twisted Pair Transceivers," *IEEE 1998 Custom Integrated Circuits Conference*, IEEE, 1998, pp. 335-342.

Isaacs, M et al., *Measurements of Fiber Responses at 5 Gb/s Data Rate Using 850nm VCSELs*, IEEE 802.3ae Equalization Ad Hoc, Mar. 11, 2001, 18 pages.

Kanno, N. and Ito, K., "Fiber-Optic Subcarrier Multiplexing Video Transport Employing Multilevel QAM," *IEEE Journal on Selected Areas in Communications*, IEEEE, vol. 8, No. 7, Sep., 1990, pp. 1313-1319.

Kasper, B.L., "Equalization of Multimode Optical Fiber Systems," *The Bell System Technical Journal*, American Telephone and Telegraph Company, vol. 61, No. 7, Sep. 1982, pp. 1367-1388.

Kasturia, S. and Winters, J., "Techniques for High-Speed Implementation of Nonlinear Cancellation," *IEEE Journal on Selected Areas in Communications*, IEEE, vol. 9, No. 5, Jun. 1991, pp. 711-717.

Lenosky, T., *A Unified Method of Calculating PMD-induced Pulse Broadening*, IEEE 802.3ae Equalization Ad Hoc Meeting, Tampa, Florida, Nov. 5, 2000, 8 pages.

Lenosky, T. and Giaretta, G., *Five Gb/s Multimode DMD at 850 nm: Real-Time Data and Equalizer Simulations*, Finisar Corporation, Mar. 11, 2001, 13 pages.

Lenosky, T. et al., *Measurements of DMD-Challenged Fibers at 850nm and 2Gb/s Data Rate*, IEEE 802.3ac—Equalization Ad Hoc Group, Jan. 10, 2001, 21 pages.

Lenosky, T. et al., *Measurements of DMD-Challenged Fibers at 1310nm and 1Gb/s Data Rate*, IEEE 802.3ae—Equalization Ad Hoc Group, Jan. 10, 2001, 21 pages.

Liu, M-K. and Modestou, P., "Multilevel Signaling and Pulse Shaping for Spectrum Efficiency in Subcarrier Multiplexing Transmission," *IEEE Journal of Lightwave Technology*, IEEE, vol. 12, No. 7, pp. 1239-1246.

Olshansky, R. et al., "Subcarrier Multiplexed Coherent Lightwave Systems for Video Distrbution," *IEEE Journal on Selected Areas in Communications*, IEEE, vol. 8, No. 7, Sep. 1990, pp. 1268-1275.

Olshansky, R. et al., "Subcarrier Multiplexed Lightwave Systems for Broadband Distribution," *IEEE Journal of Lightwave Technology*, IEEE, vol. 7, No. 9, Sep. 1989, pp. 1329-1341.

Otte, S. and Rosenkranz, W., "A Decision Feedback Equalizer for Dispersion Compensation in High Speed Optical Transmission Systems," *International Conference on Transparent Optical Networks*, IEEE, 1999, pp. 19-22.

Parhi, K. et al., *Parallel Implementation of DSP Functions of the PAM-5 10Gb/s Transceiver*, IEEE 802.3ae Task Force, Mar. 2000, 12 pages.

Peral, E. et al., *Measurements of time version in DMD-challenged multimode fiber at 1310 nm for 10GE equalizer applications*, IEEE P802ae Equalization Ad Hoc, IEEE, Mar. 2001, 19 pages.

Personick, S.D., "Baseband Linearity and Equalization in Fiber Optic Digital Communication Systems," *Bell System Technical Journal*, American Telephone and Telegraph Company, vol. 52, No. 7, Sep. 1973, pp. 1175-1194.

Personick, S.D., "Receiver Design for Digital Fiber Optic Communication Systems, I, " *Bell System Technical Journal*, American Telephone and Telegraph Company, vol. 52, No. 6, Jul.-Aug. 1973, pp. 843-874.

Personick, S.D., "Receiver Design for Digital Optic Systems," *National Telecommunications Conference*, IEEE Atlanta, Georgia, Nov. 26-28, 1973, vol. 1, pp. 8E-1-8E-4.

Vorenkamp, P. et al., *Analog Interface for 10-Gb/s Ethernet*, IEEE 802ae Task Force, Mar. 2000, 13 pages.

Winters, J. and Gitlin, R., "Electrical Signal Processing Techniques in Long-Haul Fiber-Optic Systems," *IEEE Transactions on Communications*, IEEE, vol. 38, No. 9, Sep. 1990, pp. 1439-1453.

Winters, J. et al., "Reducing the Effects of Transmission Impairments in Digital Fiber Optic Systems," *IEEE Communications Magazine*, IEEE, Jun. 1993, pp. 68-76.

*Progress Report on Equalization of Multimode Fibers*, IEEE 802.3ae Ad Hoc Group on Equalization, Jan. 12, 2001, 16 pages.

Alderrou, D. et al., *XAUI/GXS Proposal*, IEEEE 802.3ae Task Force, May 23-25, 2000, 28 pages.

Winters, J.H. and Gitlin, R., "Electrical Signal Processing Techniques in Long-Haul, Fiber-Optic Systems," *IEEE International Conference on Communications*, vol. 1, Apr. 16-19, 1990, pp. 0397-0403.

* cited by examiner

Case 8:09-cv-01058-JVS-AN   Document 60-7   Filed 02/23/10   Page 29 of 50   Page ID #:1555



**FIG. 1**



**FIG. 2**



FIG. 3



FIG. 4A

FIG. 4B

FIG. 4C

FIG. 4D

FIG. 4E

EXHIBIT K - 372





**FIG. 7**



**FIG. 7A**



FIG. 8



**FIG. 9**

**U.S. Patent**      Jun. 6, 2006      **Sheet 10 of 38**      US 7,058,150 B2



**FIG. 10**



# FIG. 11



**FIG. 12**

EXHIBIT K - 380



# FIG. 13



**FIG. 14A**



FIG. 14B



FIG. 15

Case 8:09-cv-01058-JVS-AN   Document 60-7   Filed 02/23/10   Page 45 of 50   Page ID #:1571



**FIG. 15A**



**FIG. 15B**

EXHIBIT K - 385



FIG. 16A

FIG. 16B

FIG. 16C



**FIG. 17**



**FIG. 18**



FIG. 18A

**U.S. Patent**          Jun. 6, 2006          Sheet 21 of 38          US 7,058,150 B2



**FIG. 19**

EXHIBIT K - 389



From step 706

— 2000

720

Short-term filter phase error to derive a short-term phase adjust signal — 2002

Estimate a frequency offset Δω between sampling signal and serial data signal (e.g., Long-term filter phase error to derive the frequency estimate) — 2004

Generate phase rotate commands to compensate for the short term phase offset and the frequency offset Δω, based on the short-term phase adjust signal and frequency offset estimate — 2006

730

Rotate the phase control signals and correspondingly the interpolated phase of the sampling signal in response to the phase rotate commands such that the sampling signal and the serial data signal are phase aligned and frequency synchronized with one another — 2010

**FIG. 20**