GIBSON, DUNN & CRUTCHER, LLP
Robert E. Cooper, SBN 35888
 rcooper@gibsondunn.com
Wayne M. Barsky, SBN 116731
 wbarsky@gibsondunn.com
David A. Battaglia, SBN130474
 dbattaglia@gibsondunn.com
H. Mark Lyon, SBN 162061
 mlyon@gibsondunn.com
333 South Grand Ave.
Los Angeles, California 90071
Telephone:  (213) 229-7000
Facsimile:   (213) 229-7380

GIBSON, DUNN & CRUTCHER, LLP
Josh Krevitt, SBN 208552
 jkrevitt@gibsondunn.com
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3500
Facsimile:  (212) 351-6390

GIBSON, DUNN & CRUTCHER, LLP
David A. Segal, SBN 166635
 dsegal@gibsondunn.com
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Defendant and Counterclaim Plaintiff Emulex Corporation

EMULEX CORPORATION
Randall Wick, SBN 95584
 randall.wick@emulex.com
3333 Susan Street
Costa Mesa, California 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims. | CASE NO. SACV 09-1058-JVS (ANx)<br>Hon. Arthur Nakazato<br><br>**DEFENDANT AND COUNTERCLAIM PLAINTIFF EMULEX CORPORATION'S NOTICE OF MOTION AND MOTION TO COMPEL DEPOSITION TESTIMONY PURSUANT TO RULE 30(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hearing Date (if deemed<br>necessary by the Court): June 24, 2010<br>Hearing Time:  10:00 a.m.<br>Hearing Place:  Courtroom 6B<br>Discovery Cut-Off: February 11, 2011<br>Pretrial Conference: August 15, 2011<br>Trial Date:  September 20, 2011 |

**TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, if a hearing on this motion is deemed necessary by this Court, on June 24, 2010, at 10:00 a.m., or as soon thereafter as counsel may be heard before the Honorable Arthur Nakazato of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California 92701-4516, defendant and counterclaim plaintiff Emulex Corporation ("Emulex") will and hereby does move to compel prompt deposition testimony by plaintiff Broadcom Corporation ("Broadcom") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure concerning all facts known to Broadcom responsive to Defendant Emulex Corporation's Notice of 30(b)(6) Deposition of Plaintiff Broadcom Corporation [Notice No. 2], dated April 30, 2010, which essentially are all facts known to Broadcom that support its allegations that Emulex products infringed any Broadcom patents.

Commencing on May 19, 2010, counsel for the parties engaged in numerous meet and confer communications regarding disputed issues pursuant to Local Rule 37-1, including telephonic conferences and written correspondence exchanged throughout the remainder of May 2010. In its correspondence, Emulex has continuously sought the opportunity to ask Broadcom for the factual bases for its claims and contentions that Emulex directly or indirectly infringes its patents through a 30(b)(6) deposition witness; Broadcom has refused to promptly produce such a witness.

This Motion is made pursuant to Local Rule 37-1 and is based on this Notice of Motion, the parties' attached Joint Stipulation Re: Emulex's Motion to Compel Deposition Testimony Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, supporting declarations and exhibits filed in support thereof, the records,

///
///
///
///

Gibson, Dunn & Crutcher LLP

1

1  pleadings, and files in this action, and upon any further oral or documentary evidence
2  as the Court shall consider prior to or at the time of the hearing on this Motion.
3
4  Dated: June 1, 2010                            GIBSON, DUNN & CRUTCHER LLP
5                                                  /s/ David A. Battaglia
6                                                   David A. Battaglia
7
8                                                 ROBERT E. COOPER, SBN 35888
                                                    rcooper@gibsondunn.com
9                                                 WAYNE M. BARSKY, SBN 116731
                                                    wbarsky@gibsondunn.com
10                                                DAVID A. BATTAGLIA, SBN 130474
                                                    dbattaglia@gibsondunn.com
11                                                H. MARK LYON, SBN 162061
                                                    mlyon@gibsondunn.com
12                                                GIBSON, DUNN & CRUTCHER, LLP
                                                  333 South Grand Ave.
13                                                Los Angeles, California 90071
                                                  Telephone:  (213) 229-7000
14                                                Facsimile:   (213) 229-7380
15                                                JOSH A. KREVITT, SBN 208522
                                                    jkrevitt@gibsondunn.com
16                                                GIBSON, DUNN & CRUTCHER, LLP
17                                                200 Park Avenue
                                                  New York, NY 10066
18                                                Telephone: (212) 351-3500
19                                                Facsimile: (212) 351-6390
20                                                DAVID A. SEGAL, SBN 166635
                                                    dsegal@gibsondunn.com
21                                                GIBSON, DUNN & CRUTCHER, LLP
22                                                3161 Michelson Drive
                                                  Irvine, CA 92612-4412
23                                                Telephone: (949) 351-3800
24                                                Facsimile: (949) 351-4220
25
26
27
28

RANDALL WICK, SBN 95584  
*randall.wick@emulex.com*  
EMULEX CORPORATION  
3333 Susan Street  
Costa Mesa, CA 92626-7112  
Telephone: (714) 885-3691  
Facsimile: (714) 641-0172  

Attorneys for Defendant and Counterclaim Plaintiff EMULEX CORPORATION

100877330_1.DOC

Gibson, Dunn & Crutcher LLP