| | |
|---|---|
| 1 | WILLIAM F. LEE (admitted *pro hac vice*) |
| | (william.lee@wilmerhale.com) |
| 2 | DOMINIC E. MASSA (admitted *pro hac vice*) |
| | (dominic.massa@wilmerhale.com) |
| 3 | JOSEPH J. MUELLER (admitted *pro hac vice*) |
| | (joseph.mueller@wilmerhale.com) |
| 4 | WILMER CUTLER PICKERING |
| 5 | HALE AND DORR LLP |
| | 60 State Street |
| 6 | Boston, MA  02129 |
| | Telephone:  (617) 526-6000 |
| 7 | Facsimile:   (617) 526-5000 |
| 8 | Attorneys for Plaintiff and Counterclaim Defendant |
| | BROADCOM CORPORATION |
| 9 | (Additional Counsel Listed on Signature Page) |
| 10 | ROBERT E. COOPER (SBN 35888) |
| | (rcooper@gibsondunn.com) |
| 11 | H. MARK LYON (SBN 162061) |
| | (mlyon@gibsondunn.com) |
| 12 | GIBSON, DUNN & CRUTCHER, LLP |
| | 2029 Century Park East |
| 13 | Los Angeles, CA  90067-4267 |
| | Telephone:  (310) 552-8500 |
| 14 | Facsimile:   (310) 557-8741 |
| 15 | Attorneys for Defendant and Counterclaim Plaintiff |
| | EMULEX CORPORATION |
| 16 | (Additional Counsel Listed on Signature Page) |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, | CASE No.  SACV09-1058 JVS (ANx), SACV10-03963-JVS (ANx) |
| Plaintiff, | |
| v. | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT PURSUANT TO N.D. CAL. PATENT L.R. 4-3** |
| EMULEX CORPORATION, | |
| Defendant. | Hon. James V. Selna |
| | *Markman* Hearing: November 22, 2010 |
| **And Related Counterclaims** | Trial Date: September 20, 2011 |

Pursuant to the Court's Order Regarding Pretrial and Trial Dates dated July 21, 2010, and Rule 4-3 of the Local Rules of Practice for Patent Cases before the United States District Court for the Northern District of California (which the Court has ordered the parties to follow in this case), the parties hereby submit their Joint Claim Construction and Prehearing Statement.

### A.  Agreed Constructions

The parties agree on the following claim constructions:

| Claim Term/Patent(s) | Agreed Construction |
|---|---|
| 1. logic levels ('194/'124/'057) | digital signal states |
| 2. [$C^3$MOS] logic ('194/'124/'057) | digital logic circuitry based on current steering circuit techniques and fabricated using CMOS processes |
| 3. conventional [CMOS] logic ('194/'124/'057) | digital logic circuitry formed using complementary MOS transistors and not using current steering circuits |
| 4. segment-invariant variables ('623) | variables that may not change from TCP segment to TCP segment, but may change from time to time during the lifetime of a TCP connection |
| 5. reference signal ('150) | a signal upon which other signals are based |
| 6. quantize ('150) | to subdivide the range of values of a variable into a finite number of nonoverlapping subranges or intervals, each of which is represented by an assigned value within the subrange |
| 7. modulo operation ('555) | a mathematical operation whose result is the remainder of a division by a specified number |

**B.     Disputed Terms that Broadcom Contends Require Construction:**

Broadcom contends that the following terms require construction:

| Claim Term/Patent(s) | Broadcom's Proposed Construction | Emulex's Proposed Construction |
|---|---|---|
| 1. implemented using ('194/'124/'057) | including but not limited to | comprised entirely of |
| 2. current steering ('194/'124/'057) | directing a substantially constant current flow into one of two or more branches in response to differential input signals | directing constant flow of available sourced current into one of two or more branches |
| 3. a master timing generator adapted to generate a master timing signal ('150) | "a master timing generator" means an entity that produces an output available for use by at least one other entity for purposes of coordination.<br><br>"a master timing signal" means a signal upon which one or more reference signals to the interpolator are based.<br><br>"adapted to generate" does not require construction, and should be given its plain and ordinary meaning. | a circuit that produces a timing signal upon which all other timing signals of the communication device are based |

**C.     Disputed Terms that Emulex Contends Require Construction:**

Emulex contends that the following terms require construction:

| Claim Term/Patent(s) | Broadcom's Proposed Construction | Emulex's Proposed Construction |
|---|---|---|
| 4. virtual channel capable network device ('636) | network device that is able to establish a logical connection between network devices over a physical connection | A device that includes means for sending or receiving a virtual channel request message from or to a second network device and means for sending or receiving a virtual channel acknowledgement message and a first capability list. The device also includes means for sending or receiving a virtual channel resume message and a second capability list and means for enabling the virtual channel. When the virtual channel acknowledgement message is sent by the virtual channel capable network device, the first capability list is a capability list for the virtual channel capable network device and when the virtual channel acknowledgement message is received by the virtual channel capable network device, the first capability list is a capability list for the second network device. |

| Claim Term/Patent(s) | Broadcom's Proposed Construction | Emulex's Proposed Construction |
|---|---|---|
| 5. data port interface ('636) | electrical boundary shared by connection points, on a device, through which information is received or sent | an electrical boundary that exchanges data between data ports of the virtual channel capable network device |
| 6. remote capability list ('636) | "capability list" means a record of operations that a network device is able to perform<br><br>The term "remote" does not require construction and should be given its plain and ordinary meaning. | the capability list of a remote virtual channel capable network device responding to a message requesting establishment of a virtual channel |
| 7. local capability list ('636) | "capability list" means a record of operations that a network device is able to perform<br><br>The term "local" does not require construction and should be given its plain and ordinary meaning. | the list of virtual channel functions that should be enabled for the virtual channel between the virtual channel capable network device and the remote virtual channel capable network device |
| 8. scoreboard table ('691) | organization of port circuit status data | lookup table that stores port status and privilege information |
| 9. routing table ('691) | organization of routing information | lookup table for storing destination addresses and the identification codes of the ports or half bridges to which the destination nodes are coupled |

| Claim Term/Patent(s) | Broadcom's Proposed Construction | Emulex's Proposed Construction |
|---|---|---|
| 10. priority level ('500) | This phrase does not require construction and should be given its plain and ordinary meaning. | access level assigned to each port by management software that is used in arbitration |
| 11. [$C^3$MOS] circuit ('194/'124/'057) | circuit section that uses current steering techniques and is fabricated using CMOS processes, also known as $C^3$MOS | digital logic circuitry based on current steering circuit techniques and fabricated using CMOS processes |
| 12. coupled ('194/'124/'057) | associated, either directly or indirectly, in such a way that signal information can be transferred from one entity to another | directly connected |
| 13. provides [said at least a portion of said undated TCP connection variables] to said host<br><br>unloads [said at least a portion of said updated connection variables for said particular connection] to said host ('623) | This term does not require construction and should be given its plain and ordinary meaning.<br><br>This term should be interpreted as "uploads," which is consistent with the file history. "Uploads" does not require construction and should be given its plain and ordinary meaning. | pushes [said at least a portion of said undated TCP connection variables / said at least a portion of said updated connection variables for said particular connection] onto the stack of said host |

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

| Claim Term/Patent(s) | Broadcom's Proposed Construction | Emulex's Proposed Construction |
|---|---|---|
| 14. [TCP] connection variables ('623) | This term does not require construction and should be given its plain and ordinary meaning.<br><br>Alternatively, if the court determines that this term requires construction, the term means: "data related to a connection". | This claim term is indefinite. As such, it cannot be construed. |
| 15. said host transfers control of at least a portion of Transmission Control Protocol (TCP) connection variables to said TCP/IP Offload Engine / control of state . . . and said NIC [and] said NIC unloads . . . to said host ('623) | This phrase does not require construction and should be given its plain and ordinary meaning.<br><br>The identified claim language is not amenable to construction as a whole, because it includes multiple distinct claim terms and omits other claim terms. Emulex has not identified which, if any, of these distinct claim terms require construction. To the extent that a construction is required, each of the claim terms included in the identified language should be given its plain and ordinary meaning, unless a separate construction for it is provided elsewhere in Broadcom's Proposed Claim Constructions. | In the event these terms are not found to be indefinite, Emulex contends that these terms require at least that said TCP/IP Offload Engine / NIC ("TOE") manage the complete TCP connection, including TCP control and exception processing distinct from the data movement portion of the protocol stack. Accordingly, the TOE must handle connection setup and breakdown and all infrequently-occurring conditions, without passing the connection to said host. |

| Claim Term/Patent(s) | Broadcom's Proposed Construction | Emulex's Proposed Construction |
|---|---|---|
| 16. sampling signal ('150) | time-varying quantity that can be used by a sampler to generate discrete values representative of the values of an input signal at a series of points in time | timing signal used to sample an input signal at a frequency of the timing signal |

Each party's identification of intrinsic and extrinsic evidence is provided in Exhibit A.

### D. Terms Whose Construction Will Be Most Significant to Resolving the Parties' Dispute

Broadcom contends that there are no terms whose construction will be case or claim dispositive, but the construction of each of the following disputed terms is significant to resolving the parties' dispute: "implemented using," "current steering," and "a master timing generator adapted to generate a master timing signal."

Emulex contends that the construction of each of the following disputed terms is significant to resolving the parties' dispute and, indeed, may be claim dispositive:

    i. virtual channel capable network device  ('636)

    ii. data port interface ('636)

    iii. remote capability list / local capability list ('636)

    iv. scoreboard table ('691)

    v. routing table ('691)

    vi. priority level ('500)

    vii. implemented using ('194/'124/'057)

    viii. said host transfers control of at least a portion of Transmission Control Protocol (TCP) connection variables to said TCP/IP Offload Engine /

7

JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

        control of state . . . and said NIC [and] said NIC unloads . . . to said host ('623)

  ix. a master timing generator adapted to generate a master timing signal ('150)

  x. sampling signal ('150)

### E. Anticipated Length of Time for the Claim Construction Hearing

The parties anticipate that the claim construction hearing will require approximately two to three hours.

### F. Witnesses at the Claim Construction Hearing

The parties do not propose to call any witnesses at the Claim Construction Hearing.

Respectfully submitted,

Dated: September 24, 2010    By: /s/ Michael D. Jay

BOB STEINBERG (SBN 126407)
(bob.steinberg@lw.com)
NEIL RUBIN (SBN 250761)
(neil.rubin@lw.com)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

MICHAEL W. DE VRIES (SBN 211001)
(mike.devries@lw.com)
ANDREW J. FOSSUM (SBN 250373)
(andrew.fossum@lw.com)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)

```
JOSEPH J. MUELLER (admitted pro hac vice)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted pro hac vice)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION
```

Dated:  September 24, 2010        By:   /s/ Steven Geiszler

```
ROBERT E. COOPER (SBN 35888)
(rcooper@gibsondunn.com)
H. MARK LYON (SBN 162061)
(mlyon@gibsondunn.com)
Y. ERNEST HSIN (SBN 201668)
(ehsin@gibsondunn.com)
GIBSON, DUNN & CRUTCHER, LLP
2029 Century Park East
Los Angeles, CA  90067-4267
Telephone:  (310) 552-8500
Facsimile:   (310) 557-8741

JOSH A. KREVITT (SBN 208522)
(jkrevitt@gibsondunn.com)
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY  10066
Telephone:  (212) 351-3500
Facsimile:   (212) 351-6390

DAVID A. SEGAL (SBN 166635)
(dsegal@gibsondunn.com)
GIBSON, DUNN & CRUTCHER, LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  (949) 351-3800
Facsimile:   (949) 351-4220

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
JOSEPH V. COLAIANNI , Jr  (pro hac vice)
(colaianni@fr.com)
FISH & RICHARDSON P C
500 Arguello St,reet Suite 500
```

Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

STANLEY M. GIBSON (SBN 162329)
(smg@jmbm.com)
JEFFER MANGELS BUTLER & MITCHELL LLP
1900 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567

RANDALL WICK (SBN 95584)
(randall.wick@emulex.com)
EMULEX CORPORATION
3333 Susan Street
Costa Mesa, CA 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

Attorneys for Defendant
and Counterclaim Plaintiff
EMULEX CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Michael D. Jay, hereby certify that a copy of the foregoing *Joint Claim Construction And Prehearing Statement Pursuant To N.D. Cal. Patent L.R. 4-3* was served upon the following parties as indicated below on this 24th day of September, 2010.

**For Emulex Corporation:**

OC-ELX-PAT@gibsondunn.com
smg@jmbm.com
Broadcom-Emulex@fr.com
(email addresses for service on Emulex per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Michael D. Jay
Michael D. Jay