| | |
|---|---|
| 1 | WILLIAM F. LEE (admitted *pro hac vice*) |
| 2 | (william.lee@wilmerhale.com) |
|   | DOMINIC E. MASSA (admitted *pro hac vice*) |
| 3 | (dominic.massa@wilmerhale.com) |
|   | JOSEPH J. MUELLER (admitted *pro hac vice*) |
| 4 | (joseph.mueller@wilmerhale.com) |
|   | WILMER CUTLER PICKERING |
| 5 | HALE AND DORR LLP |
|   | 60 State Street |
| 6 | Boston, MA  02109 |
|   | Telephone:  (617) 526-6000 |
| 7 | Facsimile:   (617) 526-5000 |
| 8 | Attorneys for Plaintiff and Counterclaim Defendant |
| 9 | BROADCOM CORPORATION |
|   | (Additional Counsel Listed on Signature Page) |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, | CASE No.  SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | |

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 4th day of February, 2011:

- Broadcom's Application to File Under Seal its Motion for Leave to Amend Infringement Contentions Under Patent Local Rule 3-6;

- [Proposed] Order on Broadcom's Application to File Under Seal its Motion for Leave to Amend Infringement Contentions Under Patent Local Rule 3-6;

- Broadcom's Notice of Motion and Motion to Amend Infringement Contentions Under Patent Local Rule 3-6;

- Broadcom's Motion to Amend Infringement Contentions Under Patent Local Rule 3-6;

- Broadcom's Declaration in Support of its Motion to Amend Infringement Contentions Under Patent Local Rule 3-6, and Exhibits 1-33 thereto; and

- Broadcom's [Proposed] Amended Infringement Contentions, and Exhibits A-T thereto.

**For Emulex Corporation:**

OC-ELX-PAT@gibsondunn.com
smg@jmbm.com
Broadcom-Emulex@fr.com
(email addresses for service on Emulex per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

_/s/ Jason H. Liss_
Jason H. Liss

PROOF OF SERVICE

1

US1DOCS 7842574v1