1   WILLIAM F. LEE
    (admitted *pro hac vice*)
2   (william.lee@wilmerhale.com)
    DOMINIC E. MASSA
3   (admitted *pro hac vice*)
    (dominic.massa@wilmerhale.com)
4   JOSEPH J. MUELLER
    (admitted *pro hac vice*)
5   (joseph.mueller@wilmerhale.com)
    LOUIS W. TOMPROS
6   (admitted *pro hac vice*)
    (louis.tompros@wilmerhale.com)
7   WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
8   Boston, MA  02109
    Telephone:  (617) 526-6000
9   Facsimile:   (617) 526-5000
10
    Attorneys for Plaintiff and Counterclaim Defendant
11  BROADCOM CORPORATION
12
13              UNITED STATES DISTRICT COURT
14      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION
15

| | |
|---|---|
| 16   BROADCOM CORPORATION, | CASE No. SACV 09-01058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
| 17             Plaintiff, | |
| 18   v. | **PLAINTIFF BROADCOM CORPORATION'S NOTICE OF MOTION AND MOTION TO AMEND INFRINGEMENT CONTENTIONS UNDER PATENT LOCAL RULE 3-6** |
| 19   EMULEX CORPORATION, | |
| 20             Defendant. | |
| 21 | Hon. James V. Selna |
| 22 | Hearing Date: March 7, 2011 |
| 23 | Time:          1:30 p.m. Courtroom:    10C |
| 24   **And Related Counterclaims** | |

25
26
27
28

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on March 7, 2011, 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, the Honorable James V. Selna presiding, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Broadcom Corporation ("Broadcom") will and hereby does respectfully request that this Court grant Broadcom's motion to amend infringement contentions under Patent Local Rule 3-6.

Broadcom moves to amend its infringement contentions under Patent Local Rule 3-6 and to submit final infringement contentions under the Court's July 21, 2010 Order Regarding Pretrial and Trial Dates.  This motion is made on the grounds that Broadcom has obtained nonpublic information from Defendant Emulex Corporation ("Emulex") and third parties that was previously unavailable. Specifically, Broadcom obtained documents from third party Toshiba America Electronics Components, Inc. ("TAEC") on January 14, 2011, and performed an inspection of documents belonging to LSI Corporation ("LSI") on January 18, 2010.  Further, since October 2010, Broadcom has received additional nonpublic information from Emulex related to the accused products.

As such, Broadcom has demonstrated the requisite good cause under Patent Local Rule 3-6 to amend its infringement contentions, and to submit final infringement contentions under the Court's July 21, 2010 Order Regarding Pretrial

BROADCOM'S NOTICE OF MOTION AND
MOTION TO AMEND INFRINGEMENT
CONTENTIONS UNDER PATENT LOCAL RULE 3-6

1   and Trial Dates.

2

3   Dated:  February 4, 2011     By:   /s/ Dominic E. Massa

4                              Dominic E. Massa

5                              WILMER CUTLER PICKERING
HALE AND DORR LLP

6

7                              Attorneys for Plaintiff and Counterclaim
Defendant
BROADCOM CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**BROADCOM'S NOTICE OF MOTION AND
MOTION TO AMEND INFRINGEMENT
CONTENTIONS UNDER PATENT LOCAL RULE**