# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV 09-01058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BROADCOM CORPORATION'S MOTION TO AMEND INFRINGEMENT CONTENTIONS UNDER PATENT LOCAL RULE 3-6**<br><br>Hon. James V. Selna<br>Hearing Date: March 7, 2011<br>Time: 1:30 p.m.<br>Courtroom: 10C |

# ORDER

The Court having read and considered the motion by Plaintiff Broadcom Corporation ("Broadcom") to amend infringement contentions under Patent Local Rule 3-6, and good cause appearing therefore, makes the following Order:

It is hereby ORDERED that:

1.  Broadcom's Motion to Amend Infringement Contentions Under Patent Local Rule 3-6 is hereby granted.

2.  Broadcom shall be permitted to submit Final Infringement Contentions.

**IT IS SO ORDERED:**

Dated: March __, 2011

 

_____
Honorable James V. Selna
United States District Judge