# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION.<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant<br><br>And Related Counterclaims | Case No. SACV 09-1058-JVS (ANx) consolidated with 10-CV-3963 JVS (ANx)<br><br>**Honorable James V. Selna**<br><br>**[PROPOSED] ORDER GRANTING EMULEX'S MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS**<br><br>Hearing Date: March 7, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br><br>Before Hon. James V. Selna |

**ORDER**

The Court, having considered Emulex's Motion for Leave to Supplement Invalidity Contentions, and the briefing in support thereof, and having found good cause for the relief sought therein, GRANTS Emulex leave to amend its invalidity contentions.

IT IS SO ORDERED.

Dated: _____          _____

                                                                                    Honorable James V. Selna
United States District Judge