David M. Barkan (CSB No. 160825/barkan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello St., Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070 - Fax: (650) 839-5071

Joseph V. Colaianni (Admitted Pro Hac Vice/colaianni@fr.com)
Rudhir B. Patel (Admitted Pro Hac Vice/patel@fr.com)
FISH & RICHARDSON P.C.
1425 K St., N.W., Suite 1100
Washington, DC 20005
Tel: (202) 783-5070 - Fax: 202-783-2331

Thomas H. Reger, II (Admitted Pro Hac Vice/reger@fr.com)
FISH & RICHARDSON P.C.
1717 Main St., Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070 - Fax: (214) 747-2091

Wasif Qureshi (Admitted Pro Hac Vice/qureshi@fr.com)
1 Houston Center
1221 McKinney St., Suite 2800
Houston, TX 77010
Tel: (713) 654-5300 - Fax: (713) 652-0109

Attorneys for Defendant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>       Plaintiff,<br><br>       v.<br><br>EMULEX CORPORATION,<br><br>       Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br>consolidated with CV 10-3963 JVS (ANx)<br><br>PROOF OF SERVICE |

1     On February 4, 2011, I caused a copy of the following document(s):

2   **(1) Emulex Corporation's Confidential Disclosure of Invalidity Contentions;**

3   (2) **Confidential Exhibits C11, C12, and E to Emulex Corporation's Disclosure of Invalidity Contentions**

4

5 to be served on the interested parties in this action by converting the documents into PDF files and attaching them to an email message addressed as follows:

6

7 William F. Lee                      Attorneys for Plaintiff
Dominic E. Massa                BROADCOM CORPORATION
Joseph J. Mueller

8 WILMER CUTLER PICKERING HALE &
DORR - BOSTON

9 60 State Street
Boston, MA 02109

10 Email address:
WHBroadcomEmulexServiceList@wilmerha

11 le.com

12

13 [XX] **ELECTRONIC MAIL:**    The document was transmitted by electronic mail to the addressees' email addresses as stated above.

14

15     I declare under penalty of perjury that the above is true and correct. Executed on February 4, 2011, at Redwood City, California.

16

17                                        /s/ David M. Barkan
                                         David M. Barkan

18 50759293.doc

19

20

21

22

23

24

25

26

27

28

                                                              Proof of Service
                                                 Case No. CV 09-1058-JVS (ANx)
                                     consolidated with CV 10-3963 JVS (ANx)