WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx), SACV10-3963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE UNDER SEAL THE PARTIES' JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE**<br><br>Before Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing (1) the parties' Joint Stipulation to Dismiss Certain Allegations without Prejudice; and (2) [Proposed] Order on Joint Stipulation to Dismiss Certain Allegations without Prejudice.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. These documents include information designated by Emulex as Highly Confidential. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing (1) the parties' Joint Stipulation to Dismiss Certain Allegations without Prejudice; and (2) [Proposed] Order on Joint Stipulation to Dismiss Certain Allegations without Prejudice.

Dated: February 15, 2011

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Jason H. Liss

*Attorneys for Broadcom Corporation*
USIDOCS 7852069v1

1   BROADCOM'S APPLICATION TO FILE UNDER SEAL RE: JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE