UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV 09-1058 JVS (ANx)<br><br>[PROPOSED] *Denying* ORDER TO FILE CONFIDENTIAL MATERIALS UNDER SEAL IN CONNECTION WITH THE PARTIES' JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE<br><br>Before Hon. James V. Selna |



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 15 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

LODGED
2011 FEB 15 AM 11:45
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT CALIF.
SANTA ANA

# [PROPOSED] ORDER

Having considered Broadcom Corporation's Application to File Under Seal (1) the parties' Joint Stipulation to Dismiss Certain Allegations without Prejudice; and (2) [Proposed] Order on Joint Stipulation to Dismiss Certain Allegations without Prejudice, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____                    _____
                                          HON JAMES V. SELNA
                                          United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Michael D. Jay, Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Suite 2100, Los Angeles, California 90071 without filing.

Dated: _____                    _____
                                          HON JAMES V. SELNA
                                          United States District Judge

*The Court will not file the Order under seal. The Court would allow the Stipulation to be filed under seal, provided a redacted public version is also filed deleting on the third, fourth and fifth Whereas clauses. JVS 2-15-11*