WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02129
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on
Signature Page)

ROBERT E. COOPER (SBN 35888)
(rcooper@gibsondunn.com)
H. MARK LYON (SBN 162061)
(mlyon@gibsondunn.com)
GIBSON, DUNN & CRUTCHER, LLP
2029 Century Park East
Los Angeles, CA 90067-4267
Telephone: (310) 552-8500
Facsimile: (310) 557-8741

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on
Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011<br><br>PUBLIC REDACTED VERSION |

1     WHEREAS, Plaintiff Broadcom Corporation ("Broadcom") has asserted, in
2 Count 2 of the above-captioned case, that Defendant Emulex Corporation's
3 ("Emulex's"), OneConnect products (the "Accused Products") infringe U.S. Patent
4 No. 7,295,555 (the "'555 Patent") by virtue of their alleged implementation of the
5 Marker PDU Aligned Framing ("MPA") feature of the Internet Wide Area RDMA
6 Protocol ("iWARP") implementation of Remote Direct Memory Access
7 ("RDMA") as described in the Internet Engineering Task Force Request for
8 Comments 5044;

9     WHEREAS, Emulex has asserted counterclaims alleging that the '555
10 Patent is invalid and not infringed;

11 [redacted]
12 [redacted]
13 [redacted]
14 [redacted]
15 [redacted]
16 [redacted]
17 [redacted]
18 [redacted]
19 [redacted]

20     WHEREAS, if Broadcom dismisses its claim of infringement of the '555
21 Patent, Emulex will dismiss its counterclaims relating to the '555 Patent;

22     IT IS THEREFORE STIPULATED THAT, in light of the foregoing, (1)
23 Broadcom dismisses, without prejudice, its claims with respect to the '555 Patent,
24 and (2) Emulex dismisses, without prejudice, its counterclaims with respect to the
25 '555 Patent.

26
27 [redacted]
28

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2  Dated: February 11, 2011 | By: /s/ Joseph J. Mueller |
| 3 | |
| 4 | BOB STEINBERG (SBN 126407) |
|   | (bob.steinberg@lw.com) |
| 5 | NEIL RUBIN (SBN 250761) |
|   | (neil.rubin@lw.com) |
| 6 | LATHAM & WATKINS LLP |
|   | 355 South Grand Avenue |
| 7 | Los Angeles, CA 90071 |
|   | Telephone: (213) 485-1234 |
| 8 | Facsimile: (213) 891-8763 |
| 9 | MICHAEL W. DE VRIES (SBN 211001) |
|   | (mike.devries@lw.com) |
| 10 | LATHAM & WATKINS LLP |
|   | 650 Town Center Drive, 20th Floor |
| 11 | Costa Mesa, CA 92626 |
|   | Telephone: (714) 540-1235 |
| 12 | Facsimile: (714) 755-8290 |
| 13 | WILLIAM F. LEE (admitted *pro hac vice*) |
|   | (william.lee@wilmerhale.com) |
| 14 | DOMINIC E. MASSA (admitted *pro hac vice*) |
|   | (dominic.massa@wilmerhale.com) |
| 15 | JOSEPH J. MUELLER (admitted *pro hac vice*) |
|   | (joseph.mueller@wilmerhale.com) |
| 16 | LOUIS W. TOMPROS (admitted *pro hac vice*) |
|   | (louis.tompros@wilmerhale.com) |
| 17 | WILMER CUTLER PICKERING |
|   | HALE AND DORR LLP |
| 18 | 60 State Street |
|   | Boston, MA 02129 |
| 19 | Telephone: (617) 526-6000 |
|   | Facsimile: (617) 526-5000 |
| 20 | |
| 21 | Attorneys for Attorneys for Plaintiff |
|   | and Counterclaim Defendant |
| 22 | BROADCOM CORPORATION |

| | | |
|---|---|---|
| 1 | Dated: February 11, 2011 | By: /s/ Y. Ernest Hsin /mam |
| 2 | | ROBERT E. COOPER (SBN 35888) |
| | | (rcooper@gibsondunn.com) |
| 3 | | DAVID A. BATTAGLIA (SBN 130474)(dbattaglia@gibsondunn.com) |
| 4 | | H. MARK LYON (SBN 162061) |
| | | (mlyon@gibsondunn.com) |
| 5 | | Y. ERNEST HSIN (SBN 201668) |
| | | (ehsin@gibsondunn.com) |
| 6 | | GIBSON, DUNN & CRUTCHER, LLP |
| | | 2029 Century Park East |
| 7 | | Los Angeles, CA 90067-4267 |
| | | Telephone: (310) 552-8500 |
| 8 | | Facsimile: (310) 557-8741 |
| 9 | | JUANITA R. BROOKS (SBN 75934) |
| | | (brooks@fr.com) |
| 10 | | FISH & RICHARDSON P.C. |
| | | 12390 El Camino Real |
| 11 | | San Diego, CA 92130 |
| | | Telephone: (858) 678-5070 |
| 12 | | Facsimile: (858) 678-5099 |
| 13 | | DAVID M. BARKAN (SBN 160825) |
| | | (barkan@fr.com) |
| 14 | | FISH & RICHARDSON P.C. |
| | | 505 Arguello Street, Suite 500 |
| 15 | | Redwood City, CA 94063-1526 |
| | | Telephone: (650) 839-5070 |
| 16 | | Facsimile: (650) 839-5071 |
| 17 | | JOSEPH V. COLAIANNI, JR. |
| | | (Admitted Pro Hac Vice) |
| 18 | | (colaianni@fr.com) |
| | | FISH & RICHARDSON P.C. |
| 19 | | 1425 K. Street, NW |
| | | Washington, DC 20005 |
| 20 | | Telephone: (202) 783-5070 |
| | | Facsimile: (202) 783-2331 |
| 21 | | |
| 22 | | THOMAS H. REGER II |
| | | (Admitted Pro Hac Vice) |
| 23 | | (reger@fr.com) |
| | | FISH & RICHARDSON P.C. |
| 24 | | 1717 Main Street |
| | | Dallas, TX 75201 |
| 25 | | Telephone: (214) 747-5070 |
| | | Facsimile: (214) 747-2091 |
| 26 | | WASIF H. QURESHI |
| | | (Admitted Pro Hac Vice) |
| 27 | | (qureshi@fr.com) |

JOINT STIPULATION TO DISMISS CERTAIN
ALLEGATIONS WITHOUT PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

RANDALL WICK (SBN 95584)
(randall.wick@emulex.com)
EMULEX CORPORATION
3333 Susan Street
Costa Mesa, CA 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

Attorneys for Defendant
and Counterclaim Plaintiff
EMULEX CORPORATION

JOINT STIPULATION TO DISMISS CERTAIN
ALLEGATIONS WITHOUT PREJUDICE

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that copies of the foregoing *Joint Stipulation to Dismiss Certain Allegations Without Prejudice* were served upon the following parties as indicated below on this 11th day of February, 2011:

**For Emulex Corporation:**

OC-ELX-PAT@gibsondunn.com
smg@jmbm.com
Broadcom-Emulex@fr.com
(email addresses for service on Emulex per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

_____
Jason H. Liss

JOINT STIPULATION TO DISMISS CERTAIN
ALLEGATIONS WITHOUT PREJUDICE