|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION |

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

Pursuant to Local Rule 7-1, Broadcom Corporation ("Broadcom") and Emulex Corporation ("Emulex") entered into a stipulation dated February 11, 2011, filed under seal on February 15, 2011, and filed in public redacted form on February 18, 2011, in which, for the reasons stated therein, Broadcom has agreed to dismiss without prejudice its allegations relating to United States Patent No. 7,295,555, and Emulex has agreed to dismiss its counterclaim relating to this same patent.

## **ORDER**

Based on the above-referenced stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the following counts of Broadcom's Complaint and Emulex's Counterclaims are dismissed without prejudice:

1. Count Two of Broadcom's First Amended Complaint (Infringement of the '555 Patent); and
2. Emulex's Second Counterclaim (Declaratory Judgment of Invalidity and Non-Infringement of U.S. Patent No. 7,295,555).

Dated: _____

_____
Hon. James V. Selna
United States District Judge