| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA<br>(admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER<br>(admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>BROADCOM CORPORATION<br>(Additional Counsel Listed on Signature Page) | ROBERT E. COOPER (SBN 35888)<br>(rcooper@gibsondunn.com)<br>H. MARK LYON (SBN 162061)<br>(mlyon@gibsondunn.com)<br>GIBSON, DUNN & CRUTCHER, LLP<br>2029 Century Park East<br>Los Angeles, CA  90067-4267<br>Telephone:  (310) 552-8500<br>Facsimile:   (310) 557-8741<br><br>JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>EMULEX CORPORATION<br>(Additional Counsel Listed on Signature Page) |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>           **Plaintiff,**<br><br>     v.<br><br>**EMULEX CORPORATION,**<br><br>           **Defendant.**<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx) consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING PRETRIAL DATES**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

1  Pursuant to Local Rule 7-1 and the Court's Minute Order Dated February
2  11, 2011 (Dkt. No. 286), Plaintiff and Counter-Defendant Broadcom Corporation
3  ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation
4  ("Emulex") hereby stipulate as follows:
5     1.   WHEREAS the Court has directed Broadcom and Emulex to meet and
6  confer regarding interim dates and provide a stipulation and proposed order
7  regarding revised interim dates in the above-captioned litigation (including a date
8  by which the parties will have completed mediation and submitted a mediation
9  statement to the Court); and
10    2.   WHEREAS, after good-faith negotiations, Broadcom and Emulex
11 have agreed on the pretrial dates as shown on the attached Exhibit A;
12 **IT IS HEREBY STIPULATED** that the above-captioned litigation proceed
13 in accordance with the agreed-upon dates set on the attached Exhibit A.

Dated: February 18, 2011         WILMER CUTLER PICKERING
                                 HALE AND DORR LLP

                                 By: /s/ Dominic E. Massa
                                     Dominic E. Massa
                                     Attorneys for Broadcom


Dated: February 18, 2011         FISH & RICHARDSON P.C.

                                 By: /s/ David M. Barkan
                                     David M. Barkan
                                     Attorneys for Emulex

1 | *Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Pretrial Dates* was served upon the following parties as indicated below on this 18th day of February, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| OC-ELX-PAT@gibsondunn.com<br>smg@jmbm.com<br>broadcom-emulex@fr.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

*Broadcom Corporation v. Emulex Corporation*
**Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)**

**Exhibit A**
**Proposed Revised Schedule**

| EVENT: | ORIGINAL DATE: | NEW DATE: |
| --- | --- | --- |
| Non-expert Discovery Cut-off on topics other than Damages (i.e. last day responses to discovery can be due) | March 11, 2011 | April 11, 2011 |
| Last Day for Hand-Serving Motions to Compel Non-expert Discovery (other than on damages) | March 16, 2011 | April 15, 2011 |
| Exchange Expert Reports (for topics other than damages upon which the parties have the burden of proof) | March 25, 2011 | April 15, 2011 |
| Exchange Rebuttal Expert Reports (on topics other than damages) | April 15, 2011 | May 6, 2011 |
| Non-expert Discovery Cut-off on Damages | [none] | May 6, 2011 |
| Last Day for Hand-Serving Motions to Compel Non-expert Discovery on Damages | [none] | May 9, 2011 |
| Opening Expert Report on Damages | [none] | May 13, 2011 |
| Expert Discovery Cut-off (on topics other than damages) | May 6, 2011 | May 30, 2011 |
| Rebuttal Expert Report on Damages | [none] | June 10, 2011 |
| Last day for Hand-Serving Motions and Filing (other than Motions in Limine) | May 13, 2011 | June 10, 2011 |
| Expert Discovery Cut-off on Damages | [none] | July 1, 2011 |
| Last day for Oppositions to Motions | June 3, 2011 | July 1, 2011 |
| Last day for Replies to Motions | June 13, 2011 | July 11, 2011 |
| Exchange Exhibit Lists and Witness Lists | July 15, 2011 | Same |

4

**JOINT STIPULATION REGARDING PRETRIAL DATES**

| **EVENT:** | **ORIGINAL DATE:** | **NEW DATE:** |
|---|---|---|
| Last Day for Hand-Serving Motions in Limine | July 15, 2011 | Same |
| Exchange Proposed Jury Instructions and Verdict Forms and Draft Agreed-to Statement of Case | July 15, 2011 | Same |
| Deadline for Parties to Have Completed Mediation and Submitted Mediation Statement to Court | [none] | July 20, 2011 |
| Exchange Objections to Exhibit Lists | July 22, 2011 | Same |
| Oppositions to Motions in Limine Due | July 22, 2011 | Same |
| Exchange Affirmative Deposition Designations | July 22, 2011 | Same |
| Last day for Hearing Motions (other than Motions in Limine) | June 27, 2011, 1:30 p.m. | July 25, 2011 3:00 p.m. |
| Replies to Motions in Limine Due | July 29, 2011 | Same |
| Exchange Rebuttal Deposition Designations and Objections to Affirmative Deposition Designations | July 29, 2011 | Same |
| Exchange Objections to Rebuttal Deposition Designations, including Completeness Objections. | August 5, 2011 | Same |
| Lodge Pretrial Conference Order; and File Memorandum on Contentions of Fact and Law; Exhibit List; Witness List; and Status Report Regarding Settlement. | August 8, 2011 | Same |

**JOINT STIPULATION REGARDING PRETRIAL DATES**

| EVENT: | ORIGINAL DATE: | NEW DATE: |
|---|---|---|
| Final Pre-Trial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement Regarding Disputed Instructions and Verdict Forms; and File Proposed *Voir Dire* Questions and Agreed-to Statement of Case. | August 15, 2011, 11:00 a.m. | Same |
| Jury Trial [Broadcom's Trial Estimate: 10-15 days; Emulex's Trial Estimate: as much as 30 days] | September 20, 2011, 8:30 a.m. | Same |

JOINT STIPULATION REGARDING
PRETRIAL DATES

US1DOCS 7857333v1