WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on
Signature Page)

ROBERT E. COOPER (SBN 35888)
(rcooper@gibsondunn.com)
H. MARK LYON (SBN 162061)
(mlyon@gibsondunn.com)
GIBSON, DUNN & CRUTCHER, LLP
2029 Century Park East
Los Angeles, CA  90067-4267
Telephone:  (310) 552-8500
Facsimile:  (310) 557-8741

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:   (858) 678-5070
Facsimile:   (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA  94063-1526
Telephone:   (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on
Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**JOINT STATEMENT ON NON-OPPOSITION TO BROADCOM'S MOTION TO AMEND INFRINGEMENT CONTENTIONS AND EMULEX'S MOTION FOR LEAVE TO SUPPLEMENT INVALIDITY CONTENTIONS** |

1    WHEREAS, Plaintiff Broadcom Corporation ("Broadcom") filed on

2    February 4, 2011 its Motion to Amend Infringement Contentions (Dkt. No. 272);

3    WHEREAS, Defendant Emulex Corporation ("Emulex") filed on February

4    4, 2011 its Motion for Leave to Supplement Invalidity Contentions (Dkt. No. 273);

5    and

6    WHEREAS, Broadcom and Emulex have conferred about their respective

7    motions and have agreed not to oppose the other party's motion, to allow the Court

8    to grant the motions without need for further response by the parties or a hearing.

9    IT IS THEREFORE STIPULATED AND STATED THAT, in light of the

10   foregoing, (1) Broadcom does not oppose Emulex's Motion for Leave to

11   Supplement Invalidity Contentions (Dkt. No. 273), and (2) Emulex does not

12   oppose Broadcom's Motion to Amend Infringement Contentions (Dkt. No. 272).

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STATEMENT ON NON-OPPOSITION TO
MOTIONS TO AMEND INFRINGEMENT AND
INVALIDITY CONTENTIONS**

1

2    Dated:  February 18, 2011

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Respectfully submitted,

By:    /s/ Dominic E. Massa

WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION

**JOINT STATEMENT ON NON-OPPOSITION TO
MOTIONS TO AMEND INFRINGEMENT AND
INVALIDITY CONTENTIONS**

1   Dated:  February 18, 2011          By:___/s/ David M. Barkan_____

2                                       ROBERT E. COOPER (SBN 35888)
3                                       (rcooper@gibsondunn.com)
                                        DAVID A. BATTAGLIA (SBN
4                                       130474)(dbattaglia@gibsondunn.com)
                                        H. MARK LYON (SBN 162061)
5                                       (mlyon@gibsondunn.com)
                                        Y. ERNEST HSIN (SBN 201668)
6                                       (ehsin@gibsondunn.com)
                                        GIBSON, DUNN & CRUTCHER, LLP
7                                       2029 Century Park East
                                        Los Angeles, CA  90067-4267
8                                       Telephone:  (310) 552-8500
                                        Facsimile:   (310) 557-8741

9                                       JUANITA R. BROOKS (SBN 75934)
10                                      (brooks@fr.com)
                                        FISH & RICHARDSON P.C.
11                                      12390 El Camino Real
                                        San Diego, CA  92130
12                                      Telephone:  (858) 678-5070
                                        Facsimile:   (858) 678-5099

13                                      DAVID M. BARKAN (SBN 160825)
14                                      (barkan@fr.com)
                                        FISH & RICHARDSON P.C.
15                                      505 Arguello Street, Suite 500
                                        Redwood City, CA  94063-1526
16                                      Telephone:  (650) 839-5070
                                        Facsimile:   (650) 839-5071

17                                      JOSEPH V. COLAIANNI, JR.
18                                      (Admitted Pro Hac Vice)
                                        (colaianni@fr.com)
19                                      FISH & RICHARDSON P.C.
                                        1425 K. Street, NW
20                                      Washington, DC  20005
                                        Telephone:  (202) 783-5070
21                                      Facsimile:   (202) 783-2331

22                                      THOMAS H. REGER II
                                        (Admitted Pro Hac Vice)
23                                      (reger@fr.com)
                                        FISH & RICHARDSON P.C.
24                                      1717 Main Street
                                        Dallas, TX 75201
25                                      Telephone:  (214) 747-5070
                                        Facsimile:   (214) 747-2091

26                                      WASIF H. QURESHI
27                                      (Admitted Pro Hac Vice)
                                        (qureshi@fr.com)

**JOINT STATEMENT ON NON-OPPOSITION TO
MOTIONS TO AMEND INFRINGEMENT AND
INVALIDITY CONTENTIONS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street
Houston, TX  77010
Telephone:  (713) 654-5300
Facsimile:   (713) 652-0109

RANDALL WICK (SBN 95584)
(randall.wick@emulex.com)
EMULEX CORPORATION
3333 Susan Street
Costa Mesa, CA  92626-7112
Telephone:  (714) 885-3691
Facsimile:   (714) 641-0172

Attorneys for Defendant
and Counterclaim Plaintiff
EMULEX CORPORATION

**JOINT STATEMENT ON NON-OPPOSITION TO
MOTIONS TO AMEND INFRINGEMENT AND
INVALIDITY CONTENTIONS**

1

2

*Broadcom Corporation v. Emulex Corporation,*
Case Nos.  SACV09-1058 JVS (ANx) and SACV10-03963-JVS (ANx)

3

## **PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

4

5

6

7

8

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Statement on Non-Opposition to Broadcom's Motion to Amend Infringement Contentions and Emulex's Motion for Leave to Supplement Invalidity Contentions* was served upon the following parties as indicated below on this 18th day of February, 2011.

9

**For Emulex Corporation:**

10

11

12

13

OC-ELX-PAT@gibsondunn.com
smg@jmbm.com
broadcom-emulex@fr.com
(email addresses for service on Emulex per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

14

15

I certify under penalty of perjury that the foregoing is true and correct.

16

17

/s/ Jason H. Liss
Jason H. Liss

18

19

20

21

22

23

24

25

26

27

6

**JOINT STATEMENT ON NON-OPPOSITION TO MOTIONS TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS**