UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**ORDER REGARDING PRETRIAL DATES**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

1  Pursuant to Local Rule 7-1 and the Court's Minute Order Dated February
2  11, 2011 (Dkt. No. 286), Plaintiff and Counter-Defendant Broadcom Corporation
3  ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation
4  ("Emulex") stipulated as follows:
5      1.    WHEREAS the Court has directed Broadcom and Emulex to meet and
6  confer regarding interim dates and provide a stipulation and proposed order
7  regarding revised interim dates in the above-captioned litigation (including a date
8  by which the parties will have completed mediation and submitted a mediation
9  statement to the Court); and
10     2.    WHEREAS, after good-faith negotiations, Broadcom and Emulex
11 have agreed on the pretrial dates as shown on the attached Exhibit A;
12 **IT IS HEREBY STIPULATED** that the above-captioned litigation proceed
13 in accordance with the agreed-upon dates set on the attached Exhibit A.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the above-captioned case will proceed in accordance with the pretrial and trial dates as schedule on the attached Exhibit A.

Dated: February 22, 2011

_____
Hon. James V. Selna
United States District Judge

*Broadcom Corporation v. Emulex Corporation*
**Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)**

**Exhibit A**
**Revised Schedule**

| EVENT: | ORIGINAL DATE: | NEW DATE: |
|---|---|---|
| Non-expert Discovery Cut-off on topics other than Damages (i.e. last day responses to discovery can be due) | March 11, 2011 | April 11, 2011 |
| Last Day for Hand-Serving Motions to Compel Non-expert Discovery (other than on damages) | March 16, 2011 | April 15, 2011 |
| Exchange Expert Reports (for topics other than damages upon which the parties have the burden of proof) | March 25, 2011 | April 15, 2011 |
| Exchange Rebuttal Expert Reports (on topics other than damages) | April 15, 2011 | May 6, 2011 |
| Non-expert Discovery Cut-off on Damages | [none] | May 6, 2011 |
| Last Day for Hand-Serving Motions to Compel Non-expert Discovery on Damages | [none] | May 9, 2011 |
| Opening Expert Report on Damages | [none] | May 13, 2011 |
| Expert Discovery Cut-off (on topics other than damages) | May 6, 2011 | May 30, 2011 |
| Rebuttal Expert Report on Damages | [none] | June 10, 2011 |
| Last day for Hand-Serving Motions and Filing (other than Motions in Limine) | May 13, 2011 | June 10, 2011 |
| Expert Discovery Cut-off on Damages | [none] | July 1, 2011 |
| Last day for Oppositions to Motions | June 3, 2011 | July 1, 2011 |
| Last day for Replies to Motions | June 13, 2011 | July 11, 2011 |
| Exchange Exhibit Lists and Witness Lists | July 15, 2011 | Same |

| EVENT: | ORIGINAL DATE: | NEW DATE: |
|---|---|---|
| Last Day for Hand-Serving Motions in Limine | July 15, 2011 | Same |
| Exchange Proposed Jury Instructions and Verdict Forms and Draft Agreed-to Statement of Case | July 15, 2011 | Same |
| Deadline for Parties to Have Completed Mediation and Submitted Mediation Statement to Court | [none] | July 20, 2011 |
| Exchange Objections to Exhibit Lists | July 22, 2011 | Same |
| Oppositions to Motions in Limine Due | July 22, 2011 | Same |
| Exchange Affirmative Deposition Designations | July 22, 2011 | Same |
| Last day for Hearing Motions (other than Motions in Limine) | June 27, 2011, 1:30 p.m. | July 25, 2011 3:00 p.m. |
| Replies to Motions in Limine Due | July 29, 2011 | Same |
| Exchange Rebuttal Deposition Designations and Objections to Affirmative Deposition Designations | July 29, 2011 | Same |
| Exchange Objections to Rebuttal Deposition Designations, including Completeness Objections. | August 5, 2011 | Same |
| Lodge Pretrial Conference Order; and File Memorandum on Contentions of Fact and Law; Exhibit List; Witness List; and Status Report Regarding Settlement. | August 8, 2011 | Same |

| | EVENT: | ORIGINAL DATE: | NEW DATE: |
|---|---|---|---|
| 1 | | | |
| 2 | Final Pre-Trial Conference; | August 15, 2011, 11:00 a.m. | Same |
| 3 | Hearing on Motions in Limine; | | |
| 4-6 | File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement Regarding Disputed Instructions and Verdict Forms; and | | |
| 7-8 | File Proposed *Voir Dire* Questions and Agreed-to Statement of Case. | | |
| 9-11 | Jury Trial<br><br>[Broadcom's Trial Estimate: 10-15 days; Emulex's Trial Estimate: as much as 30 days] | September 20, 2011, 8:30 a.m. | Same |