Name and address:
Bryan S. Conley
60 State Street
Boston, MA 02109

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Broadcom Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV 09-1058-JVS (ANx) |
| v. | |
| Emulex Corporation | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Bryan S. Conley_____, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff   ☐ Defendant: Broadcom Corporation_____ by whom I have been retained.

My *out-of-state* business information is as follows:
Wilmer Cutler Pickering Hale and Dorr LLP
*Firm Name*

60 State Street
*Street Address*

Boston, MA 02109
*City, State, Zip*

bryan.conley@wilmerhale.com
*E-Mail Address*

617-526-6000
*Telephone Number*

617-526-5000
*Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| Commonwealth of Massachusetts | 11/27/2006 |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Andrew Grossman  as local counsel, whose business information is as follows:

Wilmer Cutler Pickering Hale and Dorr LLP
*Firm Name*

350 South Grand Avenue Suite 2100
*Street Address*

Los Angeles, CA 90071                    Andrew.Grossman@wilmerhale.com
*City, State, Zip*                                    *E-Mail Address*

(213) 443-5303                              (213) 443-5400
*Telephone Number*                         *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated  2/9/11

Bryan S. Conley
*Applicant's Name (please print)*

*Bryan S. Conley* (signature)
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated  2/22/11

Andrew Grossman
*Designee's Name (please print)*

(signature)
*Designee's Signature*

211546
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.