# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Broadcom Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV 09-1058-JVS (ANx) |
| v. | |
| Emulex Corporation | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __Bryan S. Conley__,
*Applicant=s Name*

of __Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109__
*Firm Name / Address*

__617-526-6000__                              __bryan.conley@wilmerhale.com__
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   x Plaintiff   G Defendant

__Broadcom Corporation__

and the designation of __Andrew Grossman (211546)__
*Local Counsel Designee /State Bar Number*

of __Wilmer Cutler Pickering Hale and Dorr LLP, 350 South Grand Avenue, Los Angeles, CA 90071__
*Local Counsel Firm / Address*

__(213) 443-5303__                              __Andrew.Grossman@wilmerhale.com__
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

x GRANTED

G DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated _____              _____
                                          U. S. District Judge/U.S. Magistrate Judge