1  Juanita R. Brooks (SBN 75934)
    *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12 BROADCOM CORPORATION,           | Case No. SACV 09-1058-JVS (ANx)
                                    consolidated with CV 10-3963 JVS (ANx)
13        Plaintiff,
              vs.                   | Honorable James V. Selna
14
    EMULEX CORPORATION,             | **NOTICE OF APPEARANCE OF
15                                    JONATHAN J. LAMBERSON**
          Defendant.
16
    And Related Counterclaims.
17

18 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19      Jonathan J. Lamberson of Fish & Richardson P.C., files this Notice of

20 Appearance in the above-captioned matter on behalf of Emulex Corporation.

21 Mr. Lamberson is admitted to practice in the Central District of California and his

22 California Bar number is 239107.

23

24 Dated: March 1, 2011          By:   */s/ Jonathan J. Lamberson*
                                        Jonathan J. Lamberson
25

26

27

28

*Additional Counsel*

David M. Barkan (SBN 160825)
 *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
 *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, NW
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 *qureshi@fr.com*
FISH & RICHARDSON P.C
1 Houston Center
1221 McKinney Street
Houston, TX 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50763975.doc

2

NOTICE OF APPEARANCE OF JONATHAN J. LAMBERSON