UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 09-01058-JVS (ANx)    Date  March 1, 2011 |
| Title | Broadcom Corp. v. Emulex Corp., et al. |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Order Granting Broadcom's Motion to Amend Infringement Contentions and Emulex's Motion for Leave to Supplement Invalidity Contentions

      Plaintiff Broadcom Corporation ("Broadcom") requests the Court grant its motion to amend infringement contentions under Northern District Patent Local Rule 3-6. Broadcom has recently obtained nonpublic information from Defendant Emulex Corporation ("Emulex") and from third parties that was not previously available. (Pl.'s Mot. Br. 1, Docket No. 272.) Emulex also requests the Court grant it leave to supplement its invalidity contentions under Rule 3-6. (Def.'s Mot. Br. 2, Docket No. 273.) Emulex argues that it has recently discovered "select material prior art that will test the validity of several asserted claims." (Def.'s Mot. Br. 4.)

      Rule 3-6 provides that "[a]mendment of the infringement contentions or the invalidity contentions may be made only by order of the Court upon a timely showing of good cause." Patent Local Rule 3-6.[1] The Federal Circuit has held that under Rule 3-6,

---

[1] The Rule provides examples of circumstances that may support a finding of good cause, absent undue prejudice to the non-moving party:

> (a) a claim construction by the Court different from that proposed by the party seeking amendment; (b) recent discovery of material, prior art despite earlier diligent search; and (c) recent discovery of nonpublic information about the Accused Instrumentality which was not discovered, despite diligent efforts, before the service of the Infringement Contentions.

Patent Local Rule 3-6.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) | Date | March 1, 2011 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

the " 'good cause' requirement requires a showing of diligence." O2 Micro Int'l Ltd. v. Monolithic Power Sys., Inc., 467 F.3d 1355, 1366 (Fed. Cir. 2006). "The burden is on the movant to establish diligence rather than on the opposing party to establish a lack of diligence." Id.

The parties have each demonstrated good cause for amendment, and they have also filed a joint statement of non-opposition. (Docket No. 299.) Accordingly, the Court grants both motions. Broadcom shall be permitted to submit Final Infringement Contentions, and Emulex shall be permitted to amend its invalidity contentions.

The Court finds that oral argument will not be helpful on this matter and therefore the March 7, 2011 hearing date is vacated. Fed. R. Civ. P. 78; Local Rule 7-15.

IT IS SO ORDERED.

| | | 0 | : | 00 |
|---|---|---|---|---|
| | Initials of Preparer | kjt | | |