Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**EMULEX CORPORATION'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS FOR U.S. PAT. NO. 7,239,636**<br><br>Hearing Date: April 11, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above time and place, Defendant Emulex Corporation will move for leave to amend its invalidity contentions for U.S. Patent No. 7,239,636 to raise a single additional prior art reference called "Infiniband."

/ / /

/ / /

CASE NO. CV 09-1058-JVS (ANx)

1       This motion is made following the conference of counsel pursuant to Local Rule 7-3, and is based on the memorandum, declaration and supporting documents filed herewith, and any arguments that may be presented at the hearing.

Dated:  March 11, 2011              FISH & RICHARDSON P.C.


                                       By: */s/ Jonathan J. Lamberson*
                                               Jonathan J. Lamberson

                                       Attorneys for Defendant and
                                       Counterclaimant
                                       EMULEX CORPORATION

50765833.doc

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
   *barkan@fr.com*
3 | Jonathan J. Lamberson (SBN 239107)
   *lamberson@fr.com*
4 | FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
   Telephone: (650) 839-5070
6 | Facsimile: (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
8 | FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
   Telephone: (202) 783-5070
10 | Facsimile: (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
   *reger@fr.com*
12 | FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
   Telephone: (214) 747-5070
14 | Facsimile: (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
   *qureshi@fr.com*
16 | FISH & RICHARDSON P.C
   One Houston Center
17 | 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
18 | Telephone: (713) 654-5300
   Facsimile: (713) 652-0109

19 |

20 | 50765833.doc

21 |

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 11, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
     Jonathan J. Lamberson

50765833.doc