1   Juanita R. Brooks (SBN 75934)
   *brooks@fr.com*
2   FISH & RICHARDSON P.C.
   12390 El Camino Real
3   San Diego, CA 92130
   Telephone: (858) 678-5070
4   Facsimile: (858) 678-5099

5   *(Additional counsel listed on signature page)*

6   Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    (SOUTHERN DIVISION)

11

12   BROADCOM CORPORATION,

13       Plaintiff,

14       v.

15   EMULEX CORPORATION,

16       Defendant.

17

18

19   And Related Counterclaims

20

| | |
|---|---|
| Case No. CV 09-1058-JVS (ANx) | |
| consolidated with CV 10-3963 JVS (ANx) | |

**EMULEX CORPORATION'S NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS FOR U.S. PAT. NO. 7,239,636**

Hearing Date: April 11, 2011
Time: 1:30 p.m.
Place: Courtroom 10C
Before: Hon. James V. Selna

21

22       PLEASE TAKE NOTICE that Defendant Emulex Corporation is lodging with

23 the Court the following document: [Proposed] Order Granting Emulex

24 Corporation's Motion for Leave to Amend Invalidity Contentions for U.S. Pat.

25 No. 7,239,636.

26       The proposed order is attached to this Notice pursuant to Central District

27 General Order 10-07, Section VIA(A).

28

1   Dated:  March 11, 2011                 FISH & RICHARDSON P.C.

2

3                                          By: */s/ Jonathan J. Lamberson*

4                                               Jonathan J. Lamberson

5                                          Attorneys for Defendant and

6                                          Counterclaimant
                                           EMULEX CORPORATION

7

8       50766036.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
   *barkan@fr.com*
3 | Jonathan J. Lamberson (SBN 239107)
   *lamberson@fr.com*
4 | FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
6 | Facsimile:  (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
8 | FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
   Telephone:  (202) 783-5070
10 | Facsimile:  (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
   *reger@fr.com*
12 | FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
   Telephone:  (214) 747-5070
14 | Facsimile:  (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
   *qureshi@fr.com*
16 | FISH & RICHARDSON P.C
   One Houston Center
17 | 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
18 | Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109

19 |

20 | 50766036.doc

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

CASE NO. CV 09-1058-JVS (ANx)

1

**CERTIFICATE OF SERVICE**

2

      The undersigned hereby certifies that a true and correct copy of the above and

3

foregoing document has been served on March 11, 2011 to all counsel of record

4

who are deemed to have consented to electronic service via the Court's CM/ECF

5

system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail

6

or hand delivery.

7

8

                        By: */s/ Jonathan J. Lamberson*
                            Jonathan J. Lamberson

9

10

11

50766036.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4