1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
|---|---|
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **[PROPOSED] ORDER GRANTING EMULEX CORPORATION'S MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS FOR U.S. PAT. NO. 7,239,636** |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | Hearing Date:  April 11, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom 10C<br>Before:  Hon. James V. Selna |

**ORDER**

Having considered Defendant Emulex Corporation's Motion for Leave to Amend Invalidity Contentions for U.S. Patent No. 7,239,636, and good cause having been shown, the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated:_____

_____
Hon. James V. Selna
United States District Court

50765843.doc

CASE NO. CV 09-1058-JVS (ANx)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 11, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50765843.doc

2

CASE NO. CV 09-1058-JVS (ANx)