Juanita R. Brooks (SBN 75934)
 brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>EMULEX CORPORATION,<br><br>  Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**SECOND DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF EMULEX CORPORATION'S REPLY TO ITS MOTION FOR LEAVE TO AMEND INVALIDITY CONTENTIONS FOR U.S. PAT. NO. 7,239,636**<br><br>Hearing Date: April 11, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

1. I am an associate in the Redwood City, California office of Fish & Richardson P.C., counsel of record for defendant Emulex Corporation. I make these statements based upon my own personal knowledge.

2. Attached hereto as Exhibit I is a true and correct copy of excerpts from the deposition transcript of Sanjeev Datla, taken on March 17, 2011.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of March, 2011, at Redwood City, California.

Dated:  March 28, 2011                    By: */s/ Jonathan J. Lamberson*
                                                      Jonathan J. Lamberson

50770817.doc

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
  barkan@fr.com
3 | Jonathan J. Lamberson (SBN 239107)
  lamberson@fr.com
4 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
Telephone: (650) 839-5070
6 | Facsimile: (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
  colaianni@fr.com
8 | FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
Telephone: (202) 783-5070
10 | Facsimile: (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
  reger@fr.com
12 | FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
Telephone: (214) 747-5070
14 | Facsimile: (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
  qureshi@fr.com
16 | FISH & RICHARDSON P.C
One Houston Center
17 | 1221 McKinney Street, 28th Floor
Houston, Texas 77010
18 | Telephone: (713) 654-5300
Facsimile: (713) 652-0109

19 |

20 | 50770817.doc

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 28, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50770817.doc

4

CASE NO. CV 09-1058-JVS (ANx)