# EXHIBIT I

```
                                                                    1
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                          ---o0o---

 4


 5   BROADCOM CORPORATION,        )
                                  )
 6          Plaintiff,            )  No. SACV09-01058-JVS
                                  )      (ANX)
 7                                )  Consolidated with
       vs.                        )  No. SAC10-03963-JVS
 8                                )      (ANX)
     EMULEX CORPORATION,          )
 9                                )
            Defendant.            )
10   _____)
     AND RELATED CLAIMS.          )
11   _____)

12


13


14          ***HIGHLY CONFIDENTIAL TESTIMONY***

15     30(b)(6) VIDEOTAPED DEPOSITION OF EMULEX CORPORATION

16              DESIGNEE:  SANJEEV DATLA

17              THURSDAY, MARCH 17, 2011

18


19


20


21


22


23


24   PAGES 1 - 128

25     Job No. CS319723
```

118

1  here today, apart from your normal salary?
2     A   No.
3        MR. TOMPROS:  I have nothing further.
4        MR. LAMBERSON:  I have just a couple of
5  questions.  Can we take a quick break?
6        MR. TOMPROS:  Sure.
7        THE VIDEOGRAPHER:  Off the record at
8  12:23 p.m.
9           (Recess taken.)
10       THE VIDEOGRAPHER:  And we are back on
11  the record at 12:32 p.m.
12                EXAMINATION
13  BY MR. LAMBERSON:
14    Q   Mr. Datla, you were asked some questions
15  today about InfiniBand.
16       Do you remember those questions?
17    A   Yes, I do.
18    Q   Did you do any work on InfiniBand at
19  ServerEngines?
20    A   No --
21    Q   Have you --
22    A   -- I have personally not done any work on
23  InfiniBand.
24    Q   Did you do any work on InfiniBand at
25  Emulex?

119

1     A   No.
2     Q   Was there something that occurred recently
3  that refreshed your recollection on InfiniBand?
4        MR. TOMPROS:  Objection; leading.
5        MR. LAMBERSON:  I don't think it was.
6  BY MR. LAMBERSON:
7     Q   But you can answer.
8     A   Sorry, I didn't get you.
9        MR. TOMPROS:  You can answer.  I get a
10  chance to object when he asks questions and I'm
11  objecting to that one as leading.
12       THE WITNESS:  Okay.  I received an
13  e-mail from one of our attorneys.
14  BY MR. LAMBERSON:
15    Q   Okay.  I don't want you to go into the
16  substance of it.
17       And was that --
18       What was the timeframe of you hearing
19  about it, if you remember?  Within the past month?
20       MR. TOMPROS:  Object; leading.
21       Go ahead.
22       THE WITNESS:  Somewhere in February.
23  BY MR. LAMBERSON:
24    Q   End of February?
25       MR. TOMPROS:  Objection; leading.

120

1        THE WITNESS:  Somewhere in February.  I
2  don't remember.
3  BY MR. LAMBERSON:
4     Q   You don't remember.  Okay.
5        Before the lawyers brought InfiniBand to
6  your attention -- strike that.
7        You mentioned --
8        You talked today that -- you said
9  InfiniBand had virtual lanes.
10       Do you remember that?
11    A   Yes, I do.
12    Q   Before the lawyers brought InfiniBand to
13  your attention and refreshed your recollection,
14  would you have known without, you know, rereading
15  the specification that InfiniBand had virtual
16  channels?
17       MR. TOMPROS:  Objection; leading and
18  mischaracterizes prior testimony.
19       THE WITNESS:  The -- the last time I
20  looked at the spec was when it was .9 at NEC.
21  BY MR. LAMBERSON:
22    Q   Do you recall ever reading the 1.0 spec?
23    A   No.
24    Q   What about 1.0.A?
25    A   No.  The last spec that I remember reading

121

1  was .9 while I was at NEC.
2     Q   Okay.
3        You were also asked some questions about
4  documents that you may have.
5        Do you remember that?
6     A   Yes.
7     Q   And this is just a "yes" or "no" question.
8        Do you personally know whether your
9  documents have been collected in this case?
10    A   Yes.
11    Q   Okay.
12       And were they?
13    A   Sorry?
14    Q   Were they?  "Yes" or "no"?
15    A   They were collected.
16       MR. LAMBERSON:  Okay.  That's all I
17  have.
18       MR. TOMPROS:  A few questions on
19  recross.
20            FURTHER EXAMINATION
21  BY MR. TOMPROS:
22    Q   You said earlier that you did not
23  personally work on InfiniBand at ServerEngines,
24  right?
25    A   ServerEngines, no.