FISH & RICHARDSON P.C.
James E. Youngblood
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070
jyoungblood@fr.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Broadcom Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV 09-1058-JVS (ANx) |
| v. | |
| Emulex Corporation | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of <u>James E. Youngblood</u>, of <u>Fish & Richardson P.C., 1717 Main Street, Suite 5000, Dallas, Texas 75201</u>
    *Applicant's Name*                                                                                                                       *Firm Name / Address*

<u>(214) 747-5070</u>                                                              <u>jyoungblood@fr.com</u>
    *Telephone Number*                                                             *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   Plaintiff   X  Defendant

    Intervener or other interested person    <u>Emulex Corporation</u>

and the designation of    <u>David A. Segal, 166635</u>
                                                    *Local Counsel Designee /State Bar Number*

of  <u>Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, California 92612</u>
                                                    *Local Counsel Firm / Address*

<u>(949) 451-3800</u>                                                  <u>dsegal@gibsondunn.com</u>
    *Telephone Number*                                                           *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    **_X_**   **GRANTED**.

    _____ DENIED. Fee shall be returned by the Clerk.

    _____ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated    <u>March 30, 2011</u>                             */s/ James V. Selna*
                                                               U. S. District Judge/U.S. Magistrate Judge