Juanita R. Brooks, SBN 75934
 brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070
Fax: (858) 678-5099

Robert E. Cooper, SBN 35888
 rcooper@gibsondunn.com
GIBSON, DUNN & CRUTCHER, LLP
2029 Century Park East
Los Angeles, CA 90067-4276
Tel: (310) 552-8500
Fax: (310) 557-8741

Bruce S. Sostek, Texas Bar No. 18855700 (*Pro Hac Vice Pending*)
 bruce.sostek@tklaw.com
Jane Politz Brandt, Texas Bar No. 02882090 (*Pro Hac Vice Pending*)
 jane.brandt@tklaw.com
Matthew P. Harper, Texas Bar No. 24037777 *(Pro Hac Vice Pending)*
 matt.harper@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel: (214) 969-1700
Fax: (214) 969-1751

Wayne W. Call, SBN 56676
 wcall@calljensen.com
Aaron L. Renfro, SBN 255086
 arenfro@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EMULEX CORPORATION,<br><br>Defendant. | Case No. SACV 09-01058-JVS(ANx)<br>Consolidated with CV 10-03963-JVS(ANx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT EMULEX CORPORATION** |
| AND RELATED COUNTERCLAIMS | Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011 |

**TO THE CLERK OF THE COURT, AND TO ALL PARTIES OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that Defendant and Counterclaimant Emulex Corporation ("Emulex") hereby associates Bruce S. Sostek, Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, Texas 75201, Tel: (214) 969-1700, bruce.sostek@tklaw.com, as counsel of record, *pro hac vice*, in the above-entitled matter.

**NOTICE IS FURTHER GIVEN** that Emulex hereby associates Jane Politz Brandt, Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, Texas 75201, Tel: (214) 969-1700, jane.brandt@tklaw.com, as counsel of record, *pro hac vice*, in the above-entitled matter.

**NOTICE IS FURTHER GIVEN** that Emulex hereby associates Matthew P. Harper, Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, Texas 75201, Tel: (214) 969-1700, matt.harper@tklaw.com, as counsel of record, *pro hac vice*, in the above-entitled matter.

**NOTICE IS FURTHER GIVEN** that Emulex hereby associates Wayne W. Call, Call & Jensen, A Professional Corporation, 610 Newport Center Drive, Suite 700,

1 | Newport Beach, California 92660, Tel: (949) 717-3000, Fax: (949) 717-3100,
2 | wcall@calljensen.com, as local counsel in the above-entitled matter.

**NOTICE IS FURTHER GIVEN** that Emulex hereby associates Aaron L. Renfro, Call & Jensen, A Professional Corporation, 610 Newport Center Drive, Suite 700, Newport Beach, California 92660, Tel: (949) 717-3000, Fax: (949) 717-3100, arenfro@calljensen.com, as local counsel in the above-entitled matter.

**PLEASE TAKE FURTHER NOTICE** that all pleadings and other papers filed herein should be served on all counsel of record.

Dated: March 31, 2011

EMULEX CORPORATION

By: _____
Randall Wick

Dated: March 31, 2011

THOMPSON & KNIGHT LLP
Bruce S. Sostek (*Pro Hac Vice Pending*)
Jane Politz Brandt (*Pro Hac Vice Pending*)
Matthew P. Harper (*Pro Hac Vice Pending*)

By: _____
Bruce S. Sostek

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

Dated: March 28, 2011

CALL & JENSEN
A Professional Corporation
Wayne W. Call
Aaron L. Renfro

By: _____
Wayne W. Call

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

LSI01-01:786180_1:3-28-11

- 3 -

NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIMANT EMULEX CORPORATION