Name and address:
Wayne W. Call, Bar No. 56676
wcall@calljensen.com
CALL & JENSEN, A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000; (949) 717-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION<br><br>Plaintiff(s)<br>v.<br>EMULEX CORPORATION<br><br>Defendant(s). | CASE NUMBER<br><br>SACV 09-01058-JVS(ANx)<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application.  Please submit the fee with your application.  Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk.  If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Matthew P. Harper_____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Emulex Corporation_____ by whom I have been retained.

My business information is:
Thompson & Knight LLP
*Firm Name*
1722 Routh Street, Suite 1500
*Street Address*
Dallas, TX  75201                                    matt.harper@tklaw.com
*City, State, Zip*                                   *E-Mail Address*
(214) 969-1276                                       (214) 969-1751
*Telephone Number*                                    *Fax Number*

I am a member in good standing and eligible to practice before the following courts.  List all that apply.  Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| N.D. Tex. (2003); E.D. Tex. (2003); S.D. Tex. (2002); 8th Cir. (2005); | |
| Fed. Cir. (2008); TX (2002); NY (2000) | |
| | |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| SACV 10-1602-AG | LSI v. Vizio | 11/12/10 | Granted |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Wayne W. Call  as local counsel, whose business information is as follows:

Call & Jensen
*Firm Name*

610 Newport Center Drive, Suite 700
*Street Address*

Newport Beach, CA  92660         wcall@calljensen.com
*City, State, Zip*                *E-Mail Address*

(949) 717-3000                    (949) 717-3100
*Telephone Number*                *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  March 27, 2011

Matthew P. Harper
*Applicant's Name (please print)*

*[signature]*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  March 31, 2011

Wayne W. Call
*Designee's Name (please print)*

/s/ Wayne W. Call
*Designee's Signature*

56676
*Designee's California State Bar Number*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (**G-64** ORDER) ALONG WITH THIS APPLICATION.

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

    I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Matthew Paul Harper**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 2002.

    I further certify that the records of this office show that, as of this date

**Matthew Paul Harper**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 16th day of March, 2011.
BLAKE HAWTHORNE, Clerk

by _Melid R. Weaver_

Melinda R. Weaver, Deputy Clerk

No. 0316L

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.