Wayne W. Call, Bar No. 56676
wcall@calljensen.com
CALL & JENSEN, A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000; (949) 717-3100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION<br><br>Plaintiff(s)<br>v.<br>EMULEX CORPORATION<br><br>Defendant(s). | CASE NUMBER<br>SACV 09-01058-JVS(ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Matthew P. Harper__,
                                                                *Applicant=s Name*

of __Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX  75201__
                                *Firm Name / Address*

__(214) 969-1276__                                    __matt.harper@tklaw.com__
*Telephone Number*                                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of __ Plaintiff  _X_ Defendant

__Emulex Corporation__

and the designation of __Wayne W. Call, 56676__
                        *Local Counsel Designee /State Bar Number*

of __Call & Jensen, 610 Newport Center Drive, Suite 700, Newport Beach, CA  92660__
                            *Local Counsel Firm / Address*

__(949) 717-3000__                                    __wcall@calljensen.com__
*Telephone Number*                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

____ GRANTED

____ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

GB64 ORDER (01/08)    **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**