FISH & RICHARDSON P.C.
Benjamin K. Thompson
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309
(404) 892-5005
bthompson@fr.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Broadcom Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV 09-1058-JVS (ANx) |
| v. | |
| Emulex Corporation | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of <u>Benjamin K. Thompson</u>, of <u>Fish & Richardson P.C., 1180 Peachtree St. NE, 21st Fl., Atlanta, Georgia 30309</u>
    *Applicant's Name*                                  *Firm Name / Address*

<u>(404) 724-2844</u>                                   <u>bthompson@fr.com</u>
*Telephone Number*                                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   Plaintiff   X Defendant

   Intervener or other interested person   <u>Emulex Corporation</u>

and the designation of   <u>David A. Segal, 166635</u>
                         *Local Counsel Designee /State Bar Number*

of <u>Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, California 92612</u>
              *Local Counsel Firm / Address*

<u>(949) 451-3800</u>                                   <u>dsegal@gibsondunn.com</u>
*Telephone Number*                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

   **X  GRANTED**.

   _____ DENIED.  Fee shall be returned by the Clerk.

   _____ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated   April 4, 2011                           _____
                                                U. S. District Judge/U.S. Magistrate Judge