**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROADCOM CORPORATION, | CASE NUMBER |
| Plaintiff(s), | SACV 09-1058-JVS(ANx) |
| vs. | |
| EMULEX CORPORATION, | **NOTICE OF FILING OF OFFICIAL TRANSCRIPT** |
| Defendant(s). | |

**TO ALL COUNSEL OF RECORD:**

Notice is hereby given that an official transcript of a proceeding, document number(s), 326
has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal.

Notice is hereby given that a redacted transcript of a proceeding, document number(s), ^ DOC#REDACT has been filed by the court reporter/electronic court recorder in the above-captioned matter.

                                        CLERK U.S. DISTRICT COURT
Date: April 8, 2011
                                        DENISE PADDOCK
                                        Court Reporter/Deputy Clerk

**G-46(5/08) NOTICE OF FILING OF OFFICIAL TRANSCRIPT**