| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA<br>(admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER<br>(admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>LOUIS W. TOMPROS<br>(admitted *pro hac vice*)<br>(louis.tompros@wilmerhale.com)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02129<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Attorneys for Plaintiff and Counterclaim Defendant BROADCOM CORPORATION<br>(Additional Counsel Listed on Signature Page) | ROBERT E. COOPER (SBN 35888)<br>(rcooper@gibsondunn.com)<br>DAVID A. BATTAGLIA (SBN 130474)(dbattaglia@gibsondunn.com)<br>H. MARK LYON (SBN 162061)<br>(mlyon@gibsondunn.com)<br>Y. ERNEST HSIN (SBN 201668)<br>(ehsin@gibsondunn.com)GIBSON, DUNN & CRUTCHER, LLP<br>2029 Century Park East<br>Los Angeles, CA  90067-4267<br>Telephone:  (310) 552-8500<br>Facsimile:   (310) 557-8741<br><br>JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Defendant and Counterclaim Plaintiff EMULEX CORPORATION<br>(Additional Counsel Listed on Signature Page) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(SOUTHERN DIVISION)**

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**JOINT STIPULATION ON REVISED SCHEDULE TO MOVE CERTAIN EXPERT DISCOVERY DEADLINES** |

1  WHEREAS, on February 22, 2011, the Court issued a Scheduling Order
2  (Dkt. No. 302) setting forth deadlines through trial for the above-captioned
3  litigation;
4  WHEREAS, since the Court's February 22, 2011 Scheduling Order,
5  Broadcom and Emulex have conferred about brief extensions to certain expert
6  discovery deadlines, where such extensions can be made without affecting the trial
7  date;
8  WHEREAS, after good-faith negotiations, Broadcom and Emulex have
9  agreed on the pretrial dates shown in attached Exhibit A, which identifies the
10 above-mentioned brief extensions to certain expert discovery deadlines;
11 **IT IS HEREBY STIPULATED** that the above-captioned litigation proceed
12 in accordance with the agreed-upon dates set forth in attached Exhibit A.

Respectfully submitted,

Dated:  April 13, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: */s/ Louis W. Tompros*
    Louis W. Tompros

Attorneys for Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION

*Additional counsel*

BOB STEINBERG (SBN 126407)
(bob.steinberg@lw.com)
NEIL RUBIN (SBN 250761)
(neil.rubin@lw.com)
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

MICHAEL W. DE VRIES (SBN 211001)
(mike.devries@lw.com)
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626
Telephone:  (714) 540-1235
Facsimile:   (714) 755-8290

Dated:  April 13, 2011

FISH & RICHARDSON P.C.

By: */s/ David M. Barkan*
      David M. Barkan

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

*Additional counsel*

JOSEPH V. COLAIANNI, JR.
(Admitted *Pro Hac Vice*)
(colaianni@fr.com)
FISH & RICHARDSON P.C.
1425 K. Street, NW
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:   (202) 783-2331

THOMAS H. REGER II
(Admitted *Pro Hac Vice*)
(reger@fr.com)
FISH & RICHARDSON P.C.
1717 Main Street
Dallas, TX 75201
Telephone:  (214) 747-5070
Facsimile:   (214) 747-2091

WASIF H. QURESHI
(Admitted *Pro Hac Vice*)
(qureshi@fr.com)
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street
Houston, TX  77010
Telephone:  (713) 654-5300
Facsimile:   (713) 652-0109

1  RANDALL WICK (SBN 95584)
   (randall.wick@emulex.com)
2  EMULEX CORPORATION
   3333 Susan Street
3  Costa Mesa, CA  92626-7112
   Telephone:   (714) 885-3691
4  Facsimile:    (714) 641-0172

5  Attorneys for Defendant
   and Counterclaim Plaintiff
6  EMULEX CORPORATION

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27