WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02129
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant and Counterclaim Plaintiff
EMULEX CORPORATION

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br>Plaintiff,<br>v.<br>EMULEX CORPORATION,<br>Defendant. | Case No. CV 09-1058-JVS (ANx)<br>consolidated with CV 10-3963 JVS (ANx)<br>**JOINT STIPULATION TO CALENDAR AN INTERIM STATUS CONFERENCE** |
| And Related Counterclaims. | |

WHEREAS on April 15, 2011 the Court ordered that the parties meet and confer and file a joint stipulation and proposed order to calendar an Interim Status Conference to be held during the first two weeks of June 2011;

WHEREAS the parties have met and conferred and are mutually available and agree to an Interim Status Conference on June 15, 2011 at 8:00 a.m.;

IT IS THEREFORE STIPULATED THAT:

Subject to the Court's availability, a Status Conference should be set in the above-captioned action on June 15, 2011 at 8:00 a.m. The parties shall submit a Joint Status Conference Report one week prior to the Status Conference.

Dated: April 19, 2011

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Louise T. Tompros*
Louis W. Tompros

Attorneys for Plaintiff
BROADCOM CORPORATION

Dated: April 19, 2011

FISH & RICHARDSON P.C.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

Attorneys for Defendant
EMULEX CORPORATION

/ / /

/ / /

/ / /

**DECLARATION OF CONSENT**

I, Jonathan J. Lamberson, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT STIPULATION TO CALENDAR AN INTERIM STATUS CONFERENCE**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 10-07 of the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on April 19, 2011.

FISH & RICHARDSON P.C.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

Attorneys for Defendant
EMULEX CORPORATION

*Additional Counsel:*

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
JONATHAN J. LAMBERSON (SBN 239107)
(lamberson@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071