1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**[PROPOSED] ORDER CALENDARING INTERIM STATUS CONFERENCE** |
| And Related Counterclaims. | |

WHEREAS on April 15, 2011 the Court ordered that the parties meet and confer and file a joint stipulation and proposed order to calendar an Interim Status Conference to be held during the first two weeks of June 2011; and

WHEREAS the parties filed a stipulation requesting an Interim Status Conference on June 15, 2011 at 8:00 a.m.;

/ / /

/ / /

/ / /

1   IT IS HEREBY ORDERED THAT:

2   A Status Conference is set in the above-captioned action on June 15, 2011 at
3   8:00 a.m.  The parties shall submit a Joint Status Conference Report one week prior
4   to the Status Conference.

5

6   Dated: _____        _____
7                                        Hon. James V. Selna
                                         United States District Judge
8

9

10  50775391.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28