Wayne W. Call, Bar No. 56676
wcall@calljensen.com
CALL & JENSEN, A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000; (949) 717-3100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION<br><br>Plaintiff(s)<br><br>v.<br><br>EMULEX CORPORATION<br><br>Defendant(s). | CASE NUMBER<br>SACV 09-01058-JVS(ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT<br>ATTORNEY TO APPEAR IN A SPECIFIC<br>CASE |

The Court, having reviewed the accompanying Application of ___Michael E. Schonberg___ ,
*Applicant's Name*

of ___Thompson & Knight LLP, 1722 Routh Street, Suite 1500, Dallas, TX  75201___
*Firm Name / Address*

___(214) 969-1304___                    ___mike.schonberg@tklaw.com___
*Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of __ Plaintiff  _X_ Defendant

___Emulex Corporation___

and the designation of ___Wayne W. Call, 56676___
*Local Counsel Designee /State Bar Number*

of ___Call & Jensen, 610 Newport Center Drive, Suite 700, Newport Beach, CA  92660___
*Local Counsel Firm / Address*

___(949) 717-3000___                    ___wcall@calljensen.com___
*Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:


   _X_ **GRANTED**

   ____ DENIED.  Fee, if paid, shall be returned by the Clerk.


Dated    ___April 21, 2011___                    _____
                                                 U. S. District Judge/U.S. Magistrate Judge