1
2
3
4
5
6
7

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| BROADCOM CORPORATION, | Case No. SACV 09-1058-JVS (ANx) |
|---|---|
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | |
| EMULEX CORPORATION, | **ORDER CALENDARING INTERIM STATUS CONFERENCE** |
| Defendant. | |
| And Related Counterclaims. | |

WHEREAS on April 15, 2011 the Court ordered that the parties meet and confer and file a joint stipulation and proposed order to calendar an Interim Status Conference to be held during the first two weeks of June 2011; and

WHEREAS the parties filed a stipulation requesting an Interim Status Conference on June 15, 2011 at 8:00 a.m.;

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED THAT:

1   A Status Conference is set in the above-captioned action on **June 13, 2011** at
2   8:00 a.m **[note date change]**.  The parties shall submit a Joint Status Conference
3   Report one week prior to the Status Conference.

4

5   Dated: April 22, 2011               _____
                                        Hon. James V. Selna
6                                       United States District Judge

7

8

9   50775391.doc