GIBSON, DUNN & CRUTCHER, LLP
Robert E. Cooper, SBN 35888
 *rcooper@gibsondunn.com*
Wayne M. Barsky, SBN 116731
 *wbarsky@gibsondunn.com*
David A. Battaglia, SBN130474
 *dbattaglia@gibsondunn.com*
H. Mark Lyon, SBN 162061
 *mlyon@gibsondunn.com*
333 South Grand Ave.
Los Angeles, California 90071
Telephone:  (213) 229-7000
Facsimile:   (213) 229-7380

GIBSON, DUNN & CRUTCHER, LLP
Josh Krevitt, SBN 208552
 *JKrevitt@gibsondunn.com*
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3500
Facsimile:  (212) 351-6390

GIBSON, DUNN & CRUTCHER, LLP
David A. Segal, SBN 166635
 *dsegal@gibsondunn.com*
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

EMULEX CORPORATION
Randall Wick, SBN 95584
 *randall.wick@emulex.com*
3333 Susan Street
Costa Mesa, California 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

Attorneys for Defendant and Counterclaim
Plaintiff Emulex Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>            Plaintiff,<br><br>    vs.<br><br>EMULEX CORPORATION,<br><br>            Defendant.<br><br>_____<br><br>And Related Counterclaims. | CASE NO. SACV 09-1058-JVS (ANx)<br><br>**EMULEX CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br><br>Honorable James V. Selna |

Pursuant to the Court's Order Regarding Pretrial and Trial Dates (Dkt. 40) (January 11, 2010) and in accordance with Local Patent Rule 4-2, Defendant and Counterclaimant Emulex Corporation ("Emulex") proposes the following preliminary constructions for the claim terms proposed for construction.

Consistent with the local patent rules and orders in effect in this case, Emulex expressly reserves the right to amend the preliminary constructions disclosed as additional information becomes available during discovery and further analysis is performed.  For example, Broadcom's infringement contentions have been severely deficient and have hindered Emulex's ability to fully prepare its claim construction analysis.  Emulex has documented these deficiencies, including Broadcom's seeking to assert numerous claims for which it does not provide a single infringement contention chart.  Broadcom has expressly refused Emulex's requests for supplementation and these deficiencies are now the subject of a motion to compel supplementation of the infringement contentions that is scheduled to be heard June 30, 2010.  (Def. and Countercl. Pl. Emulex Corp.'s Mot. to Enforce Patent Local Rules 3-1 and 3-6, May 26, 2010); *see also Wilson Sporting Goods Co. v. Hillerich & Bradsby Co.*, 442 F.3d 1322, 1330-31 (Fed. Cir. 2006) (infringement theories are relevant to provide context in claim construction).

Emulex has also been requesting documents concerning the conception and reduction to practice of the alleged inventions claimed in the patents-in-suit at least as early as November of 2009.  Unexplainably, Broadcom has not produced such inventorship documents, which go to the heart of the patents at issue.  Emulex has also noticed a 30(b)(6) deposition regarding the conception, reduction to practice, and development of U.S. Patent No. 7,313,623 (Count 10 in the present action) and Broadcom has not yet provided such a deponent despite the deposition's having been noticed over five weeks ago.  Just last week, Broadcom has just produced 2.5 million documents that Emulex is in the process of reviewing.

Other similar deficiencies in Broadcom's document productions have hindered Emulex's ability to prepare its claim construction case. For example, Broadcom must produce the full scope of technical documents required to understand Broadcom's position that certain of its products practice claims asserted in this action. Similarly Broadcom has not produced any infringement or validity analyses pertaining to the products and patents in this case as repeatedly requested of it. To the extent Broadcom will remedy its production deficiencies as set forth in the various correspondence between the parties, Emulex reserves the right to amend the preliminary constructions set forth below.

Furthermore, the preliminary constructions identified below are proposed with regard to products the two parties agree are in suit. To the extent other products are placed at issue in this suit, additional or different terms and constructions may be implicated, and Emulex expressly reserves the right to amend the preliminary constructions accordingly.

With regard to all method claims Broadcom has asserted, Emulex takes the position that the claims must be performed in the order recited in order to infringe. Further, to avoid confusion, the list below identifies terms and the claims in which they appear. It should be understood that any construction applies equally to claims depending from the claims in which a term appears, even if that term does not appear in the text of the dependent claim itself.

Emulex anticipates that the parties, as part of the meet and confer process following the exchange of proposed constructions, may be able to agree on constructions for some number of the terms proposed below, reducing the number of terms in dispute. Emulex also reserves the right to modify proposed constructions and extrinsic evidence in view of proposed constructions and extrinsic evidence submitted by Broadcom.

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

Per the agreement of the parties, the parties will exchange proposed constructions for certain additional terms on Friday, June 25, 2010. *See* Letter from Michael Jay to Steven Geiszler, dated June 18, 2010.

Attached hereto is extrinsic evidence cited below, as Exhibits A thru N:

| Ex. No. | Reference |
|---|---|
| A | IEEE Std 802.3x-1997, "Specification for 802.3 Full Duplex Operation" |
| B | Kadambi et al., "Gigabit Ethernet: Migrating to High-Bandwidth LANs" |
| C | Webster's New World Dictionary of Computer Terms, 84 ("cache") (8th ed. 2000); |
| D | Paul Horowitz & Winfield Hill, *The Art of Electronics*, 675 (2d ed. 1989) |
| E | Memorandum and Order in *Agere Systems, Inc. v. Broadcom Corporation*, Case #03-3138 |
| F | Brian Pfaffenberger, *Webster's New World Dictionary of Computer Terms* (8th ed. 2000), various pages |
| G | *Merriam Webster's Collegiate Dictionary* (10th ed. 1999), various pages |
| H | S.M.H. Collin, *Dictionary of Computing* (4th ed. 2002) at 333-34 |
| I | S.M.H. Collin, *Dictionary of Information Technology* (3rd ed. 2002) at 356 |
| J | Dick Pountain, *The New Penguin Dictionary of Computing* (2001) at 454 |
| K | Alan Freedman, *Computer Desktop Encyclopedia* (9th ed. 2001) at 904 |
| L | W. Richard Stevens, *TCP/IP Illustrated, Volume 1: The Protocols* (1994), at 240-42 |
| M | Comprehensive Dictionary of Electrical Engineering, various pages |
| N | Wiley Electrical and Electronics Engineering Dictionary, various pages |

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

# I.   Count I - U.S. Patent No. 7,239,636

| U.S. Patent No. 7,239,636 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Virtual channel | 1, 6, 18, 19, 20 | An abstract connection between network devices that allows data to flow between them | *See, e.g.,* '636 patent, col. 1, lines 18-23. *See, e.g.,* '636 patent, col. 2, line 56 – col. 3, line 3. *See, e.g.,* '636 patent, Figure 3 & col. 4, line 62 – col. 6, line 3. *See, e.g.,* '636 patent file history, June 28, 2006 Office Action. *See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment. *See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action.<br><br>Jayant Kadambi, Ian Crayford, & Mohan Kalkunte, *Gigabit Ethernet: Migrating to High-Bandwidth LANs* 359 (Prentice-Hall 1998) ("Virtual Circuit[:] A virtual connection established through the network from source to destination.  Packets or cells are routed from source to destination over the same path for the duration of the connection."). |
| Virtual channel request message | 1, 6 | Message requesting that a virtual channel be created | *See, e.g.,* '636 patent, Abstract. *See, e.g.,* '636 patent, claims 1, 2, 3, 5, 6, 10, 11, 12, 13, 15, 17. *See, e.g.,* '636 patent, col. 2, line 56 – col. 4, line 24. *See, e.g.,* '636 patent, Figure 4 & col. 6, lines 4-39. *See, e.g.,* '636 patent, Figure 5 & col. 6, line 54 – col. 7, line 38. *See, e.g.,* '636 patent file history, June 28, 2006 Office Action. *See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment. *See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action. |
| Virtual channel | 1, 6 | Message acknowledging | *See, e.g.,* Abstract. |

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | |
|---|---|---|---|
| acknowledgement message | | receipt of the virtual channel request message and agreeing that the virtual channel can be created | *See, e.g.,* claims 1, 2, 5, 6, 7, 8, 10, 11, 12, 14, 15, 17.<br><br>*See, e.g.,* '636 patent, col. 2, line 56 – col. 4, line 24.<br><br>*See, e.g.,* '636 patent, Figure 4 & col. 6, lines 4-39.<br><br>*See, e.g.,* '636 patent, Figure 5, Figure 6 & col. 7, line 49 – col. 8, line 15.<br><br>*See, e.g.,* '636 patent file history, June 28, 2006 Office Action.<br><br>*See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment.<br><br>*See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action. |
| Virtual channel resume message | 1, 6 | Message acknowledging receipt of the virtual channel acknowledgement message and indicating that the virtual channel should be created | *See, e.g.,* Abstract.<br><br>*See, e.g.,* claims 1, 2, 5, 6, 7, 8, 10, 11, 12, 14, 15, 17.<br><br>*See, e.g.,* '636 patent, col. 2, line 56 – col. 4, line 24.<br><br>*See, e.g.,* '636 patent, Figure 4 & col. 6, lines 4-39.<br><br>*See, e.g.,* '636 patent, Figure 5, Figure 7 & col. 8, line 16 – col. 9, line 5.<br><br>*See, e.g.,* '636 patent file history, June 28, 2006 Office Action.<br><br>*See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment.<br><br>*See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action. |
| Remote capability list | 1, 6, 18, 19, 20 | The capability list of the remote network device | *See, e.g.,* '636 patent, Abstract.<br><br>*See, e.g.,* '636 patent, claims 1, 4, 6, 9, 10, 11, 16, 18, 19, 20.<br><br>*See, e.g.,* '636 patent, col. 2, line 56 – col. 4, line 24.<br><br>*See, e.g.,* '636 patent, Figure 6 & 7:49 – 8:5.<br><br>*See, e.g.,* '636 patent, Figure 7 & col. 8, lines 16-32.<br><br>*See, e.g.,* '636 patent, col. 9, lines 14-36.<br><br>*See, e.g.,* '636 patent, col. 10, line 6 – col. 11, line 13.<br><br>*See, e.g.,* '636 patent file history, June 28, 2006 Office Action.<br><br>*See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment. |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | | See, e.g., '636 patent file history, Oct. 24, 2006 Office Action. |
|---|---|---|---|---|
| Local capability list | 1, 6, 18, 19, 20 | The intersection of the capability lists of the local network device and the remote network device. | | See, e.g., '636 patent, Abstract.<br><br>See, e.g., '636 patent, claims 1, 4, 6, 9, 10, 11, 16, 18, 19, 20.<br><br>See, e.g., '636 patent, col. 2, line 56 – col. 4, line 24.<br><br>See, e.g., '636 patent, Figure 6 & col. 7, line 49 – col. 8, line 5.<br><br>See, e.g., '636 patent, Figure 7 & col. 8, lines 16-32.<br><br>See, e.g., '636 patent, col. 9, lines 14-36.<br><br>See, e.g., '636 patent, col. 10, line 6 – col. 11, line 13.<br><br>See, e.g., '636 patent file history, June 28, 2006 Office Action.<br><br>See, e.g., '636 patent file history, Aug. 25, 2006 Amendment.<br><br>See, e.g., '636 patent file history, Oct. 24, 2006 Office Action. |
| Enabling the virtual channel | 1, 6 | Making the virtual channel operational, i.e., allowing data to flow over the connection between one endpoint and another | | See, e.g., '636 patent,  col. 5, line 66 – col. 6, line 3.<br><br>See, e.g., '636 patent, col. 6, lines 4-10.<br><br>See, e.g., '636 patent, col. 6, lines 46-53.<br><br>See, e.g., '636 patent, col. 8, lines 16-32.<br><br>See, e.g., '636 patent, col. 9, lines 64-67.<br><br>See, e.g., '636 patent file history, June 28, 2006 Office Action.<br><br>See, e.g., '636 patent file history, Aug. 25, 2006 Amendment.<br><br>See, e.g., '636 patent file history, Oct. 24, 2006 Office Action. |
| Ethernet pause frame | 1, 6 | This term does not need to be construed (if it needs to be construed, it should be "An Ethernet packet format as defined by the IEEE 802.3x standard") | | See, e.g., '636 patent, col. 1, line 60 – col. 2, line 3.<br><br>See, e.g., '636 patent, col. 6, lines 10-19.<br><br>See, e.g., '636 patent, col. 6, lines 54-65.<br><br>See, e.g., '636 patent, col. 7, lines 49-62.<br><br>See, e.g., '636 patent, col. 8, lines 16-32.<br><br>See, e.g., '636 patent, Figure 8 & col. 11, lines 15-60.<br><br>See, e.g., '636 patent file history, June 28, 2006 Office Action.<br><br>See, e.g., '636 patent file history, Aug. 25, 2006 Amendment. |

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | |
|---|---|---|---|
| | | | *See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action. |
| | | | *See, e.g.,* '636 patent file history, Dec. 15, 2006 Amendment. |
| | | | *See, e.g.,* '636 patent file history, Mar. 7, 2007 Notice of Allowance. |
| | | | *See, e.g.,* IEEE Std 802.3x-1997, "Specification for 802.3 Full Duplex Operation" |
| Sending a virtual channel request message comprises sending an Ethernet pause frame when the remote network device is not virtual channel capable | 1 | sending a virtual channel request message comprises sending an Ethernet pause frame, which is interpreted as such by the remote network device when it is not virtual channel capable | *See, e.g.,* '636 patent, col. 3, lines 21-23.<br>*See, e.g.,* '636 patent, col. 3, line 66 – col. 4, line 2.<br>*See, e.g.,* '636 patent, col. 6, lines 11-21.<br>*See, e.g.,* '636 patent, col. 6, lines 54-57.<br>*See, e.g.,* '636 patent, col. 7, lines 49-54.<br>*See, e.g.,* '636 patent, col. 8, lines 16-19.<br>*See, e.g.,* '636 patent file history, June 28, 2006 Office Action.<br>*See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment.<br>*See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action.<br>*See, e.g.,* '636 patent file history, Dec. 15, 2006 Amendment.<br>*See, e.g.,* '636 patent file history, Mar. 7, 2007 Notice of Allowance. |
| Receiving a virtual channel request message comprises sending an Ethernet pause frame when the remote network device is not virtual channel capable | 6 | Receiving a virtual channel request message comprises sending an Ethernet pause frame, which is interpreted as such by the remote network device when it is not virtual channel capable | *See, e.g.,* '636 patent, col. 3, lines 21-23.<br>*See, e.g.,* '636 patent, col. 3, line 66 – col. 4, line 2.<br>*See, e.g.,* '636 patent, col. 6, lines 11-21.<br>*See, e.g.,* '636 patent, col. 6, lines 54-57.<br>*See, e.g.,* '636 patent, col. 7, lines 49-54.<br>*See, e.g.,* '636 patent, col. 8, lines 16-19.<br>*See, e.g.,* '636 patent file history, June 28, 2006 Office Action.<br>*See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment.<br>*See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action.<br>*See, e.g.,* '636 patent file history, Dec. 15, 2006 Amendment.<br>*See, e.g.,* '636 patent file history, Mar. 7, 2007 Notice of Allowance. |
| Data port interface | 18, 19, 20 | a device that exchanges data between data ports of the | *See, e.g.,* '636 patent, Figure 3 & col. 5, lines 19-31. |

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | |
|---|---|---|---|
| | | device | *See, e.g.,* '636 patent, col. 1, line 24 – col. 2, line 40.<br><br>*See, e.g.,* '636 patent file history, June 28, 2006 Office Action.<br><br>*See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment.<br><br>*See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action. |
| Exchange virtual channel data to allow for functions of at least one of the virtual channel capable network device and other virtual channel capable network devices to be controlled | 18, 19, 20 | Move virtual channel data from one data port to another to effect the control of functions of at least one of the virtual channel capable network device and other virtual channel capable network devices | *See, e.g.,* '636 patent, col. 1, lines 10-23.<br><br>*See, e.g.,* '636 patent, col. 2, line 56 – col. 3, line 3.<br><br>*See, e.g.,* '636 patent, col. 4, lines 39-40.<br><br>*See, e.g.,* '636 patent, Figure 3 & col. 4, line 62 – col. 6, line 3.<br><br>*See, e.g.,* '636 patent file history, June 28, 2006 Office Action.<br><br>*See, e.g.,* '636 patent file history, Aug. 25, 2006 Amendment.<br><br>*See, e.g.,* '636 patent file history, Oct. 24, 2006 Office Action. |

## II.    Count II - U.S. Patent No. 7,295,555

| Count 2 – U.S. Patent No. 7,295,555 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Framing header | 1, 3, 5, 6, 8, 9 | The header, i.e., control information field, of a frame in a framing protocol layer that is inserted between TCP and an upper layer protocol | *See, e.g.,* '555 patent, Figure 4, Figure 5, Figure 6 & col. 6, line 37 – col. 7, line 10.<br><br>*See, e.g.,* '555 patent, col. 4, line 1 – col. 5, line 44.<br><br>*See, e.g.,* '555 patent, Figure 11 & col. 12, lines 25-65.<br><br>*See, e.g.,* '555 patent, Figure 12 & col. 12, line 66 – col. 13, line 19.<br><br>*See, e.g.,* '555 patent, claims 1, 3, 5, 6, 8, 9, 11, 12. |
| Locating a framing header | 1, 3, 5, 6, 8, 9 | Determining the TCP sequence number of the start of a framing header. | *See, e.g.,* '555 patent, Figure 4, Figure 5, Figure 6 & col. 6, line 37 – col. 7, line 10.<br><br>*See, e.g.,* '555 patent, Figure 10 & col. |

9

| | | | |
|---|---|---|---|
| | | | 10, line 61 – col. 12, line 23.<br><br>*See, e.g.,* '555 patent, col. 4, line 1 – col. 5, line 44.<br><br>*See, e.g.,* '555 patent, claims 1, 3, 5, 6, 8, 9, 11, 12. |
| At least one of an error detection code and an error correction code carried in<br>a marker field | 4 | The marker field contains either or both an error detection code and an error correction code | *See, e.g.,* '555 patent, Figure 4, Figure 5, Figure 6 & col. 6, lines 37-56.<br><br>*See, e.g.,* '555 patent, Figure 8 & col. 9, lines 6-38.<br><br>*See, e.g.,* '555 patent, col. 4, line 61 – col. 5, line 16.<br><br>*See, e.g.,* '555 patent, Figure 11, Figure 13 & col. 12, lines 25-65.<br><br>*See, e.g.,* '555 patent, Figure 12 & col. 12, line 66 – col. 13, line 19.<br><br>*See, e.g.,* '555 patent, claims 4, 7. |
| Backwards-pointing marker | 1, 3, 5, 6, 8, 9, 10 | A field (sequence of bits), not part of the protocol control information of an upper layer protocol, whose value is interpreted as a pointer or offset to a location in the TCP stream before the location of the marker | *See, e.g.,* '555 patent, col. 7, line 25 – col. 8, line 34.<br><br>*See, e.g.,* '555 patent, col. 3, lines 28-60.<br><br>*See, e.g.,* '555 patent, col. 4, line 1 – col. 5, line 44.<br><br>*See, e.g.,* '555 patent, Figure 4, Figure 5, Figure 6 & col. 6, line 37 – col. 7, line 10.<br><br>*See, e.g.,* '555 patent, Figure 7 & col. 7, line 11 – col. 8, line 64.<br><br>*See, e.g.,* '555 patent, Figure 8 & col. 9, line 6 – col. 10, line 38.<br><br>*See, e.g.,* '555 patent, Figure 11, Figure 13 & col. 12, lines 25-65.<br><br>*See, e.g.,* '555 patent, Figure 12 & col. 12, line 66 – col. 13, line 19.<br><br>*See, e.g.,* '555 patent, claims 4, 7. |
| Forwards-pointing marker | 1, 3, 5, 6, 8, 9, 10 | A field (sequence of bits), not part of the protocol control information of an upper layer protocol, whose value is interpreted as a pointer or offset to a location in the TCP stream after the location of the marker | *See, e.g.,* '555 patent, col. 7, line 25 – col. 8, line 34.<br><br>*See, e.g.,* '555 patent, col. 3, lines 28-60.<br><br>*See, e.g.,* '555 patent, col. 4, line 1 – col. 5, line 44.<br><br>*See, e.g.,* '555 patent, Figure 4, Figure 5, Figure 6 & col. 6, line 37 – col. 7, line 10.<br><br>*See, e.g.,* '555 patent, Figure 7 & col. 7, line 11 – col. 8, line 64. |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | See, e.g., '555 patent, Figure 8 & col. 9, line 6 – col. 10, line 38. |
| | | | See, e.g., '555 patent, Figure 11, Figure 13 & col. 12, lines 25-65. |
| | | | See, e.g., '555 patent, Figure 12 & col. 12, line 66 – col. 13, line 19. |
| | | | See, e.g., '555 patent, claims 4, 7. |
| If the framing header is not at the front of the TCP segment after a TCP header of the TCP segment | 8 | This term does not require construction. | |
| Fully present / backwards-pointing marker is not fully present in the TCP segment | 10 | This term does not require construction. | |

## III.    Count III - U.S. Patent No. 6,766,389

| Count 3 - U.S. Patent No. 6,766,389 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| An integrated circuit comprising / In a network device, an integrated circuit containing a system thereon, comprising / integrated circuit | 1-5, 7, 9, 13 | Plain meaning | N/A |
| Coupled / couple | 1, 2, 5, 7 | Connected by a direct physical connection without any intermediary components | See, e.g., Figure 1; Figure 4; Col. 1, lines 34-36; Col. 1, lines 46-54; Col. 2 lines 37-57; Col. 3, lines 19-21; Col. 4, lines 23-25; Col. 5, lines 46-50; Col. 6, lines 29-64; Col. 9, line 43 – Col. 10, line 15; Claims 1, 2, 5-7, 14; Office Action dated Sept. 9, 2003; Amendment mailed Dec. 9, 2003; U.S. Patent No. 6,122,667 |
| To cache data for the integrated circuit | 1, 7 | To store frequently or recently accessed data for use by all components on the integrated circuit on a | See, e.g., Col. 3, lines 9-28; Claims 1, 7; Office Action dated Sept. 9, 2003; Amendment mailed Dec. 9, 2003 See, e.g., Webster's New World |

11

| Claim Term | Claims | Proposed Construction | Support |
|---|---|---|---|
| | | secondary memory | *Dictionary of Computer Terms*, 84 ("cache") (8th ed. 2000); Paul Horowitz & Winfield Hill, *The Art of Electronics*, 675 (2d ed. 1989) |
| Bridge circuit | 1-5, 7, 9, 13 | A circuit directly connected to one or more interface circuits and the bus that performs transactions on a bus on behalf of the interface circuits and relays transactions from the bus to such interface circuits | *See, e.g.*, Figure 1; Figure 4; Figure 5; Figure 6; Figure 7; Col. 2, lines 37-57; Col. 4, lines 1-22; Col. 4, lines 30-38; Col. 5, line 46 – Col. 6, line 2; Col. 9, line 43 – Col. 10, line 15; Col. 10, line 59 – Col. 12, line 67; Col. 13, line 1 – Col. 15, line 44; Claims 1, 4, 5, 7, 13-18; Office Action dated Sept. 9, 2003; Amendment mailed Dec. 9, 2003 |
| Cache coherency for the integrated circuit / cache coherency is maintained within the components of the integrated circuit | 4, 9, 13 | The property that a read by a device of a given memory location results in the device receiving the most recent modification of the memory location, regardless of whether that modification is stored in the memory or is cached, and regardless of where that modification is cached, for all components on the integrated circuit. | *See, e.g.*, Figure 3; Figure 6; Figure 7; Col. 3, lines 9-28; Col. 7, line 2 – Col. 8, line 65; Col. 14, line 31 – Col. 15, line 44; Claims 1, 4, 7, 9, 10, 13; Office Action dated Sept. 9, 2003; Amendment mailed Dec. 9, 2003 |

## IV.    Count IV U.S. Patent No. 7,471,691 and Count V U.S. Patent No. 7,450,500

| Count 4 - U.S. Patent No. 7,471,691 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Crossbar switch | 1, 2, 4, 5, 6, 7, 10 | Switching circuit that connects ports together in any concurrent combination. | *See, e.g.*,'691 Patent, col. 7, lines 22-35, col. 17, lines 44-67. |
| Protocol bus | 1, 5, 7, 10 | An 18 bit wide bidirectional data bus for broadcasting switch connection requests and response messages between each port, which runs asynchronously to the main switch chip logic to which it interfaces, and by which the scoreboard tables are updated. | *See, e.g.*,'691 Patent, col. 34, lines 39-47, col. 42, lines 11-23. |
| Port/ port circuit | 1, 2, 3, 4, 5, | Circuitry comprising a pair of | *See, e.g.*,'691 Patent, col. 7, lines 29- |

Gibson, Dunn & Crutcher LLP

| | | one input and one output that is coupled to the crossbar switch for transferring FCAL net primitives and frame data. | 35, col. 14, line 56-col. 15, line 2, col. 17, lines 34-43. |
|---|---|---|---|
| | 6, 7, 8, 9, 10, 11 | | |
| Scoreboard table | 1, 5, 7, 10 | A lookup table that stores port status and privilege information. | *See, e.g.,* '691 Patent, col. 30, lines 54-56. |
| Means coupled to said protocol bus for maintaining a scoreboard table [Governed by 35 U.S.C. §112, ¶ 6] | 1 | Indefinite – corresponding structure (logic/algorithm) is not specified. Structure: Loop Port State Machine in each port with logic to read messages on the protocol bus and use the information in the messages regarding the identity of the sending port and the status codes in the message to update the status entry for the sending port. Function: Maintaining a scoreboard table. | *See, e.g.,* '691 Patent, col. 14, lines 30-33, col. 14, lines 49-55, col. 40, lines 6-11; '691 Patent File History, Response dated Apr. 1, 2008, pp. 10-11. |
| Status information/ status | 1, 7, 10 | Information indicating whether a port is busy, available, or, if busy, open to receive data from a third node. | *See, e.g.,* '691 Patent, col. 19, lines 54-59, col. 30, lines 55-61. |
| Routing table | 1, 5, 7, 8, 9, 10, 11 | A lookup table for storing destination addresses and the identification codes of the ports or half bridges to which the destination nodes are coupled. | *See, e.g.,* '691 Patent, col. 26, lines 42-44. |
| Arbitrate/ arbitrating | 1, 5, 7, 10 | Issue/ Issuing an ARB primitive to gain control of the loop. | *See, e.g.,* '691 Patent, col. 40, lines 43-51. |
| Channel | 1, 7 | A bidirectional data path established through the crossbar switch and shared between no more than two ports at the same time. | *See, e.g.,* '691 Patent, col. 16, lines 28-35. |
| Coupl(e)(ed)(ing) | 1, 7, 10 | Connect(ed)(ing). | *See, e.g.,* '691 Patent, col. 5, lines 33-44, col. 7, lines 22-35, col. 14, lines 23-27. |
| High throughput rate | 2 | Indefinite – cannot be construed. | *See, e.g.,* '691 Patent, col. 10, lines 4-12, col. 12, line 56-col. 13, line 15, col. 16, line 66-col. 17, line 15, col. 25, lines 35-39. |
| The amount of | 2 | Indefinite – cannot be | *See, e.g.,* '691 Patent, col. 10, lines 4- |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | |
|---|---|---|---|
| memory that would be needed in a fabric switch to operate at the same throughput rate | | construed. | 12. |
| FL_ports | 3 | Specialized ports which have protocol layers that understand the FCAL loop protocol on one side of the port and the fabric switch packet switching protocol on the other side of the port, while also doing packet routing and having bridging functionality. | See, e.g., '691 Patent, col. 3, line 60-col. 4, line 3. |
| Hold back flow control | 4 | The use of FCAL primitives to reserve buffer space at a destination node such that the source node sends one and only one data frame at a time. In this way, multiple data frames need not be held in buffer memory, eliminating the need for complicated error recovery protocols or large amounts of memory in the switch. | See, e.g., '691 Patent, col. 15, lines 26-52. |
| Means for storing and updating the contents of said routing table using a passive learning process by watching traffic through the port [Governed by 35 U.S.C. §112, ¶ 6] | 8, 11 | Structure: Loop Port State Machine with logic to (1) observe every OPN primitive transmitted on its outbound local loop port during hub mode, (2) write a destination address to its local routing table if a response to the outbound OPN on the local loop is detected on the local loop inbound data path, (3) post a message on the protocol bus to all other ports that its local loop has the destination address of the outbound OPN, (4) give the switch port ID for the destination address such that all of the other ports receive this message and write the mapping into their routing tables. Function: Storing and updating the | See, e.g., '691 Patent, col. 33, lines 46-59, col. 35, lines 6-14, col. 39, lines 8-40, col. 40, lines 6-11. |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | |
|---|---|---|---|
| | | contents of said routing table. | |
| Means for storing and updating the contents of said routing table using an active discovery process of sending out inquiries to all nodes on the network<br><br>[Governed by 35 U.S.C. §112, ¶ 6] | 9 | <u>Structure:</u><br><br>Discovery state machine with logic to (1) trigger the port, during locked state, to transmit an OPN primitive, immediately followed by an interframe gap and a CLS primitive, onto its local loop using a counter word as the destination address (AL_PD), (2) if a node with that particular AL_PD is not on the local loop, the OPN sequence will travel around the loop and return to the port, (3) if a node with the destination address is on the local loop, the node will consume the OPN sequence and send a CLS of its own back to the port, (4) if the port receives a CLS from a node on the loop, the discovery logic will write the AL_PA associated with the node into content-addressable memory (CAM), (5) after an OPN or CLS is received, the active discovery state machine pauses until the counter reaches another valid AL_PA, (6) once all valid addresses are attempted, the entire Arbitrated Loop address space has been mapped.<br><br><u>Function:</u><br><br>Storing and updating the contents of said routing table. | *See, e.g.,* '691 Patent, col. 39, line 41-col. 40, line 11. |

| |
|---|
| Count 5 - U.S. Patent No. 7,450,500 |

| Claim Term | Claims | Proposed Construction | Support |
|---|---|---|---|
| Backplane data path(s) | 1, 3, 5 | Point-to-point data path(s) comprised of a plurality of channels through a distributed crossbar switch for carrying multiple conversations of data between ports simultaneously. | *See, e.g.,* '500 Patent, col. 16, lines 26-38. |
| Port integrated | 1, 2, 3, 4, 5 | Integrated circuit with a | *See, e.g.,* '500 Patent, col. 7, lines 32- |

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| circuit | | plurality of ports and a portion of a distributed crossbar switch integrated on a single chip. | 38; '500 Patent File History, Response dated Oct. 2, 2007, pp. 8-9. |
|---|---|---|---|
| Port circuit | 1, 3, 5 | Circuitry comprising a pair of one input and one output that is coupled to the crossbar switch for transferring FCAL net primitives and frame data. | *See, e.g.,* '500 Patent, col. 7, lines 32-38, col. 14, lines 54-67, col. 17, lines 30-39. |
| Coupl(e)(ed)(ing) | 1, 3, 5 | Connect(ed)(ing). | *See, e.g.,* '500 Patent, col. 5, lines 33-44, col. 7, lines 25-38, col. 14, lines 21-25. |
| Crossbar switch | 1, 3, 5 | Switching circuit that connects ports together in any concurrent combination. | *See, e.g.,* '500 Patent, col. 7, lines 25-38, col. 17, lines 40-64; '500 Patent File History, Response dated Oct. 2, 2007, pp. 8-9. |
| Priority level | 1, 3, 5 | Access level assigned to each port by management software that is used in arbitration within the switch of multiple access requests to a busy destination node. | *See, e.g.,* '500 Patent, col. 17, lines 20-22, col. 37, lines 15-48; '500 Patent File History, Response dated Apr. 16, 2008, pp. 11-12. |
| Means for receiving and forwarding a fairness token such that said fairness token circulates to all other said port integrated circuits (cl. 2)/ means for receiving and forwarding a fairness token, circulating said fairness token to all other said port integrated circuits (cl. 4) [Governed by 35 U.S.C. §112, ¶ 6] | 2, 4 | Structure: A two wire bus. Function: Receiving and forwarding a fairness token to all other said port integrated circuits (cl. 2)/ receiving and forwarding a fairness token to all other said port integrated circuits (cl. 4). | *See, e.g.,* '500 Patent, col. 17, lines 14-29. |
| Means for using said fairness token to increase the priority level of said port integrated circuit to a highest priority level when said fairness token is in possession of said port integrated circuit [Governed by 35 | 2 | Structure: A token position counter identifying the port or port group that holds the token. Function: Using said fairness token to increase the priority level of said port integrated circuit to a highest priority level when said fairness token is in | *See, e.g.,* '500 Patent, col. 37, line 34-col. 38, line 12. |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | |
|---|---|---|---|
| U.S.C. §112, ¶ 6] | | possession of said port integrated circuit. | |
| Backplane means for providing a plurality of separate backplane data paths<br><br>[Governed by 35 U.S.C. §112, ¶ 6] | 5 | Structure:<br><br>A ring of parallel point-to-point data paths comprised of a plurality of channels through a distributed crossbar switch for carrying multiple conversations of data between ports simultaneously.<br><br>Function:<br><br>Providing a plurality of separate backplane data paths. | *See, e.g.,* '500 Patent, col. 16, lines 26-38, col. 34, lines 18-33. |
| Interface means for coupling to a FCAL net<br><br>[Governed by 35 U.S.C. §112, ¶ 6] | 5 | Structure:<br><br>A serializer/deserializer to transmit and receive serial data and convert the serial data stream to and from multiple data streams used internally in the switch chip.<br><br>Function:<br><br>Coupling to a FCAL net. | *See, e.g.,* '500 Patent, col. 31, lines 63-67. |
| Crossbar switch means for coupling to said FCAL net interface and for coupling a port to any selectable one of said separate backplane data paths<br><br>[Governed by 35 U.S.C. §112, ¶ 6] | 5 | Structure:<br><br>A crossbar switch distributed over a plurality of integrated circuits.<br><br>Function:<br><br>Coupling to said FCAL net interface and for coupling a port to any selectable one of said separate backplane data paths. | *See, e.g.,* '500 Patent, col. 7, lines 25-38, col. 17, lines 40-64; '500 Patent File History, Response dated Oct. 2, 2007, pp. 8-9. |

## V.    Counts VI - U.S. Patent No. 6,424,194,

## Count VII - U.S. Patent No. 7,038,516,

## Count VIII - U.S. Patent No. 7,486,124,

## Count IX - U.S. Patent No. 7,215,169

| Count 6 - U.S. Patent No. 6,424,194 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| (First/ second/ third) circuit(ry) | '194 patent, claims 1, 2, 3, 8, 11, 12, | A circuit section linked by a continuous signal path | *See, e.g.,* '194 patent, col. Figs. 10 and 11; col. 6, line 57 to col. 8, line 59; *See, e.g.,* '194 patent file history, Office |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | 13, 14, 15, 17 | | Action, September 26, 2010; Notice of Allowability, January 27, 2002; *See, e.g., Agere* claim construction Memorandum and Order at pp. 77-79. |
|---|---|---|---|
| First circuitry/ circuit block implemented using $C^3MOS$ logic | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 7, 16, 17<br>'169 patent, claims 1, 9, 15 | Digital logic circuit section implemented entirely using $C^3MOS$ logic. | *See, e.g.,* '194 patent, col. Figs. 10 and 11; col. 6, line 57 to col. 8, line 59; *See, e.g.,* '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002;<br>*See, e.g., Agere* Claim Construction Memorandum & Order at pp. 77-78; *Agere* Order Regarding Claim Construction, produced at BCM_EMX 00957096 to BCM_EMX 00957099. |
| Implemented using C3MOS logic | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 7, 16, 17<br>'169 patent, claims 1, 9, 15 | Fabricated to comprise entirely of C3MOS logic. | *See, e.g.,* '194 patent, col. Figs. 10 and 11; col. 6, line 57 to col. 8, line 59; *See, e.g.,* '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002;<br>*See, e.g., Agere* Claim Construction Memorandum & Order at pp. 77-78; *Agere* Order Regarding Claim Construction. |
| Current-controlled complementary metal-oxide semiconductor logic/ $C^3MOS$ logic | '194 patent, claims 1, 3, 5, 7, 8, 15, 17<br>'516 patent, claims 1, 7, 10, 16, 17<br>'124 patent, claims 1, 7, 8, 9, 15, 16, 17<br>'169 patent, claims 1, 6, 9, 15 | Digital logic circuitry (i.e., circuitry that reflects one of a set of discrete logical states, such as "0" or "1") fabricated using CMOS processes that is based on a current-controlled mechanism to maximize speed of operation. | *See, e.g.,* '194 patent, Figs. 1-12; col. 1 – 12; col. 2, line 23-32; col. 4, lines 9-15.<br>*See, e.g.,* U.S. Provisional Application 60/141355<br>*See, e.g., Agere* Claim Construction Memorandum and Order at pp. 73-74; *Agere* Order Regarding Claim Construction. |
| Logic level(s) are signaled by current steering in one of two or more branches in response to differential input signals | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 1, 7, 10, 16, 17<br>'124 patent, claims 1, 7, 8, 9, 15, 16, 17<br>'169 patent, claims 1, 6, 9, 15 | One of a set of discrete logic levels (i.e., "0" or "1") is signaled by directing current through one of two or more branches in response to differential input signals. | *See, e.g.,.* '194 patent, Figs. 10, 11, 12, abstract, col. 2, line 23 to col. 3, line 23; col. 6, line 57 to col. 8, line 59.<br>*See, e.g.,* U.S. Provisional Application 60/141355, produced at ELX-PAT-00011703 to ELX-PAT-00011710 |
| Current steering | '194 patent, claims 1, 8, | Directing current through one of two or more branches | *See, e.g.,* '194 patent, Figs. 10, 11, 12, abstract, col. 2, line 23 to col. 3, line |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | |
|---|---|---|---|
| | 15, 17<br>'516 patent, claims 1, 7, 10, 16, 17<br>'124 patent, claims 1, 7, 8, 9, 15, 16, 17<br>'169 patent, claims 1, 6, 9, 15 | | 23; col. 6, line 57 to col. 8, line 59.<br>*See, e.g.,* U.S. Provisional Application 60/141355 |
| Conventional complementary metal-oxide semiconductor logic / standard CMOS logic | '194 patent, claims 1, 2, 8, 12, 15, 17<br>'516 patent, claims 4, 6, 7, 13, 15, 16, 17<br>'124 patent, claims 5, 6, 7, 8, 13, 14, 15, 16, 17<br>'169 patent, claims 1, 9, 15 | Digital logic circuitry (i.e., circuitry that reflects one of a set of discrete logical states, such as "0" or "1") formed using complementary CMOS transistors (n- and p-channel transistors) without using current steering techniques | *See, e.g.,* '194 patent, col. 4, lines 5-9.<br>*See, e.g., Agere* claim construction Memorandum and Order at pp. 79. |
| Second circuitry implemented using conventional CMOS logic | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 16, 17<br>'169 patent, claims 1, 9, 15 | Digital logic circuit section implemented entirely using conventional CMOS logic without current steering techniques. | *See, e.g.,* '194 patent, Figs. 10, 11, 12; col. 6, lines 57- col. 8, line 59<br>*See, e.g., Agere* claim construction Memorandum & Order at p. 78; *Agere* Order Regarding Claim Construction. |
| Second circuitry being coupled to the first circuitry | '194 patent, claims 1, 8, 17 | The second circuitry is directly connected to the first circuitry. | *See, e.g.,* '194 patent, Figs. 10, 11, 12; col. 6, line 57 to col. 8, line 59.<br>*See, e.g., Agere*.claim construction order – Memorandum and Order at pp. 78-79; *Agere* Order Regarding Claim Construction.<br>*See, e.g., Wiley Electrical and Electronics Engineering Dictionary* 151 (Steven M. Kaplan ed., 2004) ("couple") |
| Input circuit | '194 patent, claims 1, 4 | A $C^3$MOS circuit configured to deserialize the first signal. | *See, e.g.,* '194 patent, Figs. 10, 11, 12; col. 6, line 57- col. 8, line 59; *e.g.,* col. 7, lines 6-9; col. 7, lines 16-45; col. 8, lines 31-38.<br>*See, e.g.,* '194 file history, Applicant Remarks, March 26, 2001; Notice of Allowability,  January 27, 2002 |

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| Deserializ(e)(r)(ing)/ configured to deserialize | '194 patent, claims 1, 11, 15, 16<br><br>'169 patent, claims 10, 16 | Form multiple digital streams of data from a serial data input | *See, e.g.,* '194 patent, Figs. 10, 11, 12; col. 8, lines 7-38.<br><br>*See, e.g.,* '194 patent file history, Applicant Remarks, August 13, 2001;<br><br>*See, e.g., Agere* claim construction Memorandum and Order at pp. 74-77; *Agere* Order Regarding Claim Construction (for "serialize"). |
|---|---|---|---|
| Output circuit | '194 patent, claims 3, 17 | A C$^3$MOS circuit configured to serialize a plurality of signals into a single output signal. | *See, e.g.,* '194 patent, Figs. 10, 11, 12; col. 6, line 57- col. 8, line 59; *e.g.,* col. 7, lines 6-58; col. 8, lines 31-38;<br><br>*See, e.g.,* '194 patent, file history, Applicant Remarks, March 26, 2001; Notice of Allowability, January 27, 2002 |
| Serializ(e)(r)(ing)/ configured to serialize | '194 patent, claims 3, 13, 15, 17<br><br>'169 patent, claim 17 | Combine multiple streams of digital data to form a serial data output. | *See, e.g.,* '194 patent, Figs. 10, 11, 12; '194 patent, col. 6, lines 57- col. 8, line 59;<br><br>*See, e.g.,* '194 file history, Applicant Remarks, March 26, 2001; Applicant Remarks, August 13, 2001; Applicant Remarks, January 16, 2002.<br><br>*See, e.g.,* '670 patent file history, Applicant Remarks, December 2, 2003; Applicant Remarks, July 10, 2004; Applicant Remarks, December 13, 2004; Notice of Allowability, January 13, 2005;<br><br>*See, e.g.,* Agere claim construction Memorandum and Order at pp. 74-77; Agere Order Regarding Claim Construction. |
| Differential logic signal | 7 | A set of digital data represented by two signals that are the inverse of each other. | *See, e.g.,* '194 patent at col. 2, lines 39-63. |
| Resistive elements | 7 | Electrical components providing resistive loads | *See, e.g.,* '194 patent, Figs. 1-12; col. 4, lines 27-32 |
| Core transceiver circuitry | 14 | Circuitry that does not perform serialization or deserialization function and is implemented only in CMOS logic rather than C3MOS logic. | *See, e.g.,* '194 patent, fig. 10, 11, 12; Col. 6, line 57 to col. 8, line 59. |

Count 7 - U.S. Patent No. 7,038,516

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| Claim Term | Claims | Proposed Construction | Support |
|---|---|---|---|
| (a/ an additional/ first/ second/ third) circuit block | '516 patent, claims 1, 4, 7, 10, 13, 16, 17<br><br>'124 patent, claims 5, 6, 13, 14<br><br>'169 patent, claims 1, 6, 8, 9, 10, 14, 15, 16, 17, 20 | A digital logic circuit section implemented entirely using either C3MOS logic or CMOS logic. | *See, e.g.*, '516 patent, Figs. 10, 11, 12; col. 6, line 20- col. 8, line 27.<br>'516 file history, Office Action, July 24, 2005; Applicant Remarks, October 27, 2005; Notice of Allowability, November 16, 2005. |
| Processing circuitry | 6, 15 | Circuitry that performs functions other than serialization or deserialization and is implemented only in CMOS logic rather than C3MOS logic. | *See, e.g.*, '516 patent at Fig. 10, 11, 12; '516 patent at col. 6, 20 – col. 8 27. |
| Deserialized signal | 1, 17 | Multiple digital streams of data formed from a serial input signal. | *See, e.g.*, '516 patent at Fig. 10, 11; '516 patent at col. 6, 20 – col. 8 27.<br>*See, e.g.*, '516 file history, Office Action, July 24, 2005; Notice of Allowability, November 16, 2005;<br>*See, e.g.*, '194 file history, Applicant Remarks August 13, 2001;<br>*See, e.g.*, '670 file history, Applicant Remarks, July 1, 2004; Applicant Remarks, December 13, 2004, produced at ELX-PAT-00011079 to ELX-PAT-00011428;<br>*See, e.g.*, '516 file history, Office Action, August 30, 2006. |

| Count 8 – U.S. Patent No. 7,486,124 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Deserializer circuit block | 1, 15, 16, 17, 20 | Digital logic circuit section that operates to deserialize. | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36.<br>*See, e.g.*, '124 file history – Office Action, May 22, 2008; Office Action September 19, 2007; Notice of Allowability, October 22, 2008; |
| Serializer circuit block | 7, 8, 9, 16, 17 | Digital logic circuit section that operates to serialize. | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36;<br>*See, e.g.*, '124 file history, Office |

21

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| | | | Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability (October 22, 2008). |
|---|---|---|---|
| An output that is operable to transmit the parallel signal by transmitting each signal of the plurality of signals. | 1 | An output circuit block that is operable to transmit the parallel signal by transmitting each signal of the plurality of signals | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36; *See, e.g.*, '124 file history, Office Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability (October 22, 2008). |
| (first/ second) information | '124 patent, claims 1, 2, 7, 8, 9, 10, 15, 16, 17 '169 patent, claims 2, 10, 16, 17 | Data in the form of digital logic signals. | *See, e.g.*, '124 patent, Abstract, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36; *See, e.g.*, '124 file history, Office Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability (October 22, 2008). |
| Core processing circuit block | 7, 8, 15, 16 | Circuit block that does not perform serialization or deserialization functions. | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36; *See, e.g.*, '124 file history, Office Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability, October 22, 2008. |

| Count 9 - U.S. Patent No. 7,215,169 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Serialized signal | 2 | A serial data stream formed from multiple streams of digital data | *See, e.g.*, '169 patent, Figs. 10, 11, 12; col. 6, line 26 to col. 8, line 31 *See, e.g.*, '169 file history, Office Action, August 30, 2006; Applicant Remarks, December 12, 2006; Notice of Allowability, January 5, 2007; *See, e.g.*, '194 file history, Applicants Remarks, August 13, 2001; *See, e.g.*, '670 patent file history, Applicant Remarks, July 1, 2004; Applicant Remarks, December 13, 2004. |

## VI.    Count X (U.S. Patent No. 7,313,623)

| Count 10 - U.S. Patent No. 7,313,623 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| System for providing TCP/IP offload / system for providing | 1, 25 | regularly interacting group of components, including a host with software and a TOE or NIC with software, that | *See, e.g.*, Elzur et al., U.S. Patent No. 7,313,623 ("'623 patent"), col. 3, lines 43-55, col. 5, lines 10-13, col. 6, lines 45-53, col. 7, lines 61-67, col. 8, lines |

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

| connection offload | | provide for TCP/IP offload | 44-51, Fig. 1 and related text. |
|---|---|---|---|
| | | | *See, e.g.*, Brian Pfaffenberger, *Webster's New World Dictionary of Computer Terms* (8th ed. 2000) ("Webster's 00") at 520. |
| | | | *See, e.g.*, *Merriam Webster's Collegiate Dictionary* (10th ed. 1999) ("Webster's 99") at 1197. |
| Transfers control [of]/ transfer of control | 1-2, 28, 29, 34 | provides the exclusive ability to direct changes to / the exclusive ability to direct changes to | *See, e.g.*, '623 patent, col. 3, line 43-col. 4, line 10, col. 7, lines 61-67, Fig. 2 and related text. |
| | | | *See, e.g.*, File history for application that matured into the '623 patent ("'623 file history"), Pre-Appeal Brief Request for Review, Feb. 6, 2006. |
| | | | *See, e.g.*, '623 File History, Response, Oct. 5, 2005. |
| | | | *See, e.g.*, Craft et al., U.S. Patent No. 6,427,171 ("'171 patent"), cols. 4-5. |
| Segment-variant / segment-invariant / connection invariant | 2-3, 6, 7, 11-14, 28, 30, 34 | [variables,] which may change from TCP segment to TCP segment / [variables,] which do not change from TCP segment to TCP segment, but may change from time to time during the lifetime of the TCP connection / [variables,] which are constant during the lifetime of the TCP connection | *See, e.g.*, '623 patent, col. 7, lines 8-47. |
| Snapshot | 6-7, 29, 34 | copy of values in memory [variables] taken at some point in time | *See, e.g.*, '623 patent, col. 3, line 64-col. 4, line 24, col. 7, line 61-col. 8, line 17, Fig. 2 and related text. |
| | | | *See, e.g.*, S.M.H. Collin, *Dictionary of Computing* (4th ed. 2002) at 333-34. |
| | | | *See, e.g.*, S.M.H. Collin, *Dictionary of Information Technology* (3rd ed. 2002) at 356. |
| | | | *See, e.g.*, Dick Pountain, *The New Penguin Dictionary of Computing* (2001) at 454. |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

|  |  |  | See, e.g., Alan Freedman, Computer Desktop Encyclopedia (9th ed. 2001) at 904.<br><br>See, e.g., Webster's 99 at 1111. |
|---|---|---|---|
| [variables that are] not segment-variant Transmission Control Protocol connection variables | 7 | This claim term is indefinite. As such, it cannot be construed. |  |
| Manages | 9, 10 | controls entirely | See, e.g.,'623 patent, col. 6, lines 3-48, col. 8, lines 11-31. |
| Said Transmission Control Protocol connection | 9, 16, 17 | This claim term is indefinite. As such, it cannot be construed. |  |
| [TOE] receives from said host a message | 15 | gets a message directly from said host | See, e.g.,'623 patent, col. 8, lines 27-43. |
| An ESTABLISHED state | 16 | a well-defined specific state as specified in the TCP standard of a TCP connection, in which the port is ready to receive/send data from/to the remote peer | See, e.g.,'623 patent, col. 1, lines 50-54, col. 4, lines 11-24, col. 6, lines 33-40.<br><br>See, e.g., W. Richard Stevens, TCP/IP Illustrated, Volume 1: The Protocols (1994), at 240-42. |
| Variables independent of bandwidth delay product | 17, 42, 47 | This claim term is indefinite. As such, it cannot be construed. |  |
| [TOE receives] connection setups | 18, 19 | instructions and operations necessary to establish a TCP connection | See, e.g., '623 patent, col. 9, lines 40-63. |
| Provides resistance to DoS attacks | 19 | affirmatively contribute features or properties resistive to denial-of-service attacks, in which an attacker attempts to consume as many resources on a targeted system, thereby preventing the targeted system from providing services to other network devices | See, e.g., '623 patent, col. 9, lines 48-63.<br><br>See, e.g., Webster's 00 at 154. |
| Network interface card (NIC) | 25-26, 28 | interface device with capabilities beyond those of a TOE | See, e.g., '623 patent, col. 1, lines 52-63, col. 7, lines 2-7.<br><br>See, e.g., Webster's 00 at 374. |
| Managing at least one TCP connection using | 41, 46 | controlling by the TCP/IP Offload Engine one or more entire TCP connections, | See, e.g.,'623 patent, col. 6, lines 3-48, col. 8, lines 11-31. |

24

Gibson, Dunn &
Crutcher LLP

| said acquired TCP connection variables | | including TCP control and exception processing, using the TCP connection variables acquired from the host | *See, e.g.,* '623 file history, Response, Oct. 5, 2005, at 21.<br><br>*See, e.g.,* '171 patent, cols. 4-5. |
|---|---|---|---|
| Utilizing [updated variables] to process [the TCP connection] | 43, 48 | requiring the host to use the updated variables to acquire data through the TCP connection | *See, e.g.,* '623 patent, col. 6, lines 3-26, col. 8, line 60-col. 9, line 39. |
| Machine-readable storage | 46, 47, 48 | medium capable of storing a computer program for a machine that reads and executes the program directly from the medium | *See, e.g.,* '623 patent, col. 4, lines 52-67. |
| Provides / receives / unloads / receiving / transferring / acquiring [in connection with connection variables or snapshots of variables] | 1-2, 6-7, 25, 29, 34, 41, 46 | *(Proposed constructions to be exchanged on June 25, 2010, per Michael Jay and Steven M. Geiszler letters dated June 18, 2010.)* | |
| [TCP] connection variables | 1, 25, 29, 41, 46 | *(Proposed constructions to be exchanged on June 25, 2010, per Michael Jay and Steven M. Geiszler letters dated June 18, 2010.)* | |

## VII.   Count XI (U.S. Patent No. 7,058,150)

| Count 11 - U.S. Patent No. 7,058,150 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Master signal generator/ master timing generator/ master oscillator | 1, 8, 13, 14, 32, 33 | A circuit or device independent of the individual timing recovery systems that produces a single timing signal used by each of the timing recovery systems | *See, e.g.,* '150 patent, col. 3, lines 10-41, col. 4, lines 48-53, col. 28, lines 20-31; *Wiley Electrical and Electronics Engineering Dictionary* 455 (Steven M. Kaplan ed., 2004) ("master"); *Comprehensive dictionary of Electrical Engineering* 424 (Phillip A. Laplante ed., 2d ed. 2005) ("master"). |
| Receive lane | 1, 8, 9, 12, 13, 17, 18, 19, 32, 33 | A circuit that accepts information-bearing signals and extracts information therefrom | *See, e.g.,* '150 patent, col. 4:28:1-19; *Wiley Electrical and Electronics Engineering Dictionary* 641 (Steven M. Kaplan ed., 2004) ("receiver"). |
| Serial data signal | 1, 8, 12, 15, 17, 20, | Signal containing data units one at a time in sequence | *See, e.g.,* '150 patent, col. 10:19-30, Fig. 4A; *Wiley Electrical and Electronics* |

Gibson, Dunn & Crutcher LLP

| | | | |
|---|---|---|---|
| | 21, 24, 26, 27, 30 | | *Engineering Dictionary* 697 (Steven M. Kaplan ed., 2004) ("serial transmission"). |
| Sampling signal generator/sampler | 1, 4 | A circuit that generates sampling signals | *See, e.g.,*'150 patent, col. 29, lines 25-38, col. 29, lines 53-65, col. 30, lines 6-15, col. 30, lines 50-55, col. 31, lines 13-37, Fig. 22, 23. |
| Analog | 1, 4, 20, 21, 26 | A signal or parameter that is represented in a continuous form over time, rather than in a finite number of discrete steps or units. | *See, e.g.,*'150 patent, col. 6, lines 41-42, Figs. 4A; *Wiley Electrical and Electronics Engineering Dictionary* 24 (Steven M. Kaplan ed., 2004) ("analog"); *Comprehensive dictionary of Electrical Engineering* 29 (Phillip A. Laplante ed., 2d ed. 2005) ("analog signal"). |
| Digital | 24 | A signal or parameter that is represented in a finite number of discrete steps or units, rather than in a continuous form over time. | *See, e.g.,*'150 patent, col. 10, lines 19-30, Fig. 4A; *Wiley Electrical and Electronics Engineering Dictionary* 188 (Steven M. Kaplan ed., 2004) ("digital"); *Comprehensive dictionary of Electrical Engineering* 193 (Phillip A. Laplante ed., 2d ed. 2005) ("digital"). |
| Quantize(r) | 4, 5, 8 | A circuit that divides a signal with a continuously variable range of values into discrete, finite values, *e.g.,* converting an analog signal into a digital signal | *See, e.g.,Wiley Electrical and Electronics Engineering Dictionary* 619 (Steven M. Kaplan ed., 2004) ("quantization"); *Comprehensive dictionary of Electrical Engineering* 560-61 (Phillip A. Laplante ed., 2d ed. 2005) ("quantization"). |
| Coupled | 8, 17, 18 | A direct physical connection, without any intermediary circuits | *See, e.g.,*'150 patent, col. 4, line 15, col. 5, line 38, col. 9, lines 8-11, col. 14, lines 1-4, col. 15, lines9-11, col. 16, lines 14-16, col. 16, lines 64-67, col. 18, lines 15-30, col. 23, lines 60-62, col. 26, lines 63-64, and associated figures. |
| Time-staggered sampling signals/sampling signal | 1, 2, 3, 8, 9, 11, 12, 16, 17, 18, 20, 21, 22, 23, 24, 27, 29, 30, 31 | Signals used to sample data at times that are offset from adjacent sample times. | *See, e.g.,*'150 patent, col. 29, lines 25-38, col. 29, lines 53-65, col. 30, lines 6-15, col. 30, lines 50-55, col. 31, lines 13-37, Fig. 22-24; *Wiley Electrical and Electronics Engineering Dictionary* 677, 741 (Steven M. Kaplan ed., 2004) ("sample", "stagger") |
| Time-staggered data sample streams/data sample | 1, 12, 14, 20, 21 | Signal consisting of data obtained in discrete steps at times indicated by the time-staggered sampling signal | *See, e.g.,*'150 patent, col. 29, lines 25-38, col. 29, lines 53-65, col. 30, lines 6-15, col. 30, lines 50-55, col. 31, lines 13-37, Fig. 22, 23; *Wiley Electrical and Electronics Engineering Dictionary* 677, 741 (Steven M. Kaplan ed., 2004) ("sample", "stagger") |
| Time-deskew/ | 1, 6, 20 | To remove the timing offset | *See, e.g.,*'150 patent, col. 30, lines 50- |

| | | | |
|---|---|---|---|
| time-deskewer | | between data samples. | 59, col. 31, lines 43-58 |
| Demultiplex/ demultiplexer | 1, 6, 20 | This term is indefinite as used in the claims. | *See, e.g.,* '150 patent, col. 30, lines 50-59, col. 31, line 59 to col. 32, line 9; U.S. Pat. App. No. 11/446,144 File History. |
| Demultiplexed data sample stream representative of the serial data signal having the multi-gigabit symbol rate | 2, 21 | This term is indefinite as used in the claims. | *See, e.g.,* '150 patent, col. 30, lines 50-59, col. 31, line 59 to col. 32, line 9; U.S. Pat. App. No. 11/446,144 File History. |
| Phase/phase detector | 3, 13, 16, 17, 23, 31 | Circuit or device that detects the phase of a periodic signal (i.e., the portion of a complete cycle that the periodic signal  has completed at the time of detection). | *See, e.g., Wiley Electrical and Electronics Engineering Dictionary* 566 (Steven M. Kaplan ed., 2004) ("phase") |
| Interpolated phase/Phase interpolator module/Phase interpolator | 3, 4, 8, 9, 11, 13, 16, 17, 18, 19, 22, 23, 27, 31 | Circuit or device that produces a signal with a phase somewhere in between two reference phases | *See, e.g.,* '150 patent, col. 3, lines 10-15, col. 9, lines 29-36, col. 12, lines 13-26, col. 22, lines 14-16, col. 22, lines 30-32, col. 21, lines 54-58, col. 23, lines 17-19, col. 29, lines 12-24; *Wiley Electrical and Electronics Engineering Dictionary* 388 (Steven M. Kaplan ed., 2004) ("interpolation") |
| Rotat(e)(ing) the interpolated phase | 8, 9, 10, 18, 27 | Shift(ing) the interpolated phase forwards or backwards | *See, e.g.,* '150 patent, col. 19, lines 4-17, col. 21, line 37 to col. 22, line 32, Fig. 16. |
| Transmit lane | 7, 15 | A device or circuit that transmits information-bearing signals | *See, e.g.,* '150 patent, col. 28, lines 32-48, Fig, 22; *Wiley Electrical and Electronics Engineering Dictionary* 801 (Steven M. Kaplan ed., 2004) ("transmitter") |
| Interpolator control module | 8, 9, 12, 16, 17, 18, 19, 33 | A circuit that detects the phase and/or frequency of one or more input sample signals, determines the phase offset and/or frequency offset between the input sample signal(s) and an incoming serial data signal, and generates control signals indicative of such offset(s) | *See, e.g.,* '150 patent, col. 30, line 60 to col. 31, line 9, col. 26:, lines 44-62, col. 32, lines 10-25, col. 33, lines 36-38, Figs. 18, 22, 26, 28. |
| Frequency offset | 8, 9, 17, 18, 27, 30 | Difference between the respective frequency of two signals, such that they are not synchronized, *i.e.*, they tend to drift in time relative to one another | *See, e.g.,* '150 patent, col. 6, lines 4-20. |
| Local reference | 11, 13, 29, | Reference signal devoted | *See, e.g.,* '150 patent, col. 28, line 64 to |

Gibson, Dunn & Crutcher LLP

| signal | 31 | only to a particular system component, such as a particular receive-lane or one of multiple serial data signals. | col. 29, line 11, Fig. 22. |
|---|---|---|---|
| Phase control signal | 11, 17, 29 | Signal indicating how the phase of another signal should be shifted or rotated | *See, e.g.,* '150 patent, col. 9, lines 29-34, col. 10, lines 3-16, col. 12, lines 16-26, col. 13, lines 3-34, col. 19, lines 4-17, col. 19 line 63 to col. 21, line:3, col. 27, lines 11-47, Figs. 3, 15 |
| Reference stage(s) | 16 | Circuit or device that receives a corresponding reference signal and generates a corresponding component signal | *See, e.g.,* '150 patent, col. 14, lines 1-57, Figs. 8, 9, 11, 13. |
| Component signal | 16 | Signal with a particular phase generated by a corresponding reference stage | *See, e.g.,* '150 patent, col. 14, lines 1-57, Figs. 8, 9, 11, 13. |
| Control signal rotator | 18 | Circuit or device that rotates phase control signals. | *See, e.g.,* '150 patent, col. 10, lines 8-16, col. 19, lines 4-35, Figs. 3, 15, 18A, 19, 26 |
| Combining node | 16 | Circuit or device that combines individual component signals, with their respective phases, into an output signal with a phase interpolated based on the phases of the component signals. | *See, e.g.,* '150 patent, col. 14, lines 1-57, Figs. 8, 9, 11, 13. |

Gibson, Dunn & Crutcher LLP

EMULEX CORPORATION'S
PRELIMINARY CLAIM CONSTRUCTIONS
AND EXTRINSIC EVIDENCE

1

2   Dated:  June 18, 2010           GIBSON, DUNN & CRUTCHER LLP

3                             Robert E. Cooper
                               Wayne Barsky

4                             David A. Battaglia
                             H. Mark Lyon

5                             Josh Krevitt
                             David A. Segal

6                             EMULEX CORPORATION

7                             Randall Wick, SBN 95584

8

                             By: /s/ H. Mark Lyon

9                                    H. Mark Lyon

10                          Attorneys for Defendant and Counterclaim
                         Plaintiff Emulex Corporation

11   100889160_1.DOC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

# CERTIFICATE OF SERVICE

I, Stacy Chen, declare as follows:

I am employed in the County of Santa Clara, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1881 Page Mill Road, Palo Alto, California, 94304, in said County and State.  On June 18, 2010, I served the following document(s):

## EMULEX CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

| **By Electronic mail to:** WHBroadcomEmulexServiceList@wilmerhale.com (email address for service on Plaintiff per agreement of the parties) | **William F. Lee** **Dominic E. Massa** **Joseph J. Mueller** WILMER CUTLER PICKERING HALE & DORR LLP 60 State Street Boston, MA 02129 Telephone: (617) 526-6000 Fascimile: ((617) 526-5000 Email: william.lee@wilmerhale.com Email: dominic.massa@wilmerhale.com Email: joseph.mueller@wilmerhale.com |
|---|---|
| **Bob Steinberg** **Neil Rubin** LATHAM & WATKINS LLP 355 South Grand Avenue Los Angeles, CA 90071 Telephone: (213) 485-1234 Facsimile: (213) 891-8763 Email: bob.steinberg@lw.com Email: neil.rubin@lw.com | **Michael W. DeVries** **Joseph K. Liu** **Stuart Bartow** LATHAM & WATKINS LLP 650 Town Center Drive, 20th Floor Costa Mesa, CA 92626 Telephone: (714) 540-1235 Facsimile: (714) 755-8290 Email: mike.devries@lw.com Email: joseph.liu@lw.com Email: stuart.bartow@lw.com |

☒ **BY E-MAIL:**  I caused each such document to be transmitted by PDF Format, to the parties and e-mail addresses indicated above

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2010.

/s/ Stacy Chen
Name

Gibson, Dunn &
Crutcher LLP