FISH & RICHARDSON P.C.
Jennifer N. Scarpati
601 Lexington Avenue – 52nd Floor
New York, New York 10022
(212) 641-2257
scarpati@fr.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Broadcom Corporation | CASE NUMBER |
| Plaintiff(s) | SACV 09-1058-JVS (ANx) |
| v. | ORDER ON |
| Emulex Corporation | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Jennifer N. Scarpati</u>, of <u>Fish & Richardson P.C., 601 Lexington Ave. – 52nd Fl., New York, NY 10022</u>
   *Applicant=s Name*                          *Firm Name / Address*

<u>   (212) 641-2257   </u>                          <u>   scarpati@fr.com   </u>
   *Telephone Number*                          *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of   Plaintiff   X  Defendant

Intervener or other interested person _____   Emulex Corporation   _____

and the designation of _____   David A. Segal, 166635   _____
                          *Local Counsel Designee /State Bar Number*

of  <u>Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, California 92612</u>
                          *Local Counsel Firm / Address*

<u>   (949) 451-3800   </u>                          <u>   dsegal@gibsondunn.com   </u>
   *Telephone Number*                          *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

_____ GRANTED.

_____ DENIED.  Fee shall be returned by the Clerk.

_____ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____                          _____

                          U. S. District Judge/U.S. Magistrate Judge