# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __JAMES V. SELNA__

From: __DIANE LAGMAN__, Deputy Clerk   Date Received: __4/29/11__

Case No.: __SACV09-1058 JVS; SACV10-3963 JVS__ Case Title: __BROADCOM CORPORATION V. EMULEX CORPORATION__

Document Entitled: __APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL, PROPOSED ORDER; EXHIBITS D, E AND G AND N TO JOINT STIPULATION__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☒ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1   No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1     Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☒ Other: __NO MANUAL SIGNATURE OF THE COUNSEL; TITLE PAGE FOR EXHIBITS ARE MISSING; NO NOTICE OF MANUAL FILING E-FILED.__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__5-2-11__              _____
Date                    U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)           NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

1  WILLIAM F. LEE (admitted *pro hac vice*)
    (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
    (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
    (joseph.mueller@wilmerhale.com)
4  LOUIS W. TOMPROS (admitted *pro hac vice*)
    (louis.tompros@wilmerhale.com)
5  WILMER CUTLER PICKERING
    HALE AND DORR LLP
6  60 State Street
    Boston, MA 02129
7  Telephone: (617) 526-6000
    Facsimile: (617) 526-5000
8
   Attorneys for Plaintiff and Counterclaim
9  Defendant
    BROADCOM CORPORATION
10
   JUANITA R. BROOKS (SBN 75934)
11   (brooks@fr.com)
    FISH & RICHARDSON P.C.
12  12390 El Camino Real
    San Diego, California 92130
13  Telephone: (858) 678-5070
    Facsimile: (858) 678-5099
14
   Attorneys for Defendant and Counterclaim
15 Plaintiff
   EMULEX CORPORATION                                    By Fax
16
   *Additional Counsel Listed on Signature Page*
17
18              UNITED STATES DISTRICT COURT
19              CENTRAL DISTRICT OF CALIFORNIA
20                   (SOUTHERN DIVISION)
21  BROADCOM CORPORATION,             | Case No. CV 09-1058-JVS (ANx)
22       Plaintiff,                    | consolidated with CV 10-3963 JVS (ANx)
23       v.                            | **APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL**
24  EMULEX CORPORATION,                |
25       Defendant.                    | Hon. James V. Selna
26
27  And Related Counterclaims.
28

Case No. CV 09-1058-JVS (ANx)

RECEIVED BUT NOT FILED  APR 29 2011  CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION  413

1  PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, the parties submit this application to the Court for an order sealing Exhibits E, G and N to their Joint Stipulation to Expedite Consideration of Motions to Strike Expert Reports, or Portions Thereof.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that the party seeks to file under seal. The parties apply to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. These documents include materials designated by Broadcom and Emulex as Highly Confidential and Highly Confidential Outside Attorneys' Eyes Only. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, the parties respectfully request that the Court grant this application for an Order sealing Exhibits E, G and N to the Joint Stipulation to Expedite Consideration of Motions to Strike Expert Reports, or Portions Thereof.

Dated: April 29, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Louis W. Tompros
    Louis W. Tompros

Attorneys for Plaintiff
BROADCOM CORPORATION

ii

Case No. CV 09-1058-JVS (ANx)

| | | |
|---|---|---|
| 1 | Dated: April 29, 2011 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Jonathan J. Lamberson |
| | | Jonathan J. Lamberson |
| 4 | | |
| 5 | | Attorneys for Defendant |
| | | EMULEX CORPORATION |

# DECLARATION OF CONSENT

I, Jonathan J. Lamberson, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT STIPULATION TO EXPEDITE CONSIDERATION AND MOTIONS TO STRIKE PORTIONS OF EXPERT REPORTS**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 10-07 of the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on April 29, 2011.

FISH & RICHARDSON P.C.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

Attorneys for Defendant
EMULEX CORPORATION

*Additional Counsel:*

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
JONATHAN J. LAMBERSON (SBN 239107)
(lamberson@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

50777261.doc