FISH & RICHARDSON P.C.
Jennifer N. Scarpati
601 Lexington Avenue – 52nd Floor
New York, New York 10022
(212) 641-2257
scarpati@fr.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Broadcom Corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV 09-1058-JVS (ANx) |
| v. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Emulex Corporation | |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of <u>Jennifer N. Scarpati</u>, of <u>Fish & Richardson P.C., 601 Lexington Ave. – 52nd Fl., New York, NY 10022</u>
  *Applicant's Name*                                 *Firm Name / Address*

<u>(212) 641-2257</u>                                          <u>scarpati@fr.com</u>
  *Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  ☒ Defendant

☐ Intervener or other interested person   <u>Emulex Corporation</u>

and the designation of   <u>David A. Segal, 166635</u>
                         *Local Counsel Designee /State Bar Number*

of  <u>Gibson, Dunn & Crutcher LLP, 3161 Michelson Drive, Irvine, California 92612</u>
                         *Local Counsel Firm / Address*

<u>(949) 451-3800</u>                                         <u>dsegal@gibsondunn.com</u>
  *Telephone Number*                                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  **X**    **GRANTED**.

  _____  DENIED.  Fee shall be returned by the Clerk.

  _____  DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated   May 4, 2011

*[signature]*

U. S. District Judge/U.S. Magistrate Judge