1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

(SOUTHERN DIVISION)

11

BROADCOM CORPORATION,

12

Plaintiff,

13

v.

14

EMULEX CORPORATION,

15

Defendant.

16

17

And Related Counterclaims.

18

19

Case No. CV 09-1058-JVS (ANx)

consolidated with CV 10-3963 JVS (ANx)

**ORDER RE THE PARTIES' RESPECTIVE MOTIONS TO STRIKE CERTAIN EXPERT REPORTS, OR PORTIONS THEREOF**

20     WHEREAS each party asserts that portions of one or more of the opening
21 expert reports served on April 19, 2011 are improper and should be stricken;
22     WHEREAS the parties' rebuttal expert reports are currently due on May 13,
23 2011;
24     WHEREAS the rebuttal reports would otherwise be due before a motion to
25 strike could be calendared and heard in the ordinary course;
26     WHEREAS the parties filed a joint stipulation requesting expedited
27 consideration of their respective motions to strike;

28

1    WHEREAS the parties jointly submitted arguments and responses on all

2  motions with their stipulation;

3    WHEREAS the parties jointly requested that the Court consider and decide

4  these motions on the basis of that stipulation without oral argument; and

5    WHEREAS the Court has considered the parties respective motions;

6    IT IS HEREBY ORDERED THAT:

7    1.  Broadcom's Motion to Strike Section V of the Expert Report of Gary Warden

8  is hereby **GRANTED**.

9    2.  Emulex's Motion to Strike the Expert Report of Nancy Zhang is hereby

10 **GRANTED.**  The Court makes no determination at this time as whether or to what

11 extent other Broadcom witnesses may rely on Zhang's work.  (<u>See</u> Joint Stipulation,

12 pp. 17-18.)

13    3.  Emulex's Motion to Strike Portions of the Expert Report of Paul S. Min is

14 hereby **GRANTED** with the following qualifications**.**  Dr. Min is not precluded

15 from referring to 802.1Q (Ex. L to the Joint Stipulation) given that 802.1Qaz and

16 802.1Qbb stand as amendments to 802.1Q, but any showing of infringement shall be

17 made on the basis of  802.1Qaz (Ex. I to the Joint Stipulation) and 802.1Qbb (Ex. J

18 to the Joint Stipulation), and Broadcom may not predicate a showing of

19 infringement based on a stand-alone analysis under 802.1Q.  To the extent a specific

20 provision of  802.1Q is incorporated in and expressly informs the meaning of the

21 infringement analysis under 802.1Qaz and 802.1Qbb, Dr. Min may express such

22 opinion.

23

24

25

26

27

28

Case No. CV 09-1058-JVS (ANx)

4.   Emulex's Motion to Strike Newly Accused Products is hereby **GRANTED**. Charting an independent claim from which a dependent claim depends or a related claim is not the same as charting the dependent claim and the related claim, and does not give fair notice.[1]   Charting a claim to one product does not suffice for charting the claim to a different product.

5.

Dated: May 05, 2011

Hon. James V. Selna
United States District Judge

50777177.doc

---

[1] The Court notes that the some of the cited charting references to the '057 patent do not appear in either Exhibit G or Exhibit N to the Joint Stipulation.

3

Case No. CV 09-1058-JVS (ANx)