1  WILLIAM F. LEE (admitted *pro hac vice*)
     (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
     (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
     (joseph.mueller@wilmerhale.com)
4  LOUIS W. TOMPROS (admitted *pro hac vice*)
     (louis.tompros@wilmerhale.com)
5  WILMER CUTLER PICKERING
     HALE AND DORR LLP
6  60 State Street
   Boston, MA 02129
7  Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
8
   Attorneys for Plaintiff and Counterclaim
9  Defendant
   BROADCOM CORPORATION
10
   JUANITA R. BROOKS (SBN 75934)
11   (brooks@fr.com)
   FISH & RICHARDSON P.C.
12 12390 El Camino Real
   San Diego, California 92130
13 Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
14
   Attorneys for Defendant and Counterclaim
15 Plaintiff
   EMULEX CORPORATION
16
   *Additional Counsel Listed on Signature Page*
17

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20                  (SOUTHERN DIVISION)

| | |
|---|---|
| 21  BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| 22        Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| 23        v. | **JOINT STIPULATION** |
| 24  EMULEX CORPORATION, | **REGARDING THE HEARING TIME FOR EMULEX'S MOTION** |
| 25        Defendant. | **FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL** |
| 26 | **INFRINGEMENT** |
| 27  AND RELATED COUNTERCLAIMS. | |
| 28 | |

Plaintiff Broadcom Corporation ("Broadcom") and Defendant Emulex Corporation ("Emulex"), through their respective counsel of record, hereby stipulate as follows.

A status conference is currently scheduled in this matter for June 13th at 8:00 a.m.  Emulex would like to bring a motion for partial summary judgment of no willful infringement for a hearing on that date.  Emulex's lead counsel is currently unavailable at the Court's normal civil motion hearing time of 1:30 p.m.  Also, the parties desire to efficiently utilize the time of the Court.

Consequently, the parties jointly and respectfully request that the Court set Emulex's motion for partial summary judgment of no willful infringement for hearing at the status conference at 8:00 a.m. on June 13th.

Respectfully submitted,


Dated:  May 16, 2011                    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                        By: */s/ Louis W. Tompros*
                                            Louis W. Tompros

                                        Attorneys for Plaintiff
                                        BROADCOM CORPORATION

Dated:  May 16, 2011                    FISH & RICHARDSON P.C.


                                        By: */s/ Jonathan J. Lamberson*
                                            Jonathan J. Lamberson

                                        Attorneys for Defendant
                                        EMULEX CORPORATION

50780726.doc

2

Case No. CV 09-1058-JVS (ANx)

## DECLARATION OF CONSENT

I, Jonathan J. Lamberson, hereby attest:

1.      Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT STIPULATION REGARDING THE HEARING TIME FOR EMULEX'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**

2.      I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 10-07 of the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed in Redwood City, California on May 16, 2011.

FISH & RICHARDSON P.C.


By: */s/ Jonathan J. Lamberson*
      Jonathan J. Lamberson

Attorneys for Defendant
EMULEX CORPORATION

*Additional Counsel:*

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
JONATHAN J. LAMBERSON (SBN 239107)
(lamberson@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

50780726.doc

3

Case No. CV 09-1058-JVS (ANx)

## <u>CERTIFICATE OF SERVICE</u>

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 16, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

                    By: *_/s/ Jonathan J. Lamberson_*
                        Jonathan J. Lamberson

50780726.doc

Case No. CV 09-1058-JVS (ANx)