UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**<br><br>Hearing Date: June 13, 2011<br>Time: 8:00 a.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |
|---|---|

Before the Court is Defendant Emulex Corporation's Motion for Partial Summary Judgment of No Willful Infringement. After considering the Motion and documents in support thereof, Plaintiff Broadcom Corporation's Response, and the oral arguments:

/ / /

/ / /

/ / /

1  **IT IS HEREBY ORDERED THAT** Defendant Emulex Corporation's
2  Motion for Partial Summary Judgment of No Willful Infringement is **GRANTED**.
3
4  Dated: _____     _____
                                    Hon. James V. Selna
5                                   United States District Judge

8  50780543.doc