Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**<br><br>Hearing Date:  June 13, 2011<br>Time:          8:00 a.m.<br>Place:         Courtroom 10C<br>Before:        Hon. James V. Selna |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above time and place, Defendant Emulex Corporation will move for partial summary judgment of no willful infringement.

/ / /

/ / /

CASE NO. CV 09-1058-JVS (ANx)

1   This motion is made following the conference of counsel pursuant to Local
2   Rule 7-3, and is based on the memorandum, declaration and supporting documents
3   filed herewith, and any arguments that may be presented at the hearing.
4
5   Dated:  May 16, 2011                FISH & RICHARDSON P.C.
6
7                                       By: */s/ Jonathan J. Lamberson*
                                            Jonathan J. Lamberson
8
9                                       Attorneys for Defendant and
                                        Counterclaimant
10                                      EMULEX CORPORATION
11
12  50780544.doc

2

1  *Additional Counsel*

2  David M. Barkan (SBN 160825)
     *barkan@fr.com*
3  Jonathan J. Lamberson (SBN 239107)
     *lamberson@fr.com*
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
6  Facsimile:  (650) 839-5071

7  Joseph V. Colaianni, Jr. (*pro hac vice*)
     *colaianni@fr.com*
8  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9  Washington, DC 20005
   Telephone:  (202) 783-5070
10 Facsimile:  (202) 783-2331

11 Thomas H. Reger II (*pro hac vice*)
     *reger@fr.com*
12 FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
13 Dallas, Texas 75201
   Telephone:  (214) 747-5070
14 Facsimile:  (214) 747-2091

15 Wasif H. Qureshi (*pro hac vice*)
     *qureshi@fr.com*
16 FISH & RICHARDSON P.C
   One Houston Center
17 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
18 Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109

19

20  50780544.doc

21

22

23

24

25

26

27

28

3

CASE NO. CV 09-1058-JVS (ANx)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 16, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50780544.doc