UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. SA CV 09-1058-JVS (ANx)<br>consolidated with<br>CV 10-3963 JVS (ANx)<br><br>**ORDER ON JOINT STIPULATION REGARDING THE HEARING TIME FOR EMULEX'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT** |

   Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom") and Defendant Emulex Corporation ("Emulex") entered into a stipulation on May 16, 2011 whereby the parties requested the Court to set Emulex's Motion for Partial Summary Judgment of No Willful Infringement for hearing during the status conference currently set in this matter for June 13th at 8:00 a.m.

/ / /

/ / /

/ / /

**ORDER**

1  Based on the above-referenced stipulation of the parties, and good cause
2  appearing, IT IS ORDERED that Emulex's Motion for Partial Summary Judgment
3  of No Willful Infringement is set for hearing during the status conference currently
4  set in this matter for June 13th at 8:00 a.m.

6  Dated: May 17, 2011

　　　　　　　　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

10  50780732.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 17, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50780732.doc