WILLIAM F. LEE (admitted *pro hac vice*)
  (william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
  (dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
  (joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
  (louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02129
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

JUANITA R. BROOKS (SBN 75934)
  (brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Defendant and Counterclaim Plaintiff
EMULEX CORPORATION

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE** |

1    Broadcom Corporation ("Broadcom") and Emulex Corporation ("Emulex"),
2  through their respective counsel of record, hereby stipulate as follows.
3    On May 12, 2011, in an effort to streamline the case for trial, and mindful of
4  the Court's instruction that Broadcom should reduce the number of patent claims to
5  be tried in this action, Broadcom offered to dismiss without prejudice its claim for
6  infringement of U.S. Patent No. 7,239,636 ("the '636 patent"), provided Emulex
7  agreed to dismiss without prejudice its counterclaims relating to the '636 patent.  On
8  May 12, 2011 Emulex accepted Broadcom's offer.
9    Accordingly, the parties respectfully request that the following counts of
10 Broadcom's Complaint and Emulex's Counterclaims be dismissed without
11 prejudice:
12   1.   Count One of Broadcom's First Amended Complaint (Infringement of
13 the '636 Patent); and
14   2.   Emulex's First Counterclaim (Declaratory Judgment of Invalidity and
15 Non-Infringement of U.S. Patent No. 7,239,636).

16 Dated:  May 17, 2011    WILMER CUTLER PICKERING
                           HALE AND DORR LLP
17
18                         By: */s/ Joseph J. Mueller*
19                              Joseph J. Mueller

20                         Attorneys for Plaintiff
21                         BROADCOM CORPORATION

22 Dated:  May 17, 2011    FISH & RICHARDSON P.C.
23
24                         By: */s/ Jonathan J. Lamberson*
25                              Jonathan J. Lamberson
26                         Attorneys for Defendant
27                         EMULEX CORPORATION
28

# DECLARATION OF CONSENT

I, Jonathan J. Lamberson, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT STIPULATION TO DIMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 10-07 of the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on May 17, 2011.

FISH & RICHARDSON P.C.

By: */s/ Jonathan J. Lamberson*
     Jonathan J. Lamberson

Attorneys for Defendant
EMULEX CORPORATION

*Additional Counsel:*

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
JONATHAN J. LAMBERSON (SBN 239107)
(lamberson@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

50780379.doc

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 17, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
     Jonathan J. Lamberson

50780379.doc