|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>EMULEX CORPORATION,<br><br>      Defendant.<br><br>And Related Counterclaims | Case No. SACV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE** |

Pursuant to Local Rule 7-1, Broadcom Corporation ("Broadcom") and Emulex Corporation ("Emulex") filed a stipulation on May 17, 2011 whereby Broadcom agreed to dismiss without prejudice its claim relating to United States Patent No. 7,239,636, and Emulex agreed to dismiss its counterclaim relating to this same patent.

## **ORDER**

Based on the above-referenced stipulation of the parties, and good cause appearing, IT IS ORDERED that the following counts of Broadcom's Complaint and Emulex's Counterclaims are dismissed without prejudice:

1. Count One of Broadcom's First Amended Complaint (Infringement of the '636 Patent); and

2. Emulex's First Counterclaim (Declaratory Judgment of Invalidity and Non-Infringement of U.S. Patent No. 7,239,636).

Dated: May 18, 2011

_____
Hon. James V. Selna
United States District Court

50780281.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 18, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50780281.doc