# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | |
| v. | |
| DEFENDANT(S). | **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**



**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☐ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

_____   _____
Date                          Attorney Name

                              _____
                              Party Represented

Note: File one Notice in each case, each time you manually file document(s).

G-92 (03/09)            **NOTICE OF MANUAL FILING**

# EXHIBIT A

(1) Broadcom's Application to File Under Seal its Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement, and [Proposed] Order;

(2) Broadcom's Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement;

(3) Broadcom's Statement of Genuine Disputes of Material Fact in Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement; and

(4) Declaration of Jason H. Liss in Support of Broadcom's Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement, and Exs. A-M.