WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>**And Related Counterclaims** | CASE NOS.  SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx)<br><br>**PROOF OF SERVICE** |

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 24th day of May, 2011:

- Broadcom's Application to File Under Seal its Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement;

- [Proposed] Order on Broadcom's Application to File Under Seal its Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement;

- Broadcom's Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement;

- Broadcom's Statement of Genuine Disputes of Material Fact in Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement; and

- Declaration of Jason H. Liss in Support of Broadcom's Opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement, and Exhibits A-M thereto.

**For Emulex Corporation:**

| | |
|---|---|
| OC-ELX-PAT@gibsondunn.com<br>smg@jmbm.com<br>Broadcom-Emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

_____
Jason H. Liss

PROOF OF SERVICE

1

US1DOCS 7947971v1