| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA<br>(admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER<br>(admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>BROADCOM CORPORATION<br>(Additional Counsel Listed on Signature Page) | JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Defendant and<br>Counterclaim Plaintiff<br>EMULEX CORPORATION<br>(Additional Counsel Listed on Signature Page) |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>       **Plaintiff,**<br><br>    v.<br><br>**EMULEX CORPORATION,**<br><br>       **Defendant.**<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR EMULEX'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

1     Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby stipulate as follows:

    1.    WHEREAS Emulex has filed a Motion for Partial Summary Judgment of No Willful Infringement (Dkt. No. 348);

    2.    WHEREAS Emulex's motion is set for hearing on June 13, 2011; and

    3.    WHEREAS, after good-faith negotiations, Broadcom and Emulex have agreed on one-day extensions for Broadcom's opposition and Emulex's reply;

**IT IS HEREBY STIPULATED** that Broadcom's opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement will be served and filed on Tuesday, May 24, 2011, and Emulex's reply in support of its Motion for Partial Summary Judgment of No Willful Infringement will be served and filed on Tuesday, May 31, 2011.

Dated: May 24, 2011     WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Dominic E. Massa
      Dominic E. Massa
      Attorneys for Broadcom

Dated: May 24, 2011     FISH & RICHARDSON P.C.

By:   /s/ David M. Barkan
      David M. Barkan
      Attorneys for Emulex

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Schedule for Emulex's Motion for Partial Summary Judgment of No Willful Infringement* was served upon the following parties as indicated below on this 24th day of May, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| OC-ELX-PAT@gibsondunn.com<br>smg@jmbm.com<br>broadcom-emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss