UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EMULEX CORPORATION,<br><br>　　　　　　Defendant.<br><br><br>And Related Counterclaims | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR EMULEX'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO WILLFUL INFRINGEMENT**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") stipulated as follows:

1. WHEREAS Emulex has filed a Motion for Partial Summary Judgment of No Willful Infringement (Dkt. No. 348);

2. WHEREAS Emulex's motion is set for hearing on June 13, 2011; and

3. WHEREAS, after good-faith negotiations, Broadcom and Emulex have agreed on one-day extensions for Broadcom's opposition and Emulex's reply;

**IT IS HEREBY STIPULATED** that Broadcom's opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement will be served and filed on Tuesday, May 24, 2011, and Emulex's reply in support of its Motion for Partial Summary Judgment of No Willful Infringement will be served and filed on Tuesday, May 31, 2011.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that Broadcom's opposition to Emulex's Motion for Partial Summary Judgment of No Willful Infringement will be served and filed on Tuesday, May 24, 2011, and Emulex's reply in support of its Motion for Partial Summary Judgment of No Willful Infringement will be served and filed on Tuesday, May 31, 2011.

Dated: _____     _____
                                 Hon. James V. Selna
                                 United States District Judge