| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA<br>(admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER<br>(admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>BROADCOM CORPORATION<br>(Additional Counsel Listed on<br>Signature Page) | JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Defendant and<br>Counterclaim Plaintiff<br>EMULEX CORPORATION<br>(Additional Counsel Listed on<br>Signature Page) |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>             **Plaintiff,**<br><br>    v.<br><br>**EMULEX CORPORATION,**<br><br>             **Defendant.**<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR DEPOSITION OF RICHARD FAIR AND MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby stipulate as follows:

1. WHEREAS Broadcom served expert reports of Richard Fair, Ph.D., relating to infringement and validity of certain of the patents-in-suit, in particular U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057 (collectively, the "'194 patent family");

2. WHEREAS Emulex wishes to take the deposition of Dr. Fair, and Emulex believes that that Dr. Fair's testimony may bear on issues that Emulex believes may be, after Dr. Fair's deposition, ripe for summary adjudication;

3. WHEREAS there is no date prior to the June 10, 2011 deadline for filing motions for summary judgment on which both Emulex's counsel and Dr. Fair are available for a deposition;

4. WHEREAS, after good-faith negotiations, Broadcom and Emulex have agreed to certain adjustments to the schedule for briefing of dispositive motions that will permit Emulex to file a motion after the deposition of Dr. Fair;

5. WHEREAS, the revised schedule will result in no change to the date for completion of briefing on dispositive motions;

**IT IS HEREBY STIPULATED** that

1. Emulex will take the deposition of Dr. Fair on June 16, 2011;

2. Emulex may file and serve motions for summary judgment relating to non-infringement or invalidity of the claims of the '194 patent family, if any, on or before June 21, 2011;

3. For any such motion, Broadcom's opposition will be due on July 5, 2011, and Emulex's reply (if any) will be due on July 11, 2011.

| | | |
|---|---|---|
| 1 | Dated: May 31, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By: /s/ Louis W. Tompros |
| 4 | |     Louis W. Tompros<br>    Attorneys for Broadcom |
| 5 | | |
| 6 | Dated: May 31, 2011 | FISH & RICHARDSON P.C. |
| 7 | | |
| 8 | | By: /s/ Wasif Qureshi<br>    Wasif Qureshi |
| 9 | |     Attorneys for Emulex |

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Schedule for Deposition of Richard Fair and Motions for Summary Judgment* was served upon the following parties as indicated below on this 31st day of May, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| OC-ELX-PAT@gibsondunn.com<br>smg@jmbm.com<br>broadcom-emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss