Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**EMULEX'S RESPONSE TO BROADCOM'S ADDITIONAL ALLEGED UNCONTROVERTED FACTS**<br><br>Hearing Date: June 13, 2011<br>Time:         8:00 a.m.<br>Place:        Courtroom 10C<br>Before:       Hon. James V. Selna |

Pursuant to Local Rule 56-1, Defendant Emulex Corporation ("Emulex") submits the following responses to Broadcom's Statement of Additional Alleged Uncontroverted Facts.

/ / /

/ / /

/ / /

| No. | Broadcom Uncontroverted Fact | Emulex's Response |
|---|---|---|
| 11 | On May 19, 2011, Emulex sent an email to Broadcom stating, "There are seven patents currently asserted in this litigation, and we intend to move on all of them, in some cases on multiple grounds." | Emulex does not dispute this allegation. |
| 12 | On April 1, 2011, Jeffery Benck testified, "Q. And you're encouraging your customers through various ways. You're continuing to market those products, right? A. Yes. Q. You're continuing to seek design wins on those products, correct? A. Yes. Q. You're continuing to go to customers and explain the features and functionalities of those products, right? A. Yes. Q. Continuing to discuss with potential customers ways that your products could be integrated with their products, correct? | Emulex does not dispute this allegation. |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | | A. Yes.<br>Q. Providing technical support for your products, correct?<br>MR. BARKAN: Objection; vague.<br>THE WITNESS: Yes.<br>BY MR. MUELLER:<br>Q. And, broadly speaking, technical assistance to customers so they know how to use your products and how to incorporate them in their own products, right?<br>A. Yes.<br>Q. And you continued doing all these things even after the litigation started, correct?<br>A. Yes." | |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | 13 | On March 26, 2010, Chaitanya Tumuluri testified, "[Q.] Has anyone at Emulex taken any steps to change the design of any product to avoid infringement of any Broadcom patent after this lawsuit was filed? . . . [A.] To my knowledge, no, nobody that I know of has changed any design of any product." | Emulex does not dispute this allegation. |

28

3

| | | |
|---|---|---|
| 14 | On March 25, 2010, Michael Trupiano testified, "[Q.] [T]o your knowledge has anyone at Emulex taken any steps to change the design of any product to avoid infringement of any Broadcom patent after this lawsuit was filed? . . . [A.] No." | Emulex does not dispute this allegation. |
| 15 | On March 25, 2010, Joseph Gervais testified, "[Q.] Are you aware of any steps that Emulex has taken in designing or developing any products as a result of the Broadcom patents for the patent litigation? . . . [A.] I'm not aware of any actions Emulex has taken." | Emulex does not dispute this allegation. |
| 16 | On March 24, 2010, Alan Jovanovich testified, "[Q.] To your knowledge has anyone at Emulex taken any steps to change the design of any product to avoid infringement of any Broadcom patent? . . . [A.] No." | Emulex does not dispute this allegation. |
| 17 | On June 17, 2010, Calvin Hall testified, "[Q.] To your knowledge, | Emulex does not dispute this allegation. |

4

| | | | |
|---|---|---|---|
| | | has anyone at Emulex taken any steps to change the design of any product to avoid infringement of any Broadcom patent after this lawsuit was filed? . . . [A.] Not that I'm aware of." | |
| | 18 | On December 14, 2010, Jay Avula testified, "[Q.] At any point after you learned of this lawsuit, were you instructed to take any steps to change the design of any product as a result of the allegations in this case? . . . [A.] No." | Emulex does not dispute this allegation. |
| | 19 | On December 15, 2010, Stephen Holness testified, "[Q.] Have you taken any steps to change the design of any Emulex product as a result of this lawsuit? . . . [A.] No. . . . [Q.]Have you been instructed to take any steps to change the design of any Emulex product as a result of this lawsuit? . . . [A.] No." | Emulex does not dispute this allegation. |
| | 20 | On April 7, 2011, James McCluney testified, "[Q.] [A]s a result of the | Emulex does not dispute this allegation. |

5

CASE NO. CV 09-1058-JVS (ANx)

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | | Broadcom patent infringement allegations has Emulex made any changes to its product offerings? . . . [A.] No. . . . [Q.] Has Emulex made any representations to customers or potential customers that it will change its product offerings in response to Broadcom's infringement allegations? . . . [A.] Not that I'm aware of." | |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | 21 | On June 16, 2010, Terry Doherty testified, "[Q.] Are you aware of any steps that anyone at Emulex has taken to change the design of any product as a result of the infringement allegations in this case? . . . [A.] No, I'm not aware of any allegation." | Emulex does not dispute this allegation. |
| 21<br>22<br>23<br>24<br>25<br>26<br>27 | 22 | On January 14, 2011, Thomas Hughes testified, "[Q.] To your knowledge, has anyone at Emulex Corporation taken any steps to change the design of any accused products to avoid infringement of any Broadcom patent after this | Emulex does not dispute this allegation. |

28

6

CASE NO. CV 09-1058-JVS (ANx)

| | | |
|---|---|---|
| | lawsuit was filed? . . . [A.] No. I don't know of any." | |
| 23 | On June 21, 2007, Emulex submitted an Information Disclosure Statement to the U.S. Patent and Trademark Office, citing the application (US-2003/108058) that issued as U.S. Patent No. 7,450,500. | Emulex does not dispute that on June 15, 2007, an attorney for Emulex at the law firm of Morrison & Foerster LLP sent a supplemental Information Disclosure Statement to the United States Patent & Trademark Office that cited the application (US-2003/108058) that eventually issued as U.S. Patent No. 7,450,500. |

Dated:  May 31, 2011                         FISH & RICHARDSON P.C.


By: */s/ Jonathan J. Lamberson*
    Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

50783797.doc

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
   *barkan@fr.com*
3 | Jonathan J. Lamberson (SBN 239107)
   *lamberson@fr.com*
4 | FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
6 | Facsimile:  (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
8 | FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
   Telephone:  (202) 783-5070
10 | Facsimile:  (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
    *reger@fr.com*
12 | FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
    Telephone:  (214) 747-5070
14 | Facsimile:  (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
    *qureshi@fr.com*
16 | FISH & RICHARDSON P.C
    One Houston Center
17 | 1221 McKinney Street, 28th Floor
    Houston, Texas 77010
18 | Telephone:  (713) 654-5300
    Facsimile:  (713) 652-0109

19 |

20 | 50783797.doc

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 31, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50783797.doc