WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on
Signature Page)

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA  94063-1526
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on
Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

**BROADCOM CORPORATION,**

**Plaintiff,**

v.

**EMULEX CORPORATION,**

**Defendant.**

**And Related Counterclaims**

CASE No.  SACV09-1058 JVS (ANx)
consolidated SACV10-03963-JVS (ANx)

**JOINT STIPULATION REGARDING
SCHEDULE FOR BRIEFING AND
ARGUMENT OF SUMMARY
JUDGMENT MOTIONS**

Hon. James V. Selna

Trial Date:  September 20, 2011

1       Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom

2   Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex

3   Corporation ("Emulex") hereby stipulate as follows:

4       1.   WHEREAS Emulex has filed or expects to file at least six summary

5   judgment motions: (1) partial summary judgment of no willful infringement for all

6   patents; (2) summary judgment of non-infringement (exhaustion) for the '623

7   patent; (3) summary judgment of non-infringement for the '691 and '500 patents;

8   (4) summary judgment of non-infringement and invalidity for the '150 patent;

9   (5) summary judgment of non-infringement and/or invalidity for the '194, '124,

10  and '057 patents ("the '194 patent family"); and (6) summary judgment of no lost

11  profits damages;

12      2.   WHEREAS Broadcom expects to file three summary judgment

13  motions: (1) summary judgment of no exhaustion and no implied license for the

14  '623 patent; (2) summary judgment of no invalidity for the '691 and '500 patents;

15  and (3) summary judgment of no defense of unclean hands for all patents;

16      3.   WHEREAS, the parties expect to address with the Court the

17  appropriate schedule for hearing summary judgment motions at the June 13, 2011

18  status conference;

19      4.   WHEREAS, the parties desire certainty in the deadlines for briefing

20  of summary judgment motions in advance of the status conference;

21      5.   WHEREAS, after good-faith negotiations, Broadcom and Emulex

22  have agreed to a briefing schedule that will allow the parties' summary judgment

23  motions to be heard—depending on the Court's preference—either: (1) in separate

24  hearings on July 18, July 25, and/or other dates; or (2) in a consolidated hearing on

25  July 25, 2011 or another date;

26      6.   WHEREAS, the briefing schedule agreed to by the parties will allow a

27  full two week period following the completion of briefing on each motion before

**JOINT STIPULATION REGARDING SCHEDULE
FOR BRIEFING AND ARGUMENT OF
SUMMARY JUDGMENT MOTIONS**

1    any hearing on that motion;

2    **IT IS HEREBY STIPULATED** that

3    1.    Emulex's motion for partial summary judgment of no willful

4    infringement (Dkt. No. 348) will be heard as scheduled on June 13, 2011.  Briefing

5    for that motion is complete.

6    2.    Subject to the Court's approval, the June 27, 2011 hearing on

7    Emulex's motion for Summary Judgment as to No Infringement (Count 10) (Dkt.

8    No. 362) should be moved to July 18, 2011 and will be heard on that date or a date

9    to be determined by the Court following the June 13, 2011 status conference.

10    3.    Subject to the Court's approval, any remaining motions for summary

11    judgment relating to the '623 patent, the '691 patent, and/or the '500 patent will be

12    filed by June 10, 2011.  All oppositions to such motions, including Broadcom's

13    opposition to Emulex's motion for Judgment as to No Infringement (Count 10)

14    (Dkt. No. 362), will be due June 28, 2011.  All replies (if any) in support of such

15    motions will be due July 5, 2011.  Those motions will be noticed for hearing on

16    July 18, 2011 and will be heard on that date or a date or dates to be determined by

17    the Court following the June 13, 2011 status conference.  The earliest date on

18    which those motions will be heard is July 18, 2011.

19    4.    Subject to the Court's approval, any motions for summary judgment

20    relating to the '150 patent, lost profits, and/or unclean hands will be filed by June

21    17, 2011.  All oppositions to such motions will be due July 5, 2011.  All replies (if

22    any) in support of such motions will be due July 11, 2011.  Those motions will be

23    noticed for hearing on July 25, 2011 and will be heard on that date or a date or

24    dates to be determined by the Court following the June 13, 2011 status conference.

25    The earliest date on which those motions will be heard is July 25, 2011.

26    5.    Subject to the Court's approval, Emulex's motion or motions for

27    summary judgment of noninfringement and/or invalidity of the '194 patent family

JOINT STIPULATION REGARDING SCHEDULE
FOR BRIEFING AND ARGUMENT OF
SUMMARY JUDGMENT MOTIONS

1   will be filed by June 21, 2011.  All oppositions to such motions will be due July 5,

2   2011.  All replies (if any) in support of such motions will be due July 11, 2011.

3   Those motions will be noticed for hearing on July 25, 2011 and will be heard on

4   that date or a date or dates to be determined by the Court following the June 13,

5   2011 status conference.  The earliest date on which those motions will be heard is

6   July 25, 2011.

7

8

9

10   Dated: June 3, 2011         WILMER CUTLER PICKERING
                           HALE AND DORR LLP

11

12                          By:  /s/ Louis W. Tompros

13                             Louis W. Tompros
                             Attorneys for Broadcom

14

15   Dated: June 3, 2011         FISH & RICHARDSON P.C.

16

17                          By:  /s/ Wasif Qureshi

18                             Wasif Qureshi
                             Attorneys for Emulex

19

20

21

22

23

24

25

26

27

**JOINT STIPULATION REGARDING SCHEDULE
FOR BRIEFING AND ARGUMENT OF
SUMMARY JUDGMENT MOTIONS**

*Broadcom Corporation v. Emulex Corporation,*
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Schedule for Briefing and Argument of Summary Judgment Motions* was served upon the following parties as indicated below on this 3rd day of June, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| OC-ELX-PAT@gibsondunn.com | ☐ Via Hand Delivery |
| smg@jmbm.com | ☐ Via Overnight Courier (1 copy) |
| broadcom-emulex@fr.com | ☐ Via Facsimile |
| BroadcomEmulexService@tklaw.com | ☒ Via Electronic Mail (1 copy) |
| (email addresses for service on Emulex | |
| per agreement of the parties) | |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

**JOINT STIPULATION REGARDING SCHEDULE
FOR BRIEFING AND ARGUMENT OF
SUMMARY JUDGMENT MOTIONS**

US1DOCS 7954706v2