1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

BROADCOM CORPORATION,

    Plaintiff,

    v.

EMULEX CORPORATION,

    Defendant.

And Related Counterclaims

CASE No.  SACV09-1058 JVS (ANx)
consolidated SACV10-03963-JVS (ANx)

[PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING AND ARGUMENT OF SUMMARY JUDGMENT MOTIONS

Hon. James V. Selna

Trial Date:  September 20, 2011

1  Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom
2  Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex
3  Corporation ("Emulex") have stipulated as follows:
4      1.    WHEREAS Emulex has filed or expects to file at least six summary
5  judgment motions: (1) partial summary judgment of no willful infringement for all
6  patents; (2) summary judgment of non-infringement (exhaustion) for the '623
7  patent; (3) summary judgment of non-infringement for the '691 and '500 patents;
8  (4) summary judgment of non-infringement and invalidity for the '150 patent; (5)
9  summary judgment of noninfringement and/or invalidity for the '194, '124, and
10 '057 patents ("the '194 patent family"); and (6) summary judgment of no lost
11 profits damages;
12     2.    WHEREAS Broadcom expects to file three summary judgment
13 motions: (1) summary judgment of no exhaustion and no implied license for the
14 '623 patent; (2) summary judgment of no invalidity for the '691 and '500 patents;
15 and (3) summary judgment of no defense of unclean hands for all patents;
16     3.    WHEREAS, the parties expect to address with the Court the
17 appropriate schedule for hearing summary judgment motions at the June 13, 2011
18 status conference;
19     4.    WHEREAS, the parties desire certainty in the deadlines for briefing
20 of summary judgment motions in advance of the status conference;
21     5.    WHEREAS, after good-faith negotiations, Broadcom and Emulex
22 have agreed to a briefing schedule that will allow the parties' summary judgment
23 motions to be heard—depending on the Court's preference—either: (1) in separate
24 hearings on July 18, July 25, and/or other dates; or (2) in a consolidated hearing on
25 July 25, 2011 or another date;
26     6.    WHEREAS, the briefing schedule agreed to by the parties will allow a
27

[PROPOSED] ORDER REGARDING SCHEDULE
FOR BRIEFING AND ARGUMENT OF
SUMMARY JUDGMENT MOTIONS

full two week period following the completion of briefing on each motion before any hearing on that motion;

**IT IS HEREBY STIPULATED** that

1. Emulex's motion for partial summary judgment of no willful infringement (Dkt. No. 348) will be heard as scheduled on June 13, 2011. Briefing for that motion is complete.

2. Subject to the Court's approval, the June 27, 2011 hearing on Emulex's motion for Summary Judgment as to No Infringement (Count 10) (Dkt. No. 362) should be moved to July 18, 2011 and will be heard on that date or a date to be determined by the Court following the June 13, 2011 status conference.

3. Subject to the Court's approval, any remaining motions for summary judgment relating to the '623 patent, the '691 patent, and/or the '500 patent will be filed by June 10, 2011. All oppositions to such motions, including Broadcom's opposition to Emulex's motion for Judgment as to No Infringement (Count 10) (Dkt. No. 362), will be due June 28, 2011. All replies (if any) in support of such motions will be due July 5, 2011. Those motions will be noticed for hearing on July 18, 2011 and will be heard on that date or a date or dates to be determined by the Court following the June 13, 2011 status conference. The earliest date on which those motions will be heard is July 18, 2011.

4. Subject to the Court's approval, any motions for summary judgment relating to the '150 patent, lost profits, and/or unclean hands will be filed by June 17, 2011. All oppositions to such motions will be due July 5, 2011. All replies (if any) in support of such motions will be due July 11, 2011. Those motions will be noticed for hearing on July 25, 2011 and will be heard on that date or a date or dates to be determined by the Court following the June 13, 2011 status conference. The earliest date on which those motions will be heard is July 25, 2011.

5. Subject to the Court's approval, Emulex's motion or motions for summary judgment of noninfringement and/or invalidity of the '194 patent family will be filed by June 21, 2011. All oppositions to such motions will be due July 5, 2011. All replies (if any) in support of such motions will be due July 11, 2011. Those motions will be noticed for hearing on July 25, 2011 and will be heard on that date or a date or dates to be determined by the Court following the June 13, 2011 status conference. The earliest date on which those motions will be heard is July 25, 2011.

## **ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that

1. The hearing presently set for June 27, 2011 on Emulex's motion for Summary Judgment as to No Infringement (Count 10) (Dkt. No. 362) is moved to July 18, 2011 and will be heard on that date or on an alternate date to be determined by the Court following the June 13, 2011 status conference. ;

2. Any remaining motions for summary judgment relating to the '623 patent, the '691 patent, and/or the '500 patent are due by June 10, 2011. All oppositions to such motions, including Broadcom's opposition to Emulex's motion for Judgment as to No Infringement (Count 10) (Dkt. No. 362), are due June 28, 2011. All replies (if any) in support of such motions are due July 5, 2011. These motions will be heard on July 18, 2011 or on an alternate date to be determined by the Court following the June 13, 2011 status conference.

3. Any motions for summary judgment relating to the '150 patent, lost profits, and/or unclean hands are due by June 17, 2011. All oppositions to such motions are due July 5, 2011. All replies (if any) in support of such motions are due July 11, 2011. These motions will be heard on July 25, 2011 or on an alternate

1 | date to be determined by the Court following the June 13, 2011 status conference.

2 |     4.    Emulex's motion or motions for summary judgment of noninfringement and/or invalidity of the '194 patent family are due by June 21, 2011. All oppositions to such motions are due July 5, 2011. All replies (if any) in support of such motions are due July 11, 2011. These motions will be heard on July 25, 2011 or on an alternate date to be determined by the Court following the June 13, 2011 status conference

Dated: _____     _____
                                                              Hon. James V. Selna
                                                               United States District Judge

[PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING AND ARGUMENT OF SUMMARY JUDGMENT MOTIONS

US1DOCS 7954745v2