1  Juanita R. Brooks (SBN 75934)
    *brooks@fr.com*
2  FISH & RICHARDSON P.C.
    12390 El Camino Real
3  San Diego, CA 92130
    Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
    EMULEX CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12  BROADCOM CORPORATION,          | Case No. CV 09-1058-JVS (ANx)
13      Plaintiff,                  | consolidated with CV 10-3963 JVS (ANx)
14      v.                          | **STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT (COUNT 10)**
15  EMULEX CORPORATION,
16      Defendant.
17
18
19                                  | ■■■■■■■■■■■■■
20
21  And Related Counterclaims       | Hearing Date: June 27, 2011
22                                  | Time:         1:30 p.m.
                                     | Place:        Courtroom 10C
23                                  | Before:       Hon. James V. Selna
24  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
25  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
26  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
27  ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
28

                                        CASE NO. CV 09-1058-JVS (ANx)

Pursuant to Local Rule 56-1, Defendant Emulex Corporation ("Emulex") submits the following Statement of Uncontroverted Facts and Conclusions of Law in Support of Emulex Corporation's Motion for Summary Judgment of No Infringement (Count 10).

## I. UNCONTROVERTED FACTS

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 1 | Broadcom and Microsoft █████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ████████████ | Ex. F at BCM_EMX03844852. |
| 2 | ██████████████████ ██████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ██████████████████ ████ | Ex. F at BCM_EMX03844852-54. |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | | ██████████████ | |
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | 3 | Broadcom documents state that ███<br>██████████████ | Ex. D at BCM_EMX03845705. |
| 19<br>20<br>21<br>22<br>23 | 4 | Broadcom, through its experts and witnesses, has represented that ███<br>██████████████ | Exs. B, C, D, I, & M. |
| 24<br>25<br>26<br>27 | 5 | ██████████████ | Exs. B ¶ 56; Ex. N; Ex. J ¶¶ 404-14. |

28

3

| | | |
|---|---|---|
| 6 | ████████████████ ████████████████ ████████████████ ████████ | Exs. B, C, D, F, I, & M & N. |
| 7 | For Emulex's network controllers to allegedly practice the '623 patent, they must interact with Microsoft Window TCP Chimney through a Microsoft Windows driver. | Ex. C at 41:6-42:2; Ex. R. |
| 8 | In order to write TCP-Chimney-compatible software drivers, Emulex pays to subscribe to the Microsoft Developer Network ("MSDN"). | Ex. S (ELX-PAT-07961884), Ex. T (ELX-PAT-07961886). |
| 9 | Included with this MSDN subscription is a "Microsoft TCP Chimney Driver Development Kit" or "DDK." | Ex. U (ELX-PAT-05967728). |
| 10 | The DDK includes sample code, header files, documentation, and other tools that software developers at Emulex use to write their network card drivers. | Ex. V (Enz Dep.) at 110:3-17, 140:3-21. |
| 11 | The DDK also comes with a license granting Emulex the "Right to Use and Distribute" the code that comes with the DDK. | Ex. U (ELX-PAT-05967728). |

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | 12 | The Microsoft DDK does not provide technical details about Microsoft's internal implementation of TCP Chimney, and Emulex does not know or possess such details. The DDK merely exposes an interface with specific rules and specifications for interfacing with Microsoft TCP Chimney that Emulex uses to allow its network controllers to implement the TCP Chimney interface. | Ex. J, ¶ 489 |
| 12<br>13<br>14 | 13 | The Microsoft Chimney interface is required to allegedly practice the '623 patent. | Ex. C at 41:6-42:2; Ex. B, ¶ 48; Exhibit CC (Davis Report) ¶ 55; Ex. R |
| 15<br>16<br>17 | 14 | Emulex confirms that it complies with Microsoft TCP Chimney requirements by running tests written by Microsoft. | Ex. W at BCM_EMX_E04794175; Ex. X (Rutlin Dep.) at 16:15-17:5. |
| 18<br>19<br>20<br>21 | 15 | Emulex must send the test results to Microsoft, which reviews them and indicates whether Emulex drivers are certified. | Ex. X at 18:5-16. |
| 22<br>23<br>24 | 16 | ███████████████████████ | Ex. Y (ELX-PAT-07961888). |
| 25<br>26<br>27 | 17 | The TCP Chimney feature in Microsoft Windows is disabled by default. If customers wish to use an | Ex. Z at p.1. |

5

CASE NO. CV 09-1058-JVS (ANx)

|   | | |
|---|---|---|
|   | Emulex network card in TCP Chimney mode, they must follow certain steps in the Microsoft operating system to enable it. | |
| 18 | The Microsoft Windows operating system decides whether or not to offload a particular connection to the network card through the driver. | Ex. C at 53:20-54:25; Ex. AA (Munnangi Dep.) at 77:22-24. |
| 19 | The only "reasonable and intended use" of Microsoft's TCP Chimney is to practice TCP offload in a way that allegedly infringes the '623 patent. | Ex. BB at 33:3–8; Ex. N; Ex. Z; Ex. B ¶ 48; Ex. CC, p.55; Ex. DD. |
| 20 | Microsoft's TCP Chimney "embodies essential features" of the '623 patented invention. | Ex. C at 41:17-42:22, 53:20-54:25; Ex. R at 97:4-98:1; Ex. M at 45:5-10; Ex. B ¶ 56; Ex. AA at 77:22-24; Ex. J, ¶¶ 486–92. |
| 21 | Microsoft's TCP Chimney is "without utility" if not used to practice TCP offload in a way that allegedly infringes the '623 patent. | Exs. N & Z. |
| 22 | Emulex follows Microsoft's TCP Chimney specification in order to support TCP Chimney | Ex. J ¶ 489; Ex. R at 20:8-14; Exs. S-W; Ex. X at 16:15-17:5, 18:5-12; Ex. Y; Ex. B ¶ 48. |

///

///

///

## II. CONCLUSIONS OF LAW

1. ████████████████████████████████████

2. Microsoft's TCP Chimney substantially embodies the '623 patent

    A. The "only and intended use" of Microsoft TCP Chimney is to perform TCP offload in a way that allegedly infringes the '623 patent.

    B. Microsoft TCP Chimney embodies essential features of the patented invention and constitutes a material part of the patented invention.

    C. Microsoft TCP Chimney is without utility unless used to perform TCP offload in an allegedly infringing manner.

    D. Emulex had no alternative but to follow Microsoft's specifications to use TCP Chimney, and does not know the internal structure of Microsoft's TCP Chimney.

3. Microsoft's authorized transfer of TCP Chimney to Emulex exhausted Broadcom's patent rights against Emulex.

4. Emulex does not infringe the '623 patent.

Dated: June 2, 2011

FISH & RICHARDSON P.C.

By: _____
Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

50783395.doc

| | |
|---|---|
| 1 | *Additional Counsel* |
| 2 | David M. Barkan (SBN 160825) |
|   | barkan@fr.com |
| 3 | Jonathan J. Lamberson (SBN 239107) |
|   | lamberson@fr.com |
| 4 | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
| 5 | Redwood City, California 94063-1526 |
|   | Telephone: (650) 839-5070 |
| 6 | Facsimile: (650) 839-5071 |
| 7 | Joseph V. Colaianni, Jr. (*pro hac vice*) |
|   | colaianni@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | 1425 K Street, N.W., 11th Floor |
| 9 | Washington, DC 20005 |
|   | Telephone: (202) 783-5070 |
| 10 | Facsimile: (202) 783-2331 |
| 11 | Thomas H. Reger II (*pro hac vice*) |
|   | reger@fr.com |
| 12 | FISH & RICHARDSON P.C. |
|   | 1717 Main Street, Suite 5000 |
| 13 | Dallas, Texas 75201 |
|   | Telephone: (214) 747-5070 |
| 14 | Facsimile: (214) 747-2091 |
| 15 | Wasif H. Qureshi (*pro hac vice*) |
|   | qureshi@fr.com |
| 16 | FISH & RICHARDSON P.C |
|   | One Houston Center |
| 17 | 1221 McKinney Street, 28th Floor |
|   | Houston, Texas 77010 |
| 18 | Telephone: (713) 654-5300 |
|   | Facsimile: (713) 652-0109 |
| 19 | |
| 20 | 50783395.doc |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 2, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: _____
Jonathan J. Lamberson

50783395.doc