Bob Steinberg (SBN 126407)
  bob.steinberg@lw.com
Neil A. Rubin (SBN 250761)
  neil.rubin@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:  (213) 485-1234
Facsimile:   (213) 891-8763

Michael W. De Vries (Bar No. 211001)
  mike.devries@lw.com
D. Stuart Bartow (Bar No. 233107)
  stuart.bartow@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

Andrew J. Fossum (SBN 250373)
  andrew.fossum@lw.com
LATHAM & WATKINS LLP
717 Texas Avenue, 16th Floor
Houston, Texas  77002
Telephone:  (713) 546-5400
Facsimile:  (714) 546-5401

Attorneys for Plaintiff and Counterclaim Defendant BROADCOM CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br>_____<br><br>And Related Counterclaims | CASE NO. SACV 09-1058 JVS (ANx)<br><br>**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**<br><br>**Before: Hon. James V. Selna**<br><br>Date: July 11, 2011<br>Time: 1:30 p.m.<br>Judge: Hon. James Selna<br>Action Filed: September 14, 2009 |

The following attorneys from the law firm Latham & Watkins LLP ("Latham") have filed appearances in this case on behalf of Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom"):  Bob Steinberg, Michael W. De Vries, Daryl Stuart Bartow, Andrew J. Fossum and Neil A. Rubin (collectively, the "Latham Attorneys").  Several attorneys from Wilmer Cutler Pickering Hale & Dorr LLP ("Wilmer Hale") have also filed appearances in this case on behalf of Broadcom, and have taken over the day-to-day responsibilities for the case.  Wilmer Hale is able to serve as local counsel on behalf of Broadcom.

Accordingly, pursuant to L.R. 83-2.9.2.1, the Latham Attorneys request that the Court allow them to withdraw from this case.  Latham has provided written notice to its client, Broadcom, and to all parties who have appeared in this action.  Neither Latham's client, Broadcom, nor the sole opposing party, Defendant and Counterclaim Plaintiff Emulex Corporation, objects to the withdrawal of the Latham Attorneys.

Dated:  June 8, 2011                                  Respectfully submitted,


By: /s/   Bob Steinberg
Bob Steinberg

LATHAM & WATKINS LLP

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

CASE NO. SACV 09-1058 JVS (ANx)
UNOPPOSED MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System. Filing via the CM/ECF System constitutes service on all parties listed in the Notice of Electronic Filing pursuant to Section VII.A of General Order No. 10-7.

I further certify that a copy of the attached document was served via U.S. mail on the following:

> Steven M. Geiszler
> Gibson Dunn & Crutcher LLP
> 2100 McKinney Avenue, Suite 1100
> Dallas, TX 75201

Dated: June 8, 2011

_____
Cindy Berry

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

3

CASE NO. SACV 09-1058 JVS (ANx)
UNOPPOSED MOTION FOR LEAVE TO
WITHDRAW AS COUNSEL