UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, | CASE NO. SACV 09-1058 JVS (ANx) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ALLOWING WITHDRAWAL OF COUNSEL** |
| EMULEX CORPORATION, | **Before: Hon. James V. Selna** |
| Defendant. | |
| And Related Counterclaims | |

WHEREAS, the following attorneys from the law firm of Latham & Watkins LLP have filed appearances in this case on behalf of Broadcom Corporation ("Broadcom"): Bob Steinberg, Michael W. De Vries, Daryl Stuart Bartow, Andrew J. Fossum and Neil A. Rubin (collectively, the "Latham Attorneys"); and

WHEREAS, Broadcom has also retained the law firm of Wilmer Cutler Pickering Hale & Dorr LLP to represent Broadcom on the matter going forward;

THEREFORE, IT IS HEREBY ORDERED, that the appearances of the Latham Attorneys are withdrawn. The Latham Attorneys shall be removed from the Court's ECF distribution list for this case.

Dated: _____, 2011

_____
HONORABLE JAMES V. SELNA
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2011, the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System. Filing via the CM/ECF System constitutes service on all parties listed in the Notice of Electronic Filing pursuant to Section VII.A of General Order No. 10-7.

I further certify that a copy of the attached document was served via U.S. mail on the following:

Steven M. Geiszler
Gibson Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX 75201

Dated: June 8, 2011

_____
Cindy Berry