UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**ORDER REGARDING SCHEDULE FOR DEPOSITION OF RICHARD FAIR AND MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") have stipulated as follows:

1. WHEREAS Broadcom served expert reports of Richard Fair, Ph.D., relating to infringement and validity of certain of the patents-in-suit, in particular U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057 (collectively, the "'194 patent family");

2. WHEREAS Emulex wishes to take the deposition of Dr. Fair, and Emulex believes that that Dr. Fair's testimony may bear on issues that Emulex believes may be, after Dr. Fair's deposition, ripe for summary adjudication;

3. WHEREAS there is no date prior to the June 10, 2011 deadline for filing motions for summary judgment on which both Emulex's counsel and Dr. Fair are available for a deposition;

4. WHEREAS, after good-faith negotiations, Broadcom and Emulex have agreed to certain adjustments to the schedule for briefing of dispositive motions that will permit Emulex to file a motion after the deposition of Dr. Fair;

5. WHEREAS, the revised schedule will result in no change to the date for completion of briefing on dispositive motions;

**IT IS HEREBY STIPULATED** that

1. Emulex will take the deposition of Dr. Fair on June 16, 2011;

2. Emulex may file and serve motions for summary judgment relating to non-infringement or invalidity of the claims of the '194 patent family, if any, on or before June 21, 2011;

3. For any such motion, Broadcom's opposition will be due on July 5, 2011, and Emulex's reply (if any) will be due on July 11, 2011.

# ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that

    1.    Emulex may take the deposition of Richard Fair on June 16, 2011;

    2.    Emulex may file and serve motions for summary judgment relating to non-infringement or invalidity of the claims of the '194 patent family, if any, on or before June 21, 2011;

    3.    For any such motion, Broadcom's opposition will be due on July 5, 2011, and Emulex's reply (if any) will be due on July 11, 2011.

Dated: June 08, 2011

_____
Hon. James V. Selna
United States District Judge