| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA<br>(admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER<br>(admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>BROADCOM CORPORATION<br>(Additional Counsel Listed on<br>Signature Page) | JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>Attorneys for Defendant and<br>Counterclaim Plaintiff<br>EMULEX CORPORATION<br>(Additional Counsel Listed on<br>Signature Page) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>          **Plaintiff,**<br><br>     v.<br><br>**EMULEX CORPORATION,**<br><br>          **Defendant.**<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR BRIEFING AND ARGUMENT OF SUMMARY JUDGMENT MOTIONS**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

1  Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby stipulate as follows:

WHEREAS, Broadcom has requested and Emulex has agreed to a revision to the summary judgment briefing schedule previously proposed by the parties and ordered by the Court (Dkt. No. 384);

WHEREAS, the revision will result in a one-business-day extension for opening and opposition briefs relating to the '623, '691, and '500 patents, and no change to the schedule for reply briefs;

WHEREAS, the agreed revision to the briefing schedule will not affect the schedule for any motions not referenced here; and

WHEREAS, the agreed revision to the briefing schedule will not affect the hearing date or, as noted above, the date on which reply briefs are submitted and briefing is thus complete for the Court;

**IT IS HEREBY STIPULATED** that

Subject to the Court's approval, any remaining motions for summary judgment relating to the '623 patent, the '691 patent, and/or the '500 patent will be filed by June 13, 2011. All oppositions to such motions, including Broadcom's opposition to Emulex's motion for Judgment as to No Infringement (Count 10) (Dkt. No. 362), will be due June 29, 2011. All replies (if any) in support of such motions will be due July 5, 2011 (as currently scheduled). Those motions will be noticed for hearing on July 18, 2011 (as currently scheduled) and will be heard on that date or a date or dates to be determined by the Court following the June 13, 2011 status conference and/or following the Court's review of the initial motion papers. (*See* Dkt. No. 384.)

| | | |
|---|---|---|
| 1 | Dated: June 9, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By: /s/ Louis W. Tompros |
| 4 | | Louis W. Tompros<br>Attorneys for Broadcom |
| 5 | | |
| 6 | Dated: June 9, 2011 | FISH & RICHARDSON P.C. |
| 7 | | |
| 8 | | By: /s/ Wasif Qureshi |
| 9 | | Wasif Qureshi<br>Attorneys for Emulex |

*Broadcom Corporation v. Emulex Corporation,*
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

**PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Schedule for Briefing and Argument of Summary Judgment Motions* was served upon the following parties as indicated below on this 9th day of June, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| OC-ELX-PAT@gibsondunn.com<br>smg@jmbm.com<br>broadcom-emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss