1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>                    **Plaintiff,**<br><br>         v.<br><br>**EMULEX CORPORATION,**<br><br>                    **Defendant.**<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR BRIEFING AND ARGUMENT OF SUMMARY JUDGMENT MOTIONS**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

1       Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") have stipulated as follows:

      WHEREAS, Broadcom has requested and Emulex has agreed to a revision to the summary judgment briefing schedule previously proposed by the parties and ordered by the Court (Dkt. No. 384);

      WHEREAS, the revision will result in a one-business-day extension for opening and opposition briefs relating to the '623, '691, and '500 patents, and no change to the schedule for reply briefs;

      WHEREAS, the agreed revision to the briefing schedule will not affect the schedule for any motions not referenced here; and

      WHEREAS, the agreed revision to the briefing schedule will not affect the hearing date or, as noted above, the date on which reply briefs are submitted and briefing is thus complete for the Court;

      **IT IS HEREBY STIPULATED** that

      Subject to the Court's approval, any remaining motions for summary judgment relating to the '623 patent, the '691 patent, and/or the '500 patent will be filed by June 13, 2011.  All oppositions to such motions, including Broadcom's opposition to Emulex's motion for Judgment as to No Infringement (Count 10) (Dkt. No. 362), will be due June 29, 2011.  All replies (if any) in support of such motions will be due July 5, 2011 (as currently scheduled).  Those motions will be noticed for hearing on July 18, 2011 (as currently scheduled) and will be heard on that date or a date or dates to be determined by the Court following the June 13, 2011 status conference and/or following the Court's review of the initial motion papers.  (*See* Dkt. No. 384.)

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that any remaining motions for summary judgment relating to the '623 patent, the '691 patent, and/or the '500 patent will be filed by June 13, 2011. All oppositions to such motions, including Broadcom's opposition to Emulex's motion for Judgment as to No Infringement (Count 10) (Dkt. No. 362), will be due June 29, 2011. All replies (if any) in support of such motions will be due July 5, 2011 (as currently scheduled). Those motions will be noticed for hearing on July 18, 2011 (as currently scheduled) and will be heard on that date or a date or dates to be determined by the Court following the June 13, 2011 status conference and following the Court's review of the initial motion papers.

Dated: _____      _____
                                     Hon. James V. Selna
                                     United States District Judge