UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT (COUNTS 4 & 5)**<br><br>Hearing Date:  Jul 18, 2011<br>Time:         1:30 p.m.<br>Place:        Courtroom 10C<br>Before:       Hon. James V. Selna |

Before the Court is Defendant Emulex Corporation's Motion for Summary Judgment of No Infringement (Counts 4 & 5). After considering the Motion and documents in support thereof, Plaintiff Broadcom Corporation's Response, and the oral arguments:

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED THAT** Defendant Emulex Corporation's Motion for Summary Judgment of No Infringement as to Counts 4 and 5 is **GRANTED**.

Dated: _____  _____
Hon. James V. Selna
United States District Judge

50784426.doc

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 13, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
 Jonathan J. Lamberson

50784426.doc