FISH & RICHARDSON P.C.
Juanita R. Brooks, SBN 75934
*brooks@fr.com*
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

FISH & RICHARDSON P.C.
David M Barkan, SBN 160825
*barkan@fr.com*
Joseph V Colaianni, Jr. (*pro hac vice*)
*colaianni@fr.com*
500 Arguello Street Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

(Additional counsel listed below)

JEFFER MANGELS BUTLER & MITCHELL LLP
Stanley M. Gibson, SBN 162329
*smg@jmbm.com*
1900 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Fax: 310-203-0567

EMULEX CORPORATION
Randall Wick, SBN 95584
*randall.wick@emulex.com*
3333 Susan Street
Costa Mesa, California 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

Attorneys for Defendant and Counterclaim Plaintiff Emulex Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BROADCOM CORPORATION,
Plaintiff,

vs.

EMULEX CORPORATION,
Defendant.

And Related Counterclaims.

CASE NO. SACV 09-1058-JVS (ANx)

Honorable James V. Selna

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL AND AGREEMENT TO WAIVE HEARING**

Date: July 11, 2011
Time: 1:30 p.m.
Location:
Action Filed: September 14, 2009

Pursuant to Local Rule 83-2.9.2.1, Defendant and Counterclaim Plaintiff Emulex Corporation ("Emulex") hereby requests that the Court approve the withdrawal of the law firm Gibson, Dunn & Crutcher LLP (including attorneys Wayne M. Barsky, David A. Battaglia, Robert E. Cooper, Howard S. Hogan, Y. Ernest Hsin, Richard M. Koehl, Josh A. Krevitt, H. Mark Lyon, David A. Segal, and Michael B. Smith) ("Gibson Dunn") from the above-titled action. Attorneys from Fish & Richardson P.C., Thompson & Knight LLP, Call & Jensen, and Jeffer Mangels Butler & Mitchell LLP ("Jeffer Mangels") have assumed day-to-day responsibility of this action, with Jeffer Mangels serving as local counsel.

Gibson Dunn has provided written notice to its client Emulex and Emulex's other counsel listed above, and all have consented to the withdrawal of Gibson Dunn. *See* Exhibit A. Notice of this proposed withdrawal has also been given to Broadcom's counsel, and it has indicated that Broadcom does not object to this withdrawal and agrees to waive any hearing on this Motion.

The proposed withdrawal of counsel will not cause any delay in the prosecution of the case to completion. Emulex will continue to be represented by Fish & Richardson P.C., Thompson & Knight LLP, Call & Jensen, and Jeffer Mangels as counsel of record in this case. Emulex will also continue to be represented by Gibson Dunn in the currently pending case *Emulex Corp. v. Broadcom Corp.*, Case No. SACV 09-1310 CJC(ANX).

Dated: June 13, 2011

/s/ David A. Segal

GIBSON, DUNN & CRUTCHER, LLP
David A. Segal, SBN 166635
*dsegal@gibsondunn.com*
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Defendant
and Counterclaim Plaintiff
EMULEX CORPORATION

# Exhibit A

FISH & RICHARDSON P.C.
Juanita R. Brooks, SBN 75934
*brooks@fr.com*
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

FISH & RICHARDSON P.C.
David M Barkan, SBN 160825
*barkan@fr.com*
Joseph V Colaianni, Jr. (*pro hac vice*)
*colaianni@fr.com*
500 Arguello Street Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

(Additional counsel listed below)

JEFFER MANGELS BUTLER & MITCHELL LLP
Stanley M. Gibson, SBN 162329
*smg@jmbm.com*
1900 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Fax: 310-203-0567

EMULEX CORPORATION
Randall Wick, SBN 95584
*randall.wick@emulex.com*
3333 Susan Street
Costa Mesa, California 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

Attorneys for Defendant and Counterclaim Plaintiff Emulex Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br>Plaintiff,<br>vs.<br>EMULEX CORPORATION,<br>Defendant. | CASE NO. SACV 09-1058-JVS (ANx)<br>consolidated with CV 10-3963 JVS (ANx)<br>Honorable James V. Selna<br><br>**REQUEST FOR APPROVAL OF WITHDRAWAL OF ATTORNEYS** |
| And Related Counterclaims. | |

Defendant Emulex Corporation hereby requests the Court approve the withdrawal of the law firm Gibson, Dunn & Crutcher LLP (including attorneys Wayne M. Barsky, David A. Battaglia, Robert E. Cooper, Steven M. Geiszler, Howard S. Hogan, Y. Ernest Hsin, Richard M. Koehl, Josh A. Krevitt, H. Mark Lyon, David A. Segal, and Michael B. Smith).

The proposed withdrawal of counsel will not cause any delay in the prosecution of the case to completion. Emulex Corporation will continue to be represented by Fish & Richardson P.C., Thompson & Knight LLP, Call & Jensen, and Jeffer Mangels Butler & Mitchell LLP as counsel of record in this case. Emulex will also continue to be represented by Gibson, Dunn & Crutcher in the currently pending case *Emulex Corp. v. Broadcom Corp.*, Case No. SACV09-1310 CJC(ANX).

Dated: May 23, 2011

EMULEX CORPORATION
Randall Wick, SBN 95584
*randall.wick@emulex.com*
3333 Susan Street
Costa Mesa, California 92626-7112
Telephone: (714) 885-3691
Facsimile: (714) 641-0172

Gibson, Dunn & Crutcher LLP has given proper notice pursuant to Local Rule 83-2.9 and further consents to the above withdrawal.

Dated: May 23, 2011

GIBSON, DUNN & CRUTCHER, LLP
David A. Segal, SBN 166635
*dsegal@gibsondunn.com*
3161 Michelson Drive
Irvine, California 92612-4412
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

GIBSON, DUNN & CRUTCHER, LLP
Robert E. Cooper, SBN 35888
*rcooper@gibsondunn.com*
David A. Battaglia, SBN 130474
*dbattaglia@gibsondunn.com*
H. Mark Lyon, SBN 162061
*mlyon@gibsondunn.com*

Y. Ernest Hsin, SBN 201668
*ehsin@gibsondunn.com*

2029 Century Park East
Los Angeles, CA 90067-4267
Telephone: (310) 552-8500
Facsimile: (310) 557-8741

GIBSON, DUNN & CRUTCHER, LLP
Josh Krevitt, SBN 208552
*jkrevitt@gibsondunn.com*
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-3500
Facsimile: (212) 351-6390

The undersigned affirms that the attorneys listed below are duly admitted to practice in this District pursuant to Local Rule 83-2 or have been admitted as counsel *pro hac vice*.

Pursuant to Local Rule 82-2.3.3, counsel *pro hac vice* who had previously designated David A. Segal, Esq. as local counsel hereby designate Stanley M. Gibson, Esq. of Jeffer Mangels Butler & Mitchell LLP, who has previously appeared in this matter (D.I. 108), as local counsel located in the Central District of California.

Dated: May 23, 2011

JEFFER MANGELS BUTLER & MITCHELL LLP
Stanley M. Gibson, SBN 162329
*smg@jmbm.com*
1900 Avenue of the Stars 7th Floor
Los Angeles, CA 90067-4308
Telephone: 310-203-8080
Fax: 310-203-0567

FISH & RICHARDSON P.C.
Juanita R. Brooks, SBN 75934
*brooks@fr.com*
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

FISH & RICHARDSON P.C.
David M. Barkan, SBN 160825
*barkan@fr.com*
505 Arguello Street, Suite 500
Redwood City, CA 94063-1526

Telephone: (650) 839-5070
Facsimile: (650) 839-5071

FISH & RICHARDSON P.C.
Joseph V. Colaianni, Jr. (Admitted *Pro Hac Vice*)
*colaianni@fr.com*
1425 K. Street, NW
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

FISH & RICHARDSON P.C.
Thomas H. Reger II (Admitted *Pro Hac Vice*)
*reger@fr.com*
1717 Main Street
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Attorneys for Defendant
and Counterclaim Plaintiff
EMULEX CORPORATION

101031275_2.DOC