UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br>　　　　Plaintiff,<br>vs.<br>EMULEX CORPORATION,<br>　　　　Defendant.<br>And Related Counterclaims. | CASE NO. SACV 09-1058-JVS (ANx)<br><br>Honorable James V. Selna<br><br>**[PROPOSED] ORDER ALLOWING WITHDRAWAL OF COUNSEL** |

　　　　WHEREAS, the law firm Gibson, Dunn & Crutcher LLP (including attorneys Wayne M. Barsky, David A. Battaglia, Robert E. Cooper, Howard S. Hogan, Y. Ernest Hsin, Richard M. Koehl, Josh A. Krevitt, H. Mark Lyon, David A. Segal, and Michael B. Smith) ("Gibson Dunn") has appeared in this action on behalf of Emulex Corporation ("Emulex"); and

　　　　WHEREAS, Emulex is also represented on this matter by attorneys from the law firms Fish & Richardson P.C., Thompson & Knight LLP, Call & Jensen, and Jeffer Mangels Butler & Mitchell LLP;

THEREFORE, IT IS HEREBY ORDERED, that the appearances of Gibson Dunn and its attorneys are withdrawn. Gibson Dunn shall be removed from the Court's ECF distribution list for this case only.

Dated: _____, 2011

HONORABLE JAMES V. SELNA
United Stated District Court Judge

Gibson, Dunn & Crutcher LLP

2