1
WILLIAM F. LEE
(admitted *pro hac vice*)
2
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
3
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
4
JOSEPH J. MUELLER
(admitted *pro hac vice*)
5
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
6
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
7
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
8
Boston, MA  02109
Telephone:  (617) 526-6000
9
Facsimile:   (617) 526-5000
10
Attorneys for Plaintiff
11
BROADCOM CORPORATION

12

13

14

15
**UNITED STATES DISTRICT COURT**

16
**CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| **BROADCOM CORPORATION,** | CASE No.  SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
| **Plaintiff,** | **PLAINTIFF BROADCOM CORPORATION'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 AND 7,450,500** |
| v. | |
| **EMULEX CORPORATION,** | |
| **Defendant.** | Hearing Date:    July 18, 2011 Before:           Hon. James V. Selna |
| **And Related Counterclaims** | |

18

19

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above time and place, Plaintiff Broadcom Corporation will move for partial summary judgment of no invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500.  Emulex has asserted anticipation and obviousness of these patents based on a single alleged prior art reference—but Emulex's own expert conceded that this reference does not disclose every limitation of the asserted claims, and further conceded that he had not conducted the requisite limitation-by-limitation analysis of obviousness.  Emulex's invalidity defense thus fails as a matter of law.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, and is based on the memorandum, declaration and supporting documents filed herewith, and any arguments that may be presented at the hearing.


Dated: June 13, 2011                    WILMER CUTLER PICKERING
                                        HALE AND DORR LLP

                                        By:   /s/ Joseph J. Mueller
                                              Joseph J. Mueller

                                        Attorneys for Plaintiff
                                        BROADCOM CORPORATION