# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BROADCOM CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 AND 7,450,500**<br><br>Hearing Date: July 18, 2011<br>Before: Hon. James V. Selna |

## ORDER

Before the Court is Plaintiff Broadcom Corporation's Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500. Upon consideration of the motion, and the submissions and arguments by the parties, it is hereby ORDERED that Broadcom Corporation's Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500 is GRANTED.

**IT IS SO ORDERED** this ___ day of _____, 2011.

_____
Honorable James V. Selna
United States District Judge