1  WILLIAM F. LEE
   (admitted *pro hac vice*)
2  (william.lee@wilmerhale.com)
   DOMINIC E. MASSA
3  (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
4  JOSEPH J. MUELLER
   (admitted *pro hac vice*)
5  (joseph.mueller@wilmerhale.com)
6  LOUIS W. TOMPROS
   (admitted *pro hac vice*)
7  (louis.tompros@wilmerhale.com)
   WILMER CUTLER PICKERING HALE AND DORR LLP
8  60 State Street
   Boston, MA 02109
9  Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
10
   Attorneys for Plaintiff
11 BROADCOM CORPORATION

12

13

14

   UNITED STATES DISTRICT COURT
15
   CENTRAL DISTRICT OF CALIFORNIA
16

17
   | BROADCOM CORPORATION, | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
   |---|---|
   | Plaintiff, | **DECLARATION OF MICHAEL WOLIN IN SUPPORT OF PLAINTIFF BROADCOM CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 AND 7,450,500** |
   | v. | |
   | EMULEX CORPORATION, | |
   | Defendant. | Hearing Date: July 18, 2011<br>Before: Hon. James V. Selna |
   | And Related Counterclaims | |

DECLARATION IN SUPPORT OF BROADCOM'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NO INVALIDITY

# DECLARATION OF MICHAEL WOLIN

I, Michael Wolin, hereby declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts (BBO #675270). I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3. I make this declaration in support of Broadcom's Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500.

4. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the Initial Expert Report of Dr. Amin Vahdat Regarding Infringement of U.S. Patent Nos. 7,471,691 and 7,450,500, dated April 19, 2011.

5. Attached hereto as Exhibit B is a true and accurate copy of U.S. Patent No. 7,471,691.

6. Attached hereto as Exhibit C is a true and accurate copy of U.S. Patent No. 7,450,500.

7. Attached hereto as Exhibit D is a true and accurate copy of U.S. Patent No. 6,185,203.

8. Attached hereto as Exhibit E is a true and accurate copy of excerpts from the Expert Report of Gary Warden on the Invalidity of the Gadzoox Patents, dated April 19, 2011.

9. Attached hereto as Exhibit F is a true and accurate copy of excerpts from the rough deposition transcript of Gary Warden, dated May 27, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1  Executed this 13th day of June, 2011, in Boston, Massachusetts.

*[signature]*

Michael Wolin

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION IN SUPPORT OF BROADCOM'S
MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NO INVALIDITY

3

US1DOCS 7967827v1