EXHIBIT

A

*HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY*
*HIGHLY CONFIDENTIAL - SOURCE CODE*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br><br>**And Related Counterclaims** | CASE No. SACV 09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**INITIAL EXPERT REPORT OF DR. AMIN VAHDAT REGARDING INFRINGEMENT OF U.S. PATENT NOS. 7,471,691 AND 7,450,500**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE

## VI. BACKGROUND TECHNOLOGY

35. The Fibre Channel patents relate generally to networking technology and, in particular, components used in networking called "switches." Switches are devices that connect different segments of a network, and can route traffic among multiple devices in the network.

### A. Storage Area Networks ("SANs")

36. Networking is aimed at the efficient and reliable communications between devices (or "nodes") on the network. This is accomplished by certain mandatory rules called protocols governing communications between devices. The protocols specify the various aspects of how devices communicate with one another. This includes how data is exchanged between devices, how devices are located, and even the language used to communicate. Other optional rules may also be used in certain situations.

37. A Storage Area Network ("SAN") is a type of network commonly used to make storage devices, such as disk drives, accessible to servers so the storage devices appear to be locally attached to computer systems, such as personal computers ("PCs"). A SAN allows a user to access data stored on remote storage devices as if the data were stored locally to the user's computer system. Storage area networks can include multiple devices, such as servers, switches, disk arrays, etc., all connected together. Figure 1 below illustrates a simple SAN with a number of PCs, a server, the storage network and disk drives. Many disk drives may be connected together in a single enclosure or rack ("disk subsystem"). Storage area networks are sometimes characterized as having a frontend and a backend, with the disk subsystems typically located in the backend of the SAN. The part of the storage area network that connects the disk subsystems to one or more servers is sometimes referred to as the frontend of the SAN. The SAN can also include controllers between the servers and the disk subsystems. These controllers can aid the

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE

management of data, increase data access performance, and provide redundancy in the storage of the data.



**Figure 1**

38. Storage area networks allow for large amounts of data to be stored and accessed by many different user devices, such as personal computers. Doing so provides advantages over storing the data "locally" on each user's PC or on a specific server. First, when only local storage is used, the amount of data each user can store is limited by the user's computer capacity (which, if a personal computer may be relatively limited). Second, when only local storage is used, sharing data with other users may be cumbersome and unreliable, especially as the number of users the data is to be shared with increases. Third, local storage prevents efficient administration of data across multiple users as, for example, setting access control, security, and backup of multiple disparate local machines is cumbersome.

39. To overcome such limitations, many organizations use storage area networks such as the one illustrated above. In this model, data stored in the SAN can be accessed by all the PCs, efficiently managed by one or more servers, and stored in a collection of disk drives or other storage devices. Such SANs provide high storage capacity and allow any employee or user to easily and reliably access the files stored on the common network.

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE

"access" the same remote device, there should be a way to determine which device is granted access first. The concept of fairness relates to how resources are allocated in the network. In some situations, a network's fairness scheme can be inefficient as a consequence of the network topology. For example, a particular "source" device (the device attempting to gain "access") may be faster or closer to the "destination" device, and generally gain access over other devices, potentially to the exclusion of those other devices. In such situations, this inefficiency can lead to problems such as the slower or farther device repeatedly being blocked from communicating. This repeated blockage of communication can lead to delays in the network or even a failure to communicate. This inability to communicate is sometimes referred to as "starvation." Starvation is problematic in storage area networks because SANs are expected to reliably and quickly provide data from source devices to destination devices, and vice versa.

### VII. PRIOR ART SYSTEMS

43. The Fibre Channel patents represent an important advance over the prior art, which I will explain in detail in my rebuttal report to Emulex's expert report regarding invalidity.

44. Fibre Channel ("FC") is a networking protocol and technology commonly used in storage area networks for governing communications between, for example, servers and storage devices. The American National Standards Institute ("ANSI") has developed standard rules for Fibre Channel networks. These rules define three distinct types of Fibre Channel topologies: (1) point-to-point networks (2) fabric switched networks, and (3) Fibre Channel-Arbitrated Loop ("FCAL") networks.

45. The point-to-point topology connects two devices directly to each other and provides communication between the two devices. Fabric and FCAL networks can be more complex. Examples of the fabric and FCAL networks are set out in the following diagram:



Figure 2

### A. Fabric Switches

46. As shown on the left side of Figure 2, a device, such as a disk drive, could connect directly to the fabric switch to communicate with another device also directly connected to the switch. The fabric, therefore, permits switched connections between devices.

### B. Fibre Channel Arbitrated Loops

47. In the FCAL topology, devices are connected in a loop or ring, as shown below in Figure 3. The transmitter of one device is connected to the receiver of another device and so on until the last device's transmitter is connected back to the first device's receiver. Devices using the FCAL topology communicate through a series of point-to-point connections, where data is retransmitted across each point-to-point link until it reaches the destination device. The data may pass across multiple "hops" (or point-to-point links). To simplify the protocol, only one pairwise (source-destination) communication is allowed at a time. This eliminates the possibility of simultaneous required transmissions across a shared link.



Figure 3

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE

48. To manage connections on the loop, the FCAL protocol includes control messages. The FCAL control messages are referred to as "primitives." These primitives include messages to open a connection ("OPN"), to close a connection ("CLS"), to tell the source that the destination is ready to receive data ("RRDY"), and to cause devices to arbitrate among themselves to determine which node can communicate next ("ARB").

49. Devices running the Fibre Channel protocol are identified using addresses, essentially unique numbers used to distinguish one device from another. In FCAL, these addresses are called Arbitrated Loop Physical Addresses (ALPAs) and are a portion of the 24-bit Fibre Channel address identifier, which is specified in the Fibre Channel protocol. (American National Standard for Information Technology Fibre Channel Arbitrated Loop (FC-AL) at ELX-PAT-3762203 ("Arbitrated Loop Physical Address (AL_PA): A unique one-byte valid value assigned…during Loop Initialization to each NL_Port or FL_Port on a Loop…Arbitrated Loop Destination Address (AL_PD): The Arbitrated Loop Physical Address of the L_Port on the Loop that should receive the Primitive Signal. For example, the AL_PD is the x value of the OPNyx Primitive Signal…Arbitrated Loop Source Address (AL_PS): The Arbitrated Loop Physical Address of the L_Port on the Loop that sent the Primitive Signal. For example, the AL_PS is the x value of the OPNyx Primitive Signal…"); Robert W. Kembel, The FibreChannel Consultant Arbitrated Loop (BCM_EMX_3860211 - 3860596) at 35 ("The Fibre Channel standard defines a 24-bit port address used to route frames in a fabric environment. . . . Several loop operations use an abbreviated addressing form called the Arbitrated Loop Physical Address (AL_PA). This is a single byte address corresponding to the 8 least significant bits of the 24-bit address.").)

50. The ALPAs are used in a number of FCAL functions, including sending data to a destination device. In this situation, a destination ALPA or destination address is used to

*HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY*
*HIGHLY CONFIDENTIAL - SOURCE CODE*

identify the device to which the data or primitive is to be sent. The Fibre Channel Arbitrated Loop standard permits up to 127 devices to connect to the network, of which 126 can be FCAL devices designated as "L ports" or "NL ports" by the FCAL standard, with the remaining port reserved for a connection to a fabric switch. (American National Standard for Information Technology Fibre Channel Arbitrated Loop (FC-AL) at ELX-PAT-3762213 ("A native address identifier shall be assigned to each Participating NL_Port (up to the maximum of 126 NL_Ports) . . .").)

51. Generally, the ability to quickly and reliably access stored information remotely over a storage area network became more important as connections to local networks and the Internet proliferated among individuals and businesses and storage demands grew exponentially. The inventions disclosed in the Fibre Channel patents addressed the need for such efficient and reliable networks.

**VIII. SUMMARY OF THE '500 AND '691 PATENTS**

52. The Fibre Channel patents describe a novel Fibre Channel Arbitrated Loop switch. Figure 1 of the patents shows an example of a network architecture according to the invention:

*HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY*
*HIGHLY CONFIDENTIAL - SOURCE CODE*



('691 patent, Fig. 1)

53. The FCAL switch of the '500 and '691 patents allows multiple concurrent communications to be made among the devices connected through the switch. For example, in Figure 1 of the '691 patent, device N20 on loop 18 may communicate with device N7 on loop 14 via the switch. At the same time, devices N14 on loop 16 and N6 on loop 12 may communicate without affecting the communications between the devices on loops 18 and 14.

54. Figure 4 of the '691 patent shows one embodiment according to the inventions of the Fibre Channel patents:

- 17 -

HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY
HIGHLY CONFIDENTIAL - SOURCE CODE



('691 patent, FIG. 4.)

### A. The '691 Patent

55. The '691 Patent teaches and claims a number of novel and valuable features for coupling one or more nodes and FCAL networks together. Specifically, claims 7 and 10 of the '691 patent describe combinations of components used to implement a switch that uses the FCAL protocol to connect two or more loops of nodes (including single-node loops). The '691 patent uses FCAL primitives to make connections between FCAL networks and FCAL nodes (i.e., nodes on an FCAL network). ('691 patent at 5:33-45, 10:16-27).

56. The switch claimed in the '691 patent includes a crossbar switch, a protocol bus, a plurality of port circuits, and circuitry in each port circuit for maintaining (1) a routing table and (2) a scoreboard table.

### B. The '500 Patent

57. The '500 patent teaches and claims a priority mechanism in the FCAL switch. This mechanism preferentially allows ports having higher priority levels to establish connections over ports having lower priority levels. (*See, e.g.,* '500 patent at 37:16-38:28.) This priority