WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE NOS.  SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx)<br><br>**PROOF OF SERVICE** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Broadcom Corporation v. Emulex Corporation,*
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## **PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 13th day of June, 2011:

- Plaintiff Broadcom Corporation's Notice of Motion and Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500, and [Proposed] Order;

- Plaintiff Broadcom Corporation's Memorandum in Support of its Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500;

- Plaintiff Broadcom Corporation's Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500; and

- Declaration of Michael Wolin in Support of Plaintiff Broadcom Corporation's Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500, and Exhibits A-F Thereto.

**For Emulex Corporation:**

OC-ELX-PAT@gibsondunn.com
smg@jmbm.com
Broadcom-Emulex@fr.com
BroadcomEmulexService@tklaw.com
(email addresses for service on Emulex
per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss

Jason H. Liss

**PROOF OF SERVICE**

1