Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> EMULEX CORPORATION, <br><br> Defendant. <br><br> And Related Counterclaims | Case No. CV 09-1058-JVS (ANx) <br><br> consolidated with CV 10-3963 JVS (ANx) <br><br> **DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL** <br><br> Hearing Date: July 18, 2011 <br> Time: 1:30 p.m. <br> Place: Courtroom 10C <br> Before: Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing its Memorandum, Statement of Uncontroverted Facts, Exhibits C, D, E, and F to the Declaration of Jonathan J. Lamberson, and Declaration of Gary Warden in Support of its Motion for Summary Judgment of No Infringement (Counts 4 & 5).

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that

CASE NO. CV 09-1058-JVS (ANx)

the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. These documents include materials designated by Broadcom, Emulex and third parties as Highly Confidential and Highly Confidential Outside Attorneys' Eyes Only. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Emulex respectfully requests that the Court grant this application for an Order sealing its Memorandum, Statement of Uncontroverted Facts, Exhibits C, D, E, and F to the Declaration of Jonathan J. Lamberson, and Declaration of Gary Warden in Support of its Motion for Summary Judgment of No Infringement (Counts 4 & 5).

Dated: June 13, 2011

FISH & RICHARDSON P.C.

By: _____
Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

50784427.doc

1  *Additional Counsel*
2  David M. Barkan (SBN 160825)
   *barkan@fr.com*
3  Jonathan J. Lamberson (SBN 239107)
   *lamberson@fr.com*
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone: (650) 839-5070
6  Facsimile: (650) 839-5071

7  Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
8  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9  Washington, DC 20005
   Telephone: (202) 783-5070
10 Facsimile: (202) 783-2331

11 Thomas H. Reger II (*pro hac vice*)
   *reger@fr.com*
12 FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
13 Dallas, Texas 75201
   Telephone: (214) 747-5070
14 Facsimile: (214) 747-2091

15 Wasif H. Qureshi (*pro hac vice*)
   *qureshi@fr.com*
16 FISH & RICHARDSON P.C
   One Houston Center
17 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
18 Telephone: (713) 654-5300
   Facsimile: (713) 652-0109

19

20

21 50784427.doc

22

23

24

25

26

27

28

CASE NO. CV 09-1058-JVS (ANx)