UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL**<br><br>Hearing Date: Jul7 18, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Memorandum, Statement of Uncontroverted Facts, Exhibits C, D, E, and F to the Declaration of Jonathan J. Lamberson, and Declaration of Gary Warden in Support of its Motion for Summary Judgment of No Infringement (Counts 4 & 5), and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on

1  February 18, 2010, including documents designated as Confidential and Highly
2  Confidential.
3      IT IS THEREFORE ORDERED that the Memorandum, Statement of
4  Uncontroverted Facts, Exhibits C, D, E, and F to the Declaration of Jonathan J.
5  Lamberson, and Declaration of Gary Warden in Support of its Motion for Summary
6  Judgment of No Infringement (Counts 4 & 5) be filed under seal pursuant to Civil
7  Local Rule 79-5.

9  Dated: _____6-14-11_____    _____
10                                 Hon. James V. Selna
                                United States District Judge

*[handwritten]: of all documents except exhibits*

13 50784428.doc

**APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN _7_ DAYS**

2