

1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  WILMER CUTLER PICKERING
   HALE AND DORR LLP
5  60 State Street
   Boston, MA  02109
6  Telephone:  (617) 526-6000
   Facsimile:   (617) 526-5000
7
8  Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
9  (Additional Counsel Listed on Signature Page)

10

11                  UNITED STATES DISTRICT COURT

12     CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

13

   BROADCOM CORPORATION,            CASE No. SACV09-1058 JVS (ANx),
14                                   SACV10-3963-JVS (ANx)
15                  Plaintiff,       PLAINTIFF BROADCOM
                                     CORPORATION'S APPLICATION
16     v.                            TO FILE DOCUMENTS UNDER
                                     SEAL IN CONNECTION WITH ITS
17     EMULEX CORPORATION,           MOTION FOR PARTIAL
                                     SUMMARY JUDGMENT ON
18                  Defendant.       EMULEX'S AFFIRMATIVE
                                     DEFENSE OF UNCLEAN HANDS
19
                                     Hearing Date:  July 25, 2011
20                                   Place:         Courtroom 10C

21                                   Before Hon. James V. Selna
   And Related Counterclaims
22

23

24

25

26

27

28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

RECEIVED BUT NOT FILED

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY

1    PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,

2  Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom")

3  submits this application to the Court for an order sealing (1) Plaintiff Broadcom

4  Corporation's Memorandum In Support Of Its Motion for Partial Summary

5  Judgment on Emulex's Affirmative Defense of Unclean Hands; (2) Declaration Of

6  Jason H. Liss In Support Of Plaintiff Broadcom Corporation's Motion for Partial

7  Summary Judgment on Emulex's Affirmative Defense of Unclean Hands and

8  Exhibits A to L; and (3) Statement Of Uncontroverted Facts And Conclusions Of

9  Law In Support Of Plaintiff Broadcom Corporation's Motion for Partial Summary

10  Judgment on Emulex's Affirmative Defense of Unclean Hands.

11    Under Civil Local Rule 79-5, a party can request that documents be filed

12  under seal by submitting a written application along with the documents sought to

13  be filed under seal. Broadcom applies to file these materials under seal on the

14  grounds that they contain information covered by the Confidentiality Order entered

15  in this action on February 19, 2010. These documents include deposition testimony

16  designated by Broadcom and Emulex as Highly Confidential. The Confidentiality

17  Order requires the party in possession of such materials to protect them from

18  disclosure.

19    For the foregoing reasons, Broadcom respectfully requests that the Court

20  grant Broadcom's application to the Court for an Order sealing (1) Plaintiff

21  Broadcom Corporation's Memorandum In Support Of Its Motion for Partial

22  Summary Judgment on Emulex's Affirmative Defense of Unclean Hands; (2)

23  Declaration Of Jason H. Liss In Support Of Plaintiff Broadcom Corporation's

24  Motion for Partial Summary Judgment on Emulex's Affirmative Defense of

25  Unclean Hands and Exhibits A to L; and (3) Statement Of Uncontroverted Facts

26  And Conclusions Of Law In Support Of Plaintiff Broadcom Corporation's Motion

27  for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean

28  Hands.

1

2

3   Dated:  June 17, 2011

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:_____
     Jason H. Liss

*Attorneys for Broadcom Corporation*

**BROADCOM'S APP. TO FILE DOCS UNDER SEAL
RE: ITS M. FOR PARTIAL SJ ON
EMULEX'S AD OF UNCLEAN HANDS**