# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE NOS. SACV 09-1058 JVS (ANx) SACV10-3963-JVS (ANx)<br><br>[PROPOSED] ORDER ON PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON EMULEX'S AFFIRMATIVE DEFENSE OF UNCLEAN HANDS<br><br>Hearing Date: July 25, 2011<br>Place: Courtroom 10C<br><br>Before Hon. James V. Selna |





[PROPOSED] ORDER TO FILE UNDER SEAL
RE: BROADCOM'S MOT. FOR SJ ON EMULEX'S
AFFIRMATIVE DEFENSE OF UNCLEAN HANDS

# [PROPOSED] ORDER

Having considered Broadcom Corporation's Application to File Under Seal (1) Plaintiff Broadcom Corporation's Memorandum In Support Of Its Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands; (2) Declaration Of Jason H. Liss In Support Of Plaintiff Broadcom Corporation's Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands, and Exhibits A-L Thereto; and (3) Statement Of Uncontroverted Facts And Conclusions Of Law In Support Of Plaintiff Broadcom Corporation's Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands, and good cause having been shown, the application is hereby GRANTED *except exhibits to declaration*.

IT IS SO ORDERED.

**APPLICANT TO FILE REDACTED PUBLIC VERSION** *of all documents* **WITHIN 7 DAYS**

Dated: 6/17/11

_____
HON JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Jason H. Liss, Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109 without filing.

Dated: _____

_____
HON JAMES V. SELNA
United States District Judge