WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFF BROADCOM CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON EMULEX'S AFFIRMATIVE DEFENSE OF UNCLEAN HANDS**<br><br>Hearing Date:    July 25, 2011<br>Before:          Hon. James V. Selna<br><br>**FILED UNDER SEAL**<br>Pursuant to Confidentiality Order |

**Publicly Filed Version**

1      Pursuant to Local Rule 56-1, Plaintiff Broadcom Corporation ("Broadcom")

2   submits the following Statement of Uncontroverted Facts and Conclusions of Law

3   in Support of Broadcom Corporation's Motion for Partial Summary on Emulex's

4   Affirmative Defense of Unclean Hands.

5      I.      **UNCONTROVERTED FACTS**

| No. | Uncontroverted Fact | Supporting Evidence |
|-----|---------------------|---------------------|
| 1 | Broadcom's Interrogatory No. 21 stated as follows:<br><br>"State all grounds for your contention that 'Plaintiff's claims are barred by the doctrine of unclean hands,' identify all persons with knowledge concerning the basis for this contention, and identify all documents that constitute, refer to, or evidence this contention." | Ex. A [Emulex Corporation's Second Supplemental Response to Broadcom Corporation's Interrogatory No. 21] at 4.[1] |
| 2 | Emulex's Second Supplemental Response to Broadcom's Interrogatory No. 21 stated as follows:<br><br>███████████<br>███████████<br>███████████<br>████████████<br>███████████ | Ex. A [Emulex Corporation's Second Supplemental Response to Broadcom Corporation's Interrogatory No. 21] at 6-10. |

---

[1] Unless otherwise specified, all references to Exhibits ("Ex.") are to the Declaration of Allyson Portney in Support of Plaintiff Broadcom Corporation's Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands, filed herewith.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

5

**Publicly Filed Version**



STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW

**Publicly Filed Version**



**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

**Publicly Filed Version**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

**Publicly Filed Version**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



| | | | |
|---|---|---|---|
| 1 | |  | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | 3 | Emulex did not amend or further supplement its Second Supplemental Response to Broadcom's Interrogatory No. 21 during discovery. | Ex. A [Emulex Corporation's Second Supplemental Response to Broadcom Corporation's Interrogatory No. 21] at 6-10. |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | 4 | | |
| 22 | | | |
| 23 | | | |
| 24 | 5 | | |
| 25 | | | |
| 26 | | | |
| 27 | 6. | | |
| 28 | | | |

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

**Publicly Filed Version**

| | | | |
|---|---|---|---|
| | ██████████████████ | | ████████████ |
| | | | ████ . |
| 7. | ████████████████ | | ███████ |
| | ████████████ . | | █████████████ |
| | | | ████████ . |
| 8. | █████████████████ | | ██████ |
| | ████████████ . | | █████████████ |
| | | | ████████ |
| 9. | ██████████████ | | ███████ |
| | ██████████████ | | ███████████████ |
| | ████ | | ██████████████ |
| | | | ███ |
| 10. | The Court adopted Broadcom's proposed construction of the claim term "implemented using." | | Order Regarding Markman / Claim Construction Hearing (Dkt. No. 261), at 16-17. |
| 11. | Emulex has never brought a Rule 11 motion challenging the sufficiency of Broadcom's prefiling investigation in this case. | | Docket, Case No. SACV09-1058 JVS (ANx). |
| 12. | Emulex has never brought a motion for a protective order in this case. | | Docket, Case No. SACV09-1058 JVS (ANx). |
| 13. | Broadcom did not claim small entity status in the prosecution of U.S. Patent No. 7,450,500. | | Ex. H, Statement of Assertion (June 2, 2003), File History of '500 Patent, at BCM_EMX 00014627. |
| 14. | During prosecution of U.S. Patent No. No. 7,450,500, Broadcom's prosecution | | Ex. H, Statement of Assertion (June 2, 2003), |

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW**

**Publicly Filed Version**

| | | counsel filed a notice with the United States Patent and Trademark Office, stating that the status of the application should be changed from "Small Entity" to "Large Entity" because of its assignment to Broadcom. | File History of '500 Patent, at BCM_EMX 00014627. |
|---|---|---|---|
| 15. | | Broadcom paid the large entity fee for issuance of U.S. Patent No. . 7,450,500. | Ex. J, Fee Transmittal (Oct. 2, 2008), File History of '500 Patent, at BCM_EMX 00014825. |
| 16. | | Broadcom did not claim small entity status in the prosecution of U.S. Patent No. 7,471,691. | Ex. I, Statement of Assertion (May 29, 2003), File History of '691 patent, at BCM_EMX 00015267. |
| 17. | | During prosecution of U.S. Patent No. No. 7,471,691, Broadcom's prosecution counsel filed a notice with the United States Patent and Trademark Office, stating that the status of the application should be changed from "Small Entity" to "Large Entity" because of its assignment to Broadcom. | Ex. I, Statement of Assertion (May 29, 2003), File History of '691 patent, at BCM_EMX 00015267. |
| 18. | | Broadcom paid the large entity fee for issuance of U.S. Patent No. 7,471,691. | Ex. K, Fee Transmittal (Nov. 20, 2008), File History of '691 Patent, at BCM_EMX 00015476. |

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

**Publicly Filed Version**

1    **II.    CONCLUSIONS OF LAW**

2        1.    "To prevail on an unclean hands defense, '[Emulex] must demonstrate

3    that the [Broadcom's] conduct is inequitable and that the conduct relates to the

4    subject matter of its claims." *Brother Records, Inc. v. Jardine*, 318 F.3d 900, 909

5    (9th Cir. 2003) (quoting *Levi Strauss & Co. v. Shilon*, 121 F.3d 1309, 1313 (9th

6    Cir. 1997)).

7        2.    "It is fundamental to [the] operation of the doctrine that the alleged

8    misconduct by the plaintiff relate directly to the transaction concerning which the

9    complaint is made." *Dollar Sys., Inc. v. Avcar Leasing Sys,, Inc.*, 890 F.2d 165,

10   173 (9th Cir. 1989) (quoting *Arthur v. Davis*, 126 Cal. App. 3d 684, 693-94 (1981)

11   (alteration in the original)).

12       3.    Broadcom's alleged stock options backdating does not relate directly

13   to Broadcom's asserted claims of patent infringement.

14       4.    "The doctrine of unclean hands does not reach out to extinguish a

15   property right based on misconduct during litigation to enforce the right.  Indeed

16   neither the Supreme Court nor [the Federal Circuit] has ever declared a patent

17   unenforceable due to litigation misbehavior." *Aptix Corp. v. Quickturn Design*

18   *Sys., Inc.*, 269 F.3d 1369, 1375-78 (Fed. Cir. 2001).

19       5.    "[The] unclean hands cases before the Supreme Court dealt with

20   particularly egregious misconduct, including perjury, the manufacture of false

21   evidence, and the suppression of evidence." *Therasense, Inc. v. Becton, Dickinson*

22   *and Co.*, 2011 WL 2028255, at *6 (Fed. Cir. May 25, 2011) (en banc).

23       6.    Emulex has asserted three bases for its unclean hands defense as it

24   relates the patents that remain in the case:  (1) stock options backdating; (2) small

25   entity status during prosecution; and (3) purportedly meritless claims.

26       7.    "[T]here is no genuine issue as to any material fact" as to any of the

27   three bases that Emulex has asserted for its unclean hands defense, and none of

28

STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW

**Publicly Filed Version**

1   them satisfy the elements of unclean hands—thus, Broadcom "is entitled to a

2   judgment as a matter of law" on Emulex's unclean hands defense.  Fed. R. Civ. P.

3   56(c)(2); *see also Celotex Corp. v. Catrett*, 477 U.S. 317, 323-24 (1986).

4

5

6   Dated: June 17, 2011                   WILMER CUTLER PICKERING
                                            HALE AND DORR LLP

7
                                            By:   /s/ Louis W. Tompros
8                                                 Louis W. Tompros

9
                                            Attorneys for Plaintiff
10                                          BROADCOM CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

**Publicly Filed Version**

1
2

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

3

## PROOF OF SERVICE

4

Fed. R. Civ. P. 5(b) & L.R. 5-3

5

        I, Louis W. Tompros, hereby certify that a copy of the foregoing *Statement*

6

*of Uncontroverted Facts And Conclusions of Law in Support of Plaintiff Broadcom*

7

*Corporation's Motion for Partial Summary Judgment on Emulex's Affirmative*

8

*Defense of Unclean Hands* was served upon the following parties as indicated

9

below on this 17th day of June, 2011.

10

**For Emulex Corporation:**

11
12
13

smg@jmbm.com                              ☐   Via Hand Delivery
broadcom-emulex@fr.com                    ☐   Via Overnight Courier (1 copy)
broadcomemulexservice@tklaw.com           ☐   Via Facsimile
(email addresses for service on Emulex    ☒   Via Electronic Mail (1 copy)
per agreement of the parties)

14
15

        I certify under penalty of perjury that the foregoing is true and correct.

16

17

18
19

                                        /s/ Louis W. Tompros
                                          Louis W. Tompros

20

21

22

23

24

25

26

27

28

**STATEMENT OF UNCONTROVERTED FACTS
AND CONCLUSIONS OF LAW**

US1DOCS 7969370v1          **Publicly Filed Version**