Juanita R. Brooks (SBN 75934)
  brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT (COUNTS 4/5)**<br><br>■■■■■■■■■■■■■■<br><br>Hearing Date: July 18, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

CASE NO. CV 09-1058-JVS (ANx)

1  Pursuant to Local Rule 56-1, Defendant Emulex Corporation ("Emulex")
2  submits the following Statement of Uncontroverted Facts and Conclusions of Law
3  in Support of Emulex Corporation's Motion for Summary Judgment of No
4  Infringement (Counts 4/5).

5  **I.  UNCONTROVERTED FACTS**

| No. | Uncontroverted Fact | Evidence |
|---|---|---|
| 1 | The accused InSpeed Products are the InSpeed 320, 422, 442, and Sequoia. | ■■■■■ |
| 2 | ■■■■■ | ■■■■■ |
| 3 | ■■■■■ | ■■■■■ |
| 4 | ■■■■■ | ■■■■■ |
| 5 | ■■■■■ | ■■■■■ |

2

| | | | |
|---|---|---|---|
| 1 | | ███████████████████ | ████████████████████████ |
| 2 | | | ██████ |
| 3 | 6 | ███████████████████ | ████████████████████ |
| 4 | | ███████████████████ | ████ |
| 5 | | ████ | |
| 6 | | | |
| 7 | 7 | ███████████████████ | ████████████████████████ |
| 8 | | ███████████████████ | ██████████ |
| 9 | | | |
| 10 | 8 | ██████████████ | ████████████████ |
| 11 | | ████████████████ | |
| 12 | | ██████████████ | |
| 13 | | ████████ | |
| 14 | | | |
| 15 | 9 | ███████████████████ | ██████████ |
| 16 | | ███████████████ | |
| 17 | | | |
| 18 | 10 | ███████████████████ | ████████████████ |
| 19 | | ████████████████████ | |
| 20 | | | |
| 21 | 11 | ████████████████████ | ████████████████████████ |
| 22 | | ██████████████████ | ████████ |
| 23 | | ████████ | |
| 24 | | | |
| 25 | 12 | ████████████████████ | ██████████████████ |
| 26 | | ██████████████ | |
| 27 | | | |

Case No. CV 09-1058-JVS (ANx)
consolidated with CV 10-3963 JVS (ANx)

| | | |
|---|---|---|
| 13 | [redacted] | [redacted] |
| 14 | [redacted] | [redacted] |
| 15 | [redacted] | [redacted] |
| 16 | [redacted] | [redacted] |
| 17 | [redacted] | [redacted] |
| 18 | [redacted] | [redacted] |
| 19 | [redacted] | [redacted] |
| 20 | [redacted] | [redacted] |
| 21 | [redacted] | [redacted] |

| | | |
|---|---|---|
| 1<br>2 | ▬▬▬▬▬▬▬▬▬▬ | |
| 3<br>4<br>5 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬ |
| 6<br>7<br>8<br>9<br>10 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 11<br>12<br>13<br>14<br>15 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬ |
| 16<br>17<br>18<br>19<br>20 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 21<br>22<br>23 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| 24<br>25<br>26<br>27 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬▬▬▬▬▬▬▬▬ |
| 28 | 5 | Case No. CV 09-1058-JVS (ANx)<br>consolidated with CV 10-3963 JVS (ANx) |

| 28 | [redacted] | [redacted] |

## II.   CONCLUSIONS OF LAW

1. Emulex's InSpeed SOC 320, 422, 442, and Sequoia products do not literally infringe Claim 7 of U.S. Patent No. 7,471,691 (the "'691 Patent").

2. Emulex's InSpeed SOC 320, 422, 442, and Sequoia products do not literally infringe Claim 10 of the '691 Patent.

3. Emulex's InSpeed SOC 320, 422, 442, and Sequoia products do not literally infringe Claim 3 of U.S. Patent No. 6,450,500 (the "'500 Patent).

4. Emulex's InSpeed 442, Sequoia, and FibreSpy SOC 804 products do not indirectly infringe Claim 3 of the '500 Patent.

5. With respect to the '500 and '691 Patents, Broadcom has not provided a sufficient analysis of infringement under the doctrine of equivalents.

6. Emulex's Accused Products do not infringe any asserted claim of the '500 or '691 Patents under the doctrine of equivalents.

| | |
|---|---|
| Dated: June 13, 2011 | FISH & RICHARDSON P.C.<br><br>By: /s/ Jonathan J. Lamberson<br>Jonathan J. Lamberson<br><br>Attorneys for Defendant and Counterclaimant<br>EMULEX CORPORATION |

*Additional Counsel*

David M. Barkan (SBN 60825)
 *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
 *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 13, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: /s/ Jonathan J. Lamberson

8

Case No. CV 09-1058-JVS (ANx)
consolidated with CV 10-3963 JVS (ANx)