1  Juanita R. Brooks (SBN 75934)
     brooks@fr.com
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12 | BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
13 |        Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
14 |        v. | **DECLARATION OF GARY WARDEN IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT (COUNTS 4/5)** |
15 | EMULEX CORPORATION, | |
16 |        Defendant. | |
17 | | |
18 | | |
19 | And Related Counterclaims | Hearing Date: July 18, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |
20

21
22
23
24
25
26
27
28

CONTAINS HIGHLY CONFIDENTIAL                    CASE NO. CV 09-1058-JVS (ANx)
INFORMATION

# DECLARATION OF GARY WARDEN

I, Gary Warden, declare:

1.  I am over the age of twenty-one (21), of sound mind, and competent to make this declaration. I have never been convicted of a felony or a crime of moral turpitude, and I am qualified to give testimony under oath. I make this declaration on the basis of personal knowledge, and if called to testify as a witness, I could and would testify competently hereto.

2.  I was retained as an expert by Emulex and was asked by Emulex to, among other things, provide an opinion on whether the accused Emulex products infringe the asserted claims in Counts 4 and 5.  My opinions of no infringement, and the materials and reasons supporting these opinions, are provided in my Rebuttal Expert Report Of Gary Warden Regarding Non-Infringement Of The '500 And '691 Patents By Emulex, dated May 13, 2011.  Select portions from my report are repeated below.

3.  With respect to the InSpeed Products, Broadcom is currently accusing Emulex's SOC 320, SOC 422, SOC 442, and Sequoia InSpeed Products.

4.  [REDACTED]

5.  [REDACTED]

6.  [REDACTED]

1   7.   ██████████████████████████████████
2   ██████████████████████████████████
3   ██████████████████████████████
4   ██  ██████████████████████████████████
5   ██████████████████████████████████
6   ████████████████████████████████
7   ██████████████████████████████████
8   ██████████████████████████████████
9   ████████████████████████████████
10  ████████████████████
11  ██  ██████████████████████████████████
12  ██████████████████████████████████████
13  ████████████
14  10.   A person of skill in the art would consider a "backplane data path" to
15  be a trace etched on a printed circuit board.
16  ██  ████████████████████████████████
17  ██████████████████████████████████████
18  ████████████████████

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

Case No. CV 09-1058-JVS (ANx)
consolidated with CV 10-3963 JVS (ANx)

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.  Executed June 13, 2011.

*Gary Warden* (signature)

Gary Warden

CONTAINS HIGHLY CONFIDENTIAL
INFORMATION

Case No. CV 09-1058-JVS (ANx)
consolidated with CV 10-3963 JVS (ANx)