Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT PLAINTIFF BROADCOM CORPORATION IS NOT ENTITLED TO LOST PROFITS DAMAGES**<br><br>Hearing Date: July 25, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

CASE NO. CV 09-1058-JVS (ANx)

Pursuant to Local Rule 56-1, Defendant Emulex Corporation ("Emulex") submits the following Statement of Uncontroverted Facts and Conclusions of Law in Support of Emulex Corporation's Motion for Partial Summary Judgment That Plaintiff Broadcom Corporation is Not Entitled to Lost Profits Damages.

**I.  UNCONTROVERTED FACTS**

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 1 | Broadcom seeks lost profits damages only with respect to the three current steering patents (6,424,194, 7,486,124 and 7,724,057). With respect to the other asserted patents, Broadcom seeks damages under the theory of a reasonable royalty. Broadcom specifically seeks $▇▇▇ in damages under its lost profits theory. | (Ex. A at 29-30). |
| 2 | Broadcom's lost profits damages allegedly stem from the ▇▇▇ and ▇▇▇ design wins with Hewlett-Packard. | (Ex. A at 30-31.) |
| 3 | Broadcom's expert stated that ▇▇▇ ▇▇▇ ▇▇▇ ▇▇▇ ▇▇▇ ▇▇▇ | (Ex. A at 35 (citing Ex. F at 172:22-173:18).) |

CASE NO. CV 09-1058-JVS (ANx)

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | ███████████████████████<br>████████████████████<br>██████████████████████<br>██████████████████████<br>████████████████████████<br>█████████████████████<br>█████████████████████<br>████████████████████ | |
| 9<br>10<br>11<br>12<br>13<br>14 | 4 | ████████████████ | (Ex. A at 40.) |
| 15<br>16<br>17 | 5 | ██████████████████████<br>██████████████████████<br>███ | (Ex. H at 275:18-24.) |
| 18<br>19<br>20<br>21 | 6 | Emulex's BE2 chip provides FCoE functionality, and Broadcom's 57711 product does not. | (Ex. G at 208:1-3.) |
| 22<br>23<br>24<br>25 | 7 | Broadcom argues that, absent Emulex's competition, it would have won all of the ██████ business from HP. | (Ex. A at 36.) |
| 26<br>27<br>28 | 8 | ████████████████████████<br>████████████████████████ | (Ex. H at 174:14-23.)  (*Id.* at 274:14-18). |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | ███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>████ | |
| 8<br>9<br>10<br>11<br>12<br>13<br>14 | 9 ████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████<br>███████████████████████ | (Ex. I.) |
| 15<br>16<br>17<br>18<br>19<br>20<br>21 | 10 ████████████████<br>██████████████<br>████████████████<br>███████████████████<br>███████████████████<br>██████████████<br>█████ | (Ex. A at 38; Ex. G at 96:2-4.) |
| 22<br>23<br>24 | 11 ████████████████<br>█████ | (Ex. A at 38.) |
| 25<br>26<br>27 | 12 ███████████████████████<br>██████████████████<br>███████████████████████ | (Ex. G at 98:5-99:12.) |
| 28 | | |

CASE NO. CV 09-1058-JVS (ANx)

| | | |
|---|---|---|
| | ▓▓▓▓▓▓▓▓▓▓ | |
| 13 | Broadcom argues that "but for" Emulex's infringement, Broadcom would have garnered 100% of the HP ▓▓▓ business. ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓ Ms. Davis did not include any related sales in her actual calculation of lost profits. She instead reserves the right to do so later. | (Ex. A at 38.) |
| 14 | Broadcom has not offered and does not currently offer a generally available FCoE solution. | (Ex. C at 40:14-16.) |
| 15 | Broadcom initially considered acquiring Emulex ▓▓▓▓▓▓ | (Ex. C at 80:5-10.) |
| 16 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | (Ex. B at 47:23-49:7; Ex. C at 215:13-216:9). |
| 17 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | (Ex. E at BCM_EMX_E07247910.) |

| | | |
|---|---|---|
| | ██████████████████████████ ████████████ | |
| 18 | ██████████████████████████ ██████████████████████████████ ██████████████████████████████ ████████████████████████ █████████████████████████ █████████████████████ ████████████████████████ | (Ex. C at 215:13-216:2.) |
| 19 | ██████████████████████████ ████████████████████ ██████████████████████ ████████████████████████████ ████████████████████████████ ██████████████ ██████████ | (Ex. F at 172:18-173:18.) |
| 20 | ██████████████████████████ ██████████████████████ ████████████████████████████ ████████████████ | (Ex. J at BCM_EMX00007112.) |
| 21 | Broadcom's CEO said the acquisition was a "good strategic fit" because it "allows us to participate in the architectural transition to Fibre Channel over Ethernet." | (Ex. D at 9, 14 & 16.) |

6

| | | |
|---|---|---|
| 22 | Broadcom's acquisition attempt of Emulex was ultimately unsuccessful. | Docket No. 1 |
| 23 | QLogic was an established provider of "brand name" FCoE. | ████████████ |

| | | |
|---|---|---|
| | | ███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>███████████████████████████<br>████████████ ██████████<br>█████████ |
| 24 | QLogic's most recent Form 10-K lists Hewlett-Packard as QLogic's largest customer in each of its 2009-11 fiscal years, representing 21% (FY2009), 24% (FY2010), and 25% (FY2011) of QLogic's net revenues, respectively. | (Ex. K.) |
| 25 | Emulex does not make its own SERDES.  Instead, Emulex buys SERDES from several third-party vendors █████████████ | *See* Broadcom's Infringement Contentions |

| | | |
|---|---|---|
| | ███████████████ ██████ | |
| 26 | ███████████████ ███████████████ ████████ ████████ ██████ | (Ex. L.) |
| 27 | Intel makes SERDES capable of 10 Gbps speeds ████████ ████████████ | (Ex. L; Ex. M.) |
| 28 | Emulex could have purchased SERDES circuitry from different third-party SERDES manufacturers such as Intel, Gennum/Snowbush Corporation ("Snowbush"), or the same suppliers used by QLogic. | (Ex. M; Ex. N, Ex. O.) |
| 29 | Intel, Snowbush and QLogic SERDES were available at the time of the HP design wins. | (Ex. M; Ex. N; Ex. O; Ex. H at 275:18-24; Ex. A at 38.) |
| 30 | ███████████████ ███████████████ | (Ex. N; Ex. O; Ex. H at 275:18-24; Ex. A at 38.) |
| 31 | Broadcom was asked during discovery to identify any opinions concerning the alleged infringement of any of the | (Ex. P at Interrogatory Nos. 6, 9 & 10.) |

9

CASE NO. CV 09-1058-JVS (ANx)

| | | |
|---|---|---|
| | patents in suit by anyone (not limited to Emulex), and ████████ ████████████████████ ████████████ | |
| 32 | ████████████████████ ████████████████ | ████████ |

## II. CONCLUSIONS OF LAW

Broadcom is not entitled to lost profits damages

Dated: June 17, 2011

FISH & RICHARDSON P.C.

By: /s/ Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

50779362.doc

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
      *barkan@fr.com*
3 | Jonathan J. Lamberson (SBN 239107)
      *lamberson@fr.com*
4 | FISH & RICHARDSON P.C.
     500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
     Telephone: (650) 839-5070
6 | Facsimile: (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
      *colaianni@fr.com*
8 | FISH & RICHARDSON P.C.
     1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
     Telephone: (202) 783-5070
10 | Facsimile: (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
       *reger@fr.com*
12 | FISH & RICHARDSON P.C.
      1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
      Telephone: (214) 747-5070
14 | Facsimile: (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
       *qureshi@fr.com*
16 | FISH & RICHARDSON P.C
      One Houston Center
17 | 1221 McKinney Street, 28th Floor
      Houston, Texas 77010
18 | Telephone: (713) 654-5300
      Facsimile: (713) 652-0109

19 |

20 | 50779362.doc

21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |