Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

BROADCOM CORPORATION,

Plaintiff,

v.

EMULEX CORPORATION,

Defendant.

And Related Counterclaims

Case No. CV 09-1058-JVS (ANx)

consolidated with CV 10-3963 JVS (ANx)

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT (COUNT 11)**

**FILED UNDER SEAL**

Hearing Date: July 25, 2011
Time: 1:30 p.m.
Place: Courtroom 10C
Before: Hon. James V. Selna

**RESTRICTED DOCUMENTS PURSUANT TO L.R. 79-5**

**THIS DOCUMENT IS SUBJECT TO A PROTECTIVE ORDER ISSUED BY THE COURT ON FEBRUARY 19, 2010 AND IS FILED IN ACCORDANCE THEREWITH. THIS ENVELOPE IS NOT TO BE OPENED NOR ARE THE CONTENTS TO BE EXAMINED, DISPLAYED, REVEALED OR COPIED EXCEPT IN COMPLIANCE WITH SAID PROTECTIVE ORDER**

Pursuant to Local Rule 56-1, Defendant Emulex Corporation ("Emulex") submits the following Statement of Uncontroverted Facts and Conclusions of Law in Support of Emulex Corporation's Motion for Summary Judgment of No Infringement (Count 11).

## I. UNCONTROVERTED FACTS

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 1 | Broadcom has accused the Emulex Lancer, Blade Engine 3 ("BE3"), Blade Engine 2 ("BE2"), SOC422, SOC 804, and SOC 442 products (collectively, "the Accused Products") of infringing claims 8, 12 and 13 of the '150 patent. | Ex. 4. |
| 2 | [redacted] | |

| | | |
|---|---|---|
| | | |
| 3 | The Court was not asked by the parties to construe any language of "interpolator control module" limitation of claim 8. Instead, the parties agreed that this language should be accorded its plain and ordinary meaning to a person having ordinary skill in the art. | Ex. 3. |
| 4 | | |

[redacted]

5 [redacted]

| | | |
|---|---|---|
| | [redacted] | |
| 6 | Dr. Stojanovic proffered no opinions regarding infringement under the Doctrine of Equivalents, and confirmed during his deposition that he did not undertake any specific function-way-result analysis to assess infringement by equivalents. | Ex. 4; Ex. 2, Stojanovic Tr., at 234:14-238:13. |

## II. CONCLUSIONS OF LAW

1. The asserted claims of the '150 patent require a circuit module coupled to each receive-lane and adapted to perform the function of controlling a phase interpolator in each of the multiple receive-lanes.

2. The Accused Products do not literally infringe claim 8 of the '150 patent or its dependent claims 12 and 13 because none of the Accused Products includes "the interpolator control module" of claim 8 as properly construed.

/ / /

/ / /

/ / /

3. Broadcom did not offer any opinions regarding the doctrine of equivalents, and the Accused Products therefore do not infringe under the doctrine of equivalents.

Dated: June 17, 2011

FISH & RICHARDSON P.C.

By: [signature]
Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

50787266.doc

*Additional Counsel*

David M. Barkan (SBN 160825)
*barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
*colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
*reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
*qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50787266.doc