# EXHIBIT A

1.     Plaintiff Broadcom Corporation's Application To File Documents Under Seal In Connection With Its Opposition To Emulex Corporation's Motion For Summary Judgment Of No Infringement (Count 10), and [Proposed] Order;

2.     Plaintiff Broadcom Corporation's Opposition To Emulex Corporation's Motion For Summary Judgment Of No Infringement (Count 10);

3.     Plaintiff Broadcom Corporation's Statement Of Genuine Disputes Of Material Fact In Opposition To Emulex Corporation's Motion For Summary Judgment Of No Infringement (Count 10);

4.     Declaration Of Michael D. Jay In Support Of Broadcom Corporation's Opposition To Emulex Corporation's Motion For Summary Judgment Of No Infringement (Count 10), and Exhibits A-O thereto;

5.     Plaintiff Broadcom Corporation's Application To File Under Seal Its Opposition To Emulex's Motion For Summary Judgment Of No Infringement (Counts 4/5), and [Proposed] Order;

6.     Plaintiff Broadcom Corporation's Opposition To Emulex's Motion For Summary Judgment Of No Infringement (Counts 4/5);

7.     Declaration Of Cosmin Maier In Support Of Broadcom's Opposition To Emulex Corporation's Motion For Summary Judgment Of No Infringement (Counts 4/5), and Exhibits A-N thereto;

8.     Plaintiff Broadcom Corporation's Statement Of Genuine Disputes Of Material Fact In Opposition To Emulex Corporation's Motion For Summary Judgment Of No Infringement (Counts 4/5); and

9.     Proof of Service.