Juanita R. Brooks (SBN 75934)
  brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 2 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>EMULEX CORPORATION,<br><br>  Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (Nx)<br><br>**DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**<br><br>Hearing Date:  July 25, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom 10C<br>Before:  Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing its Memorandum, Statement of Uncontroverted Facts and Conclusions of Law, and Exhibits A-L to the Declaration of Jonathan J. Lamberson in Support of its Motion for Summary Judgment of No Infringement of the Asserted Claims of United States Patent Nos. 6,424,194, 7,486,124 and 7,724,057 (Counts 6, 8 & 12).

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that

the party seeks to file under seal.  Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010.  These documents include materials designated by Broadcom, Emulex and third parties as Highly Confidential and Highly Confidential Outside Attorneys' Eyes Only.  The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Emulex respectfully requests that the Court grant this application for an Order sealing its Memorandum, Statement of Uncontroverted Facts and Conclusions of Law, and Exhibits A-L to the Declaration of Jonathan J. Lamberson in Support of its Motion for Summary Judgment of No Infringement of the Asserted Claims of United States Patent Nos. 6,424,194, 7,486,124 and 7,724,057 (Counts 6, 8 & 12).

Dated:  June 21, 2011

FISH & RICHARDSON P.C.

By: _____
    Wasif Qureshi

Attorneys for Defendant and
Counterclaimant
EMULEX CORPORATION

50784787.doc

2

CASE NO. CV 09-1058-JVS (ANx)

*Additional Counsel*

David M. Barkan (SBN 160825)
  barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
  lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
  colaianni@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
  reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
  qureshi@fr.com
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

50784787.doc

CASE NO. CV 09-1058-JVS (ANx)