

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL<br><br>Hearing Date: July 25, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Memorandum, Statement of Uncontroverted Facts and Conclusions of Law, and Exhibits A-L to the Declaration of Jonathan J. Lamberson in Support of its Motion for Summary Judgment of No Infringement of the Asserted Claims of United States Patent Nos. 6,424,194, 7,486,124 and 7,724,057 (Counts 6, 8 & 12), and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on

1

1 February 18, 2010, including documents designated as Confidential and Highly
2 Confidential.
3     IT IS THEREFORE ORDERED that the Memorandum, Statement of
4 Uncontroverted Facts and Conclusions of Law, and Exhibits A-L to the Declaration
5 of Jonathan J. Lamberson in Support of Emulex Corporation's Motion for Summary
6 Judgment of No Infringement of the Asserted Claims of United States Patent Nos.
7 6,424,194, 7,486,124 and 7,724,057 (Counts 6, 8 & 12) be filed under seal pursuant
8 to Civil Local Rule 79-5.

10 Dated: 6/24/11

Hon. James V. Selna
United States District Judge

14 50784789.doc

**APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 2 DAYS** of memorandum and Statement of Uncontroverted Facts.