Name & Address:
Juanita R. Brooks (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070 / Fax: (858) 678-5099

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 09-1058-JVS (ANx) |
| v. | |
| EMULEX CORPORATION | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Defendant Emulex Corporation's Opposition, Exhibits A, H-I, K-Q and S-V to the Declaration of Jonathan J. Lamberson and Statement of Genuine Disputes of Material Fact in Opposition to Plaintiff's Motion for Partial Summary Judgment of No Invalidity of USP Nos. 7,471,691 and 7,450,500

**Document Description:**

☐ Administrative Record
☑ Exhibits
☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]
☑ Other supporting documents

**Reason:**

☑ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated _____
☐ Manual Filing required (*reason*):

June 29, 2011                                           /s/ Jonathan J. Lamberson
Date                                                    Attorney Name

                                                        Defendant Emulex Corporation
                                                        Party Represented

Note:   File one Notice in each case, each time you manually file document(s).