| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) |
| 2 | *brooks@fr.com*<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real |
| 3 | San Diego, CA 92130<br>Telephone: (858) 678-5070 |
| 4 | Facsimile: (858) 678-5099 |
| 5 | *(Additional counsel listed on signature page)* |
| 6 | Attorneys for Defendant and Counterclaimant<br>EMULEX CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>EMULEX CORPORATION,<br><br>      Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: July 25, 2011<br>Time:         1:30 p.m.<br>Place:        Courtroom 10C<br>Before:       Hon. James V. Selna |

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

///

On June 29, 2011, I caused a copy of the following documents:

- **DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**

- **[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**

- **DEFENDANT EMULEX CORPORATION'S OPPOSITION TO PLAINTIFF BROADCOM CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 AND 7,450,500 – FILED UNDER SEAL**

- **STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS IN OPPOSITION TO PLAINTIFF BROADCOM CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 AND 7,450,500 – FILED UNDER SEAL**

- **EXHIBITS A, H-I, K-Q AND S-V TO THE DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S OPPOSITION TO PLAINTIFF BROADCOM CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 AND 7,450,500 – FILED UNDER SEAL**

to be served on the interested parties in this action by converting the original document into a PDF file and attaching the file to an email message addressed as follows:

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Louis W. Tompros<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email:<br>WHBroadcomEmulexServiceList@wilmerhale.com | Attorneys for Plaintiff<br>BROADCOM<br>CORPORATION |

[XX] **ELECTRONIC MAIL:** The message was transmitted by email to the email address(es) shown above.

1  I declare that I am employed in the office of a member of the bar of this Court
2  at whose direction the service was made.
3  I declare under penalty of perjury that the above is true and correct. Executed
4  on June 29, 2011, at Redwood City, California.

By: _____
Francine M.B. Lopacinski

50789513.doc

*Additional Counsel*

David M. Barkan (SBN 160825)
*barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
*colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
*reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
*qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50784801.doc

4

CASE NO. CV 09-1058-JVS (ANx)