Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

BROADCOM CORPORATION,

Plaintiff,

v.

EMULEX CORPORATION,

Defendant.

And Related Counterclaims

Case No. CV 09-1058-JVS (ANx)

consolidated with CV 10-3963 JVS (ANx)

**DEFENDANT EMULEX COPRORATION'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN OPPOSITION TO PLAINTIFF BROADCOM CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 and 7,450,500**

Hearing Date: July 18, 2011
Time: 1:30 p.m.
Place: Courtroom 10C
Before: Hon. James V. Selna

Pursuant to Local Rule 56-2, Defendant Emulex Corporation ("Emulex"), in Section I, submits its Statement of Genuine Disputes of Material Fact in opposition to Broadcom's Motion for Summary Judgment of No Invalidity. In Section II, Emulex further submits Additional Uncontroverted Facts.

**I. Emulex's Statement of Genuine Disputes of Material Fact**

| No. | Broadcom's Alleged Uncontroverted Fact | Emulex's Statement of Dispute |
| --- | --- | --- |
| 1 | Emulex asserts that U.S. Patent No. 6,185,203 ("the '203 patent") anticipates claims 7 and 10 of U.S. Patent No. 7,471,691 ("the '691 patent") and claim 3 of U.S. Patent No. 7,450,500 ("the '500 patent"). | **Undisputed.** |
| 2 | The '203 patent is the only reference that Emulex asserts anticipates claims 7 and 10 of the '691 patent and claim 3 of the '500 patent. | **Undisputed.** |
| 3 | Claim 7 of the '691 patent recites: "[W]herein said port circuits function to establish connections between themselves by using destination addresses in Open (OPN) primitives received from source nodes to search said | **Undisputed.** |

| | | |
|---|---|---|
| | routing table to determine the ID of a remote port coupled to the destination node having the destination address in the OPN and, using that port ID to search said scoreboard table to determine status of the remote port, and then exchanging messages with said remote port to cause it to arbitrate for and take control of its local FCAL net and establish a data path via a particular channel through said crossbar switch and use said channel to transmit primitives and data frames between said source node and said destination node." | |
| 4 | Claim 10 of the '691 patent recites: "[W]herein said port circuits function to establish connections between themselves by latching any Open (OPN) and Ready (RRDY) primitives received from source nodes and using destination addresses in OPN primitives received from | **Disputed as phrased.** Emulex disputes this fact to the extent Broadcom asserts that this portion of '691 patent claim 10 represents a single limitation, as opposed to two separate limitations. '691 Patent, Claim 10. |

| | | |
|---|---|---|
| | said source nodes to search said routing table to determine the ID of a remote port coupled to the destination node having the destination address in the OPN, and then establishing a data path through said crossbar switch to said remote port and wherein each said port when it receives an OPN and any following RRDYs from another port via said crossbar switch, functioning to latch said OPN and RRDY and arbitrate for and take control of its local FCAL net, and continuing to try to take control of its local FCAL net until control is achieved, and when control is achieved, sending said OPN and any latched RRDYs to the destination node, and thereafter using said data path through said crossbar switch to send primitives and data frames back and forth between said source and destination nodes until the transaction is completed without | |

| | | |
|---|---|---|
| | ever storing any data frames." | |
| 5 | [redacted] | [redacted] |
| 6 | [redacted] | **Disputed as phrased.** |



| | | |
|---|---|---|
| 7 | Claim 3 of the '500 patent recites: "each of said plurality of port integrated circuits has a priority level for access to busy destination nodes." | **Undisputed.** |
| 8 | [redacted] | [redacted] |

7

CASE NO. CV 09-1058-JVS (ANx)

| | | |
|---|---|---|
| | | [REDACTED] |
| 9 | Emulex asserts that claims 7 and 10 of the '691 patent and claim 3 of the '500 are rendered obvious by the '203 patent. | **Disputed as phrased.** [REDACTED] |

| | | |
|---|---|---|
| | | [redacted] |
| 10 | [redacted] | [redacted] |



| 11 | | |
|---|---|---|

10

CASE NO. CV 09-1058-JVS (ANx)

**II. Emulex's Additional Uncontroverted Facts**

| No. | Uncontroverted Fact | Supporting Evidence |
|---|---|---|
| 1 | On February 25, 2011, Emulex counsel sent Broadcom counsel a letter requesting that Broadcom drop its infringement accusations against Emulex's FibreSpy products. | Ex. A. |
| 2 | As of March 4, 2011, Broadcom had not responded to Emulex's February 25 letter, and Emulex requested a meet and confer regarding the issue. | Ex. B. |
| 3 | On March 4, 2011 Broadcom responded that it would provide a written response by March 7, 2011. | Ex. R. |
| 4 | On March 8, 2011, Emulex requested a response to its original letter. | Ex. C. |
| 5 | On March 11, Emulex reiterated its request. | Ex. D. |
| 6 | On March 17, Broadcom rejected Emulex's request to drop its | Ex. F. |

| | | |
|---|---|---|
| | accusations against the FibreSpy products. | |
| 7 | On April 4, 2011, Emulex renewed its request to meet and confer with Broadcom on this issue. | Ex. E. |
| 8 | On April 6, 2011, Broadcom again rejected Emulex's "invitation" to drop accusations against the FibreSpy products. | Ex. G. |
| 9 | On April 19, 2011, Broadcom served its Opening Expert Report on infringement, which did not include infringement accusations against Emulex's FibreSpy products under the '691 Patent. | Ex. U. |
| 10 | [redacted] | [redacted] |
| 11 | [redacted] | [redacted] |
| 12 | [redacted] | [redacted] |

| | | | |
|---|---|---|---|
| 1 | | ███████████████ | |
| 2 | | ███████████████ | |
| 3 | | ██████ | |
| 4 | 13 | ███████████████ | ████ |
| 5 | | ███████████████ | |
| 6 | | ███████████████ | |
| 7 | | ███████████████ | |
| 8 | | ███████████████ | |
| 9 | | ███████████████ | |
| 10 | | █████████ | |
| 11 | 14 | ███████████████ | ██████████ |
| 12 | | ███████████████ | |
| 13 | | ███████████████ | |
| 14 | | ███████████████ | |
| 15 | | ███████████ | |
| 16 | 15 | ███████████████ | ████████████████ |
| 17 | | ███████████████ | |
| 18 | | ███████████████ | |
| 19 | | ███████████████ | |
| 20 | | ███████████ | |
| 21 | 16 | ███████████████ | ██ |
| 22 | | ███████████████ | |
| 23 | | ███████████████ | |
| 24 | | ██████████ | |
| 25 | 17 | The '203 Patent references Fibre Channel Arbitrated Loop. | Ex. J at 2:31-34, 2:59-63, claim 4, and Fig. 1; Ex. I ¶ 224. |

| | | |
|---|---|---|
| 18 | The '203 Patent recites "Arbitrated Loop topology" that "permits three or more L_Ports to using arbitration to establish a point-to-point circuit. When two L_Ports are communicating, the arbitrated loop topology supports simultaneous, symmetrical bidirectional flow." | Ex. J at 6:39-44; [redacted] |
| 19 | The '203 Patent recites that it "is an object of this invention to provide a fibre channel switching fabric which supports arbitrated loop topology." | Ex. J at 4:24-25; Ex. I ¶ 248. |
| 20 | The '203 Patent discloses a centralized router that establishes connections between ports on the switch. | Ex. I. ¶ 260-266. |
| 21 | The '203 Patent discloses a centralized router that searches a routing table. | Ex. I ¶ 263, 277. |
| 22 | The '203 Patent discloses a centralized router that establishes a data path through a crossbar switch. | Ex. I ¶ 263, 278. |

| | | |
|---|---|---|
| 23 | [redacted] | [redacted] |
| 24 | [redacted] | [redacted] |
| 25 | [redacted] | [redacted] |

Dated: June 29, 2011

FISH & RICHARDSON P.C.

By: Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant EMULEX CORPORATION

50789351.doc

15

CASE NO. CV 09-1058-JVS (ANx)

*Additional Counsel*

David M. Barkan (SBN 160825)
*barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
*colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
*reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
*qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50789351.doc