1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>EMULEX CORPORATION,<br><br>  Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING SCHEDULE FOR BRIEFING OF SUMMARY JUDGMENT MOTIONS** |

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") have stipulated as follows:

WHEREAS, Emulex has requested and Broadcom has agreed to a revision to the summary judgment briefing schedule previously proposed by the parties and ordered by the Court (Dkt. Nos. 384 & 390);

WHEREAS, the revision will result in a two-business-day extension for reply briefs relating to the '150 patent, the '194 patent family, lost profits, and unclean hands;

1  WHEREAS, the Court has recently indicated that the hearing on these
2  motions will be conducted on July 28th; and
3  WHEREAS, the revision will result in reply briefs being served two weeks
4  prior to that hearing date and will not affect the hearing date;
5  IT IS HEREBY STIPULATED that
6  Subject to the Court's approval, the reply briefs relating to the '150 patent, the
7  '194 patent family, lost profits, and unclean hands will be filed by July 13, 2011.

## ORDER

9  Based on the foregoing stipulation of the parties, and good cause appearing,
10 **IT IS ORDERED** that the reply briefs relating to the '150 patent, the '194 patent
11 family, lost profits, and unclean hands will be filed by July 13, 2011.

13 Dated: July 08, 2011

    _____
    Hon. James V. Selna
    United States District Court

17 50791031.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50791031.doc