1 | Juanita R. Brooks (SBN 75934)
  | *brooks@fr.com*
2 | FISH & RICHARDSON P.C.
  | 12390 El Camino Real
3 | San Diego, CA 92130
  | Telephone: (858) 678-5070
4 | Facsimile: (858) 678-5099

5 | *(Additional counsel listed on signature page)*

6 | Attorneys for Defendant and Counterclaimant
  | EMULEX CORPORATION

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**<br><br>Hearing Date: July 25, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing its Opposition, Exhibits 1, 6, 10 and 12 to the Declaration of David A. Battaglia and Statement of Facts and Conclusions of Law in Opposition to Plaintiff Broadcom Corporation's Partial Motion for Summary Judgment on Emulex's Affirmative Defense of Unclean Hands.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that

the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. These documents include materials designated by Broadcom, Emulex and third parties as Highly Confidential and Highly Confidential Outside Attorneys' Eyes Only. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Emulex respectfully requests that the Court grant this application for an Order sealing its Opposition, Exhibits 1, 6, 10 and 12 to the Declaration of David A. Battaglia and Statement of Facts and Conclusions of Law in Opposition to Plaintiff Broadcom Corporation's Partial Motion for Summary Judgment on Emulex's Affirmative Defense of Unclean Hands.

Dated: July 5, 2011

FISH & RICHARDSON P.C.

By: _____
Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

*Additional Counsel*

David M. Barkan (SBN 160825)
*barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

1  Joseph V. Colaianni, Jr. (*pro hac vice*)
   colaianni@fr.com
2  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
   Washington, DC 20005
3  Telephone: (202) 783-5070
   Facsimile: (202) 783-2331
4
5  Thomas H. Reger II (*pro hac vice*)
   reger@fr.com
6  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
   Dallas, Texas 75201
7  Telephone: (214) 747-5070
   Facsimile: (214) 747-2091
8
9  Wasif H. Qureshi (*pro hac vice*)
   qureshi@fr.com
10 FISH & RICHARDSON P.C
   One Houston Center
   1221 McKinney Street, 28th Floor
11 Houston, Texas 77010
   Telephone: (713) 654-5300
12 Facsimile: (713) 652-0109

13

14  50790193.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28