1 | Juanita R. Brooks (SBN 75934)
  | *brooks@fr.com*
2 | FISH & RICHARDSON P.C.
  | 12390 El Camino Real
3 | San Diego, CA 92130
  | Telephone: (858) 678-5070
4 | Facsimile: (858) 678-5099

5 | *(Additional counsel listed on signature page)*

6 | Attorneys for Defendant and Counterclaimant
  | EMULEX CORPORATION

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | (SOUTHERN DIVISION)

| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
|---|---|
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL** |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | Hearing Date: July 18, 2011
Time: 1:30 p.m.
Place: Courtroom 10C
Before: Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing its Reply in Support of its Motion for Summary Judgment of No Infringement (Count 10).

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order

1  entered in this action on February 19, 2010.  These documents include materials
2  designated by Broadcom, Emulex and third parties as Highly Confidential and
3  Highly Confidential Outside Attorneys' Eyes Only.  The Confidentiality Order
4  requires the party in possession of such materials to protect them from disclosure.

5       For the foregoing reasons, Emulex respectfully requests that the Court grant
6  this application for an Order sealing its Reply in Support of its Motion for Summary
7  Judgment of No Infringement (Count 10).

Dated: July 6, 2011

FISH & RICHARDSON P.C.

By: _____
Jonathan J. Lamberson

Attorneys for Defendant and
Counterclaimant
EMULEX CORPORATION

50789409.doc

| | |
|---|---|
| 1 | *Additional Counsel* |
| 2 | David M. Barkan (SBN 160825) |
| | *barkan@fr.com* |
| 3 | Jonathan J. Lamberson (SBN 239107) |
| | *lamberson@fr.com* |
| 4 | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| 5 | Redwood City, California 94063-1526 |
| | Telephone: (650) 839-5070 |
| 6 | Facsimile: (650) 839-5071 |
| 7 | Joseph V. Colaianni, Jr. (*pro hac vice*) |
| | *colaianni@fr.com* |
| 8 | FISH & RICHARDSON P.C. |
| | 1425 K Street, N.W., 11th Floor |
| 9 | Washington, DC 20005 |
| | Telephone: (202) 783-5070 |
| 10 | Facsimile: (202) 783-2331 |
| 11 | Thomas H. Reger II (*pro hac vice*) |
| | *reger@fr.com* |
| 12 | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| 13 | Dallas, Texas 75201 |
| | Telephone: (214) 747-5070 |
| 14 | Facsimile: (214) 747-2091 |
| 15 | Wasif H. Qureshi (*pro hac vice*) |
| | *qureshi@fr.com* |
| 16 | FISH & RICHARDSON P.C |
| | One Houston Center |
| 17 | 1221 McKinney Street, 28th Floor |
| | Houston, Texas 77010 |
| 18 | Telephone: (713) 654-5300 |
| | Facsimile: (713) 652-0109 |
| 19 | |
| 20 | 50789409.doc |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

CASE NO. CV 09-1058-JVS (ANx)