1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  WILMER CUTLER PICKERING
   HALE AND DORR LLP
5  60 State Street
   Boston, MA  02109
6  Telephone:  (617) 526-6000
   Facsimile:  (617) 526-5000
7
8  Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
9  (Additional Counsel Listed on Signature Page)

FILED - **SOUTHERN DIVISION**
CLERK, U.S. DISTRICT COURT

JUL - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

10

11                    **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

13
   **BROADCOM CORPORATION,**              CASE No. SACV09-1058 JVS (ANx),
14                                         SACV10-3963-JVS (ANx)
                    Plaintiff,
15                                         **PLAINTIFF BROADCOM**
                                           **CORPORATION'S APPLICATION**
16           v.                            **TO FILE DOCUMENTS UNDER**
                                           **SEAL IN CONNECTION WITH ITS**
17  **EMULEX CORPORATION,**                **OPPOSITION TO EMULEX'S**
                                           **MOTION FOR SUMMARY**
18                  Defendant.             **JUDGMENT OF NO**
                                           **INFRINGEMENT (COUNT 11)**
19
                                           Hearing Date:  July 25, 2011
20                                         Time:          1:30 p.m.
                                           Place:         Courtroom 10C
21
                                           Before Hon. James V. Selna
22  **And Related Counterclaims**

23

24

25

26

27

28

LODGED

2011 JUL -5 PM 2:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

1       PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,

2  Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom")

3  submits this application to the Court for an order sealing (1) its Opposition to

4  Emulex's Motion for Summary Judgment of No Infringement (Count 11); and (2)

5  its Statement of Genuine Disputes of Material Fact and Conclusions of Law in

6  Opposition to Emulex's Motion for Summary Judgment of No Infringement

7  (Count 11).

8       Under Civil Local Rule 79-5, a party can request that documents be filed

9  under seal by submitting a written application along with the documents sought to

10  be filed under seal. Broadcom applies to file these materials under seal on the

11  grounds that they contain information covered by the Confidentiality Order entered

12  in this action on February 19, 2010. These documents include information and

13  deposition testimony designated by Emulex and third parties as Highly

14  Confidential.  The Confidentiality Order requires the party in possession of such

15  materials to protect them from disclosure.

16       For the foregoing reasons, Broadcom respectfully requests that the Court

17  grant Broadcom's application to the Court for an Order sealing (1) its Opposition

18  to Emulex's Motion for Summary Judgment of No Infringement (Count 11); and

19  (2) its Statement of Genuine Disputes of Material Fact and Conclusions of Law in

20  Opposition to Emulex's Motion for Summary Judgment of No Infringement

21  (Count 11).

22

23

24

25

26

27

28

BROADCOM'S APP. TO FILE DOCUMENTS
UNDER SEAL RE: ITS OPP. TO EMULEX'S
MOT. FOR SUMMARY JUDGEMENT (COUNT 11)

1

Dated:  July 5, 2011

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____

Michael D. Jay

*Attorneys for Broadcom Corporation*

**BROADCOM'S APP. TO FILE DOCUMENTS
UNDER SEAL RE: ITS OPP. TO EMULEX'S
MOT. FOR SUMMARY JUDGEMENT (COUNT 11)**