WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim
Defendant BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-01058 JVS (ANx),<br>SACV10-03963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE UNDER SEAL ITS OPPOSITION TO EMULEX CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT BROADCOM IS NOT ENTITLED TO LOST PROFITS DAMAGES**<br><br>Hearing Date: July 25, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br><br>Before Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing (1) its Memorandum of Points and Authorities in Opposition to Emulex Corporation's Motion for Partial Summary Judgment That Broadcom Is Not Entitled to Lost Profits Damages; (2) its Statement of Genuine Disputes of Material Fact in Opposition to Emulex Corporation's Motion for Partial Summary Judgment That Broadcom Is Not Entitled to Lost Profits Damages; and (3) the Declaration of Craig E. Davis in Support of Broadcom's Opposition to Emulex Corporation's Motion for Partial Summary Judgment That Broadcom Is Not Entitled to Lost Profits Damages and Exhibits 1-13 attached thereto.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. These documents include deposition testimony and expert reports designated by Broadcom and Emulex as Highly Confidential. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing (1) its Memorandum of Points and Authorities in Opposition to Emulex Corporation's Motion for Partial Summary Judgment That Broadcom Is Not Entitled to Lost Profits Damages; (2) its Statement of Genuine Disputes of Material Fact in Opposition to Emulex Corporation's Motion for Partial Summary Judgment That Broadcom Is Not Entitled to Lost Profits Damages; and (3) the Declaration of Craig E. Davis in Support of Broadcom's Opposition to Emulex Corporation's

Motion for Partial Summary Judgment That Broadcom Is Not Entitled to Lost Profits Damages and Exhibits 1-13 attached thereto. A proposed order accompanies this application.

Respectfully submitted,

Dated: July 4, 2011

WILMER CUTLER PICKERING HALE AND DORR LLP

By: _____
Michael D. Jay

Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION