


WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx), SACV10-3963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO DEFENDANT EMULEX'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIM 1 OF '194 PATENT, CLAIM 5 OF '124 PATENT, AND CLAIM 42 OF '057 PATENT**<br><br>Hearing Date: July 25, 2011<br>Place:             Courtroom 10C<br><br>Before Hon. James V. Selna |

1    PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing the Declaration Of Allyson J. Portney In Support Of Plaintiff Broadcom Corporation's Opposition to Defendant Emulex's Motion for Summary Judgment of Invalidity of Claim 1 of '194 Patent, Claim 5 of '124 Patent, and Claim 42 of '057 Patent, and Exhibits A through G thereto.

    Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. These documents include expert reports and deposition testimony designated by Broadcom and Emulex as Highly Confidential. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

    For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing the Declaration Of Allyson J. Portney In Support Of Plaintiff Broadcom Corporation's Opposition to Defendant Emulex's Motion for Summary Judgment of Invalidity of Claim 1 of '194 Patent, Claim 5 of '124 Patent, and Claim 42 of '057 Patent, and Exhibits A through G thereto.

Dated: July 5, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: *Allyson J. Portney* (signature)
    Allyson J. Portney

*Attorneys for Broadcom Corporation*