WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE Nos. SACV09-1058-JVS (ANx),<br>SACV10-3963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE UNDER SEAL ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO INVALIDITY OF U.S. PATENT NOS. 7,471,691 AND 7,450,500**<br><br>Hearing Date:  July 18, 2011<br>Time:  8:00 a.m.<br>Place:  Courtroom 10C<br><br>Before Hon. James V. Selna |

1  PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,
2  Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom")
3  submits this application to the Court for an order sealing (1) its Reply in Support of
4  its Motion for Partial Summary Judgment of No Invalidity of U.S. Patent Nos.
5  7,471,691 and 7,450,500; and (2) its Declaration of Michael Wolin in Support of
6  Plaintiff Broadcom Corporation's Reply in its Motion for Partial Summary
7  Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500, and
8  Exhibits A-C thereto.

9  Under Civil Local Rule 79-5, a party can request that documents be filed
10 under seal by submitting a written application along with the documents sought to
11 be filed under seal. Broadcom applies to file these materials under seal on the
12 grounds that they contain information covered by the Confidentiality Order entered
13 in this action on February 19, 2010. These documents include materials and
14 deposition testimony designated by Emulex as Highly Confidential. The
15 Confidentiality Order requires the party in possession of such materials to protect
16 them from disclosure.

17 For the foregoing reasons, Broadcom respectfully requests that the Court
18 grant Broadcom's application to the Court for an Order sealing (1) its Reply in
19 Support of its Motion for Partial Summary Judgment of No Invalidity of U.S.
20 Patent Nos. 7,471,691 and 7,450,500; and (2) its Declaration of Michael Wolin in
21 Support of Plaintiff Broadcom Corporation's Reply in its Motion for Partial
22 Summary Judgment of No Invalidity of U.S. Patent Nos. 7,471,691 and 7,450,500,
23 and Exhibits A-C thereto.

1  Dated: July 5, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Michael Jay
Michael Jay

Attorneys for Plaintiff

BROADCOM CORPORATION