WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx), SACV10-3963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO DEFENDANT EMULEX'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE ASSERTED CLAIMS OF U.S. PATENT NOS. 6,424,194, 7,486,124, AND 7,724,057 (COUNTS 6, 8, & 12)**<br><br>Hearing Date: July 25, 2011<br>Place: Courtroom 10C<br><br>Before Hon. James V. Selna |

1       PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,
2 Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom")
3 submits this application to the Court for an order sealing (1) Plaintiff Broadcom
4 Corporation's Opposition to Defendant Emulex's Motion for Summary Judgment
5 of Noninfringement of the Asserted Claims of U.S. Patent Nos. 6,424,194,
6 7,486,124, and 7,724,057 (Counts 6, 8, & 12); (2) Declaration Of Allyson J.
7 Portney In Support Of Plaintiff Broadcom Corporation's Opposition to Defendant
8 Emulex's Motion for Summary Judgment of Noninfringement of the Asserted
9 Claims of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057 (Counts 6, 8, &
10 12) and Exhibits A through G thereto; and (3) Plaintiff Broadcom Corporation's
11 Statement of Genuine Disputes of Material Fact in Opposition to Emulex
12 Corporation's Motion for Summary Judgment of Noninfringement (Counts 6, 8, &
13 12).
14       Under Civil Local Rule 79-5, a party can request that documents be filed
15 under seal by submitting a written application along with the documents sought to
16 be filed under seal. Broadcom applies to file these materials under seal on the
17 grounds that they contain information covered by the Confidentiality Order entered
18 in this action on February 19, 2010. These documents include expert reports and
19 deposition testimony designated by Broadcom and Emulex as Highly Confidential.
20 The Confidentiality Order requires the party in possession of such materials to
21 protect them from disclosure.
22       For the foregoing reasons, Broadcom respectfully requests that the Court
23 grant Broadcom's application to the Court for an Order sealing (1) Plaintiff
24 Broadcom Corporation's Opposition to Defendant Emulex's Motion for Summary
25 Judgment of Noninfringement of the Asserted Claims of U.S. Patent Nos.
26 6,424,194, 7,486,124, and 7,724,057 (Counts 6, 8, & 12); (2) Declaration Of
27 Allyson J. Portney In Support Of Plaintiff Broadcom Corporation's Opposition to
28 Defendant Emulex's Motion for Summary Judgment of Noninfringement of the

Asserted Claims of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057 (Counts 6, 8, & 12) and Exhibits A through G thereto; and (3) Plaintiff Broadcom Corporation's Statement of Genuine Disputes of Material Fact in Opposition to Emulex Corporation's Motion for Summary Judgment of Noninfringement (Counts 6, 8, & 12).

Dated: July 5, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: *Allyson J. Portney* [signature]
Allyson J. Portney

*Attorneys for Broadcom Corporation*