UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL<br><br>Hearing Date: July 25, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Opposition, Exhibits 1, 6, 10 and 12 to the Declaration of David A. Battaglia and Statement of Facts and Conclusions of Law in Opposition to Plaintiff Broadcom Corporation's Partial Motion for Summary Judgment on Emulex's Affirmative Defense of Unclean Hands, and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in

1 | this action on February 18, 2010, including documents designated as Confidential
2 | and Highly Confidential.
3 |     IT IS THEREFORE ORDERED that Emulex's Opposition, Exhibits 1, 6, 10
4 | and 12 to the Declaration of David A. Battaglia and Statement of Facts and
5 | Conclusions of Law in Opposition to Plaintiff Broadcom Corporation's Partial
6 | Motion for Summary Judgment on Emulex's Affirmative Defense of Unclean Hands
7 | be filed under seal pursuant to Civil Local Rule 79-5. *all documents except exhibit*
8 | APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS
9 | Dated: 7·6·11
                              Hon. James V. Selna
                              United States District Judge

50790205.doc