# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE NOS. SACV 09-1058 JVS (ANx) SACV10-3963-JVS (ANx)<br><br>[PROPOSED] ORDER ON PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT ON EMULEX'S AFFIRMATIVE DEFENSE OF UNCLEAN HANDS<br><br>Hearing Date: July 28, 2011<br>Place: Courtroom 10C<br><br>Before Hon. James V. Selna |



FILED
CLERK, U.S. DISTRICT COURT
JUL 14 2011
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# [PROPOSED] ORDER

Having considered Broadcom Corporation's Application to File Under Seal Plaintiff Broadcom Corporation's Reply in Support of Its Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED. APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS /s/

Dated: 7.14.11

_____
HON JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Jason H. Liss, Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, MA 02109 without filing.

Dated: _____

_____
HON JAMES V. SELNA
United States District Judge