1  Juanita R. Brooks (SBN 75934)
     *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

FILED
CLERK, U.S. DISTRICT COURT

JUL 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12  BROADCOM CORPORATION,              Case No. CV 09-1058-JVS (ANx)

13           Plaintiff,                consolidated with CV 10-3963 JVS
                                       (ANx)
14       v.
                                       **DEFENDANT EMULEX**
15  EMULEX CORPORATION,                **CORPORATION'S APPLICATION**
                                       **TO FILE MATERIALS UNDER**
16           Defendant.                **SEAL**

17

18  And Related Counterclaims          Hearing Date:   July 25, 2011
                                       Time:           1:30 p.m.
19                                     Place:          Courtroom 10C
                                       Before:         Hon. James V. Selna
20

21       PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,

22  Defendant Emulex Corporation ("Emulex") submits this application to the Court for

23  an order sealing its Reply in Support of its Motion for Partial Summary Judgment

24  That Plaintiff Broadcom Corporation is Not Entitled to Lost Profits Damages.

25       Under Civil Local Rule 79-5, a party can request that documents be

26  filed under seal by submitting a written application along with the documents that

27  the party seeks to file under seal. Emulex applies to file these materials under seal

28  on the grounds that they contain information covered by the Confidentiality Order

CASE NO. CV 09-1058-JVS (ANx)

1 entered in this action on February 19, 2010.  These documents include materials

2 designated by Broadcom, Emulex and third parties as Highly Confidential and

3 Highly Confidential Outside Attorneys' Eyes Only.  The Confidentiality Order

4 requires the party in possession of such materials to protect them from disclosure.

5      For the foregoing reasons, Emulex respectfully requests that the Court grant

6 this application for an Order sealing its Reply in Support of its Motion for Partial

7 Summary Judgment That Plaintiff Broadcom Corporation is Not Entitled to Lost

8 Profits Damages.

9

10 Dated:  July 13, 2011                    FISH & RICHARDSON P.C.

11

12                                         By: Daniel C. Callaway

13                                         Daniel C. Callaway

14                                         Attorneys for Defendant and
15                                         Counterclaimant
                                          EMULEX CORPORATION
16

17

18 *Additional Counsel*

19 David M. Barkan (SBN 160825)
     barkan@fr.com
20 Jonathan J. Lamberson (SBN 239107)
     lamberson@fr.com
21 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
22 Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
23 Facsimile:  (650) 839-5071

24 Joseph V. Colaianni, Jr. (*pro hac vice*)
     colaianni@fr.com
25 FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
26 Washington, DC 20005
   Telephone:  (202) 783-5070
27 Facsimile:  (202) 783-2331

28

                             2

                                          CASE NO. CV 09-1058-JVS (ANx)

Thomas H. Reger II (*pro hac vice*)
    reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
    qureshi@fr.com
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

50792068.doc

3

CASE NO. CV 09-1058-JVS (ANx)