

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　　Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL<br><br>Hearing Date:　July 25 , 2011<br>Time:　1:30 p.m.<br>Place:　Courtroom 10C<br>Before:　Hon. James V. Selna |

　　　WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Reply in Support of its Motion for Partial Summary Judgment That Plaintiff Broadcom Corporation is Not Entitled to Lost Profits Damages, and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on February 18, 2010, including documents designated as Confidential and Highly Confidential.

IT IS THEREFORE ORDERED that Emulex's Reply in Support of its Motion for Partial Summary Judgment That Plaintiff Broadcom Corporation is Not Entitled to Lost Profits Damages be filed under seal pursuant to Civil Local Rule 79-5.   APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS  JS

Dated: 7.14.11

Hon. James V. Selna
United States District Judge

50792069.doc