Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**<br><br>Hearing Date: July 28, 2011<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing its Reply in Support of its Motion for Summary Judgment of No Infringement (Count 11).

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order

CASE NO. CV 09-1058-JVS (ANx)

1  entered in this action on February 19, 2010.  These documents include materials
2  designated by Broadcom, Emulex and third parties as Highly Confidential and
3  Highly Confidential Outside Attorneys' Eyes Only.  The Confidentiality Order
4  requires the party in possession of such materials to protect them from disclosure.
5       For the foregoing reasons, Emulex respectfully requests that the Court grant
6  this application for an Order sealing its Reply in Support of its Motion for Summary
7  Judgment of No Infringement (Count 11).

9  Dated: July 13, 2011       FISH & RICHARDSON P.C.

11  By: /s/ Daniel C. Callaway
12       Daniel C. Callaway

13  Attorneys for Defendant and
14  Counterclaimant
    EMULEX CORPORATION

17  *Additional Counsel*

18  David M. Barkan (SBN 160825)
19    *barkan@fr.com*
    Jonathan J. Lamberson (SBN 239107)
20    *lamberson@fr.com*
    Daniel C. Callway (SBN 262675)
21    *callaway@fr.com*
    FISH & RICHARDSON P.C.
22  500 Arguello Street, Suite 500
    Redwood City, California 94063-1526
23  Telephone: (650) 839-5070
    Facsimile: (650) 839-5071

24
    Joseph V. Colaianni, Jr. (*pro hac vice*)
25    *colaianni@fr.com*
    FISH & RICHARDSON P.C.
26  1425 K Street, N.W., 11th Floor
    Washington, DC 20005
27  Telephone: (202) 783-5070
    Facsimile: (202) 783-2331

28

| | |
|---|---|
| 1 | Thomas H. Reger II (*pro hac vice*) |
| | reger@fr.com |
| 2 | FISH & RICHARDSON P.C. |
| | 1717 Main Street, Suite 5000 |
| 3 | Dallas, Texas 75201 |
| | Telephone: (214) 747-5070 |
| 4 | Facsimile: (214) 747-2091 |
| 5 | Wasif H. Qureshi (*pro hac vice*) |
| | qureshi@fr.com |
| 6 | FISH & RICHARDSON P.C |
| | One Houston Center |
| 7 | 1221 McKinney Street, 28th Floor |
| | Houston, Texas 77010 |
| 8 | Telephone: (713) 654-5300 |
| | Facsimile: (713) 652-0109 |

3

CASE NO. CV 09-1058-JVS (ANx)