

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>EMULEX CORPORATION,<br><br>  Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL<br><br>Hearing Date:  July 28, 2011<br>Time:          1:30 p.m.<br>Place:         Courtroom 10C<br>Before:        Hon. James V. Selna |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Reply in Support of its Motion for Summary Judgment of No Infringement (Count 11), and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on February 18, 2010, including documents designated as Confidential and Highly Confidential.

IT IS THEREFORE ORDERED that of Defendant Emulex Corporation's Reply in Support of its Motion for Summary Judgment of No Infringement (Count 11) be filed under seal pursuant to Civil Local Rule 79-5.

Dated: 7.14.11

Hon. James V. Selna
United States District Judge

APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS
JVS

50790464.doc