WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE NOS. SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx)<br><br>**PROOF OF SERVICE** |

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Michael D. Jay, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 13th day of July, 2011:

- Plaintiff Broadcom Corporation's Application to File Documents Under Seal in Connection with its Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands, and [Proposed] Order;

- Plaintiff Broadcom Corporation's Reply in Support of Its Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands; and

- Declaration Of Allyson J. Portney In Support Of Broadcom Corporation's Reply in Support of Its Motion for Partial Summary Judgment on Emulex's Affirmative Defense of Unclean Hands; and Exhibit A Thereto.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>Broadcom-Emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

Executed on July 13, 2011, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

*/s/ Michael D. Jay*
Michael D. Jay

PROOF OF SERVICE