WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on
Signature Page)

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA  94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on
Signature Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | Case No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR PARTIES' EXCHANGE OF OBJECTIONS TO EXHIBIT LISTS**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

1       Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby stipulate as follows:

      1.    WHEREAS Broadcom and Emulex exchanged their respective exhibits lists on July 15, 2011, pursuant to the Court's Scheduling Order (Dkt. No. 331);

      2.    WHEREAS Broadcom and Emulex currently have a deadline of July 22, 2011 to exchange objections to each other's exhibit lists;

      3.    WHEREAS, after meeting and conferring, Broadcom and Emulex have agreed to extend the deadline for objections to exhibit lists to August 1, 2011; and

      4.    WHEREAS this stipulation is not intended to extend the August 8, 2011 deadline for Broadcom and Emulex to file their respective exhibit lists with the Court, and therefore:

      **IT IS HEREBY STIPULATED** that Broadcom and Emulex will exchange objections to exhibit lists on August 1, 2011.

Dated: July 18, 2011          WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

                                    By:  /s/ *Louis W. Tompros*
                                          Louis W. Tompros
                                          Attorneys for Broadcom

Dated: July 18, 2011          FISH & RICHARDSON P.C.

                                    By:  /s/ *Wasif Qureshi*
                                          Wasif Qureshi
                                          Attorneys for Emulex

*Additional Counsel for Broadcom*

LOUIS W. TOMPROS (admitted *pro hac vice*)
 (louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02129
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Additional Counsel for Emulex*

Joseph V. Colaianni, Jr. (*pro hac vice*)
 *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

| | |
|---|---|
| 1 | **DECLARATION OF CONSENT** |
| 2 | I, Wasif Qureshi, hereby attest: |
| 3 | 1. Concurrence in the filing of the following document has been |

obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT STIPULATION REGARDING SCHEDULE FOR PARTIES' EXCHANGE OF OBJECTIONS TO EXHIBIT LISTS**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 10-07 of the United States District Court for the Central District of California.

1. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Houston, Texas on July 18, 2011.

FISH & RICHARDSON P.C.

By: */s/ Wasif Qureshi*
Wasif Qureshi

Attorneys for Defendant
EMULEX CORPORATION

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 18, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

/s/ *Wasif Qureshi*
Wasif Qureshi