# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR PARTIES' EXCHANGE OF OBJECTIONS TO EXHIBIT LISTS**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |



| | |
|---|---|
| 1 | Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom |
| 2 | Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex |
| 3 | Corporation ("Emulex") stipulated as follows: |
| 4 | 1.   WHEREAS Broadcom and Emulex exchanged their respective |
| 5 | exhibits lists on July 15, 2011, pursuant to the Court's Scheduling Order (Dkt. No. |
| 6 | 331); |
| 7 | 2.   WHEREAS Broadcom and Emulex currently have a deadline of July |
| 8 | 22, 2011 to exchange objections to each other's exhibit lists; |
| 9 | 3.   WHEREAS, after meeting and conferring, Broadcom and Emulex |
| 10 | have agreed to extend the deadline for objections to exhibit lists to August 1, 2011; |
| 11 | and |
| 12 | 4.   WHEREAS this stipulation is not intended to extend the August 8, |
| 13 | 2011 deadline for Broadcom and Emulex to file their respective exhibit lists with |
| 14 | the Court, and therefore: |
| 15 | **IT IS HEREBY STIPULATED** that Broadcom and Emulex will exchange |
| 16 | objections to exhibit lists on August 1, 2011. |

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that Broadcom and Emulex will exchange objections to each other's exhibit lists on August 1, 2011.

Dated: _____   _____

Hon. James V. Selna
United States District Judge