1  Juanita R. Brooks (SBN 75934)
     *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12 | BROADCOM CORPORATION,            | Case No. CV 09-1058-JVS (ANx)
13 |     Plaintiff,                    | consolidated with CV 10-3963 JVS (ANx)
14 |     v.                            |
15 | EMULEX CORPORATION,               | **DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**
16 |     Defendant.                    |
17 |                                   |
18 | And Related Counterclaims         | Hearing Date: July 25, 2011
19 |                                   | Time: 1:30 p.m.
20 |                                   | Place: Courtroom 10C
                                        Before: Hon. James V. Selna

21         PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,

22 Defendant Emulex Corporation ("Emulex") submits this application to the Court for

23 an order sealing its Reply to Plaintiff Broadcom Corporation's Statement of

24 Additional Alleged Facts, Reply and Exhibits A-G to the Declaration of Daniel C.

25 Callaway in Support of its Motion for Summary Judgment of Non-infringement of

26 the Asserted Claims of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057

27 (Counts 6, 8, & 12).

28

                                              CASE NO. CV 09-1058-JVS (ANx)

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. These documents include materials designated by Broadcom, Emulex and third parties as Highly Confidential and Highly Confidential Outside Attorneys' Eyes Only. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Emulex respectfully requests that the Court grant this application for an Order sealing its Reply to Plaintiff Broadcom Corporation's Statement of Additional Alleged Facts, Reply and Exhibits A-G to the Declaration of Daniel C. Callaway in Support of its Motion for Summary Judgment of Non-infringement of the Asserted Claims of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057 (Counts 6, 8, & 12).

Dated: July 13, 2011

FISH & RICHARDSON P.C.

By: _____
Daniel C. Callaway

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

*Additional Counsel*

David M. Barkan (SBN 160825)
*barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

| | |
|---|---|
| 1 | Joseph V. Colaianni, Jr. (*pro hac vice*)<br>colaianni@fr.com |
| 2 | FISH & RICHARDSON P.C.<br>1425 K Street, N.W., 11th Floor |
| 3 | Washington, DC 20005<br>Telephone: (202) 783-5070 |
| 4 | Facsimile: (202) 783-2331 |
| 5 | Thomas H. Reger II (*pro hac vice*)<br>reger@fr.com |
| 6 | FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000 |
| 7 | Dallas, Texas 75201<br>Telephone: (214) 747-5070 |
| 8 | Facsimile: (214) 747-2091 |
| 9 | Wasif H. Qureshi (*pro hac vice*)<br>qureshi@fr.com |
| 10 | FISH & RICHARDSON P.C<br>One Houston Center |
| 11 | 1221 McKinney Street, 28th Floor<br>Houston, Texas 77010 |
| 12 | Telephone: (713) 654-5300<br>Facsimile: (713) 652-0109 |
| 15 | 50792159.doc |

3

CASE NO. CV 09-1058-JVS (ANx)