

1

2

3

4

5

6

7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 4 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

LODGED

2011 JUL 11  AM 10: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  (SOUTHERN DIVISION)

11  BROADCOM CORPORATION,

12      Plaintiff,

13      v.

14  EMULEX CORPORATION,

15      Defendant.

16

17

18  And Related Counterclaims.

19

20

Case No. CV 09-1058-JVS (ANx)

consolidated with CV 10-3963 JVS (ANx)

[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL

Hearing Date:  July 25 , 2011
Time:          1:30 p.m.
Place:         Courtroom 10C
Before:        Hon. James V. Selna

21      WHEREFORE, the Court having considered Defendant Emulex

22  Corporation's ("Emulex") Application to File Under Seal its Reply to Plaintiff

23  Broadcom Corporation's Statement of Additional Alleged Facts, Reply and Exhibits

24  A-G to the Declaration of Daniel C. Callaway in Support of its Motion for Summary

25  Judgment of Non-infringement of the Asserted Claims of U.S. Patent Nos.

26  6,424,194, 7,486,124, and 7,724,057 (Counts 6, 8, & 12), and good cause appearing,

27  has determined that the material Emulex seeks to file under seal contains

28  information covered by the Confidentiality Order entered in this action on

1

Attachment 1 – Page 4                    CASE NO. CV 09-1058-JVS (ANx)

BY FAX

ORIGINAL

1 February 18, 2010, including documents designated as Confidential and Highly

2 Confidential.

3     IT IS THEREFORE ORDERED that Emulex's Reply to Plaintiff Broadcom

4 Corporation's Statement of Additional Alleged Facts, Reply and Exhibits A-G to the

5 Declaration of Daniel C. Callaway in Support of its Motion for Summary Judgment

6 of Non-infringement of the Asserted Claims of U.S. Patent Nos. 6,424,194,

7 7,486,124, and 7,724,057 (Counts 6, 8, & 12) be filed under seal pursuant to Civil

8 Local Rule 79-5.   *of all documents except exhibits*

9     APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN ___7___ DAYS *JVS*

10 Dated: _____7.14.11_____

11                                   Hon. James V. Selna
                                    United States District Judge

12

13

14 50792160.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28