| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION |

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-3963-JVS (ANx)<br><br>**ORDER REGARDING SUMMARY JUDGMENT HEARING EQUIPMENT**<br><br>Hon. James V. Selna<br><br>Hearing Date: June 28, 2011<br>Time: 9:00 a.m.<br>Place: Courtroom 10C<br><br>Before Hon. James V. Selna |

# ORDER

Because the parties believe that the use of certain audiovisual equipment in connection with the hearing on various motions for summary judgment set for 9 a.m. on Thursday, July 28, 2011 will materially aid in the presentation,

**IT IS ORDERED** that:

1. Plaintiff Broadcom Corporation, Defendant Emulex Corporation, and/or their representatives designated below, may bring to the Court, for use at the tutorial:
   a. two 17" LCD monitors;
   b. projection equipment, including projector, projection screen, and projector stand with skirt;
   c. VGA switching and amplification equipment;
   d. one ELMO device;
   e. remote slide advancer;
   f. laptop computers; and
   g. such associated equipment (including, for example, cables and power suppliers) as are necessary for or used in conjunction with the operation of the above.

2. The following representatives of Broadcom and/or Emulex are permitted access to the Court at 1:30 p.m. on Wednesday, July 27, 2011 for the purpose of bringing in and setting up the equipment identified above:
   a. Denis Marriott, an employee of Fulcrum Legal Graphics;

1        b.    Gregg Gonzalez, an employee of Aquipt;

2        c.    Marco Perez, an employee of Aquipt; and

3        d.    Constantine Verenes, an employee of FTI Consulting.

Dated: July 26, 2011

_____
Hon. James V. Selna
United States District Judge