1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>EMULEX CORPORATION,<br><br>**Defendant.**<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**ORDER REGARDING MEDIATION**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

1       Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") have stipulated as follows:

      WHEREAS, the parties agreed to appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings, and the Court approved that agreement (*see* Dkt. Nos. 68, 73);

      WHEREAS, the parties agreed to conduct that mediation and report to the Court on or before July 20, 2011, and the Court approved that Agreement (*see* Dkt. No. 331);

      WHEREAS, due to scheduling conflicts the parties have been unable to participate in settlement proceedings as agreed; and

      WHEREAS, the parties are scheduled to appear for mediation-type settlement proceedings before Hon. John Leo Wagner, Ret., in Orange County, California, on August 25, 2011;

**IT IS HEREBY STIPULATED** that

      Subject to the Court's approval, the parties will complete mediation and submit a mediation statement to the Court on or before September 2, 2011.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the parties will complete mediation and submit a mediation statement to the Court on or before September 2, 2011.

Dated: July 25, 2011

_____
Hon. James V. Selna
United States District Judge