WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>**Defendant.**<br><br>**And Related Counterclaims** | CASE Nos. SACV09-01058-JVS (ANx), SACV10-03963-JVS (ANx)<br><br>**DECLARATION OF COSMIN MAIER IN SUPPORT OF BROADCOM'S MOTION IN LIMINE NO. 1 TO EXCLUDE REFERENCES TO PRE- OR POST-TRIAL PROCEEDINGS**<br><br>Hearing Date:  August 15, 2011<br>Time:               11:00 a.m.<br>Courtroom:       10C<br><br>Before Hon. James V. Selna<br><br>**PUBLIC, REDACTED VERSION** |

# DECLARATION OF COSMIN MAIER

I, Cosmin Maier, hereby declare as follows:

1. I am an attorney at law admitted to practice in the State of New York (Registration No. 4632204). I was admitted *pro hac vice* in this action on March 15, 2010. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3. I make this declaration in support of Broadcom's Motion *In Limine* No. 1 To Exclude References To Pre- or Post-Trial Proceedings.

4. Attached hereto as Exhibit A is a true and accurate copy of Broadcom Corporation's First Amended Disclosure of Asserted Claims and Infringement Contentions, dated July 30, 2010. This document is filed under seal herewith because it has been designated "Highly Confidential" by Broadcom.

5. Attached hereto as Exhibit B is a true and accurate copy of *Samsung Elecs. Co. v. Quanta Computer, Inc.*, Case No. C-00-4524-VRW (JCS), 2000 U.S. Dist. Ct. Motions 4524A (N.D. Cal. Sept. 26, 2006, Defendant Compal Electronics, Inc.'s Response to Samsung Electronics Co., Ltd's Motion *In Limine* No. 4: Motion To Preclude Evidence, Argument, and Reference To Patent Claims That Were Voluntarily Withdrawn.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of July, 2011, in New York, New York.

_____
Cosmin Maier