WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**DECLARATION OF MICHAEL D. JAY IN SUPPORT OF BROADCOM CORPORATION'S MOTION IN LIMINE NO. 3 TO PRECLUDE EMULEX FROM ARGUING CLAIM CONSTRUCTIONS THAT EXCEED OR CONTRAVENE THE COURT'S *MARKMAN* ORDER**<br><br>Hearing Date: August 15, 2011<br>Time: 11:00 a.m.<br><br>Before Hon. James V. Selna<br><br>**PUBLIC, REDACTED VERSION** |

I, Michael D. Jay, declare as follows:

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Broadcom Corporation. I am licensed to practice law in California. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and accurate copy of Rebuttal Expert Report of Dr. Anthony S. Acampora on the '623 Patent.

3. Attached hereto as Exhibit B is a true and accurate copy of the Expert Report of Daniel Lee Rubinfeld.

4. Attached hereto as Exhibit C is a true and accurate excerpt of the deposition transcript of Gary Warden, taken on May 27, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 15, 2011 at Los Angeles, California.

_____
Michael D. Jay

US1DOCS 7998308v1