1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  WILMER CUTLER PICKERING
   HALE AND DORR LLP
5  60 State Street
   Boston, MA  02129
6  Telephone:  (617) 526-6000
   Facsimile:   (617) 526-5000
7
8  Attorneys for Plaintiff and Counterclaim
   Defendant
9  BROADCOM CORPORATION
   (Additional Counsel Listed on Signature Page)
10

11              **UNITED STATES DISTRICT COURT**

12            **CENTRAL DISTRICT OF CALIFORNIA**

13                   **SOUTHERN DIVISION**

14

15  **BROADCOM CORPORATION,**          CASE No.  SACV09-01058 JVS (ANx),
                                       SACV10-03963-JVS (ANx)
16                **Plaintiff,**
                                       **DECLARATION OF BRYAN S.
17      **v.**                         CONLEY IN SUPPORT OF
                                       BROADCOM'S MOTION IN
18  **EMULEX CORPORATION,**            LIMINE NO. 4 PURSUANT TO
                                       RULE 37(C)(1) TO EXCLUDE
19                                     REFERENCES TO ANY SUBJECT
                **Defendant.**         AS TO WHICH EMULEX CLAIMED
20                                     PRIVILEGE OR IGNORANCE
                                       DURING DISCOVERY**
21
                                       Date:          August 15, 2011
22                                     Time:          11:00 a.m.
                                       Courtroom:     10C
23
                                       Before Hon. James V. Selna
24
                                       **REDACTED, PUBLIC VERSION**
25  **And Related Counterclaims**

26

27

28

## DECLARATION OF BRYAN S. CONLEY

I, Bryan S. Conley, hereby declare as follows:

1.     I am an attorney at law admitted to practice in the Commonwealth of Massachusetts (BBO #666830).  I was admitted *pro hac vice* in this action on February 25, 2011.  I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2.     I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3.     I make this declaration in support of Broadcom's Motion In Limine No. 4 Pursuant to Rule 37(c)(1) to Exclude References to Any Subject as to Which Emulex Claimed Privilege or Ignorance During Discovery.

4.     Attached hereto as Exhibit 1 is a true and accurate copy of a letter from Steven Geiszler to Louis Tompros, dated December 10, 2010.

5.     Attached hereto as Exhibit 2 is a true and accurate copy of relevant excerpts of the April 7, 2010 deposition transcript of James McCluney.  This document is filed under seal herewith because it has been designated "Highly Confidential" by Emulex.

6.     Attached hereto as Exhibit 3 is a true and accurate copy of a letter from Wasif Qureshi to Joseph Mueller, dated April 11, 2011.

7.     Attached hereto as Exhibit 4 is a true and accurate copy of Emulex Corporation's Second Supplemental Response to Broadcom Corporation's Interrogatory No. 21, dated May 10, 2010.  This document is filed under seal herewith because it has been designated "Highly Confidential" by Emulex.

8.     Attached hereto as Exhibit 5 is a true and accurate copy of relevant excerpts of the June 30, 2010 hearing transcript of Defendant's Motion to Enforce Patent Local Rules 3-1, May 26, 2010, Dkt. No. 122, and Defendant's Motion to Limit the Claims Asserted by Broadcom, May 26, 2010, Dkt. No. 123.

**DECLARATION OF BRYAN S. CONLEY IN SUPPORT OF BROADCOM'S MIL NO. 4 PURSUANT TO RULE 37(C)(1)**

9.    Attached hereto as Exhibit 6 is a true and accurate copy of relevant excerpts of Emulex's Briefing Book for Hearing on Emulex's Renewed Motion to Enforce Patent Local Rules 3-1 and 3-6, November 1, 2010, Dkt. No. 247.  This document is filed under seal herewith because it has been designated "Highly Confidential" by Emulex.

10.    Attached hereto as Exhibit 7 is a true and accurate copy of a letter from Michael Smith to Louis Tompros, dated March 23, 2010.

11.    Attached hereto as Exhibit 8 is a true and accurate copy of a letter from Michael Smith to Louis Tompros, dated April 21, 2010.

12.    Attached hereto as Exhibit 9 is a true and accurate copy of relevant excerpts of the April 11, 2011 Rule 30(b)(6) deposition transcript of Jay Avula.  This document is filed under seal herewith because it has been designated "Highly Confidential" by Emulex.

13.    Attached hereto as Exhibit 10 is a true and accurate copy of relevant excerpts of the December 14, 2010 deposition transcript of Jay Avula.  This document is filed under seal herewith because it has been designated "Highly Confidential" by Emulex.

14.    Attached hereto as Exhibit 11 is a true and accurate copy of relevant excerpts of the February 3, 2011 Rule 30(b)(6) deposition transcript of William Goodwin.  This document is filed under seal herewith because it has been designated "Highly Confidential" by Emulex.

15.    Attached hereto as Exhibit 12 is a true and accurate copy of relevant excerpts of the March 24, 2010 deposition transcript of Alan Jovanovich.  This document is filed under seal herewith because it has been designated "Highly Confidential" by Emulex.

16.    Attached hereto as Exhibit 13 is a true and accurate copy of relevant excerpts of the March 30, 2011 Rule 30(b)(6) deposition transcript of Stephen Holness.  This document is filed under seal herewith because it has been

**DECLARATION OF BRYAN S. CONLEY IN SUPPORT OF BROADCOM'S MIL NO. 4 PURSUANT TO RULE 37(C)(1)**

1    designated "Highly Confidential" by Emulex.

2          17.    Attached hereto as Exhibit 14 is a true and accurate copy of relevant

3    excerpts of the December 15, 2010 deposition transcript of Stephen Holness.  This

4    document is filed under seal herewith because it has been designated "Highly

5    Confidential" by Emulex.

6          I declare under penalty of perjury under the laws of the United States that

7    the foregoing is true and correct.

8          Executed this 15th day of July, 2011, in Boston, Massachusetts.

9

10

11   Bryan S. Conley

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF BRYAN S. CONLEY IN
SUPPORT OF BROADCOM'S MIL NO. 4
PURSUANT TO RULE 37(C)(1)**