WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant BROADCOM CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No.  SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx)<br><br>**DECLARATION OF CRAIG E. DAVIS IN SUPPORT OF PLAINTIFF BROADCOM CORPORATION'S MOTION IN LIMINE NO. 5 TO EXCLUDE ANY EVIDENCE OF, OPINIONS ON, OR REFERENCES TO ALLEGEDLY NONINFRINGING SUBSTITUTE CIRCUITRY FROM THIRD PARTY SNOWBUSH PURSUANT TO RULE 37(c)(1)**<br><br>Hearing Date: August 15, 2011<br>Time:              11:00 a.m.<br>Place:             Courtroom 10C<br><br>Before Hon. James V. Selna<br><br>**PUBLIC, REDACTED VERSION** |

**DECLARATION OF CRAIG E. DAVIS**

I, Craig E. Davis, hereby declare as follows:

1. I am an attorney at law admitted to practice in the State of California (SBN 221356) and was admitted to this Court on April 22, 2005. I am counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and an attorney of record for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3. I make this declaration in support of Broadcom's Motion *in Limine* No. 5 to Exclude Any Evidence of, Opinions on, or References to Allegedly Noninfringing Substitute Circuitry from Third Party Snowbush Pursuant to Rule 37(c)(1).

4. Attached hereto as **Exhibit A** is a true and accurate copy of excerpts from the Expert Report and Disclosure of Julie L. Davis, dated May 16, 2011.

5. Attached hereto as **Exhibit B** is a true and accurate copy of excerpts from the transcript of the deposition of Armond Hairapetian, taken on March 1, 2011.

6. Attached hereto as **Exhibit C** is a true and accurate copy of excerpts from the Rebuttal Expert Report of Richard Fair, Ph.D., Re: Validity of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057, dated May 13, 2011.

7. Attached hereto as **Exhibit D** is a true and accurate copy of excerpts from the transcript of the deposition of Jay Avula, taken on December 14, 2010.

8. Attached hereto as **Exhibit E** is a true and accurate copy of excerpts from the Expert Report of Richard Fair, Ph.D., Re: Infringement of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057, dated April 19, 2011.

9. Attached hereto as **Exhibit F** is a true and accurate copy of excerpts

from the Expert Report of Daniel Lee Rubinfeld, dated June 13, 2011.

10. Attached hereto as **Exhibit G** is a true and accurate copy of excerpts from Defendant Emulex Corporation's Memorandum of Points and Authorities in Support of Its Motion for Partial Summary Judgment that Plaintiff Broadcom Corporation Is Not Entitled to Lost Profits Damages, dated June 17, 2011.

11. Attached hereto as **Exhibit H** is a true and accurate copy of an email chain produced by Broadcom and bates numbered BCM_EMX02550749.

12. Attached hereto as **Exhibit I** is a true and accurate copy of an email chain produced by Broadcom and bates numbered BCM_EMX_E04157558 through -560.

13. Attached hereto as **Exhibit J** is a true and accurate copy of excerpts from the Curriculum Vitae of Daniel L. Rubinfeld, dated March 2011.

14. Attached hereto as **Exhibit K** is a true and accurate copy of excerpts from the rough transcript of the deposition of Daniel Rubinfeld, Ph.D., taken on July 8, 2011.

15. Attached hereto as **Exhibit L** is a true and accurate copy of excerpts from the Rebuttal Expert Report of Dr. Borivoje Nikolic Regarding Non-Infringement of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057, dated May 13, 2011.

16. Attached hereto as **Exhibit M** is a true and accurate copy of excerpts from the transcript of the deposition of Borivoje Nikolic, taken on June 8, 2011.

17. Attached hereto as **Exhibit N** is a true and accurate copy of correspondence from Jason H. Liss to Gabrielle J. Roudabush, dated June 15, 2010.

18. Attached hereto as **Exhibit O** is a true and accurate copy of correspondence from Louis W. Tompros to Gabrielle J. Roudabush, dated January 19, 2011.

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  
4  Executed this 15th day of July, 2011, in Palo Alto, California.

_____
Craig E. Davis