1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>EMULEX CORPORATION,<br><br>  Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**ORDER ON JOINT STIPULATION REGARDING SCHEDULE FOR EXCHANGE OF DEPOSITION DESIGNATIONS AND OBJECTIONS** |

  Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") stipulated as follows:

  WHEREAS the Court's February 22, 2011 scheduling order (Docket No. 302) requires the exchange of rebuttal deposition designations and objections to affirmative deposition designations on July 29, 2011, and objections to rebuttal deposition designations, including completeness objections, on August 5, 2011;

  WHEREAS Emulex and Broadcom have agreed to the following modifications to the schedule for these exchanges:

| Event: | Original Date: | New Date: |
|---|---|---|
| Exchange Rebuttal Deposition Designations and Objections to Affirmative Deposition Designations | July 29, 2011 | August 8, 2011 |
| Exchange Objections to Rebuttal Deposition Designations, including Completeness Objections | August 5, 2011 | August 16, 2011 |

WHEREAS, this revision will not impact any other deadlines for pretrial exchanges, or the dates for the pretrial conference or trial in this matter;

IT IS THEREFORE STIPULATED that, subject to the Court's approval, the following deadlines should be amended as follows:

| Event: | Original Date: | New Date: |
|---|---|---|
| Exchange Rebuttal Deposition Designations and Objections to Affirmative Deposition Designations | July 29, 2011 | August 8, 2011 |
| Exchange Objections to Rebuttal Deposition Designations, including Completeness Objections | August 5, 2011 | August 16, 2011 |

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that the Court's February 22, 2011 Order Regarding Pretrial Dates (Docket No. 302) is modified as follows:

| Event: | Original Date: | New Date: |
|---|---|---|
| Exchange Rebuttal Deposition Designations and Objections to Affirmative Deposition Designations | July 29, 2011 | August 8, 2011 |

| Event: | Original Date: | New Date: |
|---|---|---|
| Exchange Objections to Rebuttal Deposition Designations, including Completeness Objections | August 5, 2011 | August 16, 2011 |

Dated: July 27, 2011

                                          Hon. James V. Selna
                                        United States District Court

50791031.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 27, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50791031.doc