1    WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)

2    DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)

3    JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)

4    WILMER CUTLER PICKERING
HALE AND DORR LLP

5    60 State Street
Boston, MA  02109

6    Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

7

8    Attorneys for Plaintiff and Counterclaim
Defendant BROADCOM CORPORATION

9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

12                  **SOUTHERN DIVISION**

13

| | |
|---|---|
| **BROADCOM CORPORATION,** | CASE No.  SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx) |
| **Plaintiff,** | **DECLARATION OF CRAIG E. DAVIS IN SUPPORT OF PLAINTIFF BROADCOM CORPORATION'S OPPOSITION TO EMULEX'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT BROADCOM IS NOT ENTITLED TO LOST PROFITS DAMAGES** |
| **v.** | |
| **EMULEX CORPORATION,** | |
| **Defendant.** | Hearing Date:  July 25, 2011 |
| | Time:            1:30 p.m. |
| | Place:            Courtroom 10C |
| | Before Hon. James V. Selna |
| **And Related Counterclaims** | **PUBLIC, REDACTED VERSION** |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Craig E. Davis, hereby declare as follows:

1.     I am an attorney at law admitted to practice in the State of California (SBN 221356) and was admitted to this Court on April 22, 2005.  I am counsel at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP and an attorney of record for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2.     I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3.     I make this declaration in support of Broadcom's Opposition to Defendant Emulex Corporation's Motion *in Limine* and *Daubert* Motion to Preclude Improper Damages Theories.

4.     Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts from the transcript of the deposition of Daniel Lee Rubinfeld taken on July 8, 2011.

5.     Attached hereto as **Exhibit 2** is a true and accurate copy of the Declaration of Robert Lusinsky in Support of Broadcom's Opposition to Emulex's Motion for Partial Summary Judgment on Broadcom's Lost Profits Claim dated June 30, 2011.

6.     Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts from the transcript of the deposition of Robert Lusinsky taken on May 3, 2011.

7.     Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts from the transcript of the deposition of Joseph Gervais taken on May 5, 2011.

8.     Attached hereto as **Exhibit 5** is a true and accurate copy of excerpts from the Rebuttal Expert Report of Richard Fair, Ph.D., Re: Validity of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057 dated May 13, 2011.

9.     Attached hereto as **Exhibit 6** is a true and accurate copy of excerpts from the transcript of the deposition of Thomas F. Lagatta taken on April 29, 2011.

Davis Decl. ISO Broadcom's Opposition to Emulex's Motion *in Limine* and *Daubert* Motion to Preclude Improper Damages Theories

10.    Attached hereto as **Exhibit 7** is a true and accurate copy of excerpts from the transcript of the deposition of Jay Avula taken on April 11, 2011.

11.    Attached hereto as **Exhibit 8** is a true and accurate copy of excerpts from the transcript of the deposition of Jay Avula taken on December 14, 2010.

12.    Attached hereto as **Exhibit 9** is a true and accurate copy of excerpts from the transcript of the deposition of Marc Pegolotti taken on February 11, 2011.

13.    Attached hereto as **Exhibit 10** is a true and accurate copy of excerpts from the transcript of the deposition of Sanjeev Datla taken on March 17, 2011.

14.    Attached hereto as **Exhibit 11** is a true and accurate copy of excerpts from Broadcom Corporation's First Supplemental Objections and Responses to Emulex Corporation's First Set of Interrogatories (Nos. 1-10) dated April 21, 2010.

15.    Attached hereto as **Exhibit 12** is a true and accurate copy of excerpts from Broadcom Corporation's Objections and Responses to Emulex Corporation's First Set of Interrogatories (Nos. 1-10) dated January 7, 2010.

16.    Attached hereto as **Exhibit 13** is a true and accurate copy of an email chain produced by Emulex bates numbered ELX-PAT-03863655 through -656.

17.    Attached hereto as **Exhibit 14** is a true and accurate copy of a meeting invitation produced by Emulex bates numbered ELX-PAT-03851927 through -929.

18.    Attached hereto as **Exhibit 15** is a true and accurate copy of correspondence ███████████████████████████ which was produced by Emulex bates numbered ELX-PAT-03844331 through -336.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of July, 2011, in Palo Alto, California.

Craig E. Davis

Davis Decl. ISO Broadcom's Opposition to Emulex's Motion *in Limine* and *Daubert* Motion to Preclude Improper Damages Theories