WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**EMULEX CORPORATION,**<br><br>　　　　**Defendant.**<br><br>**And Related Counterclaims** | CASE Nos. SACV09-01058-JVS (ANx), SACV10-03963-JVS (ANx)<br><br>**DECLARATION OF COSMIN MAIER IN SUPPORT OF BROADCOM'S OPPOSITION TO EMULEX'S MOTION IN LIMINE RE: REVERSE ENGINEERING**<br><br>Hearing Date:　August 15, 2011<br>Time:　　　　11:00 a.m.<br>Courtroom:　　10C<br><br>Before Hon. James V. Selna<br><br>**PUBLIC, REDACTED VERSION** |

# DECLARATION OF COSMIN MAIER

I, Cosmin Maier, hereby declare as follows:

1. I am an attorney at law admitted to practice in the State of New York (Registration No. 4632204). I was admitted *pro hac vice* in this action on March 15, 2010. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3. I make this declaration in support of Broadcom's Opposition to Emulex's Motion In Limine to Preclude Broadcom from Relying on the Report and Reverse Engineered Schematics Provided by Nancy Zhang.

4. Attached hereto as Exhibit A is a true and accurate copy of the Expert Report of Vladimir M. Stojanovic, Ph.D. Regarding Infringement of U.S. Patent No. 7,058,150, dated April 19, 2011. This document is filed under seal herewith because it has been designated "Outside Attorneys' Eyes Only" by Broadcom because it contains Emulex and third party confidential information.

5. Attached hereto as Exhibit B is a true and accurate copy of Exhibit F to the Expert Report of Vladimir M. Stojanovic, Ph.D. Regarding Infringement of U.S. Patent No. 7,058,150, dated April 19, 2011. This document is filed under seal herewith because it has been designated "Outside Attorneys' Eyes Only" by Broadcom because it contains Emulex and third party confidential information.

6. Attached hereto as Exhibit C is a true and accurate copy of the Rebuttal Expert Report of Dr. Borivoje Nikolic Regarding Non-Infirngement of U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057. This document is filed under seal herewith because it has been designated "Outside Attorneys' Eyes Only" by Emulex because it contains confidential business information.

7. Attached hereto as Exhibit D is a true and accurate copy of Plaintiff

1  Broadcom Corporation's Second Notice of Service of Revised Subpoenas for
2  Testimony and Documents to ServerEngines Corporation, dated March 26, 2010,
3  and subpoenas attached thereto.
4      8.    Attached hereto as Exhibit E is a true and accurate copy of a letter
5  from Steven M. Geiszler of Gibson, Dunn & Crutcher LLP to Ronald L. Johnston
6  of Arnold & Porter LLP, dated July 16, 2010.
7      9.    Attached hereto as Exhibit F is a true and accurate copy of a letter
8  from Steven M. Geiszler of Gibson, Dunn & Crutcher LLP to Jason H. Liss of
9  Wilmer Cutler Pickering Hale and Dorr LLP, dated September 10, 2010.
10     10.    Attached hereto as Exhibit G is a true and accurate copy of a letter
11 from Steven M. Geiszler of Gibson, Dunn & Crutcher LLP to Louis W. Tompros
12 of Wilmer Cutler Pickering Hale and Dorr LLP, dated September 13, 2010.
13     11.    Attached hereto as Exhibit H is a true and accurate copy of excerpts
14 from the videotaped deposition of Richard B. Fair, Ph.D.  This document is filed
15 under seal herewith because it has been designated "Highly Confidential - Outside
16 Attorneys' Eyes Only" by Broadcom.
17     12.    Attached hereto as Exhibit I is a true and accurate copy of Plaintiff
18 Broadcom Corporation's Notice of Service of Subpoenas for Testimony and
19 Documents to Renesas Electronics America Inc, dated April 8, 2010, and
20 subpoenas attached thereto.
21     13.    Attached hereto as Exhibit J is a true and accurate copy of an email
22 from Sarah J. Givan of Howard rice Nemerovski Canady Falk & Rabkin, P.C. to
23 Jason H. Liss of Wilmer Cutler Pickering Hale and Dorr LLP, dated January 10,
24 2011.
25     14.    Attached hereto as Exhibit K is a true and accurate copy of a printout
26 of the State Department website located at
27 http://travel.state.gov/law/judicial/judicial_678.html as of July 21, 2011.
28     15.    Attached hereto as Exhibit L is a true and accurate copy of Broadcom

Corporation's Final Disclosure of Asserted Claims and Infringement Contentions, dated February 4, 2011, and exhibits G, K, O (I), and R thereto. This document is filed under seal herewith because it has been designated "Highly Confidential" by Broadcom.

16. Attached hereto as Exhibit M is a true and accurate copy of the Expert Report of Richard Fair, Ph.D., Re: Infringement of U.S. Patent Nos., 6,424,194, 7,486,124, and 7,724,057, dated April 19, 2011. This document is filed under seal herewith because it has been designated "Outside Attorneys' Eyes Only" by Broadcom because it contains Emulex and third party confidential information.

17. Attached hereto as Exhibit N is a true and accurate copy of Broadcom Corporation's Second Supplemental Rule 26(A)(1) Initial Disclosures, dated February 22, 2011.

18. Attached hereto as Exhibit O is a true and accurate copy of Broadcom Corporation's First Amended Disclosure of Asserted Claims and Infringement Contentions, dated July 30, 2010, and exhibits G, K, and R thereto. This document is filed under seal herewith because it has been designated "Highly Confidential" by Broadcom.

19. Attached hereto as Exhibit P is a true and accurate copy of excerpts from the deposition of Borivoje Nikolic, dated June 7, 2011. This document is filed under seal herewith because it has been designated "Highly Confidential - Outside Attorneys' Eyes Only" by Emulex.

20. Attached hereto as Exhibit Q is a true and accurate copy of Exhibit F to the Expert Report of Richard Fair, Ph.D., Re: Infringement of U.S. Patent Nos., 6,424,194, 7,486,124, and 7,724,057, dated April 19, 2011. This document is filed under seal herewith because it has been designated "Outside Attorneys' Eyes Only" by Broadcom because it contains Emulex and third party confidential information.

I declare under penalty of perjury under the laws of the United States that

1  the foregoing is true and correct.

2  Executed this 22nd day of July, 2011, in New York, New York.

3

4

5  _____
   Cosmin Maier