1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**ORDER REGARDING PRETRIAL FILINGS**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

1    Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom
2    Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex
3    Corporation ("Emulex") have stipulated as follows:
4    WHEREAS, the Court has advanced the Pretrial Conference in the above-
5    captioned matter to August 10, 2011, at 9:00 a.m. (Dkt. No. 681);
6    WHEREAS, the Court has ordered that the parties file their pretrial
7    documents by Monday, August 8, 2011 (Dkt. No. 681);
8    WHEREAS, the Court entered orders on the parties' summary judgment
9    motions on August 3, 2011 and August 4, 2011, further clarifying the disputed
10   issues in the case (Dkt. Nos. 710, 714-720);
11   WHEREAS, the parties have met and conferred following the entry of those
12   orders in attempt to further narrow the disputed issues for trial, including disputes
13   related to exhibits and testimony to be introduced and addressed at trial;
14   WHEREAS, the Court's decisions on the parties pending motions in limine
15   are likely to further narrow the issues in dispute;
16   WHEREAS, the parties agree that additional time to meet and confer
17   following the summary judgment orders and motion in limine decisions is likely to
18   resolve many of the parties' disputes concerning proposed jury instructions, the
19   proposed verdict form, proposed exhibits, proposed witnesses, and deposition
20   testimony to be introduced at trial, thereby reducing the number of issues that the
21   Court will need to adjudicate;
22   WHEREAS, the parties accordingly agree that the deadline for filing the
23   parties' exhibit list, the witness list, jury instructions, and voir dire form should be
24   postponed to September 9, 2011;
25   WHEREAS, the parties also agree that the deadline for exchanging rebuttal
26   deposition designations and objections to affirmative deposition designations
27

[PROPOSED] ORDER REGARDING
PRETRIAL FILINGS

should be postponed to August 12, 2011;

WHEREAS, the parties also agree that the deadline for exchanging objections to rebuttal deposition designations should be postponed to August 19, 2011;

WHEREAS, this revision will not impact the August 8, 2011 deadline for the parties to file their memoranda of contentions of law and fact, or the August 8, 2011 deadline for the parties to lodge the joint proposed pretrial order;

WHEREAS, this revision will not impact the dates for the pretrial conference or the trial;

**IT IS HEREBY STIPULATED** that subject to the Court's approval:

1. The deadline for filing the parties' exhibit list, the witness list, jury instructions, and voir dire form should be amended to September 9, 2011;

2. The deadline for exchanging rebuttal deposition designations and objections to affirmative deposition designations should be amended to August 12, 2011;

3. The deadline for exchanging objections to rebuttal deposition designations should be amended to August 19, 2011.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that:

1. The deadline for filing the parties' exhibit list, the witness list, jury instructions, and voir dire form is amended to September 9, 2011;

2. The deadline for exchanging rebuttal deposition designations and objections to affirmative deposition designations is amended to August 12, 2011;

3. The deadline for exchanging objections to rebuttal deposition designations is amended to August 19, 2011.

Dated: August 05, 2011

_____
Hon. James V. Selna
United States District Judge