1  WILLIAM F. LEE (admitted *pro hac vice*)
     (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
     (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
     (joseph.mueller@wilmerhale.com)
4  LOUIS W. TOMPROS (admitted *pro hac vice*)
     (louis.tompros@wilmerhale.com)
5  WILMER CUTLER PICKERING
     HALE AND DORR LLP
6  60 State Street
   Boston, MA 02129
7  Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
8
   Attorneys for Plaintiff and Counterclaim
9  Defendant
   BROADCOM CORPORATION
10
   JUANITA R. BROOKS (SBN 75934)
11    (brooks@fr.com)
   FISH & RICHARDSON P.C.
12 12390 El Camino Real
   San Diego, California 92130
13 Telephone: (858) 678-5070
   Facsimile: (858) 678-5099
14
   Attorneys for Defendant and Counterclaim
15 Plaintiff
   EMULEX CORPORATION
16
   *Additional Counsel Listed on Signature Page*
17

18                  UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
19                       (SOUTHERN DIVISION)

| | |
|---|---|
| 20  BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| 21       Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| 22       v. | **JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE** |
| 23  EMULEX CORPORATION, | |
| 24       Defendant. | |
| 25  AND RELATED COUNTERCLAIMS. | |

26
27         Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom")
28  and Defendant Emulex Corporation ("Emulex") hereby stipulate as follows:

1  WHEREAS on August 4, 2011 the Court granted summary judgment that Emulex does not infringe Broadcom's U.S. Patent No. 7,313,623 ("the '623 patent") (Docket No. 717);

WHEREAS Emulex previously brought a declaratory judgment counterclaim for invalidity of the '623 patent (Docket No. 96); and

WHEREAS, in an effort to streamline the case for trial so that no issues related to the '623 patent need be presented, the parties have agreed to dismiss Emulex's declaratory judgment counterclaim for invalidity with respect to the '623 patent without prejudice;

IT IS THEREFORE STIPULATED that, subject to the Court's approval, the following counts of Emulex's Counterclaims be dismissed without prejudice:

1. Emulex's Tenth Counterclaim from Emulex Corporation's Answer, Affirmative Defenses, and Counterclaims to Broadcom's First Amended Complaint (Docket No. 96).

Dated:  August 9, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP


By: */s/ Louis W. Tompros*
    Louis W. Tompros

Attorneys for Plaintiff
BROADCOM CORPORATION

| | | |
|---|---|---|
| 1 | Dated:  August 9, 2011 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Jonathan J. Lamberson* |
| 4 | | Jonathan J. Lamberson |
| 5 | | Attorneys for Defendant |
| 6 | | EMULEX CORPORATION |

*Additional Counsel*

David M. Barkan (SBN 160825)
 *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
 *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

50797783.doc

# DECLARATION OF CONSENT

I, Jonathan J. Lamberson, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT STIPULATION TO DISMISS CERTAIN ALLEGATIONS WITHOUT PREJUDICE**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 10-07 of the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on August 9, 2011.

FISH & RICHARDSON P.C.


By: */s/ Jonathan J. Lamberson*
    Jonathan J. Lamberson

Attorneys for Defendant
EMULEX CORPORATION

50797783.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 9, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50797783.doc