UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) consolidated CV 10-03963-JVS (ANx) | Date | August 10, 2011 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable    James V. Selna

| Nancy Boehme | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dominic Massa, Louis Tompros, Joseph Mueller, Greg Teran, Jason Liss, Andrea Jeffries | Jonathan Lamberson, Juanita Brooks, Wasif Quresh, David M. Barkan, Thomas H. Reger, Michael Schongberg |

**Proceedings:** **Pretrial Conference**

**Plaintiff's Motion in Lime No. 1 to Exclude References to Pre- or Post-Trial Proceedings (Fld 07/19/11)**

**Plaintiff's Motion in Limine No. 2 to Exclude References to Other Litigation, Investigations, and Other Proceedings, and the Facts Raised Therein (Fld 07/15/11)**

**Plaintiff's Motion in Limine No. 3 to Preclude Defendant from Arguing Claim Constructions that Exceed or Contravene the Court's Markman Order (Fld 07/20/11)**

**Plaintiff's Motion in Limine No. 4 Pursuant to Rule 37(C)(1) to Exclude References to Any Subject as to which Defendant Claimed Privilege or Ignorance during Discovery (Fld 07/20/11)**

**Plaintiff's Motion in Limine No. 5 to Exclude any Evidence of, Opinions on, or References to Allegedly Noninfringing Substitute Circuitry from Third Party SnowBush Pursuant to Rule 37(C)(1) (Fld 07/20/11)**

**Defendant's Motion in Limine and Daubert Motion to Preclude Improper Damages Theories (Fld 07/19/11)**

**Defendant's Motion in Limine to Preclude Improper Doctrine of Equivalents Arguments (Fld 07/19/11)**

**Defendant's Motion in Limine to Preclude Plaintiff from Relying on the Report and Reverse Engineered Schematics Provided by Nancy Zhang (Fld 07/19/11)**

**Defendant Emulex's Motion in Limine to Preclude Broadcom from Relying on the Report and Reverse Engineered Schematics Provided by Nancy Zhang (fld 07/25/11)**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) <br> consolidated CV 10-03963-JVS (ANx) | Date  August 10, 2011 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | |

     Cause called and counsel make their appearances.  The Court's tentative ruling is issued.  Counsel  make their arguments.  Court to issue separate ruling on Motions in Limine.  Court and counsel confer regarding trial issues and procedures

 

00 : 45

Initials of Preparer     nkb