| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA<br>(admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER<br>(admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>BROADCOM CORPORATION | JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:  (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071<br><br>Attorneys for Defendant and<br>Counterclaim Plaintiff<br>EMULEX CORPORATION |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>          Plaintiff,<br><br>     v.<br><br>**EMULEX CORPORATION,**<br><br>          Defendant.<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**MEDIATION STATEMENT**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

Pursuant to the Court's July 25, 2011 Order Regarding Mediation (Dkt. No. 641), Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby jointly submit the following mediation statement.

The parties and their counsel appeared for mediation proceedings before the Hon. John Leo Wagner, Ret., in Orange County, California, on August 25, 2011. Present for Broadcom were trial counsel Dominic Massa, Broadcom General Manager for the Controller Business Unit Vinod Lakhani, and Broadcom's Intellectual Property Litigation Counsel Christopher Parry.

Present for Emulex were:
- Juanita R. Brooks, lead trial counsel, Fish & Richardson P.C.
- David M. Barkan, trial counsel, Fish & Richardson P.C.
- Stanley M. Gibson, local counsel, Jeffer Mangels Butler & Mitchell LLP
- Michael E. Schonberg, trial counsel, Thompson & Knight LLP
- James McCluney, Chief Executive Officer, Emulex Corporation
- Randall G. Wick, General Counsel, Emulex Corporation
- Andy T. Pho, Assistant General Counsel, Emulex Corporation

Also present was:
- Marie H. MacNichol, VP of Intellectual Property, LSI Corporation

The mediation proceedings continued for a full day. The parties were unable to reach a settlement agreement.

Although both parties remain available for further discussions, the parties do not believe that further settlement discussions prior to the September 20, 2011 trial are likely to lead to agreement.

| | | |
|---|---|---|
| 1 | Dated: September 2, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | | |
| 3 | | By:   /s/ Dominic E. Massa |
| 4 | | Dominic E. Massa<br>Attorneys for Broadcom |
| 5 | | |
| 6 | Dated: September 2, 2011 | FISH & RICHARDSON P.C. |
| 7 | | |
| 8 | | By:   /s/ Wasif Qureshi<br>Wasif Qureshi |
| 9 | | Attorneys for Emulex |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

**PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Mediation Statement* was served upon the following parties as indicated below on this 2nd day of September, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>broadcom-emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

                                           /s/ Jason H. Liss
                                             Jason H. Liss