| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) |
| 2 | *brooks@fr.com*<br>FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 4 | Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| 5 | *(Additional counsel listed on signature page)* |
| 6 | Attorneys for Defendant and Counterclaimant<br>EMULEX CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>EMULEX CORPORATION,<br><br>   Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S PROPOSED VOIR DIRE FORM**<br><br>Trial Date: September 20, 2011<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

CASE NO. CV 09-1058-JVS (ANx)

## I. GENERAL

1. Does anyone have difficulty speaking, reading, writing or understanding English?

2. Does anyone have any special personal issue, such as a medical condition including: (i) the loss of sight or hearing; (ii) the use of medication; or (iii) trouble sitting for long periods of time, such that you genuinely believe it would interfere with your ability to serve or prevent you from serving as a member of the jury in this case?

3. This trial will last approximately three to four weeks.  Specifically, the trial is scheduled to be conducted from 8am – 2pm every day Tuesdays through Fridays (September 20-23, 2011; September 27-30, 2011; October 4-7, 2011; October 11-14, 2011).  It is possible, although not likely, that the judge may order some additional overflow times for the trial to be held.  Does anyone have any personal, medical, religious, or other issues that they believe could prevent them from fulfilling their jury duty service?

4. Has anyone ever served on a jury before?

5. Has anyone ever been directly involved in a lawsuit, or had a close friend or family member who was?

## II. FAMILIARITY WITH THE CASE, PARTIES OR WITNESSES

6. The Plaintiff in this case is Broadcom Corporation.  Has anyone ever worked for or known someone who has ever worked for Broadcom?

7. The Defendant in this case is Emulex Corporation.  Has anyone ever worked for or known someone who has ever worked for Emulex?

8. Is anyone familiar with any of the following law firms: Wilmer Cutler Pickering Hale & Dorr LLP; Fish & Richardson P.C.; Thomson & Knight LLP; or Jeffers Mangels Butler & Mitchell LLP?

9. I have given you a list of names of attorneys involved in this case. Please look carefully at these names. If you are related to, personally acquainted with, or know of any of these people, please raise your hand.

10. I have given you a list of names of people who may be called as witnesses in this case. Please look carefully at these names. If you are related to, personally acquainted with, or know of any of these people, please raise your hand.

### III. PATENTS AND THE PATENT SYSTEM

11. Has anyone here ever received or attempted to get a patent, trademark, or copyright, or otherwise dealt with the Patent Office?

12. Does anyone have a relative or close friend who has ever received or attempted to get a patent, trademark, or copyright, or otherwise dealt with the Patent Office?

### IV. OTHER

13. Having heard these questions, does anyone here believe that they might have other personal experiences, specialized knowledge, or strongly-held opinions that could influence your service as a juror in this case?

### V. ATTORNEY CONDUCTED VOIR DIRE

As discussed at the pre-trial conference and included in the parties' proposed pre-trial order, each side will be permitted one hour for attorney-conducted voir dire.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 9, 2011 | FISH & RICHARDSON P.C. |
| 3 | | |
| 4 | | By: */s/ Wasif Qureshi* |
| 5 | | Wasif Qureshi |
| 6 | | Attorneys for Defendant and Counterclaimant |
| 7 | | EMULEX CORPORATION |

*Additional Counsel*

David M. Barkan (SBN 160825)
 barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
 lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 colaianni@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 qureshi@fr.com
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 9, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Wasif Qureshi*
Wasif Qureshi

50779226.doc

4

CASE NO. CV 09-1058-JVS (ANx)