1  Juanita R. Brooks (SBN 75934)
    *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12 | BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
13 | Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
14 | v. | **DEFENDANT EMULEX CORPORATION'S TRIAL WITNESS LIST** |
15 | EMULEX CORPORATION, | |
16 | Defendant. | |
17 | And Related Counterclaims | Trial Date: September 20, 2011<br>Time: 8:30 a.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

CASE NO. CV 09-1058-JVS (ANx)

Defendant Emulex Corporation ("Emulex") anticipates calling or otherwise introducing testimony from the following witnesses at trial. Emulex reserves the right to call anyone appearing on Plaintiff Broadcom Corporation's ("Broadcom") witness list, and reserves the right to identify answering/rebuttal witnesses in response to testimony and events at trial.

A. **Likely Live**[1,2]

Arment, Elmer

Folino, Paul

McCluney, James

Nikolic, Borivoje

Rubinfeld, Daniel

Warden, Gary

Warren, Bruce

Wooley, Bruce

B. **May Call Live**[3]

Avula, Jay

Benck, Jeffrey

---

[1] This list identifies those individuals Emulex is likely to call live in its case. Emulex reserves the right to decide to not call one or more of these witnesses live and instead offer their deposition testimony. Broadcom identified in its July 15, 2011 trial witness list certain individuals as "most likely to be called" in Broadcom's case. Emulex has relied on that listing of those individuals and intends to take their live testimony as well. Should Broadcom not call one or more of those witnesses live, Emulex may instead call one or more of those witnesses live in its case.

[2] To the extent that a non-expert individual is listed on both parties' witness lists, the parties have agreed that such fact witnesses may be called only once, where the cross-examining party may take testimony outside the scope of direct.

[3] This list identifies those individuals Emulex may call live in its case. Emulex reserves the right to decide to not call one or more of these witnesses live and instead offer their deposition testimony.

| | |
|---|---|
| 1 | Black, Alistair |
| 2 | Buchwald, Aaron |
| 3 | Hairapetian, Armond |
| 4 | Holness, Stephen |
| 5 | Gervais, Joe |
| 6 | Goodwin, William |
| 7 | Hoogenboom, Jeff |
| 8 | Jiang, Xicheng |
| 9 | Lakhani, Vinod |
| 10 | Le, Michael |
| 11 | LSI Corporate Representative Kenneth Szajda, Ph.D.[4] |
| 12 | Longo, Lorenzo |
| 13 | Lusinsky, Robert |
| 14 | Mayemura, Mark |
| 15 | McGregor, Scott |
| 16 | Samueli, Henry |
| 17 | Scherer, Greg |
| 18 | Wang, Hui[5] |
| 19 | 3rd parties[6] |

---

[4] Contact through counsel for LSI.

[5] Contact through counsel for Marvell.

[6] Emulex reserves the right to call the live testimony of any third party witnesses in response or rebuttal to, or to impeach, testimony offered by Broadcom.

### C. **By Deposition**[7,8]

Black, Alistair

Buchwald, Aaron

Chan, Kurt

Dreux, Anthony

Elzur, Uri

Goodwin, William

Hairapetian, Armond

Ilyadis, Nicholas

Jiang, Xicheng

Lagatta, Thomas

Le, Michael

Longo, Lorenzo

McGregor, Scott

Momtaz, Afshin

Samueli, Henry

Wang, Hui[9]

Young, Greg

Yousefi, Nariman

---

[7] Emulex will give Broadcom notice in the event that Emulex decides to call one or more of these witnesses live rather than using their deposition testimony.

[8] One or more of these witnesses may be called live pursuant to the "only if the need arises" provision set forth in L.R. 16-5.

[9] Contact through counsel for Marvell.

3

| | | |
|---|---|---|
| 1 | Dated: September 9, 2011 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Wasif Qureshi* <br> Wasif Qureshi |
| 5 | | Attorneys for Defendant and Counterclaimant |
| 6 | | EMULEX CORPORATION |

*Additional Counsel*

David M. Barkan (SBN 160825)
 barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
 lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 colaianni@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 qureshi@fr.com
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

4

CASE NO. CV 09-1058-JVS (ANx)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 9, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Wasif Qureshi*
Wasif Qureshi