WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S WITNESS LIST**<br><br>Before: Hon. James V. Selna<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011 |

Pursuant to the Court's Order Regarding Pretrial Filings (Dkt. No. 723), Broadcom discloses the following individuals as witnesses that it intends to call at trial.

Alistair D. Black
*To be contacted only through counsel for Broadcom*

Julie L. Davis (expert)
*To be contacted only through counsel for Broadcom*

Richard B. Fair (expert)
*To be contacted only through counsel for Broadcom*

Armond Hairapetian
*To be contacted only through counsel for Broadcom*

Michael Le
*To be contacted only through counsel for Broadcom*

Henry Samueli
*To be contacted only through counsel for Broadcom*

Vladimir Stojanovic (expert)
*To be contacted only through counsel for Broadcom*

Amin Vahdat (expert)
*To be contacted only through counsel for Broadcom*

Broadcom expects to introduce portions of the deposition testimony of the following witnesses by reading the transcript aloud and/or by videotape:

Jay Avula
*Understood to be reachable through counsel for Emulex*

David Baldwin
*Understood to be reachable through counsel for Emulex*

Jeffrey W. Benck
*Understood to be reachable through counsel for Emulex*

Paul Folino
*Understood to be reachable through counsel for Emulex*

Joseph Gervais
*Understood to be reachable through counsel for Emulex*

William Goodwin
*Understood to be reachable through counsel for Emulex*

Stephen Holness
*Understood to be reachable through counsel for Emulex*

Jeff Hoogenboom*
*Understood to be reachable through counsel for Emulex*

Alan Jovanovich
*Understood to be reachable through counsel for Emulex*

Mark Karnowski
*Understood to be reachable through counsel for Emulex*

James McCluney*
*Understood to be reachable through counsel for Emulex*

John Mensonides
*Understood to be reachable through counsel for Emulex*

Marc Pegolotti
*Understood to be reachable through counsel for Emulex*

Michael Trupiano
*Understood to be reachable through counsel for Emulex*

Although Broadcom does not at this time expect to call additional witnesses, Broadcom reserves the right to call any of the following witnesses if necessary, and/or to introduce portions of their deposition testimony:

| | |
|---|---|
| 1 | One or more representatives of Applied Micro Circuits Corporation* |
| 2 | C T Corporation System |
| 3 | 818 West Seventh St. |
| | Los Angeles, CA  90017 |
| 4 | Tom Ambrose* |
| 5 | *Understood to be reachable through counsel for Emulex* |
| 6 | Elmer Arment* |
| 7 | *Understood to be reachable through counsel for Emulex* |
| 8 | Sujith Arramreddy* |
| 9 | *Understood to be reachable through counsel for Emulex* |
| 10 | Mark Brazeal* |
| 11 | *To be contacted only through counsel for Broadcom* |
| 12 | Robert Brencic* |
| 13 | *Understood to be reachable through counsel for Emulex* |
| 14 | One or more representatives of Cellixsoft Corporation* |
| 15 | *To be contacted only through counsel for Broadcom* |
| 16 | Kurt Chan* |
| 17 | *To be contacted only through counsel for Broadcom* |
| 18 | Arun Chintalapani* |
| 19 | *Understood to be reachable through counsel for Emulex* |
| 20 | Sherryl Coppins* |
| 21 | *Understood to be reachable through counsel for Emulex* |
| 22 | David Crespi* |
| 23 | *Understood to be reachable through counsel for Emulex* |
| 24 | Sanjeev K. Datla* |
| 25 | *Understood to be reachable through counsel for Emulex* |
| 26 | Terrance Doherty* |
| 27 | *Understood to be reachable through counsel for Emulex* |
| 28 | |

| | |
|---|---|
| 1 | One or more representatives of Dot Hill Systems Corp.* |
| | United Corporate Services, Inc. |
| 2 | 608 University Ave. |
| 3 | Sacramento, CA  95825 |
| 4 | Ichiro Fujimori* |
| 5 | *To be contacted only through counsel for Broadcom* |
| 6 | One or more representatives of Fujitsu America, Inc.* |
| 7 | C T Corporation System |
| | 818 West Seventh St., |
| 8 | Los Angeles, CA  90017 |
| 9 | |
| | Calvin Hall* |
| 10 | *Understood to be reachable through counsel for Emulex* |
| 11 | |
| | Thomas Hughes* |
| 12 | *Understood to be reachable through counsel for Emulex* |
| 13 | |
| | Barry Barnett, David Plomgren, and/or one or more other representatives of |
| 14 | International Business Machines Corporation* |
| 15 | One New Orchard Road |
| | Armonk, NY  10504 |
| 16 | |
| 17 | Nicholas Ilyadis* |
| | *To be contacted only through counsel for Broadcom* |
| 18 | |
| 19 | Xicheng Jiang* |
| | *To be contacted only through counsel for Broadcom* |
| 20 | |
| 21 | Anand Kore* |
| | *Understood to be reachable through counsel for Emulex* |
| 22 | |
| 23 | Thomas Lagatta* |
| | *To be contacted only through counsel for Broadcom* |
| 24 | |
| 25 | Vinod Lakhani* |
| | *To be contacted only through counsel for Broadcom* |
| 26 | |
| 27 | |
| 28 | |

**BROADCOM'S WITNESS LIST**

| | |
|---|---|
| 1 | One or more representatives of LSI Corporation* |
| 2 | C T Corporation System |
| | 818 West Seventh St. |
| 3 | Los Angeles, CA  90017 |
| 4 | Martin Lund* |
| 5 | *To be contacted only through counsel for Broadcom* |
| 6 | Lorenzo Longo* |
| 7 | *To be contacted only through counsel for Broadcom* |
| 8 | Robert Lusinsky* |
| 9 | *To be contacted only through counsel for Broadcom* |
| 10 | Hui Wang and/or one or more other representatives of |
| 11 | Marvell Semiconductor, Inc.* |
| | c/o Michael A. Molano |
| 12 | Sheppard Mullin Richter & Hampton LLP |
| 13 | 390 Lytton Avenue |
| | Palo Alto, CA  94301 |
| 14 | |
| 15 | Mark Mayemura* |
| | *Understood to be reachable through counsel for Emulex* |
| 16 | |
| 17 | Carl Mies* |
| | *Understood to be reachable through counsel for Emulex* |
| 18 | |
| 19 | Afshin Momtaz* |
| 20 | *To be contacted only through counsel for Broadcom* |
| 21 | Malcom Muggeridge and/or one or more other representatives of |
| 22 | Xyratex Corporation* |
| | 2031 Concourse Drive |
| 23 | San Jose, CA  95131 |
| 24 | |
| 25 | One or more representatives of NEC Corporation of America* |
| | National Registered Agents, Inc. of NV |
| 26 | 1000 East William Street, Suite 204 |
| | Carson City, NV  89701 |
| 27 | |
| 28 | |

- 5 -

**BROADCOM'S WITNESS LIST**

Michelle Ng*
*Understood to be reachable through counsel for Emulex*

Paul Boulay, Matthew Rooke, and/or one or more other representatives of Pillar Data Systems, Inc.*
2840 Junction Ave.
San Jose, CA  95134

Rajiv Ramaswami*
*To be contacted only through counsel for Broadcom*

One or more representatives of Renesas Electronics America Inc.*
C T Corporation System
818 West Seventh St.
Los Angeles, CA  90017

Bradley Roach*
*Understood to be reachable through counsel for Emulex*

Eric Rutlin*
*Understood to be reachable through counsel for Emulex*

Marty Stainbrook*
*Understood to be reachable through counsel for Emulex*

Jeff Terkeurst*
*Understood to be reachable through counsel for Emulex*

One or more representatives of Toshiba America, Inc.*
C T Corporation System
818 West Seventh St.,
Los Angeles,  CA 90017

Chaitanya Tumuluri*
*Understood to be reachable through counsel for Emulex*

Raju Vegesna*
*Understood to be reachable through counsel for Emulex*

Gregory Warren*
*Understood to be reachable through counsel for Emulex*

Nariman Yousefi*
*To be contacted only through counsel for Broadcom*

Respectfully submitted,

Dated: September 9, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Louis W. Tompros
     Louis W. Tompros

Attorneys for Plaintiff
BROADCOM CORPORATION

**BROADCOM'S WITNESS LIST**

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Plaintiff Broadcom Corporation's Preliminary Witness List* was served upon the following parties as indicated below on this 9th day of September, 2011.

**For Emulex Corporation:**

smg@jmbm.com
broadcom-emulex@fr.com
broadcomemulexservice@tklaw.com
(email addresses for service on Emulex per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

      /s/ Jason H. Liss
      Jason H. Liss