WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S REQUESTED QUESTIONS FOR THE COURT'S VOIR DIRE**<br><br>Trial Date:    September 20, 2011<br>Time:           9:00 a.m.<br>Place:          Courtroom 10C<br>Before:        Hon. James V. Selna |

PROPOSED VOIR DIRE QUESTIONS

Pursuant to the Court's Order Regarding Pretrial Filings (Dkt. No. 723), Broadcom submits the following questions that it requests the Court to ask of the venire during the Court's voir dire.

Broadcom further requests that the Court ask the jurors to indicate a "yes" answer by raising their hand and providing their juror number, and that any further follow-up with those jurors who answer "yes," particularly as to questions that might elicit personally sensitive information or information concerning the parties or their employees, should be conducted at sidebar.

1. Are you, or is anyone in your family, a named inventor of a patent, or an owner of a patent?

2. Have you, or has anyone in your family, had any experience with patents, patent law, patented technology, or patent lawsuits?

3. Have you ever invented or developed any technology yourself, whether or not it was ultimately patented, as part of your employment or on your own?

4. Have you ever been the plaintiff or defendant in a civil action of any kind?

5. Have you, or has anyone in your family, worked for any branch of federal or state government?

6. Do you or does anyone in your family have any legal education, training, or experience?

7. Have you, or has anyone in your family, worked in a law firm in any capacity?

8. Do you have any experience in the field of electronic data storage or computer networking?

9. Do you have any experience with computer networking protocols or technologies, including but not limited to Ethernet and Fibre Channel?

10. Do you have any experience with designing or manufacturing integrated circuits or computer chips?

11. Do you have any experience with electrical engineering or computer science?

12. Before you heard about this case, were you aware of Broadcom, Emulex, or any of their employees?

13. Before you heard about this case, were you aware of LSI, Marvell, Toshiba, NEC, AMCC, or any of their employees?

14. Have you, or has your employer, used any Broadcom or Emulex products in its business?

15. Based on anything you might have read or heard about Broadcom, Emulex, LSI, Marvell, Toshiba, NEC, AMCC, do you have any opinions that might influence the way you respond to this case, one way or the other?

16. Have you discussed or read anything about patents or patent lawsuits that has led you to form an opinion about patents or patent lawsuits?

Respectfully submitted,

Dated: September 9, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP


By:   /s/ Gregory P. Teran
         Gregory P. Teran

Attorneys for Plaintiff
BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## **PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Plaintiff Broadcom Corporation's Requested Questions for the Court's Voir Dire* was served upon the following parties as indicated below on this 9th day of September, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>broadcom-emulex@fr.com<br>broadcomemulexservice@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss