WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on
Signature Page)

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA  94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on
Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>                    **Plaintiff,**<br><br>      v.<br><br>**EMULEX CORPORATION,**<br><br>                    **Defendant.**<br><br>**And Related Counterclaims** | No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING JURY INSTRUCTIONS**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

1   Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom")
2   and Defendant Emulex Corporation ("Emulex") hereby stipulate as follows:
3   WHEREAS the Court has ordered that the parties file their proposed jury
4   instructions by Friday, September 9, 2011 (Dkt. No. 723);
5   WHEREAS, the parties have repeatedly met and conferred following the
6   entry of that order in attempt to further narrow the disputed issues;
7   WHEREAS, the parties believe that additional discussions over the weekend
8   may resolve additional of the parties' disputes concerning the proposed jury
9   instructions;
10  WHEREAS, the parties accordingly agree that the deadline for filing the
11  parties' proposed jury instructions should be postponed to 9:30 a.m. Pacific
12  Standard Time, Monday, September 12, 2011;
13  WHEREAS, this revision will not impact any other dates in this case;
14  WHEREAS, this revision will not impact the dates for the trial;
15  WHEREAS, fewer than ten instructions are presently disputed, and the
16  parties believe that they may further narrow their disputes over the weekend.
17  **IT IS HEREBY STIPULATED** that subject to the Court's approval:
18  1. The deadline for filing the parties' proposed jury instructions should be
19  amended to September 12, 2011, 9:30 a.m. Pacific Standard Time.

| | |
|---|---|
| Dated: September 9, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | By: /s/ Gregory P. Teran |
| | Gregory P. Teran |
| | Attorneys for Broadcom |
| Dated: September 9, 2011 | FISH & RICHARDSON P.C. |
| | By: /s/ Thomas H. Reger II |
| | Thomas H. Reger II |
| | Attorneys for Emulex |

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

**PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Jury Instructions* was served upon the following parties as indicated below on this 9th day of September, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| broadcom-emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

JOINT STIPULATION REGARDING
JURY INSTRUCTIONS

4

ACTIVEUS 90552092v1