| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EMULEX CORPORATION,<br><br>　　　　　Defendant.<br><br>And Related Counterclaims | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER REGARDING JURY INSTRUCTIONS**<br><br>Hon. James V. Selna<br><br>Trial Date: September 20, 2011 |

1  Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom
2  Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex
3  Corporation ("Emulex") have stipulated as follows:
4  WHEREAS the Court has ordered that the parties file their proposed jury
5  instructions by Friday, September 9, 2011 (Dkt. No. 723);
6  WHEREAS, the parties have repeatedly met and conferred following the
7  entry of that order in attempt to further narrow the disputed issues;
8  WHEREAS, the parties believe that additional discussions over the weekend
9  may resolve additional of the parties' disputes concerning the proposed jury
10 instructions;
11 WHEREAS, the parties accordingly agree that the deadline for filing the
12 parties' proposed jury instructions should be postponed to 9:30 a.m. Pacific
13 Standard Time, Monday, September 12, 2011;
14 WHEREAS, this revision will not impact any other dates in this case;
15 WHEREAS, this revision will not impact the dates for the trial;
16 WHEREAS, fewer than ten instructions are presently disputed, and the
17 parties believe that they may further narrow their disputes over the weekend.
18 **IT IS HEREBY STIPULATED** that subject to the Court's approval:
19 1. The deadline for filing the parties' proposed jury instructions should be
20 amended to September 12, 2011, 9:30 a.m. Pacific Standard Time.

1 **ORDER**

2     Based on the foregoing stipulation of the parties, and good cause appearing,

3 **IT IS ORDERED** that:

4     1.    The deadline for filing the parties' proposed jury instructions is

5 amended to September 12, 2011, 9:30 a.m. Pacific Standard Time.

Dated: _____

Hon. James V. Selna
United States District Judge