1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  LOUIS W. TOMPROS (admitted *pro hac vice*)
   (louis.tompros@wilmerhale.com)
5  WILMER CUTLER PICKERING
6  HALE AND DORR LLP
   60 State Street
7  Boston, MA  02129
   Telephone:  (617) 526-6000
8  Facsimile:   (617) 526-5000

9  Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
10 (Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV10-3963-JVS (ANx)<br><br>**NOTICE OF LODGING OF [PROPOSED] FINAL PRETRIAL ORDER**<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011<br><br>Before Hon. James V. Selna |

1     PLEASE TAKE NOTICE that on behalf of both parties, Plaintiff Broadcom Corporation ("Broadcom") is lodging with the Court the following document: [Proposed] Final Pretrial Order.

    The proposed order is attached to this Notice pursuant to Central District General Order 10-07, Section VI(A).

Date: September 9, 2011

WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Dominic E. Massa
Dominic E. Massa

Attorneys for Plaintiff
BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Notice of Lodging of Proposed Final Pretrial Order* was served upon the following parties as indicated below on this 9th day of September, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>Broadcom-Emulex@fr.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss