WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on
Signature Page)

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA  94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on
Signature Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>　　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**EMULEX CORPORATION,**<br><br>　　　　　　　**Defendant.**<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION OF UNDISPUTED FACTS**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby stipulate that the following facts are admitted and require no proof:

1. Broadcom is a corporation organized and existing under the laws of the state of California, with its principal place of business at 5300 California Avenue, Irvine, California, 92617.

2. Emulex is a corporation organized and existing under the laws of the state of Delaware, with its principal place of business at 3333 Susan Street, Costa Mesa, California, 92626.

3. U.S. Patent No. 6,424,194 (the "'194 patent") was issued on July 23, 2002.

4. U.S. Patent No. 7,486,124 (the "'124 patent") was issued on February 3, 2009.

5. U.S. Patent No. 7,724,057 (the "'057 patent") was issued on May 25, 2010.

6. U.S. Patent No. 7,058,150 (the "'150 patent") was issued on June 6, 2006.

7. U.S. Patent No. 7,471,691 (the "'691 patent") was issued on December 30, 2008.

8. U.S. Patent No. 7,450,500 (the "'500 patent") was issued on November 11, 2008.

9. The '194 patent, the '124 patent, the '057 patent, the '150 patent, the '691 patent, and the '500 patent (collectively, "the patents-in-suit") have each been assigned to Broadcom. Broadcom is the sole owner of each of the patents-in-suit.

10. The following Emulex products have been accused of infringement by Broadcom: BladeEngine 2, BladeEngine 3, Lancer, QT2025, Zephyr, SOC422, SOC804, and SOC442.

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: September 9, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4 | | |
| 5 | | By: /s/ Dominic E. Massa |
| 6 | |     Dominic E. Massa<br>    Attorneys for Plaintiff<br>    Broadcom Corporation |
| 7 | | |
| 8 | Dated: September 9, 2011 | FISH & RICHARDSON P.C. |
| 9 | | |
| 10 | | By: /s/ David M. Barkan |
| 11 | |     David M. Barkan<br>    Attorneys for Defendant<br>    Emulex Corporation |

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation of Undisputed Facts* was served upon the following parties as indicated below on this 9th day of September, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>broadcom-emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

ACTIVEUS 90378500v5