UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**ORDER REGARDING JURY INSTRUCTIONS**<br><br>Hon. James V. Selna<br><br>Trial Date:  September 20, 2011 |

1      Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") have stipulated as follows:

4      WHEREAS the Court has ordered that the parties file their proposed jury instructions by Friday, September 9, 2011 (Dkt. No. 723);

6      WHEREAS, the parties have repeatedly met and conferred following the entry of that order in attempt to further narrow the disputed issues;

8      WHEREAS, the parties believe that additional discussions over the weekend may resolve additional of the parties' disputes concerning the proposed jury instructions;

11     WHEREAS, the parties accordingly agree that the deadline for filing the parties' proposed jury instructions should be postponed to 9:30 a.m. Pacific Standard Time, Monday, September 12, 2011;

14     WHEREAS, this revision will not impact any other dates in this case;

15     WHEREAS, this revision will not impact the dates for the trial;

16     WHEREAS, fewer than ten instructions are presently disputed, and the parties believe that they may further narrow their disputes over the weekend.

18     **IT IS HEREBY STIPULATED** that subject to the Court's approval:

19     1. The deadline for filing the parties' proposed jury instructions should be amended to September 12, 2011, 9:30 a.m. Pacific Standard Time.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing,

**IT IS ORDERED** that:

1. The deadline for filing the parties' proposed jury instructions is amended to September 12, 2011, 9:30 a.m. Pacific Standard Time.

Dated: September 12, 2011

_____
Hon. James V. Selna
United States District Judge