Jaime Bulnes
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
(512) 226-8141
(512) 320-8935 fax
bulnes@fr.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BROADCOM CORPORATION, | | CASE NUMBER |
| | Plaintiff(s) | SACV 09-1058-JVS (ANx) |
| v. | | |
| EMULEX CORPORATION, | | **APPLICATION OF NON-RESIDENT** |
| | Defendant(s). | **ATTORNEY TO APPEAR IN A SPECIFIC CASE** |

NOTICE:   Effective July 26, 2010, the fee for *Pro Hac Vice* Appearance is $275.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Jaime Bulnes _____, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant: Emulex Corporation _____ by whom I have been retained.

My business information is:
Fish & Richardson P.C. _____
*Firm Name*

111 Congress Avenue, Suite 810 _____
*Street Address*

Austin, TX 78701 _____      bulnes@fr.com _____
*City, State, Zip*                                    *E-Mail Address*

512.226.8141 _____      512.320.8935 _____
*Telephone Number*                                 *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| *Title of Court* | *Date of Admission* |
|---|---|
| Texas State Bar | 11/2/07 |
| U.S. District Court - Eastern District of Texas | 11/18/08 |
| U.S. District Court - Western District of Texas | 8/6/09 |
| U.S. Court of Appeals for the Federal Circuit | 3/17/09 |

I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.  I am not currently suspended from, and I have never been  disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions.  List all that apply.  Attach additional pages if necessary.

| *Case Number* | *Ttitle of Action* | *Date of Application* | *Application Granted or Denied* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Stanley M. Gibson  as local counsel, whose business information is as follows:

Jeffer Mangels Butler & Mitchell LLP
_____
*Firm Name*

3 Park Plaza, Suite 1100
_____
*Street Address*

Irvine, CA 92614                                        SGibson@JMBM.com
_____
*City, State, Zip*                                        *E-Mail Address*

949.623.7200                                        949.623.7202
_____
*Telephone Number*                                        *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.  I also consent to electronic service.

Dated   September 13, 2011                     Jaime Bulnes
                                                _____
                                                *Applicant's Name (please print)*

                                                _____
                                                *Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated   September 14, 2011                     Stanley M. Gibson
                                                _____
                                                *Designee's Name (please print)*

                                                _____
                                                *Designee's Signature*

                                                162329
                                                _____
                                                *Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED** *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* **(G-64 ORDER) ALONG WITH THIS APPLICATION.**

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

## Jaime Bulnes

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2007.

I further certify that the records of this office show that, as of this date

## Jaime Bulnes

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 2nd day of September, 2011.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*

Brad Sonego, Deputy Clerk

No. 0902Y

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.