Jaime Bulnes
FISH & RICHARDSON P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701
(512) 226-8141
(512) 320-8935 fax
bulnes@fr.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION,<br><br>Plaintiff(s)<br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant(s). | CASE NUMBER:<br><br>SACV 09-1058-JVS (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Jaime Bulnes__, of __Fish & Richardson P.C., 111 Congress Avenue, Suite 810, Austin, TX 78701__
     *Applicant's Name*                                         *Firm Name / Address*

__512.226.8141__                                 __bulnes@fr.com__
   *Telephone Number*                                        *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☑ Defendant
☐ Intervener or other interested person __Emulex Corporation__

and the designation of __Stanley M. Gibson / Bar No. 162329__
                                          *Local Counsel Designee /State Bar Number*

of __Jeffer Mangels Butler & Mitchell LLP, 3 Park Plaza, Suite 1100, Irvine, CA 92614__
                                           *Local Counsel Firm / Address*

__949.623.7200__                                 __SGibson@JMBM.com__
   *Telephone Number*                                        *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED. Fee shall be returned by the Clerk.
    ☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                                U. S. District Judge/U.S. Magistrate Judge