# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-3963-JVS (ANx)<br><br>**[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT**<br><br>Hon. James V. Selna<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011 |

# ORDER

Because the parties believe that the use of certain audiovisual equipment in connection with the trial in this matter set for 8 a.m. on Tuesday, September 20, 2011 will materially aid in the presentation,

**IT IS ORDERED** that:

1. Plaintiff Broadcom Corporation ("Broadcom"), Defendant Emulex Corporation ("Emulex"), and/or their representatives designated below, may bring to the Court, for the duration of the trial:
    a. four (4) laptop computers;
    b. two (2) 17" LCD monitors;
    c. two (2) distribution amp two-ways;
    d. two (2) VGA switchers;
    e. one (1) projector;
    f. one (1) projector screen;
    g. one (1) projector stand;
    h. one (1) set of speakers;
    i. one (1) 18"x60" equipment table; and
    j. such associated equipment (including, for example, cables, wireless network cards, external hard drives, mice, and power supplies) as are necessary for or used in conjunction with the operation of the above.

2. The following representatives of Broadcom and/or Emulex are permitted access to the Court between 9:00 a.m. and 1:00 p.m. on

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT

1   Friday, September 16, 2011 for the purpose of bringing in and setting
2   up the equipment identified above:
3       a.    Gregg Gonzalez and Marco Perez, employees of Aquipt;
4       b.    Michael Jackson and Kerry Smith, employees of Fish &
5   Richardson P.C.;
6       c.    Marc Nguyen, an employee of FTI Consulting; and
7       d.    Denis Marriott, an employee of Fulcrum Legal Graphics.
8
9   3.   The parties are encouraged to coordinate their efforts and share their
10  equipment.
11
12  Dated: _____           _____
13                                          Hon. James V. Selna
                                            United States District Judge

[PROPOSED] ORDER REGARDING TRIAL EQUIPMENT

ACTIVEUS 90568133v1