1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  LOUIS W. TOMPROS (admitted *pro hac vice*)
5  (louis.tompros@wilmerhale.com)
   WILMER CUTLER PICKERING
6  HALE AND DORR LLP
   60 State Street
7  Boston, MA  02129
   Telephone:  (617) 526-6000
8  Facsimile:   (617) 526-5000

9  Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
10 (Additional Counsel Listed on Signature Page)

11
                    **UNITED STATES DISTRICT COURT**
12
              **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
13

14
   **BROADCOM CORPORATION,**                CASE No. SACV09-1058 JVS (ANx)
15                                          consolidated SACV10-3963-JVS (ANx)
                  **Plaintiff,**
16                                          **NOTICE OF LODGING OF
                                            [PROPOSED] ORDER REGARDING
17        v.                                ACCESS TO COURTROOM FOR
                                            TRIAL**
18 **EMULEX CORPORATION,**
                                            Complaint Filed: September 14, 2009
19                **Defendant.**            Trial Date: September 20, 2011
20
   **And Related Counterclaims**            Before Hon. James V. Selna
21

22

23

24

25

26

27

28
                                                    BROADCOM'S NOTICE OF LODGING
                                                    OF PROPOSED ORDER REGARDING
                                                    ACCESS TO COURTROOM FOR TRIAL

1  PLEASE TAKE NOTICE that on behalf of both parties, Plaintiff Broadcom
2  Corporation ("Broadcom") is lodging with the Court the following document:
3  [Proposed] Order Regarding Access to Courtroom for Trial.
4  The proposed order is attached to this Notice pursuant to Central District
5  General Order 10-07, Section VI(A).

Date: September 15, 2011                WILMER CUTLER PICKERING
                                        HALE AND DORR LLP


                                        /s/ Dominic E. Massa
                                        Dominic E. Massa

                                        Attorneys for Plaintiff
                                        BROADCOM CORPORATION

BROADCOM'S NOTICE OF LODGING
OF PROPOSED ORDER REGARDING
ACCESS TO COURTROOM FOR TRIAL

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Notice of Lodging of Proposed Order Regarding Access to Courtroom for Trial* was served upon the following parties as indicated below on this 15th day of September, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>Broadcom-Emulex@fr.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

BROADCOM'S NOTICE OF LODGING OF PROPOSED ORDER REGARDING ACCESS TO COURTROOM FOR TRIAL

ACTIVEUS 90586540v1