# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV10-3963-JVS (ANx) |
| **Plaintiff,** | **[PROPOSED] ORDER REGARDING ACCESS TO COURTROOM FOR TRIAL** |
| **v.** | |
| **EMULEX CORPORATION,** | Hon. James V. Selna |
| **Defendant.** | Complaint Filed: September 14, 2009 Trial Date: September 20, 2011 |
| **And Related Counterclaims** | |

# ORDER

For the purpose of the orderly conduct of trial in this action, representatives of Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") and Defendant and Counterclaim Plaintiff Emulex Corporation ("Emulex") are permitted access the Court's loading dock and freight elevator to transport approximately 40 boxes of materials (including without limitation trial exhibits and deposition transcripts) beginning at or after _____ on Monday, September 19 and daily to Courtroom 10C for use in trial in this action.  The parties' representatives are also permitted access in order to set up the courtroom as of the same time on Monday, September 19 and for the duration of the trial.  Broadcom's representatives for these purposes are Denis Marriott, employee of Fulcrum Legal Graphics; Matt Mahon, employee of Ricoh Legal, or his designee; and Lanta Chase and Michael Leonard, employees of counsel for Broadcom Wilmer Cutler Pickering Hale and Dorr LLP.  Emulex's representatives for these purposes are Marc Nguyen, employee of FTI Consulting; Kerry Smith, Michael Jackson, and Julie Wheeler, employees of counsel for Emulex Fish & Richardson P.C.; and Tracy Murrell, employee of counsel for Emulex Thompson & Knight LLP.  In addition, Marco Perez and Gregg Gonzalez, employees of Aquipt, are permitted access in relation to equipment provided by Aquipt to both parties.

Dated: _____

_____
Hon. James V. Selna
United States District Judge

[PROPOSED] ORDER REGARDING
ACCESS TO COURTROOM FOR TRIAL

ACTIVEUS 90585910v2