| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION |

| | |
|---|---|
| BROADCOM CORPORATION, | CASE No. SACV09-1058 JVS (ANx) consolidated SACV10-3963-JVS (ANx) |
| Plaintiff, | **ORDER REGARDING TRIAL EQUIPMENT** |
| v. | Hon. James V. Selna |
| EMULEX CORPORATION, | Complaint Filed: September 14, 2009 |
| Defendant. | Trial Date: September 20, 2011 |
| And Related Counterclaims | |

# ORDER

Because the parties believe that the use of certain audiovisual equipment in connection with the trial in this matter set for 8 a.m. on Tuesday, September 20, 2011 will materially aid in the presentation,

**IT IS ORDERED** that:

1. Plaintiff Broadcom Corporation ("Broadcom"), Defendant Emulex Corporation ("Emulex"), and/or their representatives designated below, may bring to the Court, for the duration of the trial:
    a. four (4) laptop computers;
    b. two (2) 17" LCD monitors;
    c. two (2) distribution amp two-ways;
    d. two (2) VGA switchers;
    e. one (1) projector;
    f. one (1) projector screen;
    g. one (1) projector stand;
    h. one (1) set of speakers;
    i. one (1) 18"x60" equipment table; and
    j. such associated equipment (including, for example, cables, wireless network cards, external hard drives, mice, and power supplies) as are necessary for or used in conjunction with the operation of the above.

2. The following representatives of Broadcom and/or Emulex are permitted access to the Courthouse Loading Dock and Courtroom

   10C between **9:00 a.m. and 12:00 p.m.** on Friday, September 16, 2011 for the purpose of bringing in and setting up the equipment identified above:

   a. Gregg Gonzalez and Marco Perez, employees of Aquipt;

   b. Michael Jackson and Kerry Smith, employees of Fish & Richardson P.C.;

   c. Marc Nguyen, an employee of FTI Consulting; and

   d. Denis Marriott, an employee of Fulcrum Legal Graphics.

   e. The vehicle that is allowed entry is a White Chevy Express Van, license plate 8D77187, which will be driven by Gregg Gonzalez of Aquipt. The other persons above may be passengers in the van.

3. The parties are encouraged to coordinate their efforts and share their equipment.

Dated: September 15, 2011

                    _____
                    Hon. James V. Selna
                    United States District Judge