WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-3963-JVS (ANx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING ACCESS TO COURTROOM FOR TRIAL**<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011<br><br>Before Hon. James V. Selna |

1    PLEASE TAKE NOTICE that on behalf of both parties, Plaintiff Broadcom

2    Corporation ("Broadcom") is lodging with the Court the following document:

3    [Proposed] Order Regarding Access to Courtroom for Trial.

4    The proposed order is attached to this Notice pursuant to Central District

5    General Order 10-07, Section VI(A).

6

7    Date: September 19, 2011                    WILMER CUTLER PICKERING
                                                  HALE AND DORR LLP
8

9

10                                               /s/ Dominic E. Massa
                                                 Dominic E. Massa
11
                                                 Attorneys for Plaintiff
12                                               BROADCOM CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROADCOM'S NOTICE OF LODGING
OF PROPOSED ORDER REGARDING
ACCESS TO COURTROOM FOR TRIAL

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## <u>PROOF OF SERVICE</u>

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Notice of Lodging of Proposed Order Regarding Access to Courtroom for Trial* was served upon the following parties as indicated below on this 19th day of September, 2011.

**<u>For Emulex Corporation</u>:**

smg@jmbm.com                                    ☐ Via Hand Delivery
Broadcom-Emulex@fr.com                  ☐ Via Overnight Courier (1 copy)
(email addresses for service on Emulex  ☐ Via Facsimile
per agreement of the parties)             ☒ Via Electronic Mail (1 copy)


I certify under penalty of perjury that the foregoing is true and correct.


/s/ Jason H. Liss
Jason H. Liss

**BROADCOM'S NOTICE OF LODGING OF PROPOSED ORDER REGARDING ACCESS TO COURTROOM FOR TRIAL**

ACTIVEUS 90610520v1