NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx) consolidated SACV10-3963-JVS (ANx)<br><br>**ORDER REGARDING ACCESS TO LOADING DOCK AND FREIGHT ELEVATOR FOR DELIVERY BEFORE TRIAL**<br><br>Hon. James V. Selna<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011 |

## ORDER

For the purpose of the orderly conduct of trial in this action, representatives of Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") and Defendant and Counterclaim Plaintiff Emulex Corporation ("Emulex") are permitted access the Court's loading dock and freight elevator to transport

1 approximately 40 boxes of materials (including without limitation trial exhibits and
2 deposition transcripts) beginning at or after 4:00 p.m. on Tuesday, September 20,
3 2011.
4     The vehicles allowed entry for the purpose of the deliveries described above
5 are (1) for Broadcom, 2004 white Chevrolet Express van, White, license plate no.
6 7R82982, driven by Jose Hernandez; and (2) for Emulex, 2008 blue Dodge
7 Magnum, license plate no. 6B2M559, driven by Steven Luna with Michael
8 Jackson as passenger.

10 Dated: \_\_\_September 19, 2011\_\_\_\_     _____
                                                               Hon. James V. Selna
                                                              United States District Judge

[PROPOSED] ORDER REGARDING ACCESS TO COURTROOM FOR TRIAL

ACTIVEUS 90610499v1