1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  WILMER CUTLER PICKERING
5  HALE AND DORR LLP
   60 State Street
6  Boston, MA  02109
   Telephone:  (617) 526-6000
7  Facsimile:  (617) 526-5000

8  Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
9  (Additional Counsel Listed on Signature Page)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 19 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

BROADCOM CORPORATION,

Plaintiff,

v.

EMULEX CORPORATION,

Defendant.

And Related Counterclaims

CASE Nos. SACV09-1058-JVS (ANx), SACV10-3963-JVS (ANx)

**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE THE CORRECTED JOINT EXHIBIT LIST UNDER SEAL**

Before Hon. James V. Selna

Complaint Filed: September 14, 2009
Trial Date: September 20, 2011

LODGED
2011 SEP 19 PM 3:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

ORIGINAL

BROADCOM'S APPLICATION TO FILE THE
CORRECTED JOINT EXHIBIT LIST UNDER SEAL

BY FAX

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing the parties' Corrected Joint Exhibit List. |

     PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing the parties' Corrected Joint Exhibit List.

     Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file the Joint Exhibit List under seal on the grounds that it contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including information designated by both parties, as well as third parties, as Highly Confidential. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

     For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing the parties' Corrected Joint Exhibit List.

Dated: September 19, 2011    WILMER CUTLER PICKERING
                                       HALE AND DORR LLP

By:_____
    Michael D. Jay

Attorneys for Plaintiff Broadcom Corporation