FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**BROADCOM CORPORATION,**

**Plaintiff,**

**v.**

**EMULEX CORPORATION,**

**Defendant.**

**And Related Counterclaims**

CASE No. SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx)

**[~~PROPOSED~~] ORDER ON BROADCOM CORPORATION'S APPLICATION TO FILE THE CORRECTED JOINT EXHIBIT LIST UNDER SEAL**

Complaint Filed: September 14, 2009
Trial Date: September 20, 2011

Before Hon. James V. Selna

LODGED
2011 SEP 19 PM 3:10
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

BY FAX

ORIGINAL

**[PROPOSED] ORDER**

Having considered Broadcom Corporation's Application to File the Corrected Joint Exhibit List Under Seal, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: 9.19.11

HON. JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Michael D. Jay, Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Suite 2100, Los Angeles, California 90071 without filing.

Dated: ____________________

HON. JAMES V. SELNA
United States District Judge