| | |
|---|---|
| 1 | WILLIAM F. LEE (admitted *pro hac vice*) |
|   | (william.lee@wilmerhale.com) |
| 2 | DOMINIC E. MASSA (admitted *pro hac vice*) |
|   | (dominic.massa@wilmerhale.com) |
| 3 | JOSEPH J. MUELLER (admitted *pro hac vice*) |
|   | (joseph.mueller@wilmerhale.com) |
| 4 | WILMER CUTLER PICKERING |
| 5 | HALE AND DORR LLP |
|   | 60 State Street |
| 6 | Boston, MA  02109 |
|   | Telephone:  (617) 526-6000 |
| 7 | Facsimile:   (617) 526-5000 |
| 8 | Attorneys for Plaintiff and Counterclaim Defendant |
|   | BROADCOM CORPORATION |
| 9 | (Additional Counsel Listed on Signature Page) |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 19 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION, | CASE NOS. SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | |

LODGED
2011 SEP 19 PM 3:09
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

PROOF OF SERVICE

ORIGINAL



BY FAX

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 19th day of September, 2011:

- Plaintiff Broadcom Corporation's Application to File the Corrected Joint Exhibit List Under Seal, with [Proposed] Order;

- [Proposed] Order on Broadcom Corporation's Application to File Corrected Joint Exhibit List Under Seal; and

- Corrected Joint Exhibit List.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>Broadcom-Emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

_____
Jason H. Liss

PROOF OF SERVICE

ACTIVEUS 90545457v1