1 | WILLIAM F. LEE
(admitted *pro hac vice*)
2 | (william.lee@wilmerhale.com)
DOMINIC E. MASSA
3 | (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
4 | JOSEPH J. MUELLER
(admitted *pro hac vice*)
5 | (joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
6 | (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
7 | WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
8 | Boston, MA  02109
Telephone:  (617) 526-6000
9 | Facsimile:   (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BROADCOM CORPORATION,** | CASE No.  SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
| **Plaintiff,** | **PROPOSED VERDICT FORM** |
| **v.** | Before Hon. James V. Selna |
| **EMULEX CORPORATION,** | |
| **Defendant.** | |
| **And Related Counterclaims** | |

The parties propose the following verdict form:[1]

## **VERDICT FORM**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**I.      U.S. PATENT NOS. 6,424,194 ("'194 PATENT"), 7,486,124 ("'124 PATENT"), AND 7,724,057 ("'057 PATENT")[2]**

**A.      U.S. Patent No. 6,424,194 ("'194 Patent")**

1.   Has Broadcom Corporation ("Broadcom") proven by a preponderance of the evidence that Emulex Corporation ("Emulex") has directly infringed claim 1 of the '194 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

|          |                     |
|----------|---------------------|
| BE2      | Yes _____ No _____  |
| BE3      | Yes _____ No _____  |
| QT2025   | Yes _____ No _____  |
| Zephyr   | Yes _____ No _____  |
| Lancer   | Yes _____ No _____  |
| SOC 442  | Yes _____ No _____  |

---

[1] Emulex objects to the inclusion of indirect infringement questions for any patents other than the '500 and '691 patents.

[2] Broadcom suggests that this heading read: "The '194 patent family (referred to as the "SerDes patent family" during trial)."

PROPOSED VERDICT FORM

2.    Has Broadcom proven by a preponderance of the evidence that Emulex has actively induced infringement by another of claim 1 of the '194 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2          Yes _____ No _____

BE3          Yes _____ No _____

QT2025       Yes _____ No _____

Zephyr       Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____

3.    Has Broadcom proven by a preponderance of the evidence that Emulex has contributed to infringement by another of claim 1 of the '194 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2          Yes _____ No _____

BE3          Yes _____ No _____

QT2025       Yes _____ No _____

Zephyr       Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____

4.    If you answered YES to any or all of Questions 1 – 3, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 1 of the '194 Patent was willful?

Yes _____ No _____

**PROPOSED VERDICT FORM**

5.   Has Emulex proven by clear and convincing evidence that claim 1 of the '194 Patent is invalid due to anticipation by U.S. Patent No. 6,121,793 (Pickering)?

Yes _____ No _____

6.   Has Emulex proven by clear and convincing evidence that claim 1 of the '194 Patent is invalid due to obviousness?

Yes _____ No _____

**B.      U.S. Patent No. 7,486,124 ("'124 Patent")**

7.   Has Broadcom proven by a preponderance of the evidence that Emulex has directly infringed claim 5 of the '124 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2        Yes _____ No _____

BE3        Yes _____ No _____

QT2025     Yes _____ No _____

Zephyr     Yes _____ No _____

Lancer     Yes _____ No _____

SOC 442    Yes _____ No _____

8.   Has Broadcom proven by a preponderance of the evidence that Emulex has actively induced infringement by another of claim 5 of the '124 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2        Yes _____ No _____

**PROPOSED VERDICT FORM**

|        |              |
|--------|--------------|
| BE3    | Yes _____ No _____ |
| QT2025 | Yes _____ No _____ |
| Zephyr | Yes _____ No _____ |
| Lancer | Yes _____ No _____ |
| SOC 442 | Yes _____ No _____ |

9.   Has Broadcom proven by a preponderance of the evidence that Emulex has contributed to infringement by another of claim 5 of the '124 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

|        |              |
|--------|--------------|
| BE2    | Yes _____ No _____ |
| BE3    | Yes _____ No _____ |
| QT2025 | Yes _____ No _____ |
| Zephyr | Yes _____ No _____ |
| Lancer | Yes _____ No _____ |
| SOC 442 | Yes _____ No _____ |

10.  If you answered YES to any or all of Questions 7-9, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 5 of the '124 Patent was willful?

Yes _____ No _____

11.  Has Emulex proven by clear and convincing evidence that claim 5 of the '124 Patent is invalid due to anticipation by U.S. Patent No. 6,121,793 (Pickering)?

Yes _____ No _____

**PROPOSED VERDICT FORM**

4

1

2      12.  Has Emulex proven by clear and convincing evidence that claim 5 of the

3   '124 Patent is invalid due to obviousness?

4                              Yes _____ No _____

5

6      **C.      U.S. Patent No. 7,724,057 (""057 Patent")**

7      13.  Has Broadcom proven by a preponderance of the evidence that Emulex has

8   directly infringed claim 42 of the '057 Patent?

9          Answer "Yes" or "No" as to each accused Emulex product listed below

10              BE3         Yes _____ No _____

11
              QT2025      Yes _____ No _____
12

13              Zephyr      Yes _____ No _____

14              Lancer      Yes _____ No _____

15              SOC 442    Yes _____ No _____

16

17

18     14.  Has Broadcom proven by a preponderance of the evidence that Emulex has

19   actively induced infringement by another of claim 42 of the '057 Patent?

20         Answer "Yes" or "No" as to each accused Emulex product listed below

21              BE3         Yes _____ No _____

22              QT2025      Yes _____ No _____

23
              Zephyr      Yes _____ No _____
24

25              Lancer      Yes _____ No _____

26              SOC 442    Yes _____ No _____

27

28
                                                      **PROPOSED VERDICT FORM**

15.  Has Broadcom proven by a preponderance of the evidence that Emulex has contributed to infringement by another of claim 42 of the '057 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below

BE3          Yes _____ No _____

QT2025       Yes _____ No _____

Zephyr       Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____

16.  If you answered YES to any or all of Questions 13 – 15, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 42 of the '057 Patent was willful?

Yes _____ No _____

17.  Has Emulex proven by clear and convincing evidence that claim 42 of the '057 Patent is invalid due to anticipation by U.S. Patent No. 6,121,793 (Pickering)?

Yes _____ No _____

18.  Has Emulex proven by clear and convincing evidence that claim 42 of the '057 Patent is invalid due to obviousness?

Yes _____ No _____

**PROPOSED VERDICT FORM**

**D.     '194, '124, And '057 Patents: Findings On Damages**

*If you have found that any patent claim of the '194, '124, and '057 Patents
asserted by Broadcom has been infringed and is not invalid, please answer the
following question.  Otherwise, move to the next section.*

19.  What amount has Broadcom proven by a preponderance of the evidence it
is entitled to as a reasonable royalty for infringement of the '194, '124, and '057
Patents?


$_____


**II.     U.S. PATENT NO. 7,058, 150 ("'150 PATENT")[3]**


20.  Has Broadcom proven by a preponderance of the evidence that Emulex has
directly infringed claim 8 of the '150 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2          Yes _____ No _____

BE3          Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____

21.  Has Broadcom proven by a preponderance of the evidence that Emulex has
actively induced infringement by another of claim 8 of the '150 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2          Yes _____ No _____

---

[3] Broadcom suggests that this heading read: "U.S. PATENT NO. 7,058, 150 ("'150
Patent") (referred to as the "clock recovery patent" during trial)."

7

**PROPOSED VERDICT FORM**

BE3          Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____


22.  Has Broadcom proven by a preponderance of the evidence that Emulex has

contributed to infringement by another of claim 8 of the '150 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2          Yes _____ No _____

BE3          Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____

23.  If you answered YES to any or all of Questions 20 – 22, has Broadcom

proven by clear and convincing evidence that Emulex's infringement of claim 8 of

the '150 Patent was willful?

Yes _____ No _____


24.  Has Emulex proven by clear and convincing evidence that claim 8 of the

'150 Patent is invalid due to anticipation?

Answer "Yes" or "No" as to each asserted reference:

U.S. Patent No. 6,002,279 (Evans)            Yes _____ No _____

EPO App. No. 0909035A2  (Pickering)          Yes _____ No _____

U.S. Patent No. 6,247,138 (Tamura)           Yes _____ No _____

U.S. Patent No. 6,552,619 (Shastri)          Yes _____ No _____

Chang, "Design of a CMOS
Asymmetric Serial Link" (Chang II)           Yes _____ No _____

**PROPOSED VERDICT FORM**

1

2      25.  Has Emulex proven by clear and convincing evidence that claim 8 of the

3  '150 Patent is invalid due to obviousness?

4                              Yes _____ No _____

5

6  *If you have found that any patent claim of the '150 Patent asserted by Broadcom*

7  *has been infringed and is not invalid, please answer the following question.*

8  *Otherwise, move to the next section.*

9      26.  What amount has Broadcom proven by a preponderance of the evidence it

10  is entitled to as a reasonable royalty for infringement of the '150 Patent?

11

12                              $_____

13

14

15  **III.   U.S. PATENT NOS. 7,450, 500 ("'500 PATENT") AND 7,471,691 ("'691**

16  **PATENT")[4]**

17

18       **A.    U.S. Patent No. 7,450, 500 ("'500 Patent")**

19

20      27.  Has Broadcom proven by a preponderance of the evidence that Emulex has

21  literally directly infringed claim 3 of the '500 Patent?

22       Answer "Yes" or "No" as to each accused Emulex product listed below:

23              SOC 320    Yes _____ No _____

24              SOC 422    Yes _____ No _____

25

26  _____

27  [4] Broadcom suggests that this heading read: "U.S. Patent Nos. 7,450, 500 ("'500
   Patent") and 7,471,691 ("'691 Patent") (referred to as the "fibre channel
28  patents" during trial)."

                                                          **PROPOSED VERDICT FORM**

SOC 442     Yes _____ No _____

SOC 804     Yes _____ No _____

Model 850   Yes _____ No _____

Model 870   Yes _____ No _____

Sequoia     Yes _____ No _____


28.  Has Broadcom proven by a preponderance of the evidence that Emulex has directly infringed claim 3 of the '500 Patent under the Doctrine of Equivalents?

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320     Yes _____ No _____

SOC 422     Yes _____ No _____

SOC 442     Yes _____ No _____

SOC 804     Yes _____ No _____

Model 850   Yes _____ No _____

Model 870   Yes _____ No _____

Sequoia     Yes _____ No _____


29.  Has Broadcom proven by a preponderance of the evidence that Emulex has actively induced infringement by another - either literal or under the Doctrine of Equivalents - of claim 3 of the '500 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320     Yes _____ No _____

SOC 422     Yes _____ No _____

**PROPOSED VERDICT FORM**

SOC 442      Yes _____ No _____

SOC 804      Yes _____ No _____

Model 850    Yes _____ No _____

Model 870    Yes _____ No _____

Sequoia      Yes _____ No _____


30.  Has Broadcom proven by a preponderance of the evidence that Emulex has contributed to infringement by another - either literal or under the Doctrine of Equivalents - of claim 3 of the '500 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320      Yes _____ No _____

SOC 422      Yes _____ No _____

SOC 442      Yes _____ No _____

SOC 804      Yes _____ No _____

Model 850    Yes _____ No _____

Model 870    Yes _____ No _____

Sequoia      Yes _____ No _____


31.  If you answered YES to any or all of Questions 27 – 30, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 3 of the '500 Patent was willful?

Yes _____ No _____

**PROPOSED VERDICT FORM**

**B.**    **U.S. Patent No. 7,471,691 ("'691 Patent")**

32.  Has Broadcom proven by a preponderance of the evidence that Emulex has literally directly infringed claim 7 of the '691 Patent?

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320      Yes _____ No _____

SOC 422      Yes _____ No _____

SOC 442      Yes _____ No _____

Sequoia      Yes _____ No _____

33.  Has Broadcom proven by a preponderance of the evidence that Emulex has directly infringed claim 7 of the '691 Patent under the Doctrine of Equivalents?

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320      Yes _____ No _____

SOC 422      Yes _____ No _____

SOC 442      Yes _____ No _____

Sequoia      Yes _____ No _____

34.  Has Broadcom proven by a preponderance of the evidence that Emulex has actively induced infringement by another - either literal or under the Doctrine of Equivalents - of claim 7 of the '691 Patent?

Yes _____ No _____

**PROPOSED VERDICT FORM**

1    35.  Has Broadcom proven by a preponderance of the evidence that Emulex has

2    contributed to infringement by another - either literal or under the Doctrine of

3    Equivalents - of claim 7 of the '691 Patent?

4                          Yes _____ No _____

5

6    36.  If you answered YES to any or all of Questions 32 – 35, has Broadcom

7    proven by clear and convincing evidence that Emulex's infringement of claim 7 of

8    the '691 Patent was willful?

9                          Yes _____ No _____

10

11   **C.     '500 And '691 Patents: Findings On Damages**

12   *If you have found that any patent claim of the '500 or '691 Patents asserted by*

13   *Broadcom has been infringed and is not invalid, please answer the following*

14   *question.*

15   37.  What amount has Broadcom proven by a preponderance of the evidence it

16   is entitled to as a reasonable royalty for infringement of the '500 and '691 Patents?

17

18                          $_____

19

20

21   *You have now reached the end of the verdict form and should review it to ensure it*

22   *accurately reflects your unanimous determinations.  The Presiding Juror should*

23   *then sign and date the verdict form in the spaces below and notify the marshal that*

24   *you have reached a verdict.  The Presiding Juror should retain possession of the*

25   *verdict form and bring it when the jury is brought back into the courtroom.*

26

27            DATED:_____, 2011

28

**PROPOSED VERDICT FORM**

13

1

2          By:_____ Presiding Juror

3          The parties reserve the right to amend and supplement this proposed verdict

4    form.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                        **PROPOSED VERDICT FORM**

ACTIVEUS 90603275v1