Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S NOTICE OF LODGING OF TRANSCRIPT OF DEPOSITION OF HENRY SAMUELI** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to the Court's Pretrial Order of September 14, 2011, Defendant Emulex Corporation hereby lodges the transcript of the March 8, 2010 deposition of Henry Samueli.

| | | |
|---|---|---|
| 1 | Dated: September 21, 2011 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ David M. Barkan* |
| | | David M. Barkan |
| 4 | | |
| 5 | | Attorneys for Defendant and Counterclaimant |
| 6 | | EMULEX CORPORATION |

7  *Additional Counsel*

8  David M. Barkan (SBN 160825)
   *barkan@fr.com*
9  Jonathan J. Lamberson (SBN 239107)
   *lamberson@fr.com*
10 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
11 Redwood City, California 94063-1526
   Telephone: (650) 839-5070
12 Facsimile: (650) 839-5071

13 Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
14 FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
15 Washington, DC 20005
   Telephone: (202) 783-5070
16 Facsimile: (202) 783-2331

17 Thomas H. Reger II (*pro hac vice*)
   *reger@fr.com*
18 FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
19 Dallas, Texas 75201
   Telephone: (214) 747-5070
20 Facsimile: (214) 747-2091

21 Wasif H. Qureshi (*pro hac vice*)
   *qureshi@fr.com*
22 FISH & RICHARDSON P.C
   One Houston Center
23 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
24 Telephone: (713) 654-5300
   Facsimile: (713) 652-0109

25

26 50787671.doc

27

28

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 21, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

            By: */s/ David M. Barkan*
               David M. Barkan

50805142.doc