# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS | Date | September 27, 2011 |
| Title: | Broadcom Corp. V. Emulex Corp., et al. | | |

Present: The Honorable    JAMES V. SELNA

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Lee / Dominic Massa | Juanita Brooks / David Barkan |
| Andrea Weiss Jeffries / Joseph Mueller | Thomas Reger / Mike Shonberg |

Day Court Trial          5th          Day Jury Trial

____ One day trial:   ____ Begun (1ˢᵗ day);   **X   Held & Continued;**   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by _____

**X   Witnesses called, sworn and testified.   X   Exhibits Identified   X   Exhibits admitted.**

____ Plaintiff(s) rest.          ____ Defendant(s) rest.

____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.

____ Bailiff(s) sworn.          ____ Jury retires to deliberate.          ____ Jury resumes deliberations.

____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.

____ Jury polled.          ____ Polling waived.

____ Filed Witness & Exhibit Lists          ____ Filed jury notes.          ____ Filed jury instructions.

____ Judgment by Court for _____   ____ plaintiff(s)   ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).

____ Case submitted.          ____ Briefs to be filed by _____

____ Motion to dismiss by _____   ____ is   ____ granted.   ____ denied.   ____ submitted.

____ Motion for mistrial by _____   ____ is   ____ granted.   ____ denied.   ____ submitted.

____ Motion for Judgment/Directed Verdict by _____   ____ is   ____ granted.   ____ denied.   ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

**X   Case continued      September 28, 2011 at 8:00 a.m.          for further trial/further jury deliberation.**

X   Other:    The Court and counsel confer re exhibits and evidentiary issues..

                                                                6   :   20

Initials of Deputy Clerk    kjt

cc: