1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  WILMER CUTLER PICKERING
5  HALE AND DORR LLP
   60 State Street
6  Boston, MA  02109
   Telephone:  (617) 526-6000
7  Facsimile:  (617) 526-5000

8  Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
9  (Additional Counsel Listed on Signature Page)



FILED
CLERK, U.S. DISTRICT COURT
SEP 2 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE Nos. SACV09-1058-JVS (ANx),<br>SACV10-3963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE UNDER SEAL ITS SUPPLEMENTAL BENCH MEMORANDUM REGARDING TESTIMONY OF MCCLUNEY ON SUPPLIER PATENTS AND RELATED MATERIALS**<br><br>Before Hon. James V. Selna<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011 |

LODGED

2011 SEP 26  PM 2:06
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

BY FAX       ORIGINAL

BROADCOM'S APP. TO FILE UNDER SEAL ITS
SUPP. BENCH MEMO. RE: TESTIMONY OF
MCCLUNEY ON SUPPLIER PATENTS

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing its Supplemental Bench Memorandum Regarding Testimony of McCluney on Supplier Patents, and Exhibit A thereto.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file under seal its Supplemental Bench Memorandum Regarding Testimony of McCluney on Supplier Patents on the grounds that it contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including information designated by Emulex as Highly Confidential. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing its Supplemental Bench Memorandum Regarding Testimony of McCluney on Supplier Patents, and Exhibit A thereto.

Dated: September 26, 2011

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Michael D. Jay   9/26/11
Michael D. Jay

Attorneys for Plaintiff Broadcom Corporation