# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

BROADCOM CORPORATION,

Plaintiff,

v.

EMULEX CORPORATION,

Defendant.

And Related Counterclaims

CASE No.  SACV09-01058 JVS (ANx);
SACV10-03963-JVS (ANx)

[PROPOSED] ORDER ON
BROADCOM CORPORATION'S
APPLICATION TO FILE UNDER
SEAL ITS SUPPLEMENTAL
BENCH MEMORANDUM
REGARDING TESTIMONY OF
MCCLUNEY ON SUPPLIER
PATENTS

Complaint Filed: September 14, 2009
Trial Date: September 20, 2011

Before Hon. James V. Selna

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

LODGED

2011 SEP 26  PM 2: 05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

BY FAX                    ORIGINAL

# [PROPOSED] ORDER

1    Having considered Broadcom Corporation's Application to File Under Seal

2    its Supplemental Bench Memorandum Regarding Testimony of McCluney on

3    Supplier Patents, and good cause having been shown, the application is hereby

4    GRANTED.

5                          APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN __7__ DAYS
                                                                                  JVS

6         IT IS SO ORDERED.

7

8    Dated: _____9.27.11_____        _____

9                                        HON. JAMES V. SELNA
                                         United States District Judge
10

11        IF DENIED:

12        The underlying documents and the sealing application shall be returned to

13   Michael D. Jay, Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand

14   Avenue, Suite 2100, Los Angeles, California 90071 without filing.

15

16   Dated: _____       _____

17                                        HON. JAMES V. SELNA
                                         United States District Judge
18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER