WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE NOS.  SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx)<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

ORIGINAL BY FAX

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Michael D. Jay, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 26th day of September, 2011:

- Plaintiff Broadcom Corporation's Application to File Under Seal its Supplemental Bench Memorandum Regarding Testimony of McCluney on Supplier Patents;

- [Proposed] Order on Broadcom's Application to File Under Seal its Supplemental Bench Memorandum Regarding Tstimony of McCluney on Supplier Patents; and

- Broadcom's Supplemental Bench Memorandum Regarding Testimony of McCluney on Supplier Patents, and Exhibit A thereto.

**For Emulex Corporation:**

smg@jmbm.com
Broadcom-Emulex@fr.com
BroadcomEmulexService@tklaw.com
(email addresses for service on Emulex per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

*Michael D. Jay* 9/26/11
Michael D. Jay