# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS | Date | September 28, 2011 |
| Title: | Broadcom Corp. V. Emulex Corp., et al. | | |

Present: The Honorable  JAMES V. SELNA

| Karla J. Tunis | Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Lee / Dominic Massa | Juanita Brooks / David Barkan |
| Andrea Weiss Jeffries / Joseph Mueller | Thomas Reger / Mike Shonberg |

___ Day Court Trial     6th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X  Held & Continued;**   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    Briefs to be filed by _____
___ Motion to dismiss by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for mistrial by _____ is ___ granted. ___ denied. ___ submitted.
___ Motion for Judgment/Directed Verdict by _____ is ___ granted. ___ denied. ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued   September 29, 2011 at 8:00 a.m.   for further trial/further jury deliberation.
**X** Other:   The Court and counsel confer re exhibits and evidentiary issues..

5 : 45

Initials of Deputy Clerk   kjt

cc: