UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS |
| Date | September 29, 2011 |
| Title: | Broadcom Corp. V. Emulex Corp., et al. |

Present: The Honorable  JAMES V. SELNA

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Lee / Dominic Massa<br>Andrea Weiss Jeffries / Joseph Mueller | Juanita Brooks / David Barkan<br>Thomas Reger / Mike Shonberg |

___ Day Court Trial     7th Day Jury Trial

___ One day trial:   ___ Begun (1st day);   **X** **Held & Continued;**   ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by
**X** **Witnesses called, sworn and testified.**   **X** **Exhibits Identified**   **X** **Exhibits admitted.**
___ Plaintiff(s) rest.     ___ Defendant(s) rest.
___ Closing arguments made by   ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
___ Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
___ Jury Verdict in favor of   ___ plaintiff(s)   ___ defendant(s) is read and filed.
___ Jury polled.   ___ Polling waived.
___ Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by
___ Motion to dismiss by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Motion for Judgment/Directed Verdict by   ___ is   ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
**X** **Case continued**   September 30, 2011 at 8:00 a.m.   for further trial/further jury deliberation.
**X** Other:   The Court and counsel confer re exhibits and evidentiary issues..

5 : 30

Initials of Deputy Clerk   kjt

cc: