# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS |
| Title: | Broadcom Corp. V. Emulex Corp., et al. |
| Date | September 30, 2011 |

Present: The Honorable **JAMES V. SELNA**

| Karla J. Tunis | Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Lee / Dominic Massa | Juanita Brooks / David Barkan |
| Andrea Weiss Jeffries / Joseph Mueller | Thomas Reger / Mike Shonberg |

____ Day Court Trial      8th Day Jury Trial

____ One day trial:   ____ Begun (1ˢᵗ day);   **X Held & Continued;**   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by ____
**X** Witnesses called, sworn and testified.   **X** Exhibits Identified   **X** Exhibits admitted.
____ Plaintiff(s) rest.        ____ Defendant(s) rest.
____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for ____   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by ____
____ Motion to dismiss by ____   is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by ____   is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by ____   is   ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued   October 4, 2011 at 8:00 a.m.   for further trial/further jury deliberation.
**X** Other:   The Court and counsel confer re exhibits and evidentiary issues..

                                                                                    5 : 45

Initials of Deputy Clerk   kjt

cc: