WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EMULEX CORPORATION,**<br><br>**Defendant.**<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011<br><br>Before:          Hon. James V. Selna |

1    Pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, Broadcom

2  Corporation ("Broadcom") submits this Motion For Judgment As A Matter of Law

3  ("JMOL") against Emulex Corporation ("Emulex") on all issues tried in this case,

4  including:

5       1.    Emulex infringes claim 1 of U.S. Patent No. 6,424,194 ("'194
6             Patent"), claim 5 of U.S. Patent No. 7,486,124 ("'124 Patent"), claim
7             42 of U.S. Patent No. 7,724,057 ("'057 Patent"), claim 8 of U.S.
              Patent No. 7,058,150 ("'150 Patent") literally, and infringes claim 3 of
8             U.S. Patent No. 7,450, 500 ("'500 Patent") and claim 7 of U.S. Patent
9             No. 7,471,691 ("'691 Patent") (collectively, hereinafter "asserted
              claims") both literally and under the doctrine of equivalents.
10
11      2.    Emulex actively induces infringement of the asserted claims of the
              '194, '124, '057, '150, '500, and '691 patents, in violation 35 U.S.C. §
12            271(b).

13
        3.    Emulex contributes to infringement of the asserted claims of the '194,
14            '124, '057, '150, '500, and '691 patents, in violation of 35 U.S.C. §
15            271(c).

16      4.    Emulex's infringement of the asserted claims of the '194, '124, '057,
17            '150, '500, and '691 patents has been willful.

18      5.    The asserted claims of the '194, '124, '057, and '150 are not obvious.

19
20      Memoranda in support of this Motion and a Proposed Order are submitted

21  herewith.

22

23  Dated: October 4, 2011              WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
24

25                                      By:   /s/ Jason H. Liss
                                              Jason H. Liss
26

27                                      Attorneys for Plaintiff
                                        BROADCOM CORPORATION
28

1

BROADCOM CORPORATION'S
MOTION FOR JUDGMENT
AS A MATTER OF LAW

*Broadcom Corporation v. Emulex Corporation,*
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Broadcom's Motion for Judgment as a Matter of Law* was served upon the following parties as indicated below on this 4th day of October, 2011.

### For Emulex Corporation:

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| broadcom-emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| broadcomemulexservice@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

**PLAINTIFF BROADCOM CORPORATION'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW**

ACTIVEUS 90782732v1