1  WILLIAM F. LEE
   (admitted *pro hac vice*)
2  (william.lee@wilmerhale.com)
   DOMINIC E. MASSA
3  (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
4  JOSEPH J. MUELLER
   (admitted *pro hac vice*)
5  (joseph.mueller@wilmerhale.com)
6  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
7  Boston, MA  02109
   Telephone:  (617) 526-6000
8  Facsimile:  (617) 526-5000

9  Attorneys for Plaintiff
   BROADCOM CORPORATION
10

11              **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT OF CALIFORNIA**

13

14  **BROADCOM CORPORATION,**          CASE No.  SACV09-1058 JVS (ANx)
                                        consolidated SACV 10-03963-JVS (ANx)
15              **Plaintiff,**
                                        **BROADCOM'S PROPOSED**
16         **v.**                       **VERDICT FORM**

17                                      Before Hon. James V. Selna
    **EMULEX CORPORATION,**
18
19              **Defendant.**
20  **And Related Counterclaims**

21

22

23

24

25

26

27

28

1          Broadcom proposes the following verdict form.  After conferring with

2 Emulex, the parties remain in dispute concerning the form of the obviousness

3 special verdict questions (Nos. 7-9 and 13-15).

4          The remaining disputes are:

5          1. With respect to the '194 Patent family, whether Emulex may elide the

6 differences between Dr. Wooley and Dr. Nikolic concerning the level of ordinary

7 skill in the art.

8          2. Whether the jury should be asked to decide whether the asserted

9 references are within the "scope and content of the prior art," even though there is

10 no dispute on that question.

11          3. Whether the jury should be forced to produce a one-line answer

12 articulating the differences between the prior art and the claimed invention, even

13 though Emulex carries the burden of proof on obviousness by clear and convincing

14 evidence to show the absence of a patentable difference.

15          4. Whether the jury should answer special interrogatories about objective

16 factors of obviousness or non-obviousness that were not supported by the evidence

17 at trial.

18          5. The appropriate form of the ultimate question (Nos. 9 and 15) on whether

19 obviousness has been proven by Emulex.

20          6. Whether the jury should be asked to answer a special interrogatory on

21 obviousness as to Claim 42 of the '057 Patent, notwithstanding Emulex's

22 conspicuous failure of proof on that issue, as explained in further detail in

23 Broadcom's motion for JMOL.

24

25

26

27

28

**BROADCOM'S PROPOSED VERDICT FORM**

# VERDICT FORM

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**I.    U.S. PATENT NOS. 6,424,194 ("'194 PATENT"), 7,486,124 ("'124 PATENT"), AND 7,724,057 ("'057 PATENT")**

**A.    U.S. Patent No. 6,424,194 ("'194 Patent")**

1.    Has Broadcom Corporation ("Broadcom") proven by a preponderance of the evidence that Emulex Corporation ("Emulex") has directly infringed claim 1 of the '194 Patent?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2        Yes _____ No _____

BE3        Yes _____ No _____

QT2025     Yes _____ No _____

Zephyr     Yes _____ No _____

Lancer     Yes _____ No _____

SOC 442    Yes _____ No _____

2.    If you answered YES to Question 1, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 1 of the '194 Patent was willful?

1

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*

2   *Emulex.*

3

Yes _____ No _____

4

5

   **B.    U.S. Patent No. 7,486,124 ("'124 Patent")**

6

   3.    Has Broadcom proven by a preponderance of the evidence that Emulex has

7

directly infringed claim 5 of the '124 Patent?

8

9  *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*
   *Emulex.*

10

11      Answer "Yes" or "No" as to each accused Emulex product listed below:

12          BE2        Yes _____ No _____

13
            BE3        Yes _____ No _____
14

15          QT2025     Yes _____ No _____

16          Zephyr     Yes _____ No _____

17          Lancer     Yes _____ No _____

18          SOC 442    Yes _____ No _____

19

20

21

   4.    If you answered YES to Question 3, has Broadcom proven by clear and
22

convincing evidence that Emulex's infringement of claim 5 of the '124 Patent was
23

willful?
24

25 *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*
   *Emulex.*
26

27                       Yes _____ No _____

28
                                    **BROADCOM'S PROPOSED VERDICT FORM**
                                    2

1

2        **C.     U.S. Patent No. 7,724,057 ("'057 Patent")**

3        5.   Has Broadcom proven by a preponderance of the evidence that Emulex has

4    directly infringed claim 42 of the '057 Patent?

5    *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*

6    *Emulex.*

7

8        Answer "Yes" or "No" as to each accused Emulex product listed below

9            BE3        Yes _____ No _____

10           QT2025     Yes _____ No _____

11           Zephyr     Yes _____ No _____

12

13           Lancer     Yes _____ No _____

14

15

16       6.   If you answered YES to Question 5, has Broadcom proven by clear and

17   convincing evidence that Emulex's infringement of claim 42 of the '057 Patent

18   was willful?

19   *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*

20   *Emulex.*

21

22                    Yes _____ No _____

23

24       **D.     '194 and '124 Patents: Findings On Obviousness**

25

26   *With regard to Emulex's contentions that Claim 1 of the '194 Patent, Claim 5 of*

27   *the '124 Patent, and Claim 42 of the '057 Patent were obvious, please answer the*

     *following questions:*

28

**BROADCOM'S PROPOSED VERDICT FORM**
3

7.   What was the level of ordinary skill in the field that someone would have had at the time the claimed invention was made? (check the applicable answer)

___   At least an advanced degree (M.S. or Ph. D) in Electrical Engineering or a related discipline, with approximately 4 years of experience in the design of physical layer circuits. (*Dr. Nikolic's proposal*)

___   A bachelor's degree in electrical engineering with several years of industry experience, or a master's degree in electrical engineering. (*Dr. Wooley's proposal*)

___   An electrical engineer with at least a master's degree in electrical engineering and several years of post-graduate experience with complementary metal-oxide-semiconductor (CMOS) integrated circuit design, or the equivalent. (*Broadcom's proposal*)

8.   Which of the following factors has been established by the evidence with respect to the claimed invention?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Yes _____ No _____      commercial success of a product due to the merits of the claimed invention

Yes _____ No _____      a long-felt, but unsolved, need for the solution provided by the claimed invention

Yes _____ No _____      unexpected and superior results from the claimed invention

Yes _____ No _____      acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention

*An answer of "Yes" to the following two considerations is a finding for Emulex.  An answer of "No" is a finding for Broadcom.*

**BROADCOM'S PROPOSED VERDICT FORM**

4

Yes _____ No _____        independent invention of the claimed invention by others before or at about the same time as the named inventor thought of it

9.    After consideration of the differences, if any, that existed between the claimed invention and the prior art at the time of the claimed invention, as well as the answers to Questions 7 and 8 above regarding the level of ordinary skill and the existence of any factors tending to show nonobviousness or obviousness, do you find that Emulex has proven by clear and convincing evidence that any of the asserted Claims of the '194, '124, and '057 patents would have been obvious to a person of ordinary skill in the field at the time the patent application was filed?

*An answer of "Yes" is a finding for Emulex.  An answer of "No" is a finding for Broadcom.*

'194 Patent Claim 1            Yes _____ No _____

'124 Patent Claim 5            Yes _____ No _____

**E.    '194, '124, And '057 Patents: Findings On Damages**

*If you have found that any patent claim of the '194, '124, and '057 Patents asserted by Broadcom has been infringed and is not invalid, please answer the following question.  Otherwise, move to the next section.*

10.  What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '194, '124, and '057 Patents?

$_____

**II.    U.S. PATENT NO. 7,058, 150 ("'150 PATENT")**

**BROADCOM'S PROPOSED VERDICT FORM**

5

1    11.  Has Broadcom proven by a preponderance of the evidence that Emulex has

2    directly infringed claim 8 of the '150 Patent?

3    *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*

4    *Emulex.*

5

6        Answer "Yes" or "No" as to each accused Emulex product listed below:

7            BE2        Yes _____ No _____

8            BE3        Yes _____ No _____

9            Lancer     Yes _____ No _____

10           SOC 442    Yes _____ No _____

11

12    12.  If you answered YES to Question 11, has Broadcom proven by clear and

13    convincing evidence that Emulex's infringement of claim 8 of the '150 Patent was

14    willful?

15    *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*

16    *Emulex.*

17                    Yes _____ No _____

18

19        **A.     The '150 Patent: Findings On Obviousness**

20    *With regard to Emulex's contention that Claim 8 of the '150 Patent, was obvious,*

21    *please answer the following questions:*

22    13.  What was the level of ordinary skill in the field that someone would have

23    had at the time the claimed invention was made? (check the applicable answer)

24

25        ___  At least an advanced degree (M.S. or Ph.D.) in Electrical Engineering
26        or a related discipline, with approximately 4 years of experience in the
27        design of physical layer circuits.  (*Emulex's definition*)

28
                                    **BROADCOM'S PROPOSED VERDICT FORM**

___ An electrical engineer with at least a bachelor's degree in electrical
engineering and several years of post-graduate experience with CDR
circuits, implemented in complementary metal-oxide-semiconductor
(CMOS) integrated circuit devices, or the equivalent.  (*Broadcom's
definition*)

14.  Which of the following factors has been established by the evidence with
respect to the claimed invention?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for
Emulex.*

Yes _____ No _____        commercial success of a product due to the merits
of the claimed invention

Yes _____ No _____        a long-felt, but unsolved, need for the solution
provided by the claimed invention

*An answer of "Yes" to the following two considerations is a finding for Emulex.
An answer of "No" is a finding for Broadcom.*

Yes _____ No _____        independent invention of the claimed invention by
others before or at about the same time as the
named inventor thought of it

15.  After consideration of the differences, if any, that existed between the
claimed invention and the prior art at the time of the claimed invention, as well as
the answers to Questions 13 and 14 above regarding the level of ordinary skill and
the existence of any factors tending to show nonobviousness or obviousness, do
you find that Emulex has proven by clear and convincing evidence that Claim 8 of
the '150 patent would have been obvious to a person of ordinary skill in the field at
the time the patent application was filed?

**BROADCOM'S PROPOSED VERDICT FORM**

*An answer of "Yes" is a finding for Emulex.  An answer of "No" is a finding for
Broadcom.*

Yes _____ No _____

### B.   The '150 Patent: Findings On Damages

*If you have found that claim 8 of the '150 Patent has been infringed and is not*

*invalid, please answer the following question. Otherwise, move to the next section.*

16.  What amount has Broadcom proven by a preponderance of the evidence it

is entitled to as a reasonable royalty for infringement of the '150 Patent?

$_____

### III.   U.S. PATENT NOS. 7,450, 500 ("'500 PATENT") AND 7,471,691 ("'691 PATENT")

### A.   U.S. Patent No. 7,450, 500 ("'500 Patent")

17.  Has Broadcom proven by a preponderance of the evidence that Emulex has

literally infringed claim 3 of the '500 Patent?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for
Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320    Yes _____ No _____

SOC 422    Yes _____ No _____

SOC 442    Yes _____ No _____

Sequoia      Yes _____ No _____

SOC 804     Yes _____ No _____

Model 850  Yes _____ No _____

Model 870  Yes _____ No _____

18.  Has Broadcom proven by a preponderance of the evidence that Emulex has infringed claim 3 of the '500 Patent under the Doctrine of Equivalents?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320     Yes _____ No _____

SOC 422     Yes _____ No _____

SOC 442     Yes _____ No _____

Sequoia      Yes _____ No _____

SOC 804     Yes _____ No _____

Model 850  Yes _____ No _____

Model 870  Yes _____ No _____

19.  If you answered YES to any or all of Questions 17 – 18, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 3 of the '500 Patent was willful?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

**BROADCOM'S PROPOSED VERDICT FORM**

9

Yes _____ No _____

**B.     U.S. Patent No. 7,471,691 ("'691 Patent")**

20.  Has Broadcom proven by a preponderance of the evidence that Emulex has literally infringed claim 7 of the '691 Patent?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320     Yes _____ No _____

SOC 422     Yes _____ No _____

SOC 442     Yes _____ No _____

Sequoia     Yes _____ No _____

21.  Has Broadcom proven by a preponderance of the evidence that Emulex has infringed claim 7 of the '691 Patent under the Doctrine of Equivalents?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320     Yes _____ No _____

SOC 422     Yes _____ No _____

SOC 442     Yes _____ No _____

Sequoia     Yes _____ No _____

**BROADCOM'S PROPOSED VERDICT FORM**

10

22. If you answered YES to any or all of Questions 20 – 21, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 7 of the '691 Patent was willful?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Yes _____ No _____


**C.    '500 And '691 Patents: Findings On Damages**

*If you have found that any patent claim of the '500 or '691 Patents asserted by Broadcom has been infringed and is not invalid, please answer the following question.*

23. What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '500 and '691 Patents?


$_____


*You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.*


DATED:_____, 2011


By:_____ Presiding Juror


**BROADCOM'S PROPOSED VERDICT FORM**

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

   I, Jason H. Liss, hereby certify that a copy of the foregoing *Broadcom's*

*Proposed Verdict Form* was served upon the following parties as indicated below

on this 5th day of October, 2011.

**For Emulex Corporation:**

smg@jmbm.com
broadcom-emulex@fr.com
broadcomemulexservice@tklaw.com
(email addresses for service on Emulex
per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

   I certify under penalty of perjury that the foregoing is true and correct.


                              /s/ Jason H. Liss
                              Jason H. Liss

**BROADCOM'S PROPOSED VERDICT FORM**

12