1   Juanita R. Brooks (SBN 75934)
    *brooks@fr.com*
2   FISH & RICHARDSON P.C.
    12390 El Camino Real
3   San Diego, CA 92130
    Telephone: (858) 678-5070
4   Facsimile: (858) 678-5099

5   (Additional counsel listed on signature page)

6   Attorneys for Defendant and Counterclaimant
    EMULEX CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  **BROADCOM CORPORATION,** | CASE No.  SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
| 12            **Plaintiff,** | **PROPOSED VERDICT FORM** |
| 13        **v.** | Before Hon. James V. Selna |
| 14  **EMULEX CORPORATION,** | |
| 15 | |
| 16            **Defendant.** | |
| 17  **And Related Counterclaims** | |

18

19

20

21

22

23

24

25

26

27

28

Emulex proposes the following verdict form:

## **VERDICT FORM**

We, the jury, unanimously agree to the answers to the following questions
and return them under the instructions of this court as our verdict in this case.

## I.     U.S. PATENT NOS. 6,424,194 ("'194 PATENT"), 7,486,124 ("'124 PATENT"), AND 7,724,057 ("'057 PATENT")

### A.     U.S. Patent No. 6,424,194 ("'194 Patent")

1.   Has Broadcom Corporation ("Broadcom") proven by a preponderance of
the evidence that Emulex Corporation ("Emulex") has directly infringed claim 1 of
the '194 Patent?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for
Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2          Yes _____ No _____

BE3          Yes _____ No _____

QT2025       Yes _____ No _____

Zephyr       Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____

**PROPOSED VERDICT FORM**

1      2.   If you answered YES to Question 1, has Broadcom proven by clear and

2   convincing evidence that Emulex's infringement of claim 1 of the '194 Patent was

3   willful?

4   *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*

5   *Emulex.*

6

7                  Yes _____ No _____

8      **B.   U.S. Patent No. 7,486,124 ("'124 Patent")**

9      3.   Has Broadcom proven by a preponderance of the evidence that Emulex has

10  directly infringed claim 5 of the '124 Patent?

11

12  *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*

13  *Emulex.*

14      Answer "Yes" or "No" as to each accused Emulex product listed below:

15          BE2       Yes _____ No _____

16          BE3       Yes _____ No _____

17

18          QT2025   Yes _____ No _____

19          Zephyr    Yes _____ No _____

20          Lancer    Yes _____ No _____

21          SOC 442  Yes _____ No _____

22

23     4.   If you answered YES to Question 3, has Broadcom proven by clear and

24  convincing evidence that Emulex's infringement of claim 5 of the '124 Patent was

25  willful?

26

27

28

                                                               **PROPOSED VERDICT FORM**

1  *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*
2  *Emulex.*

3                          Yes _____ No _____

4

5        **C.      U.S. Patent No. 7,724,057 ("'057 Patent")**

6      5.    Has Broadcom proven by a preponderance of the evidence that Emulex has

7  directly infringed claim 42 of the '057 Patent?

8  *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*
9  *Emulex.*

10

11        Answer "Yes" or "No" as to each accused Emulex product listed below

12              BE3          Yes _____ No _____

13              QT2025       Yes _____ No _____

14              Zephyr       Yes _____ No _____

15              Lancer       Yes _____ No _____

16

17

18      6.    If you answered YES to Questions 5, has Broadcom proven by clear and

19  convincing evidence that Emulex's infringement of claim 42 of the '057 Patent

20  was willful?

21  *An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for*
22  *Emulex.*

23                          Yes _____ No _____

24

25

26

27

28

                                                    **PROPOSED VERDICT FORM**

                                    3

**D.     '194, '124, And '057 Patents: Findings On Obviousness**

*With regard to Emulex's contentions that Claim 1 of the '194 Patent, Claim 5 of the '124 Patent, and Claim 42 of the '057 Patent were obvious, please answer the following questions:*

7.    What was the level of ordinary skill in the field that someone would have had at the time the claimed invention was made? (check the applicable answer)

_____ A person of ordinary skill in the relevant art would generally have had a bachelor's degree in electrical engineering with several years of industry experience, or a master's degree in electrical engineering (*Emulex's definition*).

_____ A person of ordinary skill in the relevant art would generally have been an electrical engineer with at least a master's degree in electrical engineering and several years of post-graduate experience in complementary metal-oxide-semiconductor (CMOS) integrated circuit design, or the equivalents (*Broadcom's definition*).

8.    Were the references below within the scope and content of the prior art at the time of the claimed invention?

*An answer of "Yes" is a finding for Emulex.  An answer of "No" is a finding for Broadcom.*

U.S. Patent No. 6,121,793 ("Pickering") JX272      Yes _____ No _____

U.S. Patent No. 6,008,670 ("Pace") JX273      Yes _____ No _____

9.    What difference, if any, existed between the claimed invention and the prior art at the time of the claimed invention?  If there were no differences, then write "none," otherwise identify the differences.

_____

**PROPOSED VERDICT FORM**

4

10.  Which of the following factors has been established by the evidence with respect to the claimed invention?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Yes _____ No _____          commercial success of a product due to the merits of the claimed invention

Yes _____ No _____          a long-felt, but unsolved, need for the solution provided by the claimed invention

Yes _____ No _____          unsuccessful attempts by others to find the solution that is provided by the claimed invention

Yes _____ No _____          copying of the claimed invention by others

Yes _____ No _____          unexpected and superior results from the claimed invention

Yes _____ No _____          acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention

Yes _____ No _____          other evidence tending to show non-obviousness (describe below)

_____

_____

*An answer of "Yes" to the following two considerations is a finding for Emulex.  An answer of "No" is a finding for Broadcom.*

Yes _____ No _____          independent invention of the claimed invention by others before or at about the same time as the named inventor thought of it

Yes _____ No _____          other evidence tending to show obviousness (describe below)

**PROPOSED VERDICT FORM**

5

1   _____

2   _____

3

4

5   11.  After consideration of the answers to the preliminary questions above, do you find that Emulex has proven that it is highly probable that the following claims would have been obvious to a person of ordinary skill in the field at the time the patent application was filed?

6

7

8

9   *An answer of "Yes" is a finding for Emulex.  An answer of "No" is a finding for Broadcom.*

10

11        '194 Patent Claim 1        Yes _____  No _____

12        '124 Patent Claim 5        Yes _____  No _____

13        '057 Patent Claim 42       Yes _____  No _____

14

15

16   **E.     '194, '124, And '057 Patents: Findings On Damages**

17   *If you have found that any patent claim of the '194, '124, and '057 Patents asserted by Broadcom has been infringed and is not invalid, please answer the following question.  Otherwise, move to the next section.*

18

19

20   12.  What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '194, '124, and '057 Patents?

21

22

23

24        $_____

25

26

27

28

                                                    **PROPOSED VERDICT FORM**

**II.     U.S. PATENT NO. 7,058, 150 ("'150 PATENT")**

   13.  Has Broadcom proven by a preponderance of the evidence that Emulex has
directly infringed claim 8 of the '150 Patent?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for
Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

BE2          Yes _____ No _____

BE3          Yes _____ No _____

Lancer       Yes _____ No _____

SOC 442      Yes _____ No _____

   14.  If you answered YES to Question 13, has Broadcom proven by clear and
convincing evidence that Emulex's infringement of claim 8 of the '150 Patent was
willful?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for
Emulex.*

Yes _____ No _____

**A.     The '150 Patent: Findings On Obviousness**
*With regard to Emulex's contention that Claim 8 of the '150 Patent, was obvious,
please answer the following questions:*

   15.  What was the level of ordinary skill in the field that someone would have
had at the time the claimed invention was made? (check the applicable answer)

**PROPOSED VERDICT FORM**

1
2
3
4
5

_____ A person of ordinary skill in the relevant art would generally have had an least an advanced degree (M.S. or Ph.D.) in Electrical Engineering or a related discipline, with approximately 4 years of experience in the design of physical layer circuits.  This description is not necessarily an inclusive description of all persons having ordinary skill in the art. (*Emulex's definition*)

6
7
8
9
10

_____ A person of ordinary skill in the relevant art would generally have been an electrical engineer with at least a bachelor's degree in electrical engineering and several years of post-graduate experience with CDR circuits, implemented in complementary metal-oxide-semiconductor (CMOS) integrated circuit devices, or the equivalent.  (*Broadcom's definition*)

11
12

16.  Were the references below within the scope and content of the prior art at the time of the claimed invention?

13
14

*An answer of "Yes" is a finding for Emulex.  An answer of "No" is a finding for Broadcom.*

15
16
17

European Patent EP0909035B1
("Pickering") JX295                              Yes _____ No _____

U.S. Patent No. 6,247,138 ("Tamura") JX332      Yes _____ No _____

18
19
20
21

17.  What difference, if any, existed between the claimed invention and the prior art at the time of the claimed invention?  If there were no differences, then write "none," otherwise identify the differences.

22
23

_____

24
25
26
27
28

**PROPOSED VERDICT FORM**

18.  Which of the following factors has been established by the evidence with respect to the claimed invention?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Yes _____ No _____          commercial success of a product due to the merits of the claimed invention

Yes _____ No _____          a long-felt, but unsolved, need for the solution provided by the claimed invention

Yes _____ No _____          unsuccessful attempts by others to find the solution that is provided by the claimed invention

Yes _____ No _____          copying of the claimed invention by others

Yes _____ No _____          unexpected and superior results from the claimed invention

Yes _____ No _____          acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention

Yes _____ No _____          other evidence tending to show non-obviousness (describe below)

_____

_____

*An answer of "Yes" to the following two considerations is a finding for Emulex. An answer of "No" is a finding for Broadcom.*

Yes _____ No _____          independent invention of the claimed invention by others before or at about the same time as the named inventor thought of it

Yes _____ No _____          other evidence tending to show obviousness (describe below)

**PROPOSED VERDICT FORM**

9

19.  After consideration of the answers to the preliminary questions above, do you find that Emulex has proven that it is highly probable that Claim 8 of the '150 patent would have been obvious to a person of ordinary skill in the field at the time the patent application was filed?

*An answer of "Yes" is a finding for Emulex.  An answer of "No" is a finding for Broadcom.*

Yes _____ No _____

**B.    The '150 Patent: Findings On Damages**

*If you have found that claim 8 of the '150 Patent has been infringed and is not invalid, please answer the following question. Otherwise, move to the next section.*

20.  What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '150 Patent?

$_____

**PROPOSED VERDICT FORM**

**III.    U.S. PATENT NOS. 7,450, 500 ("'500 PATENT") AND 7,471,691 ("'691 PATENT")**

    **A.    U.S. Patent No. 7,450, 500 ("'500 Patent")**

21.  Has Broadcom proven by a preponderance of the evidence that Emulex has literally directly infringed claim 3 of the '500 Patent?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

    Answer "Yes" or "No" as to each accused Emulex product listed below:

        SOC 320      Yes _____ No _____

        SOC 422      Yes _____ No _____

        SOC 442      Yes _____ No _____

        Sequoia      Yes _____ No _____

        SOC 804      Yes _____ No _____

        Model 850    Yes _____ No _____

        Model 870    Yes _____ No _____

22.  Has Broadcom proven by a preponderance of the evidence that Emulex has directly infringed claim 3 of the '500 Patent under the Doctrine of Equivalents?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

    Answer "Yes" or "No" as to each accused Emulex product listed below:

        SOC 320      Yes _____ No _____

**PROPOSED VERDICT FORM**

SOC 422     Yes _____ No _____

SOC 442     Yes _____ No _____

Sequoia     Yes _____ No _____

SOC 804     Yes _____ No _____

Model 850   Yes _____ No _____

Model 870   Yes _____ No _____


23.  If you answered YES to Question 22, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 3 of the '500 Patent was willful?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Yes _____ No _____


**B.     U.S. Patent No. 7,471,691 ("'691 Patent")**


24.  Has Broadcom proven by a preponderance of the evidence that Emulex has literally directly infringed claim 7 of the '691 Patent?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320     Yes _____ No _____

SOC 422     Yes _____ No _____

SOC 442     Yes _____ No _____

**PROPOSED VERDICT FORM**

Sequoia      Yes _____ No _____

25.  Has Broadcom proven by a preponderance of the evidence that Emulex has directly infringed claim 7 of the '691 Patent under the Doctrine of Equivalents?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320     Yes _____ No _____

SOC 422     Yes _____ No _____

SOC 442     Yes _____ No _____

Sequoia      Yes _____ No _____

26.  If you answered YES to Question 25, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 7 of the '691 Patent was willful?

*An answer of "Yes" is a finding for Broadcom.  An answer of "No" is a finding for Emulex.*

Yes _____ No _____

**PROPOSED VERDICT FORM**

## C.    '500 And '691 Patents: Findings On Damages

*If you have found that any patent claim of the '500 or '691 Patents asserted by Broadcom has been infringed and is not invalid, please answer the following question.*

27.  What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '500 and '691 Patents?

$_____

*You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations.  The Presiding Juror should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict.  The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.*

DATED:_____, 2011

By:_____ Presiding Juror

Emulex reserves the right to amend and supplement this proposed verdict form.

**PROPOSED VERDICT FORM**

14

1    *Additional Counsel*

2    David M. Barkan (SBN 160825)
       *barkan@fr.com*
3    Jonathan J. Lamberson (SBN 239107)
       *lamberson@fr.com*
4    FISH & RICHARDSON P.C.
       500 Arguello Street, Suite 500
5    Redwood City, California 94063-1526
       Telephone: (650) 839-5070
6    Facsimile: (650) 839-5071

7    Joseph V. Colaianni, Jr. (pro hac vice)
       *colaianni@fr.com*
8    FISH & RICHARDSON P.C.
       1425 K Street, N.W., 11th Floor
9    Washington, DC 20005
       Telephone: (202) 783-5070
10   Facsimile: (202) 783-2331

11   Thomas H. Reger II (pro hac vice)
       *reger@fr.com*
12   FISH & RICHARDSON P.C.
       1717 Main Street, Suite 5000
13   Dallas, Texas 75201
       Telephone: (214) 747-5070
14   Facsimile: (214) 747-2091

15   Wasif H. Qureshi (pro hac vice)
       *qureshi@fr.com*
16   FISH & RICHARDSON P.C
       One Houston Center
17   1221 McKinney Street, 28th Floor
       Houston, Texas 77010
18   Telephone: (713) 654-5300
       Facsimile: (713) 652-0109
19

20

21

22

23

24

25

26

27

28

**PROPOSED VERDICT FORM**