# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS | Date: October 4, 2011 |
| Title: | Broadcom Corp. V. Emulex Corp., et al. | |

Present: The Honorable   JAMES V. SELNA

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Lee / Dominic Massa<br>Andrea Weiss Jeffries / Joseph Mueller | Juanita Brooks / David Barkan<br>Thomas Reger / Mike Shonberg |

\_\_\_ Day Court Trial     9th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   **X** **Held & Continued;**   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
**X** **Witnesses called, sworn and testified.**   **X** **Exhibits Identified**   **X** **Exhibits admitted.**
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   Briefs to be filed by
\_\_\_ Motion to dismiss by   \_\_\_ is   \_\_\_ granted.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by   \_\_\_ is   \_\_\_ granted.   \_\_\_ submitted.
**X** **Motion for Judgment/Directed Verdict**   plaintiff   is   **X** **granted in part**   and   **X** **submitted in part**
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
**X** **Case continued**   October 5, 2011 at 8:00 a.m.   for further trial/further jury deliberation.
**X** **Other**   The Court and counsel confer re exhibits and evidentiary issues..

                                                                                        6   :   15
                                                              Initials of Deputy Clerk   kjt

cc: