1  WILLIAM F. LEE
   (admitted *pro hac vice*)
2  (william.lee@wilmerhale.com)
3  DOMINIC E. MASSA
   (admitted *pro hac vice*)
4  (dominic.massa@wilmerhale.com)
   JOSEPH J. MUELLER
5  (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
6  WILMER CUTLER PICKERING HALE AND DORR LLP
7  60 State Street
   Boston, MA  02109
8  Telephone:  (617) 526-6000
   Facsimile:   (617) 526-5000
9

10 Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION

11

12

13

14

15               **UNITED STATES DISTRICT COURT**

16               **CENTRAL DISTRICT OF CALIFORNIA**

17

18 | **BROADCOM CORPORATION,** | CASE No.  SACV09-01058 JVS (ANx)
19 |                           | consolidated SACV 10-03963-JVS (ANx)
   |        **Plaintiff,**     |
20 |                           | **BROADCOM'S SUPPLEMENTAL**
   |                           | **TRIAL EXHIBIT LIST**
21 |        **v.**             |
   |                           | Before Hon. James V. Selna
22 | **EMULEX CORPORATION,**   |
   |                           | Complaint Filed:    September 14, 2009
23 |        **Defendant.**     | Trial Date:         September 20, 2011
24 | **And Related Counterclaims** |

25

26

27

28

1        Plaintiff and Counterclaim Defendant Broadcom Corporation hereby

2   supplements the parties' Corrected Joint Exhibit List, filed September 19, 2011, as

3   follows.

4

5   Date: October 5, 2011                    WILMER CUTLER PICKERING
                                              HALE AND DORR LLP

6

7

8                                            /s/ Jason H. Liss
                                             Jason H. Liss

9                                            Attorneys for Plaintiff
                                             Broadcom Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BROADCOM'S SUPPLEMENTAL
TRIAL EXHIBIT LIST**

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

### PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Broadcom's Supplemental Trial Exhibit List* was served upon the following parties as indicated below on this 5th day of October, 2011.

**For Emulex Corporation:**

smg@jmbm.com                          ☐  Via Hand Delivery
broadcom-emulex@fr.com                ☐  Via Overnight Courier (1 copy)
broadcomemulexservice@tklaw.com       ☐  Via Facsimile
(email addresses for service on Emulex  ☒  Via Electronic Mail (1 copy)
per agreement of the parties)

I certify under penalty of perjury that the foregoing is true and correct.


/s/ Jason H. Liss
Jason H. Liss

BROADCOM'S SUPPLEMENTAL
TRIAL EXHIBIT LIST

2

**Broadcom Corp. v. Emulex Corp.**

**C.D. CA.   SACV 09-1058**

**PLAINTIFF'S SUPPLEMENTAL TRIAL EXHIBIT LIST**

**(October 5, 2011)**

## KEY TO OBJECTIONS

| *Abbreviation* | *Objection* |
|---|---|
| H | Hearsay (FRE 801 & 802) |
| P | Unfair Prejudice (FRE 403) |
| R | Relevance (FRE 401 & 402) |

**Broadcom Corp. v. Emulex Corp.**
**C.D. CA.   SACV 09-1058**

**PLAINTIFF'S SUPPLEMENTAL TRIAL EXHIBIT LIST**
**(October 5, 2011)**

| Broadcom's Trial Exhibit No. | Bates Range | Description of Exhibit | Emulex's Objections | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| PX0314 | | Supplemental Expert Report of Julie Davis, Sept. 19, 2011 | H, R, P | | |
| PX0315 | | Davis Updated Exhibit 1: Curriculum Vitae of Julie L. Davis | | | |
| PX0316 | | Davis Updated Exhibit 2: Index to Documents Considered | H, R, P | | |
| PX0317 | | Davis Updated Exhibit 3: Damages Summary | H, R, P | | |
| PX0318 | | Davis Updated Exhibit 4: Damages Calculations – '194 Patent family | H, R, P | | |
| PX0319 | | Davis Updated Exhibit 5: Damages Calculations – '150 Patent | H, R, P | | |
| PX0320 | | Davis Updated Exhibit 6: Damages Calculations – Fibre Channel patents ('500 and '691 Patents) | H, R, P | | |
| PX0321 | | Davis Updated Appendix A: Emulex Sales and Profit Information | H, R, P | | |
| PX0322 | | Davis Appendix B: Broadcom Sales and Profit Information | H, R, P | | |
| PX0323 | | Davis Appendix C: Emulex License Agreement Summary | H, R, P | | |
| PX0324 | | Davis Appendix D: Broadcom License Agreement Summary | H, R, P | | |
| PX0325 | ELX-PAT - 10621197 | Emulex Spreadsheet of Updated Sales Data | H, R, P | | |
| PX0326 | ELX-PAT - 10621198 | Emulex Spreadsheet of Updated Sales Data | H, R, P | | |