WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>**Defendant.**<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV10-3963-JVS (ANx)<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING REMOVAL OF TRIAL MATERIALS AND EQUIPMENT**<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011<br><br>Before Hon. James V. Selna |

1   PLEASE TAKE NOTICE that on behalf of both parties, Plaintiff Broadcom
2   Corporation ("Broadcom") is lodging with the Court the following document:
3   [Proposed] Order Regarding Removal of Trial Materials and Equipment.
4   The proposed order is attached to this Notice pursuant to Central District
5   General Order 10-07, Section VI(A).

Date: October 5, 2011                WILMER CUTLER PICKERING
                                     HALE AND DORR LLP


                                     /s/Jason H. Liss
                                     Jason H. Liss

                                     Attorneys for Plaintiff
                                     BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Notice of Lodging of Proposed Order Regarding Removal of Trial Materials and Equipment* was served upon the following parties as indicated below on this 5th day of October, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>Broadcom-Emulex@fr.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss