| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) |
| 2 | *brooks@fr.com*<br>FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 4 | Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| 5 | *(Additional counsel listed on signature page)* |
| 6 | Attorneys for Defendant and Counterclaimant |
| 7 | EMULEX CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**EMULEX'S SUPPLEMENTAL MOTION FOR JUDGMENT AS A MATTER OF LAW**<br><br>Trial Date:   September 20, 2011<br>Place:         Courtroom 10C<br>Before:        Hon. James V. Selna |

Pursuant to F.R.C.P. 50, Emulex hereby supplements its previously filed JMOL motion (Dkt. No. 862) to specifically and separately seek judgment as a matter of law that the SOC442 product does not infringe claim 42 of the '057 Patent.[1]

In its pre-trial filings, Broadcom accused the SOC442 of infringing claim 42 of the '057 Patent. However, Broadcom's case at trial, specifically through its expert Dr. Fair, did not present any evidence of such infringement. Broadcom has agreed to remove the SOC442 from the verdict form for the '057 Patent. Nonetheless, Broadcom failed to take action[2] to remove the SOC 442 from the '057 Patent case prior to completion of its evidence, and therefore Emulex is entitled to judgment as a matter of law that the SOC442 does not infringe claim 42 of the '057 Patent.

Dated: October 5, 2011

FISH & RICHARDSON P.C.
By: */s/ Wasif Qureshi*
　　　Wasif Qureshi

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

---

[1] Emulex files this supplemental paper to ensure that the SOC442 is not treated together with other products in a potential denial of Emulex's JMOL at Dkt. No. 862.

[2] This stands in contrast to Broadcom's approach to dropping the Marvell products. In order to remove those products, Broadcom tendered a non-revocable covenant not to sue.

*Additional Counsel*

David M. Barkan (SBN 160825)
 *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
 *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 5, 2011, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Wasif Qureshi*
Wasif Qureshi