# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-3963-JVS (ANx)<br><br>**ORDER REGARDING REMOVAL OF TRIAL MATERIALS AND EQUIPMENT**<br><br>Hon. James V. Selna<br><br>Complaint Filed: September 14, 2009<br>Trial Date: September 20, 2011 |

# ORDER

Representatives of Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") and Defendant and Counterclaim Plaintiff Emulex Corporation ("Emulex") are permitted access the Court's loading dock and freight elevator to remove trial materials and equipment at or after 4:00 p.m. on Thursday, October 6, 2011, and at or after 10:00 a.m. on Friday, October 7, 2011.

The vehicles allowed entry for the purpose of the deliveries described above are (1) for Broadcom, 2004 white Chevrolet Express van, White, license plate no. 7R82982, driven by Jose Hernandez; and (2) for Emulex, 2007 Chevy Express van, license number 8K31298, driven by Steven Luna with Michael Jackson as passenger.

Dated: October 06, 2011

_____
Hon. James V. Selna
United States District Judge