**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Broadcom Corp.,

                  Plaintiff(s),

        vs.

Emulex Corp., et al.,

               Defendant(s).

CASE NUMBER

SACV 09-01058-JVS(ANx)
c/w CV 10-3963-JVS(ANx)

**NOTICE OF FILING OF**
**OFFICIAL TRANSCRIPT**

**TO ALL COUNSEL OF RECORD:**

Notice is hereby given that an official transcript of a proceeding, document number(s), 809
has been filed by the court reporter/electronic court recorder in the above-captioned matter. The parties have seven (7) business days from the filing of the official transcript to file with the court a Notice of Intent to Request Redaction of this transcript and/or 21 calendar days from the filing of the official transcript to file with the court a Redaction Request. If no such Notice or Redaction Request is filed, the transcript will be made electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal.

Date: September 30, 2011

CLERK U.S. DISTRICT COURT

/S/ DENISE PADDOCK
Court Reporter/Deputy Clerk

**G-46(5/08) NOTICE OF FILING OF OFFICIAL TRANSCRIPT**