**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Broadcom Corp.,                                    CASE NUMBER

                    Plaintiff(s),        SACV 09-01058-JVS(ANx)

          vs.
                                         _____
                                         **NOTICE OF FILING OF**
Emulex Corp., et al.,                    **OFFICIAL TRANSCRIPT**

                    Defendant(s).

_____

**TO ALL COUNSEL OF RECORD:**

Notice is hereby given that an official transcript of a
proceeding, document number(s), 871
has been filed by the court reporter/electronic court
recorder in the above-captioned matter. The parties
have seven (7) business days from the filing of the official
transcript to file with the court a Notice of Intent
to Request Redaction of this transcript and/or 21 calendar
days from the filing of the official transcript to
file with the court a Redaction Request. If no such Notice or
Redaction Request is filed, the transcript will
be made electronically available to the public without
redaction after 90 calendar days. Any party needing
a copy of the transcript to review for redaction purposes may
purchase a copy from the court reporter or view the document
at the clerk's office public terminal.


                                         CLERK U.S. DISTRICT COURT
Date: October 7, 2011
                                         /S/ DENISE PADDOCK
                                         Court Reporter/Deputy Clerk




**G-46(5/08) NOTICE OF FILING OF OFFICIAL TRANSCRIPT**