# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS |
| Title: | Broadcom Corp. V. Emulex Corp., et al. |
| Date | October 5, 2011 |

Present: The Honorable **JAMES V. SELNA**

| Karla J. Tunis | Denise Paddock |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Lee / Dominic Massa<br>Andrea Weiss Jeffries / Joseph Mueller | Juanita Brooks / David Barkan<br>Thomas Reger / Mike Shonberg |

\_\_\_ Day Court Trial       10th Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   **X** **Held & Continued;**   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
**X** **Witnesses called, sworn and testified.**   **X** **Exhibits Identified**   **X** **Exhibits admitted.**
**X** **Plaintiff(s) rest.**   **X** **Defendant(s) rest.**
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by   \_\_\_\_\_ is   \_\_\_ granted.   \_\_\_s
\_\_\_ Motion for mistrial by   \_\_\_\_\_ is   \_\_\_ granted.   \_\_\_s
**X** **Motion for Judgment/Directed Verdict     plaintiff     is  X  GRANTED  as to claim 8 of '150 patent re**
**X**  **infringement (oral motion) and DENIED as to claim 42 of '057 patent re non-invalidity (oral motion) and**
**X** **all issues motion (docket #853) .   Defendant's motion for directed verdict re damages is DENIED**
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
**X** **Case continued**   October 6, 2011 at 8:00 a.m.   **for further trial/further jury deliberation.**
**X** **Other**   The Court and counsel confer re jury instructions and special verdict form.

4 : 59

Initials of Deputy Clerk   kjt

cc: