UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | |
|---|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS | Date: October 6, 2011 |
| Title: | Broadcom Corp. V. Emulex Corp., et al. | |

Present: The Honorable   JAMES V. SELNA

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| William Lee / Dominic Massa | Juanita Brooks / David Barkan |
| Andrea Weiss Jeffries / Joseph Mueller | Thomas Reger / Mike Shonberg |

\_\_\_\_ Day Court Trial       11th Day Jury Trial

\_\_\_\_ One day trial:   \_\_\_\_ Begun (1st day);   **X  Held & Continued;**   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
**X Closing arguments made by**   **X plaintiff(s)**   **X defendant(s).**   **X Court instructs jury.**
**X Bailiff(s) sworn.**   **X Jury retires to deliberate.**   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is   \_\_\_\_ granted.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is   \_\_\_\_ granted.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is
\_\_\_\_ Settlement reached and placed on the record.
**X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.**
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
**X Case continued**   October 7, 2011 at 8:00 a.m.   for further trial/further jury deliberation.
\_\_\_\_ Other:

6 : 00

Initials of Deputy Clerk   kjt

cc: