# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SACV 09-01058-JVS(ANx) consolidated with CV 10-03963-JVS |
| Date | October 7, 2011 |
| Title: | Broadcom Corp. V. Emulex Corp., et al. |

Present: The Honorable  JAMES V. SELNA

| Karla J. Tunis | Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Dominic Massa | Juanita Brooks |
|  | Thomas Reger |

____ Day Court Trial    12th Day Jury Trial

____ One day trial:  ____ Begun (1st day);  **X  Held & Continued;**  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by ____
____ Witnesses called, sworn and testified.  ____ Exhibits Identified  ____ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by  ____ plaintiff(s)  ____ defendant(s).  ____ Court instructs jury.
____ Bailiff(s) sworn.  ____ Jury retires to deliberate.  **X  Jury resumes deliberations.**
____ Jury Verdict in favor of  ____ plaintiff(s)  ____ defendant(s) is read and filed.
____ Jury polled.  ____ Polling waived.
____ Filed Witness & Exhibit Lists  ____ Filed jury notes.  ____ Filed jury instructions.
____ Judgment by Court for ____  ____ plaintiff(s)  ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by  ____ plaintiff(s)  ____ defendant(s).
____ Case submitted.  ____ Briefs to be filed by ____
____ Motion to dismiss by ____  is  ____ granted.  ____ ____ submitted.
____ Motion for mistrial by ____  is  ____ granted.  ____ ____ submitted.
____ Motion for Judgment/Directed Verdict by ____  is  ____  ____ ____
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
**X  Case continued**  October 11, 2011 at 8:00 a.m.  for further trial/further jury deliberation.
**X** Other:  The Court and counsel confer regarding Jury Notes 1 though 5.  The Court directs that read back requested in jury note #5 will begin at 8 am on Tuesday, October 11, 2011.

                                                                                            :  35

                                                            Initials of Deputy Clerk  kjt

cc: