**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
OCT 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BROADCOM CORPORATION,

    Plaintiff,

v.

EMULEX CORPORATION,

    Defendant.

CASE NO: SACV 09-1058 JVS(ANx)

SPECIAL VERDICT

*Redacted as to Signature of Foreperson only*

DATED: October 6, 2011

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

F

1

# VERDICT FORM

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

I.  U.S. Patent NOS. 6,424,194 ("'194 Patent"), 7,486,124 ("'124 Patent"), AND 7,724,057 ("'057 Patent")

　　A.  U.S. Patent No. 6,424,194 ("'194 Patent")

1.  Has Broadcom Corporation ("Broadcom") proven by a preponderance of the evidence that Emulex Corporation ("Emulex") has directly infringed claim 1 of the '194 Patent?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

    BE2      Yes _____  No _____
    BE3      Yes _____  No _____
    QT2025   Yes _____  No _____
    Zephyr   Yes _____  No _____
    Lancer   Yes _____  No _____
    SOC 442  Yes _____  No _____

F                                    2

2. If you answered YES to any portion of Question 1, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 1 of the '194 Patent was willful?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

                Yes \_\_\_\_\_  No \_\_\_\_\_

**B.  U.S. Patent No. 7,486,124 ("'124 Patent")**

3. Has Broadcom proven by a preponderance of the evidence that Emulex has directly infringed claim 5 of the '124 Patent?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

    BE2       Yes \_\_\_\_\_  No \_\_\_\_\_
    BE3       Yes \_\_\_\_\_  No \_\_\_\_\_
    QT2025   Yes \_\_\_\_\_  No \_\_\_\_\_
    Zephyr   Yes \_\_\_\_\_  No \_\_\_\_\_
    Lancer   Yes \_\_\_\_\_  No \_\_\_\_\_
    SOC 442  Yes \_\_\_\_\_  No \_\_\_\_\_

F

3

4. If you answered YES to any portion of Question 3, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 5 of the '124 Patent was willful?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

                Yes _____ No _____

### C.   U.S. Patent No. 7,724,057 ("'057 Patent")

5. Has Broadcom proven by a preponderance of the evidence that Emulex has directly infringed claim 42 of the '057 Patent?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

      BE3        Yes _____ No _____
      QT2025    Yes _____ No _____
      Zephyr    Yes _____ No _____
      Lancer    Yes _____ No _____

6. If you answered YES to any portion of Question 5, has Broadcom

F                                                  4

proven by clear and convincing evidence that Emulex's infringement of claim 42 of the '057 Patent was willful?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Yes _____ No _____

### D.    '194, '124 and '057 Patents: Findings On Obviousness

*With regard to Emulex's contentions that Claim 1 of the '194 Patent, Claim 5 of the '124 Patent, and Claim 42 of the '057 Patent were obvious, please answer the following questions:*

7.    What was the level of ordinary skill in the field that someone would have had at the time the claimed invention was made? (check the applicable answer)

__X__    At least an advanced degree (M.S. or Ph. D) in Electrical Engineering or a related discipline, with approximately 4 years of experience in the design of physical layer circuits. (Dr. Nikolic's proposal)

_____    A bachelor's degree in electrical engineering with several years of industry experience, or a master's degree in electrical engineering. (Dr. Wooley's proposal)

_____    An electrical engineer with at least a master's degree in electrical engineering and several years of post-graduate experience with complementary metal-oxide-semiconductor (CMOS) integrated circuit design, or the equivalent. (Broadcom's proposal)

F                                                       5

8. Which of the following factors has been established by the evidence with respect to the claimed invention?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Yes **X** No _____ commercial success of a product due to the merits of the claimed invention

Yes **X** No _____ a long-felt, but unsolved, need for the solution provided by the claimed invention

Yes **X** No _____ unsuccessful attempts by other to the solution that is provided by the claimed invention

Yes **X** No _____ copying by others of the claimed invention

Yes **X** No _____ unexpected and superior results from the claimed invention

Yes **X** No _____ acceptance by others of the claimed invention as shown by praise from others in the field or from the licensing of the claimed invention

*An answer of "Yes" to the following consideration is a finding for Emulex. An answer of "No" is a finding for Broadcom.*

Yes _____ No **X** independent invention of the claimed invention by others before or at about the same time as the named inventor thought of it

9. After consideration of the differences, if any, that existed between the claimed invention and the prior art at the time of the claimed invention, as well as the answers to Questions 7 and 8 above regarding the level of ordinary skill and

F                               6

the existence of any factors tending to show nonobviousness or obviousness, do you find that Emulex has proven by clear and convincing evidence that any of the asserted Claims of the '194, '124, and '057 Patents would have been obvious to a person of ordinary skill in the field at the time the Patent application was filed?

*An answer of "Yes" is a finding for Emulex. An answer of "No" is a finding for Broadcom.*

    '194 Patent Claim 1        Yes \_\_\_\_  No  X 

    '124 Patent Claim 5        Yes \_\_\_\_  No  X 

    '057 Patent Claim 42      Yes \_\_\_\_  No  X 

### E.    '194, '124, And '057 Patents: Findings On Damages

*If you have found that a Patent claim of the '194, '124, or '057 Patents asserted by Broadcom has been infringed, please answer the following question, regardless of you answer to Question 9. Otherwise, move to the next section.*

    10. What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '194, '124, and '057 Patents? $_____

### II.    U.S. Patent NO. 7,058, 150 ("'150 Patent")

F                                        7

11. The issue of infringement of claim 8 of the '150 Patent has been resolved.

12. Has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 8 of the '150 Patent was willful?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Yes \_\_\_\_\_  No  X\_\_\_

### A. The '150 Patent: Findings On Obviousness

*With regard to Emulex's contention that Claim 8 of the '150 Patent, was obvious, please answer the following questions:*

13. What was the level of ordinary skill in the field that someone would have had at the time the claimed invention was made? (check the applicable answer)

\_\_\_ At least an advanced degree (M.S. or Ph.D.) in Electrical Engineering or a related discipline, with approximately 4 years of experience in the design of physical layer circuits. (Emulex's definition)

X  An electrical engineer with at least a bachelor's degree in electrical engineering and several years of post-graduate experience with CDR circuits, implemented in complementary metal-oxide-semiconductor (CMOS) integrated circuit devices, or the equivalent. (Broadcom's definition)

F

14. Which of the following factors has been established by the evidence with respect to the claimed invention?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Yes  X  No _____ commercial success of a product due to the merits of the claimed invention

Yes  X  No _____ a long-felt, but unsolved, need for the solution provided by the claimed invention

Yes  X  No _____ unsuccessful attempts by other to the solution that is provided by the claimed invention

Yes  X  No _____ copying by others of the claimed invention

Yes  X  No _____ unexpected and superior results from the claimed invention

Yes  X  No _____ acceptance by others of the claimed invention as shown by praise from others in the field or from licensing of the claimed invention

*An answer of "Yes" to the following consideration is a finding for Emulex. An answer of "No" is a finding for Broadcom.*

Yes _____ No  X  independent invention of the claimed invention by others before or at about the same time as the named inventor thought of it

15. After consideration of the differences, if any, that existed

F                                9

between the claimed invention and the prior art at the time of the claimed invention, as well as the answers to Questions 13 and 14 above regarding the level of ordinary skill and the existence of any factors tending to show nonobviousness or obviousness, do you find that Emulex has proven by clear and convincing evidence that Claim 8 of the '150 Patent would have been obvious to a person of ordinary skill in the field at the time the Patent application was filed?

*An answer of "Yes" is a finding for Emulex. An answer of "No" is a finding for Broadcom.*

Yes \_\_\_\_\_  No  ✗

**B.  The '150 Patent: Findings On Damages**

*Please answer the following question, regardless of your answer to Question 15.*

16.  What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '150 Patent?

$ 387,922

**III.  U.S. Patent NOS. 7,450, 500 ("'500 Patent") AND 7,471,691**

F                                              10

("'691 Patent")

A.    U.S. Patent No. 7,450, 500 ("'500 Patent")

17.    Has Broadcom proven by a preponderance of the evidence that Emulex has literally infringed claim 3 of the '500 Patent?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

| Product | Yes | No |
|---|---|---|
| SOC 320 | | X |
| SOC 422 | | X |
| SOC 442 | | X |
| Sequoia | | X |
| SOC 804 | | X |
| Model 850 | | X |
| Model 870 | | X |

18.    Has Broadcom proven by a preponderance of the evidence that Emulex has infringed claim 3 of the '500 Patent under the Doctrine of Equivalents?

F                     11

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

| Product | Yes | No |
|---|---|---|
| SOC 320 | | X |
| SOC 422 | | X |
| SOC 442 | | X |
| Sequoia | | X |
| SOC 804 | | X |
| Model 850 | | X |
| Model 870 | | X |

19. If you answered YES to any portion of Questions 17 or 18, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 3 of the '500 Patent was willful?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Yes _____ No _____

**B.     U.S. Patent No. 7,471,691 ("'691 Patent")**

F                                   12

20. Has Broadcom proven by a preponderance of the evidence that Emulex has literally infringed claim 7 of the '691 Patent?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320       Yes _____ No _____
SOC 422       Yes _____ No _____
SOC 442       Yes _____ No _____
Sequoia       Yes _____ No _____

21. Has Broadcom proven by a preponderance of the evidence that Emulex has infringed claim 7 of the '691 Patent under the Doctrine of Equivalents?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

Answer "Yes" or "No" as to each accused Emulex product listed below:

SOC 320       Yes _____ No _____
SOC 422       Yes _____ No _____

F                              13

   SOC 442   Yes _____ No _____

   Sequoia   Yes _____ No _____

22. If you answered YES to any portion of Questions 20 or 21, has Broadcom proven by clear and convincing evidence that Emulex's infringement of claim 7 of the '691 Patent was willful?

*An answer of "Yes" is a finding for Broadcom. An answer of "No" is a finding for Emulex.*

   Yes _____ No _____

### C. '500 And '691 Patents: Findings On Damages

*If you have found that any Patent claim of the '500 or '691 Patents asserted by Broadcom has been infringed, please answer the following question.*

23. What amount has Broadcom proven by a preponderance of the evidence it is entitled to as a reasonable royalty for infringement of the '500 and '691 Patents?

   $ _____

F          14

*You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the marshal that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.*

DATED: 10/12 , 2011

By:                                    Presiding Juror

F                15