# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) <br> consolidated CV 10-03963-JVS (ANx) | Date   October 20, 2011 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   Order to Show Cause Why Final Trial Exhibit List Should Not be Unsealed.

    The Court ORDERS the parties in this action to show cause, in writing, not later than October 31, 2011, why the final Trial Exhibit List Should Not be unsealed.

: 00

Initials of Preparer   kjt