UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. _____SACV09-01058-JVS (ANx)_____
Consolidated with CV 10-3963-JVS(ANx)

Case Name: <u>Broadcom Corporation v. Emulex Corporation, et al.</u>

Redacted as to Signature of Foreperson Only

JURY NOTE NUMBER __1__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

WHITE BOARD/MARKERS FOR WHITEBOARD
PAPER FOR EASEL & MARKERS

Date: __11/7/11__         SIGNED: _____
Time: __8:15AM__                    FOREPERSON OF THE JURY

FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY