UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. _SACV09-01058-JVS (ANx)_
Consolidated with CV 10-3963-JVS(ANx)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 12 2011

CENTRAL DISTRICT OF CALIFORNIA
BY

Case Name: <u>Broadcom Corporation v. Emulex Corporation, et al.</u>

Redacted as to Signature of Foreperson Only

JURY NOTE NUMBER __2__

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

Dr. Fair's QT2025 w/ the infamous blue box - we would like that diagram.

The chart was not received into evidence. Accordingly, it cannot be supplied. See Instruction no. 10
JVS 10.7.11 9:35 am

Date: __10/7/11__      SIGNED: _____
Time: __8:25__                     FOREPERSON OF THE JURY