FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 12 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. _SACV09-01058*10*JVS (ANx)_
Consolidated with CV 10-3963-JVS(ANx)

Case Name: <u>Broadcom Corporation v. Emulex Corporation, et al.</u>

JURY NOTE NUMBER __3__

Redacted as to Signature of Foreperson Only

___ THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

Where are the schematics for ~~the~~ all. What pages we are having problems locating them.
BE2
↓
SOC442

Please see below. JVS
10.7.11 10:00 AM

Date: __10/7/11__          SIGNED: _____
Time: __8:50__                    FOREPERSON OF THE JURY

```
JX 372      BE3      88-112
            Lancer   4-69
                     153-160  ?
            Zephyr   153-160
JX 388      SOC 442  278-311
JX 389      OT2025   10-57
```