UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. ___SACV09-01058-JVS (ANx)___
Consolidated with CV 10-3963-JVS(ANx)

Case Name: <u>Broadcom Corporation v. Emulex Corporation, et al.</u>

JURY NOTE NUMBER __4__

*Redacted as to Signature of Foreperson Only*

____ THE JURY HAS REACHED A UNANIMOUS VERDICT

_X_ THE JURY REQUESTS THE FOLLOWING:

We would like the three long binders we were promised w/ schematics.

They will be provided  JVS 10.7.11
                                                  10:05 AM

Date: __10/7/11__        SIGNED: _____
Time: __9:10__                        FOREPERSON OF THE JURY

[Stamp: OCT 12 2011, CENTRAL DISTRICT OF CALIFORNIA, DEPUTY]