UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OCT 1 2 2011

Case No. _____SACV09-01058JVS (ANx)_____
Consolidated with CV 10-3963-JVS(ANx)

Case Name: Broadcom Corporation v. Emulex Corporation, et al.

JURY NOTE NUMBER ____5____

Redacted as to Signature of foreperson Only

_____      THE JURY HAS REACHED A UNANIMOUS VERDICT

___X___      THE JURY REQUESTS THE FOLLOWING:

We would like Warden's
testimony.

_We will start the read back in the court
room at 1:00pm Tuesday. The Court is
required to provide you with a read
back all of Warden's testimony —
approximately 2½ hour._

Date: __10/7/11__                 SIGNED: _____

Time: __12:55__                   FOREPERSON OF THE JURY