1  WILLIAM F. LEE (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
2  DOMINIC E. MASSA (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
3  JOSEPH J. MUELLER (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
4  WILMER CUTLER PICKERING
5  HALE AND DORR LLP
   60 State Street
6  Boston, MA  02109
   Telephone:  (617) 526-6000
7  Facsimile:   (617) 526-5000

8  Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
9  (Additional Counsel Listed on Signature Page)

10

11                    UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

13

| | |
|---|---|
| **BROADCOM CORPORATION,** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV10-3963-JVS (ANx) |
| **Plaintiff,** | **NOTICE OF LODGING OF [PROPOSED] ORDER REGARDING FINAL TRIAL EXHIBIT LIST** |
| **v.** | |
| **EMULEX CORPORATION,** | Complaint Filed: September 14, 2009 Trial Date: September 20, 2011 |
| **Defendant.** | Before Hon. James V. Selna |
| **And Related Counterclaims** | |

1    PLEASE TAKE NOTICE that on behalf of both parties, Plaintiff Broadcom

2   Corporation is lodging with the Court the following document: [Proposed] Order

3   Regarding Final Trial Exhibit List.

4    The proposed order is attached to this Notice pursuant to Central District

5   General Order 10-07, Section VI(A).

6

7   Date: October 24, 2011                    WILMER CUTLER PICKERING
                                              HALE AND DORR LLP

8

9

10                                           /s/Jason H. Liss
                                             Jason H. Liss

11                                           Attorneys for Plaintiff
                                             BROADCOM CORPORATION
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF LODGING OF PROPOSED ORDER
REGARDING FINAL TRIAL EXHIBIT LIST

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

### <u>PROOF OF SERVICE</u>

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Notice of Lodging of Proposed Order Regarding Final Trial Exhibit List* was served upon the following parties as indicated below on this 24th day of October, 2011.

**<u>For Emulex Corporation</u>:**

| smg@jmbm.com | ☐ Via Hand Delivery |
|---|---|
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| (email addresses for service on Emulex | ☐ Via Facsimile |
| per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

NOTICE OF LODGING OF PROPOSED ORDER
REGARDING FINAL TRIAL EXHIBIT LIST

3