**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **BROADCOM CORPORATION,** <br><br> **Plaintiff,** <br><br> v. <br><br> **EMULEX CORPORATION,** <br><br> **Defendant.** <br><br> **And Related Counterclaims** | CASE No. SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx) <br><br> **ORDER REGARDING FINAL TRIAL EXHIBIT LIST** <br><br> Complaint Filed: September 14, 2009 <br> Trial Date: September 20, 2011 <br><br> Before Hon. James V. Selna |

**ORDER**

In lieu of showing cause in writing why the earlier-filed trial exhibit list should not be unsealed (*see* Dkt. No. 912 ("Order to Show Cause Why Final Trial Exhibit List Should Not be Unsealed")), the parties may publicly file a final trial exhibit list identifying the exhibits that were offered and/or admitted at trial. Such a filing shall be deemed to satisfy the Court's Order to Show Cause.

IT IS SO ORDERED.

Dated:  October 25, 2011

_____
HON. JAMES V. SELNA
United States District Judge