| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA<br>(admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER<br>(admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>Attorneys for Plaintiff and<br>Counterclaim Defendant<br>BROADCOM CORPORATION<br>(Additional Counsel Listed on<br>Signature Page) | JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>Telephone:  (858) 678-5070<br>Facsimile:   (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526<br>Telephone:  (650) 839-5070<br>Facsimile:   (650) 839-5071<br><br>Attorneys for Defendant and<br>Counterclaim Plaintiff<br>EMULEX CORPORATION<br>(Additional Counsel Listed on<br>Signature Page) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No.  SACV09-01058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**FINAL TRIAL EXHIBIT LIST**<br><br>Before Hon. James V. Selna<br><br>Complaint Filed:   September 14, 2009<br>Trial Date:           September 20, 2011 |

| | | |
|---|---|---|
| 1 | Pursuant to the Court's Order Regarding Final Trial Exhibit List (Dkt. No. 935), the parties hereby submit the Final Trial Exhibit List. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | Date: October 27, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 6 | | |
| 7 | | |
| 8 | | /s/ Jason H. Liss<br>Jason H. Liss |
| 9 | | Attorneys for Plaintiff<br>Broadcom Corporation |
| 10 | | |
| 11 | Date: October 27, 2011 | FISH & RICHARDSON P.C. |
| 12 | | |
| 13 | | /s/ Wasif Qureshi<br>Wasif Qureshi |
| 14 | | Attorneys for Defendant<br>Emulex Corporation |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**FINAL TRIAL EXHIBIT LIST**

**Broadcom Corporation v. Emulex Corporation**

**SACV 09-1058**

**FINAL TRIAL EXHIBIT LIST**

**KEY TO OBJECTIONS**

| *Abbreviation* | *Objection* |
|---|---|
| A | Authenticity (FRE 901 & 902) |
| B | Best Evidence |
| BRPL | Brief, Pleading, or Order (not evidence) |
| C | Cumulative |
| D or NP | Not Produced During Discovery |
| Depo | Improper Inclusion of Deposition or Trial Transcript |
| Expert | Improper Use of Expert Report |
| F | Foundation (FRE 602) |
| FRE 1004 | Other Content Evidence |

| *Abbreviation* | *Objection* |
|---|---|
| H | Hearsay (FRE 801 & 802) |
| I or 106 | Incomplete (FRE 106) |
| M | Multiple Documents |
| MIL | Subject to Motion In Limine |
| P | Unfair Prejudice (FRE 403) |
| R | Relevance (FRE 401 & 402) |
| S | Speculative |
| UPA | Undisclosed Prior Art |
| V | Vague |

- 1 -

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**FINAL JOINT TRIAL EXHIBIT LIST**

| Joint Trial Exhibit No. | Bates Range | Description of Exhibit | Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| JX0001 | ELX-PAT-00008729 - ELX-PAT-00008830 | Certified Copy of U.S. Patent No. 7,471,691 | | | | |
| JX0002 | ELX-PAT-00010977 - ELX-PAT-00011078 | Certified Copy of U.S. Patent No. 7,450,500 | | | | |
| JX0003 | ELX-PAT-00011711 - ELX-PAT-00011724 | Certified Copy of U.S. Patent No. 6,424,194 | | | | |
| JX0004 | ELX-PAT-00012509 - ELX-PAT-00012524 | Certified Copy of U.S. Patent No. 7,486,124 | | | | |
| JX0005 | ELX-PAT-05969621 - ELX-PAT-05969682 | Certified Copy of U.S. Patent No. 7,058,150 | | | | |
| JX0006 | BCM_EMX 03850550 - BCM_EMX 03850571 | Certified Copy of U.S. Patent No. 7,724,057 | | | | |
| JX0007 | BCM_EMX 00014854 - BCM_EMX 00015489 | File History of U.S. Patent No. 7,471,691 | | | | |
| JX0008 | BCM_EMX 00014274 - BCM_EMX 00014853 | File History of U.S. Patent No. 7,450,500 | | | | |
| JX0009 | ELX-PAT-00011429 - ELX-PAT-00011702 | File History of U.S. Patent No. 6,424,194 | | | | |
| JX0010 | BCM_EMX 00015490 - BCM_EMX 00015613 | File History of U.S. Patent No. 7,486,124 | | | | |
| JX0011 | BCM_EMX 00974423 - BCM_EMX 00975383 | File History of U.S. Patent No. 7,058,150 | | | | |
| JX0012 | BCM_EMX 3847173- BCM_EMX 3847438 | File History of U.S. Patent No. 7,724,057 | | | | |
| JX0017 | | SOC 804 Datasheet (Doherty, Ex. 1) | | | | |
| JX0031 | | SOC 422 Datasheet (Jovanovich, Ex. 1) | | | | |
| JX0069 | ELX-PAT-07468730 - ELX-PAT-07468919 | LSI, CW108040 G40 14G LR SerDes Technical Manual, dated Oct. 2010 | | | | |
| JX0076 | ELX-PAT-07949000 - ELX-PAT-07949113 | CB-90 Core Library, Preliminary Design Manual | | | | |

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**FINAL JOINT TRIAL EXHIBIT LIST**

| Joint Trial Exhibit No. | Bates Range | Description of Exhibit | Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| JX0094 | ELX-PAT-09303455 - ELX-PAT-09303496 | Emulex-Alacritech License Agreement, July 2, 2009 | | | | |
| JX0117 | BCM_EMX 00808545- BCM_EMX 00808561 | Newport Microsystems C3MOS Layout Notes | | | | |
| JX0146 | BCM_EMX 03855488 - BCM_EMX 03855665 | Schematic, XENIA_controlled_lib_ANA_XENIA_LP_XAUI_65G_M7FC_schematics.pdf | | | | |
| JX0154 | ELX-PAT-07948838 - ELX-PAT-07948999 | CW108031 (12.5G Long Reach Transceiver) Datasheet | | | | |
| JX0158 | ELX-PAT-00010338 - ELX-PAT-00010339 | InSpeed SOC 422 Datasheet | | | | |
| JX0159 | BCM_EMX 03860209 | InSpeed SOC 422 Datasheet, Embedded Storage Switch | | | | |
| JX0167 | BCM_EMX 03851848 - BCM_EMX 03851849 | BladeEngine 3 Dual-Port 10 Gigabit or Quad-Port 1 Gigabit Converged Network Controller with I/O Virtualization | | | | |
| JX0171 | BCM_EMX 03861265 - BCM_EMX 03861266 | FibreSpey Model 804 datasheet | | | | |
| JX0172 | BCM_EMX 03863352 - BCM_EMX 03863353 | FibreSpy Model 850 datasheet | | | | |
| JX0173 | BCM_EMX 03863354 - BCM_EMX 03863355 | FibreSpy Model 870 datasheet | | | | |
| JX0181 | BCM_EMX 03861263 - BCM_EMX 03861264 | InSpeed SOC 422 Datasheet | | | | |
| JX0182 | ELX-PAT-00029329 - ELX-PAT-00029421 | InSpeed SOC 422 User's Guide | | | | |
| JX0183 | BCM_EMX 03860597 - BCM_EMX 03860598 | InSpeed SOC 442 Datasheet | | | | |
| JX0189 | ELX-PAT-00079208 - ELX-PAT-00079212 | SOC 320 Embedded Storage Switch datasheet | | | | |

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**FINAL JOINT TRIAL EXHIBIT LIST**

| Joint Trial Exhibit No. | Bates Range | Description of Exhibit | Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| JX0190 | ELX-PAT-00010340 - ELX-PAT-00010386 | SOC 422, Product Overview and Implementation Notes | | | | |
| JX0197 | | Curriculum Vitae of Dr. Richard Fair | | | | |
| JX0198 | | Curriculum Vitae of Vladimir Stojanovic | | | | |
| JX0199 | | Curriculum Vitae of Amin Vahdat | | | | |
| JX0239 | AMCC X00001 - AMCC X00010 | Revised Netlist Descriptions | | | | |
| JX0272 | | 9/19/2000 U.S. Patent No. 6,121,793 (Pickering et al.) (5/12/2011 Dreux Depo Ex 6) | | | | |
| JX0273 | | 12/28/1999 U.S. Patent No. 6,008,670 (Pace et al.) (5/12/2011 Dreux Depo Ex 7) | | | | |
| JX0295 | ELX-PAT-5970240-57 | European Patent Specification EP 0 909 035 B1 | | | | |
| JX0332 | ELX-PAT-00045949-00046048 | U.S. Patent No. 6,247,138 (Exhibit 5 to Nikolic Opening Report) | | | | |
| JX0372 | LSI00000003-173 | LSI Source Code and Schematics | | | | |
| JX0372a | LSI00000003-173 | LSI Source Code and Schematics | | annotations removed from JX0372 | | |
| JX0388 | TEAC1 - TEAC517 | Toshiba Schematics | | | | |
| JX0389 | AppliedMicro 00001 - 00052 | AMCC QT2025 Schematics | | | | |
| JPX0001 | | Physical sample of OneConnect Adapters | | | | |
| JPX0002 | | BE2 ASIC (stand-alone) | | | | |
| JPX0003 | | BE3 ASIC (stand-alone) | | | | |
| JPX0004 | | OneConnect (BE2/QT2025) | | | | |
| JPX0005 | | OneConnect (BE3) | | | | |
| JPX0006 | | Lancer | | | | |
| JPX0007 | | Zephyr (stand-alone) | | | | |

- 4 -

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**FINAL JOINT TRIAL EXHIBIT LIST**

| Joint Trial Exhibit No. | Bates Range | Description of Exhibit | Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| JPX0008 | | Products Incorporating Zephyr | | | | |
| JPX0009 | | SOC320 | | | | |
| JPX0010 | | SOC422 | | | | |
| JPX0011 | | SOC442 | | | | |
| JPX0013 | | Model 850 | | | | |
| JPX0014 | | Model 870 | | | | |
| JPX0015 | | Products Incorporating Lancer | | | | |
| JPX0016 | | QT2025 (stand-alone) | | | | |
| JPX0017 | | Sequoia | | | | |

- 5 -

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| Broadcom's Trial Exhibit No. | Bates Range | Description of Exhibit | Emulex's Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| PX0001 | ELX-PAT-00029940 - ELX-PAT-00029947 | Obsidian (SOC422) Presentation with Signal Description | A | | | |
| PX0002 | ELX-PAT-00010052 - ELX-PAT-00010321 | Obsidian ASIC Design Specification, June 3, 2004 | A | | | |
| PX0008 | ELX-PAT-00029281 - ELX-PAT-00029321 | Vixel Inspeed SOC320 Product Overview and Implementation Notes | A | | | |
| PX0035 | ELX-PAT-05955181 - ELX-PAT-05955341 | CW108031 (12.5G Long Reach Transceiver) Datasheet, Jan. 7, 2010 | A | | | |
| PX0044 | ELX-PAT-00027024 - ELX-PAT-00027167 | InSpeed SOC422 Databook | A | | | |
| PX0045 | ELX-PAT-00081760 - ELX-PAT-00082086 | InSpeed SOC442 Databook (Preliminary) | A | | | |
| PX0046 | ELX-PAT-02165349 - ELX-PAT-02165945 | Twin Peaks ASIC Design Specification, Mar. 2, 2010 | A | | | |
| PX0047 | ELX-PAT-00068283 - ELX-PAT-00068425 | InSpeed SOC320 Databook | A | | | |
| PX0060 | ELX-PAT-02277319 - ELX-PAT-02277469 | Hydra 3.0 ASIC Design Specification, Oct. 22, 2001 | A, R | | | |
| PX0062 | ELX-PAT-02805633 - ELX-PAT-02805650 | DVT Twin Peaks B0 ASIC | A | | | |
| PX0063 | ELX-PAT-03122138 - ELX-PAT-03122290 | Vixel Boreas ASIC Design Specification | A | | | |
| PX0064 | ELX-PAT-02306601 - ELX-PAT-02306668 | FibreSpy SOC804 Databook | A | | | |
| PX0065 | ELX-PAT-02243131 - ELX-PAT-02243191 | Emulex FibreSpy Model 870-2 Embedded Storage Switch Users Guide | A | | | |
| PX0068 | ELX-PAT-05961177 - ELX-PAT-05961545 | Boreas ASIC Design Specification | A | | | |

- 6 -

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| Broadcom's Trial Exhibit No. | Bates Range | Description of Exhibit | Emulex's Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| PX0121 | | Item 3 Topic: The operation or functionality of any Emulex Product used… in any Pillar Products (Boulay, Ex. 4) | M | pp 1-4 only | | |
| PX0147 | BCM_EMX 00976351 - BCM_EMX 00976581 | Engineer Notebook | H, R, M, A | | | |
| PX0162 | ELX-PAT-03813119 - ELX-PAT-03813137 | Emulex OneConnect Advantages | B | | | |
| PX0167 | BCM_EMX 03844190 - BCM_EMX 03844196 | Merritt, Chipmakers ready 10G Ethernet for PCIe, virtualization, EETimesAsia | R | | | |
| PX0169 | ELX-PAT-00031955 - ELX-PAT-00031965 | Twin Peaks ASIC Vendor Power Discussion, Oct. 29, 2007 | R | | | |
| PX0176 | ELX-SC-00000015 - ELX-SC-00000057 | cls_counter.v RTL code for SOC 422 and SOC 442 | R, P, I | | | |
| PX0192 | BCM_EMX 03861258 - BCM_EMX 03861262 | InSpeed SOC 320, Embedded Storage Switch | H, | | | |
| PX0200 | ELX-SC-00000064 - ELX-SC-00000113 | rplu_arr.v code module SOC RTL Code for SOC 422, SOC 442, and SOC 320 | R, P, I | | | |
| PX0201 | ELX-SC-00000005 - ELX-SC-00000014; ELX-SC-00000036 - ELX-SC-00000039; ELX-SC-00000058 - ELX-SC-00000063 | rps_main.v code module SOC RTL Code for SOC 422, SOC 442, and SOC 320 | R, P, I | | | |
| PX0203 | ELX-PAT-00035194 - ELX-PAT-00035227 | SOC 422 API Test Plan Multiple SOC v2.1 | R, P | | | |
| PX0204 | ELX-PAT-00035488 - ELX-PAT-00035510 | SOC 422 API Test Report,V2.1, dated January 3, 2006 | R, P | | | |
| PX0215 | ELX-SC-00000217 - ELX-SC-00000228 | fairness.cpp firmware code for SOC 804 | R, P, I | | | |
| PX0252 | | Declaration of L. William Caraccio (AMCC) | H | Ex. C only | | |

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**PLAINTIFF'S FINAL TRIAL EXHIBIT LIST**

| Broadcom's Trial Exhibit No. | Bates Range | Description of Exhibit | Emulex's Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| PX0315 | | Davis Updated Exhibit 1: Curriculum Vitae of Julie L. Davis | | | | |
| PX0317 | | Davis Updated Exhibit 3: Damages Summary | | | | |
| PX0318 | | Davis Updated Exhibit 4: Damages Calculations – '194 Patent family | | | | |
| PX0319 | | Davis Updated Exhibit 5: Damages Calculations – '150 Patent | | | | |
| PX0320 | | Davis Updated Exhibit 6: Damages Calculations – Fibre Channel patents ('500 and '691 Patents) | | | | |
| PX0321 | | Davis Updated Appendix A: Emulex Sales and Profit Information | | | | |
| PX0322 | | Davis Appendix B: Broadcom Sales and Profit Information | | | | |

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Emulex's Trial Exhibit No. | Bates Range | Description of Exhibit | Broadcom's Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| DX0017 | | Multipage Gadzoox SEC filing obtained from the Edgar database, provided by the SEC (1/14/2011 Black Ex 6) | F, H, P, R | pp 1, 24, 27, 69 only | | |
| DX0157 | BCM_EMX_E00048106-237 | Broadcom Presentation re FAE training 5/2008 | P, R | redacted | | |
| DX0158 | BCM_EMX_E00048409-26 | Broadcom Presentation re FCoE Business Review | P, R | redacted | | |
| DX0161 | BCM_EMX02574309-11 | Email from Martin Lund to Mohan Kalkunte et al. re Meeting Minutes: HP/Broadcom FCOE Discussions (Very Important Please Read) | P, R | | | |
| DX0174 | BCM_EMX_E09105565-620 | Broadcom Presentation re Enterprise Networking Group, FCoE Market Penetration Strategy | P, R | redacted | | |
| DX0175 | BCM_EMX_E09107511-34 | Broadcom Presentation re Go-To-Market Plan for Broadcom 3G CNA | F | redacted | | |
| DX0218 | BCM_EMX_E07247908-60 | Broadcom Presentation re Project Fiji | P, R | redacted | | |
| DX0347 | | Bruce A. Wooley Curriculum Vitae (Exhibit C to Expert Report of Dr. Bruce Wooley On Invalidity of U.S. Patent Nos. 6,424,194, 7,486,124 and 7,724,057) | H | | | |
| DX0368 | | Curriculum Vitae for Gary Warden (Exhibit A to 4/19/2011 Report) | H | | | |
| DX0436 | | Borivoje Nikolic Curriculum Vitae (Appendix A to Opening Report) | H | | | |
| DX0457 | ELX-PAT-00045645-00045663 | Yang, et al. "A 0.8-um CMOS 2.5 Gb/s Oversampling Receiver and Transmitter for Serial Links" IEEE Journal of Solid-State Circuits, Vol. 31, No. 12 (Exhibit 9 to Nikolic Opening Report0 | H | | | |

- 9 -

**Broadcom Corporation v. Emulex Corporation**
**SACV 09-1058**

**DEFENDANT'S FINAL TRIAL EXHIBIT LIST**

| Emulex's Trial Exhibit No. | Bates Range | Description of Exhibit | Broadcom's Objections | Trial Notes | Date Identified | Date Admitted |
|---|---|---|---|---|---|---|
| DX0543 | ELX-PAT-10619670 - 10619671 | Datasheet: BladeEngine 3 Dual-Port 10 gigabit or Quad-Port 1 Gigabit Converged Network Controller with I/O Virtualization | H | | | |
| DX0667 | | Drawings | H, R, C, F | | | |
| DX0818 | ELX-PAT-00050794 - 000050795 | Fiedler - A 1.0625Gbps Transceiver with 2x-Oversampling and Transmit Signal Pre-Emphasis | R | | | |
| DX1096 | ELX-PAT-00011797-807 | US Patent 5,726,588 | H, P, R | | | |

- 10 -

*Broadcom Corporation v. Emulex Corporation*,
Case Nos.  SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Final Trial Exhibit List* was served upon the following parties as indicated below on this 27th day of October, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>Broadcom-Emulex@fr.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

**FINAL TRIAL EXHIBIT LIST**