1  Juanita R. Brooks (SBN 75934)
      brooks@fr.com
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**UNOPPOSED MOTION FOR WITHDRAWAL OF DANIEL C. CALLAWAY AS COUNSEL FOR EMULEX CORPORATION**<br><br>Hearing Date:  December 12, 2011<br>Time:          1:30p.m.<br>Place:         Courtroom 10C<br>Before:        Hon. James V. Selna |

    Defendant and Counterclaimant Emulex Corporation ("Emulex"), through its Attorneys, Fish & Richardson P.C., respectfully requests that the Court enter an order authorizing the withdrawal of attorney Daniel C. Callaway as counsel of record for Emulex. Mr. Callaway is no longer with the law firm of Fish & Richardson. Pursuant to Local Rule 83-2.9.2.1, written notice has been given to Emulex and to Broadcom. Broadcom does not oppose this request.

    Fish & Richardson remains counsel of record for Emulex, and granting this request will not delay the prosecution of this case. Emulex respectfully requests that

Mr. Callaway be removed from any case service lists. Copies of all pleadings and notices pertaining to the above-entitled matter should continue to be forwarded to all other attorneys of record for Emulex.

Dated: November 14, 2011

FISH & RICHARDSON P.C.

By: */s/ Wasif H. Qureshi*
    Wasif H. Qureshi

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

*Additional Counsel*

David M. Barkan (SBN 160825)
  *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
  *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
  *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
  *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
  *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50813955.doc

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 14, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Wasif H. Qureshi*
Wasif H. Qureshi

50813955.doc