UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF DANIEL C. CALLAWAY AS COUNSEL FOR EMULEX CORPORATOIN**<br><br>Hearing Date:  December 12, 2011<br>Time:         1:30p.m.<br>Place:        Courtroom 10C<br>Before:       Hon. James V. Selna |

Before the Court is the Motion of Emulex Corporation ("Emulex"), requesting that the Court enter an order authorizing the withdrawal of attorney Daniel C. Callaway as counsel for Emulex.  Having considered the matter, the Court grants the motion and hereby Orders the withdrawal of Daniel C. Callaway as counsel for Emulex in this action.  The Clerk is authorized to remove Daniel C. Callaway from electronic service as counsel for Emulex in this proceeding.

Dated: _____   _____
                                Hon. James V. Selna
                                United States District Judge

50813971.doc

1