WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br><br>And Related Counterclaims | CASE No.  SACV09-01058 JVS (ANx),<br>SACV10-03963-JVS (ANx)<br><br>**DECLARATION OF JASON H. LISS ACCOMPANYING BROADCOM CORPORATION'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW OF INFRINGEMENT OF CLAIM 1 OF THE '194 PATENT (BE3 AND QT205) AND CLAIM 5 OF THE '124 PATENT (SOC442)**<br><br>Before:          Hon. James V. Selna<br>Date:            December 12, 2011<br>Time:            3:00 p.m.<br>Courtroom:    10C<br><br>Before Hon. James V. Selna |

## DECLARATION OF JASON H. LISS

I, Jason H. Liss, hereby declare as follows:

1.      I am an attorney at law admitted to practice in the Commonwealth of Massachusetts (BBO #672902).  I was admitted *pro hac vice* in this action on March 15, 2010.  I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2.      I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3.      I make this declaration in relation to Broadcom's Reply Brief in Support of Its Motion for Judgment as a Matter of Law of Infringement of Claim 1 of the '194 Patent (BE3 and QT2025) and Claim 5 of the '124 Patent (SOC442).

4.      Attached hereto as Exhibit A is a true and accurate excerpt of Emulex's First Amended Preliminary Claim Constructions and Extrinsic Evidence dated June 18, 2010.

5.      Attached hereto as Exhibit B is a true and accurate excerpt of Emulex's First Amended Preliminary Claim Constructions and Extrinsic Evidence, dated September 10, 2010.

6.      Attached hereto as Exhibit C is a true and accurate excerpt of the transcript of the deposition of Borivoje Nikolic, taken June 8, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of December, 2011, in Boston, Massachusetts.


Jason H. Liss