EXHIBIT

A

1  GIBSON, DUNN & CRUTCHER, LLP
   Robert E. Cooper, SBN 35888
2   rcooper@gibsondunn.com
   Wayne M. Barsky, SBN 116731
3   wbarsky@gibsondunn.com
   David A. Battaglia, SBN 130474
4   dbattaglia@gibsondunn.com
   H. Mark Lyon, SBN 162061
5   mlyon@gibsondunn.com
   333 South Grand Ave.
6  Los Angeles, California 90071
   Telephone: (213) 229-7000
7  Facsimile: (213) 229-7380

8  GIBSON, DUNN & CRUTCHER, LLP
   Josh Krevitt, SBN 208552
9   JKrevitt@gibsondunn.com
   200 Park Avenue
10 New York, New York 10166
   Telephone: (212) 351-3500
11 Facsimile: (212) 351-6390

12 GIBSON, DUNN & CRUTCHER, LLP        EMULEX CORPORATION
   David A. Segal, SBN 166635          Randall Wick, SBN 95584
13  dsegal@gibsondunn.com               randall.wick@emulex.com
   3161 Michelson Drive                3333 Susan Street
14 Irvine, California 92612-4412       Costa Mesa, California 92626-7112
   Telephone: (949) 451-3800           Telephone: (714) 885-3691
15 Facsimile: (949) 451-4220           Facsimile: (714) 641-0172

16 Attorneys for Defendant and Counterclaim
   Plaintiff Emulex Corporation

17              UNITED STATES DISTRICT COURT

18              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19 BROADCOM CORPORATION,<br>20        Plaintiff,<br>21   vs.<br>22 EMULEX CORPORATION,<br>     Defendant.<br>23<br>24<br>25 And Related Counterclaims. | CASE NO. SACV 09-1058-JVS (ANx)<br><br>**EMULEX CORPORATION'S PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br><br>Honorable James V. Selna |

1

| Claim Term | Claims | Proposed Construction | Support |
|---|---|---|---|
| ... U.S.C. §112, ¶ 6] | | possession of said port integrated circuit. | |
| Backplane means for providing a plurality of separate backplane data paths [Governed by 35 U.S.C. §112, ¶ 6] | 5 | Structure: A ring of parallel point-to-point data paths comprised of a plurality of channels through a distributed crossbar switch for carrying multiple conversations of data between ports simultaneously. Function: Providing a plurality of separate backplane data paths. | *See, e.g.,* '500 Patent, col. 16, lines 26-38, col. 34, lines 18-33. |
| Interface means for coupling to a FCAL net [Governed by 35 U.S.C. §112, ¶ 6] | 5 | Structure: A serializer/deserializer to transmit and receive serial data and convert the serial data stream to and from multiple data streams used internally in the switch chip. Function: Coupling to a FCAL net. | *See, e.g.,* '500 Patent, col. 31, lines 63-67. |
| Crossbar switch means for coupling to said FCAL net interface and for coupling a port to any selectable one of said separate backplane data paths [Governed by 35 U.S.C. §112, ¶ 6] | 5 | Structure: A crossbar switch distributed over a plurality of integrated circuits. Function: Coupling to said FCAL net interface and for coupling a port to any selectable one of said separate backplane data paths. | *See, e.g.,* '500 Patent, col. 7, lines 25-38, col. 17, lines 40-64; '500 Patent File History, Response dated Oct. 2, 2007, pp. 8-9. |

## V. Counts VI - U.S. Patent No. 6,424,194,
## Count VII - U.S. Patent No. 7,038,516,
## Count VIII - U.S. Patent No. 7,486,124,
## Count IX - U.S. Patent No. 7,215,169

| Count 6 - U.S. Patent No. 6,424,194 ||||
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| (First/ second/ third) circuit(ry) | '194 patent, claims 1, 2, 3, 8, 11, 12, | A circuit section linked by a continuous signal path | *See, e.g.,* '194 patent, col. Figs. 10 and 11; col. 6, line 57 to col. 8, line 59; *See, e.g.,* '194 patent file history, Office |

17

| | | | |
|---|---|---|---|
| | 13, 14, 15, 17 | | Action, September 26, 2010; Notice of Allowability, January 27, 2002; *See, e.g.*, *Agere* claim construction Memorandum and Order at pp. 77-79. |
| First circuitry/ circuit block implemented using $C^3$MOS logic | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 7, 16, 17<br>'169 patent, claims 1, 9, 15 | Digital logic circuit section implemented entirely using $C^3$MOS logic. | *See, e.g.*, '194 patent, col. Figs. 10 and 11; col. 6, line 57 to col. 8, line 59; *See, e.g.*, '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002;<br>*See, e.g.*, *Agere* Claim Construction Memorandum & Order at pp. 77-78; *Agere* Order Regarding Claim Construction, produced at BCM_EMX 00957096 to BCM_EMX 00957099. |
| Implemented using $C^3$MOS logic | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 7, 16, 17<br>'169 patent, claims 1, 9, 15 | Fabricated to comprise entirely of C3MOS logic. | *See, e.g.*, '194 patent, col. Figs. 10 and 11; col. 6, line 57 to col. 8, line 59; *See, e.g.*, '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002;<br>*See, e.g.*, *Agere* Claim Construction Memorandum & Order at pp. 77-78; *Agere* Order Regarding Claim Construction. |
| Current-controlled complementary metal-oxide semiconductor logic/ $C^3$MOS logic | '194 patent, claims 1, 3, 5, 7, 8, 15, 17<br>'516 patent, claims 1, 7, 10, 16, 17<br>'124 patent, claims 1, 7, 8, 9, 15, 16, 17<br>'169 patent, claims 1, 6, 9, 15 | Digital logic circuitry (i.e., circuitry that reflects one of a set of discrete logical states, such as "0" or "1") fabricated using CMOS processes that is based on a current-controlled mechanism to maximize speed of operation. | *See, e.g.*, '194 patent, Figs. 1-12; col. 1 – 12; col. 2, line 23-32; col. 4, lines 9-15.<br>*See, e.g.*, U.S. Provisional Application 60/141355<br>*See, e.g.*, *Agere* Claim Construction Memorandum and Order at pp. 73-74; *Agere* Order Regarding Claim Construction. |
| Logic level(s) are signaled by current steering in one of two or more branches in response to differential input signals | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 1, 7, 10, 16, 17<br>'124 patent, claims 1, 7, 8, 9, 15, 16, 17<br>'169 patent, claims 1, 6, 9, 15 | One of a set of discrete logic levels (i.e., "0" or "1") is signaled by directing current through one of two or more branches in response to differential input signals. | *See, e.g..*, '194 patent, Figs. 10, 11, 12, abstract, col. 2, line 23 to col. 3, line 23; col. 6, line 57 to col. 8, line 59.<br>*See, e.g.*, U.S. Provisional Application 60/141355, produced at ELX-PAT-00011703 to ELX-PAT-00011710 |
| Current steering | '194 patent, claims 1, 8, | Directing current through one of two or more branches | *See, e.g.*, '194 patent, Figs. 10, 11, 12, abstract, col. 2, line 23 to col. 3, line |

| | | | |
|---|---|---|---|
| | 15, 17<br>'516 patent, claims 1, 7, 10, 16, 17<br>'124 patent, claims 1, 7, 8, 9, 15, 16, 17<br>'169 patent, claims 1, 6, 9, 15 | | 23; col. 6, line 57 to col. 8, line 59.<br>*See, e.g.*, U.S. Provisional Application 60/141355 |
| Conventional complementary metal-oxide semiconductor logic / standard CMOS logic | '194 patent, claims 1, 2, 8, 12, 15, 17<br>'516 patent, claims 4, 6, 7, 13, 15, 16, 17<br>'124 patent, claims 5, 6, 7, 8, 13, 14, 15, 16, 17<br>'169 patent, claims 1, 9, 15 | Digital logic circuitry (i.e., circuitry that reflects one of a set of discrete logical states, such as "0" or "1") formed using complementary CMOS transistors (n- and p-channel transistors) without using current steering techniques | *See, e.g.*, '194 patent, col. 4, lines 5-9.<br>*See, e.g., Agere* claim construction Memorandum and Order at pp. 79. |
| Second circuitry implemented using conventional CMOS logic | '194 patent, claims 1, 8, 15, 17<br>'516 patent, claims 16, 17<br>'169 patent, claims 1, 9, 15 | Digital logic circuit section implemented entirely using conventional CMOS logic without current steering techniques. | *See, e.g.*, '194 patent, Figs. 10, 11, 12; col. 6, lines 57- col. 8, line 59<br>*See, e.g., Agere* claim construction Memorandum & Order at p. 78; *Agere* Order Regarding Claim Construction. |
| Second circuitry being coupled to the first circuitry | '194 patent, claims 1, 8, 17 | The second circuitry is directly connected to the first circuitry. | *See, e.g.*, '194 patent, Figs. 10, 11, 12; col. 6, line 57 to col. 8, line 59.<br>*See, e.g., Agere*.claim construction order – Memorandum and Order at pp. 78-79; *Agere* Order Regarding Claim Construction.<br>*See, e.g., Wiley Electrical and Electronics Engineering Dictionary* 151 (Steven M. Kaplan ed., 2004) ("couple") |
| Input circuit | '194 patent, claims 1, 4 | A $C^3MOS$ circuit configured to deserialize the first signal. | *See, e.g.*, '194 patent, Figs. 10, 11, 12; col. 6, line 57- col. 8, line 59; *e.g.,* col. 7, lines 6-9; col. 7, lines 16-45; col. 8, lines 31-38;<br>*See, e.g.*, '194 file history, Applicant Remarks, March 26, 2001; Notice of Allowability, January 27, 2002 |

| Term | Claims | Construction | Support |
|---|---|---|---|
| Deserializ(e)(r)(ing)/ configured to deserialize | '194 patent, claims 1, 11, 15, 16<br>'169 patent, claims 10, 16 | Form multiple digital streams of data from a serial data input | *See, e.g.*, '194 patent, Figs. 10, 11, 12; col. 8, lines 7-38.<br>*See, e.g.*, '194 patent file history, Applicant Remarks, August 13, 2001;<br>*See, e.g., Agere* claim construction Memorandum and Order at pp. 74-77; *Agere* Order Regarding Claim Construction (for "serialize"). |
| Output circuit | '194 patent, claims 3, 17 | A $C^3$MOS circuit configured to serialize a plurality of signals into a single output signal. | *See, e.g.*, '194 patent, Figs. 10, 11, 12; col. 6, line 57- col. 8, line 59; *e.g.*, col. 7, lines 6-58; col. 8, lines 31-38;<br>*See, e.g.*, '194 patent, file history, Applicant Remarks, March 26, 2001; Notice of Allowability, January 27, 2002 |
| Serializ(e)(r)(ing)/ configured to serialize | '194 patent, claims 3, 13, 15, 17<br>'169 patent, claim 17 | Combine multiple streams of digital data to form a serial data output. | *See, e.g.*, '194 patent, Figs. 10, 11, 12; '194 patent, col. 6, lines 57- col. 8, line 59;<br>*See, e.g.*, '194 file history, Applicant Remarks, March 26, 2001; Applicant Remarks, August 13, 2001; Applicant Remarks, January 16, 2002.<br>*See, e.g.*, '670 patent file history, Applicant Remarks, December 2, 2003; Applicant Remarks, July 10, 2004; Applicant Remarks, December 13, 2004; Notice of Allowability, January 13, 2005;<br>*See, e.g.*, Agere claim construction Memorandum and Order at pp. 74-77; Agere Order Regarding Claim Construction. |
| Differential logic signal | 7 | A set of digital data represented by two signals that are the inverse of each other. | *See, e.g.*, '194 patent at col. 2, lines 39-63. |
| Resistive elements | 7 | Electrical components providing resistive loads | *See, e.g.*, '194 patent, Figs. 1-12; col. 4, lines 27-32 |
| Core transceiver circuitry | 14 | Circuitry that does not perform serialization or deserialization function and is implemented only in CMOS logic rather than C3MOS logic. | *See, e.g.*, '194 patent, fig. 10, 11, 12; Col. 6, line 57 to col. 8, line 59. |

Count 7 - U.S. Patent No. 7,038,516

| Claim Term | Claims | Proposed Construction | Support |
|---|---|---|---|
| (a/ an additional/ first/ second/ third) circuit block | '516 patent, claims 1, 4, 7, 10, 13, 16, 17<br>'124 patent, claims 5, 6, 13, 14<br>'169 patent, claims 1, 6, 8, 9, 10, 14, 15, 16, 17, 20 | A digital logic circuit section implemented entirely using either C3MOS logic or CMOS logic. | *See, e.g.*, '516 patent, Figs. 10, 11, 12; col. 6, line 20- col. 8, line 27.<br>'516 file history, Office Action, July 24, 2005; Applicant Remarks, October 27, 2005; Notice of Allowability, November 16, 2005. |
| Processing circuitry | 6, 15 | Circuitry that performs functions other than serialization or deserialization and is implemented only in CMOS logic rather than C3MOS logic. | *See, e.g.*, '516 patent at Fig. 10, 11, 12; '516 patent at col. 6, 20 – col. 8 27. |
| Deserialized signal | 1, 17 | Multiple digital streams of data formed from a serial input signal. | *See, e.g.*, '516 patent at Fig. 10, 11; '516 patent at col. 6, 20 – col. 8 27.<br>*See, e.g.*, '516 file history, Office Action, July 24, 2005; Notice of Allowability, November 16, 2005;<br>*See, e.g.*, '194 file history, Applicant Remarks August 13, 2001;<br>*See, e.g.*, '670 file history, Applicant Remarks, July 1, 2004; Applicant Remarks, December 13, 2004, produced at ELX-PAT-00011079 to ELX-PAT-00011428;<br>*See, e.g.*, '516 file history, Office Action, August 30, 2006. |

| Count 8 – U.S. Patent No. 7,486,124 ||||
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Deserializer circuit block | 1, 15, 16, 17, 20 | Digital logic circuit section that operates to deserialize. | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36;<br>*See, e.g.*, '124 file history – Office Action, May 22, 2008; Office Action September 19, 2007; Notice of Allowability, October 22, 2008; |
| Serializer circuit block | 7, 8, 9, 16, 17 | Digital logic circuit section that operates to serialize. | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36;<br>*See, e.g.*, '124 file history, Office |

| Claim Term | Claims | Proposed Construction | Support |
|---|---|---|---|
| | | | Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability (October 22, 2008). |
| An output that is operable to transmit the parallel signal by transmitting each signal of the plurality of signals. | 1 | An output circuit block that is operable to transmit the parallel signal by transmitting each signal of the plurality of signals | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36; *See, e.g.*, '124 file history, Office Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability (October 22, 2008). |
| (first/ second) information | '124 patent, claims 1, 2, 7, 8, 9, 10, 15, 16, 17<br>'169 patent, claims 2, 10, 16, 17 | Data in the form of digital logic signals. | *See, e.g.*, '124 patent, Abstract, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36; *See, e.g.*, '124 file history, Office Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability (October 22, 2008). |
| Core processing circuit block | 7, 8, 15, 16 | Circuit block that does not perform serialization or deserialization functions. | *See, e.g.*, '124 patent, Figs. 10, 11, 12; col. 6, line 34 to col. 8, line 36; *See, e.g.*, '124 file history, Office Action, May 22, 2008; Office Action, September 19, 2007; Notice of Allowability, October 22, 2008. |

| Count 9 - U.S. Patent No. 7,215,169 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| Serialized signal | 2 | A serial data stream formed from multiple streams of digital data | *See, e.g.*, '169 patent, Figs. 10, 11, 12; col. 6, line 26 to col. 8, line 31<br>*See, e.g.*, '169 file history, Office Action, August 30, 2006; Applicant Remarks, December 12, 2006; Notice of Allowability, January 5, 2007;<br>*See, e.g.*, '194 file history, Applicants Remarks, August 13, 2001;<br>*See, e.g.*, '670 patent file history, Applicant Remarks, July 1, 2004; Applicant Remarks, December 13, 2004. |

## VI.   Count X (U.S. Patent No. 7,313,623)

| Count 10 - U.S. Patent No. 7,313,623 | | | |
|---|---|---|---|
| Claim Term | Claims | Proposed Construction | Support |
| System for providing TCP/IP offload / system for providing | 1, 25 | regularly interacting group of components, including a host with software and a TOE or NIC with software, that | *See, e.g.*, Elzur et al., U.S. Patent No. 7,313,623 ("'623 patent"), col. 3, lines 43-55, col. 5, lines 10-13, col. 6, lines 45-53, col. 7, lines 61-67, col. 8, lines |

| | |
|---|---|
| Dated: June 18, 2010 | GIBSON, DUNN & CRUTCHER LLP<br>Robert E. Cooper<br>Wayne Barsky<br>David A. Battaglia<br>H. Mark Lyon<br>Josh Krevitt<br>David A. Segal<br><br>EMULEX CORPORATION<br>Randall Wick, SBN 95584<br><br>By: /s/ H. Mark Lyon<br>　　　　　　　H. Mark Lyon<br><br>Attorneys for Defendant and Counterclaim Plaintiff Emulex Corporation |

100889160_1.DOC