EXHIBIT

B

1  GIBSON, DUNN & CRUTCHER, LLP
   Robert E. Cooper, SBN 35888
2   rcooper@gibsondunn.com
   H. Mark Lyon, SBN 162061
3   mlyon@gibsondunn.com
   Y. Ernest Hsin, SBN 201668
4   ehsin@gibsondunn.com
   2029 Century Park East
5  Los Angeles, California 90067-4276
   Telephone:  (310) 552-8500
6  Facsimile:   (310) 557-8741

7  GIBSON, DUNN & CRUTCHER, LLP
   Josh Krevitt, SBN 208552
8   jkrevitt@gibsondunn.com
   200 Park Avenue
9  New York, New York 10166
   Telephone:  (212) 351-3500
10 Facsimile:   (212) 351-6390

11 GIBSON, DUNN & CRUTCHER LLP
   David A. Segal, SBN 166635
12  dsegal@gibsondunn.com
   3161 Michelson Drive
13 Irvine, California 92612-4412
   Telephone:  (949) 451-3800
14 Facsimile:   (949) 451-4220

15 FISH & RICHARDSON P.C.
   David M. Barkan, SBN 160825
16  barkan@fr.com
   500 Arguello Street, Suite 500
17 Redwood City, CA 94063-1526
   Telephone:  (650) 839-5070
18 Facsimile:   (650) 839-5071

19 [Additional Counsel Listed on Signature Page]

20 Attorneys for Defendant and Counterclaim
   Plaintiff Emulex Corporation

21

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>     Plaintiff,<br><br>    vs.<br><br>EMULEX CORPORATION,<br><br>     Defendant.<br><br>And Related Counterclaims. | CASE NO. SACV 09-1058-JVS (ANx)<br><br>**EMULEX'S FIRST AMENDED PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE** |

| | | within the switch of multiple access requests to a busy destination node. | 2008, pp. 11-12. |

**U.S. Patent Nos. 6,424,194, 7,486,124, and 7,724,057**

| Claim Term | Claims | Proposed Construction | Support |
|---|---|---|---|
| implemented using current-controlled complementary metal-oxide semiconductor $C^3$MOS logic | '194: 1, 4<br>'124: 5 | comprised entirely of $C^3$MOS logic | *See, e.g.*, '194 patent, col. Figs. 10 and 11 (and accompanying text); col. 6, line 57 to col. 8, line 59.<br><br>*See, e.g.*, December 19, 2003 Response to Office Action, in U.S. Patent Application No. 10/177,031.<br><br>*See, e.g.*, '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002; Response to May 23, 2001 Office Action; Response to January 4, 2001 Office Action; Response to May 23, 2001 Office Action; Response to September 26, 2001 Office Action.<br><br>*See, e.g.*, U.S. Patent Application No. 10/143,087 file history, Response to April 20, 2004 Office Action; Response to May 18, 2003 Office Action; Response to August 25, 2004 Office Action.<br><br>*See, e.g.*, Response to September 7, 2006 Office Action, in U.S. Patent Application No. 11/385,632.<br><br>*See, e.g.*, Agere Claim Construction Memorandum & Order at pp. 77-78; Agere Order Regarding Claim Construction.<br><br>*See, e.g.*, Deposition of A. Hairapetian, June 3, 2004, at 111:12-16; 112:7-15; 113:21 – 114:5; 130:19 – 131:20; 272:7 – 273:9.<br><br>*See, e.g.*, August 25, 2010 Deposition of Dr. Vladimir Stojanovic.<br><br>*See, e.g.*, April 14, 2004 Deposition of Dr. Richard Fair; *see also* Expert of Dr. Richard Fair re U.S. Patent No. 6,424,194. |
| current-controlled complementary metal-oxide | '194: 1, 4<br>'124: 5 | digital logic circuitry based on current steering circuit techniques and fabricated | *See, e.g.*, '194 patent, Figs. 1-12; col. 1 – 12; col. 2, line 23-32; col. 4, lines 9- 15.  *See, e.g.*, U.S. Provisional |

11

| | | | |
|---|---|---|---|
| semiconductor C$^3$MOS [logic/circuit] | '057: 42, 43, 44, 64 | using CMOS processes | Application 60/141355. |
| | | | *See, e.g.*, Agere Claim Construction Memorandum and Order at pp. 73-74; Agere Order Regarding Claim Construction, produced at BCM_EMX00957096 to BCM_EMX 00957099. |
| | | | *See, e.g.*, December 19, 2003 Response to Office Action, in U.S. Patent Application No. 10/177,031. |
| | | | *See, e.g.*, '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002; Response to May 23, 2001 Office Action; Response to January 4, 2001 Office Action; Response to May 23, 2001 Office Action; Response to September 26, 2001 Office Action. |
| | | | *See, e.g.*, U.S. Patent Application No. 10/143,087 file history, Response to April 20, 2004 Office Action; Response to May 18, 2003 Office Action; Response to August 25, 2004 Office Action. |
| | | | *See, e.g.*, Response to September 7, 2006 Office Action, in U.S. Patent Application No. 11/385,632. |
| | | | *See, e.g.*, Deposition of A. Hairapetian, June 3, 2004, at 111:12-16; 112:7-15; 113:21 – 114:5; 130:19 – 131:20; 272:7 – 273:9. |
| | | | *See, e.g.*, August 25, 2010 Deposition of Dr. Vladimir Stojanovic. |
| | | | *See, e.g.*, April 14, 2004 Deposition of Dr. Richard Fair; see also Expert of Dr. Richard Fair re U.S. Patent No. 6,424,194. |
| logic levels | '194: 1, 4<br>'124: 5 | digital signal states (i.e., "0" or "1") | *See, e.g.*, '194 patent, Figs. 10, 11, 12, abstract, col. 2, line 23 to col. 3, line 23; col. 6, line 57 to col. 8, line 59. |
| | | | *See, e.g.*, U.S. Provisional Application 60/141355, produced at ELX-PAT-00011703 to ELX-PAT-00011710. |
| | | | *See, e.g.*, December 19, 2003 Response to Office Action, in U.S. Patent Application No. 10/177,031. |
| | | | *See, e.g.*, '194 patent file history, |

| | | | | |
|---|---|---|---|---|
| | | | | Office Action, September 26, 2010; Notice of Allowability, January 27, 2002; Response to May 23, 2001 Office Action; Response to January 4, 2001 Office Action; Response to May 23, 2001 Office Action; Response to September 26, 2001 Office Action. |
| | | | | *See, e.g.*, U.S. Patent Application No. 10/143,087 file history, Response to April 20, 2004 Office Action; Response to May 18, 2003 Office Action; Response to August 25, 2004 Office Action. |
| | | | | *See, e.g.*, Response to September 7, 2006 Office Action, in U.S. Patent Application No. 11/385,632. |
| | | | | *See, e.g.*, Deposition of A. Hairapetian, June 3, 2004, at 111:12-16; 112:7-15; 113:21 – 114:5; 130:19 – 131:20; 272:7 – 273:9. |
| | | | | *See, e.g.*, August 25, 2010 Deposition of Dr. Vladimir Stojanovic. |
| | | | | *See, e.g.*, April 14, 2004 Deposition of Dr. Richard Fair; *see also* Expert of Dr. Richard Fair re U.S. Patent No. 6,424,194. |
| | current steering / current steering circuit | '194: 1, 4<br>'124: 5<br>'057: 42, 43, 44, 64, 81, 84 | directing constant flow of available sourced current into one of two or more branches /<br><br>a circuit that directs constant flow of available sourced current into one of two or more branches | *See, e.g.*, '194 patent, Figs. 10, 11, 12, abstract, col. 2, line 23 to col. 3, line 23; col. 6, line 57 to col. 8, line 59. |
| | | | | *See, e.g.*, U.S. Provisional Application 60/141355. |
| | | | | *See, e.g.*, December 19, 2003 Response to Office Action, in U.S. Patent Application No. 10/177,031. |
| | | | | *See, e.g.*, '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002; Response to May 23, 2001 Office Action; Response to January 4, 2001 Office Action; Response to May 23, 2001 Office Action; Response to September 26, 2001 Office Action. |
| | | | | *See, e.g.*, U.S. Patent Application No. 10/143,087 file history, Response to April 20, 2004 Office Action; Response to May 18, 2003 Office Action; Response to August 25, 2004 Office Action. |
| | | | | *See, e.g.*, Response to September 7, |

13

| | | | |
|---|---|---|---|
| | | | 2006 Office Action, in U.S. Patent Application No. 11/385,632. |
| | | | *See, e.g.*, Deposition of A. Hairapetian, June 3, 2004, at 111:12-16; 112:7-15; 113:21 – 114:5; 130:19 – 131:20; 272:7 – 273:9. |
| | | | *See, e.g.*, August 25, 2010 Deposition of Dr. Vladimir Stojanovic. |
| | | | *See, e.g.*, April 14, 2004 Deposition of Dr. Richard Fair; *see also* Expert of Dr. Richard Fair re U.S. Patent No. 6,424,194. |
| implemented using conventional complementary metal-oxide semiconductor (CMOS) logic | '194: 1, 4<br>'124: 5<br>'057: 42, 64, 81, 84 | comprised entirely of conventional CMOS logic | *See, e.g.*, '194 patent, Figs. 10, 11, 12; col. 6, lines 57- col. 8, line 59. |
| | | | *See, e.g.*, Agere claim construction Memorandum & Order at p. 78; Agere Order Regarding Claim Construction. |
| | | | *See, e.g.*, December 19, 2003 Response to Office Action, in U.S. Patent Application No. 10/177,031. |
| | | | *See, e.g.*, '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002; Response to May 23, 2001 Office Action; Response to January 4, 2001 Office Action; Response to May 23, 2001 Office Action; Response to September 26, 2001 Office Action. |
| | | | *See, e.g.*, U.S. Patent Application No. 10/143,087 file history, Response to April 20, 2004 Office Action; Response to May 18, 2003 Office Action; Response to August 25, 2004 Office Action. |
| | | | *See, e.g.*, Response to September 7, 2006 Office Action, in U.S. Patent Application No. 11/385,632. |
| | | | *See, e.g.*, Deposition of A. Hairapetian, June 3, 2004, at 111:12-16; 112:7-15; 113:21 – 114:5; 130:19 – 131:20; 272:7 – 273:9. |
| | | | *See, e.g.*, August 25, 2010 Deposition of Dr. Vladimir Stojanovic. |
| | | | *See, e.g.*, April 14, 2004 Deposition of Dr. Richard Fair; *see also* Expert of Dr. Richard Fair re U.S. Patent No. 6,424,194. |

14

| | | | |
|---|---|---|---|
| conventional complementary metal-oxide semiconductor (CMOS) logic | '194: 1, 4<br>'124: 5<br>'057: 42, 64, 81, 84 | digital logic circuitry formed using complementary MOS transistors (n- and p- channel transistors) and not using current steering circuits | *See, e.g.*, '194 patent, col. 4, lines 5-9.<br>*See, e.g.*, Agere claim construction Memorandum and Order at pp. 79.<br>*See, e.g.*, December 19, 2003 Response to Office Action, in U.S. Patent Application No. 10/177,031.<br>*See, e.g.*, '194 patent file history, Office Action, September 26, 2010; Notice of Allowability, January 27, 2002; Response to May 23, 2001 Office Action; Response to January 4, 2001 Office Action; Response to May 23, 2001 Office Action; Response to September 26, 2001 Office Action.<br>*See, e.g.*, U.S. Patent Application No. 10/143,087 file history, Response to April 20, 2004 Office Action; Response to May 18, 2003 Office Action; Response to August 25, 2004 Office Action.<br>*See, e.g.*, Response to September 7, 2006 Office Action, in U.S. Patent Application No. 11/385,632.<br>*See, e.g.*, Deposition of A. Hairapetian, June 3, 2004, at 111:12-16; 112:7-15; 113:21 – 114:5; 130:19 – 131:20; 272:7 – 273:9.<br>*See, e.g.*, August 25, 2010 Deposition of Dr. Vladimir Stojanovic.<br>*See, e.g.*, April 14, 2004 Deposition of Dr. Richard Fair; see also Expert of Dr. Richard Fair re U.S. Patent No. 6,424,194. |
| coupled | '194: 1, 4<br>'057: 42, 43, 44, 64, 81, 84 | directly connected | *See, e.g.*, '194 patent, Figs. 10, 11, 12; col. 6, line 57 to col. 8, line 59.<br>*See, e.g.*, Agere claim construction order – Memorandum and Order at pp. 78-79; Agere Order Regarding Claim Construction.<br>*See, e.g.*, *Wiley Electrical and Electronics Engineering Dictionary* 151 (Steven M. Kaplan ed., 2004) ("couple"). |

**U.S. Patent No. 7,313,623**

15

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| Dated: September 10, 2010 | GIBSON, DUNN & CRUTCHER LLP<br>Robert E. Cooper<br>H. Mark Lyon<br>Y. Ernest Hsin<br>Josh Krevitt<br>David A. Segal<br><br>FISH & RICHARDSON P.C.<br>David M. Barkan<br><br>FISH & RICHARDSON P.C.<br>Joseph V. Colaianni, Jr., *Pro Hac Vice*<br>  colaianni@fr.com<br>1425 K. Street NW, Suite 1100<br>Washington, DC 20005<br>Telephone:  (202) 783-5070<br>Facsimile:   (202) 783-2331<br><br>JEFFER MANGELS BUTLER<br>& MITCHELL LLP<br>Stanley M Gibson, SBN 162329<br>  smg@jmbm.com<br>1900 Avenue of the Stars, 7th Floor<br>Los Angeles, CA 90067-4308<br>Telephone:  (310) 203-8080<br>Facsimile:   (310) 203-0567<br><br>EMULEX CORPORATION<br>Randall Wick, SBN 95584<br>  randall.wick@emulex.com<br>3333 Susan Street<br>Costa Mesa, California 92626-7112<br>Telephone:  (714) 885-3691<br>Facsimile:   (714) 641-0172<br><br>By:   /s/ H. Mark Lyon<br>          H. Mark Lyon<br><br>Attorneys for Defendant and Counterclaim Plaintiff Emulex Corporation |

100933185_9.DOC