EXHIBIT

C

Highly Confidential-Outside Attorneys Eyes Only

Page 188

1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF CENTRAL CALIFORNIA

3

4    BROADCOM CORPORATION,

5                    Plaintiff,

6    vs.                      Case No.: SACV 09-1058-JVS (ANx)

                              consolidated with

7                              CV 10-3963 JVS (ANx)

8    EMULEX CORPORATION,

9                    Defendant.

10   _____/

11   And Related Counter Claims.

12

13

14     HIGHLY CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY

15           DEPOSITION OF BORIVOJE NIKOLIC

16             Wednesday, June 8, 2011

17            VOLUME II, Pages 187 to 308

18

19        REPORTER'S TRANSCRIPT OF PROCEEDINGS

          BY APRIL DAWN HEVEROH, CSR NO. 8759

20

21   _____

22                 VERITEXT REPORTING

23

     Job No. CS335434

24

25

Highly Confidential-Outside Attorneys Eyes Only

Page 215

1   see that?

2       A.   Yes, I do.

3       Q.   Is it your opinion that to infringe any of the

4   asserted claims of the 194 patent family, the

5   serialization or deserialization must be done using

6   CQMOS circuitry?

7           MR. QURESHI:  Objection.  Form.

8           THE WITNESS:  The answer to that can be given

9   only in the light of specific claims that are being

10  asserted.  So you have a question about specific claims

11  or -- I don't understand what is the infringement of the

12  patent family.  The way I understand this case, we are

13  talking about infringement of particular claims of the

14  three patents.

15          MR. TOMPROS:  Q.  And we will go through claim

16  by claim.  I just wanted to make sure I had the

17  framework first.  The last sentence of paragraph 49

18  says, "As I fully outline below, it is my opinion that

19  such dissociation does not meet the elements of the

20  asserted claims."  Do you see that?

21      A.   Yes.

22      Q.   Can you explain by what you mean by "such

23  dissociation"?

24      A.   What I mean by that here, and I believe we'll

25  be going through more -- I hope we'll be going through a

Highly Confidential-Outside Attorneys Eyes Only

Page 216

1   more detailed discussion about this, but my pointing to

2   in this case is the fact that there is some logic, or

3   there is some circuits, typically analogue circuits,

4   implemented using differential pairs that are used for

5   signal conditioning but are not performing

6   deserialization whatsoever.  And then there are other

7   circuits that are performing deserialization that are

8   definitely not implemented in C3MOS.  So the circuits

9   that Dr. Fair points to as C3MOS circuits in most cases

10  are, first of all, not C3MOS circuits, particularly not

11  C3MOS logic, and the second is that they do not perform

12  deserialization.  He points to deserialization that

13  happens at some other part of the chip where there is no

14  current mode logic.

15       Q.   Just to clarify that, I want to ask this in a

16  hypothetical way, then.  Does a product that contains a

17  CQMOS circuit that does not perform deserialization and

18  also a circuit that does perform deserialization but

19  that is not CQMOS, can such a product infringe any of

20  the asserted claims?

21       A.   That's a very hypothetical question, and I can

22  give you a hypothetical answer:  Possibly.  It really

23  depends on the implementation.

24       Q.   Okay.

25            MR. QURESHI:  I object to the form of the

Highly Confidential-Outside Attorneys Eyes Only

Page 217

1    question.

2            MR. TOMPROS:   Q.   Let's go claim by claim as we

3    have just discussed.  Can I ask you to look first at the

4    194 patent at claim 1, which appears on column 8.   It

5    continues on to column 9.  And the limitation that I

6    want you to focus on is the last one that begins

7    "Wherein the first circuitry."

8        A.    "Wherein the first circuitry comprises an input

9    circuit that is implemented using the C3MOS logic, and

10   is configured to deserialize the first signal into a

11   plurality of lower frequency signals."

12       Q.    That -- does that limitation require that

13   the -- do you see the reference to an input circuit in

14   that limitation?

15       A.    Yes, I do.

16       Q.    Does that limitation require that the input

17   circuit be configured to deserialize?

18       A.    I believe so, and that is supported by the

19   prosecution history --

20       Q.    And how so?

21       A.    -- of this patent, as well as the read of the

22   claim.

23            I would like you -- I would like to point you

24   to paragraph 48, and please give me a second to read

25   that.

Highly Confidential-Outside Attorneys Eyes Only

Page 218

1       If you take a look in the quote that I provided

2    in paragraph 48, under quotation marks the applicant for

3    the 194 patent states, "An input" -- claim 14 recites,

4    in part, under quotation marks, "An input circuit that

5    is implemented using the C3MOS logic, and is configured

6    to deserialize the input signal into a plurality of

7    lower frequency signals."  It is where the applicant

8    ties the deserialization function to the input

9    circuitry.

10    Q.   So the part that you're relying on is the

11    part -- we're looking now on paragraph 48 of your

12    report, the block quote to the response to office action

13    mailed January 14th, 2001 at page 7, and you're relying

14    on the language there, "Claim 14 recites in part,"

15    quote, "an input circuit that is implemented using the

16    C3MOS logic and is configured to deserialize the input

17    signal into a plurality of lower frequency signals."

18    A.   Correct.

19    Q.   And it's that language in the prosecution

20    history that is the basis for your belief that the input

21    circuit, itself, must be configured to deserialize?

22    A.   That is correct.  And that -- to add to that

23    point, this is the language that the applicant has used

24    when asking for the claim to be allowed.

25    Q.   Is there anything in the claim language itself,

Highly Confidential-Outside Attorneys Eyes Only

Page 219

1   separate and apart from the prosecution history, that

2   would require that the input circuit be used -- be

3   configured to deserialize?

4        A.   Certainly.   Claim 1 describes a metal oxide

5   semiconductor field effect transistor MOSFET circuit

6   fabricated on the silicon substrate comprising, and then

7   adds limitations, or the first limitation introduced

8   says what the first circuitry is.   The first circuitry

9   implemented using current control complimentary metal

10  oxide semiconductor C3MOS logic, wherein logic levels

11  are signaled by current steering in one of two or more

12  branches in response to differential input signals.   The

13  first circuitry being configured to process a first

14  signal having a first frequency end, and there is the

15  second limitation and comes the third limitation that

16  says, "Wherein the first circuitry comprises a new

17  entity, an input circuit that is implemented using the

18  C3MOS logic with this additional statement, and it's

19  configured to deserialize the first signal into a

20  plurality of lower frequency signals, and if anything is

21  unclear about that, we can refer to the prosecution

22  history to -- for any needed clarifications.

23       Q.   Understood.   So the -- the phrase that we would

24  be referring to the prosecution history to seek some

25  clarity on is what is modified -- strike that.

Highly Confidential-Outside Attorneys Eyes Only

Page 220

1          -- what is modified by and is configured to

2     deserialize the first signal?  That's the phrase that

3     we're looking at, right?

4          MR. QURESHI:  Objection to the form.

5          THE WITNESS:  Where does the word "modified by"

6     come in?

7          MR. TOMPROS:  Q.  So -- what I'm trying to get

8     at is it's -- your view is that it is the input circuit

9     that must be configured to deserialize the first signal,

10    correct?

11        A.    That is correct.

12        Q.    An alternative reading of this, which you may

13    disagree with, is that it is the first circuitry that

14    must be configured to deserialize the first signal, that

15    you agree that is an alternative.

16        A.    But I don't read it as an alternative.

17        Q.    And -- so what I am -- I just want to set out

18    the dispute, all right?  And the dispute seems to be you

19    read, "and is configured to deserialize," that language

20    to modify the words "input circuit", whereas in the

21    alternative reading those would modify the words "first

22    circuitry".  Is that a fair characterization of the

23    dispute?

24        MR. QURESHI:  Objection to the form.

25        THE WITNESS:  Can you be a little bit more

Highly Confidential-Outside Attorneys Eyes Only

Page 221

1  concise in your question such that I can more clearly --

2  clearly answer it?

3          MR. TOMPROS:  Q.  Sure.  The limitation that

4  we're discussing, which is the last limitation of claim

5  1 of the 194 patent, has an input circuit that is

6  implemented using the CQMOS logic, right?

7      A.    Correct.

8      Q.    If the input circuit that is implemented, the

9  CQMOS logic, is configured to deserialize, then the same

10  input circuit, in your view, would have to have both

11  CQMOS logic and be doing deserializing, right?

12      A.    Correct.

13      Q.    If the first circuitry of that limitation

14  comprises both an input circuit and circuitry configured

15  to deserialize the first signal, then the input circuit

16  would not have to do the deserialization, right?

17      A.    Is that a hypothetical question?

18      Q.    That's a hypothetical question.

19          MR. QURESHI:  I object to the form of that

20  question.

21          THE WITNESS:  Hypothetically, that may be true,

22  but it is not related to this patent.  In order for this

23  claim not to be vague, it has to be interpreted the way

24  I'm interpreting it.  It was a similar opinion of the

25  patent examiner who has allowed this claim only after

Highly Confidential-Outside Attorneys Eyes Only

Page 222

1  the -- this clarification has been added that an input

2  circuit that is implemented uses C3MOS logic and is

3  configured to deserialize the input signal into a

4  plurality of lower frequency signals has been added.

5        MR. TOMPROS:  Q.  Okay.  So in your opinion, it

6  is that limitation that requires the circuit configured

7  to deserialize to be implemented in CQMOS logic; is that

8  right?

9        A.   This was, again, not completely clear question,

10  so I'm asking you to please repeat it.

11       Q.   Sure.  It is, in your opinion -- let me back up

12  and ask a foundational question.

13        In your opinion, claim 1 of the 194 patent

14  requires circuitry that is implemented using CQMOS logic

15  that is configured to deserialize the first signal; is

16  that right?

17        MR. QURESHI:  Object to the form of the

18  question.

19        THE WITNESS:  The first claim has

20  three limitations.  All three limitations of this claim

21  have to be met.  I am not sure that I understand why are

22  you trying to simplify that.

23        MR. TOMPROS:  Q.  I'm just trying to get to the

24  root in the claim of what I think is your view that the

25  deserialization has to happen in CQMOS.

Highly Confidential-Outside Attorneys Eyes Only

Page 223

1    A.    I expressed it clearly several times.

2   Deserialization -- as required by the third limitation

3   it says, "The first circuitry comprises an input circuit

4   and is implemented using the C3MOS logic and is

5   configured to deserialize the first signal into a

6   plurality of lower frequency signals."  The way how I

7   read it, by using the logic where input circuit is a new

8   object defined in this third limitation that is

9   different than the first circuitry is the one that is

10  introduced and is configured to deserialize the first

11  signal, and again, this is affected by the prosecution

12  history.

13    Q.    Can I ask you to look in the 194 patent at

14  column 7, and in particular, starting at about line 9,

15  line 9 -- I just want to ask you your understanding of

16  one term in this line first.  Line 9 in the middle of

17  the line begins with the sentence, "The circuit also

18  employs CQMOS logic" -- sorry.  I read that complete

19  incorrect.  I was thrown off by the subscript.

20          MR. QURESHI:  I was, too.

21          MR. TOMPROS:  Let me try again.

22    Q.    This is column 7, line 9, "The circuit also

23  employs C3MOS to divide down the frequency of the

24  signals being processed to a low enough frequency where

25  conventional CMOS logic can be used."

Highly Confidential-Outside Attorneys Eyes Only

Page 224

1          Do you see that sentence?

2     A.    I do.

3     Q.    Dividing down the frequency of the signals

4   being processed, is that describing deserializing?

5     A.    Your question is vague again.  Dividing down

6   the frequency is dividing down the frequency and it does

7   not describe deserializing.  It can be a part of

8   deserialization process.

9     Q.    So that language, then, "divide down the

10  frequency of the signals", could be describing a circuit

11  that does not deserialize?

12    A.    What is the -- that sentence pointing to is a

13  description of what is shown in figure 11 where there is

14  a frequency divider, 1102, that is the part of the input

15  circuitry implemented in C3MOS logic, but in addition to

16  that divider, there are two latches that are claimed to

17  be performing deserialization.

18    Q.    So --

19    A.    I'm sorry.  The latches are, for the clarity,

20  labeled as 1104 and 1106.

21    Q.    That's exactly what I was going to do.

22  Referring to figure 11, and on the -- in figure 11 of

23  the 194 patent there's a -- referring to the dotted box

24  on the left side that says "C3MOS", right?

25    A.    That is correct.

Highly Confidential-Outside Attorneys Eyes Only

Page 225

1    Q.   And you've pointed us to the two latches, 1106

2    and 1104 in that C3MOS box, right?

3    A.   Correct.

4    Q.   And they are part of the input circuit as

5    you've just described?

6    A.   That is correct.

7    Q.   And there's also a box labeled 1102 which is a

8    flip-flop, right?

9    A.   Correct.

10   Q.   And that flip-flop is also within the dotted

11   box CQMOS, right?

12   A.   Correct.

13   Q.   And that flip-flop is also part of the input

14   circuitry, correct?

15   A.   Your question is, again, vague, and that has --

16   what is input circuitry has to be defined in

17   relationship with what is being processed.  So going

18   back to the claim, the first circuitry is implemented

19   using current control complimentary metal oxide

20   semiconductor logic.  Wherein logic levels are signaled

21   by current steering in one of two or more branches in

22   response to the differential input signals, the first

23   circuitry being configured to process a first signal

24   having a first frequency.

25           Now, the third limitation refers back to that

Highly Confidential-Outside Attorneys Eyes Only

Page 226

1   first signal which is specified but by its first

2   frequency.  That is the one that is being deserialized

3   into a plurality of lower frequency signals.  So the

4   input circuit is the one that has to receive that --

5   that is inside the first circuitry that receives the

6   first signal that is characterized by its frequency

7   being the first frequency.

8        Q.   So I think we turned to figure 11 because we

9   had been looking at that language that I directed you to

10  in column 7 starting at line 9 about the circuit

11  employing C3MOS to divide down the frequency.  So just

12  to make sure I have your opinion correct, dividing down

13  the frequency does not necessarily mean deserializing?

14       A.   Not necessarily.  Absolutely.  You're

15  absolutely correct.

16       Q.   Does the flip-flop that you identified in

17  figure 11 divide down the frequency of the signals?

18       A.   Yes.

19       Q.   And can I ask you to go up a sentence in column

20  7 to the sentence beginning at line 5 that says, "For

21  example, to enable an integrated circuit to be used in

22  ultra high-speed applications, the input and output

23  circuitry that interfaces with and processes the

24  high-speed signals is implemented using C3MOS.  Do you

25  see that?

Highly Confidential-Outside Attorneys Eyes Only

Page 227

1      A.    I'd like to read this whole paragraph so we
2   don't take things out of context.
3      Q.    Sure.   That's absolutely fine.
4      A.    I did read it last night again, but let's make
5   sure that we are all on the same page.
6      Q.    I agree this one is complicated.
7      A.    Yes.   Maybe after the next question I'll ask
8   for a break to refill.
9      Q.    Sure.   Why don't we just take a break now,
10  unless -- I don't think there is a question pending.
11          MR. QURESHI:   I think there is.
12          MR. TOMPROS:   Oh, there is?   I'm sorry.   Go
13  ahead.
14          THE WITNESS:   There is possibly a question.
15          MR. TOMPROS:   Could we have the question back?
16          THE WITNESS:   Have I seen some sentence?
17          MR. TOMPROS:   Q.   Oh, yes, a very uninteresting
18  question pending, which is I'm directing you to the
19  sentence --
20          Well, before I actually ask this, do you want
21  to finish this line for the next couple minutes and then
22  take a break?
23     A.    Absolutely.
24     Q.    Okay.   So in column 7, starting at about line 5
25  there's the sentence that begins, "For example," and it

Highly Confidential-Outside Attorneys Eyes Only

Page 228

1   continues "to enable an integrated circuit to be used in

2   ultra high-speed applications, the input and output

3   circuitry that interfaces with and processes the

4   high-speed signals is implemented using CQMOS.  You see

5   that sentence, right?

6        A.   I do.

7        Q.   And that sentence refers to the input and

8   output circuitry; is that right?

9        A.   Yes.

10        Q.   Okay.  The -- do you have an understanding of

11   what ultra high-speed applications refers to?

12        A.   Previously in that paragraph the inventor

13   defines ultra high-speed and puts in parentheses exempli

14   gratia gigahertz.  So at the time when this invention

15   was conceived, operating a circuit at gigahertz clock

16   frequencies was considered to be ultra high speed.  The

17   definition of what ultra high speed means is very

18   relative and there is no common term in the engineering

19   community that would reflect that.  There is no

20   common -- I'm sorry.  There is no common meaning what

21   ultra high speed means, and the meaning is given here by

22   the inventor in the parentheses.

23        Q.   So in the context of ultra high-speed

24   applications, as the inventor is using it in this

25   paragraph, the input and output circuitry is implemented

Highly Confidential-Outside Attorneys Eyes Only

Page 229

1    using CQMOS, right?

2         A.    Yes, that's what the sentence says.

3         Q.    And then the sentence we focused on before

4    seems to be -- to say -- it says, "Also, the circuit

5    also employs CQMOS to divide down the frequency."

6         A.    That is fair.

7         Q.    And is it fair to read those two sentences

8    together to say that the input circuitry implemented

9    using CQMOS includes more than just circuitry to divide

10   down the frequency?

11        MR. QURESHI:   Objection to the form of the

12   question.

13        THE WITNESS:   The input circuitry is defined in

14   the claim 1.   So I'm not sure what is the confusion that

15   you're pointing to.   The first circuitry is implemented

16   using C3MOS.   And then it reads, "The first circuitry

17   being configured to process the first signal having a

18   first frequency."   So then referring back to the input

19   circuit, which is a part of the first circuit, which is

20   also implemented using C3MOS logic, it is configured to

21   deserialize the first signal.   So this first signal is

22   what disambiguate.   And what was I trying to say now?

23             Can you read it back to me, please?

24             THE REPORTER:   "So then referring back to the

25             input circuit, which is a part of the first

Highly Confidential-Outside Attorneys Eyes Only

Page 230

1          circuit, which is also implemented using C3MOS

2          logic, it is configured to deserialize the

3          first signal.  So this first signal is what

4          disambiguate."

5          THE WITNESS:  So this first signal, having the

6   first frequency, is what we used to identify the input

7   circuitry which is a part of the first circuitry.

8          MR. TOMPROS:  Q.  I have exactly two more

9   questions on this and then we'll take a break and move

10  on.

11          That same column 7 refers, in the next

12  paragraph, in the first sentence, to figure 11 and then

13  says, "C3MOS input circuitry 1100."  Do you see that

14  reference?

15      A.   I don't.  Can you please point me to --

16      Q.   Sure.  Here in the next paragraph --

17          MR. QURESHI:  Line 27.

18          MR. TOMPROS:  Q.  Line 27 --

19      A.   Correct.

20      Q.   There's a reference to figure 11, and then

21  C3MOS input circuitry 1100.

22      A.   Yes.

23      Q.   So question 1 of my two questions is:  Do you

24  see that reference?

25      A.   I do.

Highly Confidential-Outside Attorneys Eyes Only

Page 231

1      Q.   And question 2 of my two questions is, turning

2    to figure 11, does C3MOS input circuitry 1100 include

3    more than just a deserializer?

4           MR. QURESHI:  So I object to the form of the

5    question.

6           THE WITNESS:  It's a vague question.  In order

7    to answer that question, you have to define what the

8    deserializer is.  I only see the input circuitry here,

9    and I only see, actually, what the -- let me correct

10   this.  What is circled here is the C3MOS circuitry.  And

11   again, the input circuitry is, as defined in claim 1, is

12   the circuitry associated with the input signal having

13   the first frequency.

14          MR. TOMPROS:  Q.  So I apologize because now I

15   have a third question.  In your view, is that number

16   1102, that flip-flop, is that part of the input

17   circuitry as defined in claim 1?

18     A.   If the clock is defined as an input signal

19   having the first frequency, it would be.

20     Q.   And if the clock is not the input signal with

21   the first frequency --

22     A.   Then it's not.

23          MR. TOMPROS:  Let's take a break.

24          THE VIDEOGRAPHER:  Going off the record, the

25   time is 10:10 A.M.