WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on
Signature Page)

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA  94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant and
Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on
Signature Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　　　　　Defendant.<br><br>**And Related Counterclaims** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING INJUNCTION PROCEEDINGS**<br><br>Hon. James V. Selna |

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby stipulate as follows:

1. WHEREAS the parties previously proposed alternative schedules for briefing and depositions in relation to Broadcom's request for injunctive relief;

2. WHEREAS after good-faith negotiations, Broadcom and Emulex have agreed to such a schedule for briefing Broadcom's request for injunctive relief as to U.S. Patent Nos. 7,058,150 and 7,471,691;

**IT IS HEREBY STIPULATED** that

1. The following schedule will govern proceedings on Broadcom's request for injunctive relief:

| Event | Date |
| --- | --- |
| Broadcom Serves Proposed Permanent Injunction on Emulex | Completed November 16, 2011 |
| Broadcom Serves Amended Permanent Injunction on Emulex Addressing '691 Patent | December 23, 2011 |
| Broadcom Submits Motion and Opening Brief in Support of Injunctive Relief and Any Accompanying Declarations | January 6, 2012 |
| Emulex Completes Depositions of Any Declarants offered by Broadcom | January 20, 2012 |
| Emulex Submits Opposition Brief and Any Accompanying Declarations | January 30, 2012 |
| Broadcom Completes Depositions of Any Declarants offered by Emulex | February 10, 2012 |
| Broadcom Submits Reply Brief | February 17, 2012 |
| Argument on Broadcom's Motion | March 1, 2012, or a date convenient to the Court |

**JOINT STIPULATION REGARDING INJUNCTION PROCEEDINGS**

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: December 21, 2011 | WILMER CUTLER PICKERING |
| 4 | | HALE AND DORR LLP |
| 5 | | By: /s/ Louis W. Tompros |
| 6 | | Louis W. Tompros |
| 7 | | Attorneys for Broadcom |
| 8 | Dated: December 21, 2011 | FISH & RICHARDSON P.C. |
| 9 | | |
| 10 | | By: /s/ Jonathan Lamberson |
| 11 | | Jonathan Lamberson |
| | | Attorneys for Emulex |

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Injunction Proceedings* was served upon the following parties as indicated below on this 21st day of December, 2011.

**For Emulex Corporation:**

| | |
|---|---|
| OC-ELX-PAT@gibsondunn.com<br>smg@jmbm.com<br>broadcom-emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

**JOINT STIPULATION REGARDING INJUNCTION PROCEEDINGS**

4

ACTIVEUS 91745543v2