1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　　　　Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER REGARDING INJUNCTION PROCEEDINGS**<br><br>Hon. James V. Selna |

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") have stipulated as follows:

1. WHEREAS the parties previously proposed alternative schedules for briefing and depositions in relation to Broadcom's request for injunctive relief;

2. WHEREAS after good-faith negotiations, Broadcom and Emulex have agreed to such a schedule for briefing Broadcom's request for injunctive relief as to U.S. Patent Nos. 7,058,150 and 7,471,691;

**IT IS HEREBY STIPULATED** that

1. The following schedule will govern proceedings on Broadcom's request for injunctive relief:

| Event | Date |
|---|---|
| Broadcom Serves Proposed Permanent Injunction on Emulex | Completed November 16, 2011 |
| Broadcom Serves Amended Permanent Injunction on Emulex Addressing '691 Patent | December 23, 2011 |
| Broadcom Submits Motion and Opening Brief in Support of Injunctive Relief and Any Accompanying Declarations | January 6, 2012 |
| Emulex Completes Depositions of Any Declarants offered by Broadcom | January 20, 2012 |
| Emulex Submits Opposition Brief and Any Accompanying Declarations | January 30, 2012 |
| Broadcom Completes Depositions of Any Declarants offered by Emulex | February 10, 2012 |
| Broadcom Submits Reply Brief | February 17, 2012 |
| Argument on Broadcom's Motion | March 1, 2012, or a date convenient to the Court |

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that

1. The following schedule will govern proceedings on Broadcom's request for injunctive relief as to U.S. Patent Nos. 7,058,150 and 7,471,691:

| Event | Date |
|---|---|
| Broadcom Serves Proposed Permanent Injunction on Emulex | Completed November 16, 2011 |
| Broadcom Serves Amended Permanent Injunction on Emulex Addressing '691 Patent | December 23, 2011 |
| Broadcom Submits Motion and Opening Brief in Support of Injunctive Relief and Any Accompanying Declarations | January 6, 2012 |
| Emulex Completes Depositions of Any Declarants offered by Broadcom | January 20, 2012 |
| Emulex Submits Opposition Brief and Any Accompanying Declarations | January 30, 2012 |
| Broadcom Completes Depositions of Any Declarants offered by Emulex | February 10, 2012 |
| Broadcom Submits Reply Brief | February 17, 2012 |
| Argument on Broadcom's Motion | March 1, 2012, or _____, 2012, at _____ a.m./p.m. |

Dated: _____          _____
                                                     Hon. James V. Selna
                                                     United States District Judge

[PROPOSED] ORDER REGARDING INJUNCTION PROCEEDINGS

ACTIVEUS 91746107v2