# **EXHIBIT A**

- Plaintiff Broadcom Corporation's Application to File Documents Under Seal in Connection with its Motion for Entry of Permanent Injunction, Exhibit A thereto, and [Proposed] Order;

- Plaintiff Broadcom Corporation's Memorandum in Support of its Motion for Entry of Permanent Injunction, and Appendix A thereto;

- Declaration of Jason H. Liss in Support of Broadcom's Motion for Entry of Permanent Injunction, and Exhibits A-AI thereto;

- Declaration of Julie L. Davis in Support of Broadcom's Motion for Entry of Permanent Injunction, and Exhibits 1-2 thereto;

- Declaration of Eric Hayes in Support of Broadcom's Motion for Entry of Permanent Injunction;

- Declaration of Robert Lusinsky in Support of Broadcom's Motion for Entry of Permanent Injunction; and

- Proof of Service.