WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S NOTICE OF MOTION AND MOTION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Before:     Hon. James V. Selna<br>Date:       March 2, 2012<br>Time:       1:30 p.m.<br>Courtroom:  10C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above time and place, Plaintiff Broadcom Corporation will move for entry of a permanent injunction

This motion is made pursuant to the Court's Order Regarding Injunction Proceedings, Dkt. No. 996, and is based on the memorandum, [Proposed] Permanent Injunction, and supporting documents filed herewith, and on any arguments that may be presented at the hearing.

Respectfully submitted,

Dated: January 6, 2012     By:   /s/Gregory P. Teran
                                  Gregory P. Teran

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Michael D. Jay, hereby certify that a copy of the foregoing *Plaintiff Broadcom Corporation's Notice of Motion and Motion for Entry of Permanent Injunction* was served upon the following parties as indicated below on this 6th day of January, 2012.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| broadcom-emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| broadcomemulexservice@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Michael D. Jay
Michael D. Jay