1 WILLIAM F. LEE
 (admitted *pro hac vice*)
2 (william.lee@wilmerhale.com)
3 DOMINIC E. MASSA
 (admitted *pro hac vice*)
4 (dominic.massa@wilmerhale.com)
 JOSEPH J. MUELLER
5 (admitted *pro hac vice*)
6 (joseph.mueller@wilmerhale.com)
 LOUIS W. TOMPROS
7 (admitted *pro hac vice*)
 (louis.tompros@wilmerhale.com)
8 WILMER CUTLER PICKERING HALE AND DORR LLP
9 60 State Street
 Boston, MA  02109
10 Telephone: (617) 526-6000
 Facsimile: (617) 526-5000
11
12 Attorneys for Plaintiff and Counterclaim Defendant
 BROADCOM CORPORATION
13

FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

14 **UNITED STATES DISTRICT COURT**

15 **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

16
17 **BROADCOM CORPORATION,**

18             **Plaintiff,**

19       **v.**

20 **EMULEX CORPORATION,**

21             **Defendant.**

22

23
24 **And Related Counterclaims**
25

26

27

28

CASE No. SACV09-1058 JVS (ANx)
consolidated SACV 10-03963-JVS (ANx)

**PLAINTIFF BROADCOM CORPORATION'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR ENTRY OF PERMANENT INJUNCTION**

LODGED

2012 JAN -6 PM 2: 27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY:

**BROADCOM APPLICATION TO FILE UNDER
SEAL IN CONNECTION WITH ITS MOTION FOR
ENTRY OF PERMANENT INJUNCTION**

1         PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,

2   Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom")

3   submits this application to the Court for an order sealing the documents listed in

4   Exhibit A, filed herewith.

5         Under Civil Local Rule 79-5, a party can request that documents be filed

6   under seal by submitting a written application along with the documents sought to

7   be filed under seal.  Broadcom applies to file under seal the documents listed in

8   Exhibit A, filed herewith, on the grounds that they contain information covered by

9   the Confidentiality Order entered in this action on February 19, 2010, including

10   information designated by the parties as Highly Confidential.  The Confidentiality

11   Order requires the party in possession of such materials to protect them from

12   disclosure.

13         For the foregoing reasons, Broadcom respectfully requests that the Court

14   grant Broadcom's application to the Court for an Order sealing the documents

15   listed in Exhibit A, filed herewith.

16

17   Dated:  January 6, 2012       WILMER CUTLER PICKERING
                             HALE AND DORR LLP

18

19

20                    By: _____

21                      Michael D. Jay

22

23                  Attorneys for Plaintiff Broadcom Corporation

24

25

26

27

28

**BROADCOM APPLICATION TO FILE UNDER
SEAL IN CONNECTION WITH ITS MOTION FOR
ENTRY OF PERMANENT INJUNCTION**

ACTIVEUS 91912561v1

## **EXHIBIT A**

- Plaintiff Broadcom Corporation's Memorandum in Support of its Motion for Entry of Permanent Injunction, and Appendix A thereto;

- Declaration of Jason H. Liss in Support of Broadcom's Motion for Entry of Permanent Injunction, and Exhibits A-AI thereto;

- Declaration of Julie L. Davis in Support of Broadcom's Motion for Entry of Permanent Injunction, and Exhibits 1-2 thereto;

- Declaration of Eric Hayes in Support of Broadcom's Motion for Entry of Permanent Injunction; and

- Declaration of Robert Lusinsky in Support of Broadcom's Motion for Entry of Permanent Injunction.