# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-01058 JVS (ANx),<br>SACV10-03963-JVS (ANx)<br><br>[PROPOSED] ORDER ON BROADCOM CORPORATION'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS MOTION FOR ENTRY OF PERMANENT INJUNCTION |



FILED
CLERK, U.S. DISTRICT COURT
JAN - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

| | |
|---|---|
| 1 | # [PROPOSED] ORDER |

2  Having considered Broadcom Corporation's Application to File Documents
3  Under Seal in Connection with Its Motion for Entry of Permanent Injunction, and
4  good cause having been shown, the application is hereby GRANTED.

5
6  IT IS SO ORDERED.   **APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS**

7
8  Dated: 1. 9. 12       _____
9                         HON. JAMES V. SELNA
                          United States District Judge
10

11  IF DENIED:
12  The underlying documents and the sealing application shall be returned to
13  Michael D. Jay, Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand
14  Avenue, Suite 2100, Los Angeles, California 90071 without filing.
15
16  Dated: _____        _____
17                                 HON. JAMES V. SELNA
                                   United States District Judge
18