1  WILLIAM F. LEE
2  (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
3  DOMINIC E. MASSA
4  (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
5  JOSEPH J. MUELLER
   (admitted *pro hac vice*)
6  (joseph.mueller@wilmerhale.com)
7  LOUIS W. TOMPROS
   (admitted *pro hac vice*)
8  (louis.tompros@wilmerhale.com)
   WILMER CUTLER PICKERING HALE AND DORR LLP
9  60 State Street
   Boston, MA 02109
10 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
11
12 Attorneys for Plaintiff and Counterclaim Defendant
   BROADCOM CORPORATION
13

14              UNITED STATES DISTRICT COURT

15        CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

16
17 | BROADCOM CORPORATION, | CASE No. SACV09-1058 JVS (ANx)
                          | consolidated SACV 10-03963-JVS (ANx)
18 |        Plaintiff,
19 |        v.                | **PROOF OF SERVICE**
20 | EMULEX CORPORATION,
21 |        Defendant.
22
23 | And Related Counterclaims

PROOF OF SERVICE

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Michael D. Jay, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 6th day of January, 2012:

- Plaintiff Broadcom Corporation's Application to File Documents Under Seal in Connection with its Motion for Entry of Permanent Injunction, Exhibit A thereto, and [Proposed] Order;

- Plaintiff Broadcom Corporation's Memorandum in Support of its Motion for Entry of Permanent Injunction, and Appendix A thereto;

- Declaration of Jason H. Liss in Support of Broadcom's Motion for Entry of Permanent Injunction, and Exhibits A-AI thereto;

- Declaration of Julie L. Davis in Support of Broadcom's Motion for Entry of Permanent Injunction, and Exhibits 1-2 thereto;

- Declaration of Eric Hayes in Support of Broadcom's Motion for Entry of Permanent Injunction; and

- Declaration of Robert Lusinsky in Support of Broadcom's Motion for Entry of Permanent Injunction.

| | |
|---|---|
| 1 | **For Emulex Corporation:** |
| 2 | smg@jmbm.com ☐ Via Hand Delivery |
| 3 | Broadcom-Emulex@fr.com ☐ Via Overnight Courier (1 copy) |
| | BroadcomEmulexService@tklaw.com ☐ Via Facsimile |
| 4 | (email addresses for service on Emulex ☒ Via Electronic Mail (1 copy) |
| 5 | per agreement of the parties) |

I certify under penalty of perjury that the foregoing is true and correct.

Michael D. Jay

PROOF OF SERVICE

ACTIVEUS 91912508v1