# APPENDIX A: TESTIMONY ON SELECTED TOPICS

## I. DIRECT COMPETITION

- Trial Tr. 9/21/2011 at 139:10-140:5 (Samueli) (Emulex became a competitor of Broadcom's in the 10GbE market).

- Declaration of Jason H. Liss ("Liss Decl.") Ex. ■■■ (design wins involve multiple steps, including requests for proposals, presentation of bids and product road maps, and award letters).

- *Id.* ■■■

- *Id.* at 86:10-88:1 (Emulex believes that its CNA products are a substantial direct threat to Broadcom in the 10 GbE controller market).

- *Id.* ■■■

- *Id.* at 90:12-25 (a number of factors are considered by OEMs when selecting a device for a design award, including cost, power, functionality, confidence in the quality, support, and financial health).

- *Id.* ■■■

- *Id.* ■■■

- *Id.* ■■■

- *Id.* ■■■

- 1 -

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                                    **FILED UNDER SEAL**

- *Id.* ▮

- Liss Decl. Ex. ▮ (Emulex's objectives include growing its business and its brand; Emulex has been recognized by market analysts as the number one 10 GbE provider).

- Liss Decl. Ex. ▮

- *Id.* at 28:14-23 (HP, IBM, Dell, and Cisco are Tier One server OEMs).

- *Id.* at 135:17-21 (Broadcom's 57710 family of controllers compete with Emulex's OneConnect products).

- Liss Decl. Ex. ▮

- *Id.* ▮ obtaining such design wins is important and is one of Emulex's corporate goals; design wins are hard to value monetarily).

- *Id.* at 134:3-21 (Emulex believes it is a direct threat to Broadcom in the 10 GbE controller market).

- Liss Decl. Ex. ▮ (10 GbE is expected to grow significantly in the next 5-10 years and probably overtake 1 GbE within 5 years).

- *Id.* ▮

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                             **FILED UNDER SEAL**

- *Id.* ███████████████████████████████████
  ████████████

- *Id.* at 137:2-138:1 (Since 2009, Emulex's share of the 10 GbE market has gone from a small entry-level share to the market leader, whereas Broadcom's share over those two years has dropped significantly).

- Liss Decl. Ex. ██████████████████████████████
  ██████████████████████ (design wins enhance a supplier's reputation, and are difficult to value in monetary terms).

- *Id.* ████████████████████████████████████
  ███████████████████████████

- *Id.* at 51:15-52:9 (design wins make it harder for others to obtain future business).

- Liss Decl. Ex. ███████████████████████████
  ████████████████████████████ (Broadcom's 10GbE products compete with Emulex's).

- *Id.* █████████████████████████████████
  ███████████

- *Id.* ████████████████████████████████████
  ████████████████████████████████████

- *Id.* ████████████████████████████████████
  ██████████████████████████████

- Liss Decl. Ex. ██████████████████████████
  ████████████████████████████ (Broadcom's 10GbE products compete with Emulex's).

- *Id.* ████████████████████████████████████
  ████████████████████████████████████
  ████████

- 3 -

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                                    **FILED UNDER SEAL**

- *Id.* ███████████████████████████████████████
  ███████████████████████████████████████
  ████████████████████

- *Id.* ███████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████

- *Id.* ███████████████████████████████████████
  ████████████████████████████

## II.   PROTOCOL-LEVEL COMPETITION

- Trial Tr. 9/28/2011 at 24:11-24 (McCluney) (Emulex is one of the leaders in Fibre Channel technology).

- Trial Tr. 9/28/2011 at 17:25-18:9 (McCluney) (Fibre Channel is a data communications protocol).

- Trial Tr. 9/28/2011 at 25:12-20, 29:13-16 (McCluney) (Emulex's Fibre Channel product lines include boxed switches, embedded switches (a.k.a. "switch on a chip"), network bridges, and Host Bus Adapters).

- ███████████████████████████████████████
  ███████████████████████████████████████
  ████████████████████

- ██████████████████ (iSCSI and Fibre Channel are storage protocols).

- Liss Decl. Ex. ███████████████████████████████
  ████████████████████ (Ethernet networks can be used for storage traffic).

- *Id.* at 179:3-6 (iSCSI is an alternative to Fibre Channel).

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                                   **FILED UNDER SEAL**

- Liss Decl. ███████████████████████████████████████
  ████████ (Fibre Channel, Ethernet, and iSCSI can all be used in storage area networks depending on the user's preference).

- Liss Decl. Ex. ████████████████████████████████████
  ████████ (iSCSI can be used in a storage area network).

- Liss Decl. Ex. ████████████████████████████████████
  ████████████████████ (describing protocol-level competition).

- ████████████████████████████████ (iSCSI is a storage protocol that runs on top of Ethernet).

### III. EMULEX'S CONSCIOUS DECISION

- Trial Tr. 9/28/2011 at 52:11-57:17 (McCluney) (no one in Emulex's upper management read Broadcom's asserted patents).

- Trial Tr. 9/28/2011 at 45:21-46:2, 60:16-61:9 (McCluney) (the circuitry accused of infringing – and ultimately found to infringe – the '150 patent resides inside the SerDes component of Emulex's accused products, and Emulex has never asked anyone to remove it).

- Trial Tr. 9/28/2011 at 61:20-63:21 (McCluney) (Emulex has paid LSI, the manufacturer of certain infringing Emulex products, tens of millions of dollars each year, but Emulex made the conscious decision to not ask LSI for the relevant schematics).

- Trial Tr. 9/28/2011 at 105:18-106:20 (Arment) (Emulex and its suppliers share proprietary information).

- Trial Tr. 9/28/2011 at 101:22-102:13, 105:12-107:7 (Arment) (Emulex and LSI worked together to resolve Lancer SerDes problem).

- Trial Tr. 9/30/2011 at 189:5-15, 192:2-194:21 (Warren) (Emulex and its suppliers share proprietary information under nondisclosure agreements).

- Trial Tr. 9/30/2011 at 194:1-196:2 (Warren) (Emulex used NDAs to exchange confidential and proprietary information with LSI, but Emulex

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                                                     **FILED UNDER SEAL**

made the conscious decision to not ask LSI for the clock recovery schematics).

- 

- [redacted]

- *Id.* at 156:2-10 (Emulex has not made any changes to its product offerings in response to Broadcom's infringement allegations).

- [redacted] (LSI attorneys represent Emulex in this litigation).

- [redacted]

- [redacted] (never read Broadcom's asserted patents).

- Liss Decl. Ex. [redacted] (never read Broadcom's asserted patents).

- Liss Decl. Ex. [redacted] (never read Broadcom's asserted patents).

- [redacted]

- [redacted]

- [redacted]

- 6 -

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                                **FILED UNDER SEAL**

Case 8:09-cv-01058-JVS-AN   Document 1008-1   Filed 01/18/12   Page 7 of 8   Page ID #:25608

- Liss Decl. Ex. ███
- Liss Decl. Ex. ███
- Liss Decl. Ex. ███
- Liss Decl. Ex. ███
- Liss Decl. Ex. ███
- Liss Decl. Ex. ███

## IV.  IMPORTANCE OF PATENT RIGHTS

- Trial Tr. 9/21/2011 at 140:24-141:10 (Samueli) (Broadcom invests significant amounts of money in R&D; protecting new inventions with patents is very important as a way to prevent competitors from using Broadcom's own technology to compete with it).

- 7 -

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                              **FILED UNDER SEAL**

- Trial Tr. 9/28/2011 at 65:20-66:17 (McCluney) (patents provide a key means for technology companies to protect their IP and compete).

- Liss Decl. Ex. ████████████ (Broadcom generally does not license its IP but instead uses it for competitive differentiation).

- *Id.* at 203:4-18 (Broadcom's monetary investments in particular technologies includes both R&D before the patents are filed and other work performed after the patents are filed).

- *Id.* at 217:12-16 & 218:8-17 (Broadcom has issued a license to a specific patent in the context of litigation, but Broadcom generally does not like to license its patents and instead prefers to use them to make its technology competitive).

- *Id.* at 218:22-219:22 (Broadcom is not a licensing house and prefers to use its technology for differentiation and to create better products).

**HIGHLY CONFIDENTIAL**
**OUTSIDE ATTORNEYS' EYES ONLY**                                **FILED UNDER SEAL**