WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**DECLARATION OF ROBERT LUSINSKY IN SUPPORT OF BROADCOM'S MOTION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Before:     Hon. James V. Selna<br>Date:<br>Time:<br>Courtroom:  10C<br><br>**FILED UNDER SEAL**<br><br>PUBLIC REDACTED VERSION |

I, Robert Lusinsky, declare as follows:

## BACKGROUND

1. My name is Robert Lusinsky. I am over the age of eighteen, have never been convicted of a felony or crime of moral turpitude, and am otherwise competent to make this declaration. The following is true and correct and within my personal knowledge.

2. I joined Broadcom in 2004. My first position with the company was as a Marketing Product Line Manager for Ethernet controller software.

3. I am now the Director of Product Marketing in the Ethernet Controller group of Broadcom Corporation's Infrastructure & Networking segment. I have held this position for approximately four years.

4. I work with others to generate, develop, and maintain Broadcom's Ethernet controller business. To that end, my responsibilities include identifying customer requirements, managing Broadcom's ability to satisfy customer requirements and fulfill customer demand, identifying and developing new and existing business opportunities, managing the certification and qualification of Broadcom's Ethernet controllers, representing Broadcom in the networking industry, for example by participating in trade shows, and understanding Broadcom's Ethernet controller business in relation to the corresponding business of Broadcom's Ethernet controller competitors.

5. In this capacity, I work closely with Broadcom personnel who deal with marketing, finance, operations, strategy, and engineering, as well as with Broadcom's customers. I am familiar with Broadcom's Ethernet controller finances, market share, products, product capabilities, customer requirements, and competition.

## THE 10-GIGABIT ETHERNET CONTROLLER MARKET

6. The current state-of-the-art data transfer rate for Ethernet controllers

is transitioning from 1 gigabit-per-second ("1Gbps" or "Gigabit Ethernet") to 10 gigabits-per-second ("10Gbps"), which started to grow in both availability and importance beginning in 2008. Broadcom has been a major Gigabit Ethernet supplier in the important LAN-on-Motherboard ("LOM")—*i.e.*, standalone chip—segment of the market. 10Gbps Ethernet ("10GbE") controller chips are now commonly used in many high-volume, high-performance networking servers. The market for 10GbE is expected to grow substantially over at least the next 3-5 years.

7. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ OEMs purchase 10GbE controllers and other components from suppliers such as Broadcom, and then build the controllers into various server products, which OEMs then sell to end users.

8. Winning business at the largest OEMs is particularly important to Broadcom's success in the 10GbE controller market. These "tier one" server OEMs are Dell Inc. ("Dell"), Hewlett-Packard Company ("HP"), International Business Machines Corp. ("IBM"), and Cisco Systems, Inc. ("Cisco").

9. Collectively, tier one OEMs account for the majority of worldwide server sales. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

10. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### THE 10GbE PRODUCTS AT ISSUE

11. Broadcom's earlier generation of 10GbE chips includes the

| | |
|---|---|
| 1 | BCM57710 and BCM57711, its current generation 10GbE chip is the BCM57712, |
| 2 | and its next generation includes the BCM57800, BCM57810, and BCM57840. All |
| 3 | six of these chips provide Ethernet networking and are configurable as iSCSI "host |
| 4 | bus adapters" ("HBAs"). The BCM57712, BCM57800, BCM57810, and |
| 5 | BCM57840 also offer FCoE functionality. In addition, Broadcom offers |
| 6 | "reference designs" which OEMs can use to incorporate Broadcom's 10GbE |
| 7 | controllers into adapter (*i.e.*, card) products. |
| 8 |     12.    Broadcom's BCM57710, BCM57711, and BCM57712 compete |
| 9 | directly against Emulex's BE2 product. The BCM57712, BCM57800, |
| 10 | BCM57810, and BCM57840 compete directly against Emulex's BE3 product. |
| 11 | Both the BE2 and the BE3 are 10GbE controller chips. |

### FIBRE CHANNEL OVER ETHERNET ("FCoE")

13. Broadcom currently offers and sells 10GbE controllers with FCoE capability—including its BCM57712, BCM57800, BCM57810, and BCM57840 chips—and has been shipping its FCoE-capable BCM57712 since the second quarter of 2011. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

14. Broadcom's FCoE implementation has been thoroughly tested and certified by EMC and NetApp, the two most important industry approvers. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Full certification from EMC was completed around June 2011, and full certification from NetApp was completed around October 2011. An evaluation of the BCM57712 by Demartek showed that Broadcom's overall FCoE and iSCSI performance was superior to that of other available

1    10GbE products, including Emulex's.[1]

2    15.    The percentage of end users that actually use the FCoE capability in
3    the server products they purchase appears to be substantially less than the volume
4    of orders for FCoE-capable chips. Broadcom's own experiences, for example,
5    suggest that this is the case, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
6    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### THE DESIGN WIN PROCESS

8    16.    The primary means by which Broadcom generates sales for its 10GbE
9    controller chips is by achieving "design wins" with the tier one server OEMs. The
10   term "design win" refers to a decision made by an OEM to design a particular
11   supplier's product—such as its 10GbE chip—into one of the OEM's server product
12   lines. The design win is the end point of a process that generally begins with a
13   "request for quotation" ("RFQ") (or alternatively a "request for proposal" ("RFP"))
14   from an OEM to a supplier.

15   17.    With respect to the products at issue, an RFQ typically would identify
16   the OEM's requirements and feature requests in relation to a particular server type
17   and 10GbE configuration. Common server types include "blade," "rack," and
18   "tower." Common 10GbE configurations include LOM, modular LOM
19   (sometimes referred to as a "daughtercard" configuration), mezzanine card, and
20   standup card.

21   18.    When Broadcom receives a 10GbE RFQ, I work with our engineering
22   and marketing teams to prepare a response detailing Broadcom's ability to satisfy
23   the requirements and requests in the RFQ. The response will include an evaluation

---

[1] *See* http://zh-tw.broadcom.com/company/events/cisco11.php (quoting Demartek's president as stating that "Broadcom dominated the benchmark analysis" in a performance comparison of the top CNA vendors).

1  of Broadcom's product roadmap in relation to the OEM's requirements.

2      19.    Once a design win has been awarded, a "qualification" process will
3  ensue in which the supplier's and the OEM's engineers will work together to
4  ensure that the supplier's proposed solution will function to the OEM's
5  satisfaction. In some instances, this qualification process will take place prior to
6  the award of the design win.

## THE SERVER DESIGN CYCLE

8      20.    The tier one OEMs typically award design wins in advance of each
9  new generation (or cycle) of server processor introduced by Intel Corporation.

10      21.    Intel's generations of server processors generally fall into one of two
11  categories: New processor designs and mid-cycle "refreshes" of the previous
12  generation's design. Intel assigns a name to each generation of processor (e.g.
13  Tylersburg, Westmere, Romley), which is often how the OEMs will then refer to
14  their product lines which use that particular processor.

15      22.    Intel released a new processor named Tylersburg in the first quarter of
16  2009, which was followed by the release of the mid-cycle-refresh Westmere
17  processor in March 2010. Intel's next generation of processor is named Romley,
18  which was originally scheduled for release in early 2011 and is currently due to be
19  released in late February 2012. Once it is officially released, OEMs will be
20  authorized to ship servers incorporating the new Romley processors.

## INCUMBENCY EFFECT

22      23.    The design win process involves a significant investment of money,
23  time, and effort on the part of both the supplier and the OEM, and the OEMs and
24  suppliers generally do not redesign their products from the ground up from one
25  Intel processor generation to the next. This increases the likelihood that the
26  supplier and OEM will continue to harvest their initial investment through future

1  contracts. The design win and qualification process can also create familiarity,
2  trust, and confidence on the part of the OEM with a supplier's product, whereas the
3  failure to secure design wins can reduce a supplier's credibility in the view of
4  OEMs as well as end users. These factors can result in an incumbency effect,
5  which can give the incumbent supplier an advantage when competing for future
6  design wins.

7  24.  The incumbency effect is particularly strong in the 10GbE market
8  because end users tend to be risk-averse and consequently conservative with
9  respect to suppliers, products, and the software used to configure 10GbE
10 controllers. End users may encourage an OEM to offer the same supplier's chips
11 that the end user is already using, and often prefer to purchase the same supplier's
12 chips from one product generation to the next.

13 25. ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

21 26.  The ability to secure design wins with the tier one server OEMs is
22 extremely important to Broadcom, as it can dictate Broadcom's sales of a
23 particular product for years to come and assist with securing sales of Broadcom's
24 other current and future products as well.

25 **ROMLEY DESIGN WINS**

26 27.  In preparation for Intel's release of the new Romley processor, OEMs
27

1 | have been in the process of awarding design wins for Romley-based servers.

2 | [REDACTED]

[lines 3–21 redacted]

22 | 33. Broadcom's current and next generation of 10GbE controller chips
23 | (i.e. the BCM57712, BCM57800, BCM57810, and BCM57840) all incorporate the
24 | hardware necessary for FCoE. Based on my experience dealing with OEMs and
25 | qualifying products that have secured design wins, OEMs are capable of
26 | shortening or speeding up their product qualification process when necessary. It
27 |

1 will take the OEMs some time after Romley's initial launch—possibly until the
2 third quarter of 2012—to reach a point at which they are shipping Romley-based
3 servers in volume. Therefore, OEMs that choose to qualify Broadcom's 10GbE
4 controller chips for FCoE could offer FCoE to end users once qualification is
5 complete by making available an online software update. ██████████████
6 ████████████████████████████████████████████████████████
7 ████████████████████████████████████████████████████████
8 ██████████████████████████████████████

Executed this 6TH day of January, 2012, in Irvine, California.

*/s/ Robert Lusinsky*
Robert Lusinsky