WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**DECLARATION OF ERIC HAYES IN SUPPORT OF BROADCOM'S MOTION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Before:    Hon. James V. Selna<br>Date:<br>Time:<br>Courtroom:    10C<br><br>**FILED UNDER SEAL**<br><br>PUBLIC REDACTED VERSION |

I, Eric Hayes, declare as follows:

## **BACKGROUND**

1.  My name is Eric Hayes. I am over the age of eighteen, have never been convicted of a felony or crime of moral turpitude, and am otherwise competent to make this declaration. The following is true and correct and within my personal knowledge.

2.  I joined Broadcom Corporation in 2000. My first position with the company was as a System Engineer.

3.  I am now the Senior Director of Product Marketing in the Network Switch group of Broadcom's Infrastructure & Networking segment. I have held this position for approximately 3 years and have performed the responsibilities associated with this position for approximately 8 years.

4.  I work with others to generate, develop, and maintain Broadcom's switch business. To that end, my responsibilities include identifying customer requirements, managing Broadcom's ability to satisfy customer requirements and fulfill customer demand, identifying and developing new and existing business opportunities, representing Broadcom in the network switch industry, for example by participating in trade shows, and understanding Broadcom's switch business in relation to the corresponding business of Broadcom's switch competitors.

5.  In this capacity, I work closely with Broadcom personnel who deal with marketing, finance, operations, strategy, and engineering, as well as with Broadcom's customers. I am familiar with Broadcom's switch finances, market share, products, product capabilities, customer requirements, and competition.

# THE NETWORK SWITCH MARKET

6. Broadcom sells switch chips to Original Equipment Manufacturers ("OEMs"). OEMs purchase these chips and other components from suppliers such as Broadcom, and then build the chips into various switch products, which OEMs then sell to end users.

7. Among many other applications, switches are commonly used in data centers. For one example, switches are commonly used for "top-of-rack" purposes, i.e., to connect servers to each other, and to connect servers to other components such as Storage Area Networks ("SANs"). Within SANs, switches are used to interface between head-ends (which connect to top-of-rack servers) and disk drives in various configurations, such as arrays.

8. The primary means by which Broadcom generates sales for its switch chips is by achieving design wins with switch OEMs. Like server OEMs,[1] switch OEMs often award design wins in relation to each new generation (or cycle) of server processor introduced by Intel Corporation.

# PROTOCOL CONVERGENCE AND COMPETITION

9. Traditionally, data center communications protocols have generally been classified as either "networking" technologies, used for communications, or "storage" technologies, used to connect storage devices. Ethernet has been the most widely-used networking technology, whereas protocols like Fibre Channel have been used primarily for storage.

---

[1] I have reviewed the declaration of my colleague Robert Lusinsky regarding the process and significance of design wins, and I agree with his statements.

10. Recent improvements in the speed and reliability of Ethernet have reduced the need for dedicated storage protocols like Fibre Channel. Ethernet-based protocols can now be used for storage applications.

11. Among Ethernet-based storage protocols is Internet Small Computer System Interface ("iSCSI"). Data center operators can choose to implement iSCSI-based storage systems rather than Fibre Channel storage systems. Broadcom has offered switches capable of supporting iSCSI for several years, and these switches can be used in data centers.

12. The development of "lossless" Ethernet has furthered the convergence of storage and communications. Lossless Ethernet can be used for storage traffic in itself, and also serves as the foundation for Fibre Channel over Ethernet ("FCoE").

13. By supporting protocols such as iSCSI, FCoE, and lossless Ethernet, Broadcom is now able to offer Ethernet switches as feasible alternatives to Fibre Channel switches for storage applications. Therefore, decisions to implement Fibre Channel systems represent lost revenue opportunities for Broadcom.

## BROADCOM'S NETWORK SWITCH PRODUCTS

14. Broadcom's switch chips include the BCM56820, also known as "Scorpion," and the BCM56840, also known as "Trident." Both chips support 1-gigabit-per-second ("1Gbps") Ethernet ("1GbE," or "Gigabit Ethernet") as well as 10-gigabit-per-second Ethernet ("10GbE"). In addition, the Trident chip supports 40-gigabit-per-second Ethernet ("40GbE").

15. Both the Scorpion and Trident chips are capable of supporting lossless Ethernet, iSCSI, and FCoE.

1. ███████████████████████████████████████
2. ███████████████████████████████████████
3. ███████████████████████████████████████
4. ███████████████████████████████████████
5. ████████████████████
6. ███████████████████████████████████████
7. ████████████████████████████████████
8. ████
9.
10. Executed this 5th day of January, 2012, in San Jose, California.



Eric Hayes