Juanita R. Brooks (SBN 75934)
  *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>EMULEX CORPORATION,<br><br>　　　Defendant.<br>_____<br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**UNOPPOSED MOTION OF DEFENDANT EMULEX CORPORATION FOR LEAVE TO EXCEED PAGE LIMITATION**<br><br>Hearing Date:　March 2, 2012<br>Time:　　　　1:30 p.m.<br>Place:　　　 Courtroom 10C<br>Before:　　　Hon. James V. Selna |

　　　Defendant Emulex Corporation ("Emulex") respectfully requests leave from the Court to exceed the page limit for its forthcoming Memorandum of Points and Authorities in Support of its Opposition to Broadcom's Motion for Entry of a Permanent Injunction ("Opposition Brief").  This Opposition Brief is scheduled to be filed on January 30, 2012.

　　　Emulex respectfully requests that a five page extension of the page limit, beyond the 25 pages provided by Local Rule 11-6, be granted by the Court for

1

1  Emulex's Opposition Brief.  Because the Opposition Brief must respond not only to

2  the arguments made in Broadcom's Motion and briefing, but also must address the

3  impact of the language and various provisions of the proposed injunction on the

4  different product lines, markets, and customers that would be affected, Emulex

5  believes an additional five pages may be necessary to present its arguments fully

6  and properly.

7       This motion is made following the conference of counsel pursuant to L.R. 7-3

8  which took place on January 19, 2012.  Broadcom does not oppose this request.

9       For the above reasons, Emulex respectfully moves for leave to file an

10  Opposition Brief of up to thirty pages.

11

12  Dated:  January 20, 2012                FISH & RICHARDSON P.C.

13                                          By: /s/ Jonathan J. Lamberson
                                                Jonathan J. Lamberson
14
                                            Attorneys for Defendant and
15                                          Counterclaimant
                                            EMULEX CORPORATION
16

17

18  *Additional Counsel*

19  David M. Barkan (SBN 160825)
       barkan@fr.com
20  Jonathan J. Lamberson (SBN 239107)
       lamberson@fr.com
21  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
22  Redwood City, California 94063-1526
    Telephone:  (650) 839-5070
23  Facsimile:  (650) 839-5071

24  Joseph V. Colaianni, Jr. (*pro hac vice*)
       colaianni@fr.com
25  FISH & RICHARDSON P.C.
    1425 K Street, N.W., 11th Floor
26  Washington, DC 20005
    Telephone:  (202) 783-5070
27  Facsimile:  (202) 783-2331

28                           2

1

2   Thomas H. Reger II (*pro hac vice*)
      reger@fr.com
3   FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
    Dallas, Texas 75201
4   Telephone:  (214) 747-5070
    Facsimile:  (214) 747-2091

5   Wasif H. Qureshi (*pro hac vice*)
      qureshi@fr.com
6   FISH & RICHARDSON P.C
    One Houston Center
7   1221 McKinney Street, 28th Floor
    Houston, Texas 77010
8   Telephone:  (713) 654-5300
    Facsimile:  (713) 652-0109

9

10

11

    50826305.doc
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 20, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*　
Jonathan J. Lamberson

50826305.doc

4