1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

(SOUTHERN DIVISION)

11

| | |
|---|---|
| 12 BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| 13      Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| 14           v. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT EMULEX CORPORATION FOR LEAVE TO EXCEED PAGE LIMITATION** |
| 15 EMULEX CORPORATION, | |
| 16      Defendant. | |
| 17 | |
| 18 And Related Counterclaims | Hearing Date:  March 2, 2012 |
| 19 | Time:              1:30 p.m.<br>Place:             Courtroom 10C<br>Before:            Hon. James V. Selna |

20     Before the Court is the Motion of Emulex Corporation ("Emulex") requesting

21 that the Court enter an Order granting Emulex leave to exceed the page limit for its

22 forthcoming Memorandum of Points and Authorities in Support of its Opposition to

23 Broadcom's Motion for Entry of a Permanent Injunction ("Opposition Brief").

24 Having considered the matter, the Court grants the Motion and hereby Orders that

25 Emulex may file an Opposition Brief of up to thirty (30) pages on January 30, 2012.

26

27 Dated:_____          _____

28
                                        Hon. James V. Selna
                                        United States District Judge

50826318.doc