UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
|---|---|
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT EMULEX CORPORATION FOR LEAVE TO EXCEED PAGE LIMITATION** |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | Hearing Date: March 2, 2012<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Before: Hon. James V. Selna |

Before the Court is the Motion of Emulex Corporation ("Emulex") requesting that the Court enter an Order granting Emulex leave to exceed the page limit for its forthcoming Memorandum of Points and Authorities in Support of its Opposition to Broadcom's Motion for Entry of a Permanent Injunction ("Opposition Brief"). Having considered the matter, the Court grants the Motion and hereby Orders that Emulex may file an Opposition Brief of up to thirty (30) pages on January 30, 2012.

Dated: January 24, 2012

_____
Hon. James V. Selna
United States District Judge

50826318.doc