Juanita R. Brooks (SBN 75934)
  *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH ITS OPPOSITION TO BROADCOM'S MOTION FOR ENTRY OF A PERMANENT INJUNCTION**<br><br>Hearing Date:  March 2, 2012<br>Time:           1:30 p.m.<br>Place:          Courtroom 10C<br>Before:         Hon. James V. Selna |

1  PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,
2  Defendant and Counterclaim Plaintiff Emulex Corporation ("Emulex") submits this
3  application to the Court for an order sealing the documents listed in Exhibit A, filed
4  herewith.

5  Under Civil Local Rule 79-5, a party can request that documents be filed
6  under seal by submitting a written application along with the documents sought to
7  be filed under seal.  Emulex applies to file under seal the documents listed in Exhibit
8  A, filed herewith, on the grounds that they contain information covered by the
9  Confidentiality Order entered in this action on February 19, 2010, including
10 information designed by the parties and third parties as Highly Confidential.  The
11 Confidentiality Order requires the party in possession of such materials to protect
12 them from disclosure.

13  For the foregoing reasons, Emulex respectfully requests that the Court grant
14 Emulex's application to the Court for an Order sealing the documents listed in
15 Exhibit A, filed herewith.

16 Dated:  February 1, 2012          FISH & RICHARDSON P.C.

18                                    By: /s/ Jonathan J. Lamberson
                                          Jonathan J. Lamberson

                                    Attorneys for Defendant and
20                                  Counterclaimant
                                    EMULEX CORPORATION

22 *Additional Counsel*

23 David M. Barkan (SBN 160825)
     barkan@fr.com
24 Jonathan J. Lamberson (SBN 239107)
     lamberson@fr.com
25 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
26 Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
27 Facsimile:  (650) 839-5071

28
                                2
                                        CASE NO. CV 09-1058-JVS (ANx)

1  Joseph V. Colaianni, Jr. (*pro hac vice*)
     *colaianni@fr.com*
2  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
3  Washington, DC 20005
   Telephone: (202) 783-5070
4  Facsimile: (202) 783-2331

5  Thomas H. Reger II (*pro hac vice*)
     *reger@fr.com*
6  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
7  Dallas, Texas 75201
   Telephone: (214) 747-5070
8  Facsimile: (214) 747-2091

9  Wasif H. Qureshi (*pro hac vice*)
     *qureshi@fr.com*
10 FISH & RICHARDSON P.C
   One Houston Center
11 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
12 Telephone: (713) 654-5300
   Facsimile: (713) 652-0109

# EXHIBIT A

- Defendant Emulex Corporation's Opposition to Broadcom's Motion for Entry of Permanent Injunction, and Appendices A & B thereto;
- Exhibits 1-24, 27-30, & 34-38 to the Declaration of Jonathan J. Lamberson in Support of Emulex's Opposition to Broadcom's Motion for Entry of Permanent Injunction;
- Declaration of Joseph Gervais, and Exhibits A-D thereto;
- Declaration of Stan Robinette;
- Declaration of Margaret Evashenk;
- Declaration of Bruce Gregory Warren;
- Declaration of Chris Hughes;
- Declaration of Charles Newfell;
- Declaration of Robert Gennaro;
- Declaration of Satish Gupta;
- Declaration of David Mason;
- Declaration of James Welch and Exhibit 1 thereto;
- Declaration of Yasunori Hiiragizawa, and Exhibit 1 thereto;
- Declaration of Dr. Phillip E. Allen;

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 1, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
　　　Jonathan J. Lamberson

50828785.doc