DURIE TANGRI LLP
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

Attorneys for Plaintiff
BROADCOM CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EMULEX CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 8:09-cv-01058-JVS-AN<br><br>**NOTICE OF APPEARANCE**<br><br>Ctrm:　Courtroom 10C<br>Judge:　Honorable James V. Selna |

NOTICE OF APPEARANCE / CASE NO. 8:09-CV-01058-JVS-AN

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Joseph C. Gratz in the above-referenced action as counsel for Plaintiff Broadcom Corporation.

Dated:  February 3, 2012                                     DURIE TANGRI LLP

                                                                      By:   */s/ Joseph C. Gratz*
                                                                                           JOSEPH C. GRATZ

                                                                      Attorneys for Plaintiff
                                                                      BROADCOM CORPORATION

## CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on February 3, 2012 with a copy of this document via the Court's CM/ECF system.

                                          */s/ Joseph C. Gratz*
                                          JOSEPH C. GRATZ