1  DURIE TANGRI LLP
   JOSEPH C. GRATZ (SBN 240676)
2  jgratz@durietangri.com
   SONALI D. MAITRA (SBN 254896)
3  smaitra@durietangri.com
4  217 Leidesdorff Street
   San Francisco, CA 94111
5  Telephone: 415-362-6666
   Facsimile:  415-236-6300
6
7  Attorneys for Plaintiff
   BROADCOM CORPORATION
8

9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11              (SOUTHERN DIVISION – SANTA ANA)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>EMULEX CORPORATION,<br><br>　　　　　　　Defendant. | Case No. 8:09-cv-01058-JVS-AN<br><br>**NOTICE OF APPEARANCE**<br><br>Ctrm:　Courtroom 10C<br>Judge:　Honorable James V. Selna |

TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this Notice of Appearance for Sonali D. Maitra in the above-referenced action as counsel for Plaintiff Broadcom Corporation.

Dated:  February 3, 2012                                      DURIE TANGRI LLP

                     By:      */s/ Sonali D. Maitra*
                         SONALI D. MAITRA

                     Attorneys for Plaintiff
                     BROADCOM CORPORATION

**CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on February 3, 2012 with a copy of this document via the Court's CM/ECF system.

 */s/ Sonali D. Maitra*
SONALI D. MAITRA