# EMULEX APPENDIX A: TESTIMONY ON SELECTED TOPICS

## I. Broadcom Does Not Compete With Emulex for Fibre Channel Business

- Trial Tr., Day 6 (McCluney) at 79:3-11 ("Q. Are they [Broadcom] competing in the fibre channel market? A. No")

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████

  ▪ ████████████████████████████████████████
████████████████████████████████████████
████████████████████████

  ▪ ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

  ▪ ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████

  ▪ ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

  ▪ ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████

- 1 -



- ██████████████████████████████████████
  ██████████████████████████████████████
  ██████████

- ██████████████████████████████████
  ██████████████████████████████████████
  ██████████████████████

## II. Emulex and QLogic are the Primary Competitors in the Fibre Channel Market, not Broadcom

- Trial Tr., Day 2 (Samueli) at 156:18-24 ("There were two primary corporations involved in fiber channel, Emulex and Q Logic, both well entrenched in the market")

- Trial Tr., Day 6 (McCluney) at 24:18-24 ("there's only really two companies that provide what's called, you know, state-of-the-art battle-hardened fibre channel and that's ourselves and another company called Q Logic")

- ██████████████████████████████████████
  ██████████████████████████████████████
  ████████████████████████████████
  ██████████████████████████

- ██████████████████████████████████████
  ██████████████████████████████████████
  ████████████████████████████████████
  ██████████████████████████████████████
  ████████████████████████████

- ██████████████████████████████████████
  ████████████████████████████████████
  ██████████████████████████████

- 3 -

### III. Broadcom Does Not Sell Fibre Channel Products or Practice Its Patents

- Trial Tr., Day 2 (Samueli) at 136:1-4 ("Q. Has Broadcom made traditional fibre channel products? A. The Legacy fibre channel only products? No. Broadcom is not in that market")

- *Id*. at 146:11-20 (noting that Broadcom chose not to enter the Fibre Channel business after acquiring Gadzoox)

- *Id*. at 151:7-10 ("Q. And in 2003 up until today am I correct that Broadcom never shipped a pure fiber channel product? A. That is correct, we do not even today have a pure fiber channel product; that is correct")

- Trial Tr., Day 10 (Davis) at 114:14-15 ("I am aware that Broadcom does not sell pure fibre channel products")

- [redacted]

- [redacted]

- [redacted]

- [redacted]

- [redacted]

- [redacted]

███████████████████████████████████████
████████████████

- ███████████████████████████████████████
  ████████████████████████████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ████████████

- ███████████████████████████████████████
  ██████████████████████████

- ███████████████████████████████████████
  ██████████████████

- ███████████████████████████████████████
  ███████████████████████████████████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ████████████████████████████████

- ███████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████

- ███████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████████████

### IV.  Fibre Channel is Different From Ethernet, FCoE, or iSCSI

- Trial Tr., Day 2 (Broadcom Opening Statement) at 48:16-25 ("Fibre channel is another and different networking protocol commonly used in data centers, one that Emulex, without a doubt, has been working in for a number of years and doing a good job.  Over the years fibre channel has been effective.  It is reliable.  It is also quite expensive.  Now, the focus of Broadcom's

networking business has always, always been on the ethernet way of life. Broadcom had not made traditional fibre channel products")

- Trial Tr., Day 2 (Samueli) at 137:15-20 ("fibre channel is a separate technology")

- Trial Tr., Day 6 (McCluney) at 26:5-7 & 29:13-18 (noting that there is no Ethernet involved in the accused Fibre Channel products)

- *Id.* at 35:21-37:4 (noting that iSCSI use is limited to small companies, and has never been adopted by large data centers because of its lack of reliability and performance)

- ██████████████████████████████████████████████████████████████
██████████████████████████████████████

- ██████████████████████████████████████████████████████████████
██████████████████████████

- ██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████

- ██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████

- ██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████████████
████████████████████████████████

- ██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

- ██████████████████████████████████████████████████████████████
████████████████████████████████████

- ███████████████████████████████████████
  █████████████████████████████████████
  █████████

▪ ███████████████████████████████████████
  ████████████████████████████

▪ ███████████████████████████████████████
  █████████████████████████████████████
  █████████████████████████████████████
  ███████████████

▪ ████████████████████████████████████

**A.     Market Penetration of FCoE Remains Low**

- ███████████████████████████████████████
  █████████████████████████████████████
  █████████████████████████████████████
  ████████████████

▪ ███████████████████████████████████████
  █████████████████████████████████████
  █████████████████████████

▪ ███████████████████████████████████████
  █████████████████████████████████████
  █████████████████████████████████████
  █████████████████████████████████████
  █████████████████████████████████████
  ██████████████████████████████

▪ ███████████████████████████████████████
  █████████████████████████████████████
  ████

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████

V. **FC and FCoE Users Demand a Hardened Stack**

- Trial Tr., Day 2 (Samueli) at 152:21-153:8 ("Q. And would you agree that at that time frame [in 2008] end users wanted a hardened stack – we're talking about fiber channel now – a hardened stack from a proven supplier?  A. That is an accurate statement")

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

  ▪ ████████████████████████████████████████████
████████████████████████████

  ▪ ████████████████████████████████████████████
████████████████████████████████████

  ▪ ████████████████████████████████████████████
████████████████████████████████████████████
████████████

  ▪ ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████

  ▪ ████████████████████████████████████████████
████████████████████████████████████████████
████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████████████

  ▪ ███████████████████████████████████
    ███████████████████████████████████████
    ███████████████████████████████████████
    ████████████████████████

  ▪ ███████████████████████████████████████
    ███████████████████████████████████████
    ███████████████████████████████████████
    ████████████████████████████

### A. Emulex Has a Hardened Stack

- Trial Tr., Day 2 (Samueli) at 156:25-157:9 ("they [referring to Emulex] would have a robust and hardened stack.  Yes, I would agree with that")

- Trial Tr., Day 6 (McCluney) at 20:21-22:16 ("the industry has been working on this for, you know, a couple of decades to ensure that it was absolutely reliable and bullet proof, which is why you find fibre channel and fibre channel networks inside enterprise data centers")

- *Id.* at 38:5-39:9 ("'hardening' means that it's been out in real world environments for a long, long time.  You know, we can only do so much testing in our labs.  There's thousands and thousands of customers out there that find very interesting ways of – of using fibre channel, maybe with some unique equipment, and we learn that over time and build it into our product so that when they plug in our fibre channel HBA or our CNA it just works")

- ███████████████████████████████████████
  ███████████████████████████████████████
  ██████████████████████████

  ▪ ███████████████████████████████████████
    ██████████████████████████████████

- █████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████
  █████████████████

- ██████████████████████████████████████████████████████████
  ██████████████████████████████████████████████████████████
  ██████████████████████████████████████████████████████████
  ██████████████████████████████████████████████████████████

- ██████████████████████████████████████████████████████████
  ██████████████████

## B.      Broadcom Does Not Have a Hardened Stack

- Trial Tr., Day 6 (McCluney) at 39:14-40:7 ("Just getting it through some OEM labs is good, but not sufficient.  You need to have the product out in the – the real world environment, so it takes years to really claim your stack is fully hardened")

- ██████████████████████████████████████████████████████████
  ██████████████████████████████████████████████████████████
  ████████████████████████████

- ██████████████████████████████████████████████████████████
  ███████████████████████████████████

- ██████████████████████████████████████████████████████████
  ████████████████████████████████████████████████

- ██████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████
  ██████████████████████████████████████████████████████████
  ██████████████████

- ██████████████████████████████████████████████████████████
  ████████████████████████████████████████████████
  ███████████████████████████████████████████

- ███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████

- ███████████████████████████████████████████
███████████████████████████████████████████
██████

- ███████████████████████████████████████████
████████████████████████

- ███████████████████████████████████████████
████████████████████████

- ███████████████████████████████████████████
███████████████████████

- ███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████

- ███████████████████████████████████████████
██████

- ███████████████████████████████████████████
████████████████████████████████

## VI.  Intel is a Major Competitor, Which Broadcom has Licensed

- ███████████████████████████████████████████████████

- Trial Tr., Day 2 (Broadcom Opening Statement) at 32:22-25 ("Broadcom competes with some of the most technology -- some of the most well-known technology companies in the world today, Intel, Qualcomm, Texas Instruments")



## VII. The Asserted '150 Patent is Used to Practice 10Gbps Ethernet & FCOE

- Trial Tr., Day 2 (Samueli) at 147:18-148:4 (referring to the '150 patent, and stating "if you have more than one ethernet --- or high-speed connection like a 10 gigabit ethernet connection, it won't use it reliably if you don't use this invention")

- Trial Tr., Day 2 (Broadcom Opening Statement) at 36:2-3 ("two sets of inventions related to ethernet will be before you during this trial")

- Trial Tr., Day 10 (Davis) at 91:19-92:9 (quoting Dr. Samueli's trial testimony from Day 2 at 147:18-148:4)

- ███████████████████████████████████████████████████████████
  ███████████████████████████████████████████████████████
  ████████

- ███████████████████████████████████████████████████████████
  ████████████

- ███████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████████
  █████████████████████

- ███████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████████
  ██████

- ███████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████████
  █████████████████████████████████████████████

- ███████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████████
  █████████████████████████████████████████████████████████████

- ███████████████████████████████████████████████████████████
  █████████████████████████████████████

- ██████████████████████████████████████

## VIII. Broadcom Has Licensing Obligations With Respect to Both FCoE and 10Gbps Ethernet

- ██████████████████████████████████████

  - ██████████████████████████████████████

  - ██████████████████████████████████████

  - ██████████████████████████████████████

  - ██████████████████████████████████████

  - ██████████████████████████████████████

## IX. SerDes are a Small Part of the Accused Products

- Trial Tr., Day 2 (Broadcom Opening Statement) at 67:16-68:8 ("The evidence will show that they are a small part of the circuit…")

- Trial Tr., Day 2 (Samueli) at 178:5-11 ("Dr. Buchwald's invention … invented a clock recovery function which is complementary. It's also used in a SerDes along with the C3MOS logic techniques to implement the

overall SerDes function, so it is a key portion of it but it is not the whole thing. It is just one piece of it")

- Trial Tr., Day 6 (McCluney) at 42:13-25 ("I can safely say that any discussion I've had with customers the topic of SerDes has never come up")

- Trial Tr., Day 6 (Arment) at 111:1-112:9 (identifying key features and functionality of accused products, which do not include SerDes)

- *Id*. at 115:23-116:6 ("Q. Do [customers] come to Emulex because of its SerDes components that it receives from other suppliers? A. Not specifically")

- Trial Tr., Day 10 (Davis) at 87:7-88:16 (stating that the reason the royalty for the Hairapetian patents is higher than for the '150 patent is due to the fact that they are "much more important to the performance of the chip and the – the products")

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



## X. The SerDes are a Black Box to Emulex

- Trial Tr., Day 6 (McCluney) at 46:23-47:20 ("we don't get to see what's inside the – what LSI, for example, produces. They treat that as highly proprietary information. It's what makes their products valuable")

- Trial Tr., Day 6 (Arment) at 100:7-17 ("they would tell us what the boundary of that part would be and not the internals")

- Lamberson Decl., Ex. 39 (Avula) at 43:5-16, 47:13-20, 48:14-49:4, 78:8-79:7, 83:25-84:2, 88:2-9, 169:12-14.

- Lamberson Decl., Ex. 40 (Holness) at 76:13-19, 113:15-17.

- Lamberson Decl., Ex. 41 (Holness) at 12:5-14, 64:5-18, 65:16-66:3, 66:20-67:18.

- Evashenk Decl., ¶¶ 7-9.

## XI. It Takes Significant Time To Design and Test a New Chip

- ███████████████████████████████████████
  ███████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████

- ███████████████████████████████████████
  █████████████████████████████████
  █████████████████████████

- ███████████████████████████████████████
  ███████████████████████████████████████
  █████████████████████████████████
  █████████████████████████████████
  ███████████████████████████████████
  ███████████████████████

- ███████████████████████████████████████
  █████████████████████████

- ███████████████████████████████████████
  █████████████████████████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████████████████████████
  ███████████████████

- ███████████████████████████████████████
  █████████████████████████████████
  █████████████████████████

- ███████████████████████████████████████
  ███████████████████████████████████████
  ████

