# EMULEX APPENDIX B: BROADCOM'S DECLARANTS

## I.   JULIE DAVIS

- █████████████████████████████████████████
  ███████████████████████████████████
  ████████████

- ████████████████████████████████████
  █████████████████████████████████████████
  █████████████████████████████████████████
  ████████████████████████

- ████████████████████████████████████
  █████████████████████████████████████████
  ████████████████████████

- █████████████████████████████████████████
  ██████████████████████████████████
  ██████████████████████████

- ████████████████████████████████████
  ████████████████████

- ████████████████████████████████████
  ████████████████████████████████

- ███████████████████████████████████
  ████████████████████████████████████
  ████████████

- ████████████████████████████████████
  █████████████████████████████████████████
  ████████████████



- ██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████
███████████████████████████

- ████████████████████████████████████
███████████

- ██████████████████████████████████████████
███████████████████████████████████

- ██████████████████████████████████████████
██████████████████████████████████████████
████████████████████████████████████

## II.   ROBERT LUSINSKY

- ████████████████████████████████████
████████████████████████████████████
████████████

- ████████████████████████████████████
████████████████████████████

- ████████████████████████████████████
████████████████████████████████████
███████████████████████████

- ████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████████

- ████████████████████████████████████████
████████████████████████████████████████
███████████████

- ████████████████████████████████████



- ███████████████████████████████████████████████
  ██████████████

- ███████████████████████████████████████████
  ███████████

- ███████████████████████████████████████

- ███████████████████████████████████████████████
  ███████████████████████████████████████████████
  ████████████████████████████████

## III.   ERIC HAYES

- ███████████████████████████████████████████████
  ███████████████████████████

- ███████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████
  ██████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████████
  ██████████████████████████████████████
  █████████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████████
  ████████████████████████████

- ███████████████████████████████████████████
  ████████████████████████████

- ██████████████████████████████████████
  ███████████████████████████████████████████
  ███████████████████████████████████████████████
  ███████████████████████████████████████████
  █████████████████████████████████



- ████████████████████████████████████████████
  ██████████████████████████

- ████████████████████████████████████████████
  ███████████████████████████████████████████████
  ███████████████████████████████████████████████
  ███████████████████████████████████████████████
  ████████████████████████████████████████████████
  ███████████████████████████████████████████████

- ████████████████████████████████████████████████
  ███████████████████████████████████████████████
  ██████████████████████████████████████████████
  ███████████████████████████████████████████████
  ████████████████████████████████████████████████
  ████████████████████

- ████████████████████████████████████████████
  ████████████████████████████████████

- ████████████████████████████████████████████████
  ██████████

- ████████████████████████████████████████████████
  ██████████████████████████████████████████████
  ███████████████████████████████████████████████
  ██████████████████████████████████████████████
  ██████████████████████████████████████████
  ███████████████████████████████████████████████
  ██████████████████████████████████████████

- ████████████████████████████████████████████████
  ████████████████████████████████████████████████
  ████████████████████

- ████████████████████████████████████████████
  ██████████████