Name & Address:
Stanley M. Gibson (SBN 162329)
JEFFER MANGELS BUTLER & MITCHELL, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 203-8080

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 8:09-cv-01058-JVS AN |
| v. | |
| EMULEX CORPORATION | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Zhenyu Yang__ , of __Finnegan, Henderson, Farabow, 901 New York Ave. NW Washington DC 2001__
    *Applicant's Name*                              *Firm Name / Address*

__(202) 408-4400__                                  __Zhenyu.yang@finnegan.com__
    *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff  X Defendant

☐ Intervener or other interested person __Emulex Corporation__

and the designation of __Stanley M. Gibson/162329__
    *Local Counsel Designee /State Bar Number*

of __Jeffer Mangels Butler & Mitchell, LLP 1900 Avenue of the Stars, 7th Fl., L.A., CA 90067__
    *Local Counsel Firm / Address*

__(310) 203-8080__                                  __sgibson@jmbm.com__
    *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____          _____
                                        U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (11/10)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

