Name and address:

Stanley M. Gibson
JEFFER MANGELS BUTLER & MITCHELL, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(310) 203-8080

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:09-cv-01058-JVS-AN |
| v. | |
| EMULEX CORPORATION | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case application**. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A CERTIFICATE OF GOOD STANDING for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, E. Robert Yoches                                                        , hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: EMULEX CORPORATION                                    by whom I have been retained.

My business information is:
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
*Firm Name*

901 New York Avenue, N.W.
*Street Address*

Washington, D.C. 20001                    bob.yoches@finnegan.com
*City, State, Zip*                         *E-Mail Address*

(202) 408-4000                             (202) 408-4400
*Telephone Number*                         *Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| District of Columbia Court of Appeals | 12/19/80 |
| Federal Circuit | 10/01/82 |
| Supreme Court of the United States | 03/01/93 |
| United States Court of International Trade | 05/29/01 |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Ttitle of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate __Stanley M. Gibson__ as local counsel, whose business information is as follows:

Jeffer Mangels Butler & Mitchellp LLP
*Firm Name*

1900 Avenue of the Stars, 7th Floor
*Street Address*

Los Angeles, CA 90067
*City, State, Zip*

sgibson@jmbm.com
*E-Mail Address*

(310) 203-8080
*Telephone Number*

(310) 203-0567
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated __February 7, 2012__

E. Robert Yoches
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated __February 8, 2012__

Stanley M. Gibson
*Designee's Name (please print)*

*Designee's Signature*
162329
*Designee's California State Bar Number*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

EDWARD R. YOCHES

was on the 19ᵀᴴ day of DECEMBER, 1980 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 9, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk