Name & Address:
Stanley M. Gibson (SBN 162329)
JEFFER MANGELS BUTLER & MITCHELL, LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067
(310) 203-8080

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | 8:09-cv-01058-JVS AN |
| v. | |
| EMULEX CORPORATION | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  E. Robert Yoches  , of  Finnegan, Henderson, Farabow, 901 New York Ave. NW Washington DC 2001
     *Applicant's Name*                              *Firm Name / Address*

(202) 408-4400                                       bob.yoches@finnegan.com
     *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   X Defendant

☐ Intervener or other interested person  Emulex Corporation

and the designation of  Stanley M. Gibson/162329
                       *Local Counsel Designee /State Bar Number*

of  Jeffer Mangels Butler & Mitchell, LLP 1900 Avenue of the Stars, 7th Fl., L.A., CA  90067
                       *Local Counsel Firm / Address*

(310) 203-8080                                       sgibson@jmbm.com
     *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated _____     _____
                                         U. S. District Judge/U.S. Magistrate Judge

---

G-64 ORDER (11/10)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE



American LegalNet, Inc.
www.FormsWorkFlow.com