# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br><br>**And Related Counterclaims.** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**ORDER GRANTING PLAINTIFF BROADCOM CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE DEPOSITIONS AND FILE REPLY BRIEF IN SUPPORT OF MOTION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>Before: Hon. James V. Selna |

Before the Court is Plaintiff Broadcom Corporation's Unopposed Motion for an Extension of Time to complete the depositions of certain third party declarants and then file its Reply Brief in support of its Motion for Entry of Permanent Injunction. Having considered this matter, and because this Motion is unopposed, the Court hereby GRANTS the Motion and sets the following

1  deadlines:

| Event | Previous Deadline | New Deadline |
|---|---|---|
| Broadcom Completes Depositions of Any Declarants offered by Emulex | February 10, 2012 | February 22, 2012 |
| Broadcom Submits Reply Brief | February 17, 2012 | February 22, 2012 |

**IT IS SO ORDERED.**

Dated: February 13, 2012      _____
           Hon. James V. Selna
           United States District Judge