WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
(Additional Counsel Listed on Signature Page)

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,** <br><br> Plaintiff, <br><br> v. <br><br> **EMULEX CORPORATION,** <br><br> **Defendant.** <br><br> **And Related Counterclaims.** | Case No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) <br><br> **PLAINTIFF BROADCOM CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION** <br><br> Before: Hon. James V. Selna |

Plaintiff Broadcom Corporation respectfully requests leave of the Court to exceed the page limit for its forthcoming Reply Memorandum in Support of it Motion for Entry of a Permanent Injunction ("Reply Brief"). The Reply Brief is scheduled to be filed on February 22, 2012. (*See* Dkt. No. 1055.)

Broadcom respectfully requests that a five page extension of the page limit, beyond the 25 pages provided by Local Rule 11-6, be granted by the Court for Broadcom's Reply Brief. Because the Reply Brief must respond not only to the arguments made in Defendant Emulex Corporation's opposition brief (Dkt. No. 1036), but also must address the deposition and declaration testimony of twelve Emulex and third-party witnesses (Dkt. Nos. 1023, 1025-35), Broadcom believes an additional five pages may be necessary to present its arguments fully and properly.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 19, 2012. Emulex does not oppose this request.

For the above reasons, Broadcom respectfully moves for leave to file a Reply Brief of up to thirty pages.

Dated: February 17, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP


By: /s/ Jason H. Liss
    Jason H. Liss

Attorneys for Plaintiff
BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-01058 JVS (ANx) and SACV10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Plaintiff Broadcom Corporation's Unopposed Motion to Exceed Page Limitation* and accompanying Proposed Order were served upon the following parties as indicated below on this 17th day of February, 2012.

**For Emulex Corporation:**

OC-ELX-PAT@gibsondunn.com
smg@jmbm.com
broadcom-emulex@fr.com
broadcomemulexservice@tklaw.com
(email addresses for service on Emulex
per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

ACTIVEUS 93063567v1

2

BROADCOM'S UNOPPOSED MOTION TO
EXCEED PAGE LIMITATION