# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EMULEX CORPORATION,**<br><br>**Defendant.**<br><br><br>**And Related Counterclaims.** | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BROADCOM CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**<br><br>Before:   Hon. James V. Selna |

Before the Court is Plaintiff Broadcom Corporation's Unopposed Motion for Leave to Exceed Page Limitation.  Having considered this matter, and good cause appearing, the Court hereby GRANTS the Motion.  Broadcom may file a reply brief of up to 30 pages on February 22, 2012.

**IT IS SO ORDERED.**

Dated: _____          _____
                                                      Hon. James V. Selna
                                                      United States District Judge