UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims. | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**ORDER GRANTING PLAINTIFF BROADCOM CORPORATION'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**<br><br>Before: Hon. James V. Selna |

Before the Court is Plaintiff Broadcom Corporation's Unopposed Motion for Leave to Exceed Page Limitation. Having considered this matter, and good cause appearing, the Court hereby GRANTS the Motion. Broadcom may file a reply brief of up to 30 pages on February 22, 2012.

**IT IS SO ORDERED.**

Dated: February 17, 2012

_____
Hon. James V. Selna
United States District Judge