# **EXHIBIT A**

- Plaintiff Broadcom Corporation's Application to File Documents Under Seal in Connection with Its Reply Memorandum in Support of its Motion for Entry of Permanent Injunction, Exhibit A thereto, and [Proposed] Order;

- Plaintiff Broadcom Corporation's Reply Memorandum in Support of its Motion for Entry of Permanent Injunction, and Appendix A thereto;

- Reply Declaration of Jason H. Liss in Support of Broadcom's Motion for Entry of Permanent Injunction, and Exhibits A-Q thereto; and

- Proof of Service.