UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx)<br>consolidated CV 10-03963-JVS (ANx) | Date | February 24, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dominic Massa / Greg Teran | Juanita Brooks / John Lamberson<br>Michael Schonberg |

**Proceedings:** **Plaintiff's Ex Parte Application to Strike declaration of Yasunori Hiiragizawa (Fld 2-3-12, dkt no 1024)**

    Cause called and counsel make their appearances via telephone. The Court and counsel confer. Counsel make their arguments. The Court DENIES the plaintiff's Ex Parte Application referenced above and rules as indicated on the record.

\

| | 00 | : | 06 |
|---|---|---|---|
| | Initials of Preparer | kjt | |