1  Juanita R. Brooks (SBN 75934)
    *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12 BROADCOM CORPORATION,              Case No. CV 09-1058-JVS (ANx)

        Plaintiff,                    consolidated with CV 10-3963 JVS
13                                    (ANx)
        v.
14                                    **CERTIFICATE OF SERVICE**
   EMULEX CORPORATION,
15
        Defendant.
16
                                      Hearing Date:  March 2, 2012
17 And Related Counterclaims          Time:          1:30 p.m.
                                      Place:         Courtroom 10C
18                                    Before:        Hon. James V. Selna

19
       I am employed in the County of San Mateo. My business address is Fish &
20
   Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I
21
   am over the age of 18 and not a party to the foregoing action.
22
       I am readily familiar with the business practice at my place of business for
23
   collection and processing of correspondence for personal delivery, for mailing with
24
   United States Postal Service, for facsimile, and for overnight delivery by Federal
25
   Express, Express Mail, or other overnight service.
26
       On February 27, 2012, I caused copies of:
27
   • Emulex's Ex Parte Application for Leave to File a Surreply Brief in
28     Opposition to Broadcom Corporation's Motion for Entry of Permanent
       Injunction;

1  • Emulex's Surreply Brief in Opposition to Broadcom Corporation's Motion for Entry of Permanent Injunction;

2  • Declaration of Jonathan Lamberson in Support of Emulex's Ex Parte Application and exhibits to same;

3
4  • Declaration of Thomas Reger in Support of Emulex's Ex Parte Application; and

5  • Application and Proposed Order Granting the Application to File Under Seal

to be served on the interested parties in this action by converting the original documents into PDF files and attaching the files to an email message addressed as follows:

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Louis W. Tompros<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Email:<br>WHBroadcomEmulexServiceList@wilmerhale.com | Attorneys for Plaintiff<br>BROADCOM<br>CORPORATION |

| XX | **ELECTRONIC MAIL:** | The message was transmitted by email to the email address(es) shown above. |
|---|---|---|

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on February 27, 2012, at Redwood City, California.

_____
Christie Horsley

*Additional Counsel*

David M. Barkan (SBN 160825)
  barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
  lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

1  Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
2  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
3  Washington, DC 20005
   Telephone:  (202) 783-5070
4  Facsimile:  (202) 783-2331

5  Thomas H. Reger II (*pro hac vice*)
   *reger@fr.com*
6  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
7  Dallas, Texas 75201
   Telephone:  (214) 747-5070
8  Facsimile:  (214) 747-2091

9  Wasif H. Qureshi (*pro hac vice*)
   *qureshi@fr.com*
10 FISH & RICHARDSON P.C
   One Houston Center
11 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
12 Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109
13

14 50813737.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28