1  Juanita R. Brooks (SBN 75934)
   *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

12 BROADCOM CORPORATION,           Case No. CV 09-1058-JVS (ANx)

13      Plaintiff,                 consolidated with CV 10-3963 JVS
                                   (ANx)
14      v.

15 EMULEX CORPORATION,             DEFENDANT EMULEX
                                   CORPORATION'S APPLICATION
16      Defendant.                 TO FILE DOCUMENTS UNDER
                                   SEAL IN CONNECTION WITH ITS
17                                 EX PARTE APPLICATION FOR
                                   LEAVE TO FILE A SURREPLY
18                                 BRIEF IN OPPOSITION TO
                                   BROADCOM CORPORATION'S
19                                 MOTION FOR ENTRY OF
                                   PERMANENT INJUNCTION
20
                                   Hearing Date:  March 2, 2012
21 And Related Counterclaims       Time:          1:30 p.m.
                                   Place:         Courtroom 10C
22                                 Before:        Hon. James V. Selna

23

24

25

26

27

28

                                          CASE NO. CV 09-1058-JVS (ANx)

1   PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,
2   Defendant Emulex Corporation ("Emulex") submits this application to the Court for
3   an order sealing Emulex's Ex Parte Application for Leave to File a Surreply Brief in
4   Opposition to Broadcom Corporation's Motion for Entry of Permanent Injunction,
5   Emulex's Surreply Brief in Opposition to Broadcom Corporation's Motion for Entry
6   of Permanent Injunction, and the Declarations of Jonathan Lamberson and Thomas
7   Reger in Support of Emulex's Ex Parte Application for Leave to File a Surreply
8   Brief, and all exhibits thereto.

9   Under Civil Local Rule 79-5, a party can request that documents be filed
10  under seal by submitting a written application along with the documents sought to
11  be filed under seal. Emulex applies to file under seal its Ex Parte Application for
12  Leave to File a Surreply Brief in Opposition to Broadcom Corporation's Motion for
13  Entry of Permanent Injunction, Emulex's Surreply Brief in Opposition to Broadcom
14  Corporation's Motion for Entry of Permanent Injunction, and the Declarations of
15  Jonathan Lamberson and Thomas Reger in Support of Emulex's Ex Parte
16  Application for Leave to File a Surreply Brief, and the exhibits thereto, on the
17  grounds that they contain information covered by the Confidentiality Order entered
18  in this action on February 19, 2010, including information designed by the parties
19  and third parties as Highly Confidential. The Confidentiality Order requires the
20  party in possession of such materials to protect them from disclosure.

21  For the foregoing reasons, Emulex respectfully requests that the Court grant
22  Emulex's application to the Court for an order sealing Emulex's Ex Parte
23  Application for Leave to File a Surreply Brief in Opposition to Broadcom
24  Corporation's Motion for Entry of Permanent Injunction, Emulex's Surreply Brief
25  in Opposition to Broadcom Corporation's Motion for Entry of Permanent
26  Injunction, and the Declarations of Jonathan Lamberson and Thomas Reger in
27  Support of Emulex's Ex Parte Application for Leave to File a Surreply Brief, and
28  exhibits thereto.

| | |
|---|---|
| Dated: February 27, 2012 | FISH & RICHARDSON P.C.<br><br>By: _____<br>Jonathan J. Lamberson<br><br>Attorneys for Defendant and Counterclaimant<br>EMULEX CORPORATION |

*Additional Counsel*

David M. Barkan (SBN 160825)
 *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
 *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50779226.doc