UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) | Date | March 1, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** <u>(IN CHAMBERS) Order DENYING Defendant's Application to File Documents Under Seal in Connection with its Ex Parte Application for Leave to File A Surreply and DENYING Defendant's Application for Leave to File a Surreply in Opposition to the Motion for Entry of Permanent Injunction</u>

     The Court, having read and considered the Applications referenced above, hereby DENIES both applications. The documents submitted for possible filing under seal shall be returned to counsel for defendant.

| | 0 : 00 |
|---|---|
| Initials of Preparer | kjt |