UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) consolidated CV 10-03963-JVS (ANx) | Date | March 2, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Lee, Dominic Massa, Gregory Teran | Juanita Brooks, David M. Barkan, Michael Schoneberg, Thomas Reger Jonathan Lamberson |

**Proceedings:**    Plaintiff's Motion for Entry of Permanent Injunction (fld 1-6-12)

    Cause called and counsel make their appearances. The Court's tentative rulings are issued. Counsel make their arguments. The Court ORDERS portions of the hearing and the transcripts of these proceedings, as indicated on the record, SEALED. The Court takes the above referenced motions under submission.

| | 02 | : | 27 |
|---|---|---|---|
| Initials of Preparer | kjt | | |