UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) | Date | March 5, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | James V. Selna | |
| | Lori Anderson for Karla J. Tunis | N/A |
| | Deputy Clerk | Court Reporter |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| | Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE EMULEX CORPORATION'S EX PARTE APPLICATION

The Court has reflected on its denial of Emulex Corporation's ("Emulex") *ex parte* application to file a surrebuttal brief on Broadcom Corporation's ("Broadcom") Motion for Permanent Injunction. (Docket No. 1073, denying Application at Docket No. 1072.)

The Court grants the following relief in light of the evidence offered by Broadcom in its rebuttal:

1. With respect to any witness under Emulex' control whose deposition testimony was cited by Broadcom in its rebuttal, Emulex may file deposition excerpts from the same witness which would be admissible under Rule 106 of the Federal Rules of Evidence.

2. With respect to any witness not under Emulex' control whose deposition testimony was cited by Broadcom in its rebuttal, Emulex may file deposition excerpts from the same witness which are responsive to the specific subject matter of the testimony cited by Broadcom.

3. Emulex may submit a brief of not more than four page to accompany the excerpts. Other than the excerpts allowed above, there shall be no appendices, exhibits or other expansions of the filing.

4. Emulex shall make any filing no later than 4:00 p.m. March 7, 2012.

| | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | ag for kjt | | |