Juanita R. Brooks (SBN 75934)
  *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S SUPPLEMENTAL BRIEF REGARDING DEPOSITION TESTIMONY** |

　　I, Jonathan J. Lamberson, declare as follows:

　　1.　　I am an associate in the Redwood City office of Fish & Richardson P.C., counsel of record for defendant Emulex Corporation.  I make these statements based upon my own personal knowledge.

　　2.　　Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the February 14, 2012 deposition of Charles J. Newfell, Jr. of Hewlett-Packard Company (**FILED UNDER SEAL**).

1      3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts from
2  the transcript of the February 9, 2012 deposition of Christopher Hughes of Hewlett-
3  Packard Company (**FILED UNDER SEAL**).

4      4.     Attached hereto as Exhibit 3 is a true and correct copy of excerpts from
5  the transcript of the February 14, 2012 deposition of Robert Gennaro of Hewlett-
6  Packard Company (**FILED UNDER SEAL**).

7      5.     Attached hereto as Exhibit 4 is a true and correct copy of the transcript
8  of the February 20, 2012 deposition of Satish Gupta of International Business
9  Machines Corporation (**FILED UNDER SEAL**).

10     6.     Attached hereto as Exhibit 5 is a true and correct copy of excerpts from
11 the transcript of the February 7, 2012 deposition of Joseph Gervais of Emulex
12 Corporation (**FILED UNDER SEAL**).

13     7.     Attached hereto as Exhibit 6 is a true and correct copy of excerpts from
14 the transcript of the February 10, 2012 deposition of Margaret Evashenk of Emulex
15 Corporation (**FILED UNDER SEAL**).

16 I declare under penalty of perjury that the foregoing is true and correct.
17 Executed this 7th day of March, 2012, at Redwood City, California.

19                                                   */s/ Jonathan J. Lamberson*
                                                     Jonathan J. Lamberson

22 *Additional Counsel*

23 David M. Barkan (SBN 160825)
    *barkan@fr.com*
24 Jonathan J. Lamberson (SBN 239107)
    *lamberson@fr.com*
25 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
26 Redwood City, California 94063-1526
   Telephone: (650) 839-5070
27 Facsimile: (650) 839-5071

28

1  Joseph V. Colaianni, Jr. (*pro hac vice*)
2   colaianni@fr.com
   FISH & RICHARDSON P.C.
3  1425 K Street, N.W., 11th Floor
   Washington, DC 20005
4  Telephone:  (202) 783-5070
   Facsimile:  (202) 783-2331

5  Thomas H. Reger II (*pro hac vice*)
    reger@fr.com
6  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
7  Dallas, Texas 75201
   Telephone:  (214) 747-5070
8  Facsimile:  (214) 747-2091

9  Wasif H. Qureshi (*pro hac vice*)
    qureshi@fr.com
10 FISH & RICHARDSON P.C
   One Houston Center
11 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
12 Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109

50835251.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 7, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50835251.doc