WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-3963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S NOTICE OF LODGING OF SECOND AMENDED [PROPOSED] PERMANENT INJUNCTION AND STATUS REPORT**<br><br>Before Hon. James V. Selna |

1    PLEASE TAKE NOTICE that pursuant to the Court's Memorandum of Decision re: Injunctive Relief dated March 16, 2012 (Dkt. No. 1090 at 22), Plaintiff Broadcom Corporation ("Broadcom") hereby lodges with the Court the following document: *Second Amended [Proposed] Permanent Injunction*.

Broadcom further advises the Court that in keeping with the Court's stated expectation (*see* Dkt. No. 1090 n.21), and following Broadcom's requests dated March 19 and March 22, 2012, the parties met and conferred on Friday March 23, 2012, regarding the permissible scope, if any, of Emulex's sunset period sales. Emulex has stated its intention to make an initial identification of sales it considers sunset-eligible today, and the parties expect to meet and confer again this week.

The proposed injunction is attached to this Notice pursuant to Central District General Order 10-07, Section VI(A).

Date: March 26, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Jason H. Liss
Jason H. Liss

Attorneys for Plaintiff
BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Plaintiff Broadcom Corporation's Notice of Lodging of Second Amended [Proposed] Permanent Injunction and Status Report* and accompanying *Second Amended [Proposed] Permanent Injunction* were served upon the following parties as indicated below on this 26th day of March, 2012.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

BROADCOM'S NOTICE OF LODGING OF
3   SECOND AMENDED [PROPOSED] PERMANENT
INJUNCTION AND STATUS REPORT

ACTIVEUS 93809401v2