WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**DECLARATION OF JASON H. LISS**<br><br>Before:     Hon. James V. Selna |

1  I, Jason H. Liss, hereby declare as follows:

2  

3  1. I am an attorney at law admitted to practice in the Commonwealth of Massachusetts (BBO #672902). I was admitted *pro hac vice* in this action on March 15, 2010. I am an associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Plaintiff Broadcom Corporation ("Broadcom") in this action against Emulex Corporation ("Emulex").

2. I have personal knowledge of the information set forth herein, and I could and would competently testify thereto if called as a witness.

3. Attached hereto as Exhibit A is a true and accurate copy of electronic correspondence from counsel for Emulex Jonathan Lamberson to counsel for Broadcom Greg Teran dated March 30, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of April, 2012, in Boston, Massachusetts.

_____
Jason H. Liss

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Declaration of Jason H. Liss* and Exhibit A thereto was served upon the following parties as indicated below on this 2nd day of April, 2012.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

**LISS DECLARATION**
2