UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 09-1058 JVS (ANx)  Date  April 3, 2012

Title  Broadcom Corporation v. Emulex Corporation

Present: The Honorable  James V. Selna

| Adrianna Gonzalez | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order Re Completion of the Appendix to the Permanent Injunction

     The parties shall meet forthwith for the purpose of completing the Appendix to the Permanent Injunction which the Court has entered. They shall either submit an agreed Appendix by the close of business on April 11, 2012, or report on their efforts in person on April 12, 2012 at 9:00 a.m.

     In setting these dates, the Court has taken into account the religious holidays this week. It is imperative that the Appendix be completed on the timetable set forth above.

     :  00

Initials of Preparer  ag