Juanita R. Brooks (SBN 75934)
  *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**NOTICE OF APPEAL**<br>**(TO THE FEDERAL CIRCUIT)** |

    Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1) and 1292(c)(1), or other appellate jurisdiction, and pursuant to Fed. R. App. P. 4(a)(1), Defendant Emulex Corporation ("Emulex") appeals to the United States Court of Appeals for the Federal Circuit from Permanent Injunction dated April 3, 2012 (D.I. 1095) in those parts adverse to Emulex, and from all underlying decisions,

1   orders, and rulings related to, supporting, or incorporated in that Order as adverse to
2   Emulex, including but not limited to the granting of two judgments as a matter of
3   law of infringement against Emulex (i) the October 5, 2011 in-trial grant of a
4   directed verdict (judgment as a matter of law) of infringement of the '150 Patent
5   (D.I. 871 Trial. Tr. Oct. 5, 2011, p.183), and (ii) the December 16, 2011 (In
6   Chambers) Order Denying Defendant's Motion for Judgment as a Matter of Law on
7   the Basis of Non-Infringement (Count 4) and Granting Plaintiff's Motion for
8   Judgment as a Matter of Law on the Basis of Infringement of '691 Patent (D.I. 993),
9   as well as the December 15, 2011 (In Chambers) Order Denying Defendant's
10  Motion for Judgment as a Matter of Law on the Basis of Obviousness of the '194,
11  '124 and '057 Patents and Defendant's Motion for Judgment as a Matter of Law on
12  the basis of Obviousness of the '150 Patent (D.I. 992), the December 16, 2011 (In
13  Chambers) Order Denying Defendant's Motion for Judgment as a Matter of Law on
14  the Basis of Non-Infringement of the '150 Patent (D.I. 994), the December 17, 2010
15  (In Chambers) Order Regarding Markman /Claim Construction Hearing (D.I. 261),
16  the August 2, 2011 (In Chambers) Order Granting Broadcom's Motion for Partial
17  Summary Judgment of No Invalidity of the '691 and '500 Patents (D.I. 715), the
18  August 2, 2011 (In Chambers) Order Denying Motion for Summary Judgment of No
19  Infringement (Count 11) (D.I. 714), the August 3, 2011 (In Chambers) Order
20  Denying Emulex's Motion for Summary Judgment of No Infringement as to
21  Counts 4 & 5 (D.I. 718), the August 10, 2011 (In Chambers) Minute Order re

1 | Motions in Limine (D.I. 770), and the May 5, 2011 Order Re The Parties'
2 | Respective Motions To Strike Certain Expert Reports or Portions Thereof
3 | (D.I. 341).

4 |                                            Respectfully Submitted,

5 | Dated:  April 4, 2012                      FISH & RICHARDSON P.C.

6 |                                            By: */s/ Jonathan J. Lamberson*

7 |                                            Attorneys for Defendant and
                                               Counterclaimant
8 |                                            EMULEX CORPORATION

9 | *Additional Counsel*

10 | David M. Barkan (SBN 160825)
       *barkan@fr.com*
11 | Jonathan J. Lamberson (SBN 239107)
       *lamberson@fr.com*
12 | FISH & RICHARDSON P.C.
     500 Arguello Street, Suite 500
13 | Redwood City, California 94063-1526
     Telephone:  (650) 839-5070
14 | Facsimile:  (650) 839-5071

15 | Joseph V. Colaianni, Jr. (*pro hac vice*)
       *colaianni@fr.com*
16 | FISH & RICHARDSON P.C.
     1425 K Street, N.W., 11th Floor
17 | Washington, DC 20005
     Telephone:  (202) 783-5070
18 | Facsimile:  (202) 783-2331

19 | / / /

20 | / / /

21 | / / /

1 | Thomas H. Reger II (*pro hac vice*)
   reger@fr.com
2 | FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
3 | Dallas, Texas 75201
   Telephone:  (214) 747-5070
4 | Facsimile:  (214) 747-2091

5 | Wasif H. Qureshi (*pro hac vice*)
   qureshi@fr.com
6 | FISH & RICHARDSON P.C
   One Houston Center
7 | 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
8 | Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109

10 | 50840338.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 4, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
     Jonathan J. Lamberson

50840338.doc