## **EXHIBIT A**

- Broadcom's Application to File Documents Under Seal in Connection with the Parties' Joint Status Report, Exhibit A thereto, and [Proposed] Order;

- Joint Status Report;

- Declaration of Jason H. Liss, and Exhibits A-P thereto;

- Declaration of Jonathan L. Lamberson, and Exhibits 1-3 thereto; and

- Proof of Service.