Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S *EX PARTE* APPLICATION FOR STAY OF PERMANENT INJUNCTION**<br><br>Before:　　Hon. James V. Selna |

I, Jonathan J. Lamberson, declare:

1. I am an associate in the Redwood City office of Fish & Richardson P.C., counsel of record for defendant Emulex Corporation. I make these statements based upon my own personal knowledge.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a list titled "Emulex Products Authorized for U.S. Sales During Sunset Period." This list is, to the best of Emulex's knowledge, a true and accurate list of products that meet the

1  Court's requirements for treatment under the sunset provision of the Court's
2  injunction order.  **(FILED UNDER SEAL)**
3        3.     Attached hereto as **Exhibit 2** is a true and correct copy of a list titled
4  "Customer Activities Halted Under Court-Ordered Injunction."  This list is, to the
5  best of Emulex's knowledge, a true and accurate list of customer activities that will
6  be enjoined within the United States under the Court's injunction order.  **(FILED
7  UNDER SEAL)**
8        4.     Attached hereto as **Exhibit 3** is a true and correct copy of a document
9  titled "Oracle - Ganymede & Ganymede-EM Sun Storage 16Gb Fibre Channel PCIe
10 Host Bus Adapter PCI Express Standard Low Profile & PCI ExpressModule
11 Request for Quotation (RFQ)" dated February 18, 2011.  **(FILED UNDER SEAL)**
12       5.     Attached hereto as **Exhibit 4** is a true and correct copy of excerpt from
13 the deposition transcript of Mr. Robert Gennaro taken on February 14, 2012.
14 **(FILED UNDER SEAL)**
15       6.     Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from
16 the Court's Hearing Transcript dated December 12, 2011.
17       7.     Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from
18 the deposition transcript of Mr. Bruce Gregory Warren taken February 7, 2012.
19 **(FILED UNDER SEAL)**
20       I declare under penalty of perjury that the foregoing is true and correct.
21 Executed this 11th day of April, 2012, at Redwood City, California.

                                          */s/ Jonathan J. Lamberson*
                                          Jonathan J. Lamberson

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
     barkan@fr.com
3 | Jonathan J. Lamberson (SBN 239107)
     lamberson@fr.com
4 | FISH & RICHARDSON P.C.
     500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
     Telephone: (650) 839-5070
6 | Facsimile: (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
     colaianni@fr.com
8 | FISH & RICHARDSON P.C.
     1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
     Telephone: (202) 783-5070
10 | Facsimile: (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
     reger@fr.com
12 | FISH & RICHARDSON P.C.
     1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
     Telephone: (214) 747-5070
14 | Facsimile: (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
     qureshi@fr.com
16 | FISH & RICHARDSON P.C
     One Houston Center
17 | 1221 McKinney Street, 28th Floor
     Houston, Texas 77010
18 | Telephone: (713) 654-5300
     Facsimile: (713) 652-0109
19 |

20 | 50840552.doc

21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

CASE NO. CV 09-1058-JVS (ANx)

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 11, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50840552.doc