Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION, <br><br>　　Plaintiff, <br><br>　　v. <br><br>EMULEX CORPORATION, <br><br>　　Defendant. <br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx) <br><br> consolidated with CV 10-3963 JVS (ANx) <br><br> **CERTIFICATE OF SERVICE** <br><br><br> Before:　　Hon. James V. Selna |

　　I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

　　I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

/ / /

1  On April 11, 2012, I caused copies of Defendant Emulex Corporation's *Ex Parte* Application for Stay of Permanent Injunction and the Memorandum, Declarations of Ali Alasti, Robert Gennaro and Charles Newfell, and Exhibits 1-4 and 6 to the Declaration of Jonathan J. Lamberson in support thereof, and an application and proposed order granting the application to file these materials under seal to be served on the interested parties in this action by converting the original documents into a PDF file and attaching the files to an email message addressed as follows:

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Louis W. Tompros<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email:<br>WHBroadcomEmulexServiceList@wilmerhale.com | Attorneys for Plaintiff<br>BROADCOM<br>CORPORATION |

| [XX] **ELECTRONIC MAIL:** | The message was transmitted by email to the email address(es) shown above. |
|---|---|

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 11, 2012, at Redwood City, California.

By: _____
Francine Lopacinski

50841202.doc

*Additional Counsel*

David M. Barkan (SBN 160825)
barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
colaianni@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
qureshi@fr.com
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50841202.doc