Juanita R. Brooks (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**<br><br>Before:    Hon. James V. Selna |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing its *Ex Parte* Application for Stay of Permanent Injunction and the Memorandum, Declarations of Ali Alasti, Robert Gennaro and Charles Newfell, and Exhibits 1-4 and 6 to the Declaration of Jonathan J. Lamberson in support thereof.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order

1  entered in this action on February 19, 2010.  These documents include materials
2  designated by Emulex as Highly Confidential Outside Attorneys' Eyes Only.  The
3  Confidentiality Order requires the party in possession of such materials to protect
4  them from disclosure.
5      For the foregoing reasons, Emulex respectfully requests that the Court grant
6  this application for an Order sealing its *Ex Parte* Application for Stay of Permanent
7  Injunction and the Memorandum, Declarations of Ali Alasti, Robert Gennaro and
8  Charles Newfell, and Exhibits 1-4 and 6 to the Declaration of Jonathan J.
9  Lamberson in support thereof.

Dated:  April 11, 2012

FISH & RICHARDSON P.C.

By: _____
     Jonathan J. Lamberson

Attorneys for Defendant and
Counterclaimant
EMULEX CORPORATION

50840548.doc

2

CASE NO. CV 09-1058-JVS (ANx)

1  *Additional Counsel*

2  David M. Barkan (SBN 160825)
   barkan@fr.com
3  Jonathan J. Lamberson (SBN 239107)
   lamberson@fr.com
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone: (650) 839-5070
6  Facsimile: (650) 839-5071

7  Joseph V. Colaianni, Jr. (*pro hac vice*)
   colaianni@fr.com
8  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9  Washington, DC 20005
   Telephone: (202) 783-5070
10 Facsimile: (202) 783-2331

11 Thomas H. Reger II (*pro hac vice*)
   reger@fr.com
12 FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
13 Dallas, Texas 75201
   Telephone: (214) 747-5070
14 Facsimile: (214) 747-2091

15 Wasif H. Qureshi (*pro hac vice*)
   qureshi@fr.com
16 FISH & RICHARDSON P.C
   One Houston Center
17 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
18 Telephone: (713) 654-5300
   Facsimile: (713) 652-0109

19

20 50840548.doc

21

22

23

24

25

26

27

28