UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL<br><br>Before:    Hon. James V. Selna |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its *Ex Parte* Application for Stay of Permanent Injunction and the Memorandum, Declarations of Ali Alasti, Robert Gennaro and Charles Newfell, and Exhibits 1-4 and 6 to the Declaration of Jonathan J. Lamberson in support thereof, and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including documents designated as Confidential and Highly Confidential.

1     IT IS THEREFORE ORDERED that Emulex's *Ex Parte* Application for Stay
2 of Permanent Injunction and the Memorandum, Declarations of Ali Alasti, Robert
3 Gennaro and Charles Newfell, and Exhibits 1-4 and 6 to the Declaration of
4 Jonathan J. Lamberson in support thereof be filed under seal pursuant to Civil
5 Local Rule 79-5.

**APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS** /s/

7 Dated: 4.11.12

Hon. James V. Selna
United States District Judge

11 50840550.doc