UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **SACV 09-01058-JVS(ANx)**<br>consolidated with CV 10-03963 JVS(ANx) | Date | April 12, 2012 |
| Title | **Broadcom Corp. v. Emulex Corp.** | | |

Present: The Honorable    James V. Selna

| Adrianna Gonzalez | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| William Lee | Juanita Brooks |
| Dominic Massa | David Barkan |
| Gregory Teran | Michael Shonberg |

**Proceedings:**   Status Conference re Appendix to the Permanent Injunction

      Cause called and counsel make their appearances. Mr. William Lee appears telephonically. The Court and counsel confer. The Court sets a Status Conference hearing for April 23, 2012 at 8:00 a.m. The Court grants counsel's oral motion and vacates the hearing on April 16, 2012. The Court, with the approval of counsel, sets a re-trial date for April 2, 2013 at 8:30 a.m. The Court and counsel confer regarding the Special Master and pre-trial issues as stated on the record. The parties are to meet and confer, and file briefs regarding issues they intend to re-try.

|  | 0 | : | 51 |
|---|---|---|---|
| Initials of Preparer | ag | | |