Craig E. Davis (SBN 221356)
Wilmer Cutler Pickering Hale and Dorr LLP
950 Page Mill Road
Palo Alto, California 94304

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Broadcom Corporation | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | SACV2009-1058 |
| v. | |
| Emulex Corporation | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

Broadcom's Opposition to Emulex's Ex Parte Application for Stay of Permanent Injunction; Application to File Documents Under Seal in Connection with Its Opposition to Emulex's Ex Parte Application for Stay of Permanent Injunction; Proposed Order thereon; and Proof of Service.

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Opposition to Emulex's Ex Parte Application for Stay of Permanent Injunction, which was previously filed under seal.

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required ( *reason* ):

| April 16, 2012 | Craig E. Davis |
|---|---|
| Date | Attorney Name |
| | Broadcom Corporation |
| | Party Represented |

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (12/11)          **NOTICE OF MANUAL FILING**