Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>EMULEX CORPORATION,<br><br>  Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S NOTICE OF COMPLIANCE WITH NOTICE PROVISION OF PERMANENT INJUNCTION** |

**TO THE COURT AND PARTIES IN THE ABOVE-CAPTIONED MATTER:**

Defendant Emulex Corporation ("Emulex") hereby provides notice that it has complied with its obligations under Section VIII of the Permanent Injunction issued by this Court on April 3, 2012, by providing a copy of the Permanent Injunction [1] to each person or entity listed in the document attached hereto as Exhibit A. Emulex's provision of notice to these entities is based on a reasonable investigation to date. To the extent additional entities are identified for notice, Emulex will supplement this notice of compliance as needed.

---

[1] Appendix A to the Permanent Injunction was not finalized as of April 17, 2012, and could not be provided.

1  CASE NO. CV 09-1058-JVS (ANx)

1  In effort to avoid any dispute regarding the notice provision, Emulex has endeavored to be over-inclusive in providing notice of the injunction.  In providing notice pursuant to Section VIII, Emulex does not intend to imply or admit that any of the persons or entities listed in Exhibit A are "persons who are in active concert or participation" with Emulex or its officers, directors, agents, servants, representatives, employees, subsidiaries, affiliates, or attorneys within the meaning of Rule 65 of the Federal Rules of Civil Procedure or the Permanent Injunction.  By providing copies of the Permanent Injunction to the persons or and entities listed in Exhibit A, Emulex does not intend to imply or admit that any such person or entity was required to receive notice under Section VIII or met any particular category of individual or entity listed in Section VIII.

Dated:  April 18, 2012

FISH & RICHARDSON P.C.
By: */s/ Jonathan J. Lamberson*
      Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

*Additional Counsel*

David M. Barkan (SBN 160825)
  *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
  *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
  *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

1  Thomas H. Reger II (*pro hac vice*)
    *reger@fr.com*
2  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
3  Dallas, Texas 75201
   Telephone:  (214) 747-5070
4  Facsimile:  (214) 747-2091

5  Wasif H. Qureshi (*pro hac vice*)
    *qureshi@fr.com*
6  FISH & RICHARDSON P.C
   One Houston Center
7  1221 McKinney Street, 28th Floor
   Houston, Texas 77010
8  Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109
9
10
11
12  50842219.doc
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                               3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 18, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50842219.doc