Name & Address:
Juanita R. Brooks (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070 | Fax: (858) 678-5099

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORTION <br><br> PLAINTIFF(S) <br> v. <br> EMULEX CORPORATION <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 09-1058-JVS (ANx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibit A to Defendant Emulex Corporation's Notice of Compliance with Notice Provision of Permanent Injunction

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☐ Other

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

April 18, 2012                               /s/ Jonathan J. Lamberson
Date                                          Attorney Name

                                              Defendant Emulex Corporation
                                              Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (03/09)                    **NOTICE OF MANUAL FILING**