UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. SACV 09-1058-JVS (ANx) consolidated with CV 10-3963 JVS (ANx)<br><br>**ORDER DENYING DEFENDANT EMULEX CORPORATION'S *EX PARTE* APPLICATION FOR STAY OF PERMANENT INJUNCTION**<br><br>Before:    Hon. James V. Selna |
|---|---|

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") *Ex Parte* Application for Stay of Permanent Injunction, the Memorandum and Declarations in support thereof, and good cause lacking,

IT IS HEREBY ORDERED that Emulex's request for a stay pending appeal to the Federal Circuit of the injunction entered on April 3, 2012 is hereby denied.

In terms of relief from the Injunction entered by the Court, the Court finds that the balance struck by the Court with the adoption of a Sunset Provision is the maximum extent to which immediate relief is warranted.  (Docket No. 1090, pp.

1  17-19).  There is no basis for a further curtailment of the Injunction in light of the
2  irreparable harm Broadcom Corporation would sustain.  (Id., pp. 7-10.)

4       IT IS SO ORDERED.
5  Dated:  April 18, 2012

                                      Hon. James V. Selna
                                      United States District Judge

8  50841210.doc