```
1  Juanita R. Brooks (SBN 75934)
      brooks@fr.com
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  (Additional counsel listed on signature page)

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
|---|---|
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **DEFENDANT EMULEX CORPORATION'S EX PARTE APPLICATION FOR STAY OF PERMANENT INJUNCTION** |
| EMULEX CORPORATION, | |
| Defendant. | |
| | *EXPEDITED CONSIDERATION REQUESTED* |
| | ■■■■■■■■■■■■ |
| And Related Counterclaims | Before Hon. James V. Selna |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that as soon hereafter as counsel may be heard by the above-entitled Court, the Honorable James V. Selna presiding, located at 411 West Fourth Street, Santa Ana, California 92701, Defendant Emulex Corporation ("Emulex") will and hereby does respectfully request that this Court enter an order granting a stay pending appeal of the permanent injunction entered by the Court on April 3, 2012.

This ex parte application is made following notice to opposing counsel in satisfaction of Local Rule 7-19.1, including an e-mail on April 5, 2012 and a telephone call to counsel for Broadcom on April 9, 2012. Counsel for Broadcom represented that Broadcom opposes this ex parte application.

The extraordinary remedy of ex parte relief is necessary in this instance because, as detailed in the accompanying supporting memorandum of points and authorities, unless a stay of the injunction is immediately entered, third party OEMs and their customers will suffer substantial irreparable harm. The harm of delaying consideration of the stay is particularly acute for OEMs who are currently selling products that include chips that will not come under the sunset provision. ▮

▮

▮ No alternative 16 gB Fibre Channel products are available.

▮

▮ In addition, a delay in entering the stay will directly affect OEMs who have selected Emulex enjoined chips for use in upcoming products, as lack of access to the Emulex chips for any length of time will delay the eventual release of the OEM products.

1   Under the Federal Rules of Appellate Procedure 8, Emulex cannot seek a
2   stay of the injunction pending appeal in the Federal Circuit before first seeking one
3   in the district court.
4   This application is based upon this Application, the accompanying
5   Memorandum of Points and Authorities in support thereof, the accompanying
6   declaration and attached exhibits, oral argument as permitted by the Court, and any
7   other such matters that the Court deems appropriate.
8   Emulex respectfully suggests that if the Court desires a response from
9   Broadcom, that the response be provided by Friday April 13 so that the Court can
10  address the application in the upcoming April 16th status conference.
11  Emulex also respectfully requests expedited treatment of this application.

Dated: April 11, 2012

FISH & RICHARDSON P.C.

By: _____
    Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

*Additional Counsel*

David M. Barkan (SBN 160825)
  *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
  *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

3

CASE NO. CV 09-1058-JVS (ANx)

1  Joseph V. Colaianni, Jr. (*pro hac vice*)
      colaianni@fr.com
2  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
3  Washington, DC 20005
   Telephone: (202) 783-5070
4  Facsimile: (202) 783-2331

5  Thomas H. Reger II (*pro hac vice*)
      reger@fr.com
6  FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
7  Dallas, Texas 75201
   Telephone: (214) 747-5070
8  Facsimile: (214) 747-2091

9  Wasif H. Qureshi (*pro hac vice*)
      qureshi@fr.com
10 FISH & RICHARDSON P.C
   One Houston Center
11 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
12 Telephone: (713) 654-5300
   Facsimile: (713) 652-0109

50834323.doc