UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) | Date | April 23, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Dominic Massa | Juanita Brooks |
| Gregory Teran | David Barkan / John Lamberson |

**Proceedings:**   Status Conference

      Cause called and counsel make their appearances. The Court and counsel confer regarding injunction issues. The Court sets a telephonic conference for May 17, 2012 at 8:30 a.m. and a final Status Conference regarding the injunction issues on May 30, 2012 at 8:00 a.m.

                                                                              0 : 30

Initials of Preparer   kjt