


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL |
| And Related Counterclaims. | Before: Hon. James V. Selna |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Brief on Application of Sunset Provision to Distributors and the Declarations of John Alfieri, Tom Carlucci, and Cathy Wang, and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including documents designated as Confidential and Highly Confidential.

1

IT IS THEREFORE ORDERED that Emulex's Brief on Application of Sunset Provision to Distributors and the Declarations of John Alfieri, Tom Carlucci, and Cathy Wang be filed under seal pursuant to Civil Local Rule 79-5.

Dated: 4.23.12

Hon. James V. Selna
United States District Judge

*of Brief only*

APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS /JVS

50840550.doc