1  Juanita R. Brooks (SBN 75934)
     *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION

7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

13  BROADCOM CORPORATION,

          Plaintiff,

14       v.

15  EMULEX CORPORATION,

16        Defendant.

17

18  And Related Counterclaims

19

Case No. CV 09-1058-JVS (ANx)

consolidated with CV 10-3963 JVS (ANx)

**DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL**

20       PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,

21  Defendant Emulex Corporation ("Emulex") submits this application to the Court for

22  an order sealing its Supplemental Brief on Application of Sunset Provision to

23  Distributors and the Declaration of Stephen Scaringella in support thereof.

24       Under Civil Local Rule 79-5, a party can request that documents be

25  filed under seal by submitting a written application along with the documents that

26  the party seeks to file under seal.  Emulex applies to file these materials under seal

27  on the grounds that they contain information covered by the Confidentiality Order

28  entered in this action on February 19, 2010.  This document includes materials

CASE NO. CV 09-1058-JVS (ANx)

1  designated by Emulex as Highly Confidential Outside Attorneys' Eyes Only. The

2  Confidentiality Order requires the party in possession of such materials to protect

3  them from disclosure.

4       For the foregoing reasons, Emulex respectfully requests that the Court grant

5  this application for an Order sealing its Supplemental Brief on Application of Sunset

6  Provision to Distributors and the Declaration of Stephen Scaringella in support

7  thereof.

8

9  Dated:  April 23, 2012                FISH & RICHARDSON P.C.

10

11                            By: _Wasif H. Qureshi /fl_

12                               Wasif H. Qureshi

13                            Attorneys for Defendant and

14                            Counterclaimant

15                            EMULEX CORPORATION

16  50843020.doc

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 09-1058-JVS (ANx)

*Additional Counsel*

David M. Barkan (SBN 160825)
 barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
 lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 colaianni@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 qureshi@fr.com
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

50843020.doc

CASE NO. CV 09-1058-JVS (ANx)