

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Supplemental Brief on Application of Sunset Provision to Distributors and the Declaration of Stephen Scaringella in support thereof, and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including documents designated as Confidential and Highly Confidential.

1   IT IS THEREFORE ORDERED that the Supplemental Brief on Application
2   of Sunset Provision to Distributors and the Declaration of Stephen Scaringella in
3   support thereof be filed under seal pursuant to Civil Local Rule 79-5.
4
5   Dated: _____4.24.12_____       _____
                                    Hon. James V. Selna
6                                   United States District Judge
7
8                       APPLICANT TO FILE REDACTED PUBLIC VERSION OF BRIEF WITHIN 7 DAYS /s/
9   50843021.doc