1 Juanita R. Brooks (SBN 75934)
   *brooks@fr.com*
2 FISH & RICHARDSON P.C.
   12390 El Camino Real
3 San Diego, CA 92130
   Telephone: (858) 678-5070
4 Facsimile: (858) 678-5099

5 *(Additional counsel listed on signature page)*

6 Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    (SOUTHERN DIVISION)

11

| | |
|---|---|
| 12 BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| 13     Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| 14     v. | **CERTIFICATE OF SERVICE** |
| 15 EMULEX CORPORATION, | |
| 16     Defendant. | |
| 17 And Related Counterclaims | |

18

19

20    I am employed in the County of San Mateo. My business address is Fish &
21 Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I
22 am over the age of 18 and not a party to the foregoing action.
23    I am readily familiar with the business practice at my place of business for
24 collection and processing of correspondence for personal delivery, for mailing with
25 United States Postal Service, for facsimile, and for overnight delivery by Federal
26 Express, Express Mail, or other overnight service.
27 / / /
28

On April 27, 2012, I caused copies of the Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List by Defendant Emulex Corporation and Exhibits 1-57 attached thereto, and an application and proposed order granting the application to file these materials under seal to be served on the interested parties in this action by converting the original documents into a PDF file and attaching the files to an email message addressed as follows:

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Louis W. Tompros<br>WILMER CUTLER PICKERING<br>    HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email:<br>WHBroadcomEmulexServiceList@wilmerhale.com | Attorneys for Plaintiff<br>BROADCOM<br>CORPORATION |

XX  **ELECTRONIC MAIL:**   The message was transmitted by email to the email address(es) shown above.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on April 27, 2012, at Redwood City, California.

By: _____
Francine Lopacinski

50843980.doc

2

CASE NO. CV 09-1058-JVS (ANx)

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
  | barkan@fr.com
3 | Jonathan J. Lamberson (SBN 239107)
  | lamberson@fr.com
4 | FISH & RICHARDSON P.C.
  | 500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
  | Telephone: (650) 839-5070
6 | Facsimile: (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
  | colaianni@fr.com
8 | FISH & RICHARDSON P.C.
  | 1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
  | Telephone: (202) 783-5070
10 | Facsimile: (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
   | reger@fr.com
12 | FISH & RICHARDSON P.C.
   | 1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
   | Telephone: (214) 747-5070
14 | Facsimile: (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
   | qureshi@fr.com
16 | FISH & RICHARDSON P.C
   | One Houston Center
17 | 1221 McKinney Street, 28th Floor
   | Houston, Texas 77010
18 | Telephone: (713) 654-5300
   | Facsimile: (713) 652-0109

19

20 | 50843980.doc

21
22
23
24
25
26
27
28

CASE NO. CV 09-1058-JVS (ANx)