1  Juanita R. Brooks (SBN 75934)
   *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   (SOUTHERN DIVISION)

11

12  BROADCOM CORPORATION,              Case No. CV 09-1058-JVS (ANx)

13         Plaintiff,                  consolidated with CV 10-3963 JVS (ANx)

14     v.
                                       **DEFENDANT EMULEX**
15  EMULEX CORPORATION,                **CORPORATION'S APPLICATION**
                                       **TO FILE MATERIALS UNDER**
16         Defendant.                  **SEAL**

17  _____

18  And Related Counterclaims

19

20       PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,

21  Defendant Emulex Corporation ("Emulex") submits this application to the Court for

22  an order sealing its Notice of Lodging of Materials Provided to Broadcom Counsel

23  in Support of Sunset List and Exhibits 1-57 attached thereto.

24       Under Civil Local Rule 79-5, a party can request that documents be

25  filed under seal by submitting a written application along with the documents that

26  the party seeks to file under seal. Emulex applies to file these materials under seal

27  on the grounds that they contain information covered by the Confidentiality Order

28  entered in this action on February 19, 2010. This document includes materials

designated by Emulex as Highly Confidential Outside Attorneys' Eyes Only. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Emulex respectfully requests that the Court grant this application for an Order sealing its Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List and Exhibits 1-57 attached thereto.

Dated: April 27, 2012

FISH & RICHARDSON P.C.

By: _____
Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

50843971.doc

| | |
|---|---|
| 1 | *Additional Counsel* |
| 2 | David M. Barkan (SBN 160825) |
|   | barkan@fr.com |
| 3 | Jonathan J. Lamberson (SBN 239107) |
|   | lamberson@fr.com |
| 4 | FISH & RICHARDSON P.C. |
|   | 500 Arguello Street, Suite 500 |
| 5 | Redwood City, California 94063-1526 |
|   | Telephone: (650) 839-5070 |
| 6 | Facsimile: (650) 839-5071 |
| 7 | Joseph V. Colaianni, Jr. (*pro hac vice*) |
|   | colaianni@fr.com |
| 8 | FISH & RICHARDSON P.C. |
|   | 1425 K Street, N.W., 11th Floor |
| 9 | Washington, DC 20005 |
|   | Telephone: (202) 783-5070 |
| 10 | Facsimile: (202) 783-2331 |
| 11 | Thomas H. Reger II (*pro hac vice*) |
|   | reger@fr.com |
| 12 | FISH & RICHARDSON P.C. |
|   | 1717 Main Street, Suite 5000 |
| 13 | Dallas, Texas 75201 |
|   | Telephone: (214) 747-5070 |
| 14 | Facsimile: (214) 747-2091 |
| 15 | Wasif H. Qureshi (*pro hac vice*) |
|   | qureshi@fr.com |
| 16 | FISH & RICHARDSON P.C |
|   | One Houston Center |
| 17 | 1221 McKinney Street, 28th Floor |
|   | Houston, Texas 77010 |
| 18 | Telephone: (713) 654-5300 |
|   | Facsimile: (713) 652-0109 |
| 19 | |
| 20 | 50843971.doc |

3

CASE NO. CV 09-1058-JVS (ANx)