

DENIED BY ORDER OF JAMES V. SELNA UNITED STATES DISTRICT JUDGE ON 4/27/12



FILED - SOUTHERN DIVISION CLERK, U.S. DISTRICT COURT APR 30 2012 CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>EMULEX CORPORATION,<br><br>     Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List and Exhibits 1-57 attached thereto, and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including documents designated as Confidential and Highly Confidential.

IT IS THEREFORE ORDERED that the Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List by Defendant Emulex

1 | Corporation and Exhibits 1-57 attached thereto be filed under seal pursuant to Civil
2 | Local Rule 79-5.

3

4 | Dated: _____          _____
5 |                                         Hon. James V. Selna
6 |                                         United States District Judge

7

8 | 50843975.doc

**DENIED BY ORDER OF JAMES V. SELNA UNITED STATES DISTRICT JUDGE ON _____**

Denied. The Court will not file the notice under seal. Notice itself need not be so explicit.

JVS  4.27.12