WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH THE PARTIES' JOINT STATUS REPORT** |

1     PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff and Counterclaim Defendant Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing the documents listed in Exhibit A, filed herewith.

    Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file under seal the documents listed in Exhibit A, filed herewith, on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010, including information designated by the parties as Highly Confidential. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

    For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing the documents listed in Exhibit A, filed herewith.

Dated: May 17, 2012      WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Michael D. Jay

Attorneys for Plaintiff Broadcom Corporation

# **EXHIBIT A**

- Joint Status Report;

- Declaration of Jason H. Liss, Exhibits A-Y thereto; and