# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-01058 JVS (ANx),<br>SACV10-03963-JVS (ANx)<br><br>[PROPOSED] ORDER ON BROADCOM'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH THE PARTIES JOINT STATUS REPORT |

FILED
CLERK, U.S. DISTRICT COURT
MAY 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

# [PROPOSED] ORDER

Having considered Broadcom's Application to File Documents Under Seal in Connection with the Parties' Joint Status Report, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: 5.21.12

_____
HON. JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Michael D. Jay, Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Suite 2100, Los Angeles, California 90071 without filing.

Dated: _____

_____
HON. JAMES V. SELNA
United States District Judge