1  Juanita R. Brooks (SBN 75934)
   *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  (SOUTHERN DIVISION)

11

| | |
|---|---|
| 12  BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| 13      Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| 14      v. | **CERTIFICATE OF SERVICE** |
| 15  EMULEX CORPORATION, | |
| 16      Defendant. | |
| 17 ——————————————— | |
| 18  And Related Counterclaims | |

19

20      I am employed in the County of San Mateo.  My business address is Fish &

21  Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063.  I

22  am over the age of 18 and not a party to the foregoing action.

23      I am readily familiar with the business practice at my place of business for

24  collection and processing of correspondence for personal delivery, for mailing with

25  United States Postal Service, for facsimile, and for overnight delivery by Federal

26  Express, Express Mail, or other overnight service.

27  / / /

28

On May 29, 2012, I caused copies of the Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List by Defendant Emulex Corporation and Exhibits 1-20 attached thereto, and an application and proposed order granting the application to file these materials under seal to be served on the interested parties in this action by converting the original documents into a PDF file and attaching the files to an email message addressed as follows:

William F. Lee                    Attorneys for Plaintiff
Dominic E. Massa                  BROADCOM
Joseph J. Mueller                 CORPORATION
Louis W. Tompros
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email:
WHBroadcomEmulexServiceList@wilmerhale.com

| XX | **ELECTRONIC MAIL:** | The message was transmitted by email to the email address(es) shown above. |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on May 29, 2012, at Redwood City, California.

By: _____
    Francine Lopacinski

50848494.doc

2

*Additional Counsel*

David M. Barkan (SBN 160825)
  *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
  *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
  *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
  *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
  *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

50848494.doc

CASE NO. CV 09-1058-JVS (ANx)