UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) consolidated CV 10-03963-JVS (ANx) | Date | May 29, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable   James V. Selna

| Nancy Boehme | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS)**   Order re May 30, 2012 Status Conference

      At the May 30, 2012 status conference, Emulex Corporation should be prepared to advise the Court the percentage of each '150 Enjoined Product and each '691 Enjoined Product, as defined in the Permanent Injunction (Docket No. 1095, sold during calendar year 2011 through distributors.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |