1  Juanita R. Brooks (SBN 75934)
   *brooks@fr.com*
2  FISH & RICHARDSON P.C.
   12390 El Camino Real
3  San Diego, CA 92130
   Telephone: (858) 678-5070
4  Facsimile: (858) 678-5099

5  *(Additional counsel listed on signature page)*

6  Attorneys for Defendant and Counterclaimant
   EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL** |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing its Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List and Exhibits 1-20 attached thereto.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. This document includes materials

CASE NO. CV 09-1058-JVS (ANx)

1 | designated by Emulex as Highly Confidential Outside Attorneys' Eyes Only. The
2 | Confidentiality Order requires the party in possession of such materials to protect
3 | them from disclosure.
4 |     For the foregoing reasons, Emulex respectfully requests that the Court grant
5 | this application for an Order sealing its Notice of Lodging of Materials Provided to
6 | Broadcom Counsel in Support of Sunset List and Exhibits 1-20 attached thereto.

Dated: May 29, 2012

FISH & RICHARDSON P.C.

By: _____
Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

50848492.doc

1 | *Additional Counsel*

2 | David M. Barkan (SBN 160825)
*barkan@fr.com*
3 | Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
4 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
5 | Redwood City, California 94063-1526
Telephone: (650) 839-5070
6 | Facsimile: (650) 839-5071

7 | Joseph V. Colaianni, Jr. (*pro hac vice*)
*colaianni@fr.com*
8 | FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
9 | Washington, DC 20005
Telephone: (202) 783-5070
10 | Facsimile: (202) 783-2331

11 | Thomas H. Reger II (*pro hac vice*)
*reger@fr.com*
12 | FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
13 | Dallas, Texas 75201
Telephone: (214) 747-5070
14 | Facsimile: (214) 747-2091

15 | Wasif H. Qureshi (*pro hac vice*)
*qureshi@fr.com*
16 | FISH & RICHARDSON P.C
One Houston Center
17 | 1221 McKinney Street, 28th Floor
Houston, Texas 77010
18 | Telephone: (713) 654-5300
Facsimile: (713) 652-0109

19 |

20 | 50848492.doc

CASE NO. CV 09-1058-JVS (ANx)