1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>14  EMULEX CORPORATION,<br><br>15  Defendant.<br><br>17  And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL |

19
20   WHEREFORE, the Court having considered Defendant Emulex
21  Corporation's ("Emulex") Application to File Under Seal its Notice of Lodging of
22  Materials Provided to Broadcom Counsel in Support of Sunset List and Exhibits 1-
23  20 attached thereto, and good cause appearing, has determined that the material
24  Emulex seeks to file under seal contains information covered by the Confidentiality
25  Order entered in this action on February 19, 2010, including documents designated
26  as Confidential and Highly Confidential.
27   IT IS THEREFORE ORDERED that the Notice of Lodging of Materials
28  Provided to Broadcom Counsel in Support of Sunset List by Defendant Emulex

1  Corporation ~~and Exhibits 1-20 attached thereto~~ be filed under seal pursuant to Civil
2  Local Rule 79-5. Exhibits are <u>lodged</u> in Camera and under
3  seal.

4  Dated: 5/31/12                    /s/ James V. Selna
5                                    Hon. James V. Selna
                                     United States District Judge

50848493.doc