1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>EMULEX CORPORATION,<br><br>  Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**ORDER GRANTING DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE CONFIDENTIAL MATERIALS UNDER SEAL** |

WHEREFORE, the Court having considered Defendant Emulex Corporation's ("Emulex") Application to File Under Seal its Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List and Exhibits 1-32 attached thereto, and good cause appearing, has determined that the material Emulex seeks to file under seal contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including documents designated as Confidential and Highly Confidential.

1  IT IS THEREFORE ORDERED that the Materials Provided to Broadcom
2  Counsel in Support of Sunset List by Defendant Emulex Corporation and Exhibits
3  1-32 attached thereto be filed under seal pursuant to Civil Local Rule 79-5.

6  Dated: June 06, 2012

　　　　　　　　　　　　　　　　Hon. James V. Selna
　　　　　　　　　　　　　　　　United States District Judge

10  50849773.doc