```
WILLIAM F. LEE
(admitted pro hac vice)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted pro hac vice)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted pro hac vice)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted pro hac vice)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
```

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM'S PROOF OF SERVICE OF NOTICE REGARDING PERMANENT INJUNCTION** |

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Craig E. Davis, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 1st day of June, 2012:

- Broadcom's Notice Regarding Permanent Injunction; and

- Broadcom's Application to File Document Under Seal in Connection with Its Notice Regarding Permanent Injunction, and Proposed Order thereon.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

_____
Craig E. Davis