1 | Juanita R. Brooks (SBN 75934)
    *brooks@fr.com*
2 | FISH & RICHARDSON P.C.
    12390 El Camino Real
3 | San Diego, CA 92130
    Telephone: (858) 678-5070
4 | Facsimile: (858) 678-5099

5 | *(Additional counsel listed on signature page)*

6 | Attorneys for Defendant and Counterclaimant
    EMULEX CORPORATION

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | (SOUTHERN DIVISION)

| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
|---|---|
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **CERTIFICATE OF SERVICE** |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | |

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

///

CASE NO. CV 09-1058-JVS (ANx)

1  On June 11, 2012, I caused copies of Appendix A to the Joint Notice of Lodging of Appendix to Permanent Injunction, and an application and proposed order granting the application to file these materials under seal to be served on the interested parties in this action by converting the original documents into a PDF file and attaching the files to an email message addressed as follows:

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Louis W. Tompros<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Telephone:  (617) 526-6000<br>Facsimile:  (617) 526-5000<br>Email:<br>WHBroadcomEmulexServiceList@wilmerhale.com | Attorneys for Plaintiff<br>BROADCOM<br>CORPORATION |

| XX | **ELECTRONIC MAIL:** | The message was transmitted by email to the email address(es) shown above. |
|---|---|---|

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on June 11, 2012, at Redwood City, California.

By: _____
    Francine Lopacinski

50850938.doc

2

CASE NO. CV 09-1058-JVS (ANx)

1  *Additional Counsel*

2  David M. Barkan (SBN 160825)
   *barkan@fr.com*
3  Jonathan J. Lamberson (SBN 239107)
   *lamberson@fr.com*
4  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
5  Redwood City, California 94063-1526
   Telephone: (650) 839-5070
6  Facsimile: (650) 839-5071

7  Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
8  FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
9  Washington, DC 20005
   Telephone: (202) 783-5070
10 Facsimile: (202) 783-2331

11 Thomas H. Reger II (*pro hac vice*)
   *reger@fr.com*
12 FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
13 Dallas, Texas 75201
   Telephone: (214) 747-5070
14 Facsimile: (214) 747-2091

15 Wasif H. Qureshi (*pro hac vice*)
   *qureshi@fr.com*
16 FISH & RICHARDSON P.C
   One Houston Center
17 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
18 Telephone: (713) 654-5300
   Facsimile: (713) 652-0109
19

20 50849774.doc

21

22

23

24

25

26

27

28