WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Tel: 617-526-6000 | Fax:  617-526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

*(Additional counsel listed on signature page)*

JUANITA R. BROOKS (SBN 75934)
 (brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Tel: 858-678-5070 | Fax: 858-678-5099

Attorneys for Defendant and Counterclaim Plaintiff
EMULEX CORPORATION

*(Additional counsel listed on signature page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>EMULEX CORPORATION,<br><br>                              Defendant.<br><br>And Related Counterclaims | Case No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**JOINT NOTICE OF LODGING OF APPENDIX TO PERMANENT INJUNCTION** |

/ / /

/ / /

Pursuant to the Court's May 30th Order (D.I. 1174), Plaintiff Broadcom Corporation ("Broadcom") and Defendant Emulex Corporation ("Emulex") hereby submit the attached Appendix to the Court's permanent injunction (D.I. 1095). The joint nature of this submission shall not be construed as an admission by Broadcom that the combinations of customer models and Emulex products appearing in Section B of the Appendix are eligible for continuing sales under the Sunset Provision of the permanent injunction. Emulex respectfully preserves all objections to the entry of and scope of the Court's injunction. The designation of the Appendix as Highly Confidential – Outside Attorneys' Eyes Only under the Protective Order was made by Emulex and/or the identified Third Parties listed therein.

Dated: June 11, 2012  By:  /s/ Gregory Teran
Gregory Teran

William F. Lee (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
Dominic E. Massa (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
Joseph J. Mueller (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
Louis W. Tompros (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 11, 2012 | By:   */s/ Jonathan J. Lamberson* |
| 2 | |        Jonathan J. Lamberson |

Juanita R. Brooks (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

David M. Barkan (SBN 160825)
(barkan@fr.com)
Jonathan J. Lamberson (SBN 239107)
(lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063-1526
Telephone:  (650) 839-5070
Facsimile:   (650) 839-5071

Joseph V. Colaianni, Jr.
(Admitted Pro Hac Vice)
(colaianni@fr.com)
FISH & RICHARDSON P.C.
1425 K. Street, NW
Washington, DC  20005
Telephone:  (202) 783-5070
Facsimile:   (202) 783-2331

Thomas H. Reger II
(Admitted Pro Hac Vice)
(reger@fr.com)
FISH & RICHARDSON P.C.
1717 Main Street
Dallas, TX 75201
Telephone:  (214) 747-5070
Facsimile:   (214) 747-2091

Wasif H. Qureshi
(Admitted Pro Hac Vice)
(qureshi@fr.com)
FISH & RICHARDSON P.C.
1 Houston Center
1221 McKinney Street
Houston, TX  77010
Telephone:  (713) 654-5300
Facsimile:   (713) 652-0109

1  Randall Wick (SBN 95584)
2  (randall.wick@emulex.com)
   EMULEX CORPORATION
3  3333 Susan Street
   Costa Mesa, CA  92626-7112
4  Telephone:  (714) 885-3691
   Facsimile:   (714) 641-0172
5
   Attorneys for Defendant
6  and Counterclaim Plaintiff
   EMULEX CORPORATION
7
8
9  50850917.doc
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                                    CASE NO. CV 09-1058-JVS (ANx)

# DECLARATION OF CONSENT

I, Jonathan J. Lamberson, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT NOTICE OF LODGING OF APPENDIX TO PERMANENT INJUNCTION**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 10-07 of the United States District Court for the Central District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on June 11, 2012.

FISH & RICHARDSON P.C.

By: */s/ Jonathan J. Lamberson*
    Jonathan J. Lamberson

Attorneys for Defendant
EMULEX CORPORATION

50850917.doc

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 11, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50850917.doc