Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DEFENDANT EMULEX CORPORATION'S APPLICATION TO FILE MATERIALS UNDER SEAL** |

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Defendant Emulex Corporation ("Emulex") submits this application to the Court for an order sealing Appendix A to the Joint Notice of Lodging of Appendix to Permanent Injunction.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents that the party seeks to file under seal. Emulex applies to file these materials under seal on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010. This document includes materials

CASE NO. CV 09-1058-JVS (ANx)

designated by Emulex as Highly Confidential Outside Attorneys' Eyes Only. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Emulex respectfully requests that the Court grant its application for an Order sealing Appendix A to the Joint Notice of Lodging of Appendix to Permanent Injunction.

Dated: June 11, 2012

FISH & RICHARDSON P.C.

By: /s/ Jonathan J. Lamberson

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

*Additional Counsel*

David M. Barkan (SBN 160825)
 barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
 lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 colaianni@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
*reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
*qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50850928.doc