WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV10-3963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S NOTICE OF LODGING OF [PROPOSED] AMENDED PERMANENT INJUNCTION**<br><br>Before Hon. James V. Selna |

1  PLEASE TAKE NOTICE that pursuant to its *Notice Regarding Proposed*
2  *Amendment to Permanent Injunction*, lodged with the Clerk of the Court this same
3  day for filing under seal, Plaintiff Broadcom Corporation ("Broadcom")
4  respectfully requests that the Court enter the *[Proposed] Amended Permanent*
5  *Injunction* attached hereto as Exhibit A and being lodged in conjunction with this
6  notice. Attached hereto as Exhibit B is a document showing changes between the
7  proposed amended permanent injunction and the injunction currently in effect.
8  (Dkt. No. 1095.)
9  The proposed injunction is attached to this Notice pursuant to Central
10 District General Order 10-07, Section VI(A).

Date: June 14, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ Jason H. Liss
Jason H. Liss

Attorneys for Plaintiff
BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Plaintiff Broadcom Corporation's Notice of Lodging of [Proposed] Amended Permanent Injunction* and accompanying Exhibits A-B were served upon the following parties as indicated below on this 14th day of June, 2012.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss