Name & Address:
Juanita R. Brooks (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070 | Fax: (858) 678-5099

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORTION | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 09-1058-JVS (ANx) |
| v. | |
| EMULEX CORPORATION | NOTICE OF MANUAL FILING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List by Defendant Emulex Corporation and Exhibits 1-50 attached thereto

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Notice of Lodging of Materials Provided to Broadcom Counsel in Support of Sunset List by Defendant Emulex Corporation

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| June 22, 2012 | /s/ Jonathan J. Lamberson |
|---|---|
| Date | Attorney Name |
| | Defendant Emulex Corporation |
| | Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09) **NOTICE OF MANUAL FILING**