
WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM CORPORATION'S APPLICATION TO FILE UNDER SEAL ITS NOTICE REGARDING PERMANENT INJUNCTION, NOTICE REGARDING PROPOSED AMENDMENT TO PERMANENT INJUNCTION, AND EXHIBIT A THERETO** |



**BROADCOM'S APPLICATION TO FILE DOCUMENTS UNDER SEAL**

1  PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5,
2  Plaintiff Broadcom Corporation ("Broadcom") submits this application to the
3  Court for an order sealing Broadcom's Notice Regarding Permanent Injunction,
4  Broadcom's Notice Regarding Proposed Amendment to Permanent Injunction, and
5  Exhibit A thereto.
6  Under Civil Local Rule 79-5, a party can request that documents be filed
7  under seal by submitting a written application along with the documents sought to
8  be filed under seal. Broadcom applies to file under seal the documents listed above
9  on the grounds that they contain information covered by the Confidentiality Order
10 entered in this action on February 19, 2010, including information designated by
11 the parties as Highly Confidential – Outside Attorneys' Eyes Only Information.
12 The Confidentiality Order requires the party in possession of such materials to
13 protect them from disclosure.
14 For the foregoing reasons, Broadcom respectfully requests that the Court
15 grant Broadcom's application to the Court for an Order sealing Broadcom's Notice
16 Regarding Permanent Injunction, Broadcom's Notice Regarding Proposed
17 Amendment to Permanent Injunction, and Exhibit A thereto.

Dated: June 14, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Craig E. Davis

Attorneys for Plaintiff Broadcom Corporation

BROADCOM'S APPLICATION TO FILE
DOCUMENTS UNDER SEAL