UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant. | CASE No. SACV09-01058 JVS (ANx),<br>SACV10-03963-JVS (ANx)<br><br>[PROPOSED] ORDER ON BROADCOM'S APPLICATION TO FILE UNDER SEAL ITS NOTICE REGARDING PERMANENT INJUNCTION, NOTICE REGARDING PROPOSED AMENDMENT TO PERMANENT INJUNCTION, AND EXHIBIT A THERETO |

And Related Counterclaims

FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

ORIGINAL

BY FAX

# [PROPOSED] ORDER

Having considered Broadcom's Application to File Under Seal Its Notice Regarding Permanent Injunction, Notice Regarding Proposed Amendment to Permanent Injunction, and Exhibit A thereto, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: 6.20.12

HON. JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Craig E. Davis, Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304 without filing.

Dated: _____

HON. JAMES V. SELNA
United States District Judge