1  WILLIAM F. LEE
2  (admitted *pro hac vice*)
   (william.lee@wilmerhale.com)
3  DOMINIC E. MASSA
4  (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
5  JOSEPH J. MUELLER
   (admitted *pro hac vice*)
6  (joseph.mueller@wilmerhale.com)
   LOUIS W. TOMPROS
7  (admitted *pro hac vice*)
   (louis.tompros@wilmerhale.com)
8  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
9  Boston, MA 02109
10 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
11
   Attorneys for Plaintiff and Counterclaim Defendant
12 BROADCOM CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM CORPORATION'S APPLICATION TO FILE UNDER SEAL ITS AMENDED NOTICE REGARDING PERMANENT INJUNCTION** |

1     PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing Broadcom's Amended Notice Regarding Permanent Injunction.

    Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file under seal the document listed above on the grounds that it contains information covered by the Confidentiality Order entered in this action on February 19, 2010, including information designated by the parties as Highly Confidential – Outside Attorneys' Eyes Only Information. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

    For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing Broadcom's Amended Notice Regarding Permanent Injunction.

Dated: June 19, 2012

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
    Craig E. Davis

Attorneys for Plaintiff Broadcom Corporation