UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

BROADCOM CORPORATION,

Plaintiff,

v.

EMULEX CORPORATION,

Defendant.

And Related Counterclaims

CASE No. SACV09-01058 JVS (ANx),
SACV10-03963-JVS (ANx)

[PROPOSED] ORDER ON BROADCOM'S APPLICATION TO FILE UNDER SEAL ITS AMENDED NOTICE REGARDING PERMANENT INJUNCTION

FILED
CLERK U.S. DISTRICT COURT
JUN 22 2012

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having considered Broadcom's Application to File Under Seal Its Amended |
| 3 | Notice Regarding Permanent Injunction, and good cause having been shown, the |
| 4 | application is hereby GRANTED. |

IT IS SO ORDERED.

Dated: _6.20.12_

_____
HON. JAMES V. SELNA
United States District Judge

**IF DENIED:**

The underlying document and the sealing application shall be returned to Craig E. Davis, Wilmer Cutler Pickering Hale and Dorr LLP, 950 Page Mill Road, Palo Alto, California 94304 without filing.

Dated: _____

_____
HON. JAMES V. SELNA
United States District Judge