| | |
|---|---|
| 1 | WILLIAM F. LEE |
| 2 | (admitted *pro hac vice*) |
|   | (william.lee@wilmerhale.com) |
| 3 | DOMINIC E. MASSA |
|   | (admitted *pro hac vice*) |
| 4 | (dominic.massa@wilmerhale.com) |
| 5 | JOSEPH J. MUELLER |
|   | (admitted *pro hac vice*) |
| 6 | (joseph.mueller@wilmerhale.com) |
|   | LOUIS W. TOMPROS |
| 7 | (admitted *pro hac vice*) |
|   | (louis.tompros@wilmerhale.com) |
| 8 | WILMER CUTLER PICKERING HALE AND DORR LLP |
|   | 60 State Street |
| 9 | Boston, MA  02109 |
| 10 | Telephone: (617) 526-6000 |
|    | Facsimile: (617) 526-5000 |

FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM'S PROOF OF SERVICE OF NOTICE REGARDING PERMANENT INJUNCTION, NOTICE REGARDING PROPOSED AMENDMENT TO PERMANENT INJUNCTION, AND EXHIBIT A THERETO** |

BROADCOM PROOF OF SERVICE

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Craig E. Davis, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 14th day of June, 2012:

- Broadcom's Notice Regarding Permanent Injunction;

- Broadcom's Notice Regarding Proposed Amendment to Permanent Injunction, and Exhibit A thereto, and

- Broadcom's Application to File Documents Under Seal in Connection with Its Notice Regarding Permanent Injunction, and Proposed Order thereon.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

_____
Craig E. Davis

**BROADCOM PROOF OF SERVICE**