```
 1  WILLIAM F. LEE
    (admitted pro hac vice)
 2  (william.lee@wilmerhale.com)
 3  DOMINIC E. MASSA
    (admitted pro hac vice)
 4  (dominic.massa@wilmerhale.com)
    JOSEPH J. MUELLER
 5  (admitted pro hac vice)
    (joseph.mueller@wilmerhale.com)
 6  LOUIS W. TOMPROS
 7  (admitted pro hac vice)
    (louis.tompros@wilmerhale.com)
 8  WILMER CUTLER PICKERING HALE AND DORR LLP
    60 State Street
 9  Boston, MA  02109
10  Telephone: (617) 526-6000
    Facsimile: (617) 526-5000
11
    Attorneys for Plaintiff and Counterclaim Defendant
12  BROADCOM CORPORATION
13
14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA
16                    SOUTHERN DIVISION
17
18  BROADCOM CORPORATION,        CASE No. SACV09-1058 JVS (ANx)
                                 consolidated SACV 10-03963-JVS (ANx)
19           Plaintiff,
                                 BROADCOM'S PROOF OF SERVICE
20      v.                       OF AMENDED NOTICE
                                 REGARDING PERMANENT
21  EMULEX CORPORATION,          INJUNCTION
22           Defendant.
23
24  And Related Counterclaims
25
26
27
28
```

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Craig E. Davis, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 19th day of June, 2012:

- Broadcom's Amended Notice Regarding Permanent Injunction; and

- Broadcom's Application to File Document Under Seal in Connection with Its Amended Notice Regarding Permanent Injunction, and Proposed Order thereon.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

_____
Craig E. Davis

BROADCOM PROOF OF SERVICE

ActiveUS 97329927v.1