Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**AMENDED NOTICE OF APPEAL (TO THE FEDERAL CIRCUIT) FOR APPEAL NO. 2012-1309** |

Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1) and 1292(c)(1), or other appellate jurisdiction, and pursuant to Fed. R. App. P. 4(a)(1), Defendant Emulex Corporation ("Emulex") appeals to the United States Court of Appeals for the Federal Circuit from the Amended Permanent Injunction dated June 22, 2012 (D.I. 1204), the Order re Sunset Provision dated May 30, 2012

1  (D.I. 1174), and the Permanent Injunction dated April 3, 2012 (D.I. 1095) in those

2  parts adverse to Emulex, and from all underlying decisions, orders, and rulings

3  related to, supporting, or incorporated in that Order as adverse to Emulex, including

4  but not limited to the granting of two judgments as a matter of law of infringement

5  against Emulex (i) the October 5, 2011 in-trial grant of a directed verdict (judgment

6  as a matter of law) of infringement of the '150 Patent (D.I. 871 Trial. Tr. Oct. 5,

7  2011, p.183), and (ii) the December 16, 2011 (In Chambers) Order Denying

8  Defendant's Motion for Judgment as a Matter of Law on the Basis of Non-

9  Infringement (Count 4) and Granting Plaintiff's Motion for Judgment as a Matter of

10 Law on the Basis of Infringement of '691 Patent (D.I. 993), as well as the

11 December 15, 2011 (In Chambers) Order Denying Defendant's Motion for

12 Judgment as a Matter of Law on the Basis of Obviousness of the '194, '124 and

13 '057 Patents and Defendant's Motion for Judgment as a Matter of Law on the basis

14 of Obviousness of the '150 Patent (D.I. 992), the December 16, 2011 (In Chambers)

15 Order Denying Defendant's Motion for Judgment as a Matter of Law on the Basis of

16 Non-Infringement of the '150 Patent (D.I. 994), the December 17, 2010 (In

17 Chambers) Order Regarding Markman /Claim Construction Hearing (D.I. 261), the

18 August 2, 2011 (In Chambers) Order Granting Broadcom's Motion for Partial

19 Summary Judgment of No Invalidity of the '691 and '500 Patents (D.I. 715), the

20 August 2, 2011 (In Chambers) Order Denying Motion for Summary Judgment of No

21 Infringement (Count 11) (D.I. 714), the August 3, 2011 (In Chambers) Order

1  Denying Emulex's Motion for Summary Judgment of No Infringement as to

2  Counts 4 & 5 (D.I. 718), the August 10, 2011 (In Chambers) Minute Order re

3  Motions in Limine (D.I. 770), and the May 5, 2011 Order Re The Parties'

4  Respective Motions To Strike Certain Expert Reports or Portions Thereof

5  (D.I. 341).

6                                                    Respectfully Submitted,

7  Dated:  June 26, 2012                             FISH & RICHARDSON P.C.

8
                                                     By: */s/  Jonathan J. Lamberson*
9
                                                     Attorneys for Defendant and
10                                                   Counterclaimant
                                                     EMULEX CORPORATION

11  *Additional Counsel*

12  David M. Barkan (SBN 160825)
      *barkan@fr.com*
    Jonathan J. Lamberson (SBN 239107)
13    *lamberson@fr.com*
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
14  Redwood City, California 94063-1526
    Telephone:  (650) 839-5070
    Facsimile:  (650) 839-5071
15

16  Joseph V. Colaianni, Jr. (*pro hac vice*)
      *colaianni@fr.com*
    FISH & RICHARDSON P.C.
    1425 K Street, N.W., 11th Floor
17  Washington, DC 20005
    Telephone:  (202) 783-5070
    Facsimile:  (202) 783-2331
18

19  Thomas H. Reger II (*pro hac vice*)
      *reger@fr.com*
    FISH & RICHARDSON P.C.
    1717 Main Street, Suite 5000
20  Dallas, Texas 75201
    Telephone:  (214) 747-5070
21  Facsimile:  (214) 747-2091

1  Wasif H. Qureshi (*pro hac vice*)
    qureshi@fr.com
2  FISH & RICHARDSON P.C
   One Houston Center
   1221 McKinney Street, 28th Floor
3  Houston, Texas 77010
   Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109
4
5
6  50853847.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 26, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*

50853847.doc