| | |
|---|---|
| WILLIAM F. LEE<br>(admitted *pro hac vice*)<br>(william.lee@wilmerhale.com)<br>DOMINIC E. MASSA (admitted *pro hac vice*)<br>(dominic.massa@wilmerhale.com)<br>JOSEPH J. MUELLER (admitted *pro hac vice*)<br>(joseph.mueller@wilmerhale.com)<br>LOUIS W. TOMPROS (admitted *pro hac vice*)<br>(louis.tompros@wilmerhale.com)<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Telephone:  (617) 526-6000<br>Facsimile:   (617) 526-5000<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>BROADCOM CORPORATION | JUANITA R. BROOKS (SBN 75934)<br>(brooks@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>DAVID M. BARKAN (SBN 160825)<br>(barkan@fr.com)<br>FISH & RICHARDSON P.C.<br>505 Arguello Street, Suite 500<br>Redwood City, CA 94063-1526<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Defendant and Counterclaim Plaintiff<br>EMULEX CORPORATION |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>           Plaintiff,<br><br>      v.<br><br>EMULEX CORPORATION,<br><br>           Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-3963-JVS (ANx)<br><br>**JOINT NOTICE OF LODGING OF [PROPOSED] SECOND AMENDED PERMANENT INJUNCTION AND APPENDIX**<br><br>Before Hon. James V. Selna |

PLEASE TAKE NOTICE that pursuant to their *Joint Stipulation to Dismiss Certain Allegations with Prejudice*, being filed electronically this same day, Plaintiff Broadcom Corporation ("Broadcom") and Defendant Emulex Corporation hereby submit the *[Proposed] Second Amended Permanent Injunction* attached hereto, and Appendix C thereto, being submitted under seal. Emulex respectfully preserves all objections to the entry of and scope of the Court's injunction. The designation of the Appendix as Highly Confidential – Outside Attorneys' Eyes Only under the Protective Order was made by Emulex.

The proposed injunction is attached to this Notice pursuant to Central District General Order 10-07, Section VI(A).

Date: July 5, 2012

WILMER CUTLER PICKERING HALE AND DORR LLP

/s/ Jason H. Liss
Jason H. Liss

Attorneys for Plaintiff
BROADCOM CORPORATION


FISH & RICHARDSON P.C.

/s/ Jonathan Lamberson
Jonathan Lamberson
Attorneys for Defendant
EMULEX CORPORATION

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## **PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Notice of Lodging of [Proposed] Second Amended Permanent Injunction and Appendix* and accompanying documents were served upon the following parties as indicated below on this 5th day of July, 2012.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss