```
 1  Cosmin Mayer
    7 World Trade Center
 2  New York, NY 10036
    (212) 230-8800
 3  (212) 230-8888 (fax)
 4
    Attorney for Plaintiff
 5  BROADCOM CORPORATION
 6
                      UNITED STATES DISTRICT COURT
 7                    CENTRAL DISTRICT OF CALIFORNIA

 8  - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
    BROADCOM CORPORATION,
 9                                        :
                           Plaintiff,
10                                        :
                  v.
11                                        :
    EMULEX CORPORATION,                        Civ. Action No. 09-CV-1058
12                                        :
                           Defendant.        NOTICE OF CHANGE OF ADDRESS
13                                        :
14
    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
15
16
17  PLEASE TAKE NOTICE that effective July 16, 2012, the law firm of Wilmer Cutler Pickering

18  Hale and Dorr LLP will be relocating to 7 World Trade Center, New York, New York 10007.

19  All facsimile and telephone numbers will remain the same.

20
    Dated: New York, New York
21           _____, 2012

22                                            WILMER CUTLER PICKERING HALE
                                                AND DORR LLP
23
                                              /s/ _Cosmin Maier_____
24                                            Cosmin Maier
                                              7 World Trade Center
25                                            New York, NY 10036
                                              (212) 230-8800
26                                            (212) 230-8888 (fax)
27
28
```

US1DOCS 7373039v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28