# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-01058 JVS (ANx), SACV10-03963-JVS (ANx)<br><br>[PROPOSED] ORDER ON BROADCOM CORPORATION'S APPLICATION TO LODGE DOCUMENTS UNDER SEAL IN CONNECTION WITH [PROPOSED] SECOND AMENDED PERMANENT INJUNCTION |



FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# [PROPOSED] ORDER

Having considered Broadcom Corporation's Application to Lodge Documents Under Seal in Connection with the [Proposed] Second Amended Permanent Injunction, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: 7.6.12

_____
HON. JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Michael D. Jay, Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Suite 2100, Los Angeles, California 90071 without filing.

Dated: _____

HON. JAMES V. SELNA
United States District Judge