Victor Souto
7 World Trade Center
New York, NY 10036
(212) 230-8800
(212) 230-8888 (fax)

Attorney for Plaintiff
BROADCOM CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BROADCOM CORPORATION,

                Plaintiff,

           v.

EMULEX CORPORATION,                     Civ. Action No. 09-CV-1058

                Defendant.        NOTICE OF CHANGE OF ADDRESS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that effective July 16, 2012, the New York Office of Wilmer Cutler Pickering Hale and Dorr LLP is relocating to 7 World Trade Center, New York, New York 10007.  All facsimile and telephone numbers will remain the same.

Dated: New York, New York
      July 13, 2012

                        WILMER CUTLER PICKERING HALE
                         AND DORR LLP

                        /s/  Victor F. Souto
                        Victor F. Souto
                        7 World Trade Center
                        New York, NY 10007
                        (212) 230-8800
                        (212) 230-8888 (fax)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 13, 2012, a copy of the foregoing was electronically

filed. Notice of this filing will be sent to all counsel of record by operation of the Court's

Electronic Filing System.

/s/Victor F. Souto____
Victor F. Souto