WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION
(Additional Counsel Listed on Signature Page)

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, CA 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counterclaim Plaintiff
EMULEX CORPORATION
(Additional Counsel Listed on Signature Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

**BROADCOM CORPORATION,**

**Plaintiff,**

**v.**

**EMULEX CORPORATION,**

**Defendant.**

**And Related Counterclaims**

CASE No. SACV09-1058 JVS (ANx)
consolidated SACV10-03963-JVS (ANx)

**JOINT STIPULATION REGARDING SUNSET PERIOD DISCOVERY**

Hon. James V. Selna

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") hereby stipulate as follows:

1. WHEREAS the Court's Order dated May 30, 2012 requires Broadcom to conduct discovery related to the eligibility of particular devices for the Sunset Period in the Second Amended Permanent Injunction on or before July 29, 2012;

2. WHEREAS Broadcom wishes to take the deposition of an OEM declarant who is available for deposition on August 1, 2012

3. WHEREAS counsel for the OEM declarant, Emulex, and Broadcom are all available on August 1 and agree to the taking of the deposition on that date; and

4. WHEREAS, the proposed deposition will not require any change to the deadline for Broadcom to challenge the inclusion of particular devices in the Sunset Period appendix;

**IT IS HEREBY STIPULATED** that

1. Broadcom will take the deposition of the OEM declarant on August 1, 2012; and

2. Broadcom and Emulex may rely on the declarant's testimony in challenging or supporting the eligibility of particular devices for the Sunset Period, respectively.

Dated: July 26, 2012

WILMER CUTLER PICKERING HALE AND DORR LLP

By: /s/ Jason H. Liss
Jason H. Liss
Attorneys for Broadcom

Dated: July 26, 2012

FISH & RICHARDSON P.C.

By: /s/ Jonathan Lamberson
Jonathan Lamberson
Attorneys for Emulex

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

**PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Joint Stipulation Regarding Sunset Period Discovery* was served upon the following parties as indicated below on this 26th day of July, 2012.

**For Emulex Corporation:**

| | | |
|---|---|---|
| OC-ELX-PAT@gibsondunn.com<br>smg@jmbm.com<br>broadcom-emulex@fr.com<br>BroadcomEmulexService@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐<br>☐<br>☐<br>☒ | Via Hand Delivery<br>Via Overnight Courier (1 copy)<br>Via Facsimile<br>Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss