# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV10-03963-JVS (ANx)<br><br>**ORDER ON JOINT STIPULATION REGARDING SUNSET PERIOD DISCOVERY**<br><br>Hon. James V. Selna |

Pursuant to Local Rule 7-1, Plaintiff and Counter-Defendant Broadcom Corporation ("Broadcom") and Defendant and Counter-Claimant Emulex Corporation ("Emulex") have stipulated as follows:

1. WHEREAS the Court's Order dated May 30, 2012 requires Broadcom to conduct discovery related to the eligibility of particular devices for the Sunset Period in the Second Amended Permanent Injunction on or before July 29, 2012;

2. WHEREAS Broadcom wishes to take the deposition of an OEM declarant who is available for deposition on August 1, 2012

3. WHEREAS counsel for the OEM declarant, Emulex, and Broadcom are all available on August 1 and agree to the taking of the deposition on that date; and

4. WHEREAS, the proposed deposition will not require any change to the deadline for Broadcom to challenge the inclusion of particular devices in the Sunset Period appendix;

**IT IS HEREBY STIPULATED** that

1. Broadcom will take the deposition of the OEM declarant on August 1, 2012; and

2. Broadcom and Emulex may rely on the declarant's testimony in challenging or supporting the eligibility of particular devices for the Sunset Period, respectively.

# ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that:

1. Broadcom may take the deposition of an OEM declarant on August 1, 2012; and

2. Broadcom and Emulex may rely on the declarant's testimony in

1  challenging or supporting the eligibility of particular devices for the Sunset Period,
2  respectively.
3
4  Dated: July 27, 2012                    _____
5                                                      Hon. James V. Selna
6                                                      United States District Judge