Juanita R. Brooks (SBN 75934)
 brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**SECOND AMENDED NOTICE OF APPEAL (TO THE FEDERAL CIRCUIT)**<br><br>**FOR APPEAL NO. 2012-1309** |

Notice is hereby given that pursuant to 28 U.S.C. § 1292(a)(1) and 1292(c)(1), or other appellate jurisdiction, and pursuant to Fed. R. App. P. 4(a)(1), Defendant Emulex Corporation ("Emulex") appeals to the United States Court of Appeals for the Federal Circuit from the Second Amended Permanent Injunction dated July 18, 2012 (D.I. 1236), the Amended Permanent Injunction dated June 22,

1  2012 (D.I. 1204), the Order re Sunset Provision dated May 30, 2012 (D.I. 1174),

2  and the Permanent Injunction dated April 3, 2012 (D.I. 1095) in those parts adverse

3  to Emulex, and from all underlying decisions, orders, and rulings related to,

4  supporting, or incorporated in that Order as adverse to Emulex, including but not

5  limited to the October 5, 2011 in-trial grant of a directed verdict (judgment as a

6  matter of law) of infringement of the '150 Patent (D.I. 871 Trial. Tr. Oct. 5, 2011,

7  p.183), the December 15, 2011 (In Chambers) Order Denying Defendant's Motion

8  for Judgment as a Matter of Law on the Basis of Obviousness of the '194, '124 and

9  '057 Patents and Defendant's Motion for Judgment as a Matter of Law on the basis

10 of Obviousness of the '150 Patent (D.I. 992), the December 16, 2011 (In Chambers)

11 Order Denying Defendant's Motion for Judgment as a Matter of Law on the Basis of

12 Non-Infringement of the '150 Patent (D.I. 994), the December 17, 2010 (In

13 Chambers) Order Regarding Markman /Claim Construction Hearing (D.I. 261), the

14 August 2, 2011 (In Chambers) Order Denying Motion for Summary Judgment of No

15 Infringement (Count 11) (D.I. 714), and the August 10, 2011 (In Chambers) Minute

16 Order re Motions in Limine (D.I. 770).

17

18                                             Respectfully Submitted,

19 Dated:  August 6, 2012                      FISH & RICHARDSON P.C.

20

21

|   |   |
|---|---|
| 1 | By: */s/ Jonathan J. Lamberson* |
|   |     Jonathan J. Lamberson |
| 2 | Attorneys for Defendant and Counterclaimant |
|   | EMULEX CORPORATION |
| 3 |   |

*Additional Counsel*

David M. Barkan (SBN 160825)
 *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
 *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
 *colaianni@fr.com*
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
 *reger@fr.com*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
 *qureshi@fr.com*
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone:  (713) 654-5300
Facsimile:  (713) 652-0109

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 6, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
     Jonathan J. Lamberson