## **EXHIBIT A**

- Broadcom's Application to File Documents Under Seal in Connection with Its Motion to Exclude, and [Proposed] Order;

- Broadcom's Memorandum in Support of its Motion to Exclude Certain Products from Sunset Provision; and

- Declaration of Jason H. Liss in Support of Broadcom's Motion to Exclude Certain Products from Sunset Provision, and Exhibits A-K thereto.

ActiveUS 100542173v.1