WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff and Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S NOTICE OF MOTION AND MOTION TO EXCLUDE CERTAIN PRODUCTS FROM SUNSET PROVISION**<br><br>Before:     Hon. James V. Selna<br>Date:       October 15, 2012<br>Time:       1:30 p.m.<br>Courtroom:  10C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that at the above time and place, Plaintiff Broadcom Corporation will move to exclude certain products from the sunset provision of the permanent injunction currently in effect.

Broadcom and IBM are currently negotiating an agreement that would moot Broadcom's motion. For that reason, Broadcom's motion is noticed for hearing October 15, 2012, beyond the customary 28-day schedule.

This motion is made pursuant to the Court's Order re Sunset Provision (Dkt. No. 1174), and is based on the memorandum, [Proposed] Order, and supporting documents filed herewith, and on any arguments that may be presented at the hearing.

Respectfully submitted,

Dated: August 28, 2012      WILMER CUTLER PICKERING HALE AND DORR LLP

By:   /s/ Jason H. Liss
      Jason H. Liss

Attorneys for Plaintiff Broadcom Corporation