WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER ON PLAINTIFF BROADCOM CORPORATION'S MOTION TO EXCLUDE CERTAIN PRODUCTS FROM SUNSET PROVISION**<br><br>Before:      Hon. James V. Selna<br>Date:         October 15, 2012<br>Time:        1:30 p.m.<br>Courtroom: 10C |

[PROPOSED] ORDER

ActiveUS 100542900v.1

## ORDER

Before the Court is Plaintiff Broadcom Corporation's Motion to Exclude Certain Products from Sunset Provision. Upon consideration of the motion, and the submissions and arguments by the parties, it is hereby ORDERED that Broadcom Corporation's Motion to Exclude Certain Products from Sunset Provision is GRANTED, and the excluded product combinations are stricken from Appendix A to the permanent injunction.

**IT IS SO ORDERED** this \_\_\_ day of _____, 2012.

_____
Honorable James V. Selna
United States District Judge