1  WILLIAM F. LEE
   (admitted *pro hac vice*)
2  (william.lee@wilmerhale.com)
   DOMINIC E. MASSA
3  (admitted *pro hac vice*)
4  (dominic.massa@wilmerhale.com)
   JOSEPH J. MUEcLLER
5  (admitted *pro hac vice*)
   (joseph.mueller@wilmerhale.com)
6  LOUIS W. TOMPROS
7  (admitted *pro hac vice*)
   (louis.tompros@wilmerhale.com)
8  WILMER CUTLER PICKERING HALE AND DORR LLP
   60 State Street
9  Boston, MA  02109
10 Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
11
   Attorneys for Plaintiff and Counterclaim Defendant
12 BROADCOM CORPORATION
13

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
| **Plaintiff,** | |
| v. | |
| **EMULEX CORPORATION,** | **PROOF OF SERVICE** |
| **Defendant.** | |
| **And Related Counterclaims** | |

**PROOF OF SERVICE**

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

### PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that copies of the following documents were served upon the following parties as indicated below on this 28th day of August, 2012:

- Plaintiff Broadcom Corporation's Application to File Documents Under Seal in Connection with its Motion to Exclude Certain Products from Sunset Provision, Exhibit A thereto, and [Proposed] Order;

- Plaintiff Broadcom Corporation's Notice of Motion and Motion to Exclude Certain Products from Sunset Provision, and [Proposed] Order;

- Plaintiff Broadcom Corporation's Memorandum in Support of its Motion to Exclude Certain Products from Sunset Provision; and

- Declaration of Jason H. Liss in Support of Broadcom's Motion to Exclude Certain Products from Sunset Provision, and Exhibits A-K thereto.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| Broadcom-Emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| BroadcomEmulexService@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

PROOF OF SERVICE

ActiveUS 100543026v.1