# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF JAIME BULNES AS COUNSEL FOR EMULEX CORPORATION**<br><br>Hearing Date: October 15, 2012<br>Time:         1:30 pm<br>Place:        Courtroom 10C<br>Before:       Hon. James V. Selna |

Before the Court is the Motion of Emulex Corporation ("Emulex"), requesting that the Court enter an order authorizing the withdrawal of attorney Jaime Bulnes as counsel for Emulex. Having considered the matter, the Court grants the motion and hereby Orders the withdrawal of Jaime Bulnes as counsel for Emulex in this action. The Clerk is authorized to remove Jaime Bulnes from electronic service as counsel for Emulex in this proceeding.

Dated: September 10, 2012

_____
Hon. James V. Selna
United States District Judge