WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM CORPORATION'S *EX PARTE* APPLICATION FOR TEMPORARY STAY OF BRIEFING ON ITS MOTION TO EXCLUDE AND IBM'S MOTION TO INTERVENE**<br><br>*EXPEDITED CONSIDERATION REQUESTED*<br><br>Hon. James V. Selna |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that as soon hereafter as counsel may be heard by the above-entitled Court, the Honorable James V. Selna presiding, located at 411 West Fourth Street, Santa Ana, California 92701, Plaintiff Broadcom Corporation ("Broadcom") will and hereby does respectfully request that this Court enter an order temporarily staying briefing on Broadcom's Motion to Exclude Certain Products from Sunset Provision and IBM's Motion to Intervene. In support of its application, Broadcom states as follows:

As required by the Court's Order re Sunset Provision (Dkt. No. 1174 ("Sunset Order") at 2), Broadcom filed its motion on August 28, 2012. (Dkt. No. 1245.) As stated in Broadcom's notice of motion and motion, as well as its supporting memorandum, ongoing negotiations between Broadcom and IBM may moot Broadcom's motion. (*Id.* at 1; Dkt. No. 1251 at 1.) For that reason, Broadcom noticed its motion to be heard later on October 15, 2012, two weeks more than is required under Local Rule 6-1. L.R. 7-9 thus requires that Emulex file its opposition on or before September 24, 2012 (*i.e.*, 21 or more days prior to the noticed hearing date).

Because those negotiations are continuing, Broadcom believes the Court and the parties will benefit from a temporary stay. Broadcom therefore requests the following modifications to the current briefing schedule:

| Event | Current Deadline | Broadcom's Requested Deadline |
|---|---|---|
| Emulex's Opposition to Broadcom's Motion to Exclude | September 24 | October 9 |
| Broadcom's Opposition to IBM's Motion to Intervene | September 24 | October 9 |
| Broadcom's Reply in Support of its Motion to Exclude | October 1 | October 15 |

| Event | Current Deadline | Broadcom's Requested Deadline |
|---|---|---|
| IBM's Reply in Support of its Motion to Intervene | October 1 | October 15 |
| Hearing on Broadcom's Motion to Exclude | October 15 | October 29, or at the Court's earliest convenience. |
| Hearing on IBM's Motion to Intervene | October 15 | October 29, or at the Court's earliest convenience. |

IBM requests that its motion to intervene be prioritized ahead of further briefing on Broadcom's motion to exclude. (International Business Machines Corporation's Motions to Intervene and to Stay Briefing and Argument on Broadcom's Motion to Exclude Pending IBM's Motion to Intervene at 10.) Consideration of this portion of IBM's request is premature at this time and—like both Broadcom's motion to exclude and IBM's motion to intervene—may be mooted by ongoing discussions between Broadcom and IBM.

In any event, there is no need for IBM's motion to be fully briefed and decided prior to further briefing on Broadcom's motion. *First*, Broadcom would not object to IBM lodging, on or before October 9, any proposed opposition it seeks to make to Broadcom's motion, provided that Broadcom is given the opportunity to lodge its proposed response concurrently with its reply to Emulex's opposition. *Second*, Emulex is perfectly capable of opposing Broadcom's motion. Emulex has received IBM's cooperation and assistance since at least January 2012 and throughout the injunction proceedings, and has submitted numerous declarations and documents provided by IBM to the district court and the Federal Circuit. It has on hand every piece of evidence provided by IBM to Broadcom in discovery in relation to the challenged products, and Emulex was able to question IBM's witness. And assuming Emulex can do so in good faith, it is Emulex's obligation to oppose Broadcom's motion: "[t]he burden on any such challenge shall be with Emulex to establish that a challenged device/customer product

1  combination meets the requirements for Sunset Sales." (Sunset Order at 2.)
2       Pursuant to L.R. 7-19.1, on September 11, 2012, counsel for Broadcom
3  conferred with counsel for IBM by electronic mail regarding Broadcom's request.
4  IBM opposes Broadcom's request to stay briefing on IBM's Motion to Intervene.
5  In addition, on September 11, 2012, counsel for Broadcom left a voicemail for and
6  sent an electronic mail message to counsel for Emulex regarding Broadcom's
7  request. As of the time of this filing, counsel for Emulex has not stated Emulex's
8  position.
9       This application is made upon the information provided herein and the
10 accompanying [Proposed] Order.

Dated: September 13, 2012           WILMER CUTLER PICKERING
                                    HALE AND DORR LLP

                                    By:   /s/ Jason H. Liss
                                          Jason H. Liss

                                    Attorneys for Plaintiff
                                    BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

### PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Broadcom Corporation's* Ex Parte *Application for Temporary Stay of Briefing on its Motion to Exclude and IBM's Motion to Intervene* was served upon the following parties as indicated below on this 13th day of September, 2012.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| broadcom-emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| broadcomemulexservice@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

BROADCOM'S EX PARTE APPLICATION FOR
TEMPORARY STAY OF BRIEFING

5

ActiveUS 100910233v.5