ORIGINAL

1  Robert W. Stone (Bar No. 163513)
   robertstone@quinnemanuel.com
2  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065
   Telephone: (650) 801-5000
4  Facsimile: (650) 801-5100

5  Adam B. Wolfson (Bar No. 262125)
   adamwolfson@quinnemanuel.com
6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   865 S. Figueroa, 10th Floor
7  Los Angeles, California 90017
   Telephone: (213) 443-3000
8  Facsimile: (213) 443-3100

9  Of Counsel:

10 Richard I. Werder, Jr. (*pro hac vice to be filed*)
   Alexander Rudis (*pro hac vice to be filed*)
11 QUINN EMANUEL URQUHART & SULLIVAN, LLP
   51 Madison Avenue, 22nd Floor
12 New York, New York 10010
   Telephone: (212) 849-7000
13 Facsimile: (212) 849-7100

14 Attorneys for Proposed Intervenor
   INTERNATIONAL BUSINESS
15 MACHINES CORPORATION

16              UNITED STATES DISTRICT COURT

17      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| 18 BROADCOM CORPORATION, | CASE NO. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
| 19     Plaintiff, | |
| 20     vs. | |
| 21 EMULEX CORPORATION, | **NOTICE OF APPEARANCE** |
| 22     Defendant. | |
| 23     And Related Counterclaims | |
| 24 | |

25

26

27

28

1        PLEASE TAKE NOTICE that Robert W. Stone, an attorney with the firm of

2 Quinn Emanuel Urquhart & Sullivan, LLP and admitted to practice before this

3 Court, and whose contact information appears below, hereby enters an appearance

4 as an attorney of record for Proposed Intervenor International Business Machines

5 Corporation.

6        Robert W. Stone (Bar No. 163513)

7        Quinn Emanuel Urquhart & Sullivan, LLP
       555 Twin Dolphin Drive, 5th Floor

8        Redwood Shores, California 94065

9        Telephone: 650-801-5000
       Facsimile: 650-801-5100

10

11

12 DATED: September 11, 2012     QUINN EMANUEL URQUHART &
                          SULLIVAN, LLP

13

14

15                          By

16                            Robert W. Stone

17                            Attorney for Proposed Intervenor
                           International Business Machines

18                            Corporation

19

20

21

22

23

24

25

26

27

28

Case No. SACV09-1058 JVS (ANx)
consolidated SACV 10-3963-JVS (Anx)
NOTICE OF APPEARANCE

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and forgoing document has been served on September 12, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: _____
Marian Nassiri