Juanita R. Brooks (SBN 75934)
 brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*(Additional counsel listed on signature page)*

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EMULEX CORPORATION,<br><br>　　Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**NOTICE OF APPEARANCE OF ERIN C. JONES**<br><br>Hon. James V. Selna |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Erin C. Jones of Fish & Richardson P.C., files this Notice of Appearance in the above-captioned matter on behalf of Emulex Corporation.  Ms. Jones is admitted to practice in the Central District of California and her California Bar number is 252947.

| | | |
|---|---|---|
| 1 | Dated: September 14, 2012 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Erin C. Jones* |
| 4 | | Erin C. Jones |
| 5 | | Attorneys for Defendant and Counterclaimant |
| 6 | | EMULEX CORPORATION |

*Additional Counsel*

David M. Barkan (SBN 160825)
  barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
  lamberson@fr.com
Erin C. Jones (SBN 252947)
  ejones@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Joseph V. Colaianni, Jr. (*pro hac vice*)
  colaianni@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Thomas H. Reger II (*pro hac vice*)
  reger@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Wasif H. Qureshi (*pro hac vice*)
  qureshi@fr.com
FISH & RICHARDSON P.C
One Houston Center
1221 McKinney Street, 28th Floor
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

50865618.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 14, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Erin C. Jones*
Erin C. Jones

50865618.doc