WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EMULEX CORPORATION,<br><br>　　　　　　Defendant.<br><br>And Related Counterclaims | CASE No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**ORDER ON PLAINTIFF BROADCOM CORPORATION'S *EX PARTE* APPLICATION FOR TEMPORARY STAY OF BRIEFING ON ITS MOTION TO EXCLUDE AND IBM'S MOTION TO INTERVENE**<br><br>Hon. James V. Selna |

[PROPOSED] ORDER

## ORDER

Before the Court is Plaintiff Broadcom Corporation's *Ex Parte* Application for Temporary Stay of Briefing on its Motion to Exclude and IBM's Motion to Intervene. Upon consideration of the application, and for good cause shown, Broadcom's *ex parte* application is hereby GRANTED as follows:

1. Emulex shall file its opposition its Broadcom's Motion to Exclude on or before October 9, 2012.

2. Broadcom shall file its opposition to IBM's Motion to Intervene on or before October 9, 2012.

3. If it so chooses, IBM may lodge a proposed opposition to Broadcom's Motion to Exclude on or before October 9, 2012. In the event that IBM's Motion to Intervene is granted, its opposition to Broadcom's Motion to Exclude shall be deemed to have been filed as of the date it was lodged, provided it was lodged on or before October 9, 2012.

4. Broadcom may file a brief in reply to Emulex's opposition to Broadcom's Motion to Exclude on or before October 15, 2012.

5. If IBM lodges a proposed opposition to Broadcom's Motion to Exclude on or before October 9, 2012, Broadcom may lodge a brief in reply to IBM's opposition on or before October 15, 2012. In the event that IBM's Motion to Intervene is granted and IBM's opposition to Broadcom's Motion to Exclude is deemed to have been filed on or before October 9, 2012, Broadcom's brief in reply to IBM's opposition shall be deemed to have been filed as of the date it was lodged, provided it was lodged on or before October 15, 2012.

6. IBM may file a brief in reply to Broadcom's opposition to IBM's Motion to Intervene on or before October 15, 2012.

7. Broadcom's Motion to Exclude and IBM's Motion to Intervene shall

1         be heard on Ocotober 29, 2012

2   **IT IS SO ORDERED** this 17th day of September, 2012.

                                  */s/ James V. Selna*

                              _____

                              Honorable James V. Selna
                              United States District Judge

**[PROPOSED] ORDER**