UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx) consolidated CV 10-03963-JVS (ANx) | Date | September 17, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)    Order re IBM Matters

      The Court has entered the order tendered by Broadcom Corporation ("Broadcom") regarding International Business Machines Corporation's ("IBM") Motion to Intervene and Broadcom's Motion to exclude certain products sold by Emulex Corporation to IBM from the sunset provision in the Permanent Injunction. Because of personal commitments and judicial travel, October 29, 2012 is the earlier the Court can hear these Motions.

      The Court has made a preliminary review of IBM's Motion, and it appears meritorious. Should the Court deny the Motion, it would nevertheless grant IBM *amicus* status and would on that basis consider its filings on Broadcom's Motion. The Court will fully consider IBM's position before ruling on Broadcom's Motion.

      As indicated in the Court's AO-10 Financial Disclosure Report for 2011 (p. 10, line 105), the Court holds IBM common stock. This creates a conflict of interest which cannot be waived. The Court has sold the stock, thus eliminating the conflict.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | kjt | | |