Alexander Rudis
alexanderrudis@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 21st Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BROADCOM CORPORATION | CASE NUMBER: |
|---|---|
| Plaintiff(s) | SAC09-1058 JVS (ANx) |
| v. | |
| EMULEX CORPORATION | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of <u>Alexander Rudis</u>, of <u>Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, NY, NY 10010</u>
   *Applicant's Name*                                   *Firm Name / Address*

<u>(212) 849-7000</u>                                       <u>alexanderrudis@quinnemanuel.com</u>
   *Telephone Number*                                     *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☐ Defendant
☑ Intervener or other interested person <u>International Business Machines Corporation</u>

and the designation of <u>Adam B. Wolfson (Bar. No. 262125)</u>
                              *Local Counsel Designee /State Bar Number*

of <u>Quinn Emanuel Urquhart & Sullivan LLP, 850 S. Figureoa Street, 10th Floor, Los Angeles, California 90017</u>
                               *Local Counsel Firm / Address*

<u>(213) 443-3000</u>                                     <u>adamwolfson@quinnemanuel.com</u>
   *Telephone Number*                                     *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

    ☐ GRANTED
    ☐ DENIED.  Fee shall be returned by the Clerk.
    ☐ DENIED.  For failure to pay the required Pro Hac Vice appearance fee.

Dated _____            _____
                                                             U. S. District Judge/U.S. Magistrate Judge