WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM CORPORATION'S NOTICE REGARDING IBM'S MOTION TO INTERVENE**<br><br>Hon. James V. Selna |

1  In view of the Court's Order re IBM Matters (Dkt. No. 1261) and Order on
2  Broadcom's *Ex Parte* Application for Temporary Stay of Briefing on its Motion to
3  Exclude and IBM's Motion to Intervene (Dkt. No. 1260), Broadcom hereby gives
4  notice that it does not oppose IBM's Motion (Dkt. No. 1256), by which IBM seeks
5  to intervene for the limited purpose of responding to Broadcom's Motion to
6  Exclude Certain Products from Sunset Provision (Dkt. No. 1245).  Pursuant to the
7  Court's Order on Broadcom's *Ex Parte* Application, Broadcom understands that
8  Emulex and IBM will file oppositions to Broadcom's Motion to Exclude on or
9  before October 9, and that Broadcom will reply to both oppositions on October 15.

Dated: September 21, 2012            WILMER CUTLER PICKERING
                                     HALE AND DORR LLP

                                     By:   /s/ Jason H. Liss
                                           Jason H. Liss

                                     Attorneys for Plaintiff
                                     BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation*,
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

### PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Broadcom Corporation's Notice Regarding IBM's Motion to Intervene* was served upon the following parties as indicated below, as well as upon counsel for IBM by electronic mail, on this 21st day of September, 2012.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| broadcom-emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| broadcomemulexservice@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss