Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Alexander Rudis (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Intervenor
INTERNATIONAL BUSINESS
MACHINES CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING SCHEDULE FOR BROADCOM'S MOTION TO EXCLUDE**<br><br>Hon. James V. Selna |

Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom"), Defendant Emulex Corporation ("Emulex"), and Intervenor International Business Machines Corporation ("IBM") hereby stipulate as follows:

1. WHEREAS Broadcom filed a motion to exclude IBM's products from Appendix A to the Court's May 30, 2012 Order re Sunset Provision (Dkt. No. 1251) ("Motion");

2. WHEREAS Broadcom's Motion is set for hearing on October 29, 2012 (Dkt. No. 1260);

3. WHEREAS Emulex and IBM's oppositions to Broadcom's Motion are due October 9, 2012 (*Id.*);

4. WHEREAS Broadcom's reply in support of its Motion is due October 15, 2012 (*Id.*); and

5. WHEREAS, in light of ongoing negotiations between Broadcom and IBM, and after good faith negotiations regarding the Motion' schedule, Broadcom, Emulex, and IBM have agreed on one-week extensions for their respective oppositions and reply;

IT IS HEREBY STIPULATED that Emulex and IBM's oppositions to Broadcom's Motion will be served and filed on October 16, 2012, and Broadcom's reply in support of its Motion will be served and filed on October 22, 2012.

| | | |
|---|---|---|
| 1 | DATED: October 4, 2012 | Respectfully submitted, |
| 2 | | |
| 3 | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 4 | | |
| 5 | | By:/s/ Gregory Teran |
| 6 | | Gregory Teran |
| 7 | | Attorneys for Plaintiff Broadcom Corporation |
| 8 | | |
| 9 | DATED: October 4, 2012 | Respectfully submitted, |
| 10 | | FISH & RICHARDSON, P.C. |
| 11 | | |
| 12 | | By:/s/ Jonathan Lamberson |
| 13 | | Jonathan Lamberson |
| 14 | | Attorneys for Defendant Emulex Corporation |
| 15 | DATED: October 4, 2012 | Respectfully submitted, |
| 16 | | |
| 17 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 18 | | |
| 19 | | By:/s/ Adam B. Wolfson |
| 20 | | Adam B. Wolfson |
| 21 | | Attorneys for Intervenor International Business Machines Corporation |