UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER REGARDING SCHEDULE FOR BROADCOM'S MOTION TO EXCLUDE**<br><br>Hon. James V. Selna |

Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom"), Defendant Emulex Corporation ("Emulex"), and Intervenor International Business Machines Corporation ("IBM") hereby stipulate as follows:

1. WHEREAS Broadcom filed a motion to exclude IBM's products from Appendix A to the Court's May 30, 2012 Order re Sunset Provision (Dkt. No. 1251) ("Motion");

2. WHEREAS Broadcom's Motion is set for hearing on October 29, 2012 (Dkt. No. 1260);

3. WHEREAS Emulex and IBM's oppositions to Broadcom's Motion are due October 9, 2012 (*Id.*);

4. WHEREAS Broadcom's reply in support of its Motion is due October 15, 2012 (*Id.*); and

5. WHEREAS, in light of ongoing negotiations between Broadcom and IBM, and after good faith negotiations regarding the Motion' schedule, Broadcom, Emulex, and IBM have agreed on one-week extensions for their respective oppositions and reply;

1  IT IS HEREBY STIPULATED that Emulex and IBM's oppositions to
2  Broadcom's Motion will be served and filed on October 16, 2012, and Broadcom's
3  reply in support of its Motion will be served and filed on October 22, 2012.

4  **ORDER**

5  Based on the foregoing stipulation of the parties, and good cause appearing,
6  **IT IS ORDERED** that Emulex and IBM's oppositions to Broadcom's Motion will
7  be served and filed on October 16, 2012, and Broadcom's reply in support of its
8  Motion will be served and filed on October 22, 2012.

9
10  Dated: _____                    _____
11                                              Hon. James V. Selna
                                                United States District Judge