UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**ORDER REGARDING SCHEDULE FOR BROADCOM'S MOTION TO EXCLUDE**<br><br>Hon. James V. Selna |

Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom"), Defendant Emulex Corporation ("Emulex"), and Intervenor International Business Machines Corporation ("IBM") hereby stipulate as follows:

1. WHEREAS Broadcom filed a motion to exclude IBM's products from Appendix A to the Court's May 30, 2012 Order re Sunset Provision (Dkt. No. 1251) ("Motion");

2. WHEREAS Broadcom's Motion is set for hearing on October 29, 2012 (Dkt. No. 1260);

3. WHEREAS Emulex and IBM's oppositions to Broadcom's Motion are due October 9, 2012 (*Id.*);

4. WHEREAS Broadcom's reply in support of its Motion is due October 15, 2012 (*Id.*); and

5. WHEREAS, in light of ongoing negotiations between Broadcom and IBM, and after good faith negotiations regarding the Motion' schedule, Broadcom, Emulex, and IBM have agreed on one-week extensions for their respective oppositions and reply;

IT IS HEREBY STIPULATED that Emulex and IBM's oppositions to Broadcom's Motion will be served and filed on October 16, 2012, and Broadcom's reply in support of its Motion will be served and filed on October 22, 2012.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that Emulex and IBM's oppositions to Broadcom's Motion will be served and filed on October 16, 2012, and Broadcom's reply in support of its Motion will be served and filed on October 22, 2012.

Dated: October 9, 2012

_____
Hon. James V. Selna
United States District Judge