Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Adam B. Wolfson (Bar No. 262125)
adamwolfson@quinnemanuel.com
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
865 S. Figueroa, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Alexander Rudis (*pro hac vice*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Intervenor
INTERNATIONAL BUSINESS
MACHINES CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>EMULEX CORPORATION,<br><br>          Defendant.<br><br>And Related Counterclaims | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**NOTICE OF ERRATA**<br><br>Hon. James V. Selna |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, on October 15, 2012, Plaintiff Broadcom Corporation ("Broadcom"), Defendant Emulex Corporation ("Emulex"), and Intervenor International Business Machines Corporation ("IBM") filed a Joint Stipulation Regarding Schedule for Broadcom's Motion to Exclude (Dkt. 1269). On the Court's ECF system, that stipulation was erroneously linked to docket entry 1250. The correct docket entry to which the stipulation should have been linked is number 1245.

DATED: October 16, 2012            Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:/s/ Adam B. Wolfson
Adam B. Wolfson

Attorneys for Intervenor International Business Machines Corporation