1 Juanita R. Brooks (SBN 75934)
   brooks@fr.com
2 FISH & RICHARDSON P.C.
  12390 El Camino Real
3 San Diego, CA 92130
  Telephone:  (858) 678-5070
4 Facsimile: (858) 678-5099

5 *(Additional counsel listed on signature page)*

6 Attorneys for Defendant and Counterclaimant
  EMULEX CORPORATION
7

8             UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                (SOUTHERN DIVISION)

11

| | |
|---|---|
| 12  BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| 13      Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| 14      v. | **NOTICE OF APPEARANCE OF KEELEY I. VEGA** |
| 15  EMULEX CORPORATION, | |
| 16      Defendant. | |
| 17  And Related Counterclaims | Hon. James V. Selna |
| 18 | |

19

20     TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

21 RECORD:

22     Keeley I. Vega of Fish & Richardson P.C., files this Notice of Appearance in

23 the above-captioned matter on behalf of Emulex Corporation.  Ms. Vega is admitted

24 to practice in the Central District of California and her California Bar number is

25 259928.

26

27

28

| | | |
|---|---|---|
| 1 | Dated: October 17, 2012 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Keeley I. Vega* |
| 4 | | Keeley I. Vega |
| 5 | | Attorneys for Defendant and Counterclaimant |
| 6 | | EMULEX CORPORATION |

7  *Additional Counsel*

8  David M. Barkan (SBN 160825)
   *barkan@fr.com*
9  Jonathan J. Lamberson (SBN 239107)
   *lamberson@fr.com*
10 Erin C. Jones (SBN 252947)
   *ejones@fr.com*
11 Keeley I. Vega (SBN 259928)
   *kvega@fr.com*
12 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
13 Redwood City, California 94063-1526
   Telephone: (650) 839-5070
14 Facsimile: (650) 839-5071

15 Joseph V. Colaianni, Jr. (*pro hac vice*)
   *colaianni@fr.com*
16 FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
17 Washington, DC 20005
   Telephone: (202) 783-5070
18 Facsimile: (202) 783-2331

19 Thomas H. Reger II (*pro hac vice*)
   *reger@fr.com*
20 FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
21 Dallas, Texas 75201
   Telephone: (214) 747-5070
22 Facsimile: (214) 747-2091

23 Wasif H. Qureshi (*pro hac vice*)
   *qureshi@fr.com*
24 FISH & RICHARDSON P.C
   One Houston Center
25 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
26 Telephone: (713) 654-5300
   Facsimile: (713) 652-0109

27

28

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and correct copy of the above and |
| 3 | foregoing document has been served on October 17, 2012 to all counsel of record |
| 4 | who are deemed to have consented to electronic service via the Court's CM/ECF |
| 5 | system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail |
| 6 | or hand delivery. |

By: */s/ Keeley I. Vega*
Keeley I. Vega

50871133.doc