UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-01058-JVS (ANx)<br>consolidated CV 10-03963-JVS (ANx) | Date | October 23, 2012 |
| Title | Broadcom Corp. v. Emulex Corp., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   Further Order re IBM Matters

      In its Minute Order of September 17, 2012 (Docket No. 1261), the Court advised the parties that it was liquidating its position in IBM common stock in order to eliminate a conflict of interest resulting from Broadcom Corporation's ("Broadcom") motion to exclude certain products sold by Emulex Corporation to IBM from the sunset provision in the Permanent Injunction. (Docket No. 1245.)

      Broadcom has now withdrawn that motion. (Docket No. 1272.) The Court assumes that any interest which IBM has in these proceedings has been resolved, and will not reoccur.

      In view of the foregoing, the Court intends to reacquire its position in IBM common stock. If any party believes that there is a continuing concern with regard to a conflict of interest, the party shall advise the Court within seven days.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | kjt | |