| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) |
| 2 | *brooks@fr.com*<br>FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 4 | Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| 5 | *(Additional counsel listed on signature page)* |
| 6 | Attorneys for Defendant and Counterclaimant<br>EMULEX CORPORATION |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
|---|---|
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **UNOPPOSED MOTION FOR WITHDRAWAL OF RUDHIR B. PATEL AS COUNSEL FOR EMULEX CORPORATION** |
| EMULEX CORPORATION, | |
| Defendant. | |
| | |
| And Related Counterclaims | Hearing Date:<br>Time:      1:30 pm<br>Place:     Courtroom 10C<br>Before:   Hon. James V. Selna |

Defendant and Counterclaimant Emulex Corporation ("Emulex"), through its Attorneys, Fish & Richardson P.C., respectfully requests that the Court enter an order authorizing the withdrawal of attorney Rudhir B. Patel as counsel of record for Emulex. Mr. Patel is no longer with the law firm of Fish & Richardson. Pursuant to Local Rule 83-2.9.2.1, written notice has been given to Emulex and to Broadcom. Broadcom does not oppose this request.

Fish & Richardson remains counsel of record for Emulex, and granting this request will not delay the prosecution of this case. Emulex respectfully requests that

1  Mr. Patel be removed from any case service lists.  Copies of all pleadings and

2  notices pertaining to the above-entitled matter should continue to be forwarded to all

3  other attorneys of record for Emulex.

4  Dated:  January 15, 2013             FISH & RICHARDSON P.C.

5                                                            By: */s/ David M. Barkan*
6                                                                  *David M. Barkan*

7                                                            Attorneys for Defendant and
                                                                  Counterclaimant
8                                                                 EMULEX CORPORATION

9  *Additional Counsel*

10 David M. Barkan (SBN 160825)
      barkan@fr.com
11 Jonathan J. Lamberson (SBN 239107)
      lamberson@fr.com
12 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
13 Redwood City, California 94063-1526
   Telephone:  (650) 839-5070
14 Facsimile:  (650) 839-5071

15 Joseph V. Colaianni, Jr. (*pro hac vice*)
      colaianni@fr.com
16 FISH & RICHARDSON P.C.
   1425 K Street, N.W., 11th Floor
17 Washington, DC 20005
   Telephone:  (202) 783-5070
18 Facsimile:  (202) 783-2331

19 Thomas H. Reger II (*pro hac vice*)
      reger@fr.com
20 FISH & RICHARDSON P.C.
   1717 Main Street, Suite 5000
21 Dallas, Texas 75201
   Telephone:  (214) 747-5070
22 Facsimile:  (214) 747-2091

23 Wasif H. Qureshi (*pro hac vice*)
      qureshi@fr.com
24 FISH & RICHARDSON P.C
   One Houston Center
25 1221 McKinney Street, 28th Floor
   Houston, Texas 77010
26 Telephone:  (713) 654-5300
   Facsimile:  (713) 652-0109
27 50813955.doc

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 15, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ David M. Barkan*
David M. Barkan