UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>———————————————<br>And Related Counterclaims<br>——————————————— | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF RUDHIR B. PATEL AS COUNSEL FOR EMULEX CORPORATION**<br><br>Hearing Date:<br>Time:     1:30 pm<br>Place:    Courtroom 10C<br>Before:   Hon. James V. Selna |

    Before the Court is the Motion of Emulex Corporation ("Emulex"), requesting that the Court enter an order authorizing the withdrawal of attorney Rudhir B. Patel as counsel for Emulex.  Having considered the matter, the Court grants the motion and hereby Orders the withdrawal of Rudhir B. Patel as counsel for Emulex in this action.  The Clerk is authorized to remove Rudhir B. Patel from electronic service as counsel for Emulex in this proceeding.

    Dated: _____

                                                Hon. James V. Selna<br>                                                United States District Judge