WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>Defendant.<br><br>**And Related Counterclaims.** | CASE No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**PLAINTIFF BROADCOM CORPORATION'S UNOPPOSED MOTION TO RESET RETRIAL DATE**<br><br>Before: Hon. James V. Selna |

1  Plaintiff Broadcom Corporation ("Broadcom") respectfully moves the Court
2  to reset the currently-pending date for retrial of the '194, '124, and '057 patents
3  from April 2, 2013 to November 4, 2013, or a date thereafter at the Court's
4  convenience.

5  In support of its motion, Broadcom states that Emulex has appealed the
6  Court's rulings regarding the infringement and validity of the '150 patent, and the
7  permanent injunction related thereto, that the Court of Appeals for the Federal
8  Circuit has not yet rendered a decision on that appeal, and that the result of that
9  appeal may impact the scope of the pending retrial. Resetting the retrial date will
10 therefore permit the parties to take into consideration the result of that appeal in
11 preparing for retrial, and will serve the interest of judicial economy.

12 Broadcom further states that its lead trial counsel is available for trial
13 beginning November 4, 2013.

14 This motion is made following the conference of counsel pursuant to L.R. 7-
15 3, which took place on January 30-31, 2013. Emulex does not oppose moving the
16 trial date and has confirmed that its trial counsel has no scheduling conflicts with a
17 trial date in November.

18 Therefore, for the reasons stated, Broadcom respectfully moves the Court to
19 reset the currently-pending date for retrial of the '194, '124, and '057 patents from
20 April 2, 2013 to November 4, 2013 or a date thereafter at the Court's convenience.

Dated: February 1, 2013

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: /s/ Jason H. Liss
    Jason H. Liss

Attorneys for Plaintiff
BROADCOM CORPORATION

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

## PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Plaintiff Broadcom Corporation's Unopposed Motion to Reset Retrial Date* was served upon the following parties as indicated below on this the February 1, 2013.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com | ☐ Via Hand Delivery |
| broadcom-emulex@fr.com | ☐ Via Overnight Courier (1 copy) |
| broadcomemulexservice@tklaw.com | ☐ Via Facsimile |
| (email addresses for service on Emulex per agreement of the parties) | ☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss