# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,** | CASE No.  SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx) |
| **Plaintiff,** | **[PROPOSED] ORDER GRANTING PLAINTIFF BROADCOM CORPORATION'S UNOPPOSED MOTION TO RESET RETRIAL DATE** |
| **v.** | |
| **EMULEX CORPORATION,** | |
| **Defendant.** | Before:   Hon. James V. Selna |
| **And Related Counterclaims.** | |

Before the Court is Plaintiff Broadcom Corporation's Unopposed Motion to Reset Retrial Date.  Having considered this matter, and because this Motion is unopposed, the Court hereby GRANTS the Motion and resets the retrial of the '194, '124, and '057 patents to begin

<u>November 4, 2013</u>, or _____.

**IT IS SO ORDERED.**

Dated: _____          _____

Hon. James V. Selna
United States District Judge

ActiveUS 105284875v.1