WILLIAM F. LEE
(admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff and
Counterclaim Defendant
BROADCOM CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EMULEX CORPORATION,**<br><br>**Defendant.**<br><br><br>**And Related Counterclaims** | CASE No. SACV09-1058 JVS (ANx) consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM CORPORATION'S NOTICE REGARDING PROPOSED AMENDMENT TO PERMANENT INJUNCTION**<br><br>Before Hon. James V. Selna<br><br>**FILED UNDER SEAL – CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY INFORMATION** |

PLEASE TAKE NOTICE THAT Plaintiff Broadcom Corporation ("Broadcom") has authorized ▇▇▇▇▇▇▇ Hewlett-Packard Co. ("HP") to undertake certain activities relating to certain infringing and enjoined products of Defendant Emulex Corporation ("Emulex").

Because certain of the activities Broadcom has authorized are not otherwise authorized by the provisions and Appendix of the Permanent Injunction currently in effect, Broadcom respectfully requests that the Court enter (1) the Amended Permanent Injunction being lodged this same day via the Court's CM/ECF system, and (2) Appendix B to the Permanent Injunction in the form attached hereto as Exhibit A.

Dated: June 14, 2012

By: _____
CRAIG E. DAVIS
(craig.davis@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA (admitted *pro hac vice*)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER (admitted *pro hac vice*)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS (admitted *pro hac vice*)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02129
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION

# EXHIBIT A

## APPENDIX B TO AMENDED PERMANENT INJUNCTION

### A. HEWLETT-PACKARD COMPANY

Pursuant to Section VIII of the Amended Permanent Injunction, and based solely on Broadcom's express authorization of the activities described below, nothing in the Amended Permanent Injunction shall prohibit Emulex; Hewlett Packard Company ("HP"); and/or HP's contract manufacturers and product suppliers (███████████████████████████████ and any other HP contract manufacturers and product suppliers expressly agreed to by Broadcom in writing) from making, using, selling, offering to sell in the United States, or importing into the United States, the Emulex Enjoined Products or the Emulex or ███████ products based on such chips, solely for use in the following Models by HP:

| OEM (Business Unit) | Model(s) |
|---|---|
| HP ███ | ███ |
| HP ███ | ███ |
| HP ███ | ███ |
| HP ███ | ███ |
| HP ███ | ███ |
| HP █████ | ███ |
| HP ███ | ███ |
| HP | ███ |
| HP █████ | ███ |
| HP █████ | ███ |
| HP █████ | ███ |

Broadcom's express authorization for these activities ███████████████████████████████████████████████████████████████████████████████ Broadcom may file a notice with the Court withdrawing its express authorization for the activities described above, in

- 1 -

which case the provisions of the Amended Permanent Injunction shall apply to all such activities, subject to applicability of the Sunset Provision.

- 2 -

which case the provisions of the Amended Permanent Injunction shall apply to all such activities, subject to applicability of the Sunset Provision.