1  WILLIAM F. LEE
   (admitted *pro hac vice*)
2  (william.lee@wilmerhale.com)
   DOMINIC E. MASSA
3  (admitted *pro hac vice*)
   (dominic.massa@wilmerhale.com)
4  JOSEPH J. MUELLER
   (admitted *pro hac vice*)
5  (joseph.mueller@wilmerhale.com)
   LOUIS W. TOMPROS
6  (admitted *pro hac vice*)
   (louis.tompros@wilmerhale.com)
7  WILMER CUTLER PICKERING
   HALE AND DORR LLP
8  60 State Street
   Boston, MA 02109
9  Telephone: (617) 526-6000
   Facsimile: (617) 526-5000
10
   Attorneys for Plaintiff and
11 Counterclaim Defendant
   BROADCOM CORPORATION
12

13                    **UNITED STATES DISTRICT COURT**

14                    **CENTRAL DISTRICT OF CALIFORNIA**

15                          **SOUTHERN DIVISION**

16 | BROADCOM CORPORATION, | CASE No. SACV09-1058 JVS (ANx)
17 |                       | consolidated SACV 10-03963-JVS (ANx)
   | Plaintiff,            |
18 | v.                    | **BROADCOM CORPORATION'S NOTICE REGARDING PERMANENT INJUNCTION**
19 | EMULEX CORPORATION,   |
20 | Defendant.            | Before Hon. James V. Selna
21 |                       | **FILED UNDER SEAL – CONTAINS HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY INFORMATION**
22
23
24 | And Related Counterclaims |
25
26
27
28

PLEASE TAKE NOTICE THAT Plaintiff Broadcom Corporation has authorized third party International Business Machines to undertake certain activities relating to certain infringing and enjoined products of Defendant Emulex Corporation, as set forth in Appendix D to the Second Amended Permanent Injunction, attached hereto as Exhibit A.

Dated: December 21, 2012   By: _____

Jason H. Liss

WILMER CUTLER PICKERING
HALE AND DORR LLP

Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION

EXHIBIT A

Case 8:09-cv-01058-JVS-AN   Document 1287   Filed 02/25/13   Page 3 of 5   Page ID #:30351

## APPENDIX D TO SECOND AMENDED PERMANENT INJUNCTION

Pursuant to Section VI of the Second Amended Permanent Injunction, and based solely on Broadcom's express authorization of the activities described below, nothing in the Second Amended Permanent Injunction shall prohibit Emulex from selling the Emulex Enjoined Products to International Business Machines ("IBM"), directly or indirectly through IBM's authorized purchasers, solely for use in IBM products as shown below:

| Emulex Enjoined Product(s) | IBM Model(s) |
|---|---|
| BE3[1] rev 1 ASIC – used as a LOM and/or ASIC on adapter cards | ▮ |
| BE3 | ▮ |
| BE3 rev 2 ASIC – used as LOM and/or ASIC on adapter cards | ▮ |
| BE3 | ▮ |
| BE2[2] | ▮ |
| BE3 | ▮ |
| BE2 | ▮ |
| BE3 | ▮ |
| BE3 | ▮ |
| BE3 | ▮ |

---

[1] As used in this appendix, "BE3" refers to ▮

[2] As used in this appendix, "BE2" refers to ▮

| Emulex Enjoined Product(s) | IBM Model(s) |
|---|---|
| BE2 | ███████████ |
| BE3 | ███████████ |
| BE2 | ███████████ |
| BE3 | ███████████ |
| BE3 | ███████████ |
| BE2 and BE3 (all revs) | ███████████ |
| BE3 | ███████████ |
| BE3 | ███████████ |
| BE3 | ███████████ |
| BE3 | ███████████ |

Broadcom's express authorization for these activities is subject to the terms and conditions of the ███████████████████████████████████████ Broadcom may file a notice with the Court withdrawing its express authorization for the activities described above, in which case the provisions of the Second Amended Permanent Injunction shall apply to all such activities, subject to applicability of the Sunset Provision.

ActiveUS 104207021v.1