Juanita R. Brooks (SBN 75934)
  brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

David M. Barkan (SBN 160825)
  barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
  lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>EMULEX CORPORATION,<br><br>        Defendant.<br><br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF DEFENDANT EMULEX CORPORATION'S MOTION TO COMPEL DISCLOSURE OF SUNSET LICENSE AGREEMENTS**<br><br>Date:        April 8, 2013<br>Time:        1:30 p.m.<br>Place:       Courtroom 10C<br>Judge:      Hon. James V. Selna |

/ / /

/ / /

/ / /

I, Jonathan J. Lamberson, declare:

1.      I am an associate in the Redwood City office of Fish & Richardson P.C., counsel of record for defendant Emulex Corporation.  I make these statements based upon my own personal knowledge.

2.      Attached hereto as Exhibit A is a true and correct copy of an email from myself to counsel for Broadcom, dated November 8, 2012.  (**FILED UNDER SEAL**)

3.      Attached hereto as Exhibit B is a true and correct copy of an email from Cynthia Bright, Associate General Counsel for IP Litigation & Public Policy at Hewlett-Packard, to David Barkan, copying myself, dated January 13, 2013. (**FILED UNDER SEAL**)

4.      Attached hereto as Exhibit C is a true and correct copy of an email from Alexander Rudis, counsel of record for intervener IBM, to David Barkan, dated January 16, 2013.  (**FILED UNDER SEAL**)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of March, 2013, at Redwood City, California.


*/s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50887175.doc

CASE NO. CV 09-1058-JVS (ANx)

1

## **<u>CERTIFICATE OF SERVICE</u>**

2           The undersigned hereby certifies that a true and correct copy of the above and

3  foregoing document has been served on March 4, 2013 to all counsel of record who

4  are deemed to have consented to electronic service via the Court's CM/ECF system

5  per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or

6  hand delivery.

7

8                                   By: */s/ Jonathan J. Lamberson*
                                        Jonathan J. Lamberson

9

10

11  50887175.doc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 09-1058-JVS (ANx)