Juanita R. Brooks (SBN 75934)
 *brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David M. Barkan (SBN 160825)
 *barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
 *lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**EMULEX'S NOTICE OF WITHDRAWAL OF ITS MOTION TO COMPEL DISCLOSURE OF SUNSET LICENSE AGREEMENTS** |

Case No. CV 09-1058-JVS (ANx)

1  Pursuant to Local Rule 7-16, Defendant Emulex Corporation hereby
2  withdraws its Motion to Compel Disclosure of Sunset License Agreements (Docket
3  No. 1291).

5  Dated: March 12, 2013         FISH & RICHARDSON P.C.

   By: */s/ Jonathan J. Lamberson*
       Jonathan J. Lamberson

   Attorneys for Defendant and
   Counterclaimant
   EMULEX CORPORATION

50888717.doc

2

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 12, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
    Jonathan J. Lamberson

50888717.doc