Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David M. Barkan (SBN 160825)
*barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF EMULEX'S MOTION TO EXTEND SUNSET PERIOD**<br><br>Date:    April 15, 2013<br>Time:   1:30 p.m.<br>Place:   Courtroom 10C<br>Judge:  Hon. James V. Selna |

/ / /

/ / /

/ / /

I, Jonathan J. Lamberson, declare:

1. I am an associate in the Redwood City office of Fish & Richardson P.C., counsel of record for defendant Emulex Corporation. I make these statements based upon my own personal knowledge.

2. Attached hereto as Exhibit A is a true and correct copy of an e-mail from counsel of record for Broadcom to me dated February 27, 2013. (**FILED UNDER SEAL**)

3. Attached hereto as Exhibit B is a true and correct copy of a document bearing production numbers BCM_EMX03874129-4149. (**FILED UNDER SEAL**)

4. Attached hereto as Exhibit C is a true and correct copy of a document bearing production numbers BCM_EMX03874112-4128. (**FILED UNDER SEAL**)

5. Attached hereto as Exhibit D is a true and correct copy of Emulex sales records. (**FILED UNDER SEAL**)

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of March, 2013, at Redwood City, California.

> */s/ Jonathan J. Lamberson*
> Jonathan J. Lamberson

50889061.doc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 18, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3. Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
     Jonathan J. Lamberson

50889061.doc