```
 1  Juanita R. Brooks (SBN 75934)
       brooks@fr.com
 2  FISH & RICHARDSON P.C.
    12390 El Camino Real
 3  San Diego, CA 92130
    Telephone:  (858) 678-5070
 4  Facsimile:  (858) 678-5099

 5  David M. Barkan (SBN 160825)
       barkan@fr.com
 6  Jonathan J. Lamberson (SBN 239107)
       lamberson@fr.com
 7  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
 8  Redwood City, California 94063-1526
    Telephone:  (650) 839-5070
 9  Facsimile:  (650) 839-5071

10  Attorneys for Defendant and Counterclaimant
    EMULEX CORPORATION
11
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## (SOUTHERN DIVISION)

| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On March 18, 2013, I caused copies of:

- Defendant Emulex Corporation's Motion to Extend the Sunset Period **(FILED UNDER SEAL)**
- Declaration of Margaret Evashenk in Support of Defendant Emulex Corporation's Motion to Extend the Sunset Period **(FILED UNDER SEAL)**
- Declaration of Dr. Phillip E. Allen in Support of Defendant Emulex Corporation's Motion to Extend the Sunset Period **(FILED UNDER SEAL)**
- Exhibits A-D to the Declaration of Jonathan J. Lamberson in Support of Defendant Emulex Corporation's Motion to Extend the Sunset Period **(FILED UNDER SEAL)**

to be served on the interested parties in this action by converting the original documents into PDF files and attaching the files to an email message addressed as follows:

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Louis W. Tompros<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Email:<br>WHBroadcomEmulexServiceList@wilmerhale.com | Attorneys for Plaintiff<br>BROADCOM<br>CORPORATION |

| XX | **ELECTRONIC MAIL:** | The message was transmitted by email to the email address(es) shown above. |
|---|---|---|

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on March 18, 2013, at Redwood City, California.

_____
Francine Lopacinski

50889808.doc

2                                    CASE NO. CV 09-1058-JVS (ANx)