Juanita R. Brooks (SBN 75934)
  brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David M. Barkan (SBN 160825)
  barkan@fr.com
Jonathan J. Lamberson (SBN 239107)
  lamberson@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>EMULEX CORPORATION,<br><br>    Defendant.<br><br>And Related Counterclaims. | Case No. CV 09-1058-JVS (ANx)<br><br>consolidated with CV 10-3963 JVS (ANx)<br><br>**EMULEX'S RESPONSE TO BROADCOM'S *EX PARTE* APPLICATION TO RESET THE SCHEDULE FOR EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD** |

1   Emulex originally wanted its motion heard on April 8th, before the expiration
2   of the injunction sunset period. Emulex requested that Broadcom meet and confer
3   regarding the motion on February 28th, which would have been sufficient time to
4   notice a hearing on that date. Broadcom ignored Emulex's request for over a week.
5   Then, as part of the meet and confer process, Broadcom requested that Emulex
6   notice its motion for hearing on April 15th instead of April 8th. As an
7   accommodation to Broadcom, Emulex agreed. Broadcom never mentioned any
8   issue with the hearing date when it made this request to Emulex, or during the meet
9   and confer on the motion, when the April 15th hearing date was specifically
10  discussed. It was not until March 19th, after Emulex filed its motion, that
11  Broadcom first raised this issue.
12  Since the central issue raised by Emulex's motion is a request to preserve the
13  status quo by extending the sunset period, delaying the hearing by a month would
14  effectively deny Emulex some of the relief that it seeks without providing Emulex
15  with an opportunity to be heard. While Emulex would like to accommodate
16  Broadcom's scheduling concerns, it cannot do so at the expense of denying a portion
17  of its motion. However, if the Court extends the sunset period on an interim basis
18  until the motion for relief may be heard, which is consistent with the relief Emulex
19  seeks in its motion, then Emulex does not oppose the one month delay requested by
20  Broadcom. If the Court is not inclined to grant such provisional relief, then Emulex
21  would respectfully ask that the Court maintain the current hearing date.
22  Alternatively, the Court could set the motion for a hearing on April 8th, which
23  is the hearing date Emulex originally desired. This modification would require no
24  change to the current briefing schedule, and would allow Emulex's motion to be
25  heard before the expiration of the sunset period.
26  / / /
27  / / /
28  / / /

| | | |
|---|---|---|
| 1 | Dated: March 22, 2013 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: */s/ Jonathan J. Lamberson* |
| 4 | | Jonathan J. Lamberson |
| 5 | | Attorneys for Defendant and Counterclaimant |
| 6 | | EMULEX CORPORATION |

50890725.doc

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 22, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5-3.3.  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Jonathan J. Lamberson*
Jonathan J. Lamberson

50890725.doc