WILMER CUTLER PICKERING
HALE AND DORR LLP

WILLIAM F. LEE
(admitted pro hac vice)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted pro hac vice)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted pro hac vice)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted pro hac vice)
(louis.tompros@wilmerhale.com)
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

**BROADCOM CORPORATION,**

**Plaintiff,**

**v.**

**EMULEX CORPORATION,**

**Defendant.**

**And Related Counterclaims.**

Case No. SACV09-1058 JVS (ANx)
consolidated SACV 10-03963-JVS (ANx)

**BROADCOM'S REPLY IN SUPPORT OF ITS EX PARTE APPLICATION TO RESET THE SCHEDULE FOR EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD**

***EXPEDITED CONSIDERATION REQUESTED***

Before: Hon. James V. Selna

Broadcom submits this brief reply to correct certain errors in Emulex's opposition (Dkt. No. 1306) to Broadcom's *Ex Parte* Application to Reset the Schedule for Emulex's Motion to Extend the Sunset Period (Dkt. No. 1305).  The parties did not discuss any potential hearing dates for Emulex's motion, and Broadcom most certainly did not request that Emulex notice its motion for hearing on April 15th—a date on which Broadcom counsel conducting the meet and confer has a long-scheduled preliminary injunction hearing in another matter.  Nor did Broadcom request any "accommodation" from Emulex regarding the hearing date—Broadcom only requested that Emulex follow Local Rule 7-3 regarding the timing of its filing.

Dated:  March 25, 2013                                  Respectfully submitted,

                                                            WILMER CUTLER PICKERING
                                                             HALE AND DORR LLP

                                                            By: /s/ Jason H. Liss
                                                                             Jason H. Liss

                                                            Attorneys for Plaintiff
                                                            Broadcom Corporation

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

**PROOF OF SERVICE**

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jason H. Liss, hereby certify that a copy of the foregoing *Broadcom's Reply in Support of its Ex Parte Application to Reset the Schedule for Emulex's Motion to Extend the Sunset Period* and accompanying proposed order were served upon the following parties as indicated below on March 25, 2013.

**For Emulex Corporation:**

| | |
|---|---|
| smg@jmbm.com<br>broadcom-emulex@fr.com<br>broadcomemulexservice@tklaw.com<br>(email addresses for service on Emulex per agreement of the parties) | ☐ Via Hand Delivery<br>☐ Via Overnight Courier (1 copy)<br>☐ Via Facsimile<br>☒ Via Electronic Mail (1 copy) |

I certify under penalty of perjury that the foregoing is true and correct.

/s/ Jason H. Liss
Jason H. Liss

- 2 -

BROADCOM'S REPLY IN SUPPORT OF ITS EX PARTE APPLICATION TO RESET THE SCHEDULE FOR EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD