1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

9
10 **BROADCOM CORPORATION,**

Case No. SACV09-1058 JVS (ANx)
consolidated SACV 10-03963-JVS (ANx)

11 Plaintiff,

**ORDER ON BROADCOM'S *EX PARTE*
APPLICATION TO RESET THE
SCHEDULE FOR EMULEX'S MOTION
TO EXTEND THE SUNSET PERIOD**

12 v.
13 **EMULEX CORPORATION,**
14 Defendant.

Before: Hon. James V. Selna

15
16 **And Related Counterclaims.**

17
18
19
20
21
22
23
24
25
26
27
28

-i-

[PROPOSED] ORDER ON BROADCOM'S *EX PARTE*
APPLICATION TO RESET THE SCHEDULE FOR EMULEX'S
MOTION TO EXTEND THE SUNSET PERIOD

## ORDER

Before the Court is Plaintiff Broadcom Corporation's *Ex Parte* Application to Reset the Schedule for Motion to Extend the Sunset Period.  The Court denies the application but takes the following actions:

1. Broadcom's opposition to Emulex's Motion will be due April 1, 2013;

2. Emulex's reply to Broadcom's opposition to Emulex's Motion will be due April 8, 2013; and

3. The Court vacates the hearing on Emulex's Motion.  The Court feels strongly that the Motion should be resolved prior to the expiration of the Sunset Period.  Should be parties upon further discussion conclude that they could be available for oral argument on April 9, 10, or 11, the Court would entertain a request for oral argument.  Otherwise, the matter will be submitted and decided on the papers.

Dated: March 25, 2013

_____
Hon. James V. Selna
United States District Judge

- 1 -

[PROPOSED] ORDER ON BROADCOM'S *EX PARTE*
APPLICATION TO RESET THE SCHEDULE FOR EMULEX'S
MOTION TO EXTEND THE SUNSET PERIOD