Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

David M. Barkan (SBN 160825)
*barkan@fr.com*
Jonathan J. Lamberson (SBN 239107)
*lamberson@fr.com*
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counterclaimant
EMULEX CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **DECLARATION OF MARGARET EVASHENK IN SUPPORT OF EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD** |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | Date:    April 15, 2013<br>Time:    1:30 p.m.<br>Place:   Courtroom 10C<br>Judge:  Hon. James V. Selna |

I, Margaret Evashenk, declare as follows:

1.   I am the Senior Vice President and Chief Development Executive at Emulex. I am responsible for the entire engineering division at Emulex. I have ultimate responsibility over the BE2 and BE3 products.

1      2.    As I noted in my declaration dated January 28, 2012, after the Court

2  found the BE3 infringing in October of 2011, ██████████████████████

10      4.

28

CASE NO. CV 09-1058-JVS (ANx)

1

14

27

28

CASE NO. CV 09-1058-JVS (ANx)

1 ████████████████████████████████████████████████

2 ████████████████████████

3        12.    Even after our customers obtain test chips from Emulex, they cannot

4 simply take those chips and plug them into their existing BE2 and BE3

5 implementations.  They will need to perform their own qualification of the

6 redesigned BE3. ████████████████████████████████████████

7 ██████████████████

8        I declare under penalty of perjury that the foregoing is true and correct.

9 Executed this 18th day of March, 2013, at Costa Mesa, California.

10

11

12                         Margaret Evashenk

13

14 50887175.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 09-1058-JVS (ANx)