1  Juanita R. Brooks (SBN 75934)
    *brooks@fr.com*
2  FISH & RICHARDSON P.C.
    12390 El Camino Real
3  San Diego, CA 92130
    Telephone:  (858) 678-5070
4  Facsimile:  (858) 678-5099

5  David M. Barkan (SBN 160825)
    *barkan@fr.com*
6  Jonathan J. Lamberson (SBN 239107)
    *lamberson@fr.com*
7  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
8  Redwood City, California 94063-1526
    Telephone:  (650) 839-5070
9  Facsimile:  (650) 839-5071

10  Attorneys for Defendant and Counterclaimant
     EMULEX CORPORATION

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                  (SOUTHERN DIVISION)

15

| | |
|---|---|
| 16  BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| 17        Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| 18        v. | **DECLARATION OF DR. PHILLIP E. ALLEN IN SUPPORT OF EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD** |
| 19  EMULEX CORPORATION, | |
| 20        Defendant. | |
| 21 | |
| 22  And Related Counterclaims | Date:      April 15, 2013 |
| | Time:      1:30 p.m. |
| 23 | Place:     Courtroom 10C |
| | Judge:    Hon. James V. Selna |

24        I, Phillip E. Allen declare as follows:

25        1.      I am a retired Emeritus Professor from my position as the

26  Schlumberger Professor in The School of Electrical and Computer Engineering at

27  the Georgia Institute of Technology in Atlanta, Georgia.  I have worked in the area

28  of microchip design and performance for numerous technology companies including

1  Lawrence Livermore Laboratory, Delco, Pacific Missile Range, Texas Instruments,

2  Lockheed, Schlumberger Well Services, National Semiconductor, and Seiko

3  Instruments, Inc.

4        2.       I previously provided a declaration in this matter which set forth my

5  qualifications and opinions regarding the technical challenges and difficulties

6  presented by the task of redesigning the Lancer and BE3 ASICS with a new Clock

7  Data Recovery (CDR) circuit.  My earlier declaration is attached as Exhibit 1 to this

8  declaration for reference.

9

10

11

12

13

14

15        4.

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



CASE NO. CV 09-1058-JVS (ANx)



CASE NO. CV 09-1058-JVS (ANx)

1       I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on March 18, 2013, at Fernandina Beach, Florida.

3

4                                                 Phillip E. Allen

5

6

7  50887175.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. CV 09-1058-JVS (ANx)