WILLIAM F. LEE
(admitted pro hac vice)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted pro hac vice)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted pro hac vice)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted pro hac vice)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:  (617) 526-5000

Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION

JUANITA R. BROOKS (SBN 75934)
(brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

DAVID M. BARKAN (SBN 160825)
(barkan@fr.com)
FISH & RICHARDSON P.C.
505 Arguello Street, Suite 500
Redwood City, Ca  94063-1526
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
and Counterclaim Plaintiff
EMULEX CORPORATION

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**JOINT STIPULATION REGARDING EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD**<br><br>Before:  Hon. James V. Selna |

1    Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom") and Defendant

2    Emulex Corporation ("Emulex") hereby stipulate as follows:

3        1.    WHEREAS the Court's Order dated March 25, 2013 requests that the parties advise

4    the Court of their availability for hearing on Emulex's Motion to Extend the Sunset Period during

5    the week beginning April 8, 2013; and

6        2.    WHEREAS counsel for Broadcom and counsel for Emulex are available for the

7    Court's regular civil motions schedule on Monday, April 8, 2013, at 1:30 p.m.

8        **IT IS HEREBY STIPULATED** that subject to the Court's approval,

9        1.    Hearing on Emulex's Motion to Extend the Sunset Period will be reset for the Court's

10   regular civil motions schedule on April 8, 2013, at 1:30 p.m.

11

12   Dated:  March 27, 2013                Respectfully submitted,

13                                         WILMER CUTLER PICKERING

14                                          HALE AND DORR LLP

15                                         By: /s/ Jason H. Liss_____

16                                              Jason H. Liss

17                                         Attorneys for Plaintiff
                                           Broadcom Corporation

18                                         FISH & RICHARDSON P.C.

19

20                                         By: /s/ David Barkan_____
                                                David Barkan

21                                         Attorneys for Defendant

22                                         Emulex Corporation

23

24

25

26

27

28