**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION**

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**EMULEX CORPORATION,**<br><br>　　　　　　　**Defendant.**<br><br>**And Related Counterclaims.** | Case No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION REGARDING EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD**<br><br>Before:  Hon. James V. Selna |

1    Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom") and Defendant
2    Emulex Corporation ("Emulex") have stipulated as follows:
3    1.    WHEREAS the Court's Order dated March 25, 2013 requests that the parties advise
4          the Court of their availability for hearing on Emulex's Motion to Extend the Sunset
5          Period during the week beginning April 8, 2013; and
6    2.    WHEREAS counsel for Broadcom and counsel for Emulex are available for the
7          Court's regular civil motions schedule on Monday, April 8, 2013, at 1:30 p.m.;
8    **IT IS HEREBY STIPULATED** that subject to the Court's approval,
9    1.    Hearing on Emulex's Motion to Extend the Sunset Period will be reset for the Court's
10   regular civil motions schedule on Monday, April 8, 2013, at 1:30 p.m.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that

1.    Emulex's Motion to Extend the Sunset Period will be heard during the Court's regular civil motions schedule on Monday, April 8, 2013, at 1:30 p.m.

Dated: _____          _____
                                        Hon. James V. Selna
                                        United States District Judge

- 1 -

[PROPOSED] ORDER ON JOINT STIPULATION
REGARDING EMULEX'S MOTION
TO EXTEND THE SUNSET PERIOD