-i-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **BROADCOM CORPORATION,**<br><br>             **Plaintiff,**<br><br>      v.<br><br>**EMULEX CORPORATION,**<br><br>             **Defendant.**<br><br>**And Related Counterclaims.** | Case No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**ORDER ON JOINT STIPULATION REGARDING EMULEX'S MOTION TO EXTEND THE SUNSET PERIOD**<br><br>Before:  Hon. James V. Selna |

Pursuant to Local Rule 7-1, Plaintiff Broadcom Corporation ("Broadcom") and Defendant Emulex Corporation ("Emulex") have stipulated as follows:

1. WHEREAS the Court's Order dated March 25, 2013 requests that the parties advise the Court of their availability for hearing on Emulex's Motion to Extend the Sunset Period during the week beginning April 8, 2013; and

2. WHEREAS counsel for Broadcom and counsel for Emulex are available for the Court's regular civil motions schedule on Monday, April 8, 2013, at 1:30 p.m.;

**IT IS HEREBY STIPULATED** that subject to the Court's approval,

1. Hearing on Emulex's Motion to Extend the Sunset Period will be reset for the Court's regular civil motions schedule on Monday, April 8, 2013, at 1:30 p.m.

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that

1. Emulex's Motion to Extend the Sunset Period will be heard during the Court's regular civil motions schedule on Monday, April 8, 2013, at 1:30 p.m.

2. Emulex's reply, if any, shall be filed no later than noon April 3, 2013.

Dated: March 28, 2013

_____
Hon. James V. Selna
United States District Judge