| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) |
| | *brooks@fr.com* |
| 2 | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| 3 | San Diego, CA 92130 |
| | Telephone: (858) 678-5070 |
| 4 | Facsimile: (858) 678-5099 |
| 5 | David M. Barkan (SBN 160825) |
| | *barkan@fr.com* |
| 6 | Jonathan J. Lamberson (SBN 239107) |
| | *lamberson@fr.com* |
| 7 | FISH & RICHARDSON P.C. |
| | 500 Arguello Street, Suite 500 |
| 8 | Redwood City, California 94063-1526 |
| | Telephone: (650) 839-5070 |
| 9 | Facsimile: (650) 839-5071 |
| 10 | Attorneys for Defendant and Counterclaimant |
| | EMULEX CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(SOUTHERN DIVISION)

| | |
|---|---|
| BROADCOM CORPORATION, | Case No. CV 09-1058-JVS (ANx) |
| Plaintiff, | consolidated with CV 10-3963 JVS (ANx) |
| v. | **CERTIFICATE OF SERVICE** |
| EMULEX CORPORATION, | |
| Defendant. | |
| And Related Counterclaims | |

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

1  On April 3, 2013, I caused copies of:

2  - Emulex's Reply in Support of its Motion to Extend the Sunset Period

3  **(FILED UNDER SEAL)**

4  to be served on the interested parties in this action by converting the original

5  documents into PDF files and attaching the files to an email message addressed as

6  follows:

| | |
|---|---|
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Louis W. Tompros<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Email:<br>WHBroadcomEmulexServiceList@wilmerhale.com | Attorneys for Plaintiff<br>BROADCOM<br>CORPORATION |

| | | |
|---|---|---|
| XX | **ELECTRONIC MAIL:** | The message was transmitted by email to the email address(es) shown above. |

15  I declare that I am employed in the office of a member of the bar of this Court
16  at whose direction the service was made.

17  I declare under penalty of perjury that the above is true and correct. Executed
18  on April 3, 2013, at Redwood City, California.

*/s/ Francine Lopacinski*
Francine Lopacinski

50891888.doc