```
WILLIAM F. LEE
(admitted pro hac vice)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted pro hac vice)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted pro hac vice)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted pro hac vice)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

Attorneys for Plaintiff
BROADCOM CORPORATION
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EMULEX CORPORATION,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM'S APPLICATION TO FILE UNDER SEAL ITS NOTICE REGARDING PERMANENT INJUNCTION**<br><br>Before: Hon. James V. Selna |



-i-

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rule 79-5, Plaintiff Broadcom Corporation ("Broadcom") submits this application to the Court for an order sealing Broadcom's Notice Regarding Permanent Injunction, and Exhibit A thereto.

Under Civil Local Rule 79-5, a party can request that documents be filed under seal by submitting a written application along with the documents sought to be filed under seal. Broadcom applies to file under seal the documents listed above on the grounds that they contain information covered by the Confidentiality Order entered in this action on February 19, 2010, including information designated as Highly Confidential – Outside Attorneys' Eyes Only Information. The Confidentiality Order requires the party in possession of such materials to protect them from disclosure.

For the foregoing reasons, Broadcom respectfully requests that the Court grant Broadcom's application to the Court for an Order sealing Broadcom's Notice Regarding Permanent Injunction, and Exhibit A thereto.

Dated: April 11, 2013

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

By: _____
Jason H. Liss

Attorneys for Plaintiff
Broadcom Corporation

- 1 -