1
2
3
4
5
6
7
8
9
10
11



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| **BROADCOM CORPORATION,** | Case No. SACV09-1058 JVS (ANx) |
| Plaintiff, | consolidated SACV 10-03963-JVS (ANx) |
| v. | **[~~PROPOSED~~] ORDER ON BROADCOM'S APPLICATION TO FILE UNDER SEAL ITS NOTICE REGARDING PERMANENT INJUNCTION** |
| **EMULEX CORPORATION,** | |
| Defendant. | Before: Hon. James V. Selna |
| And Related Counterclaims. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Having considered Broadcom's Application to File Under Seal its Notice Regarding Permanent Injunction, and good cause having been shown, the application is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____4.11.13_____

_____
HON. JAMES V. SELNA
United States District Judge

IF DENIED:

The underlying documents and the sealing application shall be returned to Jeremy Krant, Wilmer Cutler Pickering Hale and Dorr LLP, 350 S. Grand Avenue, Suite 2100, Los Angeles, California 90071 without filing.

Dated: _____

_____
HON. JAMES V. SELNA
United States District Judge