| | |
|---|---|
| 1 | WILLIAM F. LEE |
| 2 | (admitted pro hac vice)<br>(william.lee@wilmerhale.com) |
| 3 | DOMINIC E. MASSA |
| 4 | (admitted pro hac vice)<br>(dominic.massa@wilmerhale.com) |
| 5 | JOSEPH J. MUELLER<br>(admitted pro hac vice) |
| 6 | (joseph.mueller@wilmerhale.com)<br>LOUIS W. TOMPROS |
| 7 | (admitted pro hac vice)<br>(louis.tompros@wilmerhale.com) |
| 8 | WILMER CUTLER PICKERING<br>HALE AND DORR LLP |
| 9 | 60 State Street |
| 10 | Boston, MA 02109<br>Telephone: (617) 526-6000 |
| 11 | Facsimile: (617) 526-5000 |
| 12 | Attorneys for Plaintiff<br>BROADCOM CORPORATION |



### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| 16 | BROADCOM CORPORATION, | Case No. SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx) |
| 17 | Plaintiff, | |
| 18 | | **PROOF OF SERVICE** |
| 19 | v. | Before: Hon. James V. Selna |
| 20 | EMULEX CORPORATION, | |
| 21 | Defendant. | |
| 22 | And Related Counterclaims. | |

-i-

*Broadcom Corporation v. Emulex Corporation,*
Case Nos. SACV09-1058 JVS (ANx) and SACV 10-03963-JVS (ANx)

### PROOF OF SERVICE

Fed. R. Civ. P. 5(b) & L.R. 5-3

I, Jeremy Krant, hereby certify that copies of the following documents are being served upon the following parties as indicated below on April 11, 2013.

- Broadcom's Application to File Under Seal Its Notice Regarding Permanent Injunction, and accompanying [Proposed] Order;

- Broadcom's Notice Regarding Permanent Injunction, and Exhibit A thereto.

**For Emulex Corporation:**

smg@jmbm.com
broadcom-emulex@fr.com
broadcomemulexservice@tklaw.com
(email addresses for service on Emulex per agreement of the parties)

☐ Via Hand Delivery
☐ Via Overnight Courier (1 copy)
☐ Via Facsimile
☒ Via Electronic Mail (1 copy)

I certify under penalty of perjury that the foregoing is true and correct.

Jeremy Krant

- 1 -

PROOF OF SERVICE