WILLIAM F. LEE
(admitted pro hac vice)
(william.lee@wilmerhale.com)
DOMINIC E. MASSA
(admitted pro hac vice)
(dominic.massa@wilmerhale.com)
JOSEPH J. MUELLER
(admitted pro hac vice)
(joseph.mueller@wilmerhale.com)
LOUIS W. TOMPROS
(admitted pro hac vice)
(louis.tompros@wilmerhale.com)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Plaintiff
and Counterclaim Defendant
BROADCOM CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| BROADCOM CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>EMULEX CORPORATION,<br><br>          Defendant.<br><br>And Related Counterclaims. | Case No.  SACV09-1058 JVS (ANx)<br>consolidated SACV 10-03963-JVS (ANx)<br><br>**BROADCOM'S NOTICE REGARDING PERMANENT INJUNCTION**<br><br>Before:  Hon. James V. Selna |

-i-

1   PLEASE TAKE NOTICE THAT Plaintiff Broadcom Corporation has authorized third party
2   Dell Inc. to undertake certain activities relating to certain infringing and enjoined products of
3   Defendant Emulex Corporation, as set forth in Appendix E to the Second Amended Permanent
4   Injunction, attached hereto as Exhibit A.

Dated: April 11, 2013                    Respectfully submitted,

                                         WILMER CUTLER PICKERING
                                         HALE AND DORR LLP

                                         By: /s/ Jason H. Liss / JDK
                                             Jason H. Liss

                                         Attorneys for Plaintiff
                                         Broadcom Corporation

- 1 -

EXHIBIT

A

FILED UNDER SEAL

## APPENDIX E TO SECOND AMENDED PERMANENT INJUNCTION

Pursuant to Section VI of the Second Amended Permanent Injunction, and based solely on Broadcom's express authorization of the activities described below, nothing in the Second Amended Permanent Injunction shall prohibit Emulex from selling the Emulex Enjoined Products to Dell Inc. ("Dell"), directly or indirectly through Dell's authorized purchasers, solely for use in Dell products as shown below, provided that for such sales Emulex complies with the conditions set forth in Section II (a), (c), and (d) of the Second Amended Permanent Injunction:

| **Emulex Enjoined Product(s)** | **Dell Model(s)** |
|---|---|
| BE2[1] | ███████████ |
| | ███████████ |
| | ███████████ |
| | ███████████ |
| | ███████████ |
| | ███████████ |

Broadcom may file a notice with the Court withdrawing its express authorization for the activities described above, in which case the provisions of the Second Amended Permanent Injunction shall apply to all such activities, subject to applicability of the Sunset Provision.

---

[1] As used in this appendix, "BE2" refers to (a) the specific versions of Emulex's BE2 ASIC that were made commercially available by Emulex as of April 1, 2012 and that are used by Dell or a Dell Subsidiary in shipping Dell products; and (b) revisions to such specific versions made solely to correct defects and/or reduce costs therein, where such revisions do not include any additional features or functionality.

████████████████████████████████████████████████

ActiveUS 107699248v.2