UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

TRANSCRIPT DESIGNATION AND ORDERING FORM

| | | |
|---|---|---|
| 1. NAME: David M. Barkan | 2. PHONE NUMBER: (650) 839-5068 | 3. DATE: 08/05/2013 |
| 4. FIRM NAME: Fish & Richardson P.C. | 5. E-MAIL ADDRESS: lopacinski@fr.com | |
| 6. MAILING ADDRESS: 500 Arguello St., Ste. 500 | 7. CITY: Redwood City | 8. STATE: CA  9. ZIP CODE: 94063 |
| 10. CASE NUMBER: 8:09-cv-1058 | 11. CASE NAME: Broadcom Corp. v. Emulex Corp. | 12. JUDGE: James V. Selna |

13. APPEAL CASE NUMBER:
14. ORDER FOR: ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 07/10/2013 | Deborah Parker | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Status Conference |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS  ☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | | |
| REAL TIME | ☐ | | |

FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:     Day:     Year:
Transcript payment arrangements were made with:

17. DATE: 08/05/2013

NAME OF OFFICIAL:
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ David M. Barkan

Month:     Day:     Year:

G-120 (09/12)